| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel P. Ginsberg<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York, 2831469 |
|---|---|

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                United States Bankruptcy Judge