United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) Case No. 22-90273 (MI) ) |
| Debtors. | ) (Joint Administration Requested) ) |

**ORDER GRANTING COMPLEX
CHAPTER 11 BANKRUPTCY CASES**

On September 22, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed these jointly administered chapter 11 cases (the "Chapter 11 Cases") and the *Notice of Designation of Complex Chapter 11 Cases* (the "Notice").[2] Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court hereby orders:

1. The *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3. The Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules") apply to these Chapter 11 Cases, subject to the following modifications:

    a) Bankruptcy Local Rule 1001-1(b) does not apply.

    b) Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "Local Rules of the District Court") applies.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Notice.

c) Appendix A to the Local Rules of the District Court applies.

d) If a conflict exists between the Bankruptcy Local Rules and the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the *Procedures for Complex Chapter 11 Cases in the Southern District* of Texas govern.

Signed: September 22, 2022

_____
Marvin Isgur
United States Bankruptcy Judge