**<u>Exhibit B</u>**

**Insurance Policies**

| Policy Type | Insurance Carrier | Policy Number | Policy Term | Approximate Annualized Gross Premium Including Taxes & Fees |
|---|---|---|---|---|
| Ocean/Air Cargo - Marine | Underwriters At Lloyds London | B0180PC2111065 | 12/16/21 – 12/15/22 | $352,608 |
| Cargo Marine Package | Continental Casualty Company | IM7018014976 | 11/15/21 – 11/14/22 | $2,712 |
| Builders Risk Coverage | Continental Casualty Company | C7018161623 | 12/10/21 – 11/21/22 | $129,349 |
| General Liability Coverage | Kinsale Insurance Company | 01001112992 | 3/29/22 – 3/29/23 | $25,037 |
| Excess Liability Coverage | Kinsale Insurance Company | 01001113122 | 3/29/22 – 3/29/23 | $21,363 |
| Excess Liability Coverage | Vantage Risk Specialty Insurance Company | EX202200071200 | 3/29/22 – 3/29/23 | $19,124 |
| Commercial Property Coverage | General Casualty Company of Wisconsin | CFE1391408 | 3/29/22 – 3/29/23 | $679,970 |
| Equipment Breakdown | The Hartford Steam Boiler Inspection and Insurance Company | FBP2373866 | 3/29/22 – 3/29/23 | $25,624 |
| Excess Liability Coverage | Endurance American Specialty Ins Co. | ELD30018049000 | 3/29/22 – 3/29/23 | $19,681 |
| Excess Liability Coverage | Evanston Insurance Company | MKLV3EUE101054 | 3/29/22 – 3/29/23 | $13,241 |
| Business Auto Coverage | Praetorian Insurance Company | 161000128 | 3/29/22 – 3/29/23 | $1,306 |
| ERISA Bond Policy | Federal Insurance Company | J06012954 | 4/19/22 – 4/19/23 | $469 |
| Builders Risk Coverage | Continental Casualty Company | C7018598117 | 3/7/22 – 10/15/22 | $29,735 |
| Builders Risk Coverage | Continental Casualty Company | C7018307888 | 3/7/22 – 10/21/22 | $33,514 |
| Management Liability | Relm Insurance Ltd | RILPDO5992022 | 3/21/22 – 3/21/23<br><br>9/21/22 – 9/21/28 | $210,000<br><br>$691,765 |
| Excess Management Liability | Banyan Risk Ltd. | 101-XDO-1030-101 | 8/4/22 – 3/21/23<br><br>9/21/22 – 9/21/28 | $200,000<br><br>$630,000 |
| Directors and Officers Liability | Relm Insurance Ltd | TBD | 9/21/22 – 9/21/28 | $315,000 |
| Employment Practices Liability | Axis Insurance Company | P-001-000965885-01 | 8/4/22 – 8/4/23 | $24,800 |
| Crime | Relm Insurance Ltd | RILPCRM5992022 | 3/21/22 – 3/21/23 | $48,500 |
| Cyber | Relm Insurance Ltd | RILPTEOCY5992022 | 3/21/22 – 3/21/23 | $109,000 |