**Exhibit B**

**List of Bank Accounts**

| Bank | Account No. Ending | Debtor Entity | Account Type | Balance as of September 22, 2022 |
|---|---|---|---|---|
| BMO Harris Bank, N.A. | x2931 | Compute North LLC | Disbursement Account | $ - |
| BMO Harris Bank, N.A. | x2881 | Compute North LLC | Master Operating Account | $8,721,311.77 |
| BMO Harris Bank, N.A. | x5073 | CN Mining LLC | Operating Account | $ - |
| BMO Harris Bank, N.A. | x4977 | CN Colorado Bend LLC | Operating Account | $ - |
| BMO Harris Bank, N.A. | x5008 | Compute North NC08 LLC | Operating Account | $ - |
| BMO Harris Bank, N.A. | x5743 | CN Minden LLC | Cash Collateral Account | $813,457.00 |
| BMO Harris Bank, N.A. | x4424 | Compute North Holdings, Inc. | Operating Account | $ - |
| BMO Harris Bank, N.A. | x5057 | CN Developments LLC | Operating Account | $ - |
| BMO Harris Bank, N.A. | x2949 | Compute North Texas LLC | Operating Account | $ - |
| BMO Harris Bank, N.A. | x2972 | Compute North SD, LLC | Operating Account | $ - |
| Fidelity Bank | x6530 | Compute North LLC | Operating Account | $6,862.48 |
| Fidelity Bank | x6534 | Compute North LLC | Cash Receipts | $4,897.15 |