**Exhibit C**

**Cash Management Schematic**



**Compute North Holdings, Inc.**

| Acct | Description |
|---|---|
| x4424 | COMPUTE NORTH HOLDINGS INC |

**Compute North LLC**

| Acct | Description |
|---|---|
| x2881 | COMPUTE NORTH Operating Account |
| x2931 | COMPUTE NORTH Disbursement Account |
| x6530 | Fidelity: Operating |
| x6534 | Fidelity: Cash Receipts |

**Operating and Project Companies**

**CN Mining LLC**

| Acct | Description |
|---|---|
| x5073 | CN Mining Operating Account |

**CN Developments LLC**

| Acct | Description |
|---|---|
| x5057 | CN Developments LLC |

**Compute North Texas LLC**

| Acct | Description |
|---|---|
| x2949 | COMPUTE NORTH TEXAS LLC |

**CN Colorado Bend LLC**

| Acct | Description |
|---|---|
| x4977 | CN Colorado Bend Operating Account |

**Compute North NC08 LLC**

| Acct | Description |
|---|---|
| x5008 | Compute North NC08 Operating Account |

**CN Minden LLC**

| Acct | Description |
|---|---|
| x5743 | CN MINDEN CASH COLLATERAL |

**Compute North SD LLC**

| Acct | Description |
|---|---|
| x2972 | COMPUTE NORTH SD LLC |