**<u>Exhibit B</u>**

**Utilities Services List**

| Utility Company | Service Address | Service(s) Provided | Account Number | Half of Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| City of Big Spring | 310 Nolan Street, Big Spring, TX 79720 | Waste | 99-0203-00 | $1000 | $1000 |
| City of Big Spring Water Dept | 305 Johnson St, PO BOX 999, Big Spring, TX 79720 | Water | 52-0485-03 | $38 | $38 |
| AT&T Mobility | PO Box 5019, Carol Stream IL 60197 | Internet | 831-001-1209315 | $873 | $873 |
| Fibercomm | PO Box 416, Sioux City, IA 51102 | Internet | 00011094-5 | $168 | $168 |
| MidAmerican Energy Company | P.O. Box 4350, Davenport, IA 52808 | Utility: Power Supply and Distribution | 81030-23078 | $100,000 | $100,000 |
| Amazon Web Services | 7575 Corporate Way, Eden Prairie, MN 55344 | Cloud Computing | 347739362016 | $12,500 | $12,500 |
| Shell Energy | 21 Waterway Ave., Suite 450, The Woodlands, TX 77380 | Supplier: Power | 00006567 | $0 | $0 |