**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al*.,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |
| | ) **Ref. Docket Nos. 2-3, 11-16, 18-24** |
| | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT )
　　　　　　　　　　　　) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 23, 2022, I caused to be served the:

    a. "Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 2], (the "Joint Admin Motion"),

    b. "Notice of Designation of Complex Chapter 11 Bankruptcy Cases," dated September 22, 2022 [Docket No. 3], (the "Designation Notice"),

    c. "Order Granting Complex Chapter 11 Bankruptcy Cases," dated September 22, 2022 [Docket No. 11], (the "Complex Case Order"),

    d. "Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent," dated September 22, 2022 [Docket No. 12], (the "Epiq Application"),

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

e.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, and (C) Redact Certain Personal Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, (III) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), and (IV) Granting Related Relief," dated September 22, 2022 [Docket No. 13], (the "Matrix Motion"),

f.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 14], (the "Tax Motion"),

g.   "Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent," dated September 22, 2022 [Docket No. 15], (the "Epiq Retention Order"),

h.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue Insurance Program and (B) Pay All Obligations With Respect Thereto; and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 16], (the "Insurance Motion"),

i.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 18], (the "Wages Motion"),

j.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 19], (the "Cash Management Motion"),

k.   "Debtors' Emergency Motion for Entry of an Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities From Discontinuing Service, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief," dated September 22, 2022 [Docket No. 20], (the "Utility Motion"),

l.   "Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 21], (the "Extension Motion"),

m.   "Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings," dated September 22, 2022 [Docket No. 22], (the "First Day Declaration"),

n.  "Agenda for First Day Hearing on First Day Motions Scheduled for September 23, 2022 at 7:30 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002," dated September 22, 2022 [Docket No. 23],  (the "Agenda"), and

o.  "Witness and Exhibit List for September 23, 2022 Hearing," dated September 22, 2022 [Docket No. 24], (the "Witness List"), and

by causing true and correct copies of the:

i.  Joint Admin Motion, Designation Notice, Complex Case Order, Epiq Application, Matrix Motion, Tax Motion, Epiq Retention Order, Insurance Motion, Wages Motion, Cash Management Motion, Utility Motion, Extension Motion, First Day Declaration, Agenda, and Witness List to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  Cash Management Motion, Wage Motion, and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii.  Insurance Motion and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

iv.  Utility Motion and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

v.  Tax Motion and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

vi.  Wage Motion and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

vii.  Agenda to be delivered via facsimile to those parties listed on the annexed Exhibit G,

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
23r$^d$ day of September, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# Exhibit A

Compute North, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | bk-csearcy@texasattorneygeneral.gov; sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| ATLAS CONSOLIDATED MINING AND | michael.guo@atlasmining.com |
| NBTC LIMITED | anastasia@corp.the9.com |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| ERNST & YOUNG LLP | nykema.jackson@ey.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| MADEL PA | abeiner@madellaw.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| CORTALENT, LLC | apye@cortalent.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| HUBSPOT, INC. | media@hubspot.com |
| DELL TECHNOLOGIES, INC | richard_rothberg@dell.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| KOHO CONSULTING | marc@kohoconsulting.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| PROSEK LLC | tpetrullo@prosek.com |

# Exhibit B

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Banks

| Creditor Name | Email Address |
|---|---|
| BMO HARRIS BANK | erik.anderson@bmo.com |
| FIDELITY BANK | cm@fidelitybankmn.com |

Exhibit C

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Insurance Providers

| Creditor Name | Email Address |
|---|---|
| AON PLC | admir.mesic@aon.com |
| AXIS INSURANCE COMPANY | notices@axiscapital.com |
| BANYAN RISK LTD. | raymond.trismen@mendes.com |
| Brown & Brown | dmaholias@hayscompanies.com |
| CONTINENTAL CASUALTY COMPANY | joseph.manero@cna.com |
| ENDURANCE AMERICAN SPECIALTY INS CO. | nick.amato@rtspecialty.com |
| EVANSTON INSURANCE COMPANY | admir.mesic@aon.com |
| FEDERAL INSURANCE COMPANY | meredith.pidgeon@chubb.com |
| GENERAL CASUALTY COMPANY OF WISCONSIN | steven.burmeister@us.qbe.com |
| Hays Companies | accounting@hayscompanies.com |
| Hylant | toledo-office@hylant.com |
| KINSALE INSURANCE COMPANY | newclaimnotices@kinsaleins.com |
| MARKEL | kchristodoulatos@markelcorp.com |
| PRAETORIAN INSURANCE COMPANY | admir.mesic@aon.com |
| RELM INSURANCE LTD | jziolkowski@relminsurance.com |
| THE HARTFORD STEAM BOILER INSPECTION AND | customer_solution_center@hsb.com |
| UNDERWRITERS AT LLOYDS LONDON | enquiries@lloyds.com |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY | claims@vantagerisk.com |

# Exhibit D

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Utility Providers

| Creditor Name | Email Address |
| --- | --- |
| FIBERCOMM, LLC | customerservice@fibrecomm.net |
| FIBERCOMM, LLC | customerservice@fibrecomm.net |
| MIDAMERICAN ENERGY COMPANY | Daniel.Dana@midamerican.com |
| MIDAMERICAN ENERGY COMPANY | Daniel.Dana@midamerican.com |
| AT&T MOBILITY | jo8895@att.com |
| AT&T MOBILITY | jo8895@att.com |
| SHELL ENERGY | merilee.rocha@mp2energy.com |
| CITY OF BIG SPRING, TX | tdarden@mybigspring.com |
| CITY OF BIG SPRING WATER DEPARTMENT | ctidwell@mybigspring.com |

Exhibit E

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Taxing Authorities

| Creditor Name | Email Address |
| --- | --- |
| BUFFALO COUNTY TREASURER | treasurer@buffalocounty.ne.gov |
| BUFFALO COUNTY TREASURER | treasurer@buffalocounty.ne.gov |
| MINNESOTA DEPARTMENT OF REVENUE | mdor.collection@state.mn.us |
| MINNESOTA DEPARTMENT OF REVENUE | mdor.collection@state.mn.us |
| NEBRASKA DEPARTMENT OF REVENUE | Tony.Fulton@nebraska.gov |
| NEBRASKA DEPARTMENT OF REVENUE | Tony.Fulton@nebraska.gov |
| NEW YORK DEPARTMENT OF | argi.oleary@tax.ny.gov |
| SOUTH DAKOTA STATE TREASURER | holders@state.sd.us |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |

Exhibit F

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Benefits Providers

| Creditor Name | Email Address |
|---|---|
| CHARLES SCHWAB TRUST BANK | hgreer@perfect401k.com |
| CHUBB LIMITED | courtney.howard@insperity.com |
| HELLO TEMP, INC. | info@hellotemp.com |
| INSPERITY PEO SERVICES, L.P. | courtney.howard@insperity.com |
| NEW YORK LIFE | courtney.howard@insperity.com |
| OPTUM BANK | courtney.howard@insperity.com |
| PERFECT401(K) | hgreer@perfect401k.com |
| ROTH STAFFING COMPANIES, LLP | contact@rothstaffing.com |
| UNITEDHEALTHCARE | courtney.howard@insperity.com |

# Exhibit G

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Master Service List

| Creditor Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICES | 267-941-1015 |
| INTERNAL REVENUE SERVICES | 202-622-6415 |
| INTERNAL REVENUE SERVICES | 214-767-0040 |
| MERCURIA ENERGY AMERICA, LLC | (832) 209-2401 |
| Nebraska Attorney General | 402-471-3297 |
| NEW YORK STATE ATTORNEY GENERAL | 718-687-1430 |
| OFFICE OF THE UNITED STATES TRUSTEE | 713-718-4670 |
| SEC HEADQUARTERS | 202-772-9265 |
| South Dakota Attorney General | 605-773-4106 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-475-2994 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-475-2994 |
| TEXAS STATE SECURITIES BOARD | 512-305-8310 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 512-936-1409 |
| US ATTORNEY'S OFFICE | 713-718-3300 |
| HUBSPOT, INC. | 617-812-5820 |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Service - Banks

| Creditor Name | Fax |
|---|---|
| BMO HARRIS BANK | 612-337-7730 |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Service - Insurance Providers

| Creditor Name | Fax |
| --- | --- |
| AXIS INSURANCE COMPANY | 678-746-9315 |
| Hylant | 419-255-7557 |
| KINSALE INSURANCE COMPANY | (804) 673-5697 |
| MARKEL | 402-505-4860 |
| PRAETORIAN INSURANCE COMPANY | 212-422-1313 |
| THE HARTFORD STEAM BOILER INSPECTION AND | 860-722-1881 |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Service List - Utility Providers

| Creditor Name | Fax |
|---|---|
| FIBERCOMM, LLC | 712-224-8810 |
| FIBERCOMM, LLC | 712-224-8810 |
| MIDAMERICAN ENERGY COMPANY | 563-333-8809 |
| MIDAMERICAN ENERGY COMPANY | 563-333-8809 |
| CITY OF BIG SPRING, TX | 432-263-8310 |
| CITY OF BIG SPRING WATER DEPARTMENT | 432-264-2393 |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Service - Taxing Authorities

| Creditor Name | Fax |
|---|---|
| BUFFALO COUNTY TREASURER | 308-233-3085 |
| BUFFALO COUNTY TREASURER | 308-233-3085 |
| INTERNAL REVENUE SERVICE | 502-564-2695 |
| MINNESOTA DEPARTMENT OF REVENUE | 651-556-5116 |
| MINNESOTA DEPARTMENT OF REVENUE | 651-556-5116 |
| NEBRASKA DEPARTMENT OF REVENUE | 402-471-5927 |
| NEBRASKA DEPARTMENT OF REVENUE | 402-471-5927 |
| NEW YORK DEPARTMENT OF | 518-435-8532 |
| SOUTH DAKOTA STATE TREASURER | 605-773-3115 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 512-475-0900 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 512-475-0900 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 512-475-0900 |
| US INTERNAL REVENUE SERVICE | 502-564-2695 |
| US INTERNAL REVENUE SERVICE | 502-564-2695 |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Facsimile Service List - Benefits Providers

| Creditor Name | Fax |
|---|---|
| CHARLES SCHWAB TRUST BANK | 877-471-6934 |
| CHUBB LIMITED | 908-903-2008 |