UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Sayan Bhattacharyya<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York, 4500831 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. ||
|---|---|
| Dated: 9/22/2022 | Signed: /s/ Sayan Bhattacharyya |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　United States Bankruptcy Judge