UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew Micheli<br>Paul Hastings LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>312-499-6000<br>Illinois # 6278034 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. |
|---|

| Dated: 9/22/2022 | Signed: /s/ Mathew Micheli |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States Bankruptcy Judge