| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Cole Harlan<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York, 5774328 |
|---|---|

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. ||
|---|---|
| Dated: 9/22/2022 | Signed: /s/ Cole Harlan |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                              United States Bankruptcy Judge