| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Angelika Glogowski<br>Paul Hastings LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>312-499-6000<br>Illinois # 6339022 |
|---|---|

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: 9/22/2022 | Signed: /s/ Angelika Glogowski |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                          United States Bankruptcy Judge