United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Sayan Bhattacharyya |
| Firm | Paul Hastings LLP |
| Street | 200 Park Avenue |
| City & Zip Code | New York, NY 10166 |
| Telephone | 212-318-6000 |
| Licensed: State & Number | New York, 4500831 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. |
|---|
| Dated: 9/22/2022      Signed: /s/ Sayan Bhattacharyya |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:      Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 23, 2022

Marvin Isgur
United States Bankruptcy Judge