UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____:

| | |
|---|---|
| Name | Cole Harlan |
| Firm | Paul Hastings LLP |
| Street | 200 Park Avenue |
| City & Zip Code | New York, NY 10166 |
| Telephone | 212-318-6000 |
| Licensed: State & Number | New York, 5774328 |

Seeks to appear as the attorney for this party:

Compute North Holdings, Inc., et al.

Dated: 9/22/2022    Signed: /s/ Cole Harlan

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:    Signed: _____
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: September 23, 2022

Marvin Isgur
United States Bankruptcy Judge