United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Illinois__:

| | |
|---|---|
| Name | Angelika Glogowski |
| Firm | Paul Hastings LLP |
| Street | 71 South Wacker Drive, Suite 4500 |
| City & Zip Code | Chicago, IL 60606 |
| Telephone | 312-499-6000 |
| Licensed: State & Number | Illinois # 6339022 |

Seeks to appear as the attorney for this party:

Compute North Holdings, Inc., et al.

Dated: 9/22/2022    Signed: /s/ Angelika Glogowski

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:    Signed: _____
                   Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 23, 2022

_____
Marvin Isgur
United States Bankruptcy Judge