United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Illinois___:

| | |
|---|---|
| Name | J. Michael Jones |
| Firm | Paul Hastings LLP |
| Street | 71 South Wacker Drive, Suite 4500 |
| City & Zip Code | Chicago, IL 60606 |
| Telephone | 312-499-6000 |
| Licensed: State & Number | Illinois # 6306271 |

Seeks to appear as the attorney for this party:

Compute North Holdings, Inc., et al.

Dated: 9/22/2022     Signed: /s/ J. Michael Jones

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:     Signed: _____
                     Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: September 23, 2022

_____
Marvin Isgur
United States Bankruptcy Judge