| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Elizabeth Helen Jones<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>212-446-4800<br>NY 5611793 |
|---|---|

Seeks to appear as the attorney for this party:

| Generate Lending, LLC and GC Data Center Equity Holdings, LLC |
|---|
| Dated: September 23, 2022    Signed: /s/ Elizabeth Helen Jones |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice* in this case and all related adversary proceedings.

Dated: _____        _____
                                 United States Bankruptcy Judge