# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, September 23, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Sayan | Bhattacharyya | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Joseph | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Barry | Coulby | Compute North Holdings, Inc., | Compute North Holdings, Inc., et al. |
| Luc | Despins | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Daniel | Ginsberg | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Angelika | Glogowski | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| James | Grogan | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Cole | Harlan | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Drake | Harvey | Compute North Holdings, Inc., | Compute North Holdings, Inc., et al. |
| Michael | Jones | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Matthew | Micheli | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Dave | Movius | Compute North Holdings, Inc., | Compute North Holdings, Inc., et al. |
| Anna | Rotman | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | USDOJ | US Trustee |
| Sharon | Singleton | Sigma | media |
| Jason | Stokes | Compute North Holdings, Inc., | Compute North Holdings, Inc., et al. |
| Jana | Whitworth | Office of the United States | U. S. Trustee |