United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Christopher Marcus, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>212-446-4800<br>NY 3014701 |

Seeks to appear as the attorney for this party:

Generate Lending, LLC and GC Data Center Equity Holdings, LLC

Dated: September 23, 2022     Signed: /s/ Christopher Marcus

COURT USE ONLY: The applicant's state bar reports their status as:  Active .

Dated:     Signed: _____
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 23, 2022

_____
Marvin Isgur
United States Bankruptcy Judge