United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name | Elizabeth Helen Jones |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-446-4800 |
| Licensed: State & Number | NY 5611793 |

Seeks to appear as the attorney for this party:

Generate Lending, LLC and GC Data Center Equity Holdings, LLC

Dated: September 23, 2022    Signed: /s/ Elizabeth Helen Jones

COURT USE ONLY: The applicant's state bar reports their status as: **Active**.

Dated:    Signed: _____
                        Deputy Clerk

Order

Signed: September 23, 2022

_____
Marvin Isgur
United States Bankruptcy Judge