UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtor. | ) | (Jointly Administered) |
|  | ) |  |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Generate Lending, LLC and GC Data Center Equity Holdings, LLC, and pursuant to rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), request that that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

Christopher Marcus, P.C.
Elizabeth Helen Jones
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.marcus@kirkland.com
       elizabeth.jones@kirkland.com

Anna G. Rotman, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: anna.rotman@kirkland.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Joseph W. Buoni (TX Bar No. 24072009)
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  713.220.4200
Facsimile:   713.220.4285
Email:  josephbuoni@huntonak.com
            taddavidson@huntonak.com
            pguffy@huntonak.com

**PLEASE TAKE FURTHER** notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed with regard to the above case.

[*Remainder of page intentionally left blank*]

Houston, Texas
September 23, 2022

| | |
|---|---|
| */s/ Joseph W. Buoni* | |
| **HUNTON ANDREWS KURTH LLP** | **KIRKLAND & ELLIS LLP** |
| Joseph W. Buoni (TX Bar No. 24072009) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy A. ("Tad") Davidson II (TX Bar No. 24012503) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Philip M. Guffy (TX Bar No. 24113705) | Elizabeth Helen Jones (admitted *pro hac vice*) |
| 600 Travis Street | 601 Lexington Avenue |
| Houston, TX 77002 | New York, New York 10022 |
| Telephone:  713.220.4200 | Telephone:  (212) 446-4800 |
| Facsimile:   713.220.4285 | Facsimile:   (212) 446-4900 |
| Email:  josephbuoni@huntonak.com | Email:  christopher.marcus@kirkland.com |
|           taddavidson@huntonak.com |           elizabeth.jones@kirkland.com |
|           philipguffy@huntonak.com | |

*Co-Counsel to Generate Lending, LLC and GC Data Center Equity Holdings, LLC*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:  (713) 836-3600
Facsimile:  (713) 836-3601
Email:  anna.rotman@kirkland.com

*Co-Counsel to Generate Lending, LLC and GC Data Center Equity Holdings, LLC*

## Certificate of Service

I certify that on September 23, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joseph W. Buoni*
Joseph W. Buoni