IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-90273 |
| **COMPUTE NORTH HOLDINGS, INC.,** § | |
| *et al.,* § | |
| § | Chapter 11 |
| Debtors. § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that ArentFox Schiff LLP and Okin Adams Bartlett Curry LLP hereby enter their appearance as counsel for CN Borrower LLC, CN Wolf Hollow LLC, and Compute North NE05 LLC. Pursuant to section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), the undersigned requests that copies of all pleadings and other papers filed in this case, as well as notices given or required to be given in this case, be served at the addresses listed below.

| | |
|---|---|
| Jeffrey R. Gleit | Matthew S. Okin |
| Allison H. Weiss | Ryan A. O'Connor |
| Matthew R. Bentley | Okin Adams Bartlett Curry LLP |
| ArentFox Schiff LLP | 1113 Vine Street, Suite 240 |
| 1301 Avenue of the Americas, 42nd Floor | Houston, Texas 77002 |
| New York, New York 10019 | Telephone: (713) 228-4100 |
| Telephone: (212) 484-3900 | Facsimile: (346) 247-7158 |
| Facsimile: (212) 484-3990 | mokin@okinadams.com |
| jeffrey.gleit@afslaw.com | roconnor@okinadams.com |
| allison.weiss@afslaw.com | |
| matthew.bentley@afslaw.com | |

**PLEASE TAKE FURTHER** notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed with regard to the above case.

**FURTHER,** if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Respectfully submitted on this 25th day of September 2022.

By: /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
mokin@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
roconnor@okinadams.com
**OKIN ADAMS BARTLETT CURRY LLP**
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158

and

Jeffrey R. Gleit
jeffrey.gleit@afslaw.com
Allison H. Weiss
allison.weiss@afslaw.com
Matthew R. Bentley
matthew.bentley@afslaw.com
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

**ATTORNEYS FOR CN BORROWER LLC, CN WOLF HOLLOW LLC, AND COMPUTE NORTH NE05 LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2022, a true and correct copy of the foregoing *Notice of Appearance* was served via the Court's CM/ECF system to all parties consenting to service through the same.

By:  /s/ *Matthew S. Okin*
      Matthew S. Okin