United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ Illinois _____ :

| | |
|---|---|
| Name | Matthew Micheli |
| Firm | Paul Hastings LLP |
| Street | 71 South Wacker Drive, Suite 4500 |
| City & Zip Code | Chicago, IL 60606 |
| Telephone | 312-499-6000 |
| Licensed: State & Number | Illinois # 6278034 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: 9/22/2022 | Signed: /s/ Mathew Micheli |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____. | |
| Dated: | Signed: _____ Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed:  September 23, 2022

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                      Case No. 22-90273-mi
Compute North Holdings, Inc.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Compute North Holdings, Inc., 7575 Corporate Way, Eden Prairie, MN 55344-2022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Epiq Corporate Restructuring, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Tillman Grogan, III | |
| | on behalf of Debtor Compute North Holdings  Inc. jamesgrogan@paulhastings.com, cypress.ph@paulhastings.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4