United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name | Jeffrey R. Gleit |
| Firm | ArentFox Schiff LLP |
| Street | 1301 Avenue of the Americas, 42nd Floor |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 484-3900 |
| | jeffrey.gleit@afslaw.com |
| Licensed: State & Number | New York Bar No. 3928371 |

Seeks to appear as the attorney for this party:

CN Borrower LLC; CN Wolf Hollow LLC; Compute North NE05 LLC

Dated: 9.25.22    Signed: /s/ Jeffrey R. Gleit

COURT USE ONLY: The applicant's state bar reports their status as: __Active__ .

Dated:    Signed: _____
Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 26, 2022

Marvin Isgur
United States Bankruptcy Judge