United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name | Matthew R. Bentley |
| Firm | ArentFox Schiff LLP |
| Street | 1301 Avenue of the Americas, 42nd Floor |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 484-3900 |
| | matthew.bentley@afslaw.com |
| Licensed: State & Number | New York Bar No. 5524467 |

Seeks to appear as the attorney for this party:

**CN Borrower LLC; CN Wolf Hollow LLC; Compute North NE05 LLC**

Dated: 9.25.22    Signed: /s/ Matthew R. Bentley

COURT USE ONLY: The applicant's state bar reports their status as: **Active**.

Dated:    Signed: _____
Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 26, 2022

_____
Marvin Isgur
United States Bankruptcy Judge