UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Compute North Holdings, Inc. *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of GEM Mining 1, LLC ("GEM Mining"), and requests that all notices given or required to be given, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect GEM Mining or these chapter 11 bankruptcy cases to be served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

> A.J. Webb, Esq.
> S.D. Tex. Bar No. 3050291
> **FROST BROWN TODD LLC**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, Ohio 45202
> Tel: 513-651-6800
> Fax: 513-651-6981
> Email: awebb@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over GEM Mining, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which GEM Mining is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments GEM Mining expressly reserves.

[*Signature Page Follows*]

Dated: September 26, 2022					Respectfully submitted,

**FROST BROWN TODD LLC**

*/s/ A.J. Webb*
A.J. Webb, Esq.
Texas Bar No. 0061351
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
Email: awebb@fbtlaw.com

-and-

4400 Post Oak Parkway
Suite 2850
Houston, Texas 77027
Tel: (713) 590-9300
Fax: (713) 590-9399

**COUNSEL FOR GEM MINING 1, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022 a true and correct copy of the foregoing Notice of Appearance and Request for Notices was sent via ECF to all parties receiving ECF Notices in this chapter 11 case.

*/s/ A.J. Webb*
A.J. Webb