| Information to identify the case: | |
|---|---|
| Debtor: Compute North Holdings, Inc., *et al.* (see below for all Debtors)<br>Name | EIN: 85-3774534 |
| United States Bankruptcy Court for the Southern District of Texas<br>(State) | Date case filed for chapter 11: 09 / 22 /2022<br>MM / DD/YYYY |
| Lead Case Number: 22-90273 (MI) (Jointly Administered) | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case         10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' full name(s)<br>List of Jointly Administered Debtors | Debtor | EIN Number | Case Number |
|---|---|---|---|
| | Compute North Holdings, Inc. | 85-3774534 | 22-90273 (MI) |
| | Compute North LLC | 82-3377185 | 22-90275 (MI) |
| | CN Corpus Christi LLC | 88-1145551 | 22-90272 (MI) |
| | CN Atoka LLC | 87-3904384 | 22-90276 (MI) |
| | CN Big Spring LLC | 87-3854397 | 22-90277 (MI) |
| | CN Colorado Bend LLC | 87-3864610 | 22-90278 (MI) |
| | CN Developments LLC | 87-3782570 | 22-90279 (MI) |
| | CN Equipment LLC | 88-2676885 | 22-90280 (MI) |
| | CN King Mountain LLC | 87-3937190 | 22-90281 (MI) |
| | CN Minden LLC | 87-3833722 | 22-90282 (MI) |
| | CN Mining LLC | 87-4495223 | 22-32786 (MI) |
| | CN Pledgor LLC | 87-4409871 | 22-90274 (MI) |
| | Compute North Member LLC | 87-3758639 | 22-90283 (MI) |
| | Compute North NC08 LLC | 87-1858069 | 22-90284 (MI) |
| | Compute North NY09 LLC | 87-2175453 | 22-90285 (MI) |
| | Compute North SD, LLC | 37-1911501 | 22-90286 (MI) |

Official Form 309F1 (For Corporations or Partnerships)  Notice of Chapter 11 Bankruptcy Case     page 1

|   |   | Compute North Texas LLC | 35-2621883 | 22-90287 (MI) |
|---|---|---|---|---|
|   |   | Compute North TX06 LLC | 85-4305921 | 22-90288 (MI) |
|   |   | Compute North TX10 LLC | 87-3224238 | 22-90289 (MI) |
| 2. | All other names used in the last 8 years | **Debtor** | **Other Name(s)** | |
|   |   | Compute North Holdings, Inc. | N/A | |
|   |   | Compute North LLC | Compute North, LLC | |
|   |   | CN Corpus Christi LLC | N/A | |
|   |   | CN Atoka LLC | N/A | |
|   |   | CN Big Spring LLC | N/A | |
|   |   | CN Colorado Bend LLC | N/A | |
|   |   | CN Developments LLC | N/A | |
|   |   | CN Equipment LLC | N/A | |
|   |   | CN King Mountain LLC | N/A | |
|   |   | CN Minden LLC | N/A | |
|   |   | CN Mining LLC | N/A | |
|   |   | CN Pledgor LLC | N/A | |
|   |   | Compute North Member LLC | N/A | |
|   |   | Compute North NC08 LLC | N/A | |
|   |   | Compute North NY09 LLC | N/A | |
|   |   | Compute North SD, LLC | N/A | |
|   |   | Compute North Texas LLC | N/A | |
|   |   | Compute North TX06 LLC | N/A | |
|   |   | Compute North TX10 LLC | N/A | |
| 3. | Address | 7575 Corporate Way, Eden Prairie, Minnesota  55344 | | |
| 4. | Debtor's attorney<br>Name and address | **PAUL HASTINGS LLP**<br>James Grogan (TX Bar No. 24027354)<br>600 Travis Street, 58th Floor<br>Houston, Texas 77002<br>Email: jamesgrogan@paulhastings.com<br><br>-and-<br><br>Luc Despins<br>Sayan Bhattacharyya<br>Daniel Ginsberg<br>200 Park Avenue<br>New York, New York 10166<br>Email: lucdespins@paulhastings.com<br>          sayanbhattacharyya@paulhastings.com<br>          danielginsberg@paulhastings.com<br><br>-and-<br><br>Matthew Micheli<br>Michael Jones<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Email: mattmicheli@paulhastings.com<br>          michaeljones@paulhastings.com. | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):<br><br>Epiq Corporate Restructuring, LLC (the "Claims Agent")<br><br>**Case website:**<br><br>https://dm.epiq11.com/ComputeNorthHoldings<br><br>**Email Inquiries:**<br><br>ComputeNorthHoldingsInfo@epiqglobal.com<br><br>**Address if by First-Class Mail:**<br><br>Compute North Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421<br><br>**Address if by Hand Delivery or Overnight Mail:**<br><br>Compute North Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd. | |

| | | |
|---|---|---|
| | | Beaverton, OR 97005 |
| **5. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov | United States Courthouse 515 Rusk Avenue Houston, Texas 77002 | Hours: Monday to Friday – 8:30 a.m. to 5:00 p.m. (CT)<br><br>Telephone: (713) 250-5500 |
| **6. Meeting of creditors**<br><br>The Debtors' representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | October 31, 2022 at 1:30 p.m. (prevailing Central Time). | Location:<br><br>Telephone Conference:<br><br>Phone Number:  866-707-5468<br><br>Participant Code:  6166997# |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>5:00 PM (CT) on the date that is twenty-one (21) days after the Bar Date Service Date<br><br>The term "Bar Date Service Date" shall refer to the date that is three (3) business days after the date on which the Debtors file their schedules and statements of financial affairs. | **Deadline for governmental units to file proof of claim:**<br><br>March 21, 2023 at 5:00 PM (CT) |
| | **Deadline for filing proof of claim on account of the Debtors' rejection of executory contracts or unexpired leases.**<br><br>Not yet set.  Notice of deadline, if any, will be filed on the Court's docket. | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, https://dm.epiq11.com/ComputeNorthHoldings, or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>■ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>■ you file a proof of claim in a different amount; or<br>■ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim. You may file a proof of claim even if your claim is scheduled.<br><br>Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or https://dm.epiq11.com/ComputeNorthHoldings.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8.    Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br><br>**Deadline for filing the complaint:** | |
| **9.    Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309F1 (For Corporations or Partnerships)  Notice of Chapter 11 Bankruptcy Case       page 3

| | |
|---|---|
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Epiq Corporate Restructuring, LLC by email at ComputeNorthHoldingsInfo@epiqglobal.com. You may also find more information at https://dm.epiq11.com/ComputeNorthHoldings.**