| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Compute North Holdings, Inc., et al. | |
| United States Bankruptcy Court for the: Southern District of Texas | ☑ Check if this is an amended filing |
| Case Number (If known): 22-90273 | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MARATHON DIGITAL HOLDINGS, INC. 1180 NORTH TOWN CENTER DRIVE SUITE 100 LAS VEGAS, NV 89144 | CONTACT: NORA MARCKWORDT PHONE: 800-804-1690 INFO@MARA.COM | PROMISSORY NOTE | | | | $21,420,399.19 |
| 2 | BOOTSTRAP ENERGY LLC 3838 OAK LAWN AVE, SUITE 100 DALLAS, TX 75219 | CONTACT: STEVE QUISENBERRY INFO@BOOTSTRAP-ENERGY.COM | CONTRACT COUNTERPARTY | Contingent & Unliquidated | | | Unliquidated |
| 3 | US BITCOIN CORPORATION 1221 BRICKELL AVE STE 900 MIAMI, FL 33131 | CONTACT: JOEL BLOCK PHONE: 813-624-3074 JBLOCK@USBITCOIN.COM | LITIGATION | Contingent, Unliquidated & Disputed | | | $3,750,000.00 |
| 4 | MP2 ENERGY TEXAS LLC D/B/A SHELL ENERGY SOLUTIONS TX PO BOX 733560 DALLAS, TX 75373-3560 | CONTACT: MARSHA PIERCE PHONE: 877-238-5343 MARSHA.PIERCE@SHELLENERGY.COM | UTILITIES | Disputed | | | $2,096,171.93 |
| 5 | ATLAS CONSOLIDATED MINING AND DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN, TX 78701 | CONTACT: MICHAEL GUO MICHAEL.GUO@ATLASMINING.COM | LITIGATION | Contingent, Unliquidated & Disputed | | | $1,773,184.61 |
| 6 | NBTC LIMITED ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG | CONTACT: ANASTASIA/GEORGE PHONE: +86 1376 421 8363 ANASTASIA@CORP.THE9.COM | LITIGATION | Contingent, Unliquidated & Disputed | | | $1,383,024.00 |

**Debtor:** Compute North Holdings, Inc., et al.          **Case Number** (if known): 22-90273

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SUNBELT SOLOMON SERVICES, LLC<br>1922 S. MLK JR. DRIVE<br>TEMPLE, TX 76504 | CONTACT: BILL SPARKS JR.<br>PHONE: 330-727-3796<br>BILL.SPARKS@SUNBELTSOLOMON.COM | TRADE PAYABLE | Unliquidated & Disputed | | | $837,705.52 |
| 8 | ERNST & YOUNG LLP<br>PNC BANK C/O ERNST & YOUNG US LLP<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 | CONTACT: NYKEMA JACKSON<br>PHONE: 404-541-8340<br>NYKEMA.JACKSON@EY.COM | PROFESSIONAL SERVICES - ACCOUNTING | | | | $341,292.00 |
| 9 | COMMONWEALTH ELECTRIC COMPANY OF THE MIDWEST<br>472 26TH AVENUE<br>COLUMBUS, NE 68601 | CONTACT: KELLI BIRKEL<br>PHONE: 402-563-9334<br>KBIRKEL@COMMONWEALTHELECTRIC.COM | UTILITIES | | | | $188,160.97 |
| 10 | MVP LOGISTICS LLC<br>10205 10TH AVE N SUITE A<br>PLYMOUTH, MN 55441 | CONTACT: RACHEL WILLIAMS<br>PHONE: 763-390-5320<br>AR@MVPSHIP.COM | TRADE PAYABLE | | | | $121,051.54 |
| 11 | MERITUS RECRUITING GROUP LLC<br>10319 LYNBROOK HOLLOW DR<br>HOUSTON, TX 77042 | CONTACT: THOMAS WILLIAMS<br>PHONE: 713-304-1883<br>TWILLIAMS@MERITUSRECRUITING.COM | TRADE PAYABLE | | | | $79,872.00 |
| 12 | AXLE LOGISTICS<br>835 N CENTRAL STREET<br>KNOXVILLE, TN 37917 | CONTACT: BEN SHUSTER<br>PHONE: 888-440-1888<br>BEN.SHUSTER@AXLELOGISTICS.COM | TRADE PAYABLE | | | | $75,230.00 |
| 13 | URBAN SOLUTION GROUP<br>4230 ELATI ST<br>DENVER, CO 80216 | CONTACT: CHIEF FINANCIAL OFFICER<br>PHONE: 720-749-2916<br>ACCOUNTING@URBANSOLUTIONGROUP.COM | TRADE PAYABLE | | | | $71,637.50 |
| 14 | GARTNER, INC.<br>13200 PAUL J DOHERTY PARKWAY<br>FT MYERS, FL 33913 | CONTACT: SPENCER HOCKERT<br>PHONE: 239-561-4000<br>SPENCER.HOCKERT@GARTNER.COM | TRADE PAYABLE | | | | $62,125.25 |
| 15 | WESTWOOD PROFESSIONAL SERVICES<br>PO BOX 856650<br>MINNEAPOLIS, MN 55485 | CONTACT: DAVID WIRT<br>PHONE: 888-937-5150<br>DAVID.WIRT@WESTWOODPS.COM | TRADE PAYABLE | | | | $59,866.25 |
| 16 | ECHO SEARCH GROUP<br>1660 HIGHWAY 100 SOUTH, SUITE 318<br>ST LOUIS PARK, MN 55416 | CONTACT: AMIT BHATIA<br>PHONE: 612-452-6000<br>ABHATIA@ECHOSEARCHGROUP.COM | TRADE PAYABLE | | | | $47,400.00 |
| 17 | KOCH FILTER CORPORATION<br>8401 AIR COMMERCE DR<br>LOUISVILLE, KY 40119 | CONTACT: GILBERT FREDERICK<br>PHONE: 888-684-8288<br>GILBERT.FREDERICK.NEWBERRY@KOCHFILTER.COM | TRADE PAYABLE | | | | $46,740.11 |
| 18 | MADEL PA<br>800 HENNEPIN AVENUE<br>MINNEAPOLIS, MN 55403 | CONTACT: AMITYBEINER<br>PHONE: 612-605-0630<br>ABEINER@MADELLAW.COM | LAW FIRMS, ACCOUNTANTS, OTHER PROFESSIONALS | | | | $46,358.09 |

Debtor: Compute North Holdings, Inc., et al.                     Case Number (if known): 22-90273

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | SPECTRUM SEARCH PARTNERS, LLC 4643 SOUTH ULSTER SUITE 1420 DENVER, CO 80237 | CONTACT: TOM SHAHNAZARIAN PHONE: 303-534-8105 TOM@SPECTRUMSEARCHPARTNERS.COM | TRADE PAYABLE | | | | $45,000.00 |
| 20 | CORTALENT, LLC 7801 EAST BUSH LAKE ROAD SUITE 100 MINNEAPOLIS, MN 55439 | CONTACT: ALISON PYE PHONE: 612-599-5933 APYE@CORTALENT.COM | TRADE PAYABLE | | | | $40,000.00 |
| 21 | FREUDENBERG FILTRATION TECHNOLOGIES L.P. 2975 PEMBROKE ROAD HOPKINSVILLE, KY 42240 | CONTACT: COLETT GAGNON PHONE: 270-887-6359 COLETT.GAGNON@FREUDENBERG-FILTER.COM | TRADE PAYABLE | | | | $39,934.08 |
| 22 | RAND WORLDWIDE INC. 11201 DOLFIELD BOULEVARD SUITE 112 OWINGS MILLS, MD 21117 | CONTACT: AUSTIN SOBOLEWSKI PHONE: 800-356-9050 ASOBOLEWSKI@RAND.COM | TRADE PAYABLE | | | | $30,275.00 |
| 23 | RECRUITERS OF MINNESOTA 6110 BLUE CIRCLE DR, SUITE 280 MINNETONKA, MN 55343 | CONTACT: KELLY HOGAN PHONE: 952-767-0089 KELLY@RECRUITERSOFMN.COM | TRADE PAYABLE | | | | $30,000.00 |
| 24 | HUBSPOT, INC. 25 FIRST STREET CAMBRIDGE, MA 02141 | CONTACT: CHIEF FINANCIAL OFFICER PHONE: 888-482-7768 FAX: 617-812-5820 MEDIA@HUBSPOT.COM | TRADE PAYABLE | | | | $29,184.66 |
| 25 | DELL TECHNOLOGIES, INC ONE DELL WAY ROUND ROCK, TX 78682 | CONTACT: RICHARD ROTHBERG PHONE: 512-513-9022 FAX: 512-283-2836 RICHARD_ROTHBERG@DELL.COM | TRADE PAYABLE | | | | $27,407.63 |
| 26 | GROWTH OPERATORS, LLC 800 LASALLE AVE MINNEAPOLIS, MN 55402 | CONTACT: STEPHANIE WELLS PHONE: 952-400-1440 STEPHANIE.WELLS@GROWTHOPERATORS.COM | TRADE PAYABLE | | | | $26,529.42 |
| 27 | CIRCUIT BREAKER GUYS LLC 4740 E 2ND ST UNIT C21 BENECIA, CA 94510 | CONTACT: STEVE WEIDNER PHONE: 855-875-5050 STEVE@CBGUYS.COM | TRADE PAYABLE | | | | $25,904.99 |
| 28 | CITY OF BIG SPRING, TX 310 NOLAN STREET BIG SPRING, TX 79720 | CONTACT: ARICKA GROVE PHONE: 432-264-2346 AGROVE@MYBIGSPRING.COM | UTILITIES | | | | $24,463.87 |
| 29 | KOHO CONSULTING 6030 PRINTERY STREET SUITE 103 TAMPA, FL 33616 | CONTACT: MARC DOUCETTE PHONE: 813-390-1309 MARC@KOHOCONSULTING.COM | TRADE PAYABLE | | | | $22,000.00 |
| 30 | FLEXENTIAL CORP. PO BOX 732368 DALLAX, TX 75373-2368 | CONTACT: MARK LEYDA PHONE: 888-552-3539 MARK.LEYDA@FLEXENTIAL.COM | TRADE PAYABLE | | | | $20,790.00 |

Fill in this information to identify the case and this filing:

Debtor Name: Compute North Holdings, Inc., et al.

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): 22-90273

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)* – **Amended**
- ☐ Other documents that require a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

09 / 28 / 2022          ✗ */s/ Harold Coulby*
MM/ DD/YYYY          Signature of individual signing on behalf of debtor

                     Harold Coulby
                     Printed name

                     Authorized Signatory
                     Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors