# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>COMPUTE NORTH HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 11 |

**MASTER SERVICE LIST**
**(as of September 28, 2022)[2]**

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/cpn/info under "Case Actions."

| UNITED STATES TRUSTEE | GOVERNMENTAL AGENCIES |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK ST, STE 3516<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE ST, RM 121<br>DALLAS, TX 75242 |
| MINNESOTA ATTORNEY GENERAL<br>ATTN KEITH ELLISON<br>445 MINNESOTA STREET<br>SUITE 1400<br>ST. PAUL, MN 55101-2131 | NEBRASKA ATTORNEY GENERAL<br>ATTN DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL<br>ATTN LETITIA JAMES<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN SHAMOIL SHIPCHANDLER, REG DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102 | SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN MARK VARGO<br>1302 E HWY 14<br>SUITE 1<br>PIERRE, SD 57501-8501 |

| | |
|---|---|
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 |
| TEXAS STATE SECURITIES BOARD<br>THOMAS JEFFERSON RUSK STATE OFFICE BUILDING<br>208 E 10TH ST<br>AUSTIN, TX 78701 | THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: CALLAN C SEARCY, ASST AG<br>C/O SHERRI K SIMPSON<br>BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| US ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF TEXAS<br>ATTN RICHARD A KINCHELOE<br>1000 LOUISIANA, STE 2300<br>HOUSTON, TX 77002 | **CORE/TOP 30 UNSECURED CREDITORS**<br><br>ATLAS CONSOLIDATED MINING AND<br>MICHAEL GUO<br>DEVELOPMENT CORPORATION<br>1705 GUADALUPE, SUITE 400<br>AUSTIN, TX 78701 |
| CITY OF BIG SPRING, TX<br>ARICKA GROVE<br>310 NOLAN STREET<br>BIG SPRING, TX 79720 | COKINOS/YOUNG<br>(COUNSEL TO MP2 ENERGY TEXAS LLC D/B/A SHELL<br>ENERGY SOLUTIONS); ATTN: CRAIG E. POWER & MARIA<br>M. BARTLETT; FOUR HOUSTON CENTER<br>HOUSTON, TX 77010-3039<br>FAX: 713-535-5533<br>EMAIL: CPOWER@COKINOSLAW.COM;MBARTLETT@COKINOSLAW.COM |
| COMMONWEALTH ELECTRIC COMPANY OF<br>KELLI BIRKEL<br>THE MIDWEST<br>472 26TH AVENUE<br>COLUMBUS, NE 68601 | DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC<br>ATTN: GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |

| | |
|---|---|
| DELL TECHNOLOGIES, INC<br>RICHARD ROTHBERG<br>CHIEF FINANCIAL OFFICER<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 | ECHO SEARCH GROUP<br>AMIT BHATIA<br>1660 HIGHWAY 100 SOUTH, SUITE 318<br>ST LOUIS PARK, MN 55416 |
| ERNST & YOUNG LLP<br>NYKEMA JACKSON<br>PNC BANK C/O ERNST & YOUNG US LLP<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 | FREUDENBERG FILTRATION TECHNOLOGIES L.P.<br>COLETT GAGNON<br>2975 PEMBROKE ROAD<br>HOPKINSVILLE, KY 42240 |
| FROST BROWN TODD LLC<br>(COUNSEL TO GEM MINING 1, LLC)<br>ATTN: A.J. WEBB ESQ.<br>3300 GREAT AMERICAN TOWER, 301 EAST FOURTH ST.<br>CINCINNATI, OH 45202<br>FAX: 513-651-6981<br>EMAIL: AWEBB@FBTLAW.COM | KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING, LLC & GC DATA<br>CENTER EQUITY HOLDINGS, LLC)<br>ATTN: CHRISTOPHER MARCUS, P.C. & ELIZABETH HELEN<br>NEW YORK, NY 10022<br>FAX: 212-446-4900<br>EMAIL: CHRISTOPHER.MARCUS@KIRKLAND.COM;<br>ELIZABETH.JONES@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING & GC DATA CENTER<br>EQUITY HOLDINGS, LLC); ATTN: ANNA G. ROTMAN, P.C.<br>609 MAIN STREET<br>HOUSTON, TX 77002<br>FAX: 713-836-3601<br>EMAIL: ANNA.ROTMAN@KIRKLAND.COM | KOCH FILTER CORPORATION<br>GILBERT FREDERICK<br>8401 AIR COMMERCE DR<br>LOUISVILLE, KY 40119 |
| KOHO CONSULTING<br>MARC DOUCETTE<br>6030 PRINTERY STREET SUITE 103<br>TAMPA, FL 33616 | MADEL PA<br>AMITYBEINER<br>800 HENNEPIN AVENUE<br>MINNEAPOLIS, MN 55403 |

| | |
|---|---|
| MARATHON DIGITAL HOLDINGS, INC.<br>FRED THIEL<br>1180 NORTH TOWN CENTER DRIVE<br>SUITE 100<br>LAS VEGAS, NV 89144 | MARATHON DIGITAL HOLDINGS, INC.<br>ATTN: NORA MARCKWORDT<br>1180 NORTH TOWN CENTER DRIVE<br>SUITE 100<br>LAS VEGAS, NV 89144<br>EMAIL: INFO@MARA.COM |
| MERCURIA ENERGY AMERICA, LLC<br>ATTENTION: LEGAL DEPARTMENT<br>20 E. GREENWAY PLAZA, SUITE 650<br>HOUSTON, TX 77046 | MERITUS RECRUITING GROUP LLC<br>THOMAS WILLIAMS<br>10319 LYNBROOK HOLLOW DR<br>HOUSTON, TX 77042 |
| SPECTRUM SEARCH PARTNERS, LLC<br>TOM SHAHNAZARIAN<br>4643 SOUTH ULSTER SUITE 1420<br>DENVER, CO 80237 | US BITCOIN CORPORATION<br>JOEL BLOCK<br>1221 BRICKELL AVE STE 900<br>MIAMI, FL 33131 |
| ARENTFOX SCHIFF LLP<br>(COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC,<br>AND COMPUTE NORTH NE05 LLC); ATTN: JEFFREY R.<br>GLEITY; ALLISON H. WEISS; & MATTHEW R. BENTLEY;<br>NEW YORK, NY 10019<br>FAX: 212-484-3990<br>EMAIL: JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM;<br>MATTHEW.BENTLEY@AFSLAW.COM | AXLE LOGISTICS<br>BEN SHUSTER<br>835 N CENTRAL STREET<br>KNOXVILLE, TN 37917 |
| CORTALENT, LLC<br>ALISON PYE<br>7801 EAST BUSH LAKE ROAD SUITE 100<br>MINNEAPOLIS, MN 55439 | FLEXENTIAL CORP.<br>MARK LEYDA<br>600 FOREST POINT CIRCLE<br>SUITE 100<br>CHARLOTTE, NC 28273 |

| | |
|---|---|
| FLEXENTIAL CORP.<br>MARK LEYDA<br>PO BOX 732368<br>DALLAS, TX 75373-2368 | FOUNDRY DIGITAL LLC<br>ATTN: MIKE COLYER<br>1100 PITTSFORD VICTOR ROAD<br>PITTSFORD, NY 14534 |
| GARTNER, INC.<br>SPENCER HOCKERT<br>13200 PAUL J DOHERTY PARKWAY<br>FT MYERS, FL 33913 | GENERATE LENDING, LLC<br>C/O GENERATE CAPITAL, PBC<br>ATTN: LOAN OPERATIONS<br>461 5TH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 |
| GENERATE LENDING, LLC<br>555 DE HARO STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 | GROWTH OPERATORS, LLC<br>STEPHANIE WELLS<br>800 LASALLE AVE<br>MINNEAPOLIS, MN 55402 |
| HAYNES AND BOONE LLP<br>(COUNSEL TO TZ CAPITAL HOLDINGS LLC)<br>ATTN: STEPHEN M. PEZANOSKY<br>301 COMMERCE STREET, STE. 2600<br>FORT WORTH, TX 76102<br>FAX: 817-347-6650<br>EMAIL: STEPHEN.PEZANOSKY@HAYNESBOONE.COM | HAYNES AND BOONE, LLP<br>(COUNSEL TO TZ CAPITAL HOLDINGS LLC)<br>ATTN: DAVID TRAUSCH<br>1221 MCKINNEY STREET, STE. 4000<br>HOUSTON, TX 77010<br>FAX: 713-547-2600<br>EMAIL: DAVID.TRAUSCH@HAYNESBOONE.COM |
| HMB LEGAL COUNSEL<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ATTN: ATI P. KHATRI<br>500 WEST MADISON, SUITE 3700<br>CHICAGO, IL 60661 | HUBSPOT, INC.<br>CHIEF FINANCIAL OFFICER<br>25 FIRST STREET<br>CAMBRIDGE, MA 02141 |

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP<br>(COUNSEL TO GENERATE LENDING, LLC & GC DATA CENTER<br>EQUITY HOLDINGS, LLC); ATTN: JOSEPH W. BUONI,<br>TIMOTHY A. DAVIDSON II, PHILIP M. GUFFY<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: JOSEPHBUONI@HUNTONAK.COM;<br>TADDAVIDSON@HUNTONAK.COM; PGUFFY@HUNTONAK.COM | MP2 ENERGY TEXAS LLC<br>MARSHA PIERCE<br>D/B/A SHELL ENERGY SOLUTIONS TX<br>PO BOX 733560<br>DALLAS, TX 75373-3560 |
| MP2 ENERGY TEXAS LLC<br>MARSHA PIERCE<br>D/B/A SHELL ENERGY SOLUTIONS TX<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 77380 | MVP LOGISTICS LLC<br>RACHEL WILLIAMS<br>10205 10TH AVE N SUITE A<br>PLYMOUTH, MN 55441 |
| NBTC LIMITED<br>ANASTASIA/GEORGE<br>ROOM 1502, 15/F, HARCOURT HOUSE<br>NO. 39 GLOUCESTER ROAD<br>WANCHAI<br>HONG KONG | NEXTERA ENERGY RESOURCES, LLC<br>ATTN: VICE PRESIDENT & GENERAL COUNSEL<br>GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| OKIN ADAMS BARTLETT CURRY LLP<br>(COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC<br>AND COMPUTE NORTH NE05 LLC); ATTN: MATTHEW S.<br>OKIN, RYAN A. O'CONNOR; 1113 VINE ST., STE. 240<br>HOUSTON, TX 77002<br>FAX: 346-247-7158<br>EMAIL: MOKIN@OKINADAMS.COM; ROCONNOR@OKINADAMS.COM | SUNBELT SOLOMON SERVICES, LLC<br>BILL SPARKS JR.<br>1922 S. MLK JR. DRIVE<br>TEMPLE, TX 76504 |
| TZ CAPITAL HOLDINGS, LLC<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 | TZRC MINING LLC<br>16192 COASTAL HWY<br>LEWES, DE 19958 |

**PARTIES REQUESTING NOTICE**

WESTWOOD PROFESSIONAL SERVICES
DAVID WIRT
PO BOX 856650
MINNEAPOLIS, MN 55485

BOOTSTRAP ENERGY LLC
STEVE QUISENBERRY
3838 OAK LAWN AVE, SUITE 100
DALLAS, TX 75219

CIRCUIT BREAKER GUYS LLC
STEVE WEIDNER
4740 E 2ND ST UNIT C21
BENECIA, CA 94510

FOUNDRY DIGITAL LLC
LICIA BARRA
350 EAST AVE SUITE 201
ROCHESTER, NY 14604

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
(COUNSEL TO HOWARD COUNTY APPRAISAL DISTRICT)
ATTN: LAURA J. MONROE
P.O. BOX 817
LUBBOCK, TX 79408
FAX: 806-744-9953
EMAIL: LMBKR@PBFCM.COM

PROSEK LLC
THOMAS PETRULLO
105 MADISON AVE FLOOR 7
NEW YORK, NY 10016

RAND WORLDWIDE INC.
AUSTIN SOBOLEWSKI
11201 DOLFIELD BOULEVARD SUITE 112
OWINGS MILLS, MD 21117

RECRUITERS OF MINNESOTA
KELLY HOGAN
6110 BLUE CIRCLE DR, SUITE 280
MINNETONKA, MN 55343

URBAN SOLUTION GROUP
CHIEF FINANCIAL OFFICER
4230 ELATI ST
DENVER, CO 80216

WESTWOOD PROFESSIONAL SERVICES
DAVID WIRT
12701 WHITEWATER DRIVE
SUITE 300
MINNETONKA, MN 55343