**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90273 (MI)** |
| | § | |
| **COMPUTE NORTH HOLDINGS, INC. et al.,** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS**

PLEASE TAKE NOTICE that Munsch Hardt Kopf & Harr, P.C., by and through the undersigned, hereby makes an appearance on behalf of Atlas Technology Group LLC ("Atlas"), a creditor and party-in-interest in the above-captioned proceeding (the "Bankruptcy Case"), and files this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders and Other Papers* (the "Notice of Appearance") to request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010 and 11 U.S.C. §§ 342 and 1109(b), that all notices given or required to be given in the Bankruptcy Case, and that all pleadings, orders and other papers served or required to be served in the Bankruptcy Case, be given and served upon:

John D. Cornwell
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone:    (713) 222-1470
Facsimile:    (713) 222-1475
jcornwell@munsch.com

Jay H. Ong
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703-4777
Telephone:    (512) 391-6100
Facsimile:    (512) 391-6149
jong@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall neither constitute nor be deemed or construed as Atlas' (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in the Bankruptcy Case or in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which Atlas has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Atlas hereby expressly reserves.

Dated: September 28, 2022.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450
700 Milam Street, Suite 800
Houston, TX 77002-2806
Telephone: 713.222.1470
Facsimile: 713.222.1475
jcornwell@munsch.com

**Page 2**

-and-

Jay H. Ong
Texas Bar No. 24028756
1717 West 6th Street, Suite 250
Austin, TX 78703-4777
Telephone: 512.391.6100
Facsimile: 512.391.6149
jong@munsch.com

*Counsel for Atlas Technology Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2022, a true and correct copy of the

foregoing Notice of Appearance was served electronically through the Court's ECF transmission

facilities on all parties registered to receive ECF notice in the above-captioned case.

 */s/ John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450

4892-6704-1845v.1