United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et.al. | |

This lawyer, who is admitted to the State Bar of __Missouri__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John G. Willard<br>Armstrong Teasdale LLP<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>314-621-5070<br>Missouri 67049 |

Seeks to appear as the attorney for this party:

| Compass Mining, Inc. |
|---|
| Dated: September 28, 2022    Signed: /s/ John G. Willard |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
| Dated:     Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 29, 2022

_____
Marvin Isgur
United States Bankruptcy Judge