IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Bootstrap Energy LLC ("Bootstrap Energy"), by and through his undersigned counsel, files this Notice of Appearance and Request for Service of Notices and Pleadings in the above-captioned case(s) (including any jointly administered cases), pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §§ 102(1), 342, and 1109(b), and requests that all notices and pleadings given or required to be served in this case be given to and served upon the Bootstrap Energy by serving:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

      Mark A. Castillo
      Robert C. Rowe
      **CARRINGTON, COLEMAN, SLOMAN**
       **& BLUMENTHAL, L.L.P.**
      901 Main Street, Suite 5500
      Dallas, TX  75202
      Telephone:	214-855-3000
      Facsimile:	214-580-2641
      Email:	markcastillo@ccsb.com
              rrowe@ccsb.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax, electronic mail or otherwise made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Service of Notices and Pleadings shall not be deemed or construed to be a waiver of the rights of the Bootstrap Energy (1) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (2) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bootstrap Energy expressly reserves, or (3) actual or implied consent of the Bootstrap Energy to entry of findings of fact or final orders by any Article I tribunal.

Date: September 29, 2022.

                                            Respectfully submitted,

                                            */s/ Mark A. Castillo*
Mark A. Castillo
  Texas State Bar No. 24027795
  Southern District Admin. No. 31520
Robert C. Rowe
  Texas State Bar No. 24086253
  Southern District Admin. No. 3782278
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214- 580-2641
Email: markcastillo@ccsb.com
           rrowe@ccsb.com

*Attorneys for Bootstrap Energy LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case, on this 29th day of September, 2022.

                                            */s/ Mark A. Castillo*
                                            Mark A. Castillo