UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 22-90273 |
|---|---|---|---|

In re: Compute North Holdings, Inc., et al.

United States Courts
Southern District of Texas
FILED

*versus*

SEP 28 2022

Nathan Ochsner, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | G. Frank Nason, IV, Esq.<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>6000 Lake Forrest Drive, N.W., Ste. 435, Atlanta, GA 30328<br>404-495-4468<br>fnason@lcenlaw.com<br>Georgia Bar No. 535160 |
|---|---|

| Name of party applicant seeks to appear for: | Marathon Digital Holdings, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/23/2022 | Signed: | /s/ G. Frank Nason, IV |
|---|---|---|

| The state bar reports that the applicant's status is: | *active* | |
|---|---|---|
| Dated: 9.28.22 | Clerk's signature | [signature] |

### Order

This lawyer is admitted *pro hac vice.*

Dated: _____      _____
                                                                                   United States District Judge