UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 22-90273 |
|---|---|---|---|

| In re: Compute North Holdings, Inc., et al. | United States Courts Southern District of Texas FILED |
|---|---|
| *versus* | SEP 2 8 2022 |
| | Nathan Ochsner, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gregory D. Ellis, Esq.<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>6000 Lake Forrest Drive, N.W., Ste. 435, Atlanta, GA 30328<br>404-495-4485<br>gellis@lcenlaw.com<br>Georgia Bar No. 245310 |
|---|---|

| Name of party applicant seeks to appear for: | Marathon Digital Holdings, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____ No ✔ _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/23/2022 | Signed: | /s/ Gregory D. Ellis |
|---|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 9.28.22   Clerk's signature  РКanie B |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge