**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 2, 3, 11-16, 18-24, 43, & 45-48** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 2], (the "Joint Admin Motion"),

    b. "Notice of Designation of Complex Chapter 11 Bankruptcy Cases," dated September 22, 2022 [Docket No. 3], (the "Complex Case Notice"),

    c. "Order Granting Complex Chapter 11 Bankruptcy Cases," dated September 22, 2022 [Docket No. 11], (the "Complex Case Order"),

    d. "Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent," dated September 22, 2022 [Docket No. 12], (the "Epiq Application"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344

e.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, and (C) Redact Certain Individual and Customer Confidential Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, (III) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), and (IV) Granting Related Relief," dated September 22, 2022 [Docket No. 13], (the "Matrix Motion"),

f.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 14], (the "Tax Motion"),

g.   "Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent," dated September 22, 2022 [Docket No. 15], (the "Epiq Order"),

h.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue Insurance Program and (B) Pay All Obligations With Respect Thereto; and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 16], (the "Insurance Motion"),

i.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 18], (the "Wage Motion"),

j.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 19], (the "Cash Management Motion"),

k.   "Debtors' Emergency Motion for Entry of an Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities From Discontinuing Service, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief," dated September 22, 2022 [Docket No. 20], (the "Utility Motion"),

l.   "Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports and (II) Granting Related Relief," dated September 22, 2022 [Docket No. 21], (the "Extension Motion"),

m.   "Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings," dated September 22, 2022 [Docket No. 22], (the "Coulby Declaration"),

n. "Agenda for First Day Hearing on First Day Motions Scheduled for September 23, 2022 at 7:30 a.m. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002," dated September 22, 2022 [Docket No. 23], (the "Agenda"),

o. "Witness and Exhibit List for September 23, 2022 Hearing," dated September 22, 2022 [Docket No. 24], (the "Witness List"),

p. "Order (I) Directing Joint Administration of Cases and (II) Granting Related Relief," dated September 23, 2022 [Docket No. 43], (the "Joint Admin Order"),

q. "Order (I) Extending Time to File (A) Schedules and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports and (II) Granting Related Relief," dated September 23, 2022 [Docket No. 45], (the "Extension Order"),

r. "Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief," dated September 23, 2022 [Docket No. 46], (the "Tax Order"),

s. "Order (I) Authorizing the Debtors (A) to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) to Continue Employee Benefits Programs and (II) Granting Related Relief," dated September 23, 2022 [Docket No. 47], (the "Wage Order"), and

t. "Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities From Discontinuing Service, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief," dated September 23, 2022 [Docket No. 48], (the "Utility Order"),

by causing true and correct copies of the:

i. Joint Admin Motion, Complex Case Notice, Complex Case Order, Epiq Application, Matrix Motion, Tax Motion, Epiq Order, Insurance Motion, Wage Motion, Cash Management Motion, Utility Motion, Extension Motion, Coulby Declaration, Agenda, Witness List, Joint Admin Order, Extension Order, Tax Order, Wage Order, and Utility Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on September 23, 2022,

ii. Wage Motion, Cash Management Motion, and Wage Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on September 23, 2022,

iii. Insurance Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, on September 23, 2022,

iv. Utility Motion and Utility Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, on September 23, 2022,

    v.     Tax Motion and Tax Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, on September 23, 2022,

    vi.    Wage Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, on September 23, 2022,

    vii.    Joint Admin Order, Utility Order, Tax Order, Wages Order, and Extension Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>, on September 23, 2022,

    viii.    Wages Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>, on September 23, 2022,

    ix.    Utility Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>, on September 23, 2022,

    x.    Tax Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>, on September 23, 2022,

    xi.    Wage Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>, on September 23, 2022, and

    xii.    Wage Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, on September 27, 2022.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
29th day of September, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| AXLE LOGISTICS | BEN SHUSTER 835 N CENTRAL STREET KNOXVILLE TN 37917 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| CIRCUIT BREAKER GUYS LLC | STEVE WEIDNER 4740 E 2ND ST UNIT C21 BENECIA CA 94510 |
| CITY OF BIG SPRING, TX | ARICKA GROVE 310 NOLAN STREET BIG SPRING TX 79720 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| CORTALENT, LLC | ALISON PYE 7801 EAST BUSH LAKE ROAD SUITE 100 MINNEAPOLIS MN 55439 |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | ATTN: GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ECHO SEARCH GROUP | AMIT BHATIA 1660 HIGHWAY 100 SOUTH, SUITE 318 ST LOUIS PARK MN 55416 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| FLEXENTIAL CORP. | MARK LEYDA 600 FOREST POINT CIRCLE SUITE 100 CHARLOTTE NC 28273 |
| FLEXENTIAL CORP. | MARK LEYDA PO BOX 732368 DALLAX TX 75373-2368 |
| FOUNDRY DIGITAL LLC | ATTN: MIKE COLYER 1100 PITTSFORD VICTOR ROAD PITTSFORD NY 14534 |
| FOUNDRY DIGITAL LLC | LICIA BARRA 350 EAST AVE SUITE 201 ROCHESTER NY 14604 |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | COLETT GAGNON 2975 PEMBROKE ROAD HOPKINSVILLE KY 42240 |
| GARTNER, INC. | SPENCER HOCKERT 13200 PAUL J DOHERTY PARKWAY FT MYERS FL 33913 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 555 DE HARO STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| GROWTH OPERATORS, LLC | STEPHANIE WELLS 800 LASALLE AVE MINNEAPOLIS MN 55402 |
| HMB LEGAL COUNSEL | (COUNSEL TO FOUNDRY DIGITAL LLC) ATTN: ATI P. KHATRI 500 WEST MADISON, SUITE 3700 CHICAGO IL 60661 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOCH FILTER CORPORATION | GILBERT FREDERICK 8401 AIR COMMERCE DR LOUISVILLE KY 40119 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MADEL PA | AMITYBEINER 800 HENNEPIN AVENUE MINNEAPOLIS MN 55403 |
| MARATHON DIGITAL HOLDINGS, INC. | FRED THIEL 1180 NORTH TOWN CENTER DRIVE SUITE 100 LAS VEGAS NV 89144 |
| MERCURIA ENERGY AMERICA, LLC | ATTENTION: LEGAL DEPARTMENT 20 E. GREENWAY PLAZA, SUITE 650 HOUSTON TX 77046 |
| MERITUS RECRUITING GROUP LLC | THOMAS WILLIAMS 10319 LYNBROOK HOLLOW DR HOUSTON TX 77042 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA STREET SUITE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | RACHEL WILLIAMS 10205 10TH AVE N SUITE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEBRASKA ATTORNEY GENERAL | ATTN DOUG PETERSON 2115 STATE CAPITOL LINCOLN NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| NEXTERA ENERGY RESOURCES, LLC | ATTN: VICE PRESIDENT & GENERAL COUNSEL GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| PROSEK LLC | THOMAS PETRULLO 105 MADISON AVE FLOOR 7 NEW YORK NY 10016 |
| RAND WORLDWIDE INC. | AUSTIN SOBOLEWSKI 11201 DOLFIELD BOULEVARD SUITE 112 OWINGS MILLS MD 21117 |

| Claim Name | Address Information |
|---|---|
| RECRUITERS OF MINNESOTA | KELLY HOGAN 6110 BLUE CIRCLE DR, SUITE 280 MINNETONKA MN 55343 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14 SUITE 1 PIERRE SD 57501-8501 |
| SPECTRUM SEARCH PARTNERS, LLC | TOM SHAHNAZARIAN 4643 SOUTH ULSTER SUITE 1420 DENVER CO 80237 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| SUNBELT SOLOMON SERVICES, LLC | BILL SPARKS JR. 1922 S. MLK JR. DRIVE TEMPLE TX 76504 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| TZ CAPITAL HOLDINGS, LLC | 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| TZRC MINING LLC | 16192 COASTAL HWY LEWES DE 19958 |
| URBAN SOLUTION GROUP | CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |
| US BITCOIN CORPORATION | JOEL BLOCK 1221 BRICKELL AVE STE 900 MIAMI FL 33131 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT 12701 WHITEWATER DRIVE SUITE 300 MINNETONKA MN 55343 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT PO BOX 856650 MINNEAPOLIS MN 55485 |

**Total Creditor count  59**

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
First Class Mail Additional Service


HOWARD COUNTY TAX OFFICE
UPTON COUNTY APPRAISAL DISTRICT
C/O LAURA J. MONROE
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. BOX 817
LUBBOCK, TX 79408

KIRKLAND & ELLIS LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN CHRISTOPHER MARCUS, P.C., ELIZABETH HELEN JONES
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN ANNA G. ROTMAN, P.C.
609 MAIN STREET
HOUSTON, TX 77002

HUNTON ANDREWS KURTH LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN JOSEPH W. BUONI, TIMOTHY A. ("TAD") DAVIDSON II,
PHILIP M. GUFFY
600 TRAVIS STREET, SUITE 4200
HOUSTON, TX 77002

**EXHIBIT B**

Compute North Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BMO HARRIS BANK | ERIK ANDERSON 50 SOUTH 6TH STREET, SUITE 1000 MINNEAPOLIS MN 55402 |
| FIDELITY BANK | BOBBY MOORE 7600 PARKLAWN AVE EDINA MN 55435 |

**Total Creditor count  2**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| AON PLC | ADMIR MESIC 5600 W 83RD ST, 8200 TOWER BLOOMINGTON MN 55437 |
| AXIS INSURANCE COMPANY | 111 SOUTH WACKER DRIVE, SUITE 3500 CHICAGO IL 60606 |
| BANYAN RISK LTD. | RAYMOND TRISMEN, MENDES AND MOUNT 1 CHURCH STREET PO BOX 246 HAMILTON BERMUDA |
| BROWN & BROWN | 5810 W. 78TH STREET SUITE 300 BLOOMINGTON MN 55439 |
| CONTINENTAL CASUALTY COMPANY | 151 N FRANKLIN CHICAGO IL 60606 |
| ENDURANCE AMERICAN SPECIALTY INS CO. | 500 WEST MONROE 30TH FLOOR CHICAGO IL 60661 |
| EVANSTON INSURANCE COMPANY | 10275 WEST HIGGINS ROAD, SUITE 750 ROSEMONT IL 60018 |
| FEDERAL INSURANCE COMPANY | MEREDITH PIDGEON 436 WALNUT STREET PO BOX 1000 PHILADELPHIA PA 19106-3703 |
| GENERAL CASUALTY COMPANY OF WISCONSIN | ONE QBE WAY SUN PRAIRIE WI 53596 |
| HAYS COMPANIES | 5810 W. 78TH STREET SUITE 300 BLOOMINGTON MN 55439 |
| HYLANT | 811 MADISON AVENUE TOLEDO OH 43604 |
| KINSALE INSURANCE COMPANY | 2035 MAYWILL STREET, SUITE 100 RICHMOND VA 23230 |
| MARKEL | KATHERINE CHRISTODOULATOS HIGHWOODS PARKWAY GLEN ALLEN VA 23060 |
| PRAETORIAN INSURANCE COMPANY | ONE QBE WAY SUN PRAIRIE WI 53596 |
| RELM INSURANCE LTD | JOSEPH ZIOLKOWSKI 20 CHURCH STREET SUITE 202 HAMILTON BERMUDA |
| THE HARTFORD STEAM BOILER INSPECTION AND | ONE STATE STREET HARTFORD CT 06102-5024 |
| UNDERWRITERS AT LLOYDS LONDON | 280 PARK AVENUE, EAST TOWER, 25TH FLOOR NEW YORK NY 10017 |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY | 444 W. LAKE ST., 17TH FLOOR CHICAGO IL 60606 |

**Total Creditor count  18**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AT&T MOBILITY | 1025 LENOX PARK BLVD NORTHEAST ATLANTA GA 30319 |
| AT&T MOBILITY | PO BOX 5019 CAROL STREAM IL 60197 |
| CITY OF BIG SPRING WATER DEPARTMENT | 305 JOHNSON ST BIG SPRING TX 79720 |
| CITY OF BIG SPRING, TX | 310 NOLAN STREET BIG SPRING TX 79720 |
| FIBERCOMM, LLC | 1605 9TH STREET SIOUX CITY IA 51101 |
| FIBERCOMM, LLC | PO BOX 416 SIOUX CITY IA 51102 |
| MIDAMERICAN ENERGY COMPANY | 106 E. 2ND STREET DAVENPORT IA 52801 |
| MIDAMERICAN ENERGY COMPANY | DAN DANA P.O. BOX 4350 DAVENPORT IA 52808-4350 |
| SHELL ENERGY | MERILEE ROCHA 21 WATERWAY AVE. SUITE 450 THE WOODLANDS TX 77380 |

**Total Creditor count  9**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BUFFALO COUNTY TREASURER | 1512 CENTRAL AVE KEARNEY NE 68847 |
| BUFFALO COUNTY TREASURER | PO BOX 1270 KEARNEY NE 68848 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE. NW WASHINGTON DC 20224 |
| MINNESOTA DEPARTMENT OF REVENUE | MAIL STATION 1250 ST. PAUL MN 55145-1250 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST. ST. PAUL MN 55146 |
| NEBRASKA DEPARTMENT OF REVENUE | 301 CENTENNIAL MALL SOUTH LINCOLN NE 68509 |
| NEBRASKA DEPARTMENT OF REVENUE | PO BOX 94818 LINCOLN NE 68509-4818 |
| NEW YORK DEPARTMENT OF | TAXATION AND FINANCE HARRIMAN CAMPUS RD ALBANY NY 12226 |
| SOUTH DAKOTA STATE TREASURER | 500 E CAPITOL AVE., STE 212 PIERRE SD 75501 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 149348 AUSTIN TX 78714-9348 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B. JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 |
| US INTERNAL REVENUE SERVICE | 600 DR MARTIN LUTHER KING JR PL LOUISVILLE KY 40202 |
| US INTERNAL REVENUE SERVICE | PO BOX 931000 LOUISVILLE KY 40293-1000 |

**Total Creditor count  14**

**EXHIBIT F**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CHARLES SCHWAB TRUST BANK | 3000 SCHWAB WAY WESTLAKE TX 76262 |
| CHUBB LIMITED | 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HELLO TEMP, INC. | RYAN TLUSTOSCH 4609 W 56TH ST EDINA MN 55424 |
| INSPERITY PEO SERVICES, L.P. | COURTNEY HOWARD 19001 CRESCENT SPRINGS DRIVE KINGSWOOD TX 77339 |
| NEW YORK LIFE | 51 MADISON AVENUE NEW YORK NY 10010 |
| OPTUM BANK | 2525 LAKE PARK BOULEVARD, SUITE 110 SALT LAKE CITY UT 84120 |
| PERFECT401(K) | HAL GREER 14325 WILLARD ROAD, SUITE 104 CHANTILLY VA 20151 |
| ROTH STAFFING COMPANIES, LLP | 450 N STATE COLLEGE BLVD ORANGE CA 92868 |
| UNITEDHEALTHCARE | 9900 BREN RD E MINNETONKA MN 55343 |

**Total Creditor count  9**

**EXHIBIT G**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | bk-csearcy@texasattorneygeneral.gov; sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| ATLAS CONSOLIDATED MINING AND | michael.guo@atlasmining.com |
| NBTC LIMITED | anastasia@corp.the9.com |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| ERNST & YOUNG LLP | nykema.jackson@ey.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| MADEL PA | abeiner@madellaw.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| CORTALENT, LLC | apye@cortalent.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| HUBSPOT, INC. | media@hubspot.com |
| DELL TECHNOLOGIES, INC | richard_rothberg@dell.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| KOHO CONSULTING | marc@kohoconsulting.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| PROSEK LLC | tpetrullo@prosek.com |

# EXHIBIT H

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Banks

| Creditor Name | Email Address |
|---|---|
| BMO HARRIS BANK | erik.anderson@bmo.com |
| FIDELITY BANK | cm@fidelitybankmn.com |

# EXHIBIT I

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Utility Providers

| Creditor Name | Email Address |
|---|---|
| FIBERCOMM, LLC | customerservice@fibrecomm.net |
| FIBERCOMM, LLC | customerservice@fibrecomm.net |
| MIDAMERICAN ENERGY COMPANY | Daniel.Dana@midamerican.com |
| MIDAMERICAN ENERGY COMPANY | Daniel.Dana@midamerican.com |
| AT&T MOBILITY | jo8895@att.com |
| AT&T MOBILITY | jo8895@att.com |
| SHELL ENERGY | merilee.rocha@mp2energy.com |
| CITY OF BIG SPRING, TX | tdarden@mybigspring.com |
| CITY OF BIG SPRING WATER DEPARTMENT | ctidwell@mybigspring.com |

**EXHIBIT J**

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Taxing Authorities

| Creditor Name | Email Address |
|---|---|
| BUFFALO COUNTY TREASURER | treasurer@buffalocounty.ne.gov |
| BUFFALO COUNTY TREASURER | treasurer@buffalocounty.ne.gov |
| MINNESOTA DEPARTMENT OF REVENUE | mdor.collection@state.mn.us |
| MINNESOTA DEPARTMENT OF REVENUE | mdor.collection@state.mn.us |
| NEBRASKA DEPARTMENT OF REVENUE | Tony.Fulton@nebraska.gov |
| NEBRASKA DEPARTMENT OF REVENUE | Tony.Fulton@nebraska.gov |
| NEW YORK DEPARTMENT OF | argi.oleary@tax.ny.gov |
| SOUTH DAKOTA STATE TREASURER | holders@state.sd.us |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Julian.Daniels@cpa.texas.gov |

# EXHIBIT K

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Service - Benefits Providers

| Creditor Name | Email Address |
|---|---|
| CHARLES SCHWAB TRUST BANK | hgreer@perfect401k.com |
| CHUBB LIMITED | courtney.howard@insperity.com |
| HELLO TEMP, INC. | info@hellotemp.com |
| INSPERITY PEO SERVICES, L.P. | courtney.howard@insperity.com |
| NEW YORK LIFE | courtney.howard@insperity.com |
| OPTUM BANK | courtney.howard@insperity.com |
| PERFECT401(K) | hgreer@perfect401k.com |
| ROTH STAFFING COMPANIES, LLP | contact@rothstaffing.com |
| UNITEDHEALTHCARE | courtney.howard@insperity.com |

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| CHARLES SCHWAB TRUST BANK | 3000 SCHWAB WAY WESTLAKE TX 76262 |
| CHUBB LIMITED | 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HELLO TEMP, INC. | RYAN TLUSTOSCH 4609 W 56TH ST EDINA MN 55424 |
| INSPERITY PEO SERVICES, L.P. | COURTNEY HOWARD 19001 CRESCENT SPRINGS DRIVE KINGSWOOD TX 77339 |
| NEW YORK LIFE | 51 MADISON AVENUE NEW YORK NY 10010 |
| OPTUM BANK | 2525 LAKE PARK BOULEVARD, SUITE 110 SALT LAKE CITY UT 84120 |
| PERFECT401(K) | HAL GREER 14325 WILLARD ROAD, SUITE 104 CHANTILLY VA 20151 |
| ROTH STAFFING COMPANIES, LLP | 450 N STATE COLLEGE BLVD ORANGE CA 92868 |
| UNITEDHEALTHCARE | 9900 BREN RD E MINNETONKA MN 55343 |

**Total Creditor count  9**