IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, § | |
| § | Case No. 22-90273 (MI) |
| Debtors.[1] § | |
| § | (Jointly Administered) |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Sphere 3D and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following:

> Seth H. Lieberman
> Matthew W. Silverman
> **PRYOR CASHMAN LLP**
> 7 Times Square, 40th Floor
> New York, NY 10036-6569
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> Email:  slieberman@pryorcashman.com
>   msilverman@pryorcashman.com

This request encompasses all notices, copies and pleadings referred to, whether express or implied, in the (i) United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, and (ii) Federal Rules

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 30th day of September, 2022.

        **PRYOR CASHMAN LLP**

        By: */s/ Matthew W. Silverman*
           Seth H. Lieberman (*pro hac vice* forthcoming)
           Matthew Silverman (*pro hac vice* forthcoming)
        7 Times Square, 40th Floor
        New York, NY 10036-6596
        Telephone:  (212) 421-4100
        Facsimile:   (212) 326-0806
        Email:       slieberman@pryorcashman.com
                        msilverman@pryorcashman.com

        **COUNSEL TO SPHERE 3D**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of September, 2022, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

                                                     */s/ Matthew W. Silverman*
                                                     Matthew W. Silverman