| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Georgia___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gregory D. Ellis<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>6000 Lake Forrest Drive, NW, Ste. 435<br>Atlanta, GA  30328<br>404-495-4485<br>Georgia Bar No. 245310 |
|---|---|

Seeks to appear as the attorney for this party:

| Marathon Digital Holdings, Inc. | |
|---|---|
| Dated: 9/30/22 | Signed: /s/ Gregory D. Ellis |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                                        United States Bankruptcy Judge