| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Georgia_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | G. Frank Nason, IV<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>6000 Lake Forrest Drive, NW, Ste. 435<br>Atlanta, GA 30328<br>404-495-4468<br>Georgia Bar No. 535160 |
|---|---|

Seeks to appear as the attorney for this party:

| Marathon Digital Holdings, Inc. |
|---|
| Dated: 9/30/22    Signed: /s/ G. Frank Nason, IV |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge