United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 03, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Georgia_____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | G. Frank Nason, IV<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>6000 Lake Forrest Drive, NW, Ste. 435<br>Atlanta, GA  30328<br>404-495-4468<br>Georgia Bar No. 535160 |
|---|---|

Seeks to appear as the attorney for this party:

Marathon Digital Holdings, Inc.

Dated: 9/30/22          Signed: /s/ G. Frank Nason, IV

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

Dated:          Signed: _____
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: October 03, 2022

_____
Marvin Isgur
United States Bankruptcy Judge