**Exhibit C**

**Mersch Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No.** __ |

**DECLARATION OF RYAN MERSCH IN SUPPORT OF
THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF PORTAGE
POINT PARTNERS, LLC AS FINANCIAL ADVISOR TO THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF SEPTEMBER 22, 2022**

I, Ryan Mersch, submit this declaration pursuant to 28 U.S.C. § 1746, and state:

1. I am a Director at Portage Point Partners, LLC ("Portage Point"), which has principal place of business at 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

2. I submit this declaration on behalf of Portage Point (this "Declaration") in support of the *Debtors' Application for Entry of Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors Effective as of September 22, 2022* (the "Application"),[2] by which the Debtors seek to retain Portage Point on the terms and conditions set forth in the Application and the engagement letter dated as of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

July 5, 2022, (the "Engagement Letter"), a copy of which is attached to the Application as Exhibit B. Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

## PORTAGE POINT'S QUALIFICATIONS

3. Portage Point is a restructuring and turnaround management firm whose professionals have a wealth of experience in providing financial advisory services and enjoy an excellent reputation for services they have rendered on behalf of debtors and creditors throughout the United States.

4. Professionals currently employed by Portage Point have assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous cases, including the following: *In re Alex and Ani, LLC*, Case No. 21-10918 (CTG) (Bankr. D. Del. July 9, 2021); *In re Alamo Drafthouse Cinemas Holdings, LLC*, No. 21-10474 (MFW) (Bankr. D. Del. March 29, 2021); *In re Bouchard Transportation, Co., Inc.*, No. 20-34682 (DRJ) (Bankr. S.D. Tex. October 22, 2020); *In re APC Automotive Technologies Intermediate Holdings, LLC*, No. 20-11466 (CSS) (Bankr. D. Del. June 23, 2020); *In re Hornbeck Offshore Services, LLC*, No. 20-32685 (DRJ) (June 18, 2020); *In re Dura Automotive Systems*, No. 19-12378 (KBO) (Bankr. D. Del. Oct. 17, 2019); *In re Melinta Therapeutics*, No. 19-12748 (LSS) (Bankr. D. Del. Dec. 27, 2019); *In re Loot Crate, Inc.*, No. 19-11791 (BLS) (Bankr. D. Del. Sept. 18, 2019); *In re Total Finance Investment Inc.*, No. 19-03734 (CAD) (Bankr. N.D. Ill. Mar. 14, 2019); *In re The Financial Oversight and Management Board for Puerto Rico,*

---

[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Portage Point and are based on information provided by them.

2

No. 17-4780 (LTS) (Bankr. D.P.R. July 3, 2017);*In re Rupari Holding Corp.*, No. 17-10793 (KJC) (Bankr. D. Del. April 10, 2017); *In re Triangle USA Petroleum Corporation*, No. 16-11566 (MFW) (Bankr. D. Del. June 29 2016).

5.  I and the Portage Point personnel who will work with me on this matter (collectively, the "Portage Point Professionals") have substantial expertise in, among other things, restructuring negotiations, treasury operations, liquidity management, financial accounting and reporting, operational and debt reorganization, key stakeholder management and business plan development, and cost-reduction initiatives, and, if approved, will provide services to the Debtors under an order approving the Application. The Portage Point Professionals will work closely with the Debtors' chief financial officer, other key Debtor personnel, and professionals throughout the reorganization process.

6.  By virtue of the expertise of its restructuring personnel, Portage Point is well qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases. Since July 2022, Portage Point has provided financial advisory services to the Debtors. Portage Point has acquired knowledge of the Debtors and their businesses, and developed familiarity with the Debtors' financial affairs, debt structure, operations, and related matters. For these reasons, Portage Point is both well qualified and uniquely suited to deal effectively and efficiently with matters that may arise in the context of these Chapter 11 Cases.

## SERVICES TO BE PROVIDED

7.  The Debtors' retention of Portage Point is governed by the Engagement Letter, except as explicitly set forth herein, in the Application, or in any order granting the Application.

8.  Among other things, the Portage Point Professionals will provide assistance to the Debtors with respect to management of the overall restructuring process, the development of

ongoing business and financial plans, and supporting negotiations among the Debtors, their advisors, and their creditors with respect to an overall exit strategy for their Chapter 11 Cases.

9. Portage Point will provide such restructuring support services as Portage Point and the Debtors shall deem appropriate and feasible in order to manage and advise the Debtors in the course of these Chapter 11 Cases, including, but not limited to:

  a. assisting in developing a business plan or such other related forecasts and analyses as requested by the Company that may be required by various current and prospective stakeholders including, without limitation, board of directors, management, other professionals, current and potential investors, current and potential lenders and other potential stakeholders ("Stakeholders");

  b. assisting in evaluating or developing a short-term cash flow model and related liquidity management tools as requested by the Company for general corporate purposes or as may be required by the Stakeholders;

  c. assisting in evaluating or developing various strategic alternatives and financial analyses as requested by the Company for general corporate purposes or in connection with the strategic alternatives process ("SA Process");

  d. assisting in working with Stakeholders including, but not limited to, meeting with Stakeholders, developing presentations, and providing management with financial analytical assistance necessary to facilitate such meetings, discussions, and the SA Process;

  e. assisting in developing and distributing various other information that may be required by the Company or the Stakeholders; and

  f. assisting with such other matters as may be requested by the Company that fall within Portage Point expertise and that are mutually agreeable.

**PROFESSIONAL COMPENSATION**.

10. Portage Point's decision to accept this engagement to provide services to the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for its out-of-pocket

4

expenses incurred in accordance with its customary billing practices, as set forth in Schedule 1 of the Engagement Letter (the "Fee and Expense Structure").

11. Portage Point's current standard hourly rates for financial advisory services, are as follows:

| Title | Hourly Rate (USD) |
|---|---|
| Managing Partner | $945 |
| Managing Director | $765 - $875 |
| Director | $645 - $695 |
| Vice President | $545 - $630 |
| Associate | $390 - $425 |

In the ordinary course of its business, Portage Point may periodically adjust its billing rates. Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates have become effective. Portage Point shall provide ten (10) business days' notice to the Debtors, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), and any official committee appointed in these Chapter 11 Cases before any increases in the hourly rates set forth in the Application or the Engagement Letter are implemented. Portage Point's hourly rates are typically adjusted quarterly to reflect the advancing expertise, capabilities, and seniority of Portage Point's professionals as well as general economic factors.

12. The foregoing are Portage Point's current customary hourly rates, and Portage Point respectfully submits that such rates are reasonable. In addition to compensation for professional services rendered by Portage Point's personnel, Portage Point will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases, including

but not limited to data sets, reports, technology, outside copy services, travel, lodging, meals, and services of outside vendors.

14. During the pendency of these Chapter 11 Cases, Portage Point will file fee statements as well as interim and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses in accordance with any interim compensation orders entered by this Court, and the relevant sections of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules.

14. Portage Point intends to apply to the Court for allowance of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding Bankruptcy Local Rules, orders of this Court, and guidelines established by the U.S. Trustee.

## PORTAGE POINT'S PREPETITION COMPENSATION

15. Prior to the Petition Date, Portage Point received advance payments totaling $1,600,000 (the "Retainer"). Portage Point's fees and reimbursable expenses for the prepetition period totaled approximately $1,598,426. The portion of the Retainer not applied to prepetition fees and disbursements is currently estimated to be approximately $1,574. To the extent there are any additional fees and expenses that were incurred prepetition but not yet applied against Portage Point's Retainer, Portage Point will apply such fees and expenses against Portage Point's Retainer and hold the remaining portion of the Retainer as security until Portage Point's final fees and expenses are awarded by the Court.

16. Pursuant to Bankruptcy Rule 2016(b), Portage Point has neither shared nor agreed to share (a) any compensation it has received or may receive from the Debtors with another party

6

or person, other than with Portage Point professionals or (b) any compensation another person or party has received or may receive from the Debtors.

## NO DUPLICATION OF SERVICES

17.     Portage Point's services will complement, and not duplicate, the services rendered by any other professionals retained in these chapter 11 cases.

## PORTAGE POINT'S DISINTERESTEDNESS

18.     In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Portage Point undertook a robust review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, Portage Point obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest").  Such parties are listed on **Schedule 1** attached hereto.  A search was performed for connections to the Potential Parties in Interest within the past five years.  A summary of such relationships that Portage Point identified during this process is set forth on **Schedule 2** to this Declaration.

19.     Based on that review, Portage Point represents that, to the best of its knowledge, Portage Point knows of no fact or situation that would represent a conflict of interest for Portage Point with regard to the Debtors.

20.     As a result of the review, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, Portage Point:

   a.  is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services) or an equity security holder of the Debtors;

   b.  is not, and has not been, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

7

        c.        does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

    21.    Portage Point is an advisor providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, Portage Point appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, Portage Point has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these Chapter 11 Cases. In addition, Portage Point has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases. Moreover, Portage Point might have referred work to other professionals who are retained in these Chapter 11 Cases. Likewise, certain such professionals who are retained in these Chapter 11 Cases might have referred work to Portage Point. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors.

    22.    From time to time, Portage Point has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases. As described herein, however, Portage Point has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider or other party in interest in such unrelated matters.

23. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the Portage Point Professionals: (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the Southern District of Texas, except as otherwise set forth herein.

24. To the best of my knowledge, none of the members of Portage Point are direct holders of any of the Debtors' securities. It is possible that certain of Portage Point employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other obligations. Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments. Portage Point's policy prohibits its employees from personally trading in the Debtors' securities.

25. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, Portage Point has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. Portage Point will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors

9

26. Certain of Portage Point's employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a Potential Party in Interest.

27. Despite the efforts described above to identify and disclose the connections that Portage Point has with parties in interest in these Chapter 11 Cases, because the Debtors form a large enterprise with numerous creditors and other relationships, Portage Point is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

28. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor Portage Point has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases: (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith; (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code; or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

29. Except as otherwise set forth herein, insofar as I have been able to determine, neither I, Portage Point, nor any Portage Point Professionals hold or represent any interest adverse to the Debtors or their estates, and Portage Point is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Portage Point and its professionals and employees who will work on the engagement:

   a. are not creditors, equity security holders, or insiders of the Debtors;
   b. were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

      c. do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

30.     If Portage Point discovers additional information that requires disclosure, Portage Point will promptly file a supplemental disclosure with this Court as required by Bankruptcy Rule 2014. Portage Point reserves the right to supplement this Declaration in the event that Portage Point discovers any facts bearing on matters described in this Declaration regarding Portage Point's employment by the Debtors.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: October 3, 2022
Chicago, Illinois

/s/ Ryan Mersch
Ryan Mersch
Director

**Schedule 1**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**
CN Atoka LLC
CN Big Spring LLC
CN Colorado Bend LLC
CN Corpus Christi LLC
CN Developments LLC
CN Equipment LLC
CN King Mountain LLC
CN Minden LLC
CN Mining LLC
CN Pledgor LLC
Compute North Holdings, Inc.
Compute North Member LLC
Compute North NC08 LLC
Compute North NY09 LLC
Compute North SD LLC
Compute North Texas LLC
Compute North TX06 LLC
Compute North TX10 LLC
Compute North, LLC

**Banks**
BMO Harris Bank, N.A.
Fidelity Bank Plc.

**Current and Former Directors & Officers**
Harold Coulby
Brian Falik
Drake Harvey
Bobby Kandaswamy
PJ Lee
Jose Lima
Dave Movius
Dave Perrill
Eli Scher
Shounok Sinha
Stephen Stenbeck
Carl Stjernfeldt
Jason Stokes
Kyle Wenzel

**Customers**
[Redacted]

**Debt Service**
Generate Capital, PBC
Post Road Administration

**Electricity Provider**
Constellation
Exelon Generation
Midamerican Energy Company
MP2 Energy Texas LLC
Nebraska Public Power District

**Employees and Contractors**
Sean Aschoff
Mark Beckendorf
Robert Bisanz
Matthew Boisjolie
Matthias Bolda
John Bouchard
Nathan Buckley
Arthur Calloway
Christopher Chew
Joey Colyer
Brendon Coughtry
Nick Crain
Gregory S. Cribb
Einar A. Cristiani
Jack D'Angelo
Tim Dahl
Eyal Dayan
Mark Decker
Carlos Domenech
Deana Dorosheko
Cindy Doyle
Brad Ellis
Jean Esquier
Giovanni Esteves
Mohammed Fadlallah
Thomas Ferry
Ken Flory
David Galeano
Israel Garcia
Patrick Geisler
Igor Gonta
Patrick Govier
Danny Grace
Michael Grace
James Griffith
Chris Grumet
Alexander Guddat
Richard Hagen

1

| | |
|---|---|
| Jonathan Hakim | Ben Stoos |
| Brian Hakk | Philip Tooke |
| Irving Hansen | Armen Tovmasyen |
| Richard Harvey | Eric Tracy |
| Brian Haw | Amar Tsolmon |
| James Haynes | Jean Marcel Viljoen |
| Jeff Hene | Jan Vyhlidka |
| Jesse Hensley | Ralph Weber |
| Jiri Holba | John Winslow |
| Andrei Isari | Brent Wong |
| Guy C. Jackson | Satyen Yadav |
| Barry Jeffries | Perrill |
| Marshall Johnson | |
| Alexandre Julio | **Insurance** |
| Jordan Kanfer | AFCO |
| Khashayar Kashani | AON Risk Services |
| Sandeep Katoch | Arrowhead General Insurance Agency, Inc. |
| Thomas Kieffer | CNA Insurance |
| Michael Kindel | Hylant |
| Joseph C. Kiser | |
| Benjamin Kolpa | **IT** |
| Ron Konezny | Flexential Corp. |
| Robert L. Kramer | Sage Intacct |
| Darius Kuzmicz | Workiva Inc. |
| Liz Labelle | |
| Thomas P. LaBelle | **Lenders** |
| Toby LaBelle | Generate Lending, LLC |
| Ronda Laplaca | Marathon Digital Holdings, Inc. |
| Bradley Lew | Mercuria Energy America, LLC |
| Phillip Li | NextEra Energy Resources, LLC |
| David Lockard | TZ Capital Holdings, LLC |
| Nelu Mihai | |
| Benjamin Morgan | **Lessor** |
| David Robert Morgan | 7575 Management LLC |
| Thomas Moser | |
| Roman Nabatov | **Non-Debtor Affiliates** |
| Max Niederluecke | CN Borrower LLC |
| Rooney Nimmo | CN Wolf Hollow LLC |
| Jack Perrill | Compute North NE05 LLC |
| John Perrill | Marathon Compute North 1 LLC |
| Richard Pieters | Marathon Compute North 2 LLC |
| Kayla Piper | TZRC Horse Hollow LLC |
| Nicola Piper | TZRC King Mountain LLC |
| Brian Pryor | TZRC LLC |
| Johnathon Ritucci | TZRC Mining LLC |
| Tad Piper TTEE for the Tad W. Piper Revocable Trust | **Ordinary Course Professionals** |
| Torben Rytt | Ernst & Young LLP |
| Anthony Scaparra | Finn Dixon |
| Taylor Shakespeare | Growth Operators Advisory Services LLC |
| Nathan Sprague | Hello Temp Inc. |

2

Jackson Lewis P.C.
Jackson Walker LLP
Kutak Rock LLP
McDonald Hopkins
Meridian Compensation Partners LLC
Nordmark Energy Consulting, LLC
Norton Rose Fulbright US LLP
RSM US LLP
SALO, LLC
Sira Corbetta Lopez de Letona
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
Mahesh Tripunitara
Westwood Professional Services

**Other**
Authentic Brand LLC
Bootstrap Energy LLC
Bradley Arant Boult Cummings
Corporate Performance Strategies Inc.
DNV Energy USA Inc.
Dennis Fehr
Gartner Inc.
James B. Rogers, as trustee of the Max G. Aronson Trust U/A DTD 11/01/2006
James B. Rogers, as trustee of the Robert I. Aronson Trust U/A DTD 07/29/2003
James B. Rogers, as trustee of the Samuel L. Aronson Trust U/A DTD 12/08/2000
Jefferies LLC
MVP Logistics LLC
NBTC
Nebraska Public Safety Task Force
Northern Tool & Equipment
Nowlit Solutions Corp.
OverWatch Enterprises LLC
PandaDoc, Inc.
Pansing Hogan Ernst & Bachman
Paul Hastings
Portage Point Partners LLC
ProLift Rigging Company LLC
Quartz Energy Partners
Ramp Credit Card
SGS North America Inc.
StarTex Software LLC
Stephen Aronson Rev Living Trust U/A/D 07/15/2015
Texas Blockchain Council
The Gene Allen Trust
United Management - Rent Payment
Uptick Tech

URS Compliance
WW Grainger Inc.

**Payroll & Benefits**
Insperity

**Professionals**
Ballard Spahr LLP
CT Corporation System
Foley & Lardner LLP
Fredrikson & Byron, PA
Kirkland & Ellis LLP
Koho Consulting
Milbank

**Shareholders**
Addison L Piper TTEE for the Addison L Piper Revocable Trust
ADK Holdings LLC
Callanish Capital Partners LP
Coeranbrooke LLC
Creekside Investments 1 LLC
Daniel R Aronson & Martha G Aronson TRUSTEES for the Daniel R. Aronson Revocable Trust
Digital Currency Group Inc.
Elliot B Evers TTEE for the Elliot Evers 2010 Revocable Trust
Endurance Search Partners LLC
Fredric Goldberg Rev Trust U/A/D 05/15/2019
H2 Renewables LLC
Katherine E. Bispala TTEE for the Katherine E. Bispala Spousal Limited Access TR u/a/d
Millennium Trust Co LLC Custodian FBO
Michael Thomas Zenk IRA XXXX65634
Muinzer Ventures LLC
Perrill Technology LLC
REIC Gamma (AM/DB) Holdings LLC
Reviva Inc.
SM & MS Partners
The Goldman Sachs Trust Company of Delaware, as Trustee of the DP GST Exempt Family Trust U/A/D 8/1/
Vedado Capital LLC
Vitali Compute LLC

**Large Trade Creditors**
7575 Management LLC
Bitmain
Bootstrap Energy LLC
CH Robinson Company Inc.

3

Circuit Breaker Guys, LLC
City of Big Spring, TX
Commonwealth Electric Company of the Midwest
CorTalent
Echo Search Group
Egauge Systems LLC
Ernst & Young LLP
Flexential Corp.
Foundry Digital LLC
Freudenberg Filtration Technologies
Gartner Inc.
Growth Operators Advisory Services LLC
HubSpot
Koch Filter Corporation
Koho Consulting
M A Mortenson Co.
Madel PA
Marathon Digital Holdings, Inc.
Maxim Crane Works
Meritus Recruiting Group LLC
Midamerican Energy Company
MP2 Energy Texas LLC
MVP Logistics LLC
NBTC
Norton Rose Fulbright US LLP
Opkalla Inc.
OverWatch Enterprises LLC
Overwatch Surveillance LLC
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
RK Mission Critical
Russell A. Farrow US Inc.
Spectrum Search Partners
Starostka Group Unlimited
Sunbelt Solomon Services, LLC
Transfluid Services - Stark
Uline
Urban Solution Group
US Bitcoin Corp.
Westwood Professional Services

**U.S. Trustee Personnel, Judges, and Court Contacts**
Albert Alonzo
Alicia Barcomb, Trial Attorney
Jacqueline Boykin, Legal Data Technician
Alethea Caluza, Paralegal Specialist
Ana Castro
Jeannie Chavez
Tracey Conrad
LinhThu Do
Hector Duran, Trial Attorney
Kevin M. Epstein, US Trustee
Ivette Gerhard, Secretary
Brian Henault, Bankruptcy Analyst
Judge Marvin Isgur
Luci Johnson-Davis, Paralegal Specialist
Chief Judge David R. Jones
Omar E. Jones, Auditor
Tyler Laws
Judge Christopher Lopez
Zilde Martinez, Courtroom Deputy
Linda Motton, Paralegal Specialist
Ha Nguyen, Trial Attorney
Judge Jeffrey P. Norman
Nathan Ochsner (Clerk of the Court)
Glenn Otto, Bankruptcy Analyst
John Patouhas
Kimberly Picota
Vriana Portillo
Mario Rios
Yasmine Rivera, Auditor
Judge Eduardo V. Rodriguez
Jayson B. Ruff, Trial Attorney
Rosario Saldana, Case Manager
Millie Aponte Sall, Assistant U.S. Trustee
Patricia Schmidt, Legal Assistant
Christy Simmons, Bankruptcy Analyst
Gwen Smith, Legal Assistant
Stephen Statham, Trial Attorney
Christopher R. Travis, Trial Attorney
Clarissa Waxton, Bankruptcy Analyst
Jana Whitworth, Trial Attorney

**Utilities**
AT&T Mobility
Bosselman
Circuit Breaker Guys, LLC
City of Big Spring
City of Big Spring Water Dept.
City of Big Spring, TX
Constellation New Energy
Edison Energy LLC
Fibercomm
Gexa Energy
King Mountain Upton Wind, LLC
Mercuria Energy America, LLC
Nebraska Link Holdings
Oncor Electric Delivery Company
Republic Services
Shell Energy

4

Solid Waste Agency Landfill
Texas-New Mexico Power Company
United Cooperative Services
Waste Management of Carol Stream, IL

**Vendors / Service Providers**
308 Construction LLC
AlphaGraphics Bloomington
Alternative Business Furniture
American Tower
Anthony Ostlund Louwagie Dressen & Boylan P.A
A-Team Heating and Cooling
Authority Electric & A/C
Aviat US Inc.
Aviation Charter Inc.
Baldwin Design Consultants, PA
Basin 2 Way
Basin Abstract & Title
berganKDV
BG Ventures
BHI Holdings LLC
Big Bend Telecom
Bill.com
Bitmain
BMO
Bosselman Energy
C&S Crane and Rigging LLC
Cage Engineering Inc.
CH Robinson Company Inc.
Citizen Partners
City of Greenville, North Carolina
City of Kearney, Nebraska
Classic Industrial Services Inc.
CliftonLarsonAllen
Coffman Engineers Inc.
Comfy Bowl, Inc.
Commonwealth Electric Company of the Midwest
Complete Underground, LLC
Corpus Christi Rimz
CorTalent
CRG Corporation
CSC
Culligan of Kearney
Deluxe
DHL Express USA Inc.
Double Radius Inc.
Douglas Electrical Services LLC
Dunn Engineering, LLC
Dwight Lane Investments

Eakes Office Solutions
Ebay
Echo Search Group
Economic Development Council of Buffalo County
ECS Southeast LLP
Egauge Systems LLC
Electric Power Engineers, LLC
Energage LLC
EnginSoft USA
Equipment Management Services LLC
Everington Consulting, Inc.
Fastenal
FedEx
Ferguson Electric Construction
FiberComm, LLC
Fidelity Bank
Finley Investigations & Security Inc.
Fireblocks Inc.
Freudenberg Filtration Technologies
G & G Golden Inc.
Granbury Chamber
GrassRoots
GreenFox Marketing Solutions
Greenville Utilities
Ground Penetrating Radar Systems
Hays Companies, Inc.
HDR Engineering, Inc.
Heartland Pneumatic
Hire Right
HM TECH LLC
HubSpot
Infrastructure Masons
Integrated Security Solutions, LLC
Steven Jackman
Jobplex
JSW Services
Kaige Kubota LLC
Kearney Power Sports
KGI Wireless Inc.
Kuncan Electronics Co Ltd.
Land Management Group
LexisNexis Risk Solutions FL Inc.
Long Lines Broadband
M A Mortenson Co.
Mackinnon Bruce International
Maddox Industrial Transformer
Madel PA
Marlatt Machine & Welding LLC
Maxim Crane Works
McCamey County Hospital District

5

Meritus Recruiting Group LLC
Metro Alarm & Lock
Midas Green Technologies
Midland Lock and Safe
Mid-State Engineering & Testing, Inc.
Midway Chrysler Jeep Inc.
Milco Environmental Services
Miller & Associates Consulting Engineers, P.C.
MiningDisrupt
Mowrey, Ryen
NAI United Management, LLC
Nebraska Crane
Nebraska Department of Revenue
Nebraska Link Holdings, LLC dba OPTK Networks
Nebraska Title Company
NextLink Internet
Office Furniture Liquidations
Ogletree Deakins Nash Smoak & Stewart
Overhead Door Company of Permian Basin
PA Department of State
Pegasus Energy LLC
Pennzoil-Quaker State Company
Phillips Fabrication, Inc.
Power Asset Recovery Corporation
Power Search and Consulting LLC
Print Crypto Inc.
Prosek LLC
PW Rentals, LLC/Roland Whitney
R. O. Youker, Inc.
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
Redman's Shoes
Republic Services
Ricoh USA Inc.
RK Mission Critical
Roebuck Staffing Company LLC
Roth Staffing Companies LP
Russell A Farrow US Inc.
Satellite Shelters Inc.
Sayler Screenprinting
Shenzhen 10Gtek International Co Ltd.
Shenzhen Aimeijin Electronics Co, Ltd.
Shenzhen Guangyu Technology Co.
SHI International Corp.
Shoppas Material Handling, Ltd.
SignPro
Sirius Computer Solutions Inc.
Solid Waste Agency Landfill
Source Incorporated of Missouri
Spark Public Relations

Spectrum Search Partners
Spyglass Home Inspections
Starostka Group Unlimited
State of Connecticut
State of Delaware
Sunbelt Rentals
Sunbelt Solomon Services, LLC
Superior Cranes, Inc.
Tech Strategy Leaders LLC
TerraSano Services LLC
Texan Restrooms LLC
TForce Worldwide Inc.
The Lockmobile LLC
The Wells Partnership Company
Thompson Electric Company
Thomson Reuters - West
TNT Crane & Rigging
Transfluid Services - Stark
Trond
True North Data Solutions Inc.
Uline
Ulteig Engineer's Inc.
United Cooperative Services
UPS Supply Chain Solutions, Inc.
Upton County
Urban Solution Group
US Compliance
USA Communications
Valdes Engineering Company
Valley Forklift
Verizon
Versatile Industries V
VTH Advisors, LLC
WAND Corporation
Waste Management
West Texas Commercial Cleaning, LLC
Wharton County Permit & Inspection Dept.
Williams Scotsman Inc.
World Wide Technology LLC
Zhejiang Quinntek Co Ltd.

## **Schedule 2**

### **Disclosure Schedule**

| **Potential Parties in Interest** | **Relationship to Debtors** | **Clients & Their Affiliates** |
|---|---|---|
| [redacted] | Prior Customer | Current client. |