## Exhibit B

**Grogan Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF**
**JAMES T. GROGAN III IN SUPPORT OF THE**
**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF PAUL HASTINGS LLP AS COUNSEL TO THE DEBTORS**
**AND DEBTORS IN POSSESSION, EFFECTIVE AS OF SEPTEMBER 22, 2022**

I, James T. Grogan III, pursuant to 28 U.S.C. section 1746, under penalty of perjury declare as follows:

1.      I am an attorney admitted and in good standing to practice in the State of Texas.

2.      I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), located at, among other offices worldwide, 600 Travis Street, Fifty-Eighth Floor, Houston, Texas 77002, and am duly authorized to make this declaration (this "Declaration") on behalf of Paul Hastings. I submit this Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors and Debtors in Possession, Effective as of September 22, 2022* (the "Application")[2] of the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order authorizing the employment and retention of Paul Hastings as counsel under the terms and conditions set forth in the Application.

3.     The facts set forth in this Declaration are based upon my personal knowledge, discussions with other Paul Hastings attorneys, and the firm's client/matter records that were reviewed by me or other Paul Hastings attorneys acting under my supervision and direction.  To the extent any information disclosed in this Declaration requires amendment or modification upon Paul Hastings' further review or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## PAUL HASTINGS' QUALIFICATIONS

4.     Paul Hastings is well qualified to serve as the Debtors' counsel in the Chapter 11 Cases.  Paul Hastings is one of the largest law firms in the world, with a national and an international practice, including a restructuring practice in Houston, and has substantial experience in virtually all aspects of the law that may arise in the Chapter 11 Cases.  Paul Hastings has extensive bankruptcy and restructuring, corporate, energy, finance, fintech, litigation, M&A, real estate, securities, and tax expertise.

5.     Paul Hastings' finance and restructuring group provides an array of services to assist financially distressed businesses and their creditors in maximizing values and ultimate recoveries in a broad range of challenging circumstances.  In roles ranging from debtor's counsel to committee counsel, Paul Hastings' lawyers have played a significant role in many of the largest and most complex cases under the Bankruptcy Code, including, among many others, the chapter 11 cases of AbitibiBowater; Adelphia Communications; Aerosoles, ALCO Stores;

Allegiance Telecom; Alta Mesa; American Airlines; Atlas Energy; Calpine Corporation; Castex Energy Partners; Chisholm Oil & Gas; Circuit City Stores; CIT Group; Comdisco; Cred Inc.; Cypress Environmental Partners; Dictaphone; Education Holdings 1; EHT US1, Inc.; Enron; FairPoint Communications; Fruit of the Loom; Furniture Brands International; General Growth Properties; GT Advanced Technologies; Hostess Brands; Innkeepers USA; Kmart; Lehman Brothers; Magna Entertainment; Mark IV Industries; McLeod USA; Molycorp; National Steel; NewPage; OneWeb Global Limited; Pioneer Energy Services; Reddy Ice; Refco; Sabine Oil & Gas Corporation; Sable Permian; SandRidge Energy; Six Flags; Spansion; The Clare; United Airlines; US Airways; Vanguard Natural Resources; Velti; Visteon Corporation; Washington Mutual; WorldCom; and Zenith Electronics.

6.     Paul Hastings' representation of the Debtors commenced in mid-July, 2022, when Paul Hastings was engaged to evaluate strategic alternatives for restructuring the Debtors' indebtedness, including corporate, tax, and finance advice in connection with a restructuring, and ultimately, assisting in preparing, filing, and prosecuting a bankruptcy case under chapter 11. Before the Petition Date, Paul Hastings was involved, on behalf of the Debtors, in negotiating with various parties regarding various restructuring alternatives, including sales of assets or financing transactions, in preparing for the filing of the Chapter 11 Cases.  Before the Petition Date, Paul Hastings also worked with the Debtors and their advisors to prepare the petitions, schedules, exhibits, and attendant first day motions to ensure a smooth transition through the restructuring process.  During the course of this representation, Paul Hastings has become familiar with the Debtors' business and capital structure, the terms of their debt, and their organizational structure and needs.

## SERVICES TO BE PROVIDED

7.     Paul Hastings will render general legal services as needed throughout the course

of the Chapter 11 Cases, including bankruptcy, corporate, energy, finance, fintech, litigation,

M&A, real estate, securities, and tax advice.  In particular, the Debtors have requested that Paul

Hastings perform, among others, the following legal services:

a.     advising the Debtors of their rights, powers, and duties as debtors and debtors in possession while operating and managing their business and properties under chapter 11 of the Bankruptcy Code;

b.     preparing on behalf of the Debtors necessary and appropriate applications, motions, proposed orders, other pleadings, notices, schedules, and other documents, and reviewing financial and other reports to be filed in the Chapter 11 Cases;

c.     advising the Debtors concerning, and preparing responses to, applications, motions, other pleadings, notices, and other papers that may be filed by other parties in the Chapter 11 Cases;

d.     advising the Debtors with respect to, and assisting in the negotiation and documentation of, financing agreements and related transactions;

e.     reviewing the nature and validity of liens asserted against the Debtors' property and advising the Debtors concerning the enforceability of such liens;

f.     advising the Debtors regarding their ability to initiate actions to collect and recover property for the benefit of their estates;

g.     advising and assisting the Debtors in connection with any potential asset sales and property dispositions;

h.     advising the Debtors concerning executory contract and unexpired lease assumptions, assignments, and rejections as well as lease restructurings and recharacterizations;

i.     advising the Debtors in connection with the prosecution, confirmation, and consummation of a plan or plans of reorganization and related transactions and transactional documents;

j.     assisting the Debtors in reviewing, estimating, and resolving claims asserted against the Debtors' estates;

k.     negotiating with parties in interest;

l.      commencing, conducting, and/or continuing litigation necessary and appropriate to assert rights held by the Debtors, protect assets of the Debtors' chapter 11 estates, or otherwise further the goal of completing the Debtors' successful reorganization; and

m.      providing non-bankruptcy services for the Debtors to the extent requested by the Debtors.

Paul Hastings has substantial expertise in all of these areas and has obtained valuable institutional knowledge of the Debtors' business and financial affairs through its representation of the Debtors prior to and since the Petition Date.

## COMPENSATION OF PAUL HASTINGS

8.      Paul Hastings will apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with the Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Paul Hastings will use in the Chapter 11 Cases are generally the same as the hourly rates and corresponding rate structure that Paul Hastings uses in similar matters (with the exception of Puerto Rico's Title III cases), as well as other complex transactional and litigation matters whether in court or otherwise, regardless of whether a fee application is required and regardless of the location of the chapter 11 cases.  Paul Hastings' rates and rate structure reflect that such restructuring and other complex matters typically are national and international in scope and involve great complexity, high stakes, and severe time pressures.

9.      Paul Hastings operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.  Paul Hastings' current customary hourly rate ranges in the United States are as follows:

| Timekeeper Category | U.S. Hourly Rate Range |
|---|---|
| Partners | $1,310 – $1,935 |
| Of Counsel | $1,335 – $1,860 |
| Associates | $755 – $1,230 |
| Paralegals | $250 – $565 |

10.     Paul Hastings' hourly rates are set at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  I believe these rates are reasonable and commensurate with the hourly rates of other firms of similar size and expertise. Paul Hastings' hourly rates are subject to periodic adjustments to reflect economic and other conditions.[3]

11.     It is Paul Hastings' policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's matter.  The expenses charged to clients include, among other things, photocopying, witness fees, travel expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals," and telecopier charges. To ensure compliance with applicable deadlines in the Chapter 11 Cases, from time to time the firm utilizes the services of overtime secretaries and charges fees for such services in accordance with its engagement letter with the Debtors. Paul Hastings will charge the Debtors for the above expenses in a manner and at rates consistent with charges generally made to its other clients.  Paul Hastings believes that failure to charge these expenses would require the firm to increase its current hourly rates.

---

[3]     For example, like many of its peer law firms, Paul Hastings adjusts the hourly billing rate of attorneys and paraprofessionals in the form of:  (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the U.S. Trustee Guidelines). As set forth in the Proposed Order, Paul Hastings will provide ten business days' notice to the Debtors, the U.S. Trustee, and counsel to any official committee before implementing periodic increases, and shall file any such notice with the Court.

12.     Paul Hastings currently charges $0.08 per page for standard black and white duplication and $0.50 per page for standard color copies in its offices in the United States.  Paul Hastings does not charge its clients for incoming facsimile transmissions.  Because Paul Hastings believes that on-line legal research (*e.g.*, LEXIS and WESTLAW) is far more cost-efficient than manual research using hardbound volumes, Paul Hastings encourages computerized legal research even though it is not a profit center for Paul Hastings.

13.     The Debtors paid Paul Hastings a total of approximately $4,250,000.00 during the 90-day period prior to the Debtors' bankruptcy filing.  An accounting summary of invoiced amounts and payments received by Paul Hastings in the 90-day period prior to the Petition Date, based on Paul Hastings' review of its internal records, is set forth on **Schedule 3** hereto.

14.     As of the Petition Date, Paul Hastings holds an advance payment retainer in the amount of approximately $400,000.00. To the extent authorized by the Court, Paul Hastings will apply such funds to the payment of allowed fees for services rendered and the reimbursement of allowed expenses incurred by Paul Hastings in the course of the Chapter 11 Cases.

15.     Paul Hastings shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  Paul Hastings also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the U.S. Trustee Guidelines in connection with the interim and final fee applications to be filed by Paul Hastings in the Chapter 11 Cases.

16.     Paul Hastings has not received any promises as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the

Bankruptcy Code and as disclosed herein. Moreover, Paul Hastings has not agreed to share any of its compensation from the Debtors with any other person, other than the partners, of counsel, associates, and staff employed by Paul Hastings as permitted by section 504 of the Bankruptcy Code. The proposed retention of Paul Hastings is not prohibited by Bankruptcy Rule 5002.

## PAUL HASTINGS' CONFLICT CHECK PROCEDURES

17.     Paul Hastings has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations. In preparing this Declaration, I used a set of procedures developed by Paul Hastings to ensure compliance with the applicable requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals. Pursuant to these procedures, I caused to be performed the actions described below to identify Paul Hastings' connection to potential parties in interest in the Chapter 11 Cases. More specifically, I caused to be submitted for review under our conflicts check system the names of the potential parties in interest in the Chapter 11 Cases, as provided by the Debtors, identified on **Schedule 1** hereto (collectively, the "Potential Parties In Interest").[4] The results of our conflict check were compiled and analyzed by Paul Hastings attorneys acting under my supervision.[5]

## PAUL HASTINGS' CONNECTION WITH POTENTIAL PARTIES IN INTEREST

18.     Paul Hastings and certain of its partners, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in the Chapter 11 Cases in connection with matters unrelated to the

---

[4]   Paul Hastings' inclusion of any parties in the attached schedules is solely to illustrate Paul Hastings' conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

[5]   The **Schedule 1** list of Potential Parties in Interest may be changed without our knowledge and may change during the pendency of the Chapter 11 Cases. Accordingly, Paul Hastings will update this Declaration as necessary and when Paul Hastings becomes aware of additional material information.

Debtors and the Chapter 11 Cases.  Paul Hastings has searched on its electronic database for its connection to the Potential Parties in Interest on **Schedule 1** hereto.  To the extent such searches indicated that Paul Hastings has performed services for any such entity within the last five years, the identity of such entity and the nature of Paul Hastings' relationship with such entity are set forth below or in **Schedule 2** hereto.

19.     To the best of my knowledge, information, and belief, based on the review procedures described above, Paul Hastings does not have any "connection" to the Potential Parties in Interest except as described in this Declaration, including the Schedules hereto. Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, I am disclosing many representations that are not, to my understanding, disqualifying or problematic under either section 327(a) of the Bankruptcy Code or applicable standards of professional ethics.

20.     Neither I, nor any partner, of counsel, or associate of Paul Hastings, as far as I have been able to ascertain, has any connection with the Debtors, the U.S. Trustee, or any Potential Party in Interest, except as set forth below or otherwise in this Declaration:

a.     To the extent its conflicts check system indicated that Paul Hastings has, or may have, represented a Potential Party in Interest within the last five years in matters unrelated to the Debtors, the identity of such entity and the nature of Paul Hastings' relationship with such entity are set forth in **Schedule 2** hereto.  Although Paul Hastings has represented, currently represents, and may continue to represent certain entities and individuals listed on **Schedule 2** hereto, Paul Hastings will not represent any such entity or individual in the Chapter 11 Cases.

b.     Each of the entities and individuals identified on **Schedule 2** (and any affiliates thereof) for whom Paul Hastings has performed services accounted for less than 1.0% of Paul Hastings' fees collected for the firm's fiscal year ending January 31, 2022.

9

c.      Paul Hastings has represented, currently represents, and may continue to represent Generate Capital or certain of its affiliates on matters unrelated to the Debtors. An affiliate of Generate Capital called GC Data Center Equity Holdings, LLC, (i) is the lender to certain non-Debtor affiliates of the Debtors, (ii) has an unsecured guarantee claim against Debtor Compute North Holdings, Inc., and (iii) owns approximately 1% of Debtor Compute North Holdings, Inc.'s preferred equity. GC Data Center Equity Holdings, LLC is not a client of the Firm. Paul Hastings has obtained a conflict waiver from the Debtors with respect to Paul Hastings' continued representation of Generate Capital in unrelated matters. Similarly, Generate Capital has given Paul Hastings a general waiver of conflicts that may result from the firm's representation of other clients in financial restructuring matters. In addition, Paul Hastings has imposed (and will continue to impose) certain screening procedures in the form of ethical walls between the attorneys, files, and information relating to Paul Hastings' representation of the Debtors and those relating to the firm's representation of Generate Capital. Paul Hastings does not and will not represent Generate Capital in the Chapter 11 Cases. I do not believe this connection precludes Paul Hastings from meeting the disinterestedness standard under the Bankruptcy Code, but disclose it out of an abundance of caution.

d.      From time to time, Paul Hastings has referred work to other professionals retained or to be retained in the Chapter 11 Cases. Likewise, certain such professionals have referred work to Paul Hastings. In matters unrelated to the Chapter 11 Cases, Paul Hastings has worked with and/or represented certain of the Debtors' other professionals.

e.      Certain Potential Parties in Interest may be or may have been creditors of existing debtor clients or former clients of Paul Hastings. In addition, certain Potential Parties in Interest may be or may have been members of official committees represented by Paul Hastings.

f.      Neither I, nor any partner, of counsel, or associate of Paul Hastings individually holds a prepetition claim against the Debtors.

g.      To my knowledge, none of the partners, of counsels, or associates of Paul Hastings, and none of the members of their immediate families, are currently employees of one or more of the Debtors.

h.      To my knowledge, none of the partners, of counsels, or associates of Paul Hastings was, within two years of the Petition Date, a director, officer, or employee of one or more of the Debtors.

i.      Paul Hastings holds no stock of the Debtors. Neither I, nor any partner, of counsel, or associate of Paul Hastings individually holds any stock in the Debtors.

10

j. Certain insurance companies pay the legal bills of certain Paul Hastings clients. Some of these insurance companies may be involved in the Chapter 11 Cases. None of these insurance companies, however, are Paul Hastings clients as a result of this situation.

k. Given the number of attorneys in its offices, several attorneys at Paul Hastings have professional, working, or social relationships with firms or professionals at firms that may be adverse to the Debtors. In addition, several attorneys at Paul Hastings have spouses, parents, children, siblings, fiancés, or fiancées who are attorneys at other law firms or companies that may be involved in the Chapter 11 Cases. Paul Hastings has strict policies against disclosing confidential information to anyone outside of the firm, including spouses, parents, children, siblings, fiancés, and fiancées.

l. In addition, Paul Hastings attorneys may have, in the past, worked at law firms at which certain Judges in the U.S. Bankruptcy Court or the U.S. District Court for the Southern District of Texas were employed or were partners. In addition, Paul Hastings attorneys may have, in the past, clerked for certain Judges in the U.S. Bankruptcy Court or the U.S. District Court for the Southern District of Texas.

21. Despite the efforts described above to identify and disclose Paul Hastings' connections with Potential Parties in Interest in the Chapter 11 Cases, because Paul Hastings is an international firm with hundreds of attorneys in several offices worldwide, and, because the Debtors are a multifaceted enterprise with thousands of creditors and other relationships, Paul Hastings is unable to state with certainty that every client representation or other connection has been disclosed. If Paul Hastings discovers additional information that requires disclosure or modification of this Declaration, Paul Hastings will file a supplemental declaration with the Court.

22. Based on the foregoing and except as provided herein and in the Schedules hereto, to the best of my knowledge, information, and belief formed after reasonable inquiry: (a) Paul Hastings has no connection with the Debtors, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other entity with an actual or potential interest in the Chapter 11 Cases or their respective attorneys or accountants; (b) Paul Hastings is not a

creditor, equity security holder, or insider of the Debtors; (c) none of Paul Hastings' partners, counsel, or associates is or was, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (d) Paul Hastings neither holds nor represents an interest materially adverse to the Debtors, their estates, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.  Accordingly, I believe that Paul Hastings is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

23.     Paul Hastings looks forward to working with the U.S. Trustee to address the concerns that prompted the U.S. Trustee Guidelines, but reserves all rights as to their relevance and substantive legal effect in connection with the Application or any application for compensation in the Chapter 11 Cases.  Paul Hastings provides the following response to the request for information set forth in Paragraph D.1. of the U.S. Trustee Guidelines.

| | |
|---|---|
| Question: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| Response: | No. Paul Hastings and the Debtors have not agreed to any variations from, or alternatives to, Paul Hastings' standard billing arrangements for this engagement. |
| Question: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| Question: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | The billing rates charged the Debtors in the prepetition period are the same as the rates that Paul Hastings is charging in the |

postpetition period, subject to the firm's customary periodic adjustments.

Question:     Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response:     The Debtors and Paul Hastings have worked together to prepare a budget for the period from the Petition Date through December 31, 2022.  The Debtors and Paul Hastings will prepare a staffing plan for the same time period.

[*Remainder of Page Intentionally Left Blank*]

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed on:  October 3, 2022
Houston, Texas

*/s/ James T. Grogan III*
James T. Grogan III
Partner
Paul Hastings LLP

**<ins>Schedule 1</ins>**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**
CN Atoka LLC
CN Big Spring LLC
CN Colorado Bend LLC
CN Corpus Christi LLC
CN Developments LLC
CN Equipment LLC
CN King Mountain LLC
CN Minden LLC
CN Mining LLC
CN Pledgor LLC
Compute North Holdings, Inc.
Compute North Member LLC
Compute North NC08 LLC
Compute North NY09 LLC
Compute North SD LLC
Compute North Texas LLC
Compute North TX06 LLC
Compute North TX10 LLC
Compute North, LLC

**Banks**
BMO Harris Bank, N.A.
Fidelity Bank Plc.

**Current and Former Directors & Officers**
Harold Coulby
Brian Falik
Drake Harvey
Bobby Kandaswamy
PJ Lee
Jose Lima
Dave Movius
Dave Perrill
Eli Scher
Shounok Sinha
Stephen Stenbeck
Carl Stjernfeldt
Jason Stokes
Kyle Wenzel

**Customers**
[Redacted]

**Debt Service**
Generate Capital, PBC
Post Road Administration

**Electricity Provider**
Constellation
Exelon Generation
Midamerican Energy Company
MP2 Energy Texas LLC
Nebraska Public Power District

**Employees and Contractors**
Sean Aschoff
Mark Beckendorf
Robert Bisanz
Matthew Boisjolie
Matthias Bolda
John Bouchard
Nathan Buckley
Arthur Calloway
Christopher Chew
Joey Colyer
Brendon Coughtry
Nick Crain
Gregory S. Cribb
Einar A. Cristiani
Jack D'Angelo
Tim Dahl
Eyal Dayan
Mark Decker
Carlos Domenech
Deana Dorosheko
Cindy Doyle
Brad Ellis
Jean Esquier
Giovanni Esteves
Mohammed Fadlallah
Thomas Ferry
Ken Flory
David Galeano
Israel Garcia
Patrick Geisler
Igor Gonta
Patrick Govier
Danny Grace
Michael Grace
James Griffith
Chris Grumet
Alexander Guddat
Richard Hagen

Jonathan Hakim
Brian Hakk
Irving Hansen
Richard Harvey
Brian Haw
James Haynes
Jeff Hene
Jesse Hensley
Jiri Holba
Andrei Isari
Guy C. Jackson
Barry Jeffries
Marshall Johnson
Alexandre Julio
Jordan Kanfer
Khashayar Kashani
Sandeep Katoch
Thomas Kieffer
Michael Kindel
Joseph C. Kiser
Benjamin Kolpa
Ron Konezny
Robert L. Kramer
Darius Kuzmicz
Liz Labelle
Thomas P. LaBelle
Toby LaBelle
Ronda Laplaca
Bradley Lew
Phillip Li
David Lockard
Nelu Mihai
Benjamin Morgan
David Robert Morgan
Thomas Moser
Roman Nabatov
Max Niederluecke
Rooney Nimmo
Jack Perrill
John Perrill
Richard Pieters
Kayla Piper
Nicola Piper
Brian Pryor
Johnathon Ritucci
Tad Piper TTEE for the Tad W. Piper Revocable
    Trust
Torben Rytt
Anthony Scaparra
Taylor Shakespeare
Nathan Sprague

Ben Stoos
Philip Tooke
Armen Tovmasyen
Eric Tracy
Amar Tsolmon
Jean Marcel Viljoen
Jan Vyhlidka
Ralph Weber
John Winslow
Brent Wong
Satyen Yadav
Perrill

**Insurance**
AFCO
AON Risk Services
Arrowhead General Insurance Agency, Inc.
CNA Insurance
Hylant

**IT**
Flexential Corp.
Sage Intacct
Workiva Inc.

**Lenders**
Generate Lending, LLC
Marathon Digital Holdings, Inc.
Mercuria Energy America, LLC
NextEra Energy Resources, LLC
TZ Capital Holdings, LLC

**Lessor**
7575 Management LLC

**Non-Debtor Affiliates**
CN Borrower LLC
CN Wolf Hollow LLC
Compute North NE05 LLC
Marathon Compute North 1 LLC
Marathon Compute North 2 LLC
TZRC Horse Hollow LLC
TZRC King Mountain LLC
TZRC LLC
TZRC Mining LLC

**Ordinary Course Professionals**
Ernst & Young LLP
Finn Dixon
Growth Operators Advisory Services LLC
Hello Temp Inc.

2

Jackson Lewis P.C.
Jackson Walker LLP
Kutak Rock LLP
McDonald Hopkins
Meridian Compensation Partners LLC
Nordmark Energy Consulting, LLC
Norton Rose Fulbright US LLP
RSM US LLP
SALO, LLC
Sira Corbetta Lopez de Letona
Smith Anderson Blount Dorsett Mitchell &
    Jernigan LLP
Mahesh Tripunitara
Westwood Professional Services

**Other**
Authentic Brand LLC
Bootstrap Energy LLC
Bradley Arant Boult Cummings
Corporate Performance Strategies Inc.
DNV Energy USA Inc.
Dennis Fehr
Gartner Inc.
James B. Rogers, as trustee of the Max G.
    Aronson Trust U/A DTD 11/01/2006
James B. Rogers, as trustee of the Robert I.
    Aronson Trust U/A DTD 07/29/2003
James B. Rogers, as trustee of the Samuel L.
    Aronson Trust U/A DTD 12/08/2000
Jefferies LLC
MVP Logistics LLC
NBTC
Nebraska Public Safety Task Force
Northern Tool & Equipment
Nowlit Solutions Corp.
OverWatch Enterprises LLC
PandaDoc, Inc.
Pansing Hogan Ernst & Bachman
Paul Hastings
Portage Point Partners LLC
ProLift Rigging Company LLC
Quartz Energy Partners
Ramp Credit Card
SGS North America Inc.
StarTex Software LLC
Stephen Aronson Rev Living Trust U/A/D
    07/15/2015
Texas Blockchain Council
The Gene Allen Trust
United Management - Rent Payment
Uptick Tech

URS Compliance
WW Grainger Inc.

**Payroll & Benefits**
Insperity

**Professionals**
Ballard Spahr LLP
CT Corporation System
Foley & Lardner LLP
Fredrikson & Byron, PA
Kirkland & Ellis LLP
Koho Consulting
Milbank

**Shareholders**
Addison L Piper TTEE for the Addison L Piper
    Revocable Trust
ADK Holdings LLC
Callanish Capital Partners LP
Coeranbrooke LLC
Creekside Investments 1 LLC
Daniel R Aronson & Martha G Aronson
    TRUSTEES for the Daniel R. Aronson
    Revocable Trust
Digital Currency Group Inc.
Elliot B Evers TTEE for the Elliot Evers 2010
    Revocable Trust
Endurance Search Partners LLC
Fredric Goldberg Rev Trust U/A/D 05/15/2019
H2 Renewables LLC
Katherine E. Bispala TTEE for the Katherine E.
    Bispala Spousal Limited Access TR u/a/d
    Millennium Trust Co LLC Custodian FBO
Michael Thomas Zenk IRA XXXX65634
Muinzer Ventures LLC
Perrill Technology LLC
REIC Gamma (AM/DB) Holdings LLC
Reviva Inc.
SM & MS Partners
The Goldman Sachs Trust Company of
    Delaware, as Trustee of the DP GST Exempt
    Family Trust U/A/D 8/1/
Vedado Capital LLC
Vitali Compute LLC

**Large Trade Creditors**
7575 Management LLC
Bitmain
Bootstrap Energy LLC
CH Robinson Company Inc.

Circuit Breaker Guys, LLC
City of Big Spring, TX
Commonwealth Electric Company of the
    Midwest
CorTalent
Echo Search Group
Egauge Systems LLC
Ernst & Young LLP
Flexential Corp.
Foundry Digital LLC
Freudenberg Filtration Technologies
Gartner Inc.
Growth Operators Advisory Services LLC
HubSpot
Koch Filter Corporation
Koho Consulting
M A Mortenson Co.
Madel PA
Marathon Digital Holdings, Inc.
Maxim Crane Works
Meritus Recruiting Group LLC
Midamerican Energy Company
MP2 Energy Texas LLC
MVP Logistics LLC
NBTC
Norton Rose Fulbright US LLP
Opkalla Inc.
OverWatch Enterprises LLC
Overwatch Surveillance LLC
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
RK Mission Critical
Russell A. Farrow US Inc.
Spectrum Search Partners
Starostka Group Unlimited
Sunbelt Solomon Services, LLC
Transfluid Services - Stark
Uline
Urban Solution Group
US Bitcoin Corp.
Westwood Professional Services

**U.S. Trustee Personnel, Judges, and
Court Contacts**
Albert Alonzo
Alicia Barcomb, Trial Attorney
Jacqueline Boykin, Legal Data Technician
Alethea Caluza, Paralegal Specialist
Ana Castro
Jeannie Chavez
Tracey Conrad

LinhThu Do
Hector Duran, Trial Attorney
Kevin M. Epstein, US Trustee
Ivette Gerhard, Secretary
Brian Henault, Bankruptcy Analyst
Judge Marvin Isgur
Luci Johnson-Davis, Paralegal Specialist
Chief Judge David R. Jones
Omar E. Jones, Auditor
Tyler Laws
Judge Christopher Lopez
Zilde Martinez, Courtroom Deputy
Linda Motton, Paralegal Specialist
Ha Nguyen, Trial Attorney
Judge Jeffrey P. Norman
Nathan Ochsner (Clerk of the Court)
Glenn Otto, Bankruptcy Analyst
John Patouhas
Kimberly Picota
Vriana Portillo
Mario Rios
Yasmine Rivera, Auditor
Judge Eduardo V. Rodriguez
Jayson B. Ruff, Trial Attorney
Rosario Saldana, Case Manager
Millie Aponte Sall, Assistant U.S. Trustee
Patricia Schmidt, Legal Assistant
Christy Simmons, Bankruptcy Analyst
Gwen Smith, Legal Assistant
Stephen Statham, Trial Attorney
Christopher R. Travis, Trial Attorney
Clarissa Waxton, Bankruptcy Analyst
Jana Whitworth, Trial Attorney

**Utilities**
AT&T Mobility
Bosselman
Circuit Breaker Guys, LLC
City of Big Spring
City of Big Spring Water Dept.
City of Big Spring, TX
Constellation New Energy
Edison Energy LLC
Fibercomm
Gexa Energy
King Mountain Upton Wind, LLC
Mercuria Energy America, LLC
Nebraska Link Holdings
Oncor Electric Delivery Company
Republic Services
Shell Energy

Solid Waste Agency Landfill
Texas-New Mexico Power Company
United Cooperative Services
Waste Management of Carol Stream, IL

**Vendors / Service Providers**
308 Construction LLC
AlphaGraphics Bloomington
Alternative Business Furniture
American Tower
Anthony Ostlund Louwagie Dressen & Boylan
    P.A
A-Team Heating and Cooling
Authority Electric & A/C
Aviat US Inc.
Aviation Charter Inc.
Baldwin Design Consultants, PA
Basin 2 Way
Basin Abstract & Title
berganKDV
BG Ventures
BHI Holdings LLC
Big Bend Telecom
Bill.com
Bitmain
BMO
Bosselman Energy
C&S Crane and Rigging LLC
Cage Engineering Inc.
CH Robinson Company Inc.
Citizen Partners
City of Greenville, North Carolina
City of Kearney, Nebraska
Classic Industrial Services Inc.
CliftonLarsonAllen
Coffman Engineers Inc.
Comfy Bowl, Inc.
Commonwealth Electric Company of the
    Midwest
Complete Underground, LLC
Corpus Christi Rimz
CorTalent
CRG Corporation
CSC
Culligan of Kearney
Deluxe
DHL Express USA Inc.
Double Radius Inc.
Douglas Electrical Services LLC
Dunn Engineering, LLC
Dwight Lane Investments

Eakes Office Solutions
Ebay
Echo Search Group
Economic Development Council of Buffalo
    County
ECS Southeast LLP
Egauge Systems LLC
Electric Power Engineers, LLC
Energage LLC
EnginSoft USA
Equipment Management Services LLC
Everington Consulting, Inc.
Fastenal
FedEx
Ferguson Electric Construction
FiberComm, LLC
Fidelity Bank
Finley Investigations & Security Inc.
Fireblocks Inc.
Freudenberg Filtration Technologies
G & G Golden Inc.
Granbury Chamber
GrassRoots
GreenFox Marketing Solutions
Greenville Utilities
Ground Penetrating Radar Systems
Hays Companies, Inc.
HDR Engineering, Inc.
Heartland Pneumatic
Hire Right
HM TECH LLC
HubSpot
Infrastructure Masons
Integrated Security Solutions, LLC
Steven Jackman
Jobplex
JSW Services
Kaige Kubota LLC
Kearney Power Sports
KGI Wireless Inc.
Kuncan Electronics Co Ltd.
Land Management Group
LexisNexis Risk Solutions FL Inc.
Long Lines Broadband
M A Mortenson Co.
Mackinnon Bruce International
Maddox Industrial Transformer
Madel PA
Marlatt Machine & Welding LLC
Maxim Crane Works
McCamey County Hospital District

Meritus Recruiting Group LLC
Metro Alarm & Lock
Midas Green Technologies
Midland Lock and Safe
Mid-State Engineering & Testing, Inc.
Midway Chrysler Jeep Inc.
Milco Environmental Services
Miller & Associates Consulting Engineers, P.C.
MiningDisrupt
Mowrey, Ryen
NAI United Management, LLC
Nebraska Crane
Nebraska Department of Revenue
Nebraska Link Holdings, LLC dba OPTK
    Networks
Nebraska Title Company
NextLink Internet
Office Furniture Liquidations
Ogletree Deakins Nash Smoak & Stewart
Overhead Door Company of Permian Basin
PA Department of State
Pegasus Energy LLC
Pennzoil-Quaker State Company
Phillips Fabrication, Inc.
Power Asset Recovery Corporation
Power Search and Consulting LLC
Print Crypto Inc.
Prosek LLC
PW Rentals, LLC/Roland Whitney
R. O. Youker, Inc.
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
Redman's Shoes
Republic Services
Ricoh USA Inc.
RK Mission Critical
Roebuck Staffing Company LLC
Roth Staffing Companies LP
Russell A Farrow US Inc.
Satellite Shelters Inc.
Sayler Screenprinting
Shenzhen 10Gtek International Co Ltd.
Shenzhen Aimeijin Electronics Co, Ltd.
Shenzhen Guangyu Technology Co.
SHI International Corp.
Shoppas Material Handling, Ltd.
SignPro
Sirius Computer Solutions Inc.
Solid Waste Agency Landfill
Source Incorporated of Missouri
Spark Public Relations

Spectrum Search Partners
Spyglass Home Inspections
Starostka Group Unlimited
State of Connecticut
State of Delaware
Sunbelt Rentals
Sunbelt Solomon Services, LLC
Superior Cranes, Inc.
Tech Strategy Leaders LLC
TerraSano Services LLC
Texan Restrooms LLC
TForce Worldwide Inc.
The Lockmobile LLC
The Wells Partnership Company
Thompson Electric Company
Thomson Reuters - West
TNT Crane & Rigging
Transfluid Services - Stark
Trond
True North Data Solutions Inc.
Uline
Ulteig Engineer's Inc.
United Cooperative Services
UPS Supply Chain Solutions, Inc.
Upton County
Urban Solution Group
US Compliance
USA Communications
Valdes Engineering Company
Valley Forklift
Verizon
Versatile Industries V
VTH Advisors, LLC
WAND Corporation
Waste Management
West Texas Commercial Cleaning, LLC
Wharton County Permit & Inspection Dept.
Williams Scotsman Inc.
World Wide Technology LLC
Zhejiang Quinntek Co Ltd.

**Schedule 2**

**POTENTIAL PARTIES IN INTEREST OR THEIR AFFILIATES WHOM PAUL
HASTINGS HAS, OR MAY HAVE, REPRESENTED WITHIN THE LAST FIVE YEARS
IN MATTERS UNRELATED TO THE CHAPTER 11 CASES**[1]

| **Potential Parties in Interest** | **Relationship to Debtors** | **Clients & Their Affiliates** |
| --- | --- | --- |
| BMO Harris Bank, N.A. | Banks | Former client. Parent and related entities are current clients. |
| [redacted] | Customers | Not a client. Entity related to parent is a current client. |
| [redacted] | Customers | Current client. |
| Generate Capital, PBC | Debt Service | Current client. |
| Constellation | Electricity Provider | Former client. Parent and related entities are former clients. |
| Exelon Generation | Electricity Provider | Not a client. Parent and related entities are former clients. |
| Midamerican Energy Company | Electricity Provider | Former client. Entities related to parent are current clients. |
| MP2 Energy Texas LLC | Electricity Provider | Not a client. Entities related to parent are current clients. |
| John Bouchard | Employees and Contractors | Not a client. A "John J. Bouchard" is associated with a client, whose related entities are current clients.[1] |
| David Galeano | Employees and Contractors | An "Oscar David Diaz Galeano" is a current pro-bono client.[1] |
| Michael Grace | Employees and Contractors | A "Michael J. Grace" is a former client. Parent and related entities are current clients.[1] |
| Robert L. Kramer | Employees and Contractors | Not a client. An individual with the same name is a client-related party in firm matters.[1] |
| AFCO | Insurance | Not a client. Parent and related entities are current clients. |
| AON Risk Services | Insurance | Former client. Parent and related entities are also former clients. |
| CNA Insurance | Insurance | Former client. Parent and related entities are also former clients. |
| Flexential Corp. | IT | Current client. Parent and related entities are also current clients. |

---

[1]   Please note that **Schedule 1** includes several individuals. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any such connection.

| Ernst & Young LLP | Large Trade Creditors and Ordinary Course Professionals | Former client. Related entities are also former clients. |
|---|---|---|
| Foundry Digital LLC | Large Trade Creditors | Not a client. Entities related to parent are current clients. |
| Maxim Crane Works | Large Trade Creditors and Vendors / Service Providers | Not a client. Parent and related entities are current clients. |
| Midamerican Energy Company | Large Trade Creditors | Former client. Entities related to parent are current clients. |
| US Bitcoin Corp. | Large Trade Creditors | Current client. |
| Generate Lending, LLC | Lenders | Not a client. Parent is a current client. |
| Mercuria Energy America, LLC | Lenders and Utilities | Not a client. A related entity is a former client. |
| NextEra Energy Resources, LLC | Lenders | Former client. Parent and related entities are former clients. |
| RSM US LLP | Ordinary Course Professionals | Not a client. Related entities are former clients. |
| Jefferies LLC | Other | Current client. Related entities and parent are also current clients. |
| Ramp Credit Card | Other | Not a client. Parent is a current client. |
| CT Corporation System | Professionals | Not a client. Parent and related entities are former clients. |
| Digital Currency Group Inc. | Shareholders | Not a client. Entities related to parent are current clients. |
| Millennium Trust Co LLC Custodian FBO Michael Thomas Zenk IRA XXXX65634 | Shareholders | Millennium Trust Co LLC is a current client. Entities related to parent are also current clients. |
| The Goldman Sachs Trust Company of Delaware, as Trustee of the DP GST Exempt Family Trust U/A/D 8/1/ | Shareholders | Not a client. Related entities and parent of The Goldman Sachs Trust Company of Delaware are current clients. |
| AT&T Mobility | Utilities | Current client. Related entities and parent are also current clients. |
| Constellation New Energy | Utilities | Not a client. Related entities and parent are former clients. |
| Gexa Energy | Utilities | Not a client. Related entities and parent are former clients. |
| King Mountain Upton Wind, LLC | Utilities | Not a client. Related entities and parent are former clients. |
| Oncor Electric Delivery Company | Utilities | Not a client. Related entities and parent are current clients. |

| Republic Services | Utilities and Vendors / Service Providers | Former client. |
|---|---|---|
| Shell Energy | Utilities | Not a client. Entities related to parent are current clients |
| American Tower | Vendors / Service Providers | Not a client. Entities related to parent are current clients. |
| Aviat US Inc. | Vendors / Service Providers | Not a client. Entity related to parent is a current client. |
| Bill.com | Vendors / Service Providers | Former client. Entities related to parent are current clients. |
| BMO | Vendors / Service Providers | Current client. Parent and related entities are current clients. |
| CSC | Vendors / Service Providers | Not a client. Entity related to parent is a current client. |
| Ebay | Vendors / Service Providers | Former client. |
| Electric Power Engineers, LLC | Vendors / Service Providers | Not a client. Related entities and parent are current clients. |
| LexisNexis Risk Solutions FL Inc. | Vendors / Service Providers | Not a client. Entities related to parent are current clients. |
| Long Lines Broadband | Vendors / Service Providers | Not a client. Parent and related entities are former clients. |
| Mid-State Engineering & Testing, Inc. | Vendors / Service Providers | Not a client. Parent is a former client. |
| Ogletree Deakins Nash Smoak & Stewart | Vendors / Service Providers | Current client. |
| Pennzoil-Quaker State Company | Vendors / Service Providers | Former client. Entities related to parent are current clients. |
| Sirius Computer Solutions Inc. | Vendors / Service Providers | Not a client. Entity related to parent is a former client. |
| Sunbelt Rentals | Vendors / Service Providers | Current client. |
| Thomson Reuters - West | Vendors / Service Providers | Not a client. Entities related to parent are current clients. |
| TNT Crane & Rigging | Vendors / Service Providers | Current client. Related entities and parent are former clients. |
| UPS Supply Chain Solutions, Inc. | Vendors / Service Providers | Former client. Entities related to parent are current clients. |
| Verizon | Vendors / Service Providers | Current client. Entities related to parent are also current clients. |
| Williams Scotsman Inc. | Vendors / Service Providers | Former client. |

**Schedule 3**

**INVOICES AND PAYMENTS 90 DAYS PRIOR TO PETITION DATE[1]**

Invoices sent to the Debtors by Paul Hastings:

| Invoice Date | Invoice Number | Amount Invoiced |
|---|---|---|
| 07/28/2022 | 2324296 | $383,005.00 |
| 08/10/2022 | 2325146 | $741,488.05 |
| 08/23/2022 | 2327243 | $841,925.22 |
| 09/13/2022 | 2328663 | $1,066,250.39 |
| 09/21/2022 | 2330617 | $724,651.25 |
| TBD | Unbilled | $90,995.96 |
| | **Total** | **$3,848,315.87** |

Payments by the Debtors to Paul Hastings:

| Date | Amount |
|---|---|
| 07/19/2022 | $400,000.00 |
| 07/29/2022 | $500,000.00 |
| 08/08/2022 | $500,000.00 |
| 08/15/2022 | $750,000.00 |
| 08/25/2022 | $750,000.00 |
| 09/07/2022 | $750,000.00 |
| 09/21/2022 | $600,000.00 |
| **Total** | **$4,250,000.00** |

---

[1]   The tables reflect both restructuring and non-restructuring related invoices and payments.