# Exhibit B

## Finger Declaration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF JEFFREY FINGER IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), EFFECTIVE AS OF SEPTEMBER 22, 2022 AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS**

I, Jeffrey Finger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a Managing Director at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2. I submit this Declaration (this "Declaration") in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors In Possession Pursuant to 11 U.S.C. §§ 327(A) and 328(A),*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

*Effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements* (the "Application")[2] of the above-captioned debtors and debtors in possession in these proceedings (collectively, the "Debtors") for an order authorizing the Debtors to retain and employ Jefferies as their investment banker, effective as of September 22, 2022 (the "Petition Date"), pursuant to the terms and subject to the conditions of the Engagement Letter.[3]

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto. Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at and representatives of Jefferies and are based on information provided by such professionals.

**JEFFERIES' QUALIFICATIONS**

4. I believe that Jefferies and the professionals it employs are uniquely qualified to advise the Debtors on the matters for which Jefferies is proposed to be employed in a cost-effective, efficient, and timely manner.

5. Jefferies is a registered broker-dealer with the United States Securities and Exchange Commission and a member of the Boston Stock Exchange, the International Stock Exchange, the Financial Industry Regulatory Authority, the Pacific Stock Exchange, the Philadelphia Stock Exchange, and the Securities Investor Protection Corporation. Jefferies was founded in 1962 and is a wholly-owned subsidiary of Jefferies Group LLC, which, together with its affiliates, has gross assets of approximately $51 billion and approximately 4,000 employees in more than 45 offices around the world.

[2] Capitalized terms used in this Declaration and not immediately defined have the meanings given to such terms in the Application.

[3] The Engagement Letter amended and restated in its entirety that certain engagement letter between the Debtors and Jefferies dated August 16, 2021 (the "Prior Engagement Letter").

6. Jefferies provides a broad range of corporate advisory services to its clients including, without limitation, services relating to the following: (a) general financial advice; (b) mergers, acquisitions, and divestitures; (c) special committee assignments; (d) capital raising; and (e) corporate restructurings. Jefferies and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out of court and in chapter 11 proceedings. Jefferies has advised debtors, creditor and equity constituencies, and purchasers in numerous reorganizations in the United States and worldwide. Since 2007, Jefferies has been involved in more than 250 restructurings representing more than $550 billion in restructured liabilities.

7. Jefferies was engaged by the Debtors on August 16, 2021 to explore restructuring alternatives. As a result, Jefferies is familiar with the Debtors' corporate and capital structure, management, business operations, and potential investor universe. Thus, the Debtors believe that Jefferies is both well qualified and uniquely able to advise the Debtors in these Chapter 11 Cases.

8. Jefferies has extensive experience in reorganization cases and has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors, creditors, and creditors' committees throughout the United States. Jefferies has advised on the following chapter 11 cases, among others: *In re SAS AB*, Case No. 22-10925 (MEW) (Bankr. S.D.N.Y. Sept. 19, 2022); *In re Vewd Software USA, LLC*, Case No. 21-12065 (MEW) (Bankr. S.D.N.Y. Dec. 15, 2021); *In re Limetree Bay Services, LLC*, Case No. 21-32351 (DRJ) (Bankr. S.D. Tex. Sep. 10, 2021); *In re Hospitality Investors Trust*, Case No. 21-10831 (CTG) (Bankr. D. Del. May 20, 2021); *In re CarbonLite Holdings LLC*, Case No. 21-10527 (JTD) (Bankr. D. Del. Apr. 7, 2021); *In re Gulfport Energy Corporation*, Case No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 21, 2021); *In re Mallinckrodt plc*, Case No. 20-12522 (JTD) (Bankr. D. Del. Jan. 13, 2021);

*In re Bouchard Transportation Co., Inc.*, Case No. 20-34682 (DRJ) (Bankr. S.D. Tex. Jan. 14, 2021); *In re Valaris plc*, Case No. 20-34114 (MI) (Bankr. S.D. Tex. Nov. 04, 2020); *In re Foresight Energy LP*, Case No. 20-41308-659 (Bankr. E.D. Mo. Apr. 7. 2020); *In re Melinta Therapeutics, Inc.*, Case No. 19-12748 (LSS) (Bankr. D. Del. Feb. 7, 2020); *In re EP Energy Corp.*, Case No. 19-35654 (MI) (Bankr. S.D. Tex. Jan. 8, 2020); *In re Dura Auto. Sys., LLC*, Case No. 19-12378 (KBO) (Bankr. D. Del. Dec. 3, 2019); *In re Synergy Pharm. Inc.*, Case No. 18-14010 (JLG) (Bankr. S.D.N.Y. Mar. 7, 2019); *In re Westmoreland Coal Co.*, Case No. 18-35672 (DRJ) (Bankr. S.D. Tex. Dec. 6, 2018); *In re Mission Coal Co., LLC*, Case No. 18-04177-TOM11 (Bankr. N.D. Ala. Nov. 30, 2018); *In re Claire's Stores, Inc.* Case No. 18-10584 (MFW) (Bankr. D. Del. Aug. 3, 2018).

**JEFFERIES' DISINTERESTEDNESS**

9. In connection with its retention by the Debtors, Jefferies undertook to determine whether Jefferies: (a) has any connection with the Debtors, their affiliates, their creditors, or any other parties in interest in these Chapter 11 Cases; or (b) has an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

10. To check potential connections with the Debtors and other parties in interest in these Chapter 11 Cases, Jefferies has searched to determine whether it had any relationships with the entities identified by the Debtors and its representatives as potential parties in interest listed on **Schedule 1** hereto (the "Potential Parties in Interest"). Specifically, Jefferies entered the names of the Potential Parties in Interest into a database containing the names of Jefferies' current and former investment banking clients. To the extent that this inquiry has revealed that certain Potential Parties in Interest were current or former investment banking clients of Jefferies within the past three years, these parties have been identified on a list (the "Client Match List") annexed

hereto as **Schedule 2**. Through the information generated from the aforementioned inquiry and through follow-up inquiries to Jefferies professionals responsible for certain clients listed on the Client Match List, Jefferies has determined that its representation of the clients on the Client Match List, if any, concerned matters unrelated to the Debtors. As to the Potential Parties in Interest not identified on the Client Match List, Jefferies has not been employed by or rendered advisory services to any such parties within the past three years.

11. As part of its diverse global activities, Jefferies is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, Jefferies has in the past, and may in the future, advise and/or be represented by several attorneys, law firms and other professionals, some of whom may be involved in these Chapter 11 Cases. Finally, Jefferies has in the past, and will likely in the future, be working with or against other professionals involved in these Chapter 11 Cases in matters wholly unrelated to these Chapter 11 Cases. Based upon our current knowledge of the professionals involved in these Chapter 11 Cases, and, to the best of my knowledge, none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

12. Jefferies is a global investment banking firm with broad activities covering, in addition to its investment banking and financial advisory practice, trading in equities, convertible securities, and corporate bonds. With more than 80,000 customer accounts and thousands of relationships and transactions around the world, it is possible that one or more of Jefferies' clients or a counterparty to a securities transaction may hold a claim or interest or otherwise be Potential

Parties in Interest in these Chapter 11 Cases and that Jefferies and/or its affiliates may have other business relationships and/or connections with such Potential Parties in Interest. Further, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, including those of creditors or parties in interest in these Chapter 11 Cases, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counterparties may be creditors, equity holders, or other parties in interest in these Chapter 11 Cases. Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

13. In addition, as of the date hereof, Jefferies and its affiliates have thousands of employees worldwide. It is possible that certain of Jefferies' and its affiliates' respective directors, officers and employees may have had in the past, may currently have, or may in the future have connections to (a) the Debtors, (b) the Potential Parties in Interest, and/or (c) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest. Furthermore, in addition to the parties listed on **Schedule 2**, Jefferies may also represent, or may have represented, affiliates, equity holders, and/or sponsors of the Potential Parties in Interest. Certain of the Potential Parities in Interest may also be vendors or insurers of Jefferies and/or have other non-investment banking relationships with Jefferies. Jefferies may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties in Interest list. Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors'

estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

14. Certain affiliates of Jefferies serve as managers for a number of investment vehicles (collectively, the "Managed Funds"). The Managed Funds are principally intended for investments by third parties unrelated to Jefferies. However, such investors may also include financial institutions (some of which may be parties in interest in these Chapter 11 Cases), affiliates of Jefferies, or their respective officers and employees (some of whom may be Jefferies' employees providing services in connection with these Chapter 11 Cases). Jefferies' employees working in connection with these Chapter 11 Cases have no control over or involvement in investment decisions made for the Managed Funds. With respect to the Managed Funds, Jefferies makes the following additional disclosures:

a. Among other things, the Managed Funds are (i) active direct investors in a number of portfolio companies (the "Equity Investments") and (ii) investors in a variety of debt instruments and mezzanine loans or similar securities (the "Income Investments" and, together with the Equity Investments, the "Portfolio Holdings"); and

b. The fund managers of the Managed Funds maintain control over investment decisions with respect to the Portfolio Holdings. Many financial institutions and parties in interest who may be involved in these Chapter 11 Cases may also be investors in the Managed Funds. Moreover, the Managed Funds may invest from time to time in Portfolio Holdings relating to the Debtors or parties in interest in these Chapter 11 Cases. In order to comply with securities laws and to avoid any appearance of impropriety, the employees of the Managed Funds are strictly separated from the employees of Jefferies. Jefferies maintains a strict separation between its employees assigned to these Chapter 11 Cases and employees involved in the management of Jefferies' investment banking division, on the one hand, and other employees of Jefferies (e.g., sales and trading employees) and its affiliates (including the employees of the Managed Funds), on the other hand. This separation is maintained through the use of information walls. These information walls include physical and technological barriers, compliance, and surveillance mechanisms, and policies and procedures designed to prevent confidential information from being shared improperly. Consequently, as no confidential information concerning the Debtors is

permitted to be communicated to any persons working for the Managed Funds, Jefferies does not believe that the relationships outlined above constitute interests adverse to the estates or render Jefferies not disinterested in these Chapter 11 Cases.

15. In addition, as part of its regular business operations, Jefferies may trade securities and other instruments of the Debtors on behalf of third parties (some of whom may be parties in interest in these Chapter 11 Cases). Jefferies may also trade securities and other instruments of the Potential Parties in Interest on behalf of itself and/or its affiliates or third parties. Any and all such trading operations and market making activities are separated from Jefferies' investment banking department, and its managing directors and employees (including the investment banking professionals working on these Chapter 11 Cases), by an information barrier, and no Jefferies professionals providing services to the Debtors will be involved with such trading operations and market making activities in any capacity.[4] As of the date hereof, Jefferies does not own or hold any debt or equity securities of the Debtors. Jefferies, moreover, shall not own or hold securities of the Debtors on behalf of itself and/or its affiliates while employed by the Debtors.

16. The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these Chapter 11 Cases. Consequently, although every reasonable effort has been made to discover Jefferies' connections with the Potential Parties in Interest, Jefferies is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these Chapter 11 Cases. If Jefferies discovers any information that is contrary or pertinent to the statements made herein, Jefferies will promptly disclose such information to the Bankruptcy Court. Additionally, as noted above, Jefferies is part of a global investment banking firm and thus has several legally separate

[4] These information barriers include physical and technological barriers, compliance and surveillance mechanisms and policies and procedures designed to prevent confidential information from being shared improperly.

and distinct foreign and domestic affiliates. Although employees of certain affiliates may sometimes assist Jefferies in connection with a restructuring engagement, as Jefferies is the only entity being retained in these Chapter 11 Cases, we have researched only the electronic client files and records of Jefferies, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

17. Jefferies does not advise, has not advised, and will not advise any entity other than the Debtors in matters related to these Chapter 11 Cases. Jefferies will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

18. Except as otherwise set forth herein, to the best of my knowledge, information, and belief, Jefferies: (a) is not a creditor, equity security holder, or an insider of the Debtors; and (b) was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors. In addition, none of the Jefferies' professionals expected to assist the Debtors in these Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the Southern District of Texas, the U.S. Trustee, or any person employed by the U.S. Trustee.

## PROFESSIONAL COMPENSATION

19. During the 90-day period prior to the commencement of these Chapter 11 Cases, Jefferies was paid the following amounts: (a) on August 26, 2022, (i) $300,000.00 for the prepayment of the September and October 2022 Monthly Fees; (ii) $25,000.00 on account of an expense advance; and (iii) $83,967.81 in expenses incurred by Jefferies in connection with services

performed under the Prior Engagement Letter[5] relating to special purpose acquisition company and private placement processes and (b) on September 16, 2022, $150,000.00 for the prepayment of the November 2022 Monthly Fee.[6]

20. The Fee and Expense Structure set forth in the Application is consistent with Jefferies' typical fee for work of this nature. The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses. It is Jefferies' policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

21. It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys. Jefferies' restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these Chapter 11 Cases will, keep time records in half-hour increments describing their daily activities and the identity of persons who performed such tasks. Jefferies will also supplement this information with a list of the non-restructuring professionals who assist the restructuring department on this matter but who do not, as a matter of general practice, keep records in the same manner.

22. The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflect a balance between a monthly fee and a contingency amount which are tied to the consummation and closing of a transaction as contemplated in the Engagement Letter.

---

5 Jefferies will apply any expense advance received first to expenses incurred but not reimbursed prepetition, and second to any expenses incurred after the Petition Date.

6 To the extent any fees or expenses owed to Jefferies under the Engagement Letter and Prior Engagement Letter are unpaid, Jefferies waives any right to collect such amounts.

23. The Engagement Letter was negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of Jefferies' employment by the Debtors. With respect to the Engagement Letter's indemnification provisions, unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers. The indemnity, moreover, is comparable to those generally obtained by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court.

24. Other than as set forth above and in the Engagement Letter, there is no proposed arrangement between the Debtors and Jefferies for compensation to be paid in these Chapter 11 Cases. Jefferies has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

25. The foregoing constitutes the statement of Jefferies pursuant to section 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 5002.

[*Remainder of Page Intentionally Left Blank*]

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2022
New York, NY

Respectfully submitted,

*/s/ Jeffrey Finger*
Jeffrey Finger
Managing Director
Jefferies LLC

**Schedule 1**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**
CN Atoka LLC
CN Big Spring LLC
CN Colorado Bend LLC
CN Corpus Christi LLC
CN Developments LLC
CN Equipment LLC
CN King Mountain LLC
CN Minden LLC
CN Mining LLC
CN Pledgor LLC
Compute North Holdings, Inc.
Compute North Member LLC
Compute North NC08 LLC
Compute North NY09 LLC
Compute North SD LLC
Compute North Texas LLC
Compute North TX06 LLC
Compute North TX10 LLC
Compute North, LLC

**Banks**
BMO Harris Bank, N.A.
Fidelity Bank Plc.

**Current and Former Directors & Officers**
Harold Coulby
Brian Falik
Drake Harvey
Bobby Kandaswamy
PJ Lee
Jose Lima
Dave Movius
Dave Perrill
Eli Scher
Shounok Sinha
Stephen Stenbeck
Carl Stjernfeldt
Jason Stokes
Kyle Wenzel

**Customers**
[Redacted]

**Debt Service**
Generate Capital, PBC
Post Road Administration

**Electricity Provider**
Constellation
Exelon Generation
Midamerican Energy Company
MP2 Energy Texas LLC
Nebraska Public Power District

**Employees and Contractors**
Sean Aschoff
Mark Beckendorf
Robert Bisanz
Matthew Boisjolie
Matthias Bolda
John Bouchard
Nathan Buckley
Arthur Calloway
Christopher Chew
Joey Colyer
Brendon Coughtry
Nick Crain
Gregory S. Cribb
Einar A. Cristiani
Jack D'Angelo
Tim Dahl
Eyal Dayan
Mark Decker
Carlos Domenech
Deana Dorosheko
Cindy Doyle
Brad Ellis
Jean Esquier
Giovanni Esteves
Mohammed Fadlallah
Thomas Ferry
Ken Flory
David Galeano
Israel Garcia
Patrick Geisler
Igor Gonta
Patrick Govier
Danny Grace
Michael Grace
James Griffith
Chris Grumet
Alexander Guddat
Richard Hagen

Jonathan Hakim
Brian Hakk
Irving Hansen
Richard Harvey
Brian Haw
James Haynes
Jeff Hene
Jesse Hensley
Jiri Holba
Andrei Isari
Guy C. Jackson
Barry Jeffries
Marshall Johnson
Alexandre Julio
Jordan Kanfer
Khashayar Kashani
Sandeep Katoch
Thomas Kieffer
Michael Kindel
Joseph C. Kiser
Benjamin Kolpa
Ron Konezny
Robert L. Kramer
Darius Kuzmicz
Liz Labelle
Thomas P. LaBelle
Toby LaBelle
Ronda Laplaca
Bradley Lew
Phillip Li
David Lockard
Nelu Mihai
Benjamin Morgan
David Robert Morgan
Thomas Moser
Roman Nabatov
Max Niederluecke
Rooney Nimmo
Jack Perrill
John Perrill
Richard Pieters
Kayla Piper
Nicola Piper
Brian Pryor
Johnathon Ritucci
Tad Piper TTEE for the Tad W. Piper Revocable Trust
Torben Rytt
Anthony Scaparra
Taylor Shakespeare
Nathan Sprague
Ben Stoos
Philip Tooke
Armen Tovmasyen
Eric Tracy
Amar Tsolmon
Jean Marcel Viljoen
Jan Vyhlidka
Ralph Weber
John Winslow
Brent Wong
Satyen Yadav
Perrill

**Insurance**
AFCO
AON Risk Services
Arrowhead General Insurance Agency, Inc.
CNA Insurance
Hylant

**IT**
Flexential Corp.
Sage Intacct
Workiva Inc.

**Lenders**
Generate Lending, LLC
Marathon Digital Holdings, Inc.
Mercuria Energy America, LLC
NextEra Energy Resources, LLC
TZ Capital Holdings, LLC

**Lessor**
7575 Management LLC

**Non-Debtor Affiliates**
CN Borrower LLC
CN Wolf Hollow LLC
Compute North NE05 LLC
Marathon Compute North 1 LLC
Marathon Compute North 2 LLC
TZRC Horse Hollow LLC
TZRC King Mountain LLC
TZRC LLC
TZRC Mining LLC

**Ordinary Course Professionals**
Ernst & Young LLP
Finn Dixon
Growth Operators Advisory Services LLC
Hello Temp Inc.

Jackson Lewis P.C.
Jackson Walker LLP
Kutak Rock LLP
McDonald Hopkins
Meridian Compensation Partners LLC
Nordmark Energy Consulting, LLC
Norton Rose Fulbright US LLP
RSM US LLP
SALO, LLC
Sira Corbetta Lopez de Letona
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
Mahesh Tripunitara
Westwood Professional Services

**Other**
Authentic Brand LLC
Bootstrap Energy LLC
Bradley Arant Boult Cummings
Corporate Performance Strategies Inc.
DNV Energy USA Inc.
Dennis Fehr
Gartner Inc.
James B. Rogers, as trustee of the Max G. Aronson Trust U/A DTD 11/01/2006
James B. Rogers, as trustee of the Robert I. Aronson Trust U/A DTD 07/29/2003
James B. Rogers, as trustee of the Samuel L. Aronson Trust U/A DTD 12/08/2000
Jefferies LLC
MVP Logistics LLC
NBTC
Nebraska Public Safety Task Force
Northern Tool & Equipment
Nowlit Solutions Corp.
OverWatch Enterprises LLC
PandaDoc, Inc.
Pansing Hogan Ernst & Bachman
Paul Hastings
Portage Point Partners LLC
ProLift Rigging Company LLC
Quartz Energy Partners
Ramp Credit Card
SGS North America Inc.
StarTex Software LLC
Stephen Aronson Rev Living Trust U/A/D 07/15/2015
Texas Blockchain Council
The Gene Allen Trust
United Management - Rent Payment
Uptick Tech
URS Compliance
WW Grainger Inc.

**Payroll & Benefits**
Insperity

**Professionals**
Ballard Spahr LLP
CT Corporation System
Foley & Lardner LLP
Fredrikson & Byron, PA
Kirkland & Ellis LLP
Koho Consulting
Milbank

**Shareholders**
Addison L Piper TTEE for the Addison L Piper Revocable Trust
ADK Holdings LLC
Callanish Capital Partners LP
Coeranbrooke LLC
Creekside Investments 1 LLC
Daniel R Aronson & Martha G Aronson TRUSTEES for the Daniel R. Aronson Revocable Trust
Digital Currency Group Inc.
Elliot B Evers TTEE for the Elliot Evers 2010 Revocable Trust
Endurance Search Partners LLC
Fredric Goldberg Rev Trust U/A/D 05/15/2019
H2 Renewables LLC
Katherine E. Bispala TTEE for the Katherine E. Bispala Spousal Limited Access TR u/a/d Millennium Trust Co LLC Custodian FBO
Michael Thomas Zenk IRA XXXX65634
Muinzer Ventures LLC
Perrill Technology LLC
REIC Gamma (AM/DB) Holdings LLC
Reviva Inc.
SM & MS Partners
The Goldman Sachs Trust Company of Delaware, as Trustee of the DP GST Exempt Family Trust U/A/D 8/1/
Vedado Capital LLC
Vitali Compute LLC

**Large Trade Creditors**
7575 Management LLC
Bitmain
Bootstrap Energy LLC
CH Robinson Company Inc.

Circuit Breaker Guys, LLC
City of Big Spring, TX
Commonwealth Electric Company of the Midwest
CorTalent
Echo Search Group
Egauge Systems LLC
Ernst & Young LLP
Flexential Corp.
Foundry Digital LLC
Freudenberg Filtration Technologies
Gartner Inc.
Growth Operators Advisory Services LLC
HubSpot
Koch Filter Corporation
Koho Consulting
M A Mortenson Co.
Madel PA
Marathon Digital Holdings, Inc.
Maxim Crane Works
Meritus Recruiting Group LLC
Midamerican Energy Company
MP2 Energy Texas LLC
MVP Logistics LLC
NBTC
Norton Rose Fulbright US LLP
Opkalla Inc.
OverWatch Enterprises LLC
Overwatch Surveillance LLC
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
RK Mission Critical
Russell A. Farrow US Inc.
Spectrum Search Partners
Starostka Group Unlimited
Sunbelt Solomon Services, LLC
Transfluid Services - Stark
Uline
Urban Solution Group
US Bitcoin Corp.
Westwood Professional Services

**U.S. Trustee Personnel, Judges, and Court Contacts**
Albert Alonzo
Alicia Barcomb, Trial Attorney
Jacqueline Boykin, Legal Data Technician
Alethea Caluza, Paralegal Specialist
Ana Castro
Jeannie Chavez
Tracey Conrad
LinhThu Do
Hector Duran, Trial Attorney
Kevin M. Epstein, US Trustee
Ivette Gerhard, Secretary
Brian Henault, Bankruptcy Analyst
Judge Marvin Isgur
Luci Johnson-Davis, Paralegal Specialist
Chief Judge David R. Jones
Omar E. Jones, Auditor
Tyler Laws
Judge Christopher Lopez
Zilde Martinez, Courtroom Deputy
Linda Motton, Paralegal Specialist
Ha Nguyen, Trial Attorney
Judge Jeffrey P. Norman
Nathan Ochsner (Clerk of the Court)
Glenn Otto, Bankruptcy Analyst
John Patouhas
Kimberly Picota
Vriana Portillo
Mario Rios
Yasmine Rivera, Auditor
Judge Eduardo V. Rodriguez
Jayson B. Ruff, Trial Attorney
Rosario Saldana, Case Manager
Millie Aponte Sall, Assistant U.S. Trustee
Patricia Schmidt, Legal Assistant
Christy Simmons, Bankruptcy Analyst
Gwen Smith, Legal Assistant
Stephen Statham, Trial Attorney
Christopher R. Travis, Trial Attorney
Clarissa Waxton, Bankruptcy Analyst
Jana Whitworth, Trial Attorney

**Utilities**
AT&T Mobility
Bosselman
Circuit Breaker Guys, LLC
City of Big Spring
City of Big Spring Water Dept.
City of Big Spring, TX
Constellation New Energy
Edison Energy LLC
Fibercomm
Gexa Energy
King Mountain Upton Wind, LLC
Mercuria Energy America, LLC
Nebraska Link Holdings
Oncor Electric Delivery Company
Republic Services
Shell Energy

Solid Waste Agency Landfill
Texas-New Mexico Power Company
United Cooperative Services
Waste Management of Carol Stream, IL

**Vendors / Service Providers**
308 Construction LLC
AlphaGraphics Bloomington
Alternative Business Furniture
American Tower
Anthony Ostlund Louwagie Dressen & Boylan P.A
A-Team Heating and Cooling
Authority Electric & A/C
Aviat US Inc.
Aviation Charter Inc.
Baldwin Design Consultants, PA
Basin 2 Way
Basin Abstract & Title
berganKDV
BG Ventures
BHI Holdings LLC
Big Bend Telecom
Bill.com
Bitmain
BMO
Bosselman Energy
C&S Crane and Rigging LLC
Cage Engineering Inc.
CH Robinson Company Inc.
Citizen Partners
City of Greenville, North Carolina
City of Kearney, Nebraska
Classic Industrial Services Inc.
CliftonLarsonAllen
Coffman Engineers Inc.
Comfy Bowl, Inc.
Commonwealth Electric Company of the Midwest
Complete Underground, LLC
Corpus Christi Rimz
CorTalent
CRG Corporation
CSC
Culligan of Kearney
Deluxe
DHL Express USA Inc.
Double Radius Inc.
Douglas Electrical Services LLC
Dunn Engineering, LLC
Dwight Lane Investments
Eakes Office Solutions
Ebay
Echo Search Group
Economic Development Council of Buffalo County
ECS Southeast LLP
Egauge Systems LLC
Electric Power Engineers, LLC
Energage LLC
EnginSoft USA
Equipment Management Services LLC
Everington Consulting, Inc.
Fastenal
FedEx
Ferguson Electric Construction
FiberComm, LLC
Fidelity Bank
Finley Investigations & Security Inc.
Fireblocks Inc.
Freudenberg Filtration Technologies
G & G Golden Inc.
Granbury Chamber
GrassRoots
GreenFox Marketing Solutions
Greenville Utilities
Ground Penetrating Radar Systems
Hays Companies, Inc.
HDR Engineering, Inc.
Heartland Pneumatic
Hire Right
HM TECH LLC
HubSpot
Infrastructure Masons
Integrated Security Solutions, LLC
Steven Jackman
Jobplex
JSW Services
Kaige Kubota LLC
Kearney Power Sports
KGI Wireless Inc.
Kuncan Electronics Co Ltd.
Land Management Group
LexisNexis Risk Solutions FL Inc.
Long Lines Broadband
M A Mortenson Co.
Mackinnon Bruce International
Maddox Industrial Transformer
Madel PA
Marlatt Machine & Welding LLC
Maxim Crane Works
McCamey County Hospital District

Meritus Recruiting Group LLC
Metro Alarm & Lock
Midas Green Technologies
Midland Lock and Safe
Mid-State Engineering & Testing, Inc.
Midway Chrysler Jeep Inc.
Milco Environmental Services
Miller & Associates Consulting Engineers, P.C.
MiningDisrupt
Mowrey, Ryen
NAI United Management, LLC
Nebraska Crane
Nebraska Department of Revenue
Nebraska Link Holdings, LLC dba OPTK Networks
Nebraska Title Company
NextLink Internet
Office Furniture Liquidations
Ogletree Deakins Nash Smoak & Stewart
Overhead Door Company of Permian Basin
PA Department of State
Pegasus Energy LLC
Pennzoil-Quaker State Company
Phillips Fabrication, Inc.
Power Asset Recovery Corporation
Power Search and Consulting LLC
Print Crypto Inc.
Prosek LLC
PW Rentals, LLC/Roland Whitney
R. O. Youker, Inc.
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
Redman's Shoes
Republic Services
Ricoh USA Inc.
RK Mission Critical
Roebuck Staffing Company LLC
Roth Staffing Companies LP
Russell A Farrow US Inc.
Satellite Shelters Inc.
Sayler Screenprinting
Shenzhen 10Gtek International Co Ltd.
Shenzhen Aimeijin Electronics Co, Ltd.
Shenzhen Guangyu Technology Co.
SHI International Corp.
Shoppas Material Handling, Ltd.
SignPro
Sirius Computer Solutions Inc.
Solid Waste Agency Landfill
Source Incorporated of Missouri
Spark Public Relations
Spectrum Search Partners
Spyglass Home Inspections
Starostka Group Unlimited
State of Connecticut
State of Delaware
Sunbelt Rentals
Sunbelt Solomon Services, LLC
Superior Cranes, Inc.
Tech Strategy Leaders LLC
TerraSano Services LLC
Texan Restrooms LLC
TForce Worldwide Inc.
The Lockmobile LLC
The Wells Partnership Company
Thompson Electric Company
Thomson Reuters - West
TNT Crane & Rigging
Transfluid Services - Stark
Trond
True North Data Solutions Inc.
Uline
Ulteig Engineer's Inc.
United Cooperative Services
UPS Supply Chain Solutions, Inc.
Upton County
Urban Solution Group
US Compliance
USA Communications
Valdes Engineering Company
Valley Forklift
Verizon
Versatile Industries V
VTH Advisors, LLC
WAND Corporation
Waste Management
West Texas Commercial Cleaning, LLC
Wharton County Permit & Inspection Dept.
Williams Scotsman Inc.
World Wide Technology LLC
Zhejiang Quinntek Co Ltd.

**Schedule 2**

**Client Match List**

Authentic Brand LLC
Bill.com
Constellation
Constellation New Energy
CSC
Exelon Generation
Flexential Corp.
Marathon Digital Holdings, Inc.
Pegasus Energy LLC
Shell Energy
Verizon
[redacted customer]
[redacted customer]