IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>COMPUTE NORTH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 61, 62, 83-86, & 89** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 26, 2022, I caused to be served the:

   a. "Certification of Counsel Regarding Proposed Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief," dated September 25, 2022 [Docket No. 61], (the "COC Cash Management"),

   b. "Certification of Counsel Regarding Proposed Order for Entry of an Order (I) Authorizing Debtors to (A) Continue Insurance Program and (B) Pay All Obligations With Respect Thereto; and (II) Granting Related Relief," dated September 25, 2022 [Docket No. 62], (the "COC Insurance"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    c. "Certification of Counsel Regarding Proposed Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, and (C) Redact Certain Individual and Customer Confidential Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, (III) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), and (IV) Granting Related Relief," dated September 26, 2022 [Docket No. 83], (the "COC Matrix"),

    d. "Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief," dated September 26, 2022 [Docket No. 84], (the "Interim Cash Management Order"),

    e. "Order (I) Authorizing Debtors to (A) Continue Insurance Program and (B) Pay All Obligations With Respect Thereto; and (II) Granting Related Relief," dated September 26, 2022 [Docket No. 85], (the "Insurance Order"), and

    f. "Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, and (C) Redact Certain Individual and Customer Confidential Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, (III) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), and (IV) Granting Related Relief," dated September 26, 2022 [Docket No. 86], (the "Matrix Order"), and

    g. "Agenda for Hearing Scheduled for September 26, 2022 at 4:00 p.m. (Prevailing Central Time)," dated September 26, 2022 [Docket No. 89], (the "Agenda"),

by causing true and correct copies of the:

    i. COC Cash Management, COC Insurance, COC Matrix, Interim Cash Management Order, Insurance Order, Matrix Order, and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. COC Cash Management, Interim Cash Management Order, and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. COC Insurance, Insurance Order, and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv. COC Cash Management, COC Insurance, COC Matrix, Interim Cash Management Order, Insurance Order, Matrix Order, and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

    v.    COC Cash Management, Interim Cash Management Order, and Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.    COC Insurance, Insurance Order, and Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Angharad Bowdler</u><br>Angharad Bowdler

Sworn to before me this
27th day of September, 2022
<u>/s/ Amy E. Lewis</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

# Compute North Holdings, Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| AXLE LOGISTICS | BEN SHUSTER 835 N CENTRAL STREET KNOXVILLE TN 37917 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| CIRCUIT BREAKER GUYS LLC | STEVE WEIDNER 4740 E 2ND ST UNIT C21 BENECIA CA 94510 |
| CITY OF BIG SPRING, TX | ARICKA GROVE 310 NOLAN STREET BIG SPRING TX 79720 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| CORTALENT, LLC | ALISON PYE 7801 EAST BUSH LAKE ROAD SUITE 100 MINNEAPOLIS MN 55439 |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | ATTN: GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ECHO SEARCH GROUP | AMIT BHATIA 1660 HIGHWAY 100 SOUTH, SUITE 318 ST LOUIS PARK MN 55416 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| FLEXENTIAL CORP. | MARK LEYDA 600 FOREST POINT CIRCLE SUITE 100 CHARLOTTE NC 28273 |
| FLEXENTIAL CORP. | MARK LEYDA PO BOX 732368 DALLAX TX 75373-2368 |
| FOUNDRY DIGITAL LLC | ATTN: MIKE COLYER 1100 PITTSFORD VICTOR ROAD PITTSFORD NY 14534 |
| FOUNDRY DIGITAL LLC | LICIA BARRA 350 EAST AVE SUITE 201 ROCHESTER NY 14604 |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | COLETT GAGNON 2975 PEMBROKE ROAD HOPKINSVILLE KY 42240 |
| GARTNER, INC. | SPENCER HOCKERT 13200 PAUL J DOHERTY PARKWAY FT MYERS FL 33913 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 555 DE HARO STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| GROWTH OPERATORS, LLC | STEPHANIE WELLS 800 LASALLE AVE MINNEAPOLIS MN 55402 |
| HMB LEGAL COUNSEL | (COUNSEL TO FOUNDRY DIGITAL LLC) ATTN: ATI P. KHATRI 500 WEST MADISON, SUITE 3700 CHICAGO IL 60661 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOCH FILTER CORPORATION | GILBERT FREDERICK 8401 AIR COMMERCE DR LOUISVILLE KY 40119 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MADEL PA | AMITYBEINER 800 HENNEPIN AVENUE MINNEAPOLIS MN 55403 |
| MARATHON DIGITAL HOLDINGS, INC. | FRED THIEL 1180 NORTH TOWN CENTER DRIVE SUITE 100 LAS VEGAS NV 89144 |
| MERCURIA ENERGY AMERICA, LLC | ATTENTION: LEGAL DEPARTMENT 20 E. GREENWAY PLAZA, SUITE 650 HOUSTON TX 77046 |
| MERITUS RECRUITING GROUP LLC | THOMAS WILLIAMS 10319 LYNBROOK HOLLOW DR HOUSTON TX 77042 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA STREET SUITE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | RACHEL WILLIAMS 10205 10TH AVE N SUITE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEBRASKA ATTORNEY GENERAL | ATTN DOUG PETERSON 2115 STATE CAPITOL LINCOLN NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| NEXTERA ENERGY RESOURCES, LLC | ATTN: VICE PRESIDENT & GENERAL COUNSEL GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| PROSEK LLC | THOMAS PETRULLO 105 MADISON AVE FLOOR 7 NEW YORK NY 10016 |
| RAND WORLDWIDE INC. | AUSTIN SOBOLEWSKI 11201 DOLFIELD BOULEVARD SUITE 112 OWINGS MILLS MD 21117 |

Compute North Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RECRUITERS OF MINNESOTA | KELLY HOGAN 6110 BLUE CIRCLE DR, SUITE 280 MINNETONKA MN 55343 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14 SUITE 1 PIERRE SD 57501-8501 |
| SPECTRUM SEARCH PARTNERS, LLC | TOM SHAHNAZARIAN 4643 SOUTH ULSTER SUITE 1420 DENVER CO 80237 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| SUNBELT SOLOMON SERVICES, LLC | BILL SPARKS JR. 1922 S. MLK JR. DRIVE TEMPLE TX 76504 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| TZ CAPITAL HOLDINGS, LLC | 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| TZRC MINING LLC | 16192 COASTAL HWY LEWES DE 19958 |
| URBAN SOLUTION GROUP | CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |
| US BITCOIN CORPORATION | JOEL BLOCK 1221 BRICKELL AVE STE 900 MIAMI FL 33131 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT 12701 WHITEWATER DRIVE SUITE 300 MINNETONKA MN 55343 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT PO BOX 856650 MINNEAPOLIS MN 55485 |

**Total Creditor count  59**

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
First Class Mail Additional Service List

HOWARD COUNTY TAX OFFICE
UPTON COUNTY APPRAISAL DISTRICT
C/O LAURA J. MONROE
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. BOX 817
LUBBOCK, TX 79408

KIRKLAND & ELLIS LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN CHRISTOPHER MARCUS, P.C., ELIZABETH HELEN JONES
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN ANNA G. ROTMAN, P.C.
609 MAIN STREET
HOUSTON, TX 77002

HUNTON ANDREWS KURTH LLP
(COUNSEL FOR GENERATE LENDING, LLC AND GC DATA CENTER EQUITY HOLDINGS, LLC)
ATTN JOSEPH W. BUONI, TIMOTHY A. ("TAD") DAVIDSON II,
PHILIP M. GUFFY
600 TRAVIS STREET, SUITE 4200
HOUSTON, TX 77002

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
First Class Mail Additional Service List

FROST BROWN TODD LLC
(COUNSEL TO GEM MINING I, LLC)
ATTN: A.J. WEBB, ESQ.
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST.
CINCINNATI, OH 45202

HAYES AND BOONE, LLP
(COUNSEL TO TZ CAPITAL HOLDINGS LLC)
ATTN: STEPHEN M. PEZANOSKY
301 COMMERCE ST., STE. 2600
FORT WORTH, TX 76102

HAYNES AND BOONE, LLP
(COUNSEL TO TZ CAPITAL HOLDINGS LLC)
ATTN: DAVID TRAUSCH
1221 MCKINNEY ST., STE. 4000
HOUSTON, TX 77010

**EXHIBIT B**

## Service List

| Claim Name | Address Information |
|---|---|
| BMO HARRIS BANK | ERIK ANDERSON 50 SOUTH 6TH STREET, SUITE 1000 MINNEAPOLIS MN 55402 |
| FIDELITY BANK | BOBBY MOORE 7600 PARKLAWN AVE EDINA MN 55435 |

**Total Creditor count  2**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| AON PLC | ADMIR MESIC 5600 W 83RD ST, 8200 TOWER BLOOMINGTON MN 55437 |
| AXIS INSURANCE COMPANY | 111 SOUTH WACKER DRIVE, SUITE 3500 CHICAGO IL 60606 |
| BANYAN RISK LTD. | RAYMOND TRISMEN, MENDES AND MOUNT 1 CHURCH STREET PO BOX 246 HAMILTON BERMUDA |
| BROWN & BROWN | 5810 W. 78TH STREET SUITE 300 BLOOMINGTON MN 55439 |
| CONTINENTAL CASUALTY COMPANY | 151 N FRANKLIN CHICAGO IL 60606 |
| ENDURANCE AMERICAN SPECIALTY INS CO. | 500 WEST MONROE 30TH FLOOR CHICAGO IL 60661 |
| EVANSTON INSURANCE COMPANY | 10275 WEST HIGGINS ROAD, SUITE 750 ROSEMONT IL 60018 |
| FEDERAL INSURANCE COMPANY | MEREDITH PIDGEON 436 WALNUT STREET PO BOX 1000 PHILADELPHIA PA 19106-3703 |
| GENERAL CASUALTY COMPANY OF WISCONSIN | ONE QBE WAY SUN PRAIRIE WI 53596 |
| HAYS COMPANIES | 5810 W. 78TH STREET SUITE 300 BLOOMINGTON MN 55439 |
| HYLANT | 811 MADISON AVENUE TOLEDO OH 43604 |
| KINSALE INSURANCE COMPANY | 2035 MAYWILL STREET, SUITE 100 RICHMOND VA 23230 |
| MARKEL | KATHERINE CHRISTODOULATOS HIGHWOODS PARKWAY GLEN ALLEN VA 23060 |
| PRAETORIAN INSURANCE COMPANY | ONE QBE WAY SUN PRAIRIE WI 53596 |
| RELM INSURANCE LTD | JOSEPH ZIOLKOWSKI 20 CHURCH STREET SUITE 202 HAMILTON BERMUDA |
| THE HARTFORD STEAM BOILER INSPECTION AND | ONE STATE STREET HARTFORD CT 06102-5024 |
| UNDERWRITERS AT LLOYDS LONDON | 280 PARK AVENUE, EAST TOWER, 25TH FLOOR NEW YORK NY 10017 |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY | 444 W. LAKE ST., 17TH FLOOR CHICAGO IL 60606 |

**Total Creditor count  18**

**EXHIBIT D**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | bk-csearcy@texasattorneygeneral.gov; sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| ATLAS CONSOLIDATED MINING AND | michael.guo@atlasmining.com |
| NBTC LIMITED | anastasia@corp.the9.com |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| ERNST & YOUNG LLP | nykema.jackson@ey.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| MADEL PA | abeiner@madellaw.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| CORTALENT, LLC | apye@cortalent.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| HUBSPOT, INC. | media@hubspot.com |
| DELL TECHNOLOGIES, INC | richard_rothberg@dell.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| KOHO CONSULTING | marc@kohoconsulting.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| PROSEK LLC | tpetrullo@prosek.com |

COMPUTE NORTH HOLDINGS, INC., et al. Case No. 22-90273 (MI)

Electronic Mail Additional Service

| Name | Email Address |
|---|---|
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| HAYNES AND BOONE, LLP | stephen.pezanosky@haynesboone.com; david.trausch@haynesboone.com |

**EXHIBIT E**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Service - Banks

| Creditor Name | Email Address |
|---|---|
| BMO HARRIS BANK | erik.anderson@bmo.com |
| FIDELITY BANK | cm@fidelitybankmn.com |

Page 1 of 1

**EXHIBIT F**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Service - Insurance Providers

| Creditor Name | Email Address |
| --- | --- |
| AON PLC | admir.mesic@aon.com |
| AXIS INSURANCE COMPANY | notices@axiscapital.com |
| BANYAN RISK LTD. | raymond.trismen@mendes.com |
| Brown & Brown | dmaholias@hayscompanies.com |
| CONTINENTAL CASUALTY COMPANY | joseph.manero@cna.com |
| ENDURANCE AMERICAN SPECIALTY INS CO. | nick.amato@rtspecialty.com |
| EVANSTON INSURANCE COMPANY | admir.mesic@aon.com |
| FEDERAL INSURANCE COMPANY | meredith.pidgeon@chubb.com |
| GENERAL CASUALTY COMPANY OF WISCONSIN | steven.burmeister@us.qbe.com |
| Hays Companies | accounting@hayscompanies.com |
| Hylant | toledo-office@hylant.com |
| KINSALE INSURANCE COMPANY | newclaimnotices@kinsaleins.com |
| MARKEL | kchristodoulatos@markelcorp.com |
| PRAETORIAN INSURANCE COMPANY | admir.mesic@aon.com |
| RELM INSURANCE LTD | jziolkowski@relminsurance.com |
| THE HARTFORD STEAM BOILER INSPECTION AND | customer_solution_center@hsb.com |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY | claims@vantagerisk.com |