IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, § | |
| § | Case No. 22-90273 (MI) |
| § | |
| Debtors. § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby appears as an interested party pursuant to 11 U.S.C. §1109(b) and rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and that all notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in these cases or in any proceeding herein be given to and served upon the following:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
pattytomasco@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, copies of any orders (including orders to show cause) and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopies, telegraph, telex or otherwise, that affect Quinn Emanuel.

05121-75020/13650292.1

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Quinn Emanuel's right to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) Quinn Emanuel's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) Quinn Emanuel's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Quinn Emanuel is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Quinn Emanuel expressly reserves.

05121-75020/13650292.1

Respectfully submitted this 4th day of October 2022.

    QUINN EMANUEL URQUHART & SULLIVAN, LLP

    By: /s/ *Patricia B. Tomasco*
    Patricia B. Tomasco  (SBN 01797600)
    711 Louisiana Street, Suite 500
    Houston, Texas 77002
    Telephone: 713-221-7000
    Facsimile: 713-221-7100
    Email: pattytomasco@quinnemanuel.com

-

## **CERTIFICATE OF SERVICE**

I, Patricia B. Tomasco, hereby certify that on the 4th day of October 2022, a copy of the foregoing Notice of Appearance was served to all parties registered to receive notice via CM/ECF notification in this case.

    /s/ *Patricia B. Tomasco*
    Patricia B. Tomasco