UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | | In Re: | Compute North Holdings, Inc. et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick M. Haines<br>Berg Hill Greenleaf Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO  80302<br>303.245.4574<br>pmh@bhgrlaw.com<br>Colo. Atty. No. 38970 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | RK Mission Critical, LLC |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/5/2022 | Signed: | /s/ Patrick M. Haines |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States Bankruptcy Judge