United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | Compute North Holdings, Inc. et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick M. Haines<br>Berg Hill Greenleaf Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>303.245.4574<br>pmh@bhgrlaw.com<br>Colo. Atty. No. 38970 |
|---|---|

| Name of party applicant seeks to appear for: | RK Mission Critical, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 10/5/2022 | Signed: | /s/ Patrick M. Haines |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**     This lawyer is admitted *pro hac vice.*

Signed: October 06, 2022

_____
Marvin Isgur
United States Bankruptcy Judge