UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC.,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS OF COMPUTE NORTH HOLDINGS, INC.[2]

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | 057 Investments Inc. | 5718 WESTHEIMER, SUITE 1806 HOUSTON, TX 77057 | Series C-1 Convertible Preferred | .0155% |
| Compute North Holdings, Inc. | Addison L. Piper TTEE for the Addison L. Piper Revocable Trust | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred | .2440% |
| Compute North Holdings, Inc. | ADK Holdings, LLC | 3749 LANDINGS DRIVE EXCELSIOR, MN 55331 | Class B Voting Common; Series C-1 Convertible Preferred; Series C Convertible Preferred | .4515% |
| Compute North Holdings, Inc. | Amanda Rae Piff | REDACTED ADDRESS | Class B Voting Common | .1736% |
| Compute North Holdings, Inc. | AMY PERRILL as Trustee of the AMY P. PERRILL REVOCABLE TRUST u/a/d April 5. 2011 | REDACTED ADDRESS | Class B Voting Common | 1.4293% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

[3] Ownership percentages provided herein do not reflect the potential dilutive impact from issued but unexercised options.

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | AMY PERRILL as Trustee of the PERRILL FAMILY DISCLAIMER TRUST u/a/d December 30, 2020 | REDACTED ADDRESS | Class B Voting Common | 5.8184% |
| Compute North Holdings, Inc. | Andy Miller | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0154% |
| Compute North Holdings, Inc. | Benjamin Kolpa | REDACTED ADDRESS | Class B Voting Common | .5522% |
| Compute North Holdings, Inc. | Brant Grimes | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0303% |
| Compute North Holdings, Inc. | Bravera Wealth TTEE of the Eugene C. Jackson Roth IRA | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0307% |
| Compute North Holdings, Inc. | Brian Hakim | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0154% |
| Compute North Holdings, Inc. | Brian Pryor | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .2219% |
| Compute North Holdings, Inc. | Brooke Lee Irrevocable Trust dated August 16, 2021 | REDACTED ADDRESS | Class A Voting Common | 1.3946% |
| Compute North Holdings, Inc. | Callanish Capital Partners LP | 13911 RIDGEDALE DRIVE, SUITE 475 MINNETONKA, MN 55305 | Class B Voting Common; Series C-1 Convertible Preferred | 1.8988% |
| Compute North Holdings, Inc. | Carlos Domenech | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred | .4726% |
| Compute North Holdings, Inc. | CCCN Infrastructure, LLC | 200 CLARENDON STREET 55TH FLOOR BOSTON, MA 02116 | Series C Convertible Preferred | 1.2550% |
| Compute North Holdings, Inc. | ChiSota Investments, LLC | 105 W. 8TH AVENUE NAPERVILLE, IL 60563 | Series C-1 Convertible Preferred | .0232% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Coeranbrooke, LLC | 3275 ROBINSON BAY RD. WAYZATA, MN 55391 | Class A Voting Common; Class B Voting Common; Series C Convertible Preferred | 23.2540% |
| Compute North Holdings, Inc. | Colin Lee Irrevocable Trust dated August 16, 2021 | REDACTED ADDRESS | Class A Voting Common | 1.3946% |
| Compute North Holdings, Inc. | Constellation Technology Ventures, LLC | 1310 POINT ST BALTIMORE, MD 21231 | Series C Convertible Preferred | 1.2550% |
| Compute North Holdings, Inc. | Creekside Investments I, LLC | 2725 ROCKY MOUNTAIN AVE., SUITE 200 LOVELAND, CO 80538 | Class B Voting Common | .4418% |
| Compute North Holdings, Inc. | Daniel R Aronson & Martha G Aronson TRUSTEES for the Daniel R. Aronson Revocable Trust U/A/D 10/23/2009 | REDACTED ADDRESS | Class B Voting Common | .1585% |
| Compute North Holdings, Inc. | Darren Acheson TTEE for the Darren Acheson Revocable Trust | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0384% |
| Compute North Holdings, Inc. | David Denniston | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0232% |
| Compute North Holdings, Inc. | David Theodore Movius | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0153% |
| Compute North Holdings, Inc. | David Robert Morgan | REDACTED ADDRESS | Class B Voting Common | .1767% |
| Compute North Holdings, Inc. | Digital Currency Group, Inc. | 250 PARK AVENUE SOUTH, 5TH FLOOR NEW YORK, NY 10003 | Class B Voting Common | .5522% |
| Compute North Holdings, Inc. | Dustin S McAtee | REDACTED ADDRESS | Class B Voting Common | .0194% |
| Compute North Holdings, Inc. | Dwight Lane Investments, LLC | 600 HIGHWAY 169 SOUTH, SUITE1660 ST. LOUIS PARK, MN 55426 | Series C-1 Convertible Preferred; Series C Convertible Preferred | .0277% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Elliot B. Evers TTEE for the Elliot Evers 2010 Revocable Trust | REDACTED ADDRESS | Class B Voting Common | .5522% |
| Compute North Holdings, Inc. | Endurance Search Partners, LLC | 11760 US HIGHWAY 1, SUITE W506 NORTH PALM BEACH, FL 33408 | Class B Voting Common; Series C Convertible Preferred | .4438% |
| Compute North Holdings, Inc. | Erin Lee Irrevocable Trust dated August 16, 2021 | REDACTED ADDRESS | Class A Voting Common | 1.3946% |
| Compute North Holdings, Inc. | Excelsior Entertainment, LLC | 5185 MEADVILLE STREET GREENWOOD, MN 55331 | Series C-1 Convertible Preferred | .0384% |
| Compute North Holdings, Inc. | Fredric Goldberg Rev Trust U/A/D 05/15/2019 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .3184% |
| Compute North Holdings, Inc. | GC Data Center Equity Holdings, Inc. | 560 DAVIS STREET, SUITE 250 SAN FRANCISCO, CA 94111 | Series C Convertible Preferred | 1.2550% |
| Compute North Holdings, Inc. | George Kotsiovos | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0154% |
| Compute North Holdings, Inc. | Gregory Cribb | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred | .2335% |
| Compute North Holdings, Inc. | Gustavo Massayuki Miwa | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0152% |
| Compute North Holdings, Inc. | Guy Jackson | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred; Series C Convertible Preferred | .4774% |
| Compute North Holdings, Inc. | H2 Renewables, LLC | 828 EAST BOULEVARD CHARLOTTE, NC 28203 | Class B Voting Common; Series C-1 Convertible Preferred | 1.1432% |
| Compute North Holdings, Inc. | Igor Gonta | REDACTED ADDRESS | Series C Convertible Preferred | .0125% |
| Compute North Holdings, Inc. | Irving Hansen | REDACTED ADDRESS | Class B Voting Common | .1104% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | James B. Rogers, as trustee of the Max G. Aronson Trust U/A DTD 11/01/2006 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .0318% |
| Compute North Holdings, Inc. | James B. Rogers, as trustee of the Robert I Aronson Trust U/A DTD 07/29/2003 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .0318% |
| Compute North Holdings, Inc. | James B. Rogers, as trustee of the Samuel L. Aronson Trust U/A DTD 12/08/2000 | REDACTED ADDRESS | Class B Voting Common | .0317% |
| Compute North Holdings, Inc. | James B. Rogers, as trustee of the Samuel L. Aronson Trust U/A DTD 12/08/2000 | REDACTED ADDRESS | Series C Convertible Preferred | .0001% |
| Compute North Holdings, Inc. | James Griffith | REDACTED ADDRESS | Class B Voting Common | .8836% |
| Compute North Holdings, Inc. | James Shear as TTEE for the 2011 Revocable Trust of Wendy Shear | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0306% |
| Compute North Holdings, Inc. | Jean F Esquier | REDACTED ADDRESS | Class B Voting Common | .1104% |
| Compute North Holdings, Inc. | Jeffrey Norton | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0153% |
| Compute North Holdings, Inc. | JMF Holdings, LLC | C/O FITERMAN FAMILY, 5500 WAYZATA BLVD 1015 WAYZATA, MN  55331 | Series C-1 Convertible Preferred | .0307% |
| Compute North Holdings, Inc. | John C. Perrill | REDACTED ADDRESS | Class B Voting Common | 1.8185% |
| Compute North Holdings, Inc. | Jonathan Hakim | REDACTED ADDRESS | Class B Voting Common | .1104% |

5

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Jose Lima | REDACTED ADDRESS | Class B Voting Common | .1609% |
| Compute North Holdings, Inc. | Joseph Kiser | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred; Series C Convertible Preferred | .2461% |
| Compute North Holdings, Inc. | Julie Heupel as TTEE of the Wil Heupel 2016 Irrevocable Trust | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0384% |
| Compute North Holdings, Inc. | JZS Isanti, LLC | 4913 MINNEAPOLIS AVENUE MINNETRISTA, MN 55364 | Series C-1 Convertible Preferred | .0306% |
| Compute North Holdings, Inc. | Katherine E. Bispala TTEE for the Katherine E. Bispala Spousal Limited Access TR u/a/d 12/19/12 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .2228% |
| Compute North Holdings, Inc. | Kayla Piper | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .0554% |
| Compute North Holdings, Inc. | Kristyan M Mjolsnes | REDACTED ADDRESS | Class B Voting Common | .1573% |
| Compute North Holdings, Inc. | KT LLC | 304 S. JONES AVENUE, 1300 LAS VEGAS, NV 89107 | Series C-1 Convertible Preferred | .0154% |
| Compute North Holdings, Inc. | Kyle McGrane | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0154% |
| Compute North Holdings, Inc. | Lee Family Investments, LLC | 5401 SMETANA DR., ATTN: AL MATTHYS MINNETONKA, MN 55343 | Class B Voting Common | .4715% |
| Compute North Holdings, Inc. | Luke T. Spalj | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0775% |
| Compute North Holdings, Inc. | Marathon Digital Holdings, Inc. | 1180 N. TOWN CENTER DRIVE SUITE 100 LAS VEGAS, NV 89144 | Series C Convertible Preferred | 1.2550% |
| Compute North Holdings, Inc. | Mark Decker | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred | .1182% |

6

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Mark Taborsky | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0309% |
| Compute North Holdings, Inc. | CUSTOMER NO. 226 – NAME REDACTED | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | 1.5698% |
| Compute North Holdings, Inc. | Mercuria Holdings II, LLC | 1209 ORANGE STREET WILMINGTON, DE 19801 | Series C Convertible Preferred | 5.0201% |
| Compute North Holdings, Inc. | Mike Erickson | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0155% |
| Compute North Holdings, Inc. | Millennium Trust Co. Custodian for Peter J. Lee IRA | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0077% |
| Compute North Holdings, Inc. | Millennium Trust Co. LLC Custodian FBO Michael Thomas Zenk IRA xxxx65634 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .2228% |
| Compute North Holdings, Inc. | Mortonson Family Trust | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0116% |
| Compute North Holdings, Inc. | Muinzer Ventures, LLC | 220 SOUTH STREET, SUITE 201 WEST LAFAYETTE, IN 47906 | Class B Voting Common; Series C-1 Convertible Preferred; Series C Convertible Preferred | .1186% |
| Compute North Holdings, Inc. | Nathan David Hubert | REDACTED ADDRESS | Class B Voting Common | 1.5206% |
| Compute North Holdings, Inc. | National Grid Partners Limited | 1-3 STRAND LONDON, 0 WC2N 5EH UK | Series C Convertible Preferred | 1.2550% |
| Compute North Holdings, Inc. | Neo Path Health, Inc. | 323 WASHINGTON AVE. N, SUITE 200 MINNEAPOLIS, MN 55401 | Series C-1 Convertible Preferred | .0116% |
| Compute North Holdings, Inc. | Nicola Piper | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .0554% |
| Compute North Holdings, Inc. | Perrill Technology LLC | 7575 CORPORATE WAY EDEN PRAIRIE, MN 55344 | Class A Voting Common; Class B Voting Common | 24.3713% |
| Compute North Holdings, Inc. | Peter Lee | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0077% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Quetico Family Trust dated September 30, 2021 | REDACTED ADDRESS | Class B Voting Common | .3803% |
| Compute North Holdings, Inc. | Rational Equity, LLC | 20729 N. 102ND PLACE SCOTTSDALE, AZ 85255 | Series C-1 Convertible Preferred | .0228% |
| Compute North Holdings, Inc. | REIC Gamma (AM/DB) Holdings LLC | 40 WEST 57TH STREET, 29TH FLOOR NEW YORK, NY 10019 | Class B Voting Common; Series C Convertible Preferred | .2979% |
| Compute North Holdings, Inc. | Reviva, Inc. | 5130 MAIN STREET NE FRIDLEY, MN 55421 | Class B Voting Common; Series C Convertible Preferred | .5547% |
| Compute North Holdings, Inc. | Rick Kinning | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0387% |
| Compute North Holdings, Inc. | Robert Bisanz | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .4794% |
| Compute North Holdings, Inc. | Robert L. Kramer | REDACTED ADDRESS | Class B Voting Common | .1585% |
| Compute North Holdings, Inc. | Rohit Arun Shirole | REDACTED ADDRESS | Class B Voting Common | 1.1508% |
| Compute North Holdings, Inc. | Ron Konezny | REDACTED ADDRESS | Class B Voting Common | .4418% |
| Compute North Holdings, Inc. | Ryan Lee Irrevocable Trust dated August 16, 2021 | REDACTED ADDRESS | Class A Voting Common | 1.3946% |
| Compute North Holdings, Inc. | Sean Ball | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0153% |
| Compute North Holdings, Inc. | Shane Silwicki | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0155% |
| Compute North Holdings, Inc. | SM & MS Partners | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .2334% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Spencer W. Barron and Susan E. Barron, or their successors, as Trustees of the Spencer Barron Revocable Trust dated July 28, 2014, as amended | REDACTED ADDRESS | Class B Voting Common; Series C-1 Convertible Preferred | .0315% |
| Compute North Holdings, Inc. | Splitting Tens LLC | 5318 MORNINGSIDE AVENUE DALLAS, TX 75206 | Series C-1 Convertible Preferred | .0463% |
| Compute North Holdings, Inc. | Stephen Aronson Rev. Living Trust U/A/D 07/15/2015 | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .2228% |
| Compute North Holdings, Inc. | Tad W Piper | REDACTED ADDRESS | Class B Voting Common | .6435% |
| Compute North Holdings, Inc. | Tad Piper TTEE for the Tad W. Piper Revocable Trust | REDACTED ADDRESS | Class B Voting Common | .1104% |
| Compute North Holdings, Inc. | Terrance Maxwell | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0116% |
| Compute North Holdings, Inc. | The Goldman Sachs Trust Company of Delaware, as Trustee of the DP GST Exempt Family Trust U/A/D 8/1/21 | 200 BELLEVUE PARKWAY, SUITE 250 WILMINGTON, DE 19809 | Class A Voting Common; Class B Voting Common | 4.3008% |
| Compute North Holdings, Inc. | The Goldman Sachs Trust Company of Delaware, as Trustee of the JP GST Exempt Family Trust U/A/D 10/5/21 | 200 BELLEVUE PARKWAY, SUITE 250 WILMINGTON, DE 19809 | Class B Voting Common | .2021% |
| Compute North Holdings, Inc. | Thomas Gonyea | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0155% |
| Compute North Holdings, Inc. | Thomas Kieffer | REDACTED ADDRESS | Class B Voting Common; Series C Convertible Preferred | .4438% |

| Debtor | Equity Holders | Address of Equity Holder | Class of Security | Percentage of Equity Held[3] |
|---|---|---|---|---|
| Compute North Holdings, Inc. | Thomas P. LaBelle | REDACTED ADDRESS | Class B Voting Common | .0698% |
| Compute North Holdings, Inc. | Todd Bateman | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0155% |
| Compute North Holdings, Inc. | Torben Rytt | REDACTED ADDRESS | Class B Voting Common | .2219% |
| Compute North Holdings, Inc. | Vedado Capital LLC | 806 OAK VALLEY DRIVE HOUSTON, TX 77024 | Class B Voting Common; Series C Convertible Preferred | .2228% |
| Compute North Holdings, Inc. | Vitali Compute, LLC | PO BOX 1160, 22 OAKWOOD DRIVE KENNEBUNKPORT, ME 04046 | Class B Voting Common; Series C-1 Convertible Preferred; Series C Convertible Preferred | .5935% |
| Compute North Holdings, Inc. | WBDJ, LLC | 2424 KENNEDY STREET NE MINNEAPOLIS, MN 55413 | Series C-1 Convertible Preferred | .0307% |
| Compute North Holdings, Inc. | William R. Langton and Michelle K. Langton, as Trustees of the William R. Langton Trust Agreement dated April 27,2018 | REDACTED ADDRESS | Series C-1 Convertible Preferred | .0308% |
| Compute North Holdings, Inc. | Wolfram Holdings, LLC | 903 PRIVATE ROAD WINNETKA, IL 60093 | Series C-1 Convertible Preferred | .0154% |

Fill in this information to identify the case and this filing:

Debtor Name: Compute North Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): 22-90273

## Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other documents that require a declaration - List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

10 / 06 / 2022         ✗ /s/ Harold Coulby
MM/ DD/YYYY           Signature of individual signing on behalf of debtor

                      Harold Coulby
                      Printed name

                      Authorized Signatory
                      Position or relationship to debtor

Official Form 202             Declaration Under Penalty of Perjury for Non-Individual Debtors

11