**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **COMPUTE NORTH HOLDINGS,** | § | **CASE NO.  22-90273 (MI)** |
| **INC.,** *et al.* [1] | § | |
| | § | |
| **Debtor** | § | **(Jointly Administered)** |

**AMENDED NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND**
**DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of

Sphere 3D Corp., a creditor and party in interest in the above styled and numbered Chapter 11

bankruptcy case, as attorney for such party, and hereby requests  notice of all hearings and

conferences in such case and makes demand for service of copies of all  pleadings, filings,

notices, and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and  9010(b), and

Bankruptcy Local Rule 2002.  All such notices should be addressed as follows:

| **T. Josh Judd**<br>**Andrews Myers, P.C.**<br>**1885 Saint James Place, 15th Floor**<br>**Houston, Texas 77056**<br>**713-850-8218 – Telephone**<br>**832-786-4877– Facsimile**<br>**jjudd@andrewsmyers.com** | **Seth H. Lieberman**<br>**Matthew W. Silverman**<br>**Pryor Cashman LLP**<br>**7 Times Square, 40th Floor**<br>**New York, NY 10036-6569**<br>**212-421-4100 – Telephone**<br>**212-326-0806 – Facsimile**<br>**slieberman@pryorcashman.com**<br>**msilverman@pryorcashman.com** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

1

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's schedules and statements and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

This Notice of Appearance and Request for Notice and Papers shall not be deemed or construed to be a waiver or consent by Sphere 3D Corp., including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Sphere 3D Corp. may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 6, 2022

Respectfully submitted,

PRYOR CASHMAN LLP

ANDREWS MYERS P.C.

Seth H. Lieberman
/s/ T. Josh Judd                    SBN: 4317145
T. JOSH JUDD                        Matthew Silverman
SBN: 24036866                       SBN: 5198783
1885 Saint James Place, 15th Floor  7 Times Square, 40th Floor
Houston, TX 77056                   New York, NY 10036-6596
Tel: 713-850-4200                   Tel: 212-421-4100
Fax: 713-850-4211                   Fax: 212-326-0806
jjudd@andrewsmyers.com              slieberman@pryorcashman.com
                                    msilverman@pryorcashman.com
**LOCAL COUNSEL FOR SPHERE 3D
CORP.**                             **COUNSEL FOR SPHERE 3D CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices was served via the Court's Electronic Notification System on all parties requesting notice.

By: /s/ T. Josh Judd
T. JOSH JUDD