| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Seth Lieberman<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY 10036-6569<br>212-421-4100<br>New York Bar # 4317145 |
|---|---|

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. | |
|---|---|
| Dated: 10/6/22 | Signed: /s/ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:         Signed: _____<br>                            Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                              United States Bankruptcy Judge