UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew Silverman<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY 10036-6569<br>212-421-4100<br>New York, Bar # 5198783 |

Seeks to appear as the attorney for this party:

Sphere 3D Corp.

Dated: 10/6/2022        Signed: /s/ Matthew W. Silverman

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                     United States Bankruptcy Judge