IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> CINEWORLD GROUP PLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-90168 (MI) <br><br> (Jointly Administered) |

### THE UNITED STATES TRUSTEE'S
### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Cineplex Inc. <br> 1303 Yonge Street <br> Toronto, Ontario, M4T 2Y9 <br> Canada <br><br> Attn: Gord Nelson, CFO <br> Telephone: (416) 323-6602 <br> Fax: (416) 323-6603 <br> Gord.nelson@cineplex.com | John Higgins <br> Porter Hedges, LLP <br> 1000 Main Street, 36th Floor <br> Houston, Texas 77002 <br> Telephone: (713) 226-6648 <br> Fax: (713) 226-6248 <br> jhiggins@porterhedges.com <br><br> Robert Chadwick <br> Goodmans LLP <br> rchdwick@goodmans.ca <br><br> Alan Kornberg <br> Paul Weiss Rifking Wharton <br> akornberg@paulweiss.com |
| BNY Mellon Corporate Trustee | Kurt Gwynne |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

| | |
|---|---|
| The Bank of New York Mellon<br>240 Greenwich Street<br>New York, NY  10286<br><br>Attn: Alex T. Chang, VP<br>Telephone (212) 815-2816<br>Alex.Chang@BNYMellon.com | (302) 345-7996<br>KGwynne@ReedSmith.com<br>Jason Angelo<br>JAngelo@ReedSmith.com<br>Paul Moak<br>(713) 469-3800<br>PMoak@ReedSmith.com<br>Reed Smith LLP<br>811 Main Street, Suite 1700<br>Houston, TX  77002 |
| Paramount Pictures Corporation<br>5555 Melrose Avenue<br>Los Angeles, CA  90038<br><br>Attn: Micol Green VP-Legal Affairs<br>Telephone: (323) 956-3819<br>Micol_Green@Paramount.com | Michael L. Tuchin<br>KTBS Law LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90064<br>Telephone: (310) 407-4040<br>Fax: (310) 407-9090<br>mtuchin@ktbslaw.com |
| Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN  46204<br><br>Attn: Ronald M. Tucker<br>Telephone: (317) 263-2346<br>Fax: (317) 263-7901<br>rtucker@simon.com | Ronald M. Tucker<br>C/O Simon Property Group, Inc.<br>Telephone: (317) 263-2346<br>Fax: (317) 263-7901<br>rtucker@simon.com |
| PepsiCo Sales, Inc.<br>1100 Reynolds Boulevard<br>Winston-Salem, NC  27105<br><br>Attn: Conrad Ragan<br>Telephone: (336) 972-8910<br>Conrad.Ragan@pepsico.com | Joseph Frank<br>Frank Gecker LLP<br>1327 W. Washington Blvd. Ste 5G-H<br>Chicago, IL  60607<br>Telephone: (312) 276-1400<br>Fax: (312) 276-0035<br>jfrank@fgllp.com |
| CJ 4Dplex Americas, LLC<br>CJ 4Dplex Co. Ltd.<br>7083 Hollywood Blvd. #600<br>Hollywood, CA  90028<br><br>Attn: Vince Kim, Head of Operations<br>Telephone: (562) 322-7959<br>Vince.kim@cj.net | Deborah Perry<br>Munsch Hardt Kopf & Harr P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX  75201<br>Telephone: (214) 855-7565<br>dperry@munsch.com |

| | |
|---|---|
| Land Securities Properties Limited<br>100 Victoria Street<br>London, SW1E 5JL<br>United Kingdom<br><br>Attn: Gareth Williams<br>+44 20 7024 5221<br>Gareth.williams@landsec.com<br>Tim.cooper@landsec.com | |
| EPR Properties (& affiliates)<br>909 Walnut Street, Suite 200<br>Kansas City, MO  64106<br><br>Attn: Craig L. Evans<br>Telephone: (816) 472-1700<br>craige@eprkc.com | Ted Dillman<br>Latham & Watkins LLP<br>355 South Grand Avenue, Ste 100<br>Los Angeles, CA  90071-1560<br>ted.dillman@lw.com |
| Realty Income Corporation<br>11995 El Camino Real<br>San Diego, CA  9130<br><br>Attn:  Demetri Lahanas<br>Telephone: (858) 284-5327<br>Fax: (858) 481-4862<br>dlhanas@realtyincome.com | Robert L LeHane<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY  10007<br>Telephone: (212) 808-7573<br>Cell: (646) 263-9563<br>RLeHane@kelleydrye.com |
| Intertrust Technologies Corporation<br>400 N. McCarthy Blvd, Ste 220<br>Milpitas, CA  95035<br><br>Attn: Sidford Brown<br>Telephone: (650) 616-1600 main<br>Telephone: (408) 616-1616 GC<br>sidfordbrown@intertrust.com | Rajiv Dharnidhaka<br>DLA Piper<br>2000 University Ave<br>East Palo Alto, CA  94303-2214<br>Telephone: (650) 833-2322<br>Fax: (650) 687-9322<br>Rajiv.dhamidharka@us.dlapiper.com |

SIGNED on September 23, 2022.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

515 Rusk Street, Suite 3516  
Houston, Texas  77002  
(713) 718-4650 - Telephone  
(713) 718-4670  - Fax  

By:    /s/ *Jana Smith Whitworth*  
      Jana Smith Whitworth, Trial Attorney  
      Texas Bar No. 00797453/Fed. ID No. 20656  
      Email: Jana.Whitworth@usdoj.gov  
      Stephen D. Statham, Trial Attorney  
      Texas Bar No. 19082500  
      Email: Stephen.Statham@ust.doj.gov  
      Jayson B. Ruff, Trial Attorney  
      Michigan Bar No. P69893  
      Email: Jayson.B.Ruff@usdoj.gov  

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 23rd day of September 2022.

/s/Jana Smith Whitworth  
Jana Smith Whitworth