# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) ) | Chapter 11 |
| **CINEWORLD GROUP PLC, *et al.*,**[1] | ) ) | Case No. 22-90168 (MI) |
| Debtors. | ) ) ) | (Joint Administration) |

## NOTICE OF ORGANIZATIONAL MEETING OF THE
## OFFICIAL UNSECURED CREDITORS' COMMITTEE

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled case has been scheduled via telephone conference call on **Monday, September 26, 2022 at 11:00 a.m. (Houston Time)**.  The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

SIGNED this the 23rd day of September 2022.

        Respectfully submitted,

        KEVIN M. EPSTEIN
        UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS
        515 Rusk Street, Suite 3516
        Houston, Texas  77002
        (713) 718-4650
        (713) 718-4670 Fax

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Cineworld.  The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is:  8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

By:    */s/ Jana Smith Whitworth*
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov
Stephen D. Statham, Trial Attorney
Texas Bar No. 19082500
Email: Stephen.Statham@ust.doj.gov
Jayson B. Ruff, Trial Attorney
Michigan Bar No. P69893
Email: Jayson.B.Ruff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 23rd day of September 2022.

*/s/ Jana Smith Whitworth*
Jana Smith Whitworth