IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

## THE UNITED STATES TRUSTEE'S CORRECTED
## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| RK Mission Critical LLC<br>17450 E. 32nd Place<br>Aurora, CO  80011<br><br>Attn:  Celestina Jimenez<br>Telephone: (720) 651-0239<br>Celestina.Jimenez@rkindustries.com | Patrick Haines<br>Berg Hill Greenleaf Ruscitti<br>1712 Pearl Street<br>Boulder, CO  80302<br>Telephone: (303) 245-4574<br>Fax: (303) 402-1601<br>pmh@bhgrlaw.com |
| Touzi Capital, LLC<br>340 S. Lemon Ave #8284<br>Walnut, CA  91789<br><br>Attn: Eng Taing | TBD |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

| | |
|---|---|
| 1781 La Plaza Drive<br>San Marcos, CA  92078<br>Telephone: (626) 673-1909<br>eng@touzicapital.com | |
| Sunbelt Solomon<br>1922 S. Martin Luther King Jr. Drive<br>Temple, TX  76504<br><br>Attn: Jamie Hypes, CFO<br>Telephone: (254) 231-2280<br>Jamie.hypes@sunbeltsolomon.com | Brandon Renken<br>Mayer Brown<br>700 Louisiana Street, Suite 3400<br>Houston, TX  77002<br>Telephone: (713) 238-2602<br>BRenken@mayerbrown.com |
| U.S. Data Mining Group, Inc.<br>1221 Brickell Ave, Suite 900<br>Miami, FL  33131<br><br>Attn: Asher Genoot, President<br>Telephone: (949) 331-5881<br>asher@usbitcoin.com<br>Joel Block, CFO<br>jblock@usbitcoin.com | Robert Stark<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4862<br>RStark@brownrudnick.com |
| MP2 Energy LLC<br>d/b/a Shell Energy Solutions<br>21 Waterway Ave, Suite 450<br>The Woodlands, TX  77380<br><br>Attn: Andrew Ruff<br>Telephone: (713) 828-4473<br>Andrew.Ruff@shellenergy.com | Maria Bartlett<br>Cokinos | Young<br>1221 Lamar Street, 16th Floor<br>Houston, Texas  77010<br>Telephone: (713) 535-5524<br>mbartlett@cokinoslaw.com |

SIGNED on October 6, 2022.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Street, Suite 3516
Houston, Texas  77002
(713) 718-4650 - Telephone
(713) 718-4670  - Fax

By: /s/ *Jana Smith Whitworth*
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov
Jayson B. Ruff, Trial Attorney
Michigan Bar No. P69893
Email: Jayson.B.Ruff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 6th day of October 2022.

/s/Jana Smith Whitworth
Jana Smith Whitworth