IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CORRECTED NOTICE OF ORGANIZATIONAL MEETING OF THE
### OFFICIAL UNSECURED CREDITORS' COMMITTEE

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled case has been scheduled via telephone conference call on **Friday, October 7, 2022, at 1:00 p.m. (Houston Time)**. The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

SIGNED this the 6th day of October 2022.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

515 Rusk Street, Suite 3516
Houston, Texas  77002
(713) 718-4650
(713) 718-4670 Fax

By:  */s/ Jana Smith Whitworth*
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov
Jayson B. Ruff, Trial Attorney
Michigan Bar No. P69893
Email: Jayson.B.Ruff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 6th day of October 2022.

*/s/  Jana Smith Whitworth*
Jana Smith Whitworth