IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | :  Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | :  Case No. 22-90273 (MI) |
| Debtors.[1] | :  (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Marathon Digital Holdings, Inc., and request notice of all hearings and conferences herein and make a demand for service of all papers herein, including, but not limited to, papers and notices pursuant to Bankruptcy Rules 1009, 2002, 3017, 9007 and 9010 and § 342 (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon Gregory D. Ellis and G. Frank Nason, IV at the following address:

| | |
|---|---|
| Gregory D. Ellis | G. Frank Nason, IV |
| **LAMBERTH, CIFELLI, ELLIS & NASON, P.A.** | **LAMBERTH, CIFELLI, ELLIS & NASON, P.A.** |
| 6000 Lake Forrest Drive, N.W., Ste. 435 | 6000 Lake Forrest Drive, N.W., Ste. 435 |
| Atlanta, GA  30328 | Atlanta, GA  30328 |
| gellis@lcenlaw.com | fnason@lcenlaw.com |
| 404-495-4485 | 404-495-4468 |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 6th day of October, 2022.

                LAMBERTH, CIFELLI, ELLIS & NASON, P.A.

                /s/ Gregory D. Ellis
                Gregory D. Ellis (GA Bar No. 245310)
                G. Frank Nason, IV (GA Bar No. 535160)
                6000 Lake Forrest Drive, N.W., Ste 435
                Atlanta, GA  30328
                gellis@lcenlaw.com
                404-495-4485
                fnason@lcenlaw.com
                404-495-4468

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 6th day of October, 2022, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

                   /s/ Gregory D. Ellis
                   Gregory D. Ellis