IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** § | | **CASE No. 22-90273** |
| **COMPUTE NORTH HOLDINGS, INC.,** § | | |
| *et al.*, § | | |
|     **Debtors** § | | |
| § | | **Chapter 11** |
| § | | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Berg Hill Greenleaf Ruscitti LLP hereby enter their appearance as counsel for RK Mission Critical, LLC, Creditor in the above-captioned and numbered case. Pursuant to section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), the undersigned hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to and served upon the following:

>Patrick M. Haines
>BERG HILL GREENLEAF RUSCITTI LLP
>1712 Pearl Street
>Boulder, CO  80302
>Telephone:  303-402-1600
>Facsimile:  303-402-1601
>pmh@bhgrlaw.com

**PLEASE TAKE FURTHER** notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, or demand with regard to the above case.

**FURTHER**, if any limited-service lists are used in these proceedings, the undersigned requests inclusion thereon.

Respectfully submitted this 6th day of October 2022.

BERG HILL GREENLEAF RUSCITTI LLP

By: /s/Patrick M. Haines
Patrick M. Haines
Colorado Bar No. 38970
1712 Pearl Street
Boulder, Colorado 80302
pmh@bhgrlaw.com
*Attorneys for RK Mission Critical, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system to all parties registered to receive notice through the same.

/s/ Patrick M. Haines
Patrick M. Haines