IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| COMPUTE NORTH HOLDINGS, INC., *et, al,* | § § § | Chapter 11 |
| | § § | Case No. 22-90273 (MI) |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mayer LLP ("Mayer") hereby appears as an interested party pursuant to 11 U.S.C. §1109(b) and rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and that all notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in these cases or in any proceeding herein be given to and served upon the following:

MAYER, LLP

Lori A. Hood
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: 713-487-2000
Facsimile: 713-487-2019
lhood@mayerllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, copies of any orders (including orders to show cause) and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, overnight mail or courier, hand delivery, telephone, telecopies, telegraph, telex or otherwise, that affect Quinn Emanuel.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Quinn Emanuel's right to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) Quinn Emanuel's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) Quinn Emanuel's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Quinn Emanuel is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Quinn Emanuel expressly reserves.

Respectfully submitted this 6th day of October 2022.

        Respectfully submitted,
        **MAYER LLP**

        2900 North Loop West, Suite 500
        Houston, Texas   77092
        713-487-2000

By: */s/ Lori Hood*
    Lori Hood
    State Bar No. 09943430
    E-Mail: lhood@mayerllp.com

## **CERTIFICATE OF SERVICE**

    I, Lori A. Hood, hereby certify that on the 6th day of October 2022, a copy of the foregoing Notice of Appearance was served to all parties registered to receive notice via CM/ECF notification in this case.

                                      */s/ Lori Hood*
                                      Lori A. Hood