IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 121-125** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2022, I caused to be served the:

   a. "Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated October 3, 2022 [Docket No. 121], (the "OCP Motion"),

   b. "Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals," dated October 3, 2022 [Docket No. 122], (the "Interim Comp Motion"),

   c. "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of September 22, 2022," dated October 3, 2022 [Docket No. 123], (the "Portage Point Application"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    d.  "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors and Debtors in Possession, Effective as of September 22, 2022," dated October 3, 2022 [Docket No. 124], (the "Paul Hastings Application"), and

    e.  "Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements," dated October 3, 2022 [Docket No. 125], (the "Jefferies Application"),

by causing true and correct copies of the:

    i.  OCP Motion, Interim Comp Motion, Portage Point Application, Paul Hastings Application, and Jefferies Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  OCP Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  OCP Motion, Interim Comp Motion, Portage Point Application, Paul Hastings Application, and Jefferies Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.  OCP Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Angharad Bowdler</u>
Angharad Bowdler

Sworn to before me this
4th day of October, 2022
<u>/s/ Amy E. Lewis</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ARENTFOX SCHIFF LLP | (COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC, AND COMPUTE NORTH NE05 LLC); ATTN: JEFFREY R. GLEITY; ALLISON H. WEISS; & MATTHEW R. BENTLEY; 1301 AVENUE OF THE AMERICAS, 42ND FLOOR NEW YORK NY 10019 |
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| AXLE LOGISTICS | BEN SHUSTER 835 N CENTRAL STREET KNOXVILLE TN 37917 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | (COUNSEL TO BOOTSTRAP ENERGY LLC) ATTN: MARK A. CASTILLO & ROBERT C. ROWE 901 MAIN ST., STE. 5500 DALLAS TX 75202 |
| CIRCUIT BREAKER GUYS LLC | STEVE WEIDNER 4740 E 2ND ST UNIT C21 BENECIA CA 94510 |
| CITY OF BIG SPRING, TX | ARICKA GROVE 310 NOLAN STREET BIG SPRING TX 79720 |
| COKINOS/YOUNG | (COUNSEL TO MP2 ENERGY TEXAS LLC D/B/A SHELL ENERGY SOLUTIONS); ATTN: CRAIG E. POWER & MARIA M. BARTLETT; FOUR HOUSTON CENTER 1221 LAMAR ST., 16TH FLOOR HOUSTON TX 77010-3039 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| CORTALENT, LLC | ALISON PYE 7801 EAST BUSH LAKE ROAD SUITE 100 MINNEAPOLIS MN 55439 |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | ATTN: GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ECHO SEARCH GROUP | AMIT BHATIA 1660 HIGHWAY 100 SOUTH, SUITE 318 ST LOUIS PARK MN 55416 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| FLEXENTIAL CORP. | MARK LEYDA 600 FOREST POINT CIRCLE SUITE 100 CHARLOTTE NC 28273 |
| FLEXENTIAL CORP. | MARK LEYDA PO BOX 732368 DALLAX TX 75373-2368 |
| FOUNDRY DIGITAL LLC | ATTN: MIKE COLYER 1100 PITTSFORD VICTOR ROAD PITTSFORD NY 14534 |
| FOUNDRY DIGITAL LLC | LICIA BARRA 350 EAST AVE SUITE 201 ROCHESTER NY 14604 |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | COLETT GAGNON 2975 PEMBROKE ROAD HOPKINSVILLE KY 42240 |
| FROST BROWN TODD LLC | (COUNSEL TO GEM MINING 1, LLC) ATTN: A.J. WEBB ESQ. 3300 GREAT AMERICAN TOWER, 301 EAST FOURTH ST. CINCINNATI OH 45202 |
| GARTNER, INC. | SPENCER HOCKERT 13200 PAUL J DOHERTY PARKWAY FT MYERS FL 33913 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 555 DE HARO STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| GROWTH OPERATORS, LLC | STEPHANIE WELLS 800 LASALLE AVE MINNEAPOLIS MN 55402 |
| HAYNES AND BOONE LLP | (COUNSEL TO TZ CAPITAL HOLDINGS LLC) ATTN: STEPHEN M. PEZANOSKY 301 COMMERCE STREET, STE. 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE, LLP | (COUNSEL TO TZ CAPITAL HOLDINGS LLC) ATTN: DAVID TRAUSCH 1221 MCKINNEY STREET, STE. 4000 HOUSTON TX 77010 |
| HMB LEGAL COUNSEL | (COUNSEL TO FOUNDRY DIGITAL LLC) ATTN: ATI P. KHATRI 500 WEST MADISON, SUITE 3700 CHICAGO IL 60661 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO GENERATE LENDING, LLC & GC DATA CENTER EQUITY HOLDINGS, LLC); ATTN: JOSEPH W. BUONI, TIMOTHY A. DAVIDSON II, PHILIP M. GUFFY; 600 TRAVIS STREET, STE. 4200 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KIRKLAND & ELLIS LLP/INT'L LLP | (COUNSEL TO GENERATE LENDING, LLC & GC DATA CENTER EQUITY HOLDINGS, LLC) ATTN: CHRISTOPHER MARCUS, P.C. & ELIZABETH HELEN JONES; 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP/INT'L LLP | (COUNSEL TO GENERATE LENDING & GC DATA CENTER EQUITY HOLDINGS, LLC); ATTN: ANNA G. ROTMAN, P.C. 609 MAIN STREET HOUSTON TX 77002 |

| Claim Name | Address Information |
| --- | --- |
| KOCH FILTER CORPORATION | GILBERT FREDERICK 8401 AIR COMMERCE DR LOUISVILLE KY 40119 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MADEL PA | AMITYBEINER 800 HENNEPIN AVENUE MINNEAPOLIS MN 55403 |
| MARATHON DIGITAL HOLDINGS, INC. | FRED THIEL 1180 NORTH TOWN CENTER DRIVE SUITE 100 LAS VEGAS NV 89144 |
| MARATHON DIGITAL HOLDINGS, INC. | ATTN: NORA MARCKWORDT 1180 NORTH TOWN CENTER DRIVE SUITE 100 LAS VEGAS NV 89144 |
| MERCURIA ENERGY AMERICA, LLC | ATTENTION: LEGAL DEPARTMENT 20 E. GREENWAY PLAZA, SUITE 650 HOUSTON TX 77046 |
| MERITUS RECRUITING GROUP LLC | THOMAS WILLIAMS 10319 LYNBROOK HOLLOW DR HOUSTON TX 77042 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA STREET SUITE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | MARSHA PIERCE D/B/A SHELL ENERGY SOLUTIONS TX 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MUNSCH HARDT KOPF & HARR, P.C. | (COUNSEL TO ATLAS TECHNOLOGY GROUP LLC) ATTN: JOHN D. CORNWELL 700 MILAM ST., STE. 800 HOUSTON TX 77002-2806 |
| MUNSCH HARDT KOPF & HARR, P.C. | (COUNSEL TO ATLAS TECHNOLOGY GROUP LLC) ATTN: JAY H. ONG 1717 WEST 6TH ST., STE. 250 AUSTIN TX 78703-4777 |
| MVP LOGISTICS LLC | RACHEL WILLIAMS 10205 10TH AVE N SUITE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEBRASKA ATTORNEY GENERAL | ATTN DOUG PETERSON 2115 STATE CAPITOL LINCOLN NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| NEXTERA ENERGY RESOURCES, LLC | ATTN: VICE PRESIDENT & GENERAL COUNSEL GREGORY IRWIN 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| OKIN ADAMS BARTLETT CURRY LLP | (COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC AND COMPUTE NORTH NE05 LLC); ATTN: MATTHEW S. OKIN, RYAN A. O'CONNOR; 1113 VINE ST., STE. 240 HOUSTON TX 77002 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO HOWARD COUNTY APPRAISAL DISTRICT) ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK TX 79408 |
| PROSEK LLC | THOMAS PETRULLO 105 MADISON AVE FLOOR 7 NEW YORK NY 10016 |
| PRYOR CASHMAN LLP | (COUNSEL TO SPHERE 3D) ATTN: SETH H. LIEBERMAN & MATTHEW SILVERMAN 7 TIMES SQUARE, 40TH FLOOR NEW YORK NY 10036-6596 |
| RAND WORLDWIDE INC. | AUSTIN SOBOLEWSKI 11201 DOLFIELD BOULEVARD SUITE 112 OWINGS MILLS MD 21117 |
| RECRUITERS OF MINNESOTA | KELLY HOGAN 6110 BLUE CIRCLE DR, SUITE 280 MINNETONKA MN 55343 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14 SUITE 1 PIERRE SD 57501-8501 |
| SPECTRUM SEARCH PARTNERS, LLC | TOM SHAHNAZARIAN 4643 SOUTH ULSTER SUITE 1420 DENVER CO 80237 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| SUNBELT SOLOMON SERVICES, LLC | BILL SPARKS JR. 1922 S. MLK JR. DRIVE TEMPLE TX 76504 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| TZ CAPITAL HOLDINGS, LLC | 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| TZRC MINING LLC | 16192 COASTAL HWY LEWES DE 19958 |
| URBAN SOLUTION GROUP | CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

### Service List

| Claim Name | Address Information |
|---|---|
| US BITCOIN CORPORATION | JOEL BLOCK 1221 BRICKELL AVE STE 900 MIAMI FL 33131 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT 12701 WHITEWATER DRIVE SUITE 300 MINNETONKA MN 55343 |
| WESTWOOD PROFESSIONAL SERVICES | DAVID WIRT PO BOX 856650 MINNEAPOLIS MN 55485 |

**Total Creditor count  74**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| GROWTH OPERATORS ADVISORY SERVICES LLC | 800 LASALLE AVE ATTN: STEPHANIE WELLS MINNEAPOLIS MN 55402 |
| JACKSON WALKER LLP | PO BOX 130989 ATTN: R MENDOZA DALLAS TX 75313-0989 |
| KUTAK ROCK LLP | PO BOX 30057 OMAHA NE 68103-1157 |
| MADEL PA | 800 HENNEPIN AVENUE ATTN: AMITYBEINER MINNEAPOLIS MN 55403 |
| MCDONALD HOPKINS | 600 SUPERIOR AVENUE E, SUITE 2100 CLEVELAND OH 44114 |
| MILLER & ASSOCIATES CONSULTING ENGINEERS | P.C. PO BOX 306 KEARNEY NE 68848-0306 |
| NORTON ROSE FULBRIGHT US LLP | DEPT 2613 PO BOX 122613 ATTN: AWILDA MALDONADO DALLAS TX 75312-2613 |
| RSM US LLP | 5155 PAYSPHERE CIRCLE ATTN: HUDGINS, RHONDA CHICAGO IL 60674 |

**Total Creditor count  8**

# EXHIBIT C

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| ATLAS CONSOLIDATED MINING AND | michael.guo@atlasmining.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| ERNST & YOUNG LLP | nykema.jackson@ey.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HAYNES AND BOONE, LLP | stephen.pezanosky@haynesboone.com; david.trausch@haynesboone.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com; |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| KOHO CONSULTING | marc@kohoconsulting.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| MP2 ENERGY TEXAS LLC | marsha.pierce@shellenergy.com |
| MUNSCH HARDT KOPF & HARR, P.C. | jcornwell@munsch.com; jong@munsch.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| NBTC LIMITED | anastasia@corp.the9.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | bk-csearcy@texasattorneygeneral.gov; sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |

**EXHIBIT D**

COMPUTE NORTH HOLDINGS, INC., et al. Case No. 22-90273 (MI)
Electronic Mail Additional Service

| Name | Email Address |
| --- | --- |
| Norton Rose Fulbright US LLP | awilda.maldonado@nortonrosefulbright.com |
| RSM US LLP | rhonda.hudgins@rsmus.com |
| Madel PA | abeiner@madellaw.com |
| Growth Operators Advisory Services LLC | stephanie.wells@growthoperators.com |