IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> COMPUTE NORTH HOLDINGS, INC., et al.,[1] <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 22-90273 (MI) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Axle Logistics, LLC ("Axle") hereby appears by its counsel, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"). Axle hereby requests that the undersigned attorneys be added to the official mailing matrix and service list in these cases. Axle requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Axle through service upon Benesch, at the address, emails, and/or facsimile number set forth below:

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Kevin M. Capuzzi, Esq.<br>
Benesch, Friedlander, Coplan & Aronoff LLP<br>
1313 N. Market Street, Suite 1201<br>
Wilmington, DE 19801<br>
Telephone: (302) 442-7010<br>
Facsimile: (302) 442-7012<br>
kcapuzzi@beneschlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Axle's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Axle is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated: October 10, 2022 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | |
| | /s/ Kevin M. Capuzzi |
| | Kevin M. Capuzzi (DE 5462) |
| | 1313 N. Market Street, Suite 1201 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 442-7010 |
| | Facsimile: (302) 442-7012 |
| | kcapuzzi@beneschlaw.com |
| | |
| | *Counsel for Axle Logistics, LLC* |