IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(g) and 9010(b), Sunbelt Solomon Services, LLC ("Sunbelt"), a creditor and party in interest herein, hereby gives notice of its appearance in this case by and through its counsel, and requests copies of all notices and/or pleadings issued or filed in the above-referenced bankruptcy case. All such notices should be sent to Sunbelt in care of:

> Brandon F. Renken
> Charles S. Kelley
> Andrew Elkhoury
> MAYER BROWN LLP
> 700 Louisiana St., Suite 3400
> Houston, TX  77002
> Telephone: (713) 238-3000
> Facsimile: (713) 238-4888
> Email: brenken@mayerbrown.com
> ckelley@mayerbrown.com
> aelkhoury@mayerbrown.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397) CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190) CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639) Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these Chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, or otherwise; all such rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 10, 2022               Respectfully submitted,

        **MAYER BROWN LLP**

        */s/ Brandon F. Renken*
        Brandon F. Renken
        Texas State Bar No. 24056197
        Charles S. Kelley
        Texas State Bar No. 11199580
        Andrew Elkhoury
        Texas State Bar No. 24097648
        700 Louisiana St., Suite 3400
        Houston, Texas 77002
        Telephone: (713) 238-2634
        Facsimile: (713) 239-4634

Email: brenken@mayerbrown.com
ckelley@mayerbrown.com
aelkhoury@mayerbrown.com

**ATTORNEYS FOR SUNBELT SOLOMON SERVICES, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in this case on October 10, 2022.

*/s/ Brandon F. Renken*
Brandon F. Renken

750310831