United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 10, 2022

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Seth Lieberman<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY 10036-6569<br>212-421-4100<br>New York Bar # 4317145 |
|---|---|

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. | |
|---|---|
| Dated: 10/6/22 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ . |
|---|
| Dated:         Signed: _____<br>                               Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Signed: October 10, 2022

Marvin Isgur
United States Bankruptcy Judge