United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 10, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew Silverman<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY 10036-6569<br>212-421-4100<br>New York, Bar # 5198783 |

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. | |
|---|---|
| Dated: 10/6/2022 | Signed: /s/ Matthew W. Silverman |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. | |
| Dated: | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: October 10, 2022

_____
Marvin Isgur
United States Bankruptcy Judge