United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 10, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et. al. | |

This lawyer, who is admitted to the State Bar of ___Minnesota___:

| | |
|---|---|
| Name | Patrick C. Summers |
| Firm | DeWitt LLP |
| Street | 2100 AT&T Tower |
| City & Zip Code | 901 Marquette Avenue |
| | Minneapolis, Minnesota 55402 |
| Telephone | 612-305-1400 |
| Licensed: State & Number | Minnesota, 038841X |

Seeks to appear as the attorney for this party:

| MVP Logistics LLC |
|---|
| Dated: 10/6/2022　　Signed: /s/ Patrick C. Summers |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:　　Signed: _____
　　　　　　　　　　Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: October 10, 2022

_____
Marvin Isgur
United States Bankruptcy Judge