UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York and Massachusetts :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Darren Azman<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-5404<br>Tel: (212) 547-5615; e-mail: dazman@mwe.com<br>NY Bar No.: 4911673<br>Mass. Bar No.: 678530 |

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al.

Dated: 10/10/2022       Signed: /s/ Darren Azman

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:       Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                          United States Bankruptcy Judge