| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **New York & Pennsylvania**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Stacy A. Lutkus<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-5404<br>Tel: (212) 547-5304; e-mail: salutkus@mwe.com<br>NY Bar No.: 4632865<br>Pa. Bar No.: 90386 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: 10/10/2022 | Signed: /s/ Stacy A. Lutkus |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                    United States Bankruptcy Judge