**Exhibit B**

SUBMITTED FOR *IN CAMERA* REVIEW