**Exhibit D**

SUBMITTED FOR *IN CAMERA* REVIEW