**Exhibit E**

**Compute North Member LLC**
**7575 Corporate Way**
**Eden Prairie, MN 55344**

October 10, 2022

**Via Email** (Gregory.Irwin@NEE.com)

Gregory Irwin
TZ Capital Holdings, LLC
700 Universe Boulevard
Juno Beach, Florida 33408

Re:   TZRC King Mountain Expenses

Dear Mr. Irwin:

Reference is made to the enclosed notice (the "Notice") under the Modular Data Center Property Management Agreement dated as of March 8, 2022, between TZRC King Mountain LLC ("Owner"), Compute North Member LLC ("CN Member") and TZ Capital Holdings, LLC ("TZCH Member"), as amended (the "PMA"), which was received today by TZRC LLC on behalf of TZRC King Mountain LLC ("TZRC KM").

Because TZCH Member has purported to invoke rights under the Security Agreement (Deposit Account) and the Deposit Account Control Agreement between Owner and BMO Harris Bank, N.A. ("BMO"),[1] CM Member as "Operator" under the PMA is unable to acquire the diesel fuel and water necessary for the continued operation of the Project. CN Member estimates that it needs $12,600 by no later than the end of the day today to procure sufficient fuel and water for the continued operation project for the next week. TZCH Member therefore must make the needed funds immediately available by CN Member, either by wire transfer or by directing BMO to permit its withdrawal from the TZRC KM operating account.

Very truly yours,

**Compute North Member LLC**

By: *Barry Coulby*
Barry Coulby
Chief Financial Officer

Enclosure

Copy:   NextEra Energy Resources, LLC
Attn: Vice President & General Counsel
Neer-General-Counsel@nexteraenergy.com

---

[1] This letter is without prejudice to any of CN Member's and its affiliates' rights and remedies, all of which are expressly reserved.

**Compute North Member LLC**
**7575 Corporate Way**
**Eden Prairie, MN 55344**

October 10, 2022

**Via Hand Delivery and Email** (legal@computenorth.com)

TZRC King Mountain LLC
 c/o TZRC LLC
7575 Corporate Way
Eden Prairie, MN 55344
Attention: General Counsel

Re:  Payment of Project Expenses

To Whom it May Concern:

This notice is made pursuant to the Modular Data Center Property Management Agreement dated as of March 8, 2022, between TZRC King Mountain LLC (the "Owner"), Compute North Member LLC ("Operator") and TZ Capital Holdings, LLC ("TZCH Member"), as amended (the "PMA"). Capitalized terms used but not defined herein shall have the meanings set forth for such terms in the PMA.

Pursuant to Section 3.5(c) of the PMA, Operator hereby gives notice that the funds available to Operator are insufficient to pay expenses under the PMA, including but not limited to the expense of diesel fuel for the generators powering network communications at the Project and water for those working at the Project. Based on the quantity of fuel and water on hand, Operator expects that the Project will cease operations as soon as the end of the day today unless funds are immediately provided for payment of these expenses.

Very truly yours,

**Compute North Member LLC**

By: _/s/ Barry Coulby_
 Barry Coulby
 Chief Financial Officer

Copy:  TZCH Member
    700 Universe Boulevard
    Juno Beach, Florida 33408
    Email: Gregory.Irwin@NEE.com
    Attention: Gregory Irwin

    NextEra Energy Resources, LLC
    Attention: Vice President & General Counsel
    Email: NEER-General-Counsel@nexteraenergy.com