| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Samantha Martin<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York # 4649190 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: 10/11/2022 | Signed: /s/ Samantha Martin |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: | Signed: _____
       |         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                   _____
                                    United States Bankruptcy Judge