United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York and Massachusetts :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Darren Azman<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-5404<br>Tel: (212) 547-5615; e-mail: dazman@mwe.com<br>NY Bar No.: 4911673<br>Mass. Bar No.: 678530 |
|---|---|

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al.

Dated: 10/10/2022     Signed: /s/ Darren Azman

COURT USE ONLY: The applicant's state bar reports their status as: Active .

Dated:     Signed: _____ Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: October 11, 2022

Marvin Isgur
United States Bankruptcy Judge