United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 11, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___New York, California and Massachusetts___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Natalie Rowles<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-5404<br>Tel: (212) 547-5367; e-mail: nrowles@mwe.com<br>NY Bar No.: 5604988; CA Bar No.: 330089<br>MA Bar No.: 708781 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al. |
|---|
| Dated: 10/10/2022          Signed: /s/ Natalie Rowles |

| COURT USE ONLY: The applicant's state bar reports their status as: ___Active___ . |
|---|
| Dated:          Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: October 11, 2022

Marvin Isgur
United States Bankruptcy Judge