# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, October 11, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Darren | Azman | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Maria | Bartlett | Cokinos \| Young | MP2 Energy LLC d/b/a Shell Energy Solutions |
| Joseph | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Gregory | Ellis | Lamberth, Cifelli, Ellis & | Marathon Digital Holdings, Inc. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Stacy | Lutkus | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Monica | Perrigino | Orrick, Herrington & Sutcliffe | Potential Bidder |
| Anna | Rotman | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | USDOJ | US Trustee |
| Matthew | Silverman | Pryor Cashman LLP | Sphere 3D Corp. |
| Patrick | Summers | DeWitt LLP | MVP Logistics LLC |
| Julian | Vasek | Munsch Hardt Kopf & Harr | Atlas Technology Group, LLC |
| A.J. | Webb | Frost Brown Todd LLC | GEM Mining 1, LLC |