UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 11 |

**MASTER SERVICE LIST**
**(as of October 12, 2022)[2]**

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/cpn/info under "Case Actions."

| UNITED STATES TRUSTEE | GOVERNMENTAL AGENCIES |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK ST, STE 3516<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE ST, RM 121<br>DALLAS, TX 75242 |
| MINNESOTA ATTORNEY GENERAL<br>ATTN KEITH ELLISON<br>445 MINNESOTA STREET<br>SUITE 1400<br>ST. PAUL, MN 55101-2131 | NEBRASKA ATTORNEY GENERAL<br>ATTN DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL<br>ATTN LETITIA JAMES<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN SHAMOIL SHIPCHANDLER, REG DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102 | SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN MARK VARGO<br>1302 E HWY 14<br>SUITE 1<br>PIERRE, SD 57501-8501 |

STATE OF TEXAS ATTORNEY GENERAL
ATTN KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF TEXAS ATTORNEY GENERAL
ATTN KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701


TEXAS STATE SECURITIES BOARD
THOMAS JEFFERSON RUSK STATE OFFICE BUILDING
208 E 10TH ST
AUSTIN, TX 78701

THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: CALLAN C SEARCY, ASST AG
C/O SHERRI K SIMPSON
BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548
AUSTIN, TX 78711-2548


US ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
ATTN RICHARD A KINCHELOE
1000 LOUISIANA, STE 2300
HOUSTON, TX 77002

ARENTFOX SCHIFF LLP
(COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC,
AND COMPUTE NORTH NE05 LLC); ATTN: JEFFREY R.
GLEITY; ALLISON H. WEISS; & MATTHEW R. BENTLEY
NEW YORK, NY 10019
FAX: 212-484-3990
EMAIL: JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM;
MATTHEW.BENTLEY@AFSLAW.COM


**CORE/TOP 30 UNSECURED CREDITORS**

ATLAS CONSOLIDATED MINING AND
MICHAEL GUO
DEVELOPMENT CORPORATION
1705 GUADALUPE, SUITE 400
AUSTIN, TX 78701

AXLE LOGISTICS
BEN SHUSTER
835 N CENTRAL STREET
KNOXVILLE, TN 37917


CITY OF BIG SPRING, TX
ARICKA GROVE
310 NOLAN STREET
BIG SPRING, TX 79720

COKINOS/YOUNG
(COUNSEL TO MP2 ENERGY TEXAS LLC D/B/A SHELL
ENERGY SOLUTIONS); ATTN: CRAIG E. POWER & MARIA
M. BARTLETT; FOUR HOUSTON CENTER
HOUSTON, TX 77010-3039
FAX: 713-535-5533
EMAIL: CPOWER@COKINOSLAW.COM; MBARTLETT@COKINOSLAW.COM

COMMONWEALTH ELECTRIC COMPANY OF
KELLI BIRKEL
THE MIDWEST
472 26TH AVENUE
COLUMBUS, NE 68601

CORTALENT, LLC
ALISON PYE
7801 EAST BUSH LAKE ROAD SUITE 100
MINNEAPOLIS, MN 55439

DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC
ATTN: GREGORY IRWIN
700 UNIVERSE BOULEVARD
JUNO BEACH, FL 33408

DELL TECHNOLOGIES, INC
RICHARD ROTHBERG
CHIEF FINANCIAL OFFICER
ONE DELL WAY
ROUND ROCK, TX 78682

ECHO SEARCH GROUP
AMIT BHATIA
1660 HIGHWAY 100 SOUTH, SUITE 318
ST LOUIS PARK, MN 55416

ERNST & YOUNG LLP
NYKEMA JACKSON
PNC BANK C/O ERNST & YOUNG US LLP
3712 SOLUTIONS CENTER
CHICAGO, IL 60677-3007

FLEXENTIAL CORP.
MARK LEYDA
600 FOREST POINT CIRCLE
SUITE 100
CHARLOTTE, NC 28273

FLEXENTIAL CORP.
MARK LEYDA
PO BOX 732368
DALLAX, TX 75373-2368

FOUNDRY DIGITAL LLC
ATTN: MIKE COLYER
1100 PITTSFORD VICTOR ROAD
PITTSFORD, NY 14534

FREUDENBERG FILTRATION TECHNOLOGIES L.P.
COLETT GAGNON
2975 PEMBROKE ROAD
HOPKINSVILLE, KY 42240

| | |
|---|---|
| FROST BROWN TODD LLC<br>(COUNSEL TO GEM MINING 1, LLC)<br>ATTN: A.J. WEBB ESQ.<br>3300 GREAT AMERICAN TOWER, 301 EAST FOURTH ST.<br>CINCINNATI, OH 45202<br>FAX: 513-651-6981<br>EMAIL: AWEBB@FBTLAW.COM | GARTNER, INC.<br>SPENCER HOCKERT<br>13200 PAUL J DOHERTY PARKWAY<br>FT MYERS, FL 33913 |
| GENERATE LENDING, LLC<br>C/O GENERATE CAPITAL, PBC<br>ATTN: LOAN OPERATIONS<br>461 5TH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 | GENERATE LENDING, LLC<br>555 DE HARO STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 |
| GROWTH OPERATORS, LLC<br>STEPHANIE WELLS<br>800 LASALLE AVE<br>MINNEAPOLIS, MN 55402 | HAYNES AND BOONE LLP<br>(COUNSEL TO TZ CAPITAL HOLDINGS LLC)<br>ATTN: STEPHEN M. PEZANOSKY<br>301 COMMERCE STREET, STE. 2600<br>FORT WORTH, TX 76102<br>FAX: 817-347-6650 |
| HAYNES AND BOONE, LLP<br>(COUNSEL TO TZ CAPITAL HOLDINGS LLC)<br>ATTN: DAVID TRAUSCH<br>1221 MCKINNEY STREET, STE. 4000<br>HOUSTON, TX 77010<br>FAX: 713-547-2600<br>EMAIL: DAVID.TRAUSCH@HAYNESBOONE.COM | HMB LEGAL COUNSEL<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ATTN: ATI P. KHATRI<br>500 WEST MADISON, SUITE 3700<br>CHICAGO, IL 60661 |
| HUBSPOT, INC.<br>CHIEF FINANCIAL OFFICER<br>25 FIRST STREET<br>CAMBRIDGE, MA 02141 | HUNTON ANDREWS KURTH LLP<br>(COUNSEL TO GENERATE LENDING, LLC & GC DATA CENTER EQUITY HOLDINGS, LLC); ATTN: JOSEPH W. BUONI, TIMOTHY A. DAVIDSON II, PHILIP M. GUFFY;<br>600 TRAVIS STREET, STE. 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: JOSEPHBUONI@HUNTONAK.COM; TADDAVIDSON@HUNTONAK.COM; PGUFFY@HUNTONAK.COM |

KIRKLAND & ELLIS LLP/INT'L LLP
(COUNSEL TO GENERATE LENDING, LLC & GC DATA
CENTER EQUITY HOLDINGS, LLC)
ATTN: CHRISTOPHER MARCUS, P.C. & ELIZABETH HELEN
JONES; 601 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-446-4900
EMAIL: CHRISTOPHER.MARCUS@KIRKLAND.COM;
ELIZABETH.JONES@KIRKLAND.COM

KIRKLAND & ELLIS LLP/INT'L LLP
(COUNSEL TO GENERATE LENDING & GC DATA CENTER
EQUITY HOLDINGS, LLC); ATTN: ANNA G. ROTMAN, P.C.
609 MAIN STREET
HOUSTON, TX 77002
FAX: 713-836-3601
EMAIL: ANNA.ROTMAN@KIRKLAND.COM

KOCH FILTER CORPORATION
GILBERT FREDERICK
8401 AIR COMMERCE DR
LOUISVILLE, KY 40119

KOHO CONSULTING
MARC DOUCETTE
6030 PRINTERY STREET SUITE 103
TAMPA, FL 33616

MADEL PA
AMITYBEINER
800 HENNEPIN AVENUE
MINNEAPOLIS, MN 55403

MARATHON DIGITAL HOLDINGS, INC.
FRED THIEL
1180 NORTH TOWN CENTER DRIVE
SUITE 100
LAS VEGAS, NV 89144

MARATHON DIGITAL HOLDINGS, INC.
ATTN: NORA MARCKWORDT
1180 NORTH TOWN CENTER DRIVE
SUITE 100
LAS VEGAS, NV 89144
EMAIL: INFO@MARA.COM

MERCURIA ENERGY AMERICA, LLC
ATTENTION: LEGAL DEPARTMENT
20 E. GREENWAY PLAZA, SUITE 650
HOUSTON, TX 77046

MERITUS RECRUITING GROUP LLC
THOMAS WILLIAMS
10319 LYNBROOK HOLLOW DR
HOUSTON, TX 77042

MP2 ENERGY TEXAS LLC
MARSHA PIERCE
D/B/A SHELL ENERGY SOLUTIONS TX
PO BOX 733560
DALLAS, TX 75373-3560

| | |
|---|---|
| MP2 ENERGY TEXAS LLC<br>MARSHA PIERCE<br>D/B/A SHELL ENERGY SOLUTIONS TX<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 77380 | MVP LOGISTICS LLC<br>RACHEL WILLIAMS<br>10205 10TH AVE N SUITE A<br>PLYMOUTH, MN 55441 |
| NBTC LIMITED<br>ANASTASIA/GEORGE<br>ROOM 1502, 15/F, HARCOURT HOUSE<br>NO. 39 GLOUCESTER ROAD<br>WANCHAI,<br>HONG KONG | NEXTERA ENERGY RESOURCES, LLC<br>ATTN: VICE PRESIDENT & GENERAL COUNSEL<br>GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| OKIN ADAMS BARTLETT CURRY LLP<br>(COUNSEL TO CN BORROWER LLC, CN WOLF HOLLOW LLC<br>AND COMPUTE NORTH NE05 LLC); ATTN: MATTHEW S.<br>OKIN, RYAN A. O'CONNOR; 1113 VINE ST., STE. 240<br>HOUSTON, TX 77002<br>FAX: 346-247-7158<br>EMAIL: MOKIN@OKINADAMS.COM; ROCONNOR@OKINADAMS.COM | SPECTRUM SEARCH PARTNERS, LLC<br>TOM SHAHNAZARIAN<br>4643 SOUTH ULSTER SUITE 1420<br>DENVER, CO 80237 |
| SUNBELT SOLOMON SERVICES, LLC<br>BILL SPARKS JR.<br>1922 S. MLK JR. DRIVE<br>TEMPLE, TX 76504 | TZ CAPITAL HOLDINGS, LLC<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| TZRC MINING LLC<br>16192 COASTAL HWY<br>LEWES, DE 19958 | US BITCOIN CORPORATION<br>JOEL BLOCK<br>1221 BRICKELL AVE STE 900<br>MIAMI, FL 33131 |

| | |
|---|---|
| WESTWOOD PROFESSIONAL SERVICES<br>DAVID WIRT<br>PO BOX 856650<br>MINNEAPOLIS, MN 55485 | **PARTIES REQUESTING SERVICE**<br><br>ANDREWS MYERS, P.C.<br>(COUNSEL TO SPHERE 3D CORP.)<br>ATTN: T. JOSH JUDD<br>1885 SAINT JAMES PLACE, 15TH FLOOR<br>HOUSTON, TX 77056<br>FAX: 832-786-4877<br>EMAIL: JJUDD@ANDREWSMYERS.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>(COUNSEL TO AXLE LOGISTICS, LLC)<br>ATTN: KEVIN M. CAPUZZI, ESQ.<br>1313 N. MARKET STREET, SUITE 1201<br>WILMINGTON, DE 19801<br>FAX: 302-442-7012<br>EMAIL: KCAPUZZI@BENESCHLAW.COM | BERG HILL GREENLEAF RUSCITTI LLP<br>(COUNSEL TO RK MISSION CRITICAL, LLC)<br>ATTN: PATRICK M. HAINES<br>1712 PEARL STREET<br>BOULDER, CO 80302<br>FAX: 303-402-1601<br>EMAIL: PMH@BHGRLAW.COM |
| BOOTSTRAP ENERGY LLC<br>STEVE QUISENBERRY<br>3838 OAK LAWN AVE, SUITE 100<br>DALLAS, TX 75219 | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP<br>(COUNSEL TO BOOTSTRAP ENERGY LLC)<br>ATTN: MARK A. CASTILLO & ROBERT C. ROWE<br>901 MAIN ST., STE. 5500<br>DALLAS, TX 75202<br>FAX: 214-580-2641<br>EMAIL: MARKCASTILLO@CCSB.COM; RROWE@CCSB.COM |
| CIRCUIT BREAKER GUYS LLC<br>STEVE WEIDNER<br>4740 E 2ND ST UNIT C21<br>BENECIA, CA 94510 | FOUNDRY DIGITAL LLC<br>LICIA BARRA<br>350 EAST AVE SUITE 201<br>ROCHESTER, NY 14604 |
| LAMBERTH, CIFELLI, ELLIS & NASON, P.A.<br>(COUNSEL TO MARATHON DIGITAL HOLDINGS, INC.)<br>ATTN: GREGORY D. ELLIS & G. FRANK NASON, IV<br>6000 LAKE FORREST DRIVE, N.W., STE. 435<br>ATLANTA, GA 30328<br>EMAIL: GELLIS@LCENLAW.COM; FNASON@LCENLAW.COM | MAYER, LLP<br>ATTN: LORI A. HOOD<br>2900 NORTH LOOP WEST, SUITE 500<br>HOUSTON, TX 77092<br>FAX: 713-487-2019<br>EMAIL: LHOOD@MAYERLLP.COM |

| | |
|---|---|
| MAYER BROWN LLP<br>(COUNSEL TO SUNBELT)<br>ATTN: BRANDON F. RENKEN, CHARLES S. KELLEY<br>ANDREW ELKHOURY<br>700 LOUISIANA ST., SUITE 3400<br>HOUSTON, TX 77002 | MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: CHARLES R. GIBBS<br>2501 NORTH HARWOOD STREET, SUITE 1900<br>DALLAS, TX 75201-1664 |
| MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: KRISTIN K. GOING, DARREN AZMAN<br>STACY A. LUTKUS & NATALIE ROWLES<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017-5404 | MUNSCH HARDT KOPF & HARR, P.C.<br>(COUNSEL TO ATLAS TECHNOLOGY GROUP LLC)<br>ATTN: JOHN D. CORNWELL<br>700 MILAM ST., STE. 800<br>HOUSTON, TX 77002-2806 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>(COUNSEL TO ATLAS TECHNOLOGY GROUP LLC)<br>ATTN: JAY H. ONG<br>1717 WEST 6TH ST., STE. 250<br>AUSTIN, TX 78703-4777 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>(COUNSEL TO HOWARD COUNTY APPRAISAL DISTRICT)<br>ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK, TX 79408 |
| PROSEK LLC<br>THOMAS PETRULLO<br>105 MADISON AVE FLOOR 7<br>NEW YORK, NY 10016 | PRYOR CASHMAN LLP<br>(COUNSEL TO SPHERE 3D)<br>ATTN: SETH H. LIEBERMAN & MATTHEW SILVERMAN<br>7 TIMES SQUARE, 40TH FLOOR<br>NEW YORK, NY 10036-6596 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN: PATRICIA B. TOMASCO<br>711 LOUISIANA, SUITE 500<br>HOUSTON, TX 77002 | RAND WORLDWIDE INC.<br>AUSTIN SOBOLEWSKI<br>11201 DOLFIELD BOULEVARD SUITE 112<br>OWINGS MILLS, MD 21117 |

| | |
|---|---|
| RECRUITERS OF MINNESOTA<br>KELLY HOGAN<br>6110 BLUE CIRCLE DR, SUITE 280<br>MINNETONKA, MN 55343 | URBAN SOLUTION GROUP<br>CHIEF FINANCIAL OFFICER<br>4230 ELATI ST<br>DENVER, CO 80216 |

WESTWOOD PROFESSIONAL SERVICES
DAVID WIRT
12701 WHITEWATER DRIVE
SUITE 300
MINNETONKA, MN 55343