UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of _____Minnesota_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey D. Klobucar<br>Bassford Remele, P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone:(612) 333-3000<br>Email: jklobucar@bassford.com<br>MN Lic. No. 0389368 |
|---|---|

Seeks to appear as the attorney for this party:

| | Rohit Shirole |
|---|---|
| Dated: 10/12/22 | Signed: _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                    United States Bankruptcy Judge