UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| COMPUTE NORTH HODLINGS, INC. et al., | § § § § | Case No. 22-90273 (MI) (Jointly Administered) |
| Debtors, | § § | |

NOTICE OF APPERANCE AN REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance on behalf of Group For Horizon Entertainment, Inc. D/B/A Ranger Guard & Investigations ("Ranger"), pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §§ 102(1), 342, and 1109(b), and requests that all notices all notices, pleadings, and other documents to be served in this case be given to and served upon :

> Tzvi A. Finman
> **The Finman Law Firm PLLC**
> 10101 Fondren Road,
> Suite 575
> Houston, TX 77096
> Telephone : (832)377-6322
> Email: Tfinman@finmanlawfirm.com

PLEASE TAKE FURTHER NOTICE that forgoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, complaint, petition, motion, pleading, request, or demand with regard to the above case, whether oral or written, formal or informal, or transmitted or conveyed by any means.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive any right to (i) have final orders in non-core matters entered only after de novo review by the District Court, (ii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related to this case, (iii) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserves.

Respectfully submitted this 8th day of October 8, 2022,

THE FINMAN LAW FIRM PLLC

By____/s/Tzvi Finman_____
Tzvi A. Finman
Bar Number: 24094655
Tfinman@finmanlawfirm.com
10101 Fondren Rd, Suite 565
Houston, TX 77096
(832) 377-6322

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of October 8, 2022, a true and correct copy of the foregoing document was served via the Court's CN/ECF system to all pacer participants.

*/s/Tzvi Finman*
Tzvi A. Finman