United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | Compute North Holdings, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ralph E. McDowell<br>Bodman PLC<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>313-259-7777<br>rmcdowell@bodmanlaw.com<br>Michigan State Bar No. P39235 |
|---|---|

| Name of party applicant seeks to appear for: | Freudenberg Filtration Technologies, L.P. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 10/12/2022 | Signed: | /s/ Ralph E. McDowell |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: | Clerk's signature: |

**Order**   This lawyer is admitted *pro hac vice*.

Signed: October 13, 2022

_____
Marvin Isgur
United States Bankruptcy Judge