United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | Compute North Holdings, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jake W. Gordon<br>Bodman PLC<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>313-259-7777<br>jgordon@bodmanlaw.com<br>Michigan State Bar No. P86129 |
|---|---|

| Name of party applicant seeks to appear for: | Freudenberg Filtration Technologies, L.P. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/12/2022 | Signed: | /s/ Jake W. Gordon |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: October 13, 2022

_____
Marvin Isgur
United States Bankruptcy Judge