United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of ___Minnesota___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey D. Klobucar<br>Bassford Remele, P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone:(612) 333-3000<br>Email: jklobucar@bassford.com<br>MN Lic. No. 0389368 |
|---|---|

Seeks to appear as the attorney for this party:

| | Ronit Shiroff |
|---|---|
| Dated: 10/12/22 | Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: ___Active___. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: October 13, 2022

[signature]
Marvin Isgur
United States Bankruptcy Judge