**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING ON MOTIONS SCHEDULED FOR OCTOBER 17, 2022**
**AT 4:00 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT**
**THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT**
**OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

I.    **Matters Going Forward.**

1.    **Jefferies Retention Application.** *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 125].

**Related Documents.**

A.    **Supplemental Finger Declaration.** *First Supplemental Declaration of Jeffrey Finger in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors In Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 196].

B.    **First Day Declaration.** *Declaration of Harold Coulby, Corporate Treasurer & Interim Chief Financial Officer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 22].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**Responses.**

    A.    **Marathon Statement.** *Statement by Marathon Holdings, Inc. with Regard to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022, and (II) Waiving Certain Time-Keeping Requirements (Dkt. 125)* [Docket No. 192].

**Status**: The Debtors, the Unsecured Creditors Committee, and Jefferies request that this matter be adjourned to the original hearing scheduled for October 24, 2022 at 1:30 p.m. (prevailing Central Time).

[*Remainder of Page Intentionally Left Blank*]

Dated: October 14, 2022
Houston, Texas

/s/  James T. Grogan III
_____

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya(admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: lucdespins@paulhastings.com
        sayanbhattacharyya@paulhastings.com
        danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email: mattmicheli@paulhastings.com
        michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in
Possession*

## Certificate of Service

I certify that on October 14, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ James T. Grogan III
_____
James T. Grogan III