United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of   New York; California   :

| | |
|---|---|
| Name | Abhilash M. Raval |
| Firm | Milbank LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | 212-530-5123 |
| Licensed: State & Number | New York 4152922; California 192269 |

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 10/14/2022     Signed: /s/ Abhilash M. Raval |

COURT USE ONLY: The applicant's state bar reports their status as:   Active   .

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: October 17, 2022

_____
Marvin Isgur
United States Bankruptcy Judge