United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 17, 2022

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Eric K. Stodola<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>212-530-5663<br>New York 4562179 |

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 10/14/2022 | Signed: /s/ Eric K. Stodola |

| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: October 17, 2022

_____
Marvin Isgur
United States Bankruptcy Judge