United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Edward R. Linden |
| Firm | Milbank LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | 212-530-5226 |
| Licensed: State & Number | New York 5328786 |

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 10/14/2022    Signed: /s/ Edward R. Linden |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:    Signed: _____
                         Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: October 17, 2022

_____
Marvin Isgur
United States Bankruptcy Judge