IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 21, 2022**

The Official Committee of Unsecured Creditors of Compute North Holdings, Inc., *et al.* (the "Committee") in these chapter 11 cases respectfully submits this witness and exhibit list (the "List") for the hearing scheduled for October 21, 2022, at 1:30 p.m. (prevailing Central Time) (the "Hearing").

## WITNESS LIST

The Committee may call all of the following witnesses at the Hearing:

1. John D'Amico

2. Ryan Hamilton

3. Harold Coulby

4. Any other witnesses called or designated by Compute North Holdings, Inc., and its debtor affiliates (collectively, the "Debtors") or any other party; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

5. Any other witness necessary to rebut testimony of a witness called or designated by the Debtors or any other party.

## EXHIBIT LIST

The Committee may use any of the following exhibits at the Hearing:

6. Any exhibit designated or used by the Debtors or any other party; and

7. Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party.

The Committee reserves the right to amend or supplement this List at any time prior to or during the Hearing.

*[Remainder of page intentionally left blank]*

Dated: October 19, 2022

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

/s/ Charles R. Gibbs
Charles R. Gibbs
Texas State Bar No. 7846300
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

-and-

Kristin K. Going (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Stacy A. Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017-5404
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: kgoing@mwe.com
         dazman@mwe.com
         salutkus@mwe.com
         nrowles@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

       I certify that on October 19, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs