| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In re: Compute North Holdings, Inc., *et al*. | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Gary T. Holtzer |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Gary.Holtzer@weil.com |
| Licensed: State & Number | New York/2401859 |

Seeks to appear as the attorney for this party:

| Marathon Digital Holdings, Inc. |
|---|
| Dated: October 21, 2022     Signed: */s/ Gary T. Holtzer* |

| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
|---|
| Dated:          Signed: _____<br>                              Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                                  United States Bankruptcy Judge