UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In re: Compute North Holdings, Inc., *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Jessica Liou |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Jessica.Liou@weil.com |
| Licensed: State & Number | New York/4713319 |

Seeks to appear as the attorney for this party:

Marathon Digital Holdings, Inc.

Dated: October 21, 2022    Signed: */s/ Jessica Liou*

---

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:    Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge