UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In re: Compute North Holdings, Inc., *et al*. | | |

This lawyer, who is admitted to the State Bar of Texas:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Email<br>Licensed: State & Number | Alexander P. Cohen<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>Alexander.Cohen@weil.com<br>Texas/24109739 |

Seeks to appear as the attorney for this party:

| Marathon Digital Holdings, Inc. |
|---|
| Dated: October 21, 2022    Signed: */s/ Alexander P. Cohen* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: _____    Signed: _____<br>                               Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                  United States Bankruptcy Judge