IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | § § § § | Case No. 22-90273 (MI) |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for Marathon Digital Holdings, Inc. ("**Marathon**") in the cases of the above-captioned debtors (the "**Debtors**") pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Marathon requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, including those documents referred to in section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), as applicable, filed or entered in these cases, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** <br> Alfredo R. Pérez (15776275) <br> 700 Louisiana Street, Suite 1700 <br> Houston, Texas 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br> Email: Alfredo.Perez@weil.com | **WEIL, GOTSHAL & MANGES LLP** <br> Gary Holtzer (*pro hac vice* pending) <br> Jessica Liou (*pro hac vice* pending) <br> Alexander P. Cohen (*pro hac vice* pending) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Emails: Gary.Holtzer@weil.com <br>          Jessica.Liou@weil.com <br>          Alexander.Cohen@weil.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

[*Remainder of Page Left Blank*]

Date:  October 21, 2022
      Houston, Texas

/s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (*pro hac vice* pending)
Jessica Liou (*pro hac vice* pending)
Alexander P. Cohen (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Emails: Gary.Holtzer@weil.com
          Jessica.Liou@weil.com
          Alexander.Cohen@weil.com

*Counsel for Marathon Digital Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Alfredo R. Pérez*
                                          Alfredo R. Pérez