### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **COMPUTE NORTH** | § | |
| **HOLDINGS, INC.,** *et al.*, | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

### <u>ORDER</u>

The motion of Marathon Digital Holdings, Inc. ("**Marathon**") to substitute counsel is GRANTED.  Alfredo R. Pérez, of Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 1600, Houston, Texas 77002, (713) 546-5000 (telephone), (713) 224-9511 (facsimile), State Bar No. 15776275, and Gary Holtzer, Jessica Liou, and Alexander P. Cohen of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8000 (telephone), (212) 310-8007 (facsimile) are SUBSTITUTED as Marathon's counsel in these chapter 11 cases.

Gregory D. Ellis and G. Frank Nason, IV, both of Lamberth, Cifelli, Ellis & Nason, P.A. 6000 Lake Forrest Drive, N.W., Ste. 435 Atlanta, GA 30328; 404-495-4485 (telephone) are WITHDRAWN as Marathon's counsel in these chapter 11 cases.

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE