# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, October 21, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Joe | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Ryan | Fink | Sidley Austin LLP | Jefferies LLC |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower, LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | US DOJ | US Trustee |