**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 19, 61, 84** |

**CERTIFICATION OF COUNSEL
REGARDING SUPPLEMENTAL INTERIM
ORDER (I) AUTHORIZING THE DEBTORS TO
(A) CONTINUE TO OPERATE THEIR EXISTING CASH
MANAGEMENT SYSTEM; (B) MAINTAIN THEIR EXISTING
BANK ACCOUNTS AND BUSINESS FORMS; (C) PAY RELATED
PREPETITION OBLIGATIONS; AND (D) CONTINUE TO PERFORM
INTERCOMPANY TRANSACTIONS; AND (II) GRANTING RELATED RELIEF**

Pursuant to paragraph 45 of the *Procedures for Complex Cases in the Southern District of Texas*, effective August 1, 2021, the undersigned hereby certifies as follows:

1. On September 22, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 19] (the "Cash Management Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

2. On September 23, 2022, the United States Bankruptcy Court for the Southern District of Texas (the "Court") held a hearing (the "First Day Hearing") to consider, among other things, the Cash Management Motion.

3. On September 26, 2022, the Court entered an order approving the Cash Management Motion on an interim basis [Docket No. 84] (the "Initial Interim Order"). A final hearing on the Cash Management Motion is scheduled for October 24, 2022 at 1:30 p.m. (prevailing Central Time) and October 17, 2022 at 4:00 p.m. (prevailing Central Time) was the deadline for filing objections with respect to the Cash Management Motion (the "Objection Deadline").[2]

4. No formal objections were filed prior to the Objection Deadline with respect to the Cash Management Motion, however, certain parties in interest have provided certain informal comments to the Debtors regarding the Cash Management Motion.

5. The Debtors hereby file a supplemental interim order seeking approval of the Cash Management Motion, attached hereto as **Exhibit A** (the "Supplemental Interim Order"), which incorporates changes in response to comments received from parties in interest. For the convenience of the Court and parties in interest, a redline of the Supplemental Interim Order marked against the Initial Interim Order is attached hereto as **Exhibit B**.

6. All known objections to the relief sought pursuant to the Supplemental Interim Order have been resolved. Accordingly, the Debtors respectfully request that the Court enter the Supplemental Interim Order at the Court's earliest convenience without further notice or a hearing.

---

[2] The Debtors extended by agreement the Objection Deadline with respect to BMO Harris Bank N.A. to October 20, 2022 at 12:00 p.m. (prevailing Central Time).

Dated: October 23, 2022
Houston, Texas

/s/  *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
 sayanbhattacharyya@paulhastings.com
 danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
 michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*