UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name | Ryan Fink |
| Firm | Sidley Austin LLP |
| Street | 1 S Dearborn |
| City & Zip Code | Chicago, IL 60603 |
| Telephone | (312) 853-0803 |
| Licensed: State & Number | Illinois/6335865 |

Seeks to appear as the attorney for this party:

| Jefferies LLC | |
|---|---|
| Dated: October 24, 2022 | Signed: /s/ Ryan Fink |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States Bankruptcy Judge