**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED AGENDA FOR HEARING**
**ON MOTIONS SCHEDULED FOR OCTOBER 24, 2022**
**AT 1:30 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT**
**THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT**
**OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**Matters Going Forward.**

1.  **Cash Management Motion.** *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 19].

    **Related Documents.**

    A.  **First Day Declaration.** *Declaration of Harold Coulby, Corporate Treasurer & Interim Chief Financial Officer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 22].

    B.  *Certification of Counsel Regarding Proposed Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 61].

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    **C.**      **Interim Cash Management Order.** *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 84].

    **D.**      **Certification of Counsel Regarding Supplemental Interim Cash Management Order.** *Certification of Counsel Regarding Supplemental Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 232].

    **Status**: A certification of counsel has been filed and the proposed order may be entered without a hearing unless the Court has questions.

**2.**    **Ordinary Course Professionals Motion.** *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief.* [Docket No. 121].

    **Related Documents.**

    **A.**      **Notice of Revised Proposed Order.** *Notice of Filing of Revised Proposed Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 233].

    **Status**: This matter is going forward.

**3.**    **Compensation Procedures Motion.** *Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 122].

    **Related Documents.**

    **A.**      **Notice of Revised Proposed Order.** *Notice of Filing of Revised Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 234].

    **Status**: This matter is going forward.

**4.**    **Portage Point Partners Retention Application.** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of September 22, 2022* [Docket No. 123].

**Related Documents.**

A.   **Notice of Revised Proposed Order.** *Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of September 22, 2022* [Docket No. 235].

**Status**: This matter is going forward.

5.   **Paul Hastings Retention Application.** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors and Debtors in Possession, Effective as of September 22, 2022* [Docket No. 124].

**Status**: This matter is going forward.

6.   **Jefferies Retention Application**. *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), effective as of September 22, 2022 and (ii) Waiving Certain Time-Keeping Requirements* [Docket No. 125].

**Related Documents.**

A.   **Statement of No Objection by Marathon**. *Statement by Marathon Holdings, Inc. with Regard to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022, and (II) Waiving Certain Time-Keeping Requirements (Dkt. 125)* [Docket No. 192].

B.   **Supplemental Declaration.** *First Supplemental Declaration of Jeffrey Finger in Support of Debtors Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 196].

C.   **Notice of Revised Proposed Order.** *Notice of Filing of Revised Proposed Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), effective as of September 22, 2022 and (ii) Waiving Certain Time-Keeping Requirements* [Docket No. 236].

**Status**: This matter is going forward.

7.   **Sale of Equity Interests in Non-Debtor CN Borrower LLC**. The Debtors will provide an update to the Court regarding the sale efforts by the Debtors related to Debtor CN Pledgor's equity in CN Borrower LLC, a non-Debtor affiliate. The Debtors anticipate

submitting a stipulated order prior to the hearing that provides for Generate Lending, LLC and certain non-Debtor affiliates to compensate the Debtors for certain costs associated with the continued operation of the modular data centers owned by related non-Debtors Compute North NE05 LLC and CN Wolf Hollow LLC.

**Status**: This matter is going forward as a status conference.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 24, 2022
      Houston, Texas

/s/  James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya(admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on October 24, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ James T. Grogan III
      James T. Grogan III