**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 125, 236** |

**NOTICE OF FILING FURTHER**
**REVISED PROPOSED ORDER (I) AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC**
**AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS**
**IN POSSESSION PURSUANT TO 11 U.S.C. §§ 327(A) AND 328(A), EFFECTIVE AS OF**
**SEPTEMBER 22, 2022 AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS**

**PLEASE TAKE NOTICE THAT:**

1.    On October 3, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), effective as of September 22, 2022 and (II) Waiving Certain Time-Keeping Requirements* [Docket No. 125] (the "Retention Application").

2.    Attached to the Retention Application as Exhibit A was a proposed form of order (the "Initial Proposed Order").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

3.      On October 23, 2022, the Debtors filed a revised proposed form of order (the "Revised Proposed Order") [Docket No. 236], which incorporated changes in response to comments received from parties in interest.

4.      The Debtors hereby file a further revised proposed form of order attached hereto as **Exhibit A** (the "Further Revised Proposed Order"), which corrects a versioning error in the Revised Proposed Order.  For the convenience of the Court and parties in interest, a cumulative redline of the Further Revised Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B** and an interim redline of the Further Revised Proposed Order marked against the Revised Proposed Order is attached hereto as **Exhibit C**.

[*Remainder of Page Intentionally Left Blank*]

Dated:  October 24, 2022
Houston, Texas

/s/  *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
        sayanbhattacharyya@paulhastings.com
        danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
        michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*