United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 24, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| Andrew C. Harmeyer<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>212-530-5865<br>New York 5252812 |

Seeks to appear as the attorney for this party:

| Mercuria Energy America, LLC |
|---|
| Dated: 10/21/2022    Signed: /s/ Andrew C. Harmeyer |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated: _____   Signed: _____
                       Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: October 24, 2022

_____
Marvin Isgur
United States Bankruptcy Judge