# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, October 24, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Joe | Buoni | Hunton Andrews Kurth, LLP | Generate Lending, LLC |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Jeffrey | Finger | Jefferies LLC | Compute North Holdings, Inc. |
| Ryan | Fink | Sidley Austin LLP | Jefferies LLC |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| James | Grogan | Paul Hastings LLP | Compute North Holdings, Inc. |
| Michael | Jones | Paul Hastings LLP | Compute North Holdings, Inc. |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Aaron | Metviner | Kirkland & Ellis LLP | Generate Lending, LLC |
| Matthew | Micheli | Paul Hastings LLP | Compute North Holdings, Inc. |
| Jayson | Ruff | US DOJ | US Trustee |