## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. 191** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 18, 2022, I caused to be served *a customized* "Notice of Entry of Initial Sale Procedures Order and Proposed Sale," dated October 18, 2022, *related to Docket No. 191*, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
20th day of October, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Proposed Cure Objection Deadline:** |
| | ) **October 25, 2022 at 4:00 p.m.** |
| | ) **(prevailing Central Time)** |
| | ) |
| | ) **Re: Docket No. 91 & 191** |

## NOTICE OF ENTRY OF INITIAL SALE
## PROCEDURES ORDER AND PROPOSED SALE

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on September 22, 2022 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with one or more sales of assets (collectively, the "Assets"). The Debtors are seeking Court approval of such sales and assumptions and assignments pursuant to a motion, dated September 26, 2022 [Docket No. 91] (the "Motion").[2]

The Court has entered an order [Docket No. 191] (the "Initial Sale Procedures Order") approving, among other things, (i) certain procedures for the sale of Assets with an aggregated selling price equal to or less than $1,000,000 (the "De Minimis Asset Sale Procedures") and (ii) certain procedures that govern the assumption and assignment of certain executory contracts and unexpired leases transferred pursuant to either (a) the De Minimis Asset Sale Procedures or (b) certain procedures for the sale of Assets with an individual or collective value over $1,000,000 (the "Bidding Procedures"). A hearing is scheduled to take place on October 21, 2022 at 1:30 p.m. (prevail Central Time) before the Bankruptcy Court at which the Debtors will seek entry of an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

order approving, among other things, the Bidding Procedures (the "Final Sale Procedures Order"). Copies of the Motion and the Initial Sale Procedures Order are available for download at https://dm.epiq11.com/case/ComputeNorthHoldings/info (the "Case Website").

The Debtors have reserved the right to designate, prior to October 18, 2022, one or more parties to serve as stalking horse purchasers for the Assets (each a "Stalking Horse Purchaser"). For each Stalking Horse Purchaser, a notice will be filed on the Bankruptcy Court's docket and posted on the Case Website identifying each Stalking Horse Purchaser, the terms of each Stalking Horse Agreement, and other information regarding each Stalking Horse Purchaser, as described in the Motion and the Initial Sale Procedures Order.

You are receiving this notice because you may be a party to an unexpired lease or an executory contract that is potentially to be assumed and assigned (collectively, the "Contracts"), in connection with a sale under either the De Minimis Asset Sale Procedures or the Bidding Procedures. The Contract (or Contracts) to which you are a party is identified on **Exhibit A** hereto (the "Cure Schedule").

The Debtors have determined the current amounts owing (the "Cure Amounts") under each Contract and have listed the applicable Cure Amount for the Contract(s) to which you are a party on the Cure Schedule. The Cure Amounts are the only amounts proposed to be paid upon any assumption and assignment of the Contracts, in full satisfaction of all amounts outstanding under the Contracts.

Subject to entry of the Final Sale Procedures Order, to the extent that you as a counterparty to a Contract (a "Counterparty") object to (i) the applicable Cure Amount or (ii) the Debtors' ability to assume and assign your Contract, you must file and serve an objection (a "Contract Objection"). Any Contract Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) be filed with the Clerk of the Court, 515 Rusk Street, Houston, Texas 77002, together with proof of service, **on or before 4:00 p.m. (prevailing Central Time) on October 25, 2022** (the "Proposed Contract Objection Deadline"); (iv) be served, so as to be actually received on or before the Contract Objection Deadline, upon the Objection Notice Parties (set forth below); and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that you believe is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract in question, along with the specific nature and dates of any alleged defaults, any pecuniary losses resulting therefrom, and the conditions giving rise thereto.

Subject to entry of the Final Sale Procedures Order, any objections to adequate assurance of future performance by a Successful Bidder other than a De Minimis Asset Purchaser shall be filed not later than **November 7, 2022, at 4:00 p.m. (prevailing Central Time)** (the "Proposed Adequate Assurance Objection Deadline"). Objections to adequate assurance of future performance by a De Minimis Asset Purchaser shall be governed by the De Minimis Asset Sale Procedures and addressed via separate notice.

The "Objection Notice Parties" are as follows: (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: Luc

Despins, Sayan Bhattacharyya, and Daniel Ginsberg (lucdespins@paulhastings.com, sayanbhattacharyya@paulhastings.com, and danielginsberg@paulhastings.com); and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli and Michael Jones (mattmicheli@paulhastings.com and michaeljones@paulhastings.com); (ii) proposed counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Jana Whitworth (Jayson.B.Ruff@usdoj.gov and Jana.Whitworth@usdoj.gov); and (iv) counsel to each Stalking Horse Purchaser, if any.

If no objection is timely received with respect to a Cure Amount and subject to the entry of the Final Sale Procedures Order, then upon the closing of the applicable sale and payment of any Cure Amounts set forth in this notice: (i) you shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Contract, (ii) the Cure Amount set forth on **Exhibit A** attached hereto shall be controlling, notwithstanding anything to the contrary in any Contract, or any other document, and you shall be deemed to have consented to the Cure Amount, and (iii) you shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them.

If no objection is received by the Adequate Assurance Objection Deadline to any Successful Bidder's adequate assurance of future performance with respect to your Contract and subject to the entry of the Final Sale Procedures Order, you shall be deemed to have consented to the assumption, assignment, and transfer of the applicable Contract to the applicable Successful Bidder and shall be forever barred and estopped from asserting or claiming that any conditions to such assumption, assignment, and transfer must be satisfied under such applicable Contract or that any related right or benefit under such applicable Contract cannot or will not be available to the applicable Successful Bidder.

Subject to the entry of the proposed Final Sale Procedures Order, an auction (the "Auction") for the Assets, including the Contracts, will be conducted on November 1, 2022, at 10:00 a.m. (prevailing Central Time) at (i) the offices of Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002 or (ii) virtually by videoconference or teleconference, or such other date, time, or location as the Debtors, after consultation with the Consultation Parties, may notify Qualifying Bidders who have submitted Qualifying Bids. As soon as reasonably practicable after the Auction, the Debtors will file with the Court and post to the Case Website a notice identifying the Successful Bidder(s), which shall set forth, among other things, (i) the Successful Bidder(s) and Back-Up Bidder(s) (if any), (ii) the Contracts selected by the Successful Bidder to be assumed and assigned, (iii) the proposed assignee(s) of such Contracts, and (iv) contact information of the proposed assignee, so that Counterparties to the selected Contracts may obtain the applicable Successful Bidder's adequate assurance information, which shall be provided to each affected Counterparty on a confidential basis.

The Debtors will seek to assume and assign the Contracts that have been selected by a Successful Bidder (the "Selected Assumed Contracts") at a hearing proposed to be held before the Honorable Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 4th Floor, 515 Rusk Street, Houston, Texas 77002 (a "Sale Hearing") on November 8, 2022, or such other date as determined by the Debtors in accordance with the terms of the Final Sale Procedures Order.

To the extent that the Debtors and a Counterparty are unable to consensually resolve any Contract Objection prior to the commencement of the Sale Hearing, including, without limitation, any dispute with respect to the cure amount, if any, required to be paid to the applicable Counterparty under section 365(b)(1)(A) and (B) of the Bankruptcy Code (any such dispute, a "Cure Dispute"), and subject to the entry of the Final Sale Procedures Order, such Contract Objection will be adjudicated at the Sale Hearing or at such other date and time as may be determined by the Debtors and the applicable Successful Bidder or fixed by the Court; *provided*, however, that if the Contract Objection relates solely to a Cure Dispute, the Selected Target Contract may be assumed by the Debtors and assigned to any Successful Bidder provided that the cure amount that the Counterparty asserts is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code (or such lower amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors or the applicable Successful Bidder pending the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

[*Remainder of Page Intentionally Left Blank*]

Dated:  October 18, 2022
Houston, Texas

/s/ *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (*pro hac vice* admission pending)
Sayan Bhattacharyya (*pro hac vice* admission pending)
Daniel Ginsberg  (*pro hac vice* admission pending)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
            sayanbhattacharyya@paulhastings.com
            danielginsberg@paulhastings.com

-and-

Matthew Micheli (*pro hac vice* admission pending)
Michael Jones (*pro hac vice* admission pending)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
            michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in
Possession*

**Exhibit A to Assumption Notice**

**Cure Schedule**

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Expiration Date[2] | Cure Amount[3, 4] |
|---|---|---|---|---|
| M.A MORTENSON COMPANY ATTN VICE PRESIDENT 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | 20220411 - CORPUS CHRISTI - PRECON AGMT_FINAL | CN CORPUS CHRISTI LLC | 5/17/2022 | $0.00 |
| M.A MORTENSON COMPANY ATTN VICE PRESIDENT 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | BOOTSTRAP - LNTP1 ENGINEERING 03282022 W AMS COMMENTS | CN CORPUS CHRISTI LLC | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON NDA 05 24 21 | COMPUTE NORTH LLC | 5/19/2024 | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 08 16 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON CERT OF PARTIAL COMPLETION 09 19 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON CONSTRUCTION SERVICES AGREEMENT 02 21 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |

*Page 1 of 5*

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] The Expiration Date column is included solely for identification purposes and the failure to list an expiration date does not indicate whether any particular executory contract or unexpired lease is subject to an expiration date. The Debtors reserve all rights with respect to the extirpation date, if any, of any executory contract or unexpired lease

[3] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[4] Cure Amount excludes financing agreements

4700728

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Expiration Date[2] | Cure Amount[3, 4] |
|---|---|---|---|---|
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON CONSTRUCTION SERVICES AGREEMENT 02 21 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 03 21 22A | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 04 29 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 05 04 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 06 07 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] The Expiration Date column is included solely for identification purposes and the failure to list an expiration date does not indicate whether any particular executory contract or unexpired lease is subject to an expiration date. The Debtors reserve all rights with respect to the extirpation date, if any, of any executory contract or unexpired lease

[3] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[4] Cure Amount excludes financing agreements

4700728

**Compute North Holdings, Inc. - Assumption Notices[1]**
*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Expiration Date[2] | Cure Amount[3],[4] |
|---|---|---|---|---|
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 07 07 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 16 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 19 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 19 22B | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 21 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] The Expiration Date column is included solely for identification purposes and the failure to list an expiration date does not indicate whether any particular executory contract or unexpired lease is subject to an expiration date. The Debtors reserve all rights with respect to the extirpation date, if any, of any executory contract or unexpired lease

[3] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[4] Cure Amount excludes financing agreements

4700728

**Compute North Holdings, Inc. - Assumption Notices[1]**
*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Expiration Date[2] | Cure Amount[3],[4] |
|---|---|---|---|---|
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 21 22A | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 21 22B | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 09 26 22 | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON FORM OF CHANGE ORDER 06 20 22A | COMPUTE NORTH LLC OR ITS SUBSIDIARIES | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON ASSIGNMENT & ASSUMPTION 02 22 22 | COMPUTE NORTH TX06 LLC / CN WOLF HOLLOW LLC | | $0.00 |

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] The Expiration Date column is included solely for identification purposes and the failure to list an expiration date does not indicate whether any particular executory contract or unexpired lease is subject to an expiration date. The Debtors reserve all rights with respect to the extirpation date, if any, of any executory contract or unexpired lease

[3] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[4] Cure Amount excludes financing agreements

4700728

# Compute North Holdings, Inc. - Assumption Notices[1]
*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Expiration Date[2] | Cure Amount[3, 4] |
|---|---|---|---|---|
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON ASSIGNMENT AGREEMENT 12 02 21 | COMPUTE NORTH TX06 LLC / CN WOLF HOLLOW LLC | | $0.00 |
| M.A MORTENSON COMPANY ATTN KEITH KAPALA, VP & GEN MANAGER 700 MEADOW LANE N MINNEAPOLIS, MN 55422 | MORTENSON ASSIGNMENT AGREEMENT 02 22 22 | COMPUTE NORTH TX14 LLC / CN KING MOUNTAIN LLC | | $0.00 |

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] The Expiration Date column is included solely for identification purposes and the failure to list an expiration date does not indicate whether any particular executory contract or unexpired lease is subject to an expiration date. The Debtors reserve all rights with respect to the extirpation date, if any, of any executory contract or unexpired lease

[3] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[4] Cure Amount excludes financing agreements

*Page 5 of 5*

4700728

**EXHIBIT B**

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

057 INVESTMENTS INC
ATTN PRESIDENT
5718 WESTHEIMER, STE 1806
HOUSTON, TX  77057

21MM SOLUTIONS LLC
ATTN MANAGING MEMBER
10555 COSSEY RD
HOUSTON, TX  77070

7575 MANAGEMENT LLC
ATTN LEGAL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

A&H ELECTRIC COMPANY
ATTN DEPARTMENT MANAGER
3505 N LOOP 336 W
CONROE, TX  77304

ABRY PARTNERS II LLC
ATTN GENERAL COUNSEL & CCO
888 BOYLSTON ST, STE 1600
BOSTON, MA  02199

ACCEPTCOIN
ATTN PRINCIPAL
192 WATERLOO ST
#05-01 SKY LINE BLDG
SINGAPORE  187966  SINGAPORE

ACCEPTCOIN
ATTN PRINCIPAL
192 WATERLOO ST
#05-01 SKYLINE BLDG
SINGAPORE  187968  SINGAPORE

ACCIONA ENERGY USA GLOBAL LLC
ATTN GENERAL COUNSEL
55 E MONROE ST, STE 1925
CHICAGO, IL  60603

ACHESON, DARREN
ACHESON REVOCABLE TRUST
2843 BURNHAM BLVD.
MINNEAPOLIS, MN  55416

ACOUSTIBLOK

ACT COMMODITIES
ATTN FINANCE DIRECTOR
437 MADISON AVE 17A
NEW YORK, NY  10022

ADVANCED GENERATION DEVELOPMENT
ATTN PRESIDENT
2437 GIRARD AVE S
MINNEAPOLIS, MN  55405

ADX LABS INC
ATTN CHIEF INFORMATION OFFICER
120 S 6TH ST, STE 1000
MINNEAPOLIS, MN  55402

AES CLEAN ENERGY DEVELOPMENT LLC
ATTN DIRECTOR
2180 S 1300 E, STE 600
SALT LAKE CITY, UT  84106

AGATE CAPITAL PARTNERS
ATTN MANAGING PARTNER
1230 MIDAS WAY, STE 250
SUNNYVALE, CA  94085

AGILOFT INC
ATTN VP, SALES OPERATIONS
460 SEAPORT CT, STE 200
REDWOOD CITY, CA  94063

ALLTEL CORP
D/B/A VERIZON WIRELESS
ONE VERIZON WAY, MS 4AW100
BASKING RIDGE, NJ  7920

ALPHA TESTING INC
ATTN ENVIRONMENTAL DEPT MGR
2209 WISCONSIN ST
DALLAS, TX  75229

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

ALPHA WAVE VENTURES II LP
PO BOX 309
UGLAND HOUSE
GRAND CAYMAN  KY1-1104
CAYMAN ISLANDS

ALPHAMINE LLC
ATTN MANAGING MEMBER
1210 TELLEM DR
PACIFIC PALISADES, CA  90272

ALTMAN SOLON LLP
ATTN PARTNER
35 PORTMAN SQ
NORTH STE, 5TH FL
LONDON  W1H 6LR  UNITED KINGDOM

AMAZON WEB SERVICES INC
410 TERRY AVE N
SEATTLE, WA  98109-5210

AMROK HOMES INC
ATTN VP OF SUSTAINABLE TECHNOLOGY
1222 SE 47TH ST
CAPE CORAL, FL  33904

AMSHORE VENTURES LLC
ATTN OWNER
28496 RANCH ROAD 12, STE 200
DRIPPING SPRINGS, TX  78620

ANAPLAN INC
ATTN SR ASSC GENERAL COUNSEL
300 NORTH 1ST AVE #500
MINNEAPOLIS, MN  55401

ANCHOR CAPITAL
ATTN CHIEF EXEC OFFICER
5910 N CENTRAL PKWY
DALLAS, TX  75206

ANCHORAGE CAPITAL GROUP LLC
ATTN SECRETARY
610 BROADWAY, 6TH FL
NEW YORK, NY  10012

ANDALUSIAN PRIVATE CAPITAL LP
ATTN PRESIDENT
51 JOHN F. KENNEDY PKWY
SHORT HILLS, NJ  07078

ANDERSON TRUCKING SERVICE INC
ATTN DIRECTOR OF FINANCE
725 OPPORTUNITY DRIVE
ST. CLOUD, MN  56301

ANGEL ISLAND CAPITAL MANAGEMENT LLC
ATTN NICOLE J. MACARCHUK
1 EMBARCADERO CENTER, STE 2150
SAN FRANCISCO, CA  94111

ANKR GLOBAL
ATTN DIRECTOR
91 SPRINGBOARD
GACHIBOWALI, HYDERABAD  500081
INDIA

ANOTHER CRYPTO LLC
ATTN CHIEF EXEC OFFICER
39 AUDUBON LANE
SHELTON, CT  06484

ANOTHER CRYPTO LLC
ATTN OWNER
39 AUDUBON LANE
SHELTON, CT  06484

ANTALPHA TECHNOLOGIES LIMITED
C/O MAPLES CORPORATE SERVICES (BVI) LTD
ATTN CFO
PO BOX 173
ROAD TOWN, TORTOLA  BRITISH VIRGIN
ISLANDS

ANTARA CAPITAL LP
ATTN COO / CFO
500 FIFTH AVE
NEW YORK, NY  10110

AON RISK SERVICES CENTRAL INC
ATTN SR VP
5600 WEST 83RD ST
MINNEAPOLIS, MN  55437

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by:  October 18, 2022**

APIS ENERGY GROUP LLC
ATTN MANAGING PARTNER
236 E RD
ALFORD, MA  01266

APOLLO MANAGEMENT HOLDINGS LP
ATTN VP
9 WEST 57TH ST
NEW YORK, NY  10019

AQ GROUPIO
ATTN DIRECTOR
OFFICE 611, LEVEL 6
THE FAIRMONT DUBAI, SHEIKH
ZAYED ROAD DUBAI  UNITED ARAB EMIRATES

ARBOUR LANE
ATTN PARTNER
700 CANAL ST
STAMFORD, CT  06902

ARCLIGHT CAPITAL PARTNERS LLC
ATTN CHRISTINE MILLER, ASSOC GEN COUNSEL
200 CLARENDON ST, 55TH FL
BOSTON, MA  2116

ARCOS POWER CORP
ATTN KEVEN SEBASTIAN, EVP SALES &
MARKETING
401 9TH AVE SW, STE 865
CALGARY, AB  T2P 3C5
CANADA

ARCTOS CAPITAL LLC
2443 FILLMORE ST, #406
SAN FRANCISCO, CA  94115

ARISTA NETWORKS INC
ATTN MARC TAXAY, SR VP/GEN COUNSEL
5453 GREAT AMERICA PKWY
SANTA CLARA, CA  95054

ARMSTRONG CAPITAL LLC
ONE PARK PLACE, STE 200
ANNAPOLIS, MD  21401

ARSENAL GROUP LLC
ATTN WILLIAM HARLEY, III, PRESIDENT
678 SNELLS BUSH RD
LITTLE FALLS, NY  13365

ARTESIAN FT
ATTN NOAH KATZ, CEO
425 2ND ST, #100
SAN FRANCISCO, CA  94107

ASSOCIATED BANC CORP
ATTN STEPHEN O'HARA, SR VP
202 SNELLING AVE N
SAINT PAUL, MN  55082

AT&T
ATTN JONATHAN LAWSON
300 N POINT PKWY
ALPHARETTA, GA  30005

AT&T CORP
ATTN JONATHAN LAWSON
300 N POINT PKWY
ALPHARETTA, GA  30005

AT&T CORP
ATTN MASTER AGREEMENT SUPPORT
ONE AT&T WAY
BEDMINSTER, NJ  07921-0752

ATNORTH EHF
ATTN AEGIR RAFN MAGNUSSON, BUS DEV DIR
STEINHELLA 10
221 HAFNARFJORDUR
ICELAND

AURADINE INC
ATTN BARUN KAR, CEO
985 PARADISE WAY
PALO ALTO, CA  94306

AUTHORITY ELECTRIC & A/C
ATTN WALTER BRUMLEY
600 N BIRDWELL LN
BIG SPRING, TX  79720

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.
Case #:  22-90273

Notices mailed by:  October 18, 2022

Contract Cure

Page 4 of  62

AVANGRID RENEWABLES LLC
ATTN LEGAL
1310 POINT ST, 8TH FL
BALTIMORE, MD  21231

AVINC
ATTN CHIEF EXEC OFFICER
30 N GOULD ST
SHERIDAN, WY  78654

BAILLIE GIFFORD & CO
CALTON SQUARE
1 GREENSIDE ROW
EDINBURGH  EH1 3AM
UNITED KINGDOM

BAKER TILLY US LLP
ATTN PARTNER
225 S 6TH ST, STE 2300
MINNEAPOLIS, MN  55402

BAKER, BREANNA
10323 W 34TH CIR
MINNETONKA, MN  55305-4557

BALDWIN DESIGN CONSULTANTS PA
1700-D EAST ARLINGTON BLVD
GREENVILLE, NC  27858

BANGER DAYLIGHTING CORPORATION
4646 SOUTHVIEW DRIVE
CORPUS CHRISTI, TX  78408

BARDIN HILL OPPORTUNISTIC CREDIT MASTER
FUND LP
299 PARK AVE, 24TH FL
NEW YORK, NY  10171

BARRON, SPENCER
2295 CLOVER FIELD DR
CHESKA, MN  55318

BAYSIDE CAPITAL INC
ATTN VP
1450 BRICKELL AVE, 31AT FL
MIAMI, FL  33131

BCW SECURITIES LLC
ATTN CHIEF COMPLIANCE OFFICER
55 POST RD W, STE 200
WESTPORT, CT  06880

BDD-TECH
ATTN VP
2701, 27TH FL, CENTRAL PLAZA
18 BARBOUR RD
WANCHAI  HONG KONG

BDO USA LLP

BEACH POINT CAPITAL MANAGEMENT LP

BELYEA COMPANY
ATTN PRES
2200 NORTHWOOD AVE
EASTON, PA  18045

BG VENTURES
PO BOX 458
KEARNEY, NE  68848

BHI HOLDINGS LLC
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

BINANCE CAPITAL MANAGEMENT CO LTD
30 DE CASTRO ST
WICKHAMS CAY 1
PO BOX 4519 RD
ROAD TOWN  BRITISH VIRGIN ISLANDS

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #: 22-90273

Notices mailed by: October 18, 2022


BIOCFINITY LLC
ATTN CHIEF OPERATING OFFICER
30 N GOULD ST, STE R
SHERIDAN, WY  82801

BIRCH INFRASTRUCTURE PBLLC
ATTN CHIEF EXEC OFFICER
14559 WESTLAKE DR, STE C
LAKE OSWEGO, OR  97035

BITFIELD NV
ATTN CHIEF EXEC OFFICER
CLAUDE DEBUSSYLAAN 7
AMSTERDAM MC  1082
THE NETHERLANDS


BITFURY HOLDING BV, THE
STRAWINSKYLAAN 3051
AMSTERDAM  1077ZX
THE NETHERLANDS

BITMAIN DELAWARE HOLDING COMPANY INC
ATTN CHIEF EXEC OFFICER
850 NEW BURTON RD, STE 201
DOVER, KENT, DE  19904

BITMAIN TECHNOLOGIES LTD
ATTN ZIYANG HE
UNIT A1 OF UNIT A, 11TH FL, SUCCESS
COMMERCIAL BLDG
245-251 HENNESSY RD
WAN CHAI  HONG KONG


BITMAIN TECHNOLOGIES LTD
UNIT D, 16/F, ONE CAPITAL PLACE
18 LUARD RD
WAN CHAI
HONG KONG

BITOODA HOLDINGS INC
ATTN CHIEF OPERATING OFFICER
33 COMMERCIAL ST
RAYNHAM, MA  2767

BITSTAMP LTD


BLACKROCK CAPITAL MARKETS GROUP
ATTN MD
55 E 52ND ST
NEW YORK, NY  10055

BLACKROCK FINANCIAL MANAGEMENT INC
ATTN MD
55 E 52ND ST
NEW YORK, NY  10055

BLACKSTONE ALTERNATIVE SOLUTIONS LLC
345 PARK AVE
NEW YORK, NY  10154


BLD HOLDINGS
ATTN PRESIDENT
6368 NW 23RD CT
BOCA RATON, FL  33496

BLOCK FUSION
10250 E CONSTELLATION BLVD
LOS ANGELES, CA  90067

BLOCKFI INC
201 MONTGOMERY ST, STE 263
JERSEY CITY, NJ  7302


BLOCKING ACCESS UK LTD
TALLIS HOUSE, 2 TALLIS ST
LONDON  EC4Y 0AB
UNITED KINGDOM

BLOOMBERG FINANCE LP
ATTN GENERAL PARTNER
731 LEXINGTON AVE
NEW YORK, NY  10022

BLUE HG
ATTN MANAGING PARTNER
9031 CEDAR RIDGE
LANTANA, TX  76226

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

BMINING PTE LTD
ATTN CHIEF EXEC OFFICER
20 CECIL ST, PLUS BLDG, #09-06
SINGAPORE
SINGAPORE

BMO
111 W MONROE ST, #9C
CHICAGO, IL  60603

BMO HARRIS BANK NA
ATTN DOCUMENTATION ANALYSIS AND
CONTROL
111 WEST MONROE ST, 9C
CHICAGO, IL  60603

BMO HARRIS BANK NA
111 W MONROE
CHICAGO, IL  60603

BMO HARRIS BANK NA
111 W MONROE ST, #9C
CHICAGO, IL  60603

BMO HARRIS BANK NA
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

BMO HARRIS BANK NA
ATTN CHIEF FINANCIAL OFFICER
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

BOONE, JOE
400 WATER ST, STE 200
EXCELSIOR, MN  5331

BOOTSTRAP ENERGY LLC
ATTN STEVEN QUISENBERRY
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219

BOOTSTRAP ENERGY LLC
ATTN CHIEF DEVELOPMENT OFFICER
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219

BOOTSTRAP ENERGY LLC
ATTN CHIEF EXEC OFFICER
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219

BREEZY POINT ENERGY LLC
ATTN CHIEF EXEC OFFICER
74 SULLIVAN DR
WEST ORANGE, NJ  07052

BREGAL INVESTMENTS INC
O/B/O BREGAL SAGEMOUNT III LP
ATTN CORPORATE COUNSEL
277 PARK AVE, 29TH FL
NEW YORK, NY  10172

BRIDGEWATER BANK
ATTN ASST VICE PRESIDENT
4400 EXCELSIOR BLVD
ST LOUIS PARK, MN  55416

BRIGADE CAPITAL MANAGEMENT LP
ATTN GENERAL COUNSEL/CCO
399 PARK AVE, 16TH FL
NEW YORK, NY  10022

BRIGHTWOOD CAPITAL ADVISORS LLC
810 SEVENTH AVE, 26TH FL
NEW YORK, NY  10019

BROOKFIELD POWER US ASSET MGNT LLC
ATTN GENERAL COUNSEL
200 LIBERTY ST, 14TH FL
NEW YORK, NY  10281

BTM POWER VENTURES LLC
ATTN PRES
5706 E MOCKINGBIRD LN, STE 115 #382
DALLAS, TX  75206

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CAGE CIVIL

CALLANISH CAPITAL LLC
ATTN PARTNER
13911 RIDGEDALE DR, STE 478
MINNETONKA, MN  55305

CANAAN INC

CASTLELAKE LP
ATTN VP
4600 WELLS FARGO CTR
90 S 7TH ST
MINNEAPOLIS, MN  55402

CELSIUS NETWORK LIMITED
ATTN GENERAL COUNSEL & HEAD OF M&A
THE HARLEY BLDG
77-79 NEW CAVENDISH ST
LONDON  W1W 6XB  UNITED KINGDOM

CELTIC INDUSTRIAL SERVICES
ATTN SEAN P CALLAHAN
1749 MILL RD
WEST FALLS, NY  14170

CES CORPORATION
ATTN PRESIDENT/CEO
11130 224 ST
EDMONTON, AB  T5S 2R6
CANADA

CH ROBINSON COMPANY INC
ATTN VICE PRESIDENT
14701 CHARLSON RD
EDEN PRAIRIE, MN  55347

CH ROBINSON COMPANY INC
PO BOX 9121
ATTN: ANNETTE DRIESLEIN
MINNEAPOLIS, MN  55480-9121

CHABERTON ENERGY HOLDINGS INC
ATTN CHIEF EXEC OFFICER
11900 PARKLAWN DR, STE 406
NORTH BETHESDA, MD  20852

CHAMBER OF DIGITAL COMMERCE
ATTN VP, DEVELOPMENT
1667 K ST NW, STE 640
WASHINGTON, DC  20006

CHAMBER OF DIGITAL COMMERCE

CHANG, ROB
29 QUEENS QUEAY E
TORONTO, ON  M5E 0A4
CANADA

CHARLES SCHWAB TRUST BANK
ATTN ASSET CONTROL
PO BOX 52087
PHOENIX, AZ  85072-2087

CHARLESBANK CREDIT OPPS FUND II LP
ATTN SR DIRECTOR, LEGAL
200 CLARENDON ST, 54TH FL
BOSTON, MA  02116

CHEMFOUNDRY INC
D/B/A ENGINEERED FLUIDS
ATTN PRESIDENT
4548 CANTINA DRIVE
TYLER, TX  75708

CHOLLA PETROLEUM INC
12221 MERIT DR, STE 1300
DALLAS, TX  75251

CHUANGLIAN
ATTN HEAD OF INVESTMENTS
STE 905-906, 9/F CHINA EVERGRANDE CENTRE
38 GLOUCESTER RD
WAN CHAI  HONG KONG

Debtor: **COMPUTE NORTH HOLDINGS, INC, et al.**
Contract Cure

Case #: **22-90273**

Notices mailed by: **October 18, 2022**

CIBC BANK USA
ATTN MANAGING DIRECTOR
120 S LASALLE ST
CHICAGO, IL  60603

CIELO LAND AND CATTLE LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

CIGANEK, ROBERT
10101 BREN RD E, 151
MINNETONKA, MN  55343

CITADEL ENTERPRISE AMERICAS LLC
131 S DEARBORN ST
CHICAGO, IL  60603

CITIGROUP ENERGY INC

CITIGROUP GLOBAL MARKETS INC
ATTN MANAGING DIRECTOR
388 GREENWICH ST
NEW YORK, NY  10013

CITIZEN VENTURES
ATTN OWNER
16791 INTERLACHEN CT
LAKEVILLE, MN  55044

CITY GOVERNMENT OF WILSON, NC
ATTN DIRECTOR OF WILSON ENERGY
1800 HERRING AVE E
WILSON, NC  27893

CITY OF KEARNEY, NE
ATTN PRES
PO BOX 607
1007 2ND AVE
KEARNEY, NE  68848-0607

CITY OF KEARNEY, NE
ATTN HAROLD L HADLAND, GENERAL COUNSEL
1414 15TH ST
PO BOX 499
COLUMBUS, NE  68602-0499

CITY OF MINDEN, NE
ATTN PRES
PO BOX 607
1007 2ND AVE
KEARNEY, NE  68848-0607

CITY OF MINDEN, NE
ATTN CITY ADMIN/FINANCE DIR
325 NORTH COLORADO
MINDEN, NE  68959

CITY OF WHARTON, TX

CLEARSKY POWER & TECHNOLOGY FUND II LLC
ATTN CHIEF FINANCIAL OFFICER
11231 US HWY 1, STE 395
NORTH PALM BEACH, FL  33408

CLEARWAY ENERGY GROUP LLC
ATTN GENERAL COUNSEL
5780 FLEET ST, STE 130
CARLSBAD, CA  92008

CODINGTON-CLARK ELECTRIC CO-OP INC

CODINGTON-CLARK ELECTRIC CO-OP INC
ATTN GENERAL MANAGER
3520 9TH AVE SW
WATERTOWN, SD  57201

COF III STRATEGIES I LP
650 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA  92660

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

COFFMAN ENGINEERS INC
ATTN VP ENERGY & SUSTAINABILITY
1101 2ND AVE, STE 400
SEATTLE, WA  98101

COFFMAN ENGINEERS INC
8951 CYPRESS WATERS BLVD #160
DALLAS, TX  75019

COFFMAN ENGINEERS INC
1939 HARRISON ST #320
OAKLAND, CA  94612

COFFMAN ENGINEERS INC
10 N POST ST, STE 500
SPOKANE, WA  99201

COIN TOSS
348 US 9 N
ATTN: PAVEL KAPELNIKOV
MANALAPAN, NJ  07726

COLDSTREAM ENERGY LLC
ATTN PRESIDENT AND CEO
8150 N CENTRAL EXPWY, STE 1550
DALLAS, TX  75206

COLLINS, JOHN
13839 BAYCLIFF DR
N. PALM BEACH, FL  33408

COLORADO BEND II POWER LLC
ATTN JUSTIN COLDEWAY
10 S DEARBORN ST, 52ND FLR
CHICAGO, IL  60603

COMMONWEALTH ELECTRIC COMPANY
1901 Y ST, STE 101
LINCOLN, NE  68506

COMMONWEALTH ELECTRIC COMPANY
ATTN VP
3910 SOUTH ST
LINCOLN, NE  68506

COMMONWEALTH ELECTRIC COMPANY
ATTN JAKE GABLE
472 26TH AVE
COLUMBUS, NE  68601

COMMONWEALTH ELECTRIC COMPANY
ATTN GARY DEMMEL
1901 Y ST, #100
PO  BOX 80638
LINCOLN, NE  68503

CONCORD ACQUISITION CORP II
477 MADISON AVE
NEW YORK, NY  10022

CONSTELLATION COMMERCIAL
PO BOX 4911
HOUSTON, TX  77210-4911

CONSTELLATION COMMERCIAL
C/O TZRC LLC
ATTN GEN COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

CONSTELLATION ENERGY GENERATION LLC
ATTN LEGAL
1310 POINT ST, 8TH FL
BALTIMORE, MD  21231

CONSTELLATION NEWENERGY INC
PO BOX 4911
HOUSTON, TX  77210-4911

CONSTELLATION NEWENERGY INC
C/O TZRC LLC
ATTN GEN COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**


CONSTELLATION NEWENERGY INC
C/O EXCELON GENERATION COMPANY LLC
ATTN ASSOC GEN COUNSEL, LEGAL
WHOLESALE
1310 POINT ST, 8TH FL
BALTIMORE, MD  21231

CONSTELLATION NEWENERGY INC
ATTN WHOLESALE ORIGINATION
1310 POINT ST, 8TH FL
BALTIMORE, MD  21231

CONTRACT LOGIX LLC
55 TECHNOLOGY DR, STE 103
LOWELL, MA  1851


COOLEY, DAN
9231 W 23RD ST
MINNEAPOLIS, MN  55426

COPENHAGEN INFRASTRUCTURE II K/S
ATTN FLORIAN KUSTER
AMERIKA PLAD 29, 2
COPENHAGEN O  2100
DENMARK

CORBETTA, SIRA
SCHILLER 256
MIGUEL HIDALGO
CDMX  11560
MEXICO


COREWEAVE INC
12 COMMERCE ST
SPRINGFIELD, NJ  7081

CORNER GROWTH ACQUISTION CORP
251 LYTTON AVE, STE 200
PALO ALTO, CA  94301

CORPURS CHRISTI ENERGY PARK LLC
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219


COULBY, HAROLD E, JR
1510 STABLERSMILE RD
WHITEHALL, MD  21161

COWEN & COMPANY LLC
ATTN MANAGING DIR
599 LEXINGTON AVE
NEW YORK, NY  10022

CRAIG-HALLUM CAPITAL GROUP LLC


CRAVEN, JOE
123Y ANDOVER AVE
EAU CLAIRE, WI  54703

CRESTLINE MANAGEMENT LP
ATTN ASST GENERAL COUNSEL
201 MAIN ST, STE 1900
FORT WORTH, TX  76102

CROSS OCEAN PARTNERS MANAGEMENT LP
ATTN GENERAL COUNSEL
20 HORSENECK LN
GREENWICH, CT  06830


CRUX RUBICON INC
ATTN CHIEF EXEC OFFICER
8964 EDEN ENGLISH TURN
EDEN PRAIRIE, MN  55347

CRYPTECH SOLUTIONS
ATTN CHIEF EXEC OFFICER
30 COVE ISLAND RD
SOUTH HADLEY, MA  01075

CRYPTO FINANCE CONFERENCE AG
VIA MAISTRA 7
7500 ST MORITZ
SWITZERLAND

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CSD ENERGY ADVISORS LLC
ATTN MANAGING PARTNER
2607 WHITE OAK DR
HOUSTON, TX  77009

CSI LEASING INC
ATTN VICE PRESIDENT
9990 OLD OLIVE ST RD
ST LOUIS, MO  63141

CUDO VENTURES LTD
ATTN BUS DEV DIRECTOR
KEMP HOUSE
160 CITY RD
LONDON  EC1V 2NX  UNITED KINGDOM

CUDO VENTURES LTD
ATTN PETE HILL, PARTNERSHIP DIR
KEMP HOUSE
160 CITY RD
LONDON  EC1V 2NX  UNITED KINGDOM

CUSTOMER NO. 1 – NAME REDACTED

CUSTOMER NO. 2 – NAME REDACTED

CUSTOMER NO. 5 – NAME REDACTED

CUSTOMER NO. 6 – NAME REDACTED

CUSTOMER NO. 8 – NAME REDACTED

CUSTOMER NO. 9 – NAME REDACTED

CUSTOMER NO. 10 – NAME REDACTED

CUSTOMER NO. 13 – NAME REDACTED

CUSTOMER NO. 15 – NAME REDACTED

CUSTOMER NO. 17 – NAME REDACTED

CUSTOMER NO. 18 – NAME REDACTED

CUSTOMER NO. 20 – NAME REDACTED

CUSTOMER NO. 21 – NAME REDACTED

CUSTOMER NO. 22 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 24 – NAME REDACTED     CUSTOMER NO. 25 – NAME REDACTED     CUSTOMER NO. 27 – NAME REDACTED

CUSTOMER NO. 29 – NAME REDACTED     CUSTOMER NO. 31 – NAME REDACTED     CUSTOMER NO. 34 – NAME REDACTED

CUSTOMER NO. 37 – NAME REDACTED     CUSTOMER NO. 39 – NAME REDACTED     CUSTOMER NO. 40 – NAME REDACTED

CUSTOMER NO. 41 – NAME REDACTED     CUSTOMER NO. 45 – NAME REDACTED     CUSTOMER NO. 46 – NAME REDACTED

CUSTOMER NO. 47 – NAME REDACTED     CUSTOMER NO. 48 – NAME REDACTED     CUSTOMER NO. 49 – NAME REDACTED

CUSTOMER NO. 50 – NAME REDACTED     CUSTOMER NO. 53 – NAME REDACTED     CUSTOMER NO. 54 – NAME REDACTED

Contract Cure

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 55 – NAME REDACTED | CUSTOMER NO. 56 – NAME REDACTED | CUSTOMER NO. 57 – NAME REDACTED |
| CUSTOMER NO. 58 – NAME REDACTED | CUSTOMER NO. 60 – NAME REDACTED | CUSTOMER NO. 61 – NAME REDACTED |
| CUSTOMER NO. 62 – NAME REDACTED | CUSTOMER NO. 63 – NAME REDACTED | CUSTOMER NO. 64 – NAME REDACTED |
| CUSTOMER NO. 65 – NAME REDACTED | CUSTOMER NO. 68 – NAME REDACTED | CUSTOMER NO. 69 – NAME REDACTED |
| CUSTOMER NO. 70 – NAME REDACTED | CUSTOMER NO. 71 – NAME REDACTED | CUSTOMER NO. 72 – NAME REDACTED |
| CUSTOMER NO. 73 – NAME REDACTED | CUSTOMER NO. 75 – NAME REDACTED | CUSTOMER NO. 79 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 80 – NAME REDACTED | CUSTOMER NO. 82 – NAME REDACTED | CUSTOMER NO. 84 – NAME REDACTED |
| CUSTOMER NO. 86 – NAME REDACTED | CUSTOMER NO. 87 – NAME REDACTED | CUSTOMER NO. 89 – NAME REDACTED |
| CUSTOMER NO. 91 – NAME REDACTED | CUSTOMER NO. 93 – NAME REDACTED | CUSTOMER NO. 94 – NAME REDACTED |
| CUSTOMER NO. 97 – NAME REDACTED | CUSTOMER NO. 98 – NAME REDACTED | CUSTOMER NO. 100 – NAME REDACTED |
| CUSTOMER NO. 102 – NAME REDACTED | CUSTOMER NO. 103 – NAME REDACTED | CUSTOMER NO. 104 – NAME REDACTED |
| CUSTOMER NO. 104 – NAME REDACTED | CUSTOMER NO. 104 – NAME REDACTED | CUSTOMER NO. 105 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 106 – NAME REDACTED

CUSTOMER NO. 110 – NAME REDACTED

CUSTOMER NO. 112 – NAME REDACTED

CUSTOMER NO. 113 – NAME REDACTED

CUSTOMER NO. 118 – NAME REDACTED

CUSTOMER NO. 119 – NAME REDACTED

CUSTOMER NO. 120 – NAME REDACTED

CUSTOMER NO. 121 – NAME REDACTED

CUSTOMER NO. 124 – NAME REDACTED

CUSTOMER NO. 125 – NAME REDACTED

CUSTOMER NO. 127 – NAME REDACTED

CUSTOMER NO. 128 – NAME REDACTED

CUSTOMER NO. 130 – NAME REDACTED

CUSTOMER NO. 131 – NAME REDACTED

CUSTOMER NO. 132 – NAME REDACTED

CUSTOMER NO. 133 – NAME REDACTED

CUSTOMER NO. 134 – NAME REDACTED

CUSTOMER NO. 135 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 137 – NAME REDACTED | CUSTOMER NO. 138 – NAME REDACTED | CUSTOMER NO. 139 – NAME REDACTED |
| CUSTOMER NO. 140 – NAME REDACTED | CUSTOMER NO. 141 – NAME REDACTED | CUSTOMER NO. 142 – NAME REDACTED |
| CUSTOMER NO. 144 – NAME REDACTED | CUSTOMER NO. 145 – NAME REDACTED | CUSTOMER NO. 146 – NAME REDACTED |
| CUSTOMER NO. 147 – NAME REDACTED | CUSTOMER NO. 148 – NAME REDACTED | CUSTOMER NO. 149 – NAME REDACTED |
| CUSTOMER NO. 150 – NAME REDACTED | CUSTOMER NO. 151 – NAME REDACTED | CUSTOMER NO. 152 – NAME REDACTED |
| CUSTOMER NO. 153 – NAME REDACTED | CUSTOMER NO. 154 – NAME REDACTED | CUSTOMER NO. 155 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

Contract Cure

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 156 – NAME REDACTED        CUSTOMER NO. 157 – NAME REDACTED        CUSTOMER NO. 158 – NAME REDACTED

CUSTOMER NO. 159 – NAME REDACTED        CUSTOMER NO. 160 – NAME REDACTED        CUSTOMER NO. 161 – NAME REDACTED

CUSTOMER NO. 163 – NAME REDACTED        CUSTOMER NO. 164 – NAME REDACTED        CUSTOMER NO. 166 – NAME REDACTED

CUSTOMER NO. 167 – NAME REDACTED        CUSTOMER NO. 168 – NAME REDACTED        CUSTOMER NO. 169 – NAME REDACTED

CUSTOMER NO. 170 – NAME REDACTED        CUSTOMER NO. 171 – NAME REDACTED        CUSTOMER NO. 173 – NAME REDACTED

CUSTOMER NO. 175 – NAME REDACTED        CUSTOMER NO. 177 – NAME REDACTED        CUSTOMER NO. 178 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 179 – NAME REDACTED | CUSTOMER NO. 180 – NAME REDACTED | CUSTOMER NO. 181 – NAME REDACTED |
| CUSTOMER NO. 182 – NAME REDACTED | CUSTOMER NO. 183 – NAME REDACTED | CUSTOMER NO. 185 – NAME REDACTED |
| CUSTOMER NO. 186 – NAME REDACTED | CUSTOMER NO. 188 – NAME REDACTED | CUSTOMER NO. 189 – NAME REDACTED |
| CUSTOMER NO. 190 – NAME REDACTED | CUSTOMER NO. 191 – NAME REDACTED | CUSTOMER NO. 191 – NAME REDACTED |
| CUSTOMER NO. 193 – NAME REDACTED | CUSTOMER NO. 194 – NAME REDACTED | CUSTOMER NO. 195 – NAME REDACTED |
| CUSTOMER NO. 196 – NAME REDACTED | CUSTOMER NO. 197 – NAME REDACTED | CUSTOMER NO. 198 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 199 – NAME REDACTED | CUSTOMER NO. 200 – NAME REDACTED | CUSTOMER NO. 200 – NAME REDACTED |
| CUSTOMER NO. 200 – NAME REDACTED | CUSTOMER NO. 200 – NAME REDACTED | CUSTOMER NO. 200 – NAME REDACTED |
| CUSTOMER NO. 203 – NAME REDACTED | CUSTOMER NO. 204 – NAME REDACTED | CUSTOMER NO. 205 – NAME REDACTED |
| CUSTOMER NO. 207 – NAME REDACTED | CUSTOMER NO. 211 – NAME REDACTED | CUSTOMER NO. 212 – NAME REDACTED |
| CUSTOMER NO. 214 – NAME REDACTED | CUSTOMER NO. 215 – NAME REDACTED | CUSTOMER NO. 217 – NAME REDACTED |
| CUSTOMER NO. 220 – NAME REDACTED | CUSTOMER NO. 221 – NAME REDACTED | CUSTOMER NO. 222 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 224 – NAME REDACTED

CUSTOMER NO. 227 – NAME REDACTED

CUSTOMER NO. 228 – NAME REDACTED

CUSTOMER NO. 229 – NAME REDACTED

CUSTOMER NO. 230 – NAME REDACTED

CUSTOMER NO. 231 – NAME REDACTED

CUSTOMER NO. 233 – NAME REDACTED

CUSTOMER NO. 236 – NAME REDACTED

CUSTOMER NO. 238 – NAME REDACTED

CUSTOMER NO. 239 – NAME REDACTED

CUSTOMER NO. 240 – NAME REDACTED

CUSTOMER NO. 241 – NAME REDACTED

CUSTOMER NO. 242 – NAME REDACTED

CUSTOMER NO. 243 – NAME REDACTED

CUSTOMER NO. 244 – NAME REDACTED

CUSTOMER NO. 245 – NAME REDACTED

CUSTOMER NO. 247 – NAME REDACTED

CUSTOMER NO. 249 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**
Contract Cure

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 250 – NAME REDACTED | CUSTOMER NO. 251 – NAME REDACTED | CUSTOMER NO. 254 – NAME REDACTED |
| CUSTOMER NO. 257 – NAME REDACTED | CUSTOMER NO. 259 – NAME REDACTED | CUSTOMER NO. 259 – NAME REDACTED |
| CUSTOMER NO. 261 – NAME REDACTED | CUSTOMER NO. 262 – NAME REDACTED | CUSTOMER NO. 264 – NAME REDACTED |
| CUSTOMER NO. 265 – NAME REDACTED | CUSTOMER NO. 266 – NAME REDACTED | CUSTOMER NO. 267 – NAME REDACTED |
| CUSTOMER NO. 268 – NAME REDACTED | CUSTOMER NO. 269 – NAME REDACTED | CUSTOMER NO. 270 – NAME REDACTED |
| CUSTOMER NO. 270 – NAME REDACTED | CUSTOMER NO. 270 – NAME REDACTED | CUSTOMER NO. 271 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

Contract Cure

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 272 – NAME REDACTED | CUSTOMER NO. 273 – NAME REDACTED | CUSTOMER NO. 274 – NAME REDACTED |
| CUSTOMER NO. 275 – NAME REDACTED | CUSTOMER NO. 276 – NAME REDACTED | CUSTOMER NO. 277 – NAME REDACTED |
| CUSTOMER NO. 278 – NAME REDACTED | CUSTOMER NO. 281 – NAME REDACTED | CUSTOMER NO. 282 – NAME REDACTED |
| CUSTOMER NO. 283 – NAME REDACTED | CUSTOMER NO. 284 – NAME REDACTED | CUSTOMER NO. 285 – NAME REDACTED |
| CUSTOMER NO. 286 – NAME REDACTED | CUSTOMER NO. 287 – NAME REDACTED | CUSTOMER NO. 288 – NAME REDACTED |
| CUSTOMER NO. 290 – NAME REDACTED | CUSTOMER NO. 292 – NAME REDACTED | CUSTOMER NO. 294 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 296 – NAME REDACTED | CUSTOMER NO. 297 – NAME REDACTED | CUSTOMER NO. 298 – NAME REDACTED |
| CUSTOMER NO. 299 – NAME REDACTED | CUSTOMER NO. 300 – NAME REDACTED | CUSTOMER NO. 301 – NAME REDACTED |
| CUSTOMER NO. 303 – NAME REDACTED | CUSTOMER NO. 304 – NAME REDACTED | CUSTOMER NO. 305 – NAME REDACTED |
| CUSTOMER NO. 306 – NAME REDACTED | CUSTOMER NO. 307 – NAME REDACTED | CUSTOMER NO. 308 – NAME REDACTED |
| CUSTOMER NO. 310 – NAME REDACTED | CUSTOMER NO. 311 – NAME REDACTED | CUSTOMER NO. 313 – NAME REDACTED |
| CUSTOMER NO. 314 – NAME REDACTED | CUSTOMER NO. 315 – NAME REDACTED | CUSTOMER NO. 316 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Contract Cure**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 317 – NAME REDACTED | CUSTOMER NO. 319 – NAME REDACTED | CUSTOMER NO. 320 – NAME REDACTED |
| CUSTOMER NO. 321 – NAME REDACTED | CUSTOMER NO. 322 – NAME REDACTED | CUSTOMER NO. 323 – NAME REDACTED |
| CUSTOMER NO. 324 – NAME REDACTED | CUSTOMER NO. 325 – NAME REDACTED | CUSTOMER NO. 326 – NAME REDACTED |
| CUSTOMER NO. 327 – NAME REDACTED | CUSTOMER NO. 329 – NAME REDACTED | CUSTOMER NO. 330 – NAME REDACTED |
| CUSTOMER NO. 331 – NAME REDACTED | CUSTOMER NO. 332 – NAME REDACTED | CUSTOMER NO. 332 – NAME REDACTED |
| CUSTOMER NO. 333 – NAME REDACTED | CUSTOMER NO. 334 – NAME REDACTED | CUSTOMER NO. 335 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
Contract Cure

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 336 – NAME REDACTED | CUSTOMER NO. 337 – NAME REDACTED | CUSTOMER NO. 338 – NAME REDACTED |
| CUSTOMER NO. 340 – NAME REDACTED | CUSTOMER NO. 341 – NAME REDACTED | CUSTOMER NO. 342 – NAME REDACTED |
| CUSTOMER NO. 343 – NAME REDACTED | CUSTOMER NO. 344 – NAME REDACTED | CUSTOMER NO. 346 – NAME REDACTED |
| CUSTOMER NO. 347 – NAME REDACTED | CUSTOMER NO. 349 – NAME REDACTED | CUSTOMER NO. 352 – NAME REDACTED |
| CUSTOMER NO. 354 – NAME REDACTED | CUSTOMER NO. 355 – NAME REDACTED | CUSTOMER NO. 356 – NAME REDACTED |
| CUSTOMER NO. 357 – NAME REDACTED | CUSTOMER NO. 358 – NAME REDACTED | CUSTOMER NO. 359 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

Contract Cure

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 359 – NAME REDACTED | CUSTOMER NO. 360 – NAME REDACTED | CUSTOMER NO. 360 – NAME REDACTED |
| CUSTOMER NO. 361 – NAME REDACTED | CUSTOMER NO. 363 – NAME REDACTED | CUSTOMER NO. 364 – NAME REDACTED |
| CUSTOMER NO. 365 – NAME REDACTED | CUSTOMER NO. 366 – NAME REDACTED | CUSTOMER NO. 367 – NAME REDACTED |
| CUSTOMER NO. 368 – NAME REDACTED | CUSTOMER NO. 369 – NAME REDACTED | CUSTOMER NO. 370 – NAME REDACTED |
| CUSTOMER NO. 372 – NAME REDACTED | CUSTOMER NO. 373 – NAME REDACTED | CUSTOMER NO. 374 – NAME REDACTED |
| CUSTOMER NO. 376 – NAME REDACTED | CUSTOMER NO. 377 – NAME REDACTED | CUSTOMER NO. 378 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

Contract Cure

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 380 – NAME REDACTED

CUSTOMER NO. 381 – NAME REDACTED

CUSTOMER NO. 382 – NAME REDACTED

CUSTOMER NO. 384 – NAME REDACTED

CUSTOMER NO. 385 – NAME REDACTED

CUSTOMER NO. 386 – NAME REDACTED

CUSTOMER NO. 387 – NAME REDACTED

CUSTOMER NO. 389 – NAME REDACTED

CUSTOMER NO. 390 – NAME REDACTED

CUSTOMER NO. 396 – NAME REDACTED

CUSTOMER NO. 397 – NAME REDACTED

CUSTOMER NO. 398 – NAME REDACTED

CUSTOMER NO. 399 – NAME REDACTED

CUSTOMER NO. 400 – NAME REDACTED

CUSTOMER NO. 400 – NAME REDACTED

CUSTOMER NO. 401 – NAME REDACTED

CUSTOMER NO. 402 – NAME REDACTED

CUSTOMER NO. 402 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

Contract Cure

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 403 – NAME REDACTED | CUSTOMER NO. 404 – NAME REDACTED | CUSTOMER NO. 404 – NAME REDACTED |
| CUSTOMER NO. 406 – NAME REDACTED | CUSTOMER NO. 406 – NAME REDACTED | CUSTOMER NO. 408 – NAME REDACTED |
| CUSTOMER NO. 411 – NAME REDACTED | CUSTOMER NO. 411 – NAME REDACTED | CUSTOMER NO. 415 – NAME REDACTED |
| CUSTOMER NO. 416 – NAME REDACTED | CUSTOMER NO. 419 – NAME REDACTED | CUSTOMER NO. 420 – NAME REDACTED |
| CUSTOMER NO. 421 – NAME REDACTED | CUSTOMER NO. 421 – NAME REDACTED | CUSTOMER NO. 422 – NAME REDACTED |
| CUSTOMER NO. 423 – NAME REDACTED | CUSTOMER NO. 423 – NAME REDACTED | CUSTOMER NO. 423 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

CUSTOMER NO. 425 – NAME REDACTED

CUSTOMER NO. 426 – NAME REDACTED

CUSTOMER NO. 427 – NAME REDACTED

CUSTOMER NO. 428 – NAME REDACTED

CUSTOMER NO. 428 – NAME REDACTED

CUSTOMER NO. 428 – NAME REDACTED

CUSTOMER NO. 428 – NAME REDACTED

CUSTOMER NO. 429 – NAME REDACTED

CUSTOMER NO. 430 – NAME REDACTED

CUSTOMER NO. 430 – NAME REDACTED

CUSTOMER NO. 432 – NAME REDACTED

CUSTOMER NO. 433 – NAME REDACTED

CUSTOMER NO. 434 – NAME REDACTED

CUSTOMER NO. 435 – NAME REDACTED

CUSTOMER NO. 436 – NAME REDACTED

CUSTOMER NO. 437 – NAME REDACTED

CUSTOMER NO. 438 – NAME REDACTED

CUSTOMER NO. 442 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Contract Cure**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 447 – NAME REDACTED | CUSTOMER NO. 448 – NAME REDACTED | CUSTOMER NO. 449 – NAME REDACTED |
| CUSTOMER NO. 451 – NAME REDACTED | CUSTOMER NO. 453 – NAME REDACTED | CUSTOMER NO. 453 – NAME REDACTED |
| CUSTOMER NO. 457 – NAME REDACTED | CUSTOMER NO. 457 – NAME REDACTED | CUSTOMER NO. 458 – NAME REDACTED |
| CUSTOMER NO. 459 – NAME REDACTED | CUSTOMER NO. 460 – NAME REDACTED | CUSTOMER NO. 460 – NAME REDACTED |
| CUSTOMER NO. 460 – NAME REDACTED | CUSTOMER NO. 462 – NAME REDACTED | CUSTOMER NO. 465 – NAME REDACTED |
| CUSTOMER NO. 466 – NAME REDACTED | CUSTOMER NO. 467 – NAME REDACTED | CUSTOMER NO. 468 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 469 – NAME REDACTED | CUSTOMER NO. 470 – NAME REDACTED | CUSTOMER NO. 471 – NAME REDACTED |
| CUSTOMER NO. 473 – NAME REDACTED | CUSTOMER NO. 474 – NAME REDACTED | CUSTOMER NO. 476 – NAME REDACTED |
| CUSTOMER NO. 477 – NAME REDACTED | CUSTOMER NO. 480 – NAME REDACTED | CUSTOMER NO. 482 – NAME REDACTED |
| CUSTOMER NO. 483 – NAME REDACTED | CUSTOMER NO. 484 – NAME REDACTED | CUSTOMER NO. 487 – NAME REDACTED |
| CUSTOMER NO. 487 – NAME REDACTED | CUSTOMER NO. 490 – NAME REDACTED | CUSTOMER NO. 492 – NAME REDACTED |
| CUSTOMER NO. 493 – NAME REDACTED | CUSTOMER NO. 494 – NAME REDACTED | CUSTOMER NO. 495 – NAME REDACTED |

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 502 – NAME REDACTED | CUSTOMER NO. 504 – NAME REDACTED | CUSTOMER NO. 507 – NAME REDACTED |
| CUSTOMER NO. 507 – NAME REDACTED | CUSTOMER NO. 507 – NAME REDACTED | CUSTOMER NO. 507 – NAME REDACTED |
| CUSTOMER NO. 507 – NAME REDACTED | CUSTOMER NO. 510 – NAME REDACTED | CUSTOMER NO. 511 – NAME REDACTED |
| CUSTOMER NO. 511 – NAME REDACTED | CUSTOMER NO. 512 – NAME REDACTED | CUSTOMER NO. 517 – NAME REDACTED |
| CUSTOMER NO. 518 – NAME REDACTED | CUSTOMER NO. 519 – NAME REDACTED | CUSTOMER NO. 520 – NAME REDACTED |
| CUSTOMER NO. 521 – NAME REDACTED | CUSTOMER NO. 524 – NAME REDACTED | CUSTOMER NO. 525 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 526 – NAME REDACTED | CUSTOMER NO. 526 – NAME REDACTED | CUSTOMER NO. 528 – NAME REDACTED |
| CUSTOMER NO. 531 – NAME REDACTED | CUSTOMER NO. 532 – NAME REDACTED | CUSTOMER NO. 533 – NAME REDACTED |
| CUSTOMER NO. 534 – NAME REDACTED | CUSTOMER NO. 535 – NAME REDACTED | CUSTOMER NO. 537 – NAME REDACTED |
| CUSTOMER NO. 537 – NAME REDACTED | CUSTOMER NO. 538 – NAME REDACTED | CUSTOMER NO. 540 – NAME REDACTED |
| CUSTOMER NO. 547 – NAME REDACTED | CUSTOMER NO. 548 – NAME REDACTED | CUSTOMER NO. 548 – NAME REDACTED |
| CUSTOMER NO. 548 – NAME REDACTED | CUSTOMER NO. 549 – NAME REDACTED | CUSTOMER NO. 549 – NAME REDACTED |

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.
Case #: 22-90273

Contract Cure

Page 34 of  62

**Notices mailed by:  October 18, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 550 – NAME REDACTED | CUSTOMER NO. 551 – NAME REDACTED | CUSTOMER NO. 555 – NAME REDACTED |
| CUSTOMER NO. 557 – NAME REDACTED | CUSTOMER NO. 557 – NAME REDACTED | CUSTOMER NO. 558 – NAME REDACTED |
| CUSTOMER NO. 559 – NAME REDACTED | CUSTOMER NO. 561 – NAME REDACTED | CUSTOMER NO. 563 – NAME REDACTED |
| CUSTOMER NO. 565 – NAME REDACTED | CUSTOMER NO. 566 – NAME REDACTED | CUSTOMER NO. 570 – NAME REDACTED |
| CUSTOMER NO. 571 – NAME REDACTED | CVC CREDIT PARTNERS INVESTMENT MGMNT LTD<br>ATTN MANAGING DIR<br>111 STRAND<br>LONDON  WC2R 0AG<br>UNITED KINGDOM | CVC CREDIT PARTNERS INVESTMENT MGMNT LTD<br>ATTN INVESTMENT MGR<br>101 CALIFORNIA ST, STE 3250<br>SAN FRANCISCO, CA  94111 |
| CYXTERA TECHNOLOGIES INC | D E SHAW VALENCE PORTFOLIOS LLC<br>1166 AVE OF THE AMERICAS, 9TH FL<br>NEW YORK, NY  1036 | D E SHAW VALENCE PORTFOLIOS LLC<br>1166 AVE OF THE AMERICAS, 9TH FL<br>NEW YORK, NY  10036 |

Debtor: **COMPUTE NORTH HOLDINGS, INC, et al.**
Case #: **22-90273**
Contract Cure

Notices mailed by: **October 18, 2022**


DALMA CAPITAL MANAGEMENT LTD
ATTN CHIEF EXEC OFFICER
GATE VILLAGE 5, 1ST FL
DIFC
DUBAI  9361  UNITED ARAB EMIRATES

DALY, JOHN
1067 FIFTH AVE
NEW YORK, NY  10128

DARLINGTON PARTNERS
ATTN PARTNER
300 DRAKES LANDING RD, STE 290
GREENBRAE, CA  94904


DASHIELL CORPORATION
ATTN SR VICE PRESIDENT
12301 KURLAND DR, STE 400
HOUSTON, TX  77034

DATA CENTER INVESTMENTS LLC
ATTN VICE PRESIDENT
700 UNIVERSITY BLVD
JUNO BEACH, FL  33408

DATA SALES CO
3450 BURNSVILLE PKWY
BRUNSVILLE, MN  55337


DAVIDSON KEMPNER CAPITAL MANAGEMENT
LP
520 MADISON AVE, 30TH FL
NEW YORK, NY  10022

DC INVEST LTD

DCX POLSKA SP ZOO
ATTN MACIEJ SZADKOWSKI
JOZEFA FRANCZAKA 43
20-325 LUBLIN
POLAND


DDH (NORTH AMERICA) INC
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

DDH (NORTH AMERICA) INC
ATTN VP
1100 LOUISIANA ST, STE 2750
HOUSTON, TX  77002

DEUTSCHE BANK SECURITIES INC
ATTN DIRECTOR
ONE COLUMBUS CIR, 15TH FL
NEW YORK, NY  10019


DIAMETER CAPITAL PARTNERS LP
ATTN GEN COUNSEL & CHIEF COMPLIANCE
OFFICER
24 W 40TH ST, 5TH FL
NEW YORK, NY  55344

DIGISAT INTERNATIONAL INC
ATTN CHIEF EXEC OFFICER
4195 W NEW HAVEN AVE, STE 15
MELBOURNE, FL  32904

DIGITAL COLONY ACQUISITIONS LLC
750 PARK OF COMMERCE DE, STE 210
BOCA RATON, FL  33487


DIGITAL ORE PARTNERS
ATTN MANAGER
2400 DOWLING PL, #3
BERKELEY, CA  94705

DIGITAL SHOVEL HOLDINGS INC

DJC ENERGY CONSULTING LLC
ATTN DON CURRY
3501 WASHINGTON DR
FRISCO, TX  75034

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

DNT ENERGY CONNECTIONS LLC
ATTN MANAGING PARTNER
PO BOX 36
BETHEL PARK, PA  15012

DNV ENERGY USA INC
ATTN HEAD OF DEPT ENERGY ANALYTICS &
MEASUREMENTS
1400 RAVELLO DR
KATY, TX  77449

DORAL RENEWABLES LLC
D/B/A DORAL LLC
ATTN CFO
TWO LOGAN SQ, STE 1830
PHILADELPHIA, PA  19103

DOUGLAS ELECTRICAL SERVICES LLC
ATTN OFFICE MANAGER
731 N COMMERCE ST
FORT WORTH, TX  76164

DTCP USA LLC
ATTN PARTNER
2735 SAND HILL RD
MENLO PARK, CA  94025

DUNN ENGINEERING LLC
PO BOX 1035
BOULDER, CO  80306

DUNN ENGINEERING LLC
ATTN PRINICIPAL
PO BOX 1035
BOULDER, CO  80306

E&Y

ECAPITAL ADVISORS LLC
ATTN CHIEF FINANCIAL OFFICER
7900 XERXES AVE S, STE 1300
BLOOMINGTON, MN  55431

ECONOMIC DEV COUNCIL OF BUFFALO CO INC
ATTN PRES
PO BOX 607
1007 2ND AVE
KEARNEY, NE  68848-0607

ECONOMIC DEV COUNCIL OF BUFFALO CO INC
ATTN HAROLD L HADLAND, GENERAL COUNSEL
1414 15TH ST
PO BOX 499
COLUMBUS, NE  68602-0499

ECS MID-ATLANTIC LLC
ATTN PRINICIPAL
804 PROFESSIONAL PLACE WEST
CHESAPEAKE, VA  23320

ECS MID-ATLANTIC LLC
ATTN PRINICIPAL
5112 PEGASUS CT, STE S
FREDERICK, MD  21704

ECS SOUTHWEST LLP
ATTN DIRECTOR OF ENVIRONMENTAL
SERIVCES
14050 SUMMIT DR, STE 101
AUSTIN, TX  78728

EDF RENEWABLES INC
ATTN VP POWER MARKETING
15445 INNOVATION DR
SAN DIEGO, CA  92128

EDISON ENERGY LLC
ATTN LEGAL NOTICES
53 STATE ST, STE 3802
BOSTON, MA  2109

EDISON ENERGY LLC
ATTN PRESIDENT
3501 JAMBOREE ROAD, STE 270
NEWPORT BEACH, CA  92660

EDP RENEWABLES NORTH AMERICA LLC
ATTN GENERAL COUNSEL
1501 MCKINNEY ST, STE 1300
HOUSTON, TX  77010

Debtor: **COMPUTE NORTH HOLDINGS, INC, et al.**

Case #: **22-90273**

Notices mailed by: **October 18, 2022**

ELECTRIC POWER ENGINEERS LLC
ATTN VP OF BUSINESS DEVELOPMENT
13001 HWY 71, STE G100
AUSTIN, TX  78738

ELECTRIC POWER ENGINEERS LLC
ATTN VP OF SITE DEVELOPMENT
13001 HWY 71, STE G100
AUSTIN, TX  73738

ELITE MINING INC
ATTN CHIEF EXEC OFFICER
420 NE ALASKAN WAY, STE B
CHEHALIS, WA

EMPYREAN CAPITAL PARTNERS LP
ATTN C MARTIN MEEKINS
10250 CONSTELLATION BLVD, STE 2950
LOS ANGELES, CA  90067

ENERGY FOR EMERGING AMERICA
INMOBILIARIA SA DE CV
AV PASEO DE LA REFORMA
OFFICE 1702, COL LOMAS DE CHAPULTEPEC
MIGUEL HIDALGO
CDMX  11000  MEXICO

ENERGY HARBOR LLC
ATTN EVP
168 EAST MARKET
AKRON, OH  44308

ENERGY IMPACT PARTNERS LP
600 THIRD AVE, 38TH FL
NEW YORK, NY  10016

ENERNEX LLC
ATTN PRES
620 MABRY HOOD RD, STE 300
KNOXVILLE, TN  37932

ENGINEERED FLUIDS
4548 CANTINA DR
TYLER, TX  75708

ENTORO CAPITAL LLC
ATTN MANAGING PARTNER
333 W LOOP, N #333
HOUSTON, TX  77024

ENVY BLOCKCHAIN INC
C/O DENTONS US LLP
ATTN CEO
22 LITTLE W 12TH ST
NEW YORK, NY  10014-1321

EPIQ PARTNERS
ATTN MANAGING PARTNER
2919 KNOX AVE S
MINNEAPOLIS, MN  55408

EQT PARTNERS INC
ATTN MANAGING DIRECTOR
1114 AVE OF THE AMERICAS, 45TH FL
NEW YORK, NY  10019

EQUU HOLDINGS INC
201 GENERAL MILLS BLVD
GOLDEN VALLEY, MN  55426

ERENEWABLE LLC
ATTN CHIEF EXEC OFFICER
5353 W ALABAMA, STE 450
HOUSTON, TX  77056

EVERGY KANSAS CENTRAL INC
ATTN MANAGING DIR
818 S KANSAS AVE
TOPEKA, KS  66612

EXCELSIOR RENEWABLE ENERGY MGMT CO LP
ATTN CHRISTOPHER MOAKLEY
21960 MINNETONKA BLVD, STE 210
EXCELSIOR, MN  55331

EXELON GENERATION COMPANY LLC
ATTN LEGAL
1310 POINT ST, 8TH FL
BALTIMORE, MD  21231

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

EXELON GENERATION COMPANY LLC
ATTN CONTRACT ADMIN
1001 LOUISIANA ST, STE 2300
HOUSTON, TX  77002

EXWORTH MANAGEMENT LLC
ATTN MANAGER
51 JFK PKW, STE 135
SHORT HILLS, NJ  7078

FARMERSELECTRIC CO-OP
ATTN DIRECTOR OF ENG/OPS
2000 I-30 E
GREENVILLE, TX  75402

FERGUSON ELECTRIC CONSTRUCTION CO INC
ATTN EARL MANNING
333 ELLICOTT ST
BUFFALO, NY  14203

FERRELL & WILLIAM BLOUNT
1110 N MEMORIAL DR
GREENVILLE, NC

FIDELITY BANK
ATTN ARVIND GOPAL
2 LANDMARK SQ, STE 207
STAMFORD, CT  06901

FIDELITY DIGITAL ASSET SERVICES LLC
ATTN CFO, TREASURER
245 SUMMER ST
BOSTON, MA  02210

FIFTH THIRD BANK NA
ATTN RELATIONSHIP MANAGER
FIFTH THIRD CENTER
38 FOUNTAIN SQ PLZ
CINCINNATI, OH  45202

FIREBLOCKS LTD
500 7TH AVE 14TH FL
NEW YORK, NY  10018

FIRM POWER SOLUTIONS INC
1633 EUSTIS ST
ST PAUL, MN  55108

FIRST AMERICAN TITLE INSURANCE COMPANY
ATTN VP & SENIOR COUNSEL
1 FIRST AMERICAN WAY
SANTA ANA, CA  92707

FIRST NATIONAL CAPITAL
38 DISCOVERY, STE 150
IRVINE, CA  92618

FIRST STATE BANK NEBRASKA
ATTN CHIEF LENDING OFFICER
2701 GRAINGER PKWY
LINCOLN, NE  68516

FIRST WESTERN BANK & TRU
ATTN DANIEL SCHREINER, VP
100 PRAIRIE CENTER DR
EDEN PRAIRIE, MN  55311

FORTISTAR LLC
ONE NORTH LEXINGTON AVE, STE 1450
WHITE PLAINS, NY  10601

FORUM MERGER IV CORPORATION
ATTN CO-CEO AND PRESIDENT
1615 SOUTH CONGRESS AVE, STE 103
DELRAY BEACH, FL  33445

FOWLER-JOHNS LP
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

FREEMAN GROUP LLC
ATTN PORTFOLIO MGR
100 CRESCENT CT, STE 1450
DALLAS, TX  75201

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

FSG ELECTRIC
ATTN BUS DEV/SPECIAL PROJECTS DIR
2525 WALNUTHILL LN
DALLAS, TX  75229

FTAC ATHENA ACQUISITION CORP
ATTN CHIEF EXEC OFFICER
2929 ARCH ST, STE 1703
PHILADELPHIA, PA  19104

FTAC PARNASSUS ACQUISITION CORP
ATTN CHIEF EXEC OFFICER
2929 ARCH ST, STE 1703
PHILADELPHIA, PA  19104

FURQUERON, J PHILLIP
407 CHARISMATIC DR
MIDLAND, TX  79705

GARTNER
ATTN CONTRACTS MGR
56 TOP GALLANT RD
STAMFORD, CT  06902-7700

GATEWAY KOREA
ATTN DIR BUSINESS DEV
160-12820 CLARKE PL
RICHMOND, BC  V6V 2H1
CANADA

GCM CFIG FUND PARTNERS IV LP
C/O GROSVENOR CAPITAL MANAGEMENT, LP
900 N MICHIGAN AVE, STE 1100
CHICAGO, IL  60611

GEC ADVISORS LLC
ATTN PRESIDENT
2415 W ALABAMA ST, 220
HOUSTON, TX  77098

GENERATE CAPITAL INC
560 DAVIS ST STE 250
SAN FRANCISCO, CA  94111

GENERATE CAPITAL INC
555 DE HARO ST, STE 300
SAN FRANCISCO, CA  94107

GENERATE LENDING LLC
C/O GENERATE CAPITAL PBC
ATTN LOAN OPERATIONS
461 5TH AVE, 8TH FL
NEW YORK, NY  10017

GENERATE LENDING LLC
555 DE HARO STREET, SUITE 300
SAN FRANCISCO, CA  94107

GEXA
20455 STATE HIGHWAY 249, STE 200
HOUSTON, TX  77070

GEXA ENERGY GP LLC
20455 STATE HIGHWAY 249, STE 200
HOUSTON, TX  77070

GEXA ENERGY LP
20455 STATE HIGHWAY 249, STE 200
HOUSTON, TX  77070

GEXA ENERGY LP
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

GGE ASSET CP
10250 E CONSTELLATION BLVD
LOS ANGELES, CA  90067

GIGALO NETWORKS INC
5924 BALFOUR CT, STE 101
CARLSBAD, CA  92008

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

GILMAN, SEAN
5 MAGNOLIA PL
RYE, NY 10580

GOLDEN SPREAD ELECTRIC COOPERATIVE INC
905 SOUTH FILLMORE, STE 300
AMARILLO, TX 79101-3541

GOLDENTREE ASSET MANAGEMENT LP
300 PARK AVE
NEW YORK, NY 10022

GONTA, IGOR
247 WEST 87TH ST, APT 21
NEW YORK, NY 10024

GPUONE ENTERPRISE INC
ATTN IGGY LAI, VP BUS DEV
3680 AV. DU MUSEE
MONTREAL, QC H3G 2C9
CANADA

GRASSROOTS BRANDING AGENCY LLC
ATTN PRESIDENT
318 W ADAMS ST, STE 1920
CHICAGO, IL 60606

GREEN DATA CENTER REAL ESTATE INC
ATTN CHIEF EXEC OFFICER
1125 HOWE ST, STE 1400
VANCOUVER, BC V6Z 2K8
CANADA

GREEN REVOLUTION COOLING

GREENVILLE UTILITIES COMMISISON
401 S GREENE ST
ATTN: SANDY DAIL
GREENVILLE, NC 27834

GREYSTONE HOLDINGS LTD
ATTN DIRECTOR
801-7, 200 DONGTAI RD
SHANGHAI
CHINA

GROVELAND VENTURES
ATTN PRESIDENT
17401 COMET CIRCLE
MINNETONKA, MN 55345

GRUBMAN, ERIC
185 BLACK RIVER RD
LONG VALLEY, NJ 07853

GSV FUTURES INC
ATTN CHIEF EXEC OFFICER
3025 W 32ND AVE
VANCOUVER, BC V6L 2B9
CANADA

HASHCHAIN TECHNOLOGY INC

HASHR8 INC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

HAYS COMPANIES INC
10 S DEARBORN ST, 52ND FL
CHICAGO, IL 60603

HDR ENGINEERING INC
401 S 18TH ST, STE 300
ST LOUIS, MO 63103-2296

HENDERSON COMPANIES INC
ATTN CHIEF SECTOR OFFICER
8345 LENEXA DR. STE 300
LENEXA, KS 66214

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**


HENDERSON ENGINEERS INC
ATTN CHIEF SECTOR OFFICER
8345 LENEXA DR. STE 300
LENEXA, KS  66214

HENE, JEFFREY DAVID
889 E STONEBRIDGE CT.
PALATINE, IL  60074

HENNESSY CAPITAL INVESTMENT CORP. VI
ATTN NICHOLAS A PETRUSKA
3415 N PINES WAY, STE 204
WILSON, WY  83014


HERCULES CAPITAL INC
ATTN GENERAL COUNSEL
400 HAMILTON AVE, STE 310
PALO ALTO, CA  94301

HERMES GLOBAL INC
ATTN CHIEF EXEC OFFICER
30765 PACIFIC COAST HIGHWAY 170
MALIBU, CA  90265

HO, MICHAEL


HOOD RIVER CAPITAL
2373 PGA BLVD, STE 200
PBG, FL  33410

HOOD-PATTERSON & DEWAR INC
ATTN CHIEF EXEC OFFICER
850 CENTER WAY
NORCROSS, GA  30071

HOUSTON RENDERINGS LLC
ATTN OWNER
17511 SEIDELSTONE CT
TOMBALL, TX  77377


HRM FARM & RANCH INC
3131 TURTLE CREEK BLVD, STE 310
DALLAS, TX  75219

HUBSPOT INC
25 FIRST ST
CAMBRIDGE, MA  02141

HUMPHREY AND ASSOC
ATTN EVP
1501 LUNA RD
CARROLLTON, TX  75006


HUNT, KELLY LEVALLEY
450 WEST 23RD ST
NEW YORK, NY  10011

HUNTER FAMILY TRUST
ATTN CHIEF FINANCIAL OFFICER
80 S 8TH ST
MINNEAPOLIS, MN  55402

I SQUARED CAPITAL ADVISORS (US) LLC
ATTN PARTNER
600 BRICKELL AVE, PENTHOUSE
MIAMI, FL  33131


IMA FINANCIAL GROUP INC
ATTN PRESIDENT
1705 17TH ST, STE 100
DENVER, CO  80202

IMPACTSCOPE OU
ATTN DIRECTOR
HARJU MAAKOND
JOE TN 3-305
TALLINN  10151  ESTONIA

INCHIGLE TECHNOLOGY HONGKONG LTD
RM 1707, 17/F YIP FUNG, BLDG NO 7
SHEUNG HEI ST
KOWLOON
HONG KONG

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.
Case #: 22-90273

Notices mailed by: October 18, 2022

Contract Cure

Page 42 of 62

INDUSTRIAL SUN
ATTN VP
823 CONGRESS AVE #300
AUSTIN, TX  78701

INFINITY DIRECT INC
ATTN EVP
13220 COUNTRY RD 6
PLYMOUTH, MN  55441

INFRASTRUCTURE MASONS
D/B/A IMASONS
3855 SW 153RD DR
BEAVERTON, OR  97003

INSPERITY PEO SERVICES LP
COURTNEY HOWARD
19001 CRESCENT SPRINGS DRIVE
KINGSWOOD, TX  77339

INSPIRE SEMICONDUCTOR INC
ATTN CHIEF FINANCIAL OFFICER
2101 DONLEY DR, STE 101
AUSTIN, TX  78758

INTERNATIONAL RT COMPANY LTD
ATTN DIRECTOR
CRAIGMUIR CHAMBERS
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

INTERPRIVATE IV INFRATECH PARTNERS INC
ATTN BRANDON BENTLEY
1350 AVE OF THE AMERICAS, 2ND FL
NEW YORK, NY  10019

INVENERGY RENEWABLES LLC
ATTN VP
1 S. WACKER DRIVE, STE 1800
CHICAGO, IL  60606

JACKSON, JEFFREY P
4005 MONTEREY AVE
EDINA, MN  55416

JACOB FISHMAN TRUST
ATTN TRUSTEE
2778 THOMAS AVE S
MINNEAPOLIS, MN  55416

JALA SYSTEMS INC
ATTN CHIEF EXEC OFFICER
400 SHELARD PKWY 101
MINNEAPOLIS, MN  55426

JB VENTURES GMBH
ATTILASTR.18
SCHONEFELD  12529
GERMANY

JBL CONSULTING LLC
ATTN FOUNDER & CEO
6095 TROY LANE N
PLYMOUTH, MN  55446

JEFFERIES LLC
ATTN GENERAL COUNSEL
520 MADISON AVE
NEW YORK, NY  10022

JIACHI LLC
405 MAIN AVE N
JASPER, MN  56144

JINYI INFORMATION TECH CO
#1001 5F/10A ECOLOGICAL PARK
SHENZHEN BAY
SHENZHEN GD
CHINA

JONES LANG LASALLE IP INC
ATTN VP, DATA CENTER & TECH SVCS
8 CAMPUS DR
PARSIPPANY, NJ  07054

JUST FOR KRYPTO LLC
ATTN CHIEF EXEC OFFICER
13143 CYPRESS DR
BAXTER, MN  56425

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #:  22-90273

Notices mailed by:  October 18, 2022


JWE HOLDINGS 1 LLC
ATTN CHIEF EXEC OFFICER
4809 CENTURY DR
FOREST HILL, TX  76140

JZD HOLDINGS INC
ATTN PRINCIPAL
4900 CALIFORNIA AVE
BAKERSFIELD, CA  93308

K2 CAPITAL GROUP
ATTN VP OF SALES
6500 CITY WEST PKWY, STE 400
EDEN PRAIRIE, MN  55344


KALLIK INVESTMENTS LLC
ATTN MANAGING PARTNER
704 SAINT JOSEPH ST
RAPID CITY, SD  57701

KC GROUP HOLDINGS
ATTN DIRECTOR
1185 AVE OF THE AMERICAS
NEW YORK, NY  10036

KENNEDY LEWIS INVESTMENT MGMNT LLC
ATTN CHIEF OPERATING OFFICER
111 W 33RD ST, 19TH FL
NEW YORK, NY  10120


KEY CAPTURE ENERGY LLC
ATTN DIRECTOR
25 MONROE ST, STE 300
ALBANY, NY  12210

KEY EQUIPMENT FINANCE
D/B/A KEYBANK NA
1000 S MCCASLIN BLVD
SUPERIOR, CO  80027

KEYBANC CAPITAL MARKETS INC
127 PUBLIC SQ
CLEVELAND, OH  44114


KINECT ENERGY INC
ATTN LEGAL
605 N HWY 169, STE 1200
PLYMOUTH, MN  55441

KING MOUNTAIN UPTON WIND LLC
C/O NEXTERA ENERGY RESOURCES LLC
ATTN DIRECTOR, NUSINESS MGMT
700 UNIVERSE BLVD
JUNO BEACH, FL  33408-0428

KING MOUNTAIN UPTON WIND LLC
ATTN BUSINESS MANAGER
700 UNIVERSE BLVD
JUNO BEACH, FL  33408-0428


KING MOUNTAIN UPTON WIND LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

KIRTIKUMAR, MIRESH
AV JANDIRA 226, 72A
SAO PAULO
BRAZIL

KLC FINANCIAL INC
ATTN PRESIDENT
3514 COUNTY RD 101
MINNETONKA, MN  55340


KM UPTON
C/O NEXTERA ENERGY RESOURCES LLC
ATTN DIRECTOR, NUSINESS MGMT
700 UNIVERSE BLVD
JUNO BEACH, FL  33408-0428

KM UPTON
ATTN BUSINESS MANAGER
700 UNIVERSE BLVD
JUNO BEACH, FL  33408-0428

KM UPTON
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

KYOTOCOOLING NORTH AMERICA LLC
ATTN PRESIDENT
204 AIRLINE DRIVE, STE 200
COPPELL, TX 75019

LAKE PARIME INT'L RESOURCES LTD
ATTN SATH GANESARAJAH
24838 32 AVE
OTTER DISTRICT
LANGLEY, BC V4W OC6 CANADA

LAKE PARIME INT'L RESOURCES LTD
ATTN CHIEF EXEC OFFICER
24838 32 AVE
OTTER DISTRICT
LANGLEY, BC V4W OC6 CANADA

LAKE PARIME USA INC
ATTN EXECUTIVE DIRECTOR, FINANCE &
OPERATIONS
522 W RIVERSIDE AVE, STE 4212
SPOKANE, WA 99201-0580

LAND MANAGEMENT GROUP
1110 N MEMORIAL DR
GREENVILLE, NC

LAPLACA, RONDA
4170 E US HWY 377
GRANBURY, TX 76049

LARREN, HERVE
PACIFIC DESIGN CENTER
8687 MELROSE AVE, 7TH FL
WEST HOLLYWOOD, CA 90069

LAURION CAPITAL MANAGEMENT LP
ATTN GENERAL COUNSEL
360 MADISON AVE, 19TH FL
NEW YORK, NY 10017

LBA GROUP
ATTN VP BUSINESS DEV
3400 TUPPER DR
GREENVILLE, NC 27834

LEE, PETER JOHN
16711 REEDER RIDGE
EDEN PRAIRIE, MN 55344

LEE, PJ
10250 E CONSTELLATION BLVD
LOS ANGELES, CA 90067

LERER HIPPEAU ACQUISITION CORP
ATTN CHIEF EXEC OFFICER
100 CROSBY ST
NEW YORK, NY 10012

LIBERTY COMMERCIAL FINANCE LLC
ATTN VP DIRECT ORIGINATIONS
18302 IRVINE BLVD, STE 300
TUSTIN, CA 92780

LINXON US LLC
ATTN SR VICE PRESIDENT
901 MAIN CAMPUS DR
RALEIGH, NC 27606

LIQUIDCOOL SOLUTIONS INC
2717 HWY 14 W, STE D
ROCHESTER, MN 55901

LISKA, PETER
9082 LAKESIDE DR
VICTORIA, MN 55386

LOCKTON COMPANIES
ATTN SR VICE PRESIDENT
444 W 47TH ST
KANSAS CITY, MO 64111

LOCKTON COMPANIES LLC
10 S DEARBORN ST, 52ND FL
CHICAGO, IL 60603

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

LOWER COLORADO RIVER AUTHORITY

LPC NORTHEAST LLC
2000 MCKINNEY AVE
DALLAS, TX  75201

LUMINANT ENERGY COMPANY LLC
ATTN MANAGING COUNSEL
6555 SIERRA DR
IRVING, TX  75039

M.A MORTENSON COMPANY
ATTN KEITH KAPALA, VP & GEN MANAGER
700 MEADOW LANE N
MINNEAPOLIS, MN  55422

M.A MORTENSON COMPANY
ATTN VICE PRESIDENT
700 MEADOW LANE N
MINNEAPOLIS, MN  55422

MA MORTENSON
ATTN KEITH KAPALA, VP & GEN MANAGER
700 MEADOW LANE N
MINNEAPOLIS, MN  55422

MACDONALD, MOTT
6975 S UNION PARK CTR
STE 600
MIDVALE, UT  84047-4187

MADDOX INDUSTRIAL TRANSFORMER LLC
865 VICTOR HILL RD
GREER, SC  29651

MAG PARTNERS LLC
11055 I ST
OMAHA, NE  68130

MAGHAN ADVISORS LLC
ATTN MANAGING PARTNER
8 BUCKTHORNE LN
GREENWICH, CT  06830

MAGNETAR CAPITAL LLC
ATTN CHIEF LEGAL OFFICER
1603 ORRINGTON AVE, 13TH FL
EVANSTON, IL  60201

MAHONEY, SCOTT
23 VANDERBILT AVE
MANHASSET, NY  11030

MAIN STREET CAPITAL CORP

MARK LANCASTER
D/B/A TOOLSRUS
ATTN OWNER
2909 CHELSEA PLACE
MIDLAND, TX  79705

MARLIN MANAGEMENT CO LLC
ATTN MANAGING DIRECTOR
338 PIER AVE
HERMOSA BEACH, CA  90254

MAXSON ENGINEERING LLC
ATTN PRINCIPAL
8307 SHAFFER PKWY, STE 200
LITTLETON, CO  80127

MAXWELL, TERRANCE
614 MAPLE AVE
WILMETTE, IL  60091

MCATEE, DUSTIN SCOT
1825 WEST 51ST ST PL
KEARNEY, NE  68845

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

MEHTA, PRAFUL
74 DRAKE RD
SCARSDALE, NY  10583

MELTWATER NEWS US INC
465 CALIFORNIA ST, FL 11
SAN FRANCISCO, CA  94104

MERCURIA ENERGY AMERICA LLC
20 E. GREENWAY PLAZA, SUITE 650
ATTN: SETTLEMENTS TEAM
HOUSTON, TX  77046

MERCURIA ENERGY AMERICA LLC
ATTN PRESIDENT
20 E. GREENWAY PLZ, STE 650
HOUSTON, TX  77046

MERCURIA ENERGY AMERICA LLC
ATTN LEGAL DEPARTMENT
20 E. GREENWAY PLZ, STE 650
HOUSTON, TX  77046

MERIDIAN COMPENSATION PARTNERS LLC
100 N. FIELD DR, STE 300
LAKE FOREST, IL  60045

MERITUS RECRUITING GROUP LLC
10319 LYNBROOK HOLLOW
HOUSTON, TX  77042

MERKLE INC
200 SPECTRUM CENTER DR., STE 1450
IRVINE, CA  92618

MIDAMERICAN ENERGY COMPANY
ATTN ELECTRIC DISTRIBUTION ENGINEERING
MGR
223 S. IOWA ST
SIOUX CITY, IA  51101

MIDAS GREEN TECH
ATTN CHIEF EXEC OFFICER
1905 E. 6TH ST
AUSTIN, TX  78702

MIDOCEAN CREDIT FUND MANAGEMENT LP
ATTN MANAGING DIR
245 PARK AVE
38TH FL
NEW YORK, NY  10167

MID-STATE ENGINEERING AND TESTING INC
ATTN CORY DAHL
595 S. BROADWAY, STE 100
DENVER, CO  80209

MIHAI, NELU
201 HARRISON ST APT 210
SAN FRANCISCO, CA  94105-2032

MILCO ENVIRONMENTAL SERVICES INC
1111 CENTRAL AVE
KEARNEY, NE  68847

MILCO ENVIRONMENTAL SERVICES INC
ATTN ELYSHA HARTMAN
1111 CENTRAL AVE
KEARNEY, NE  68847

MILLER & ASSOC CONSULTING ENGINEERS PC
ATTN PROJECT MANAGER
1111 CENTRAL AVE
KEARNEY, NE  68847

MINNKOTA POWER COOPERATIVE INC
ATTN ECONOMIC DEVELOPMENT ADMIN
5301 32ND AVE S
GRAND FORKS, ND  58201

MIWA, GUSTAVO MASSAYUKI
RUA SANTA BRANCA 68
SAO PAULO
BRAZIL

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**

| | | |
|---|---|---|
| MORTENSON<br>ATTN VP, GENERAL MANAGER<br>12701 WHITEWATER DR, STE 300<br>MINNETONKA, MN 55343 | MP2 ENERGY LLC<br>ATTN ROBERT DOUGLAS<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 77380 | MP2 ENERGY LLC<br>ATTN GENERAL COUNSEL<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 77380 |
| MP2 ENERGY TEXAS LLC<br>ATTN GREG THURNHER<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 73380 | MSD REAL ESTATE PARTNERS LP<br>ATTN MANAGING DIRECTOR<br>645 FIFTH AVE, 21ST FL<br>NEW YORK, NY 10022 | MVP CAPITAL LLC<br>10205 10TH AVE N SUITE A<br>ATTN: RACHEL WILLIAMS<br>PLYMOUTH, MN 55441 |
| MVP LOGISTICS LLC<br>ATTN CHIEF FINANCIAL OFFICER<br>10205 10TH AVE N, STE A<br>PLYMOUTH, MN 55441 | MY EARTH ENERGIES INC<br>ATTN CCO<br>8412 CORTADERA DR<br>ORANGEVALE, CA 95662 | NAKIA VENTURES II LLC<br>ATTN DRAKE HARVEY, COO<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN 55322 |
| NATIONAL GRID RENEWABLES DEV LLC<br>ATTN ANDRE TURENNE, VP<br>720 UNIVERSITY AVE<br>LOS GATOS, CA 95032 | NATIONAL GRID RENEWABLES DEV LLC | NEBRASKA DEPT OF ECONOMIC DEV, THE<br>ATTN PRES<br>PO BOX 607<br>1007 2ND AVE<br>KEARNEY, NE 68848-0607 |
| NEBRASKA PUBLIC POWER DIST<br>4550 W HUSKER HIGHWAY<br>P.O BOX 1687<br>GRAND ISLAND, NE 68802 | NEBRASKA PUBLIC POWER DIST<br>ATTN ARTHUR WIESE, VP ENERGY DELIVERY<br>1414 15TH ST<br>PO BOX 499<br>COLUMBUS, NE 68602-0499 | NEBRASKA PUBLIC POWER DIST<br>ATTN HAROLD L HADLAND, GENERAL COUNSEL<br>1414 15TH ST<br>PO BOX 499<br>COLUMBUS, NE 68602-0499 |
| NEBRASKA PUBLIC POWER DIST<br>ATTN BILLY CUTSOR, CONTRACTS MGR<br>1414 15TH ST<br>PO BOX 499<br>COLUMBUS, NE 68602-0499 | NEBRASKA PUBLIC POWER DIST<br>4550 W HUSKER HWY<br>PO BOX 1687<br>GRAND ISLAND, NE 68802 | NEBRASKA PUBLIC POWER DIST<br>1414 15TH ST<br>PO BOX 499<br>COLUMBUS, NE 68602-0499 |

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #: 22-90273

Notices mailed by: October 18, 2022

NET EXCAVATION
PO BOX 226
PETTY, TX 75470

NEW GREEN NETWORK LLC
ATTN OWNER
16520 LA VELA CIR UPPER
BROOKFIELD, WI 53005

NEW YORK DIGITAL INVESTMENT GROUP LLC
ATTN SR COUNSEL
510 MADISON AVE, 21ST FL
NEW YORK, NY 10022

NEXT ENERGY OPERATING SERVICES LLC
ATTN BUSINESS MANAGER
700 UNIVERSE BLVD
JUNO BEACH, FL 33408-0428

NEXT ENERGY OPERATING SERVICES LLC
ATTN CONTRACTS GROUP, LEGAL
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

NEXTERA ENERGY RESOURCES LLC
ATTN FRED THIEL
1180 NORTH TOWN CENTER DR, STE 100
LAS VEGAS, NV 89144

NEXTERA ENERGY RESOURCES LLC
ATTN CONTRACTS GROUP, LEGAL
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

NEXTERA ENERGY RESOURCES LLC
ATTN TREASURER
700 UNIVERSITY BLVD
JUNO BEACH, FL 33408

NEXUS CAPITAL MANAGEMENT LP
ATTN PARTNER
11100 SANTA MONICA BLVD, STE 250
LOS ANGELES, CA 90025

NEXUS ENERGY SOLUTIONS
ATTN PRESIDENT
105 N BERRY PINE RD
RAPID CITY, SD 57702

NIMBUS ADVANCED PROCESS COOLING
ATTN DIR BUSINESS DEV
1501 SENTINEL DR
ANNISTON, AL 36207

NORTH WALL CAPITAL LLP
ATTN CHIEF OPERATING OFFICER
2 ST JAMES'S ST
LONDON SW1A 1EF
UNITED KINGDOM

NORTHLAND SECURITIES INC
ATTN DIR, INVESTMENT BANKING
150 S FIFTH ST, STE 3300
MINNEAPOLIS, MN 55402

NORTON, JEFFREY
229 WOODLAWN AVE
ST PAUL, MN 55105

NOUVEAU CRAFT LLC
ATTN ALEXA CRAFT-ZALETEL
16 HYACINTH DR 1L
FORDS, NJ 08863

NOVACAP MANAGEMENT INC
ATTN PRESIDENT & CEO
3400 RUE DE L'ECLIPSE, STE 700
BROSSARD, QC J4Z 0P3
CANADA

NOVACAP TMT VI LP
ATTN PRESIDENT
3400 RUE DE L'ECLIPSE, STE 700
BROSSARD, QC J4Z 0P3
CANADA

NOVAWULF DIGITAL MANAGEMENT LP
ATTN PRINCIPAL
9 FEDERAL ST
EASTON, MD 21601

NVIDIA CORP
ATTN VP SALES AMERICAS ENTERPRISE
2788 SAN TOMSA EXPY
SANTA CLARA, CA  95051

OAK HILL ADVISORS LP
1 VANDERBILT AVE, 16TH FL
NEW YORK, NY  10017

OAKTREE OPPS FUND XB HOLDINGS
(DELAWARE) LP

OAKTREE OPPS FUND XI HOLDINGS
(DELAWARE) LP

ONCOR ELECTRIC DELIVERY COMPANY LLC
1616 WOODALL RODGERS FREEWAY STE 5M-042
DALLAS, TX  75202

OPEN ACCESS TECHNOLOGY INT'L INC
ATTN PRESIDENT & CEO
3660 TECHNOLOGY DR NE
MINNEAPOLIS, MN  55418

ORCHARD SPRINGS LLC
ATTN PRESIDENT
37745 STATE HWY 7
ORTONVILLE, MN  56278

OSTAPEIC, JEFF
835 WINDEMERE CURVE
PLYMOUTH, MN  55441

OTC GLOBAL HOLDINGS LP
ATTN SR VP
5151 SAN FELIPE, STE 2200
HOUSTON, TX  77056

OVERWATCH ENTERPRISES LLC
ATTN LANCE ROSE
138 OLD SAN ANTONIO RD, STE 305 & 306
BOEME, TX  78006

OVERWATCH SURVEILLANCE LLC
ATTN LANCE ROSE
138 OLD SAN ANTONIO RD, STE 305 & 306
BOEME, TX  78006

OY6 CAPITAL
ATTN PRESIDENT
17877 VON KARMAN AVE, STE 220
IRVINE, CA  92614

PACHECO KOCH CONSULTING ENGINEERS IN
ATTN VP
7557 RAMBLER RD, STE 1400
DALLAS, TX  75231

PANDADOC
DEPT. LA 24920
PASADENA, CA  91185-4920

PANGEA DIGITIAL GROUP LLC
ATTN MANAGING PARTNER
1314 W MCDERMOTT, STE 106-708
ALLEN, TX  75013

PARC

PARK FINANCIAL GROUP INC
ATTN CHIEF EXEC OFFICER
3033 EXCELSIOR BLVD, STE 345
MINNEAPOLIS, MN  55416

PARRIS VENTURES
ATTN PRESIDENT
128 OLD CHURCH RD
GREENWICH, CT  06830

| | | |
|---|---|---|
| PARSONS ELECTRIC LLC<br>ATTN NATE GUSE<br>5960 MAIN ST NE<br>MINNEAPOLIS, MN  55432 | PEGASUS ENERGY LLC<br>ATTN SHANE MELSKI<br>17531 KELOK RD<br>LAKE OSWEGO, OR  97034 | PEGASUSENERGYLLC.COM<br>ATTN PRESIDENT<br>17531 KELOK RD<br>LAKE OSWEGO, OR  97034 |
| PERRILL<br>ATTN LEGAL DEPT<br>110 CHESHIRE LN, STE 105<br>MINNEAPOLIS, MN  55305 | PERRILL<br>110 CHESHIRE LN STE 105<br>ATTN: SPENCER BARRON<br>MINNETONKA, MN  55305 | PERRILL, DAVE ANTHONY<br>16711 REEDER RIDGE<br>EDEN PRAIRIE, MN  55344 |
| PINE GATE RENEWABLES LLC<br>130 ROBERTS ST<br>ASHEVILLE, NC  28801 | PITT COMMUNITY COLLEGE FOUNDATION INC<br>ATTN EXEC DIRECTOR<br>PO DRAWER 7007<br>GREENVILLE, NC  27835-7007 | PIVOTAL INVESTMENT GROUP LP<br>ATTN CHIEF OPERATING OFFICER<br>THE CHRYSLER BLDG<br>405 LEXINGTON AVE<br>NEW YORK, NY  10174 |
| PLUM ENERGY LLC<br>1420 NW GILMAN BLVD, STE 2723<br>ISSAQUAH, WA  98027 | PNC BANK NA<br>ATTN SVP, CORPORATE BANKING<br>80TH S EIGHT ST, STE 1450<br>MINNEAPOLIS, MN  55402 | POOLIN TECHNOLOGY PTE LTD |
| POST ROAD ADMINISTRATIVE LLC<br>C/O FINN DIXON & HERLING LLP<br>ATTN CHRISTOPHER CRAIG<br>6 LANDMARK SQ<br>STAMFORD, CT  06901 | POST ROAD ADMINISTRATIVE LLC<br>ATTN MICHAEL BOGDAN<br>2 LANDMARK SQ, STE 207<br>STAMFORD, CT  06901 | POST ROAD ADMINISTRATIVE LLC<br>ATTN ARVIND GOPAL<br>2 LANDMARK SQ, STE 207<br>STAMFORD, CT  06901 |
| POST ROAD ADMINISTRATIVE LLC<br>ATTN MICHAEL BOGDAN<br>2 LANDMARK SQUARE, STE 207<br>STAMFORD, CT  06901 | POST ROAD ADMINISTRATIVE LLC<br>ATTN LEGAL<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN  55344 | POWER (CYPRUS) LIMITED<br>ATTN DIRECTOR<br>10 CHRYSANTHOU MYLONA<br>MAGNUM HOUSE<br>LIMASSOL  3030  CYPRUS |

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**

POWER ASSET RECOVERY CORPORATION
ATTN PRESIDENT
4321 STRAUSSER ST NW
NORTH CANTON, OH  44720

POWER MARKETING LLC
ATTN MANAGING DIRECTOR
3927 CLARKS MEADOW DRIVE
GLENWOOD, MD  21738

POWERFUND ONE

POWERHOUSE SYSTEMS LLC
ATTN CHIEF EXEC OFFICER
4439 HIGHWAY 12
WAVERLEY, MN  55359

PRICEWATERHOUSE COOPERS LLP
300 MADISON AVE
NEW YORK, NY  10017

PRIORITY POWER
ATTN MANAGING DIR
5012 PORTICO WAY
MIDLAND, TX  79707

PRIORITY POWER MANAGEMENT LLC
ATTN JOHN BICK, COO
2201 E LAMAR BLVD, STE 275
ARLINGTON, TX  76006

PROLIFT RIGGING COMPANY
ATTN SENIOR PROJECT MANAGER
P.O. BOX 1000
MEMPHIS, TN  38148-3017

PROSEK LLC
D/B/A PROSEK PARTNERS
ATTN CHIEF OPERATING OFFICER
105 MADISON AVE, FL 7
NEW YORK, NY  10016

PROTON MAGNETICS LLC
ATTN CHIEF EXEC OFFICER
7512 DR PHILIPS BLVD
ORLANDO, FL  32819

PROVIDENCE PUBLIC MASTER LLP
50 KENNEDY PLAZA, 18TH FL
PROVIDENCE, RI  02903

PROXENOS INTERNATIONAL HOLDINGS LLC
ATTN CCO
16192 COASTAL HWY
LEWES, DE  19958

PRUDENTIAL PRIVATE CAPITAL
ATTN VP
60 SOUTH 6TH ST, STE 3710
MINNEAPOLIS, MN  55402

PSI INTERNATIONAL
ATTN CHIEF OPERATING OFFICER
11200 WAPLES MILL RD
FAIRFAX, VA  22030

QUOTECOLO LLC
ATTN CHIEF OPERATING OFFICER
66 LIVINGSTON DR
PLYMOUTH, MA  02360

R O YOUKER INC
1201 O STREET, SUITE 310
LINCOLN, NE  68508

RAINBOW ENERGY MARKETING CORPORATION
ATTN EVP
919 S 7TH ST, STE 405
BISMARK, ND  58504

RAMANATHAN, SHALINI
1605 NEWNING AVE
AUSTIN, TX  78704

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.
Case #: 22-90273

Notices mailed by: October 18, 2022

RAND WORLDWIDE SUBSIDIARY INC
ATTN DEREK CRENSAHW
306 ROCK CREEK WAY
PLEASANT HILL, CA 94523

RAND WORLDWIDE SUBSIDIARY INC
ATTN AUSTIN SOBOLOWSKI
2029 PHEASANT RUN ST
SHAKOPEE, MN 55379

RANDSIM
306 ROCK CREEK WAY
PLEASANT HILL, CA 94523

RANGER GUARD & INVESTIGATIONS
4660 BEECHNUT ST , 200
HOUSTON, TX 77096

RED RIVER FORESTS LLC
ATTN EXECUTIVE COMMITTEE MEMBER
PO BOX 990898
REDDING, CA 96099

RED WING SHOES

REDBIRD CAPITAL PARTNERS
ATTN VP
667 MADISON AVE, 16TH FL
NEW YORK, NY 10065

RELIANT ENERGY RETAIL SERVICES LLC
ATTN ASST GENERAL COUNSEL
910 LOUISIANA ST
HOUSTON, TX 77002

RELIZ LTD
ATTN DIRECTOR
401 W ONTARIO, STE 400
CHICAGO, IL 60654

RENDERLAKE TECH LTD
ATTN MANAGING DIRECTOR
55 WETHERBY CIR
MARKHAM, ON L3T 7R6
CANADA

RES AMERICA DEVELOPMENTS INC
ATTN SVP
11101 W 120TH AVE, STE 400
BROOMFIELD, CO 80021

REVERENCE CAPITAL PARTNERS LP
10 E 53RD ST, 14TH FL
NEW YORK, NY 10022

RGM ACQUISITON MANAGEMENT LLC
ATTN PHILIP KASSIN
5775 COLLINS AVE, ATE 403
MIAMI BEACH, FL 33140

RIBBIT LEAP LTD
364 UNIVERSITY AVE
PALO ALTO, CA 94301

RIOT BLOCKCHAIN INC
ATTN JEFFREY MCGONEGAL
202 6TH ST, STE 401
CASTLE ROCK, CO 80104

RK MISSION CRITICAL LLC
ATTN CHIEF CUSTOMER OFFICER
3800 XANTHIA ST
DENVER, CO 80238

RK MISSION CRITICAL LLC
3800 XANTHIA STREET
ATTN: ERIC LORENZ
DENVER, CO 80238

RK MISSION CRITICAL LLC
20101 E 36TH DR, STE A
AURORA, CO 80011

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #: 22-90273**

**Notices mailed by: October 18, 2022**


RK MISSION CRITICAL LLC
ATTN MANAGING PARTNER
20101 E 36TH DR
AURORA, CO  80011

RK MISSION CRITICAL LLC
ATTN GM & VP
20101 E 36TH DR
AURORA, CO  80011

RMHEMAIL.COM
ATTN CHIEF EXEC OFFICER
9825 SW 63RD CT
PINECREST, FL  33156


ROONEY NIMMO PC
ATTN FOUNDING PARTNER
800 3RD AVE
NEW YORK, NY  10022

ROTH STAFFING COMPANIES LP
D/B/A ULTIMATE STAFFING SERVICES

RPOWER LLC
ATTN JEFF STARCHER
24 WATERWAY AVE, STE 350
THE WOODLANDS, TX  77380


RSM US LLP
ATTN KEVIN FORAL & SADIE ANDREWS
1299 FARNAM ST, STE 530
OMAHA, NE  68102

RSM US LLP
ATTN SR MANAGER
801 NICOLLETT MALL, STE 1200
MINNEAPOLIS, MN  55402

RSM US LLP
ATTN PARTNER
CLIENT RESOURCE CENTER
201 FIRST ST SE, STE 800
CEDAR RAPIDS, IA  52401


RYKOR ENERGY SOLUTIONS LLC
ATTN MANAGING MEMBER
33 COMMERCIAL ST
RAYNHAM, MA  02767

SABER POWER LLC
ATTN CHIEF EXECUTIVE OFFICER
9841 SABER POWER LN
ROSHARON, TX  77583

SAFETEK LLC
ATTN PRESIDENT
8 MOUNTAINBROOK
IRVINE, CA  92620


SAIDA VENTURES LLC
ATTN PRESIDENT
6226 VILLA DE PICASSO AVE
LAS VEGAS, NV  89131

SALO LLC
ATTN MANAGING DIRECTOR
20 S 13TH ST, STE 200
MINNEAPOLIS, MN  55403

SALO LLC
ATTN SR TALENT ACQUISITION SPECIALIST
13261 94TH AVE N
MAPLE GROVE, MN  55369


SAM HOUSTON INVESTMENTS INC
ATTN SAM HOUSTON
1425 RED BUTTE DR
ASPEN, CO  81611

SAVAGE IO INC
ATTN CHIEF EXEC OFFICER
45 O'CONNER RD
FAIRPORT, NY  14450

SAVAGE IO INC
ATTN PRESIDENT
45 O'CONNER RD
FAIRPORT, NY  14450

**Debtor:** COMPUTE NORTH HOLDINGS, INC, et al.

**Case #:** 22-90273

Contract Cure

Notices mailed by:  October 18, 2022

SBI MINING CHIP CO LTD
ATTN CHIEF EXEC OFFICER
IZUMI GARDEN TWR 13F
1-6-1 ROPPONGI, MINATO-KU
TOKYO  106-6013  JAPAN

SCHER VENTURES LLC
ATTN CHIEF EXEC OFFICER
15 BROAD ST, #2424
NEW YORK, NY

SCOTT, RANDALL WAYNE
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

SCOTT, VINITA SU SPECK & GEORGE F
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

SECURITAS SECURITY SERVICES USA
12672 COLLECTIONS CENTER DR
ATTN: FAHEEM KARIM
CHICAGO, IL  60693

SENATOR INVESTMENT GROUP LP
ATTN GENERAL COUNSEL
510 MADISON AVE, 28TH FL
NEW YORK, NY  10022

SGS NORTH AMERICA INC
PO BOX 2502
CAROL STREAM, IL  60132-2502

SHELL ENERGY NORTH AMERICA (US) LP
MERILEE ROCHA
21 WATERWAY AVE. SUITE 450
THE WOODLANDS, TX  77380

SHELL GLOBAL SOLUTIONS (US)
ATTN PRODUCT APPLICATION SPECIALIST
PROCESS OILS
SHELL TECHNOLOGY CTR
3333 HWY 6 SOUTH
HOUSTON, TX  77082

SHELL NEW ENERGIES US LLC

SHENZHEN AIMEIJIN ELECTRONICS CO, LTD
RM 801 HANGSHENG BLDG
GAOXIN SOUTH LIUDAO RD
NANSHAN DIST
SHENZEN  CHINA

SHIROMA, FRANCIS
6469 LOVETT CANYON ST
LAS VEGAS, NV  89148

SIGNATURE STAFF RESOURCES LLC
10319 LYNBROOK HOLLOW
HOUSTON, TX  77042

SILICON VALLEY BANK
3003 TASMAN DR
SANTA CLARA, CA  95054

SIMNATION CORP
ATTN PRESIDENT
5 HEYWORTH CRES
TORONTO, ON  M4E 1T6
CANADA

SIRIUS COMPUTER SOLUTIONS LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

SKYCHAIN TECHNOLOGIES INC
ATTN CHIEF EXEC OFFICER
1112 W PENDER ST, UNIT 415
VANCOUVER, BC  V6E 2S1
CANADA

SKYFARM STRATEGIC CAPITAL LLC
ATTN MANAGER
6899 COLLINS AVE
MIAMI BEACH, FL

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #:  22-90273

Notices mailed by:  October 18, 2022

SMARTEST ENERGY US LLC
ATTN CHIEF OPERATING OFFICER
333 W WASHINGTON ST
SYRACUSE, NY

SOLARGEN RESOURCES LLC
ATTN PARTNER
1915 WIGMORE ST
JACKSONVILLE, FL  32206

SOLARSTONE FINANCE
ATTN DIRECTOR
10429 CLIFTON BLVD #301
CLEVELAND, OH  44102

SOLAS ENERGY CONSULTING US INC
ATTN PRESIDENT & CEO
430 N COLLEGE AVE, STE 425
FORT COLLINS, CO  80524

SOLOMON  CORPORATION
ATTN JAMIE HYPES CFO
1922 S MLK JR DR
TEMPLE, TX  76504

SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN PORTFOLIO MANAGER
25 MAPLE ST
SUMMIT, NJ  7901

SOLVENT ENERGY INC
ATTN ADMINISTRATOR
16010 E MAPLEWOOD DR
CENTENNIAL, CO  20016

SONIC ENCLOSURES LTD
ATTN VP SPECIAL PROJECTS
43676 PROGRESS WAY
CHILLIWACK, BC  V2R 0C3
CANADA

SOROS FUND MANAGEMENT LLC
250 WEST 55TH ST
NEW YORK, NY  10019

SOUTH TEXAS CAPITAL ADVISORS
1259 LOOP 337, STE 300
NEW BRAUNFELS, TX  78130

SOUTHERN PUBLIC POWER DISTRICT
4550 W HUSKER HIGHWAY
P.O BOX 1687
GRAND ISLAND, NE  68802

SOUTHERN PUBLIC POWER DISTRICT
ATTN BILLY CUTSOR, CONTRACTS MGR
1414 15TH ST
PO BOX 499
COLUMBUS, NE  68602-0499

SOUTHERN PUBLIC POWER DISTRICT
4550 W HUSKER HWY
PO BOX 1687
GRAND ISLAND, NE  68802

SP ACQUISITION LLC
40 W 57TH ST, 29TH FL
NEW YORK, NY  10019

SPECTRUM SEARCH PARTNERS LLC
ATTN SENIOR ANALYST
1250 BROADWAY, 19TH FL
NEW YORK, NY  10001

SPECTRUM SEARCH PARTNERS LLC
4643 SOUTH ULSTER SUITE 1420
ATTN: TOM SHAHNAZARIAN
DENVER, CO  80237

SPLITTING TENS LLC
ATTN MANAGING PARTNER
5318 MORNINGSIDE AVE
DALLAS, TX  75206

SRP DEVELOPMENT MANAGEMENT SVCS LLC
ATTN MANAGING PARTNER
3811 TURTLE CREEK BLVD, STE 1100
DALLAS, TX  75219

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.
Case #: 22-90273

Contract Cure

Notices mailed by: October 18, 2022

STAR MOUNTAIN FUND MANAGEMENT LLC
140 EAST 45TH ST, 37TH FL
NEW YORK, NY  10017

STAROSTKA GROUP UNLIMITED
ATTN DAVE STAROSTKA
492 INDUSTRIAL LANE
GRAND ISLAND, NE  68803

STARTMINING
ATTN GENERAL MANAGER
334 RUE DU LUXEMBOURG
LA SEYNE SUR MER  83500
FRANCE

STCAP
ATTN PARTNER
530 LYTON AVE
PALO ALTO, CA  94301

STINCHFIELD, DEAN
6010 RIDGE RD
EXCELSIOR, MN  55331

STONECOURT CAPITAL LP
ATTN MANAGING PARTNER
10 EAST 53RD ST, 13TH FL
NEW YORK, NY  10022

SUNBELT RENTALS
400 NE WILSHIRE BLVD
BURLESON, TX  76028

SUNBELT RENTALS
ATTN CHIEF FINANCIAL OFFICER
PO BOX 245
SOLOMON, KS  67480

SUNBELT RENTALS
PO BOX 619130
DALLAS, TX  75261-9130

SUNBELT RENTALS
ATTN CHIEF FINANCIAL OFFICER
PO BOX 619130
DALLAS, TX  75261-9130

SUNBELT-SOLOMON CORPORATION
ATTN TERRITORY SALES MANAGER
103 WEST MAIN ST
PO BOX 245
SOLOMON, KS  67480

SUPERIOR CITY OF
ATTN MUNICIPAL UTILITY MANAGER
135 W 4TH ST
PO BOX 160
SUPERIOR, NE  68978

SUSTAINABLE ASSET FUND III LP
ATTN MANAGING PARTNER
1011 WALNUT ST, STE 400
ATTN MANAGING PARTNER
BOULDER, CO  80302

TAILWIND ACQUISITION CORP
ATTN CHIEF EXEC OFFICER
150 GREENWICH ST, 28TH FL
NEW YORK, NY  10022

TALKOT CAPITAL
ATTN MANAGING PARTNER
1951 ALPINE AVE
BOULDER, CO  80304

TALLGRASS MLP OPERATIONS LLC
ATTN EVP & GEN COUNSEL
4200 W 115TH ST
LEAWOOD, KS  66211

TAS ENERGY INC
6110 CULLEN BLVD
6110 CULLEN BLVD
HOUSTON, TX  77021

TAYLOR ELECTRIC COOPERATIVE INC
905 SOUTH FILLMORE, STE 300
AMARILLO, TX  79101-3541

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #: 22-90273

Notices mailed by: October 18, 2022

TC ENERGY DEVELOPMENT HOLDINGS INC
ATTN OMAR KHAYUM
700 LOUISIANA ST
HOUSTON, TX 77002

TEAGUE NALL & PERKINS INC
ATTN DIRECTOR OF ENGINEERING SERVICES
3200 S INTERSTATE 35E, STE 1129
DENTON, TX 76210

TECH STRATEGY LEADERS LLC
7000 FALLONDALE ROAD
WAXHAW, NC 28173

TECH STRATEGY LEADERS LLC
ATTN PRESIDENT & CEO
7000 FALLONDALE ROAD
WAXHAW, NC 28173

TERRA-GEN DEVELOPMENT COMPANY LLC
ATTN JEFF CAST
437 MADISON AVE, 22ND FL, STE A
NEW YORK, NY 10022

TERRY RATZLAFF PHOTOGRAPHY LLC
ATTN TERRY RATZLAFF
1739 G ST
LINCOLN, NE 68508

TEX-AFRICAN VENTURES LLC
ATTN PRINCIPAL
626 E 86TH ST
HOUSTON, TX

TEXAS BLOCKCHAIN COUNCIL
ATTN LEE BRATCHER
904 VINECREST LANGE
RICHARDSON, TX 75080

TEXAS-NEW MEXICO POWER CO
ATTN REP RELATIONS
577 N GARDEN RIDGE BLVD
LEWISVILLE, TX 75067

THOMAS, KIMBERLY SCOTT & SCOTT
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

THORSTAD COMPANIES
ATTN PRESIDENT
101 2ND ST W
CHOKIO, MN 56221

TKO CAPITAL INC

TMGCORE INC
ATTN CHIEF EXEC OFFICER
6815 COMMUNICATIONS PARKWAY
PLANO, TX 75024

TODD YOUNG (YOUNG ENTERPRISES)
ATTN PRESIDENT
5414 HWY 1417 N
SHERMAN, TX 75092

TRANSFLUID SERVICES INC
600 TRAVIS ST, STE 6150
HOUSTON, TX 77002

TRC ENVIRONMENTAL CORPORATION
ATTN PRESIDENT
1090 UNION RD, STE 280
WEST SENECA, NY 14224

TRIPUNITARA, MAHESH
4 CANTER COURT
NASHUA, NH 0-3063

TRT FX LLC
ATTN DIRECTOR OF MINING OPERATI
14 WALL ST, STE 8B
NEW YORK, NY 10005

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #: 22-90273

Notices mailed by: October 18, 2022

TRUE NORTH DATA SOLUTIONS (U.S.) INC
ATTN PETER ALLARD, PRESIDENT
316 W BROADWAY
GAINESVILLE, TX 76240

TRUE NORTH DATA SOLUTIONS INC
ATTN PETER ALLARD, PRESIDENT
559 HURRICANE DR
CALGARY, AB T3Z 3S8
CANADA

TURNTIDE TECHNOLOGIES INC
ATTN CHAIRMAN & CEO
1295 FORGEWOOD AVE
SUNNYVALE, CA 94089

TYR ENERGY LLC
ATTN GENERAL COUNSEL
7500 COLLEGE BLVD, STE 400
OVERLAND PARK, KS 66210

TZ CAPITAL HOLDINGS LLC
111 W MONROE ST, #9C
CHICAGO, IL 60603

TZ CAPITAL HOLDINGS LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZ CAPITAL HOLDINGS LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

TZ CAPITAL HOLDINGS LLC
ATTN CHIEF FINANCIAL OFFICER
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZ CAPITAL HOLDINGS LLC
ATTN DRAKE HARVEY
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZ REAL ESTATE HOLDINGS LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

TZ REAL ESTATE HOLDINGS LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZRC KING MOUNTAIN LLC
C/O TZRC LLC
ATTN GEN COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZRC KING MOUNTAIN LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

TZRC KING MOUNTAIN LLC
8899 HWY 385
NORTH CRANE, TX 79762

TZRC KING MOUNTAIN LLC
D/B/A VERIZON WIRELESS
ONE VERIZON WAY, MS 4AW100
BASKING RIDGE, NJ 7920

TZRC KING MOUNTAIN LLC
ATTN DRAKE HARVEY, COO
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55322

TZRC KING MOUNTAIN LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

TZRC KING MOUNTAIN LLC
700 UNIVERSE BOULEVARD
JUNO BEACH, FL 33408

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**
**Case #: 22-90273**
Contract Cure

**Notices mailed by: October 18, 2022**

TZRC LLC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

TZRC LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

TZRC LLC
ATTN CHIEF FINANCIAL OFFICER
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

TZRC LLC
ATTN DRAKE HARVEY
11501 ROAD 495
MCCAMEY, TX  79752

TZRC LLC
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

TZRC MINING LLC
ATTN GREGORY IRWIN
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

TZRC MINING LLC
ATTN DRAKE HARVEY
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

ULTEIG ENGINEERS INC
ATTN MARKET DIR, RENEWABLES
3350 38TH AVE S
FARGO, ND  58104

ULTEIG ENGINEERS INC
ATTN DIR, CFS PROJECT MANAGEMENT
5575 DTC PKWY, STE 200
GREENWOOD VILLAGE, CO  80111

ULTIMATE XP
ATTN PARTNER
770 N LASALLE, STE 650
CHICAGO, IL  60654

UNITED CAPITAL PARTNERS LLC
ATTN FINANCE MANAGER
700 MILAM, STE 1300
HOUSTON, TX  77002

UNITED STATES POWER COMPANY INC
ATTN PRESIDENT
9021 HARROW WAY
EDEN PRAIRIE, MN  55347

UPTICK TECHNOLOGY LLC
ATTN CHIEF EXEC OFFICER
900 OCEAN DRIVE #707
JUNO BEACH, FL  33408

URBAN SOLUTION GROUP LLC
ATTN CHIEF EXEC OFFICER
4230 ELATI ST #200
DENVER, CO  80216

USA-CONTAINERS LLC
ATTN OWNER
1069 TOWNSHIP RD 1950 E
SMITHSHIRE, IL  61478

VALDES ENGINEERING COMPANY
ATTN CORP COUNSEL
100 W 22ND ST
LOMBARD, IL  60148

VANTAGE FINANCIAL LLC
444 SECOND ST
EXCELSIOR, MN  55331

VEDADO CAPITAL LLC
806 OAK VALLEY DR
HOUSTON, TX  77024

Debtor: COMPUTE NORTH HOLDINGS, INC, et al.

Case #: 22-90273

Contract Cure

Notices mailed by:  October 18, 2022

VERIZON WIRELESS
ATTN HQ LEGAL B2B CONTRACT ADMIN
LEGAL & EXTERNAL AFFAIRS DEPT
ONE VERIZON WAY
BASKING RIDGE, NJ  7920

VERNE GLOBAL HF

VERNE HOLDINGS LTD
HAYS GALLERIA
1 HAYS LN
LONDON  SE11RD
UNITED KINGDOM

VERY GOOD DEVELOPMENT COMPANY LLC
ATTN MANAGING MEMBER
1448 FRENCH CT
OCEANSIDE, CA  92054

VILYUS, PATRICK
9314 PROVIDENCE BEND RD
PORTER, TX  77365

VIRTUAL POWER SYSTEMS INC
ATTN CHIEF OPERATING OFFICER
691 S MILPITAS BLVD, STE 113
MILPITAS, CA  95035

VIVOPOWER USA LLC
44873 FALCON PL, STE 174
STERLING, VA  20166

VOLTUS INC
ATTN CHIEF EXEC OFFICER
2443 FILLMORE ST #380-3427
SAN FRANCISCO, CA  94115

VOLTUS INC
ATTN SR VICE PRES OF SALES
2443 FILLMORE ST #380-3427
SAN FRANCISCO, CA  94115

VOLTUS INC
ATTN GREGG DIXON
2443 FILLMORE ST #380-3427
SAN FRANCISCO, CA  94115

VOVES, STACY
800 LASALLE AVE, STE 1620
MINNEAPOLIS, MN  55402

VOXOX
ATTN EXEC CHAIRMAN
5825 OBERLIN DR
SAN DIEGO, CA  92121

WALKER ENGINEERING INC
ATTN VP GEN COUNSEL
1505 W WALNUT HILL LN
IRVING, TX  75038

WAND CORPORATION
ATTN LEGAL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

WEIFIELD GROUP CONTRACTING INC
ATTN CHIEF BUSINESS DEVELOPMENT OFFICER
6950 S JORDAN RD
CENTENNIAL, CO  80112

WEISS MULTI-STRATEGY ADVISERS
ATTN DEPUTY CIO, CAO
320 PARK AVE
NEW YORK, NY  10022

WELLS FARGO BANK NA
ATTN VP
90 S 7TH ST
MINNEAPOLIS, MN  55402

WELLS PARTNERSHIP COMPANY, THE
ATTN MICHAEL HARMS, MANAGING PRINCIPLE
595 S BROADWAY, STE 100
DENVER, CO  80209

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**


WELLS PARTNERSHIP, THE
ATTN CORY DAHL
595 S. BROADWAY, STE 100
DENVER, CO  80209

WESTWOOD
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

WESTWOOD PROFESSIONAL SERVICES INC
ATTN GEN COUNSEL
12701 WHITEWATER DR, STE 300
MINNETONKA, MN  55343


WESTWOOD PROFESSIONAL SERVICES INC
ATTN GENERAL COUNSEL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

WESTWOOD PROFESSIONAL SERVICES INC
ATTN VP, RENEWABLES
12701 WHITEWATER DR, STE 300
MINNETONKA, MN  55343

WESTWOOD PROFESSIONAL SERVICES INC
ATTN VP, GENERAL MANAGER
12701 WHITEWATER DR, STE 300
MINNETONKA, MN  55343


WHARTON COUNTY
PERMIT & INSPECTION DEPT
ATTN FLOODPLAIN MGR
315 E MILAM, STE 102
WHARTON, TX  77488

WHITE OAK GLOBAL ADVISORS LLC
ATTN MANAGING DIRECTOR
3 EMBARCADERO CTR, 5TH FL
SAN FRANCISCO, CA  94111

WHITE OAK TRADE FINANCE LLC
ATTN MANAGING DIRECTOR
3 EMBARCADERO CTR, 5TH FL
SAN FRANCISCO, CA  94111


WHITEHAWK CAPITAL PARTNERS LP
ATTN PRESIDENT
11601 WILSHIRE BLVD, STE 1250
LOS ANGELES, CA  90025

WHITTEMORE COLLECTION, THE
ATTN VICE PRESIDENT
4 INTERNATIONAL DR, STE 300
RYE BROOK, NY  10573

WILLIAMS SCOTSMAN INC
ATTN CUSTOMER SUCCESS SPECIALIST
4590 CAREY ST
FT WORTH, TX  76119-4222


WILMINGTON TRUST
ATTN STEVEN QUISENBERRY
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219

WILMINGTON TRUST NA
ATTN ARVIND GOPAL
2 LANDMARK SQ, STE 207
STAMFORD, CT  06901

WILMINGTON TRUST NA
CORPORATE CLIENT SERVICES
ATTN BORIS TREYGER
1100 N MARKET ST
WILMINGTON, DE  19890


WILMINGTON TRUST NA
C/O FINN DIXON & HERLING LLP
ATTN CHRISTOPHER CRAIG
6 LANDMARK SQ
STAMFORD, CT  06901

WILMINGTON TRUST NA
ATTN STEVEN QUISENBERRY
3838 OAK LAWN AVE, STE 1000
DALLAS, TX  75219

WITHEY, BRET
903 PRIVATE RD
WINNETKA, IL  60093

**Debtor: COMPUTE NORTH HOLDINGS, INC, et al.**

**Case #:  22-90273**

**Notices mailed by:  October 18, 2022**


WOLF HOLLOW II POWER LLC
10 S DEARBORN ST, 52ND FL
CHICAGO, IL  60603

WORKIVA INC
ATTN SVP & CFO
2900 UNIVERSITY BLVD
AMES, IA  50010

WORLD WIDE TECHNOLOGY LLC
ATTN VICE PRESIDENT
1 WORLD WIDE WAY
ST LOUIS, MO  63146


WORM, WILL
648 COPPER CT
WACONIA, MN  55387

YADAV, SATYEN
13570 TECHNOLOGY DR APT 2221
EDEN PRAIRIE, MN  55344-2268

YECON LLC
ATTN PRESIDENT
5414 HWY 1417 N
SHERMAN, TX  75092


YOUNG AMERICA
ATTN BRYAN GUADAGNO, DIR
141 EAST BOSTON POST RD
MAMARONECK, NY  10543


Total Parties: 1105