**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## WITNESS AND EXHIBIT LIST FOR OCTOBER 25, 2022 HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearing to be held on October 25, 2022, at 3:30 p.m. (prevailing Central Time).

## WITNESSES

The Debtors may call the following witnesses at the hearing:

1.  Drake Harvey, President of the Debtors;

2.  Impeachment witnesses as necessary; and

3.  Any witness called by any other party.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | Any document or pleading filed in the above-captioned cases. | | | | | | |
| 2 | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |
| 3 | Any exhibit identified or offered by any other party. | | | | | | |

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List prior to the hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 25, 2022
        Houston, Texas

                                          /s/  James T. Grogan III
                                          **PAUL HASTINGS LLP**
                                          James T. Grogan III (TX Bar No. 24027354)
                                          600 Travis Street, 58th Floor
                                          Houston, Texas 77002
                                          Telephone:  (713) 860-7300
                                          Facsimile:  (713) 353-3100
                                          Email: jamesgrogan@paulhastings.com

                                          -and-

                                          Luc Despins (admitted *pro hac vice*)
                                          Sayan Bhattacharyya (admitted *pro hac vice*)
                                          Daniel Ginsberg (admitted *pro hac vice*)
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone:  (212) 318-6000
                                          Facsimile:  (212) 319-4090
                                          Email: lucdespins@paulhastings.com
                                                  sayanbhattacharyya@paulhastings.com
                                                  danielginsberg@paulhastings.com

                                          -and-

                                          Matthew Micheli (admitted *pro hac vice*)
                                          Michael Jones (admitted *pro hac vice*)
                                          71 South Wacker Drive, Suite 4500
                                          Chicago, Illinois 60606
                                          Telephone:  (312) 499-6000
                                          Facsimile:  (312) 499-6100
                                          Email: mattmicheli@paulhastings.com
                                                  michaeljones@paulhastings.com

                                          *Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on October 25, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          /s/ James T. Grogan III
                                          James T. Grogan III

4