# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, October 25, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Joe | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Marathon Digital Holdings, Inc. |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Aaron | Metviner | Kirkland & Ellis LLP | Generate Lending, LLC |