## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-90273 (MI) |
| COMPUTE NORTH HOLDINGS, INC., | § | |
| *et al.*,[1] | § | Chapter 11 Cases |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McGuireWoods LLP appears on behalf of Colorado Bend II Power, LLC; Constellation Energy Generation, LLC f/k/a Exelon Generation Company LLC; Constellation NewEnergy, Inc.; and Wolf Hollow II Power, LLC (collectively, the "Constellation Affiliates"), pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby submits this notice of appearance, requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules. All notices given or required to be given in this case shall be served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**Andrew C. Papa**
McGuireWoods LLP
Texas Bar No. 24127873
Texas Tower
845 Texas Ave., 24th Floor
Houston, TX 77002
Telephone:  (832) 255-6324
Facsimile:  (832) 255-6374
Email: apapa@mcguirewoods.com

-and-

**Mark E. Freedlander**
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Telephone:  (412) 667-7928
Facsimile:  (412) 667-7967
Email: mfreedlander@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, but, without limitation, the schedules, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the Bankruptcy clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders

in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 25, 2022

Respectfully submitted,

**McGuireWoods LLP**

*/s/ Andrew C. Papa*

**Andrew C. Papa**
Texas Bar No. 24127873
845 Texas Ave., 24th Floor
Houston, TX 77002
Telephone: 832-255-6324
Facsimile: 713-571-9652
Email: apapa@mcguirewoods.com

-and-

**Mark E. Freelander**
Tower Two-Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-7928
Facsimile: 412-667-7967
Email: mfreedlander@mcguirewoods.com

**ATTORNEYS FOR THE CONSTELLATION AFFILIATES**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's electronic filing system ("ECF").


_/s/ Andrew C. Papa_
Andrew C. Papa