United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 26, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Pennsylvania__:

| | |
|---|---|
| Name | Mark E. Freedlander |
| Firm | McGuireWoods LLP |
| Street | 260 Forbes Ave., Suite 1800 |
| City & Zip Code | Pittsburgh, PA 15222 |
| Telephone | 412-667-7928 |
| Licensed: State & Number | Pennsylvania - 70593 |

Seeks to appear as the attorney for this party:

Colorado Bend II Power, LLC; Constellation Energy Generation, LLC f/k/a Exelon Generation Company LLC; Constellation NewEnergy, Inc.; and Wolf Hollow II Power, LLC

Dated: October 25, 2022　　Signed: /s/ Mark E. Freedlander

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 　　Signed: _____
　　　　　　　　　　　Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: October 26, 2022

Marvin Isgur
United States Bankruptcy Judge