IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **COMPUTE NORTH HOLDINGS, INC.,** et al., Cases (Jointly Administered) Debtors. | § § § § § § § § § | CASE NO. 22-90273 (MI) Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **TESLAWATT, LLC.** (herein referred to as "TESLAWATT"), and, requests that all notices given or required to be given in this civil case, and all papers served or required to be served in this civil case, be given to and served upon:

> Stephen W. Sather
> BARRON & NEWBURGER, P.C.
> 7320 N. MoPac Expressway, Suite 400
> Austin, TX 78731
> (512) 476-9103
> ssather@bn-lawyers.com

DATED: October 26, 2022

Respectfully submitted

/s/*Stephen W. Sather*
Stephen W. Sather
SBN 24074775
7320 N. MoPac Expwy,
Suite 400
Austin, TX 78731
(512) 476-9103
**ATTRONEY FOR TESLAWATT, LLC.**

## CERTIFICATE OF SERVICE

    By my signature below, I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers has been served via ECF on the parties registered for service on ECF on the 26th day of October 2022.

              /s/*Stephen W. Sather*
              Stephen W. Sather