**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **COMPUTE NORTH HOLDINGS, INC.**, *et al*, § | |
|    **Debtors** § | **Case No. 22-90273** |
| § | **(Chapter 11)** |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES IN INTEREST AND THIS HONORABLE COURT:

     PLEASE TAKE NOTICE that VERIBI LLC f/k/a OFIPLEX NV LLC, appears herein by and through the undersigned counsel and requests that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by the Federal Rules of Civil Procedure; and/or other applicable Federal Statutes and Rules, be given to and served upon its attorneys, and that such service and notice be e-mailed or mailed to the following:

    VERIBI, LLC
    c/o Hoffman & Saweris, p.c.
    2777 Allen Parkway, Suite 1000
    Houston, TX 77019
    Telephone: 713-654-9990
    Facsimile: 713-654-0038
    mhecf@aol.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, e-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

DATED: October 26, 2022

Respectfully submitted,

By: */s/ Matthew Hoffman*
Matthew Hoffman
State Bar No. 09779500
S.D. Bar No. 3454
Alan B. Saweris
State Bar No. 24075022
S.D. Bar Number: 1850547
Hoffman & Saweris, p.c.
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
(713) 654-9990 *(Telephone)*
(713) 654-0038 *(Facsimile)*
ATTORNEYS FOR
VERIBI LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been served upon the parties registered to receive notices in this case via the Electronic Case Filing System.

*/s/ Matthew Hoffman*
Matthew Hoffman