IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **Compute North Holdings, Inc., *et al,* [1]** | § | |
| | § | **Case No. 22-90273 (MI)** |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Power Asset Recovery Corporation pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007.  All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin
Texas Bar No. 24070221
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713.356.1280 | F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

---

[1] The Debtors in these chapter 11 cases , along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for thepurposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344..

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: October 27, 2022

        Respectfully submitted,

        **CHAMBERLAIN, HRDLICKA, WHITE,**
            **WILLIAMS & AUGHTRY, P.C.**

        By: */s/ Jarrod B. Martin*
        Jarrod B. Martin
        Texas Bar No. 24070221
        1200 Smith Street, Suite 1400
        Houston, TX 77002
        P: 713-356-1280
        F: 713-658-2553
        E: Jarrod.Martin@chamberlainlaw.com

        *Counsel for Power Asset Recovery Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 27, 2022, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

        */s/ Jarrod B. Martin*
        Jarrod B. Martin