**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Compute North Holdings, Inc. and CN Mining LLC<br>Debtor | Case No.: 22−90273<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-90273-mi
Compute North Holdings, Inc.  Chapter 11
CN Mining LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 5
Date Rcvd: Oct 26, 2022      Form ID: ntctran      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CN Atoka LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Big Spring LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Colorado Bend LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Corpus Christi LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Developments LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Equipment LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN King Mountain LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Minden LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Mining LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Pledgor LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Holdings, Inc., 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Member LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NC08 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NY09 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North SD, LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX06 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX10 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Texas LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| aty | + | G Frank Nason, IV, 6000 Lake Forrest Drive, N.W. Suite 435, Atlanta, GA 30328-3896 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4357 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alder BTC Holdings, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Oct 26, 2022 | Form ID: ntctran | Total Noticed: 32 |

| | |
|---|---|
| intp | Alder Opportunity, LP |
| intp | Alder SPV I, LLC |
| cr | Axle Logistics, LLC |
| cr | Bootstrap Energy LLC |
| intp | CN Borrower LLC |
| intp | CN Wolf Hollow LLC |
| cr | Colorado Bend II Power, LLC |
| intp | Compute North NE05 LLC |
| cr | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | Constellation NewEnergy, Inc. |
| op | Epiq Corporate Restructuring, LLC |
| cr | Foundry Digital LLC |
| cr | Freudenberg Filtration Technologies, L.P. |
| cr | Generate Lending, LLC |
| op | Jefferies LLC |
| cr | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | Marathon Digital Holdings, Inc. |
| cr | Marathon Digital Holdings, Inc. |
| cr | Marathon Digital Holdings, Inc. |
| cr | Mercuria Energy America, LLC |
| crcm | Official Committee of Unsecured Creditors of Compu |
| cr | Rohit Shirole |
| cr | Sunbelt Solomon Services, LLC |
| cr | TZ Capital Holdings LLC |
| cr | Wolf Hollow II Power, LLC |

TOTAL: 26 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1  LLC awebb@fbtlaw.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Oct 26, 2022 | Form ID: ntctran | Total Noticed: 32 |

Andrew Christian Papa
    on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com

Brandon Renken
    on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com

G. Frank Nason, IV
    on behalf of Creditor Marathon Digital Holdings Inc. fnason@lcenlaw.com

Gregory Donald Ellis
    on behalf of Interested Party Marathon Digital Holdings Inc. emiller@lcenlaw.com

Gregory Donald Ellis
    on behalf of Creditor Marathon Digital Holdings Inc. emiller@lcenlaw.com

J Michael Sutherland
    on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon
    on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
    on behalf of Debtor CN Mining LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Atoka LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North TX06 LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Corpus Christi LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North TX10 LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North Holdings Inc. jamesgrogan@paulhastings.com, cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Pledgor LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN King Mountain LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Equipment LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North SD LLC jamesgrogan@paulhastings.com, cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Minden LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North NC08 LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North NY09 LLC jamesgrogan@paulhastings.com cypress.ph@paulhastings.com

| | |
|---|---|
| James Tillman Grogan, III | on behalf of Debtor CN Big Spring LLC jamesgrogan@paulhastings.com  cypress.ph@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North Member LLC jamesgrogan@paulhastings.com  cypress.ph@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor CN Colorado Bend LLC jamesgrogan@paulhastings.com  cypress.ph@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North Texas LLC jamesgrogan@paulhastings.com  cypress.ph@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor CN Developments LLC jamesgrogan@paulhastings.com  cypress.ph@paulhastings.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| John Willard | on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com |
| John David Cornwell | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com |
| Joseph William Buoni | on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Kevin M. Capuzzi | on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Laura J Monroe | on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Lori Ann Hood | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Lori Ann Hood | on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Maegan Quejada | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark Adam Castillo | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com |
| Matthew Lee Brod | on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com |
| Matthew Scott Okin | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew W Silverman | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Patricia Baron Tomasco | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com |
| Patrick M Haines | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com |
| Ralph McDowell | on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com |
| Stephen Matthew Pezanosky | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com |

| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: ntctran | Total Noticed: 32 |

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com sray@andrewsmyers.com

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 62