# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Cure Objection Deadline for Supplemental Cure Notice:** |
| | **November 7, 2022 at 7:00 a.m.** |
| | **(prevailing Central Time)** |
| | **Re: Docket Nos. 91, 191, & 256** |

## NOTICE OF FILING OF SUPPLEMENTAL CURE SCHEDULE IN CONNECTION WITH PROPOSED SALE

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on September 22, 2022 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with one or more sales of assets (collectively, the "Assets"). The Debtors are seeking Court approval of such sales and assumptions and assignments pursuant to a motion, dated September 26, 2022 [Docket No. 91] (the "Motion").[2]

The Court has entered an order [Docket No. 256] (the "Final Sale Procedures Order") approving, among other things, (i) certain procedures for the sale of Assets with an aggregated selling price equal to or less than $1,000,000 (the "De Minimis Asset Sale Procedures"), (ii) certain procedures for the sale of Assets with an individual or collective value over $1,000,000 (the "Bidding Procedures"), and (iii) certain procedures that govern the assumption and assignment of certain executory contracts and unexpired leases transferred pursuant to either the De Minimis Asset Sale Procedures or the Bidding Procedures. Copies of the Motion and the Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Sale       Procedures       Order       are       available       for       download       at
https://dm.epiq11.com/case/ComputeNorthHoldings/info (the "Case Website").

The Debtors have reserved the right to designate one or more parties to serve as stalking
horse purchasers for the Assets (each a "Stalking Horse Purchaser"). For each Stalking Horse
Purchaser, a notice will be filed on the Bankruptcy Court's docket and posted on the Case Website
identifying each Stalking Horse Purchaser, the terms of each Stalking Horse Agreement, and other
information regarding each Stalking Horse Purchaser, as described in the Motion and the Final
Sale Procedures Order.

On October 28, 2022, the Debtors caused customized notices to be served upon each of the
non-Debtor counterparties (each a "Counterparty"), identified on **Exhibit A** hereto
(the "Supplemental Cure Schedule"), to the additional unexpired leases and executory contracts
(collectively, the "Contracts") that may be potentially assumed and assigned in connection with a
sale under either the De Minimis Asset Sale Procedures or the Bidding Procedures.

The Debtors have determined the current amounts owing (the "Cure Amounts") under each
Contract and have listed the applicable Cure Amount for the Contract(s) on the Supplemental Cure
Schedule. The Cure Amounts are the only amounts proposed to be paid upon any assumption and
assignment of the Contracts, in full satisfaction of all amounts outstanding under the Contracts.

Any Counterparty that objects to (i) the applicable Cure Amount or (ii) the Debtors' ability
to assume and assign the applicable Contract, must file and serve an objection (a "Contract
Objection"). Any Contract Objection shall: (i) be in writing; (ii) comply with the Bankruptcy
Rules and the Local Rules; (iii) be filed with the Clerk of the Court, 515 Rusk Street, Houston,
Texas 77002, together with proof of service, **on or before 7:00 a.m. (prevailing Central Time)
on November 7, 2022** (the "Supplemental Contract Objection Deadline");[3] (iv) be served, so as
to be actually received on or before the Supplemental Contract Objection Deadline, upon the
Objection Notice Parties (set forth below); and (v) state with specificity the grounds for such
objection, including, without limitation, the fully liquidated cure amount and the legal and factual
bases for any unliquidated cure amount that such Counterparty believes is required to be paid under
section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract in question, along with the
specific nature and dates of any alleged defaults, any pecuniary losses resulting therefrom, and the
conditions giving rise thereto.

Any objections to adequate assurance of future performance by a Successful Bidder other
than a De Minimis Asset Purchaser shall be filed not later than **November 7, 2022, at 8:00 a.m.
(prevailing Central Time)** (the "Adequate Assurance Objection Deadline"). Objections to

---

[3]     On October 18, 2022, the Debtors served notices to Counterparties whose Contracts were identified as Target
Contracts on such date and filed notice of the same on the docket maintained in these Chapter 11 Cases [Docket
No. 209] (the "Initial Cure Notice"). Pursuant to the Final Sale Procedures Order, the deadline to object to any
proposed cure amount set forth in the Initial Cure Notice is November 1, 2022 at 4:00 p.m. (prevailing Central
Time). In accordance with the Final Sale Procedures Order, the Debtors reserved the right to identify additional
Target Contracts subsequent to the service of the Initial Cure Notice by serving this supplemental cure notice
(this "Supplemental Cure Notice") on Counterparties to such Contracts. Pursuant to the Final Sale Procedures
Order, the deadline to object to the cure amount set forth in this Supplemental Cure Notice is two (2) hours prior
to the commencement of the Sale Hearing.

adequate assurance of future performance by a De Minimis Asset Purchaser shall be governed by the De Minimis Asset Sale Procedures and addressed via separate notice.

The "Objection Notice Parties" are as follows: (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: Luc Despins, Sayan Bhattacharyya, and Daniel Ginsberg (lucdespins@paulhastings.com, sayanbhattacharyya@paulhastings.com, and danielginsberg@paulhastings.com); and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli and Michael Jones (mattmicheli@paulhastings.com and michaeljones@paulhastings.com); (ii) proposed counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Jana Whitworth (Jayson.B.Ruff@usdoj.gov and Jana.Whitworth@usdoj.gov); and (iv) counsel to each Stalking Horse Purchaser, if any.

If no objection is timely received with respect to a Cure Amount, then upon the closing of the applicable sale and payment of any Cure Amounts set forth in this notice: (i) such Counterparty shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Contract, (ii) the Cure Amount set forth on **Exhibit A** attached hereto shall be controlling, notwithstanding anything to the contrary in any Contract, or any other document, and such Counterparty shall be deemed to have consented to the Cure Amount, and (iii) such Counterparty shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them.

If no objection is received by the Adequate Assurance Objection Deadline to any Successful Bidder's adequate assurance of future performance with respect to such Counterparty's Contract, such Counterparty shall be deemed to have consented to the assumption, assignment, and transfer of the applicable Contract to the applicable Successful Bidder and shall be forever barred and estopped from asserting or claiming that any conditions to such assumption, assignment, and transfer must be satisfied under such applicable Contract or that any related right or benefit under such applicable Contract cannot or will not be available to the applicable Successful Bidder.

An auction (the "Auction") for the Assets, including the Contracts, will be conducted on November 1, 2022, at 10:00 a.m. (prevailing Central Time) at (i) the offices of Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002 or (ii) virtually by videoconference or teleconference, or such other date, time, or location as the Debtors, after consultation with the Consultation Parties, may notify Qualifying Bidders who have submitted Qualifying Bids. As soon as reasonably practicable after the Auction, the Debtors will file with the Court and post to the Case Website a notice identifying the Successful Bidder(s), which shall set forth, among other things, (i) the Successful Bidder(s) and Back-Up Bidder(s) (if any), (ii) the Contracts selected by the Successful Bidder to be assumed and assigned, (iii) the proposed assignee(s) of such Contracts,

and (iv) contact information of the proposed assignee, so that Counterparties to the selected Contracts may obtain the applicable Successful Bidder's adequate assurance information, which shall be provided to each affected Counterparty on a confidential basis.

The Debtors will seek to assume and assign the Contracts that have been selected by a Successful Bidder (the "Selected Assumed Contracts") at a hearing to be held before the Honorable Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 4th Floor, 515 Rusk Street, Houston, Texas 77002 (a "Sale Hearing") on November 7, 2022 at 9:00 a.m. (prevailing Central Time), or such other date as determined by the Debtors in accordance with the terms of the Final Sale Procedures Order.

To the extent that the Debtors and a Counterparty are unable to consensually resolve any Contract Objection prior to the commencement of the Sale Hearing, including, without limitation, any dispute with respect to the cure amount, if any, required to be paid to the applicable Counterparty under section 365(b)(1)(A) and (B) of the Bankruptcy Code (any such dispute, a "Cure Dispute"), such Contract Objection will be adjudicated at the Sale Hearing or at such other date and time as may be determined by the Debtors and the applicable Successful Bidder or fixed by the Court; *provided*, however, that if the Contract Objection relates solely to a Cure Dispute, the Selected Target Contract may be assumed by the Debtors and assigned to any Successful Bidder provided that the cure amount that the Counterparty asserts is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code (or such lower amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors or the applicable Successful Bidder pending the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

[*Remainder of Page Intentionally Left Blank*]

Dated:  October 28, 2022
Houston, Texas

/s/ *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
            sayanbhattacharyya@paulhastings.com
            danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
            michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Supplemental Cure Schedule**

**Compute North Holdings, Inc. - Assumption Notices**[1]

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| ACOUSTIBLOK<br>6900 INTERBAY BLVD<br>TAMPA, FL  33616 | ACOUSTIBLOK MNDA 05 09 22 | COMPUTE NORTH LLC | $0.00 |
| ALPERT, JONATHAN<br>14 S GRAPE ST.<br>DENVER, CO  80246 | JONATHAN ALPERT MNDA 01 10 19 | COMPUTE NORTH LLC | $0.00 |
| APOLLO INFRA EQUITY MANAGEMENT LP<br>APOLLO GLOBAL MANAGEMENT, INC<br>9 WEST 57TH STREET<br>42ND FLOOR<br>NEW YORK, NY  10019 | APOLLO INFRA NDA 01 02 20 | COMPUTE NORTH LLC | $0.00 |
| ARIS CAPITAL MANAGEMENT LLC<br>400 MADISON AVE<br>NEW YORK, NY  10017 | ARIS CAPITAL INVESTOR NDA 03 08 22 | COMPUTE NORTH LLC | $0.00 |
| AWAD, CARMEN<br>ADDRESS REDACTED | CARMEN AWAD INDEPENDANT CONTRACTOR 11 15 21 | COMPUTE NORTH LLC | $0.00 |
| AWAD, CARMEN<br>ADDRESS REDACTED | CARMEN AWAD REVISED IND CONTRACTOR 12 15 21 | COMPUTE NORTH LLC | $0.00 |
| BABOON CONSULTING<br>TEMISTOCLES 24<br>MIGUEL HIDALGO<br>MÉXICO CITY,   11550<br>MÉXICO | BABOON SUSTAINABILITY PROPOSAL 01 28 22 | COMPUTE NORTH LLC | $0.00 |
| BABOON CONSULTING<br>TEMISTOCLES 24<br>MIGUEL HIDALGO<br>MÉXICO CITY,   11550<br>MÉXICO | COMPUTE NORTH SUSTAINABILITY & ESG PROPOSAL VF | COMPUTE NORTH LLC | $0.00 |
| BDO USA LLP<br>100 PARK AVENUE<br>NEW YORK, NY  10017 | BDO USA NDA 02 22 21 | COMPUTE NORTH LLC | $0.00 |
| BEACH POINT CAPITAL MANAGEMENT LP<br>1620 26TH STREET<br>SUITE 6000N<br>SANTA MONICA, CA  90404 | BEACH POINT NDA 09 14 20 | COMPUTE NORTH LLC | $0.00 |
| BITSTAMP DOO<br>DALMATINOVA ULICA 2<br>1000 LJUBLJANA<br>OSREDNJESLOVENSKA<br>SLOVENIA | BITSTAMP MNDA 05 10 22 | COMPUTE NORTH LLC | $0.00 |
| BITSTAMP EUROPE USA<br>40, AVENUE MONTEREY<br>L-2163 LUXEMBOURG<br>GRAND DUCHY OF LUXEMBOURG | BITSTAMP MNDA 05 10 22 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| BITSTAMP LTD<br>5 NEW STREET SQUARE<br>LONDON EC4A 3TW<br>UNITED KINGDOM | BITSTAMP MNDA 05 10 22 | COMPUTE NORTH LLC | $0.00 |
| BITSTAMP SERVICES DOO<br>DALMATINOVA ULICA 2<br>1000 LJUBLJANA<br>OSREDNJESLOVENSKA<br>SLOVENIA | BITSTAMP MNDA 05 10 22 | COMPUTE NORTH LLC | $0.00 |
| BITSTAMP USA INC<br>27 UNION SQUARE WEST, SUITE 205<br>NEW YORK, NY  10003 | BITSTAMP MNDA 05 10 22 | COMPUTE NORTH LLC | $0.00 |
| BLOCKFI LENDING LLC<br>201 MONTGOMERY STREET<br>STE 263<br>JERSEY CITY, NJ  7302 | BLOCKFI HOST ACCOM AGMT 06 09 22 | COMPUTE NORTH LLC | $0.00 |
| BTIG<br>65 EAST 55TH STREET<br>NEW YORK, NY  10022 | BTIG NDA 03 01 21 | COMPUTE NORTH LLC | $0.00 |
| CAGE CIVIL<br>2200 CABOT DRIVE, SUITE 325<br>LISLE, IL  60532 | CAGE CIVIL UNDA 03 03 22 | COMPUTE NORTH LLC | $0.00 |
| CANAAN INC<br>ROOM 705, BLOCK C, PING AN FINANCE CENTER<br>SHANGCHENG DISTRICT<br>HANGZHOU<br>CHINA | CANAAN MNDA 04 11 22 | COMPUTE NORTH LLC | $0.00 |
| CBRE<br>2100 MCKINNEY AVENUE<br>SUITE 1250<br>DALLAS, TX  75201 | CBRE NDA 10 22 21 | COMPUTE NORTH LLC | $0.00 |
| CHAMBER OF DIGITAL COMMERCE<br>1667 K ST NW<br>SUITE 640<br>WASHINGTON, DC  20006 | CHAMBER OF DIGITAL COMMERE MEMBERSHIP APPLICATION99_KM (002) | COMPUTE NORTH LLC | Aggregate Cure Amount - $10,000 |
| CHAMBER OF DIGITAL COMMERCE<br>ATTN VP, DEVELOPMENT<br>1667 K ST NW, STE 640<br>WASHINGTON, DC  20006 | DC BLOCKCHAIN SPONSOR AGMT 04 15 22 | COMPUTE NORTH LLC | Aggregate Cure Amount - $10,000 |
| CITIGROUP ENERGY INC<br>2700 POST OAK BLVD<br>HOUSTON, TX  77056 | CITIGROUP ENERGY NDA 07 09 21 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices**[1]

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| CITY OF WHARTON, TX<br>120 EAST CANEY STREET<br>WHARTON, TX  77488 | WHARTON CITY INDUSTRIAL DIST AGMT 04 08 22 | CN COLORADO BEND LLC | $0.00 |
| CLEMENT, KIRK<br>120 AERODROME CRESCENT<br>UNIT 301<br>TORONTO , ON  M4G 4J2<br>CA | KIRK CLEMENT UNDA 07 03 18 | COMPUTE NORTH LLC | $0.00 |
| CN WOLF HOLLOW<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY  10019 | Wolf Hollow PMA | COMPUTE NORTH LLC | $0.00 |
| CN WOLF HOLLOW<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY  10019 | CN WOLF HOLLOW ASSIGNMENT AND ASSUMPTION 04 08 22 | COMPUTE NORTH LLC | $0.00 |
| CN WOLF HOLLOW<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY  10019 | CN WOLF HOLLOW ASSIGNMENT AND ASSUMPTION 04 25 22 | COMPUTE NORTH LLC | $0.00 |
| CN WOLF HOLLOW<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY  10019 | CN WOLF HOLLOW PARTIAL ASSIGNMENT & ASSUMPTION 06 17 22 | COMPUTE NORTH LLC | $0.00 |
| CODINGTON-CLARK ELECTRIC CO-OP INC<br>3520 9TH AVE SW<br>WATERTOWN, SD  57201 | CODINGTON CLARK 3-WAY NDA 05 11 22 | COMPUTE NORTH LLC | $0.00 |
| CODINGTON-CLARK ELECTRIC CO-OP INC<br>3520 9TH AVE SW<br>WATERTOWN, SD  57201 | EMERALD ENERGY 3-WAY NDA 05 11 22 | COMPUTE NORTH LLC | $0.00 |
| CODINGTON-CLARK ELECTRIC CO-OP INC<br>ATTN GENERAL MANAGER<br>3520 9TH AVE SW<br>WATERTOWN, SD  57201 | CODINGTON CLARK MNDA 04 06 22 | COMPUTE NORTH LLC | $0.00 |
| COMPUTE NORTH MEMBER<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN 55344 | COMPUTE NORTH MEMBER ASSIGNMENT AND ASSUMPTION 04 04 22 | COMPUTE NORTH LLC / COMPUTE NORTH MEMBER LLC | $0.00 |
| COMPUTE NORTH MEMBER<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN 55344 | COMPUTE NORTH MEMBER ASSIGNMENT AND ASSUMPTION 05 27 22 | COMPUTE NORTH LLC / COMPUTE NORTH MEMBER LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2][3] |
|---|---|---|---|
| COMPUTE NORTH NE05 LLC<br>C/O ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY  10019 | Kearney PMA | COMPUTE NORTH LLC | $0.00 |
| CRAIG-HALLUM CAPITAL GROUP LLC<br>222 SOUTH NINTH STREET, SUITE 350<br>MINNEAPOLIS, MN  55402 | CRAIG HALLUM NDA 9.21 20 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 32 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 32 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 280 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 280 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 374 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 374 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 375 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 375 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 377 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 377 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 378 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 378 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 379 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 379 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 381 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 381 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 383 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 383 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 385 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 385 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 388 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 388 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 391 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 391 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 392 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 392 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 393 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 393 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 394 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 394 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 395 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 395 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 405 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 405 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 407 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 407 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 409 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 409 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 410 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 410 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 411 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 411 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 411 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 411 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 412 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 412 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 413 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 413 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 414 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 414 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 420 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 420 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 422 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 422 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| CUSTOMER NO. 423 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 423 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 423 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 423 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 423 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 423 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 424 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 424 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 430 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 430 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 431 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 431 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 433 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 433 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 435 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 435 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 436 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 436 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 439 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 439 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 440 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 440 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 441 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 441 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 443 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 443 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 444 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 444 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 446 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 446 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 447 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 447 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 450 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 450 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 452 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 452 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 454 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 454 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 455 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 455 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 456 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 456 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 459 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 459 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 460 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 460 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 460 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 460 | CN MINING LLC / COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 460 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 460 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 460 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 460 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 461 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 461 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| CUSTOMER NO. 461 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 461 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 463 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 463 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 464 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 464 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 472 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 472 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 475 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 475 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 476 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 476 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 478 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 478 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 479 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 479 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 481 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 481 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 485 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 485 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 486 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 486 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 486 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 486 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 488 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 488 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 489 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 489 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 491 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 491 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 493 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 493 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 496 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 496 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 497 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 497 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 499 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 499 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 500 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 500 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 501 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 501 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 503 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 503 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 505 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 505 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 506 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 506 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 508 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 508 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 508 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 508 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 509 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 509 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 510 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 510 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 512 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 512 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 513 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 513 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 514 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 514 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 515 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 515 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 515 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 515 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| CUSTOMER NO. 516 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 516 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 518 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 518 | COMPUTE NORTH LLC / CN MINING LLC | $0.00 |
| CUSTOMER NO. 518 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 518 | COMPUTE NORTH LLC / CN MINING LLC | $0.00 |
| CUSTOMER NO. 518 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 518 | COMPUTE NORTH LLC / CN MINING LLC | $0.00 |
| CUSTOMER NO. 519 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 519 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 520 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 520 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 523 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 523 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 524 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 524 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 525 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 525 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 527 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 527 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 528 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 528 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 529 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 529 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 530 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 530 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 530 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 530 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 532 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 532 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 533 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 533 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 534 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 534 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 536 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 536 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 536 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 536 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 538 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 538 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 539 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 539 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 541 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 541 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 542 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 542 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 543 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 543 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 544 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 544 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 545 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 545 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 546 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 546 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 547 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 547 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 552 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 552 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 553 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 553 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 554 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 554 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 555 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 555 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| CUSTOMER NO. 556 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 556 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 558 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 558 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 558 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 558 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 560 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 560 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 562 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 562 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 563 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 563 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 563 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 563 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 564 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 564 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 568 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 568 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 569 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 569 | COMPUTE NORTH LLC | $0.00 |
| CUSTOMER NO. 569 – NAME REDACTED | CONTRACT REDACTED – CUSTOMER NO. 569 | COMPUTE NORTH LLC | $0.00 |
| CYXTERA TECHNOLOGIES INC<br>BAC COLONNADE OFFICE TOWERS<br>2333 PONCE DE LEON BLVD, SUITE 900<br>CORAL GABLES, FL  33134 | CYXTERA MNDA 05 27 22 | COMPUTE NORTH HOLDINGS INC | $0.00 |
| DAVIS, AL<br>ADDRESS REDACTED | AL DAVIS COMMISSION PLAN 08 17 22 | COMPUTE NORTH LLC | $0.00 |
| DAVIS, AL<br>ADDRESS REDACTED | AL DAVIS INCENTIVE AMEND 04 27 22 | COMPUTE NORTH LLC | $0.00 |
| DC INVEST LTD<br>3A HEADLEY ROAD, WOODLEY, READING<br>BERKSHIRE RG5, 4JB<br>UNITED KINGDOM | DC INVEST UNDA 04 12 22 | COMPUTE NORTH LLC | $0.00 |
| DEY, NATHAN<br>1300 MENDOTA HEIGHTS RD<br>MENDOTA HEIGHTS, MN  55120 | NATHAN DEY NDA 12 14 21 | COMPUTE NORTH LLC | $0.00 |
| DIGITAL SHOVEL HOLDINGS INC<br>633 CORONATION DR<br>TORONTO, ONTARIO  M1E 2K4<br>CANADA | DIGITAL SHOVEL PURCHASE AND SALE AGMT 05 16 19 | COMPUTE NORTH LLC | $0.00 |
| DRYPTO<br>ATTN: JOEL BERNSTEIN<br>2049 CENTURY PARK EAST<br>LOS ANGELES, CA  90067-3206 | DRYPTO MNDA 10 29 21 | COMPUTE NORTH LLC | $0.00 |
| E&Y<br>700 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | EXECUTABLE COMPUTE NORTH SOW 20DEC2021 | COMPUTE NORTH LLC | $0.00 |
| E&Y<br>700 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | EXECUTABLE COMPUTE NORTH MOW 20DEC2021 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| E&Y<br>700 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | EY SOW - VALUATION SERVICES AMENDMENT #1 | COMPUTE NORTH HOLDINGS INC | $0.00 |
| E&Y<br>700 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | COMPUTE NORTH - 2021 ASC 718 VALUATION<br>SOW_EXECUTABLE 01.26.2022 | COMPUTE NORTH LLC | $0.00 |
| EAST RIVER ELECTRIC COOPERATIVE INC<br>211 SOUTH HARTH AVE.<br>MADISON, SD  57042-0227 | EAST RIVER MNDA 05 13 22 | COMPUTE NORTH LLC | $0.00 |
| EAST RIVER ELECTRIC COOPERATIVE INC<br>211 SOUTH HARTH AVE.<br>MADISON, SD  57042-0227 | EMERALD ENERGY 3-WAY NDA 05 02 22 | COMPUTE NORTH LLC | $0.00 |
| EAST RIVER ELECTRIC COOPERATIVE INC<br>211 SOUTH HARTH AVE.<br>MADISON, SD  57042-0227 | EMERALD ENERGY 3-WAY NDA 05 13 22 | COMPUTE NORTH LLC | $0.00 |
| EAST RIVER ELECTRIC POWER COOP<br>211 SOUTH HARTH AVE.<br>MADISON, SD  57042-0227 | EAST RIVER MNDA 04 06 22 | COMPUTE NORTH LLC | $0.00 |
| EDF TRADING NORTH AMERICA LLC<br>601 TRAVIS ST #1700<br>HOUSTON, TX  77002 | EDF TRADING MNDA 04 14 21 | COMPUTE NORTH LLC | $0.00 |
| EMERALD ENERGY VENTURE LLC<br>8140 WALNUT HILL LN<br>SUITE 230<br>DALLAS, TX  75231 | CODINGTON CLARK 3-WAY NDA 05 11 22 | COMPUTE NORTH LLC | $0.00 |
| EMERALD ENERGY VENTURE LLC<br>8140 WALNUT HILL LN<br>SUITE 230<br>DALLAS, TX  75231 | EAST RIVER MNDA 05 13 22 | COMPUTE NORTH LLC | $0.00 |
| EMERALD ENERGY VENTURE LLC<br>8140 WALNUT HILL LN<br>SUITE 230<br>DALLAS, TX  75231 | EMERALD ENERGY 3-WAY NDA 05 02 22 | COMPUTE NORTH LLC | $0.00 |
| EMERALD ENERGY VENTURE LLC<br>8140 WALNUT HILL LN<br>SUITE 230<br>DALLAS, TX  75231 | EMERALD ENERGY 3-WAY NDA 05 11 22 | COMPUTE NORTH LLC | $0.00 |
| EMERALD ENERGY VENTURE LLC<br>8140 WALNUT HILL LN<br>SUITE 230<br>DALLAS, TX  75231 | EMERALD ENERGY 3-WAY NDA 05 13 22 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| EQUUS COMPUTER SYSTEMS INC<br>D/B/A EQUUS COMPUTE SOLUTIONS<br>201 GENERAL MILLS BLVD<br>MINNEAPOLIS, MN  55426-1350 | EQUUS COMPUTER MNDA 06 15 20 | COMPUTE NORTH LLC | $0.00 |
| EVER ENERGY INC<br>1060 SPRING CREEK PL<br>SPRINGVILLE, UT  84663 | EVER ENERGY (EVERGRID) NDA 12 11 20 | COMPUTE NORTH LLC | $0.00 |
| EVERBERG CAPITAL LLC<br>589 FIFTH AVE, STE 1602<br>NEW YORK, NY  10017 | EVERBERG CAPITAL NDA 01 19 21 | COMPUTE NORTH LLC | $0.00 |
| FALIK, BRIAN<br>50 RUE DU RHONE 6TH FLOOR<br>1204 GENEVA<br>SWITZERLAND | BRIAN FALIK INDEMNIFICATION AGMT 02 02 22 | COMPUTE NORTH HOLDINGS INC | $0.00 |
| GARY A. FRITH AND RUTH K. FRITH, TRUSTEES OF THE FRITH LIVING TRUST<br>405 ALCOTT COURT<br>COLORADO SPRINGS, CO 80921 | MINDEN PURCHASE OPTION AGMT 10 06 22 | CN MINDEN LLC | $0.00 |
| GLIDEPATH DEVELOPMENT LLC<br>2147 UNIVERSITY AVE, W#204<br>ST. PAUL, MN  55114 | GLIDEPATH DEVELOPMENT NDA 04 08 21 | COMPUTE NORTH LLC | $0.00 |
| GREAT ROCK CAPITAL PARTNERS<br>285 RIVERSIDE AVE, STE 335<br>WESTPORT, CT  6880 | GREAT ROCK NDA 03 22 22 | COMPUTE NORTH LLC | $0.00 |
| GREEN REVOLUTION COOLING<br>995 QUAIL HOLLOW CR.<br>DAKOTA DUNES, SD  57049 | GREEN REVOLUTION MNDA 12 03 20 | COMPUTE NORTH LLC | $0.00 |
| HASHCHAIN TECHNOLOGY INC<br>300-15047 MARINE DRIVE<br>WHITE ROCK, BRITISH COLUMBIA  V4B 1C5<br>CANADA | HASHCHAIN TECH MNDA 05 20 19 | COMPUTE NORTH LLC | $0.00 |
| HERSHEY CAPITAL<br>100 CRYSTAL A DRIVE<br>PO BOX 810<br>HERSHEY, PA  17033 | HERSHEY CAPITAL NDA 02 27 20 | COMPUTE NORTH LLC | $0.00 |
| HO, MICHAEL<br>1221 BRICKELL AVENUE<br>SUITE 900<br>MIAMI, FLORIDA  33131 | MICHAEL HO NDA 05 08 19 | COMPUTE NORTH LLC | $0.00 |
| HO, MICHAEL<br>1221 BRICKELL AVENUE<br>SUITE 900<br>MIAMI, FLORIDA  33131 | MICHAEL HO NDA 08 11 19 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices**[1]

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2]/[3] |
|---|---|---|---|
| HOPI UTILITIES CORPORATION<br>6 EAST ASPEN AVENUE<br>STE 240<br>FLAGSTAFF, AZ 86001-5260 | HOPI UTILITIES BENEFICIARY FORM 05 07 22 | COMPUTE NORTH LLC | $0.00 |
| HPE<br>1701 E MOSSY OAKS RD<br>SPRING, TX 77389 | HEWLETT PACKARD NDA 06 15 22 | COMPUTE NORTH LLC | $0.00 |
| JPMORGAN CHASE BANK NA<br>270 PARK AVENUE<br>NEW YORK, NY 10017 | JP MORGAN NDA 05 26 22 | COMPUTE NORTH LLC | $0.00 |
| KATENA COMPUTING TECHNOLOGIES INC<br>7244 CARRIZO DRIVE<br>LA JOLLA, CA 92037 | KATENA CONPUTING NDA 04 26 21 | COMPUTE NORTH LLC | $0.00 |
| KID SHELLEN LLC<br>1801 W 14TH ST<br>WILMINGTON, DE 19806 | KID SHELLEEN NDA 12 29 21 | COMPUTE NORTH LLC | $0.00 |
| KITTILSTVED, BRETT<br>ADDRESS REDACTED | BRETT KITTILSTVED 2022 COMMISSION PLAN 09 19 22 | COMPUTE NORTH LLC | $0.00 |
| LATTIMER, JEFFREY H<br>O/B/O FERGUSON ELECTRIC CONSTRUCTION<br>333 ELLICOTT STREET<br>BUFFALO, NY 14203 | FERGUSON CONDITIONAL LIEN RELEASE 10 10 21 | COMPUTE NORTH LLC | $0.00 |
| LIBERTY UTILITIES CO<br>12725 WEST INDIAN SCHOOL ROAD<br>SUITE D101<br>AVONDALE, AZ 85392 | LIBERTY UTILITIES MNDA 07 12 22 | COMPUTE NORTH LLC | $0.00 |
| LIBERTY UTILITIES CO<br>12725 WEST INDIAN SCHOOL ROAD<br>SUITE D101<br>AVONDALE, AZ 85392 | NATIONAL GRID MNDA 07 12 22 | COMPUTE NORTH LLC | $0.00 |
| LOWER COLORADO RIVER AUTHORITY<br>PO BOX 220<br>AUSTIN, TX 78767 | LOWER COLORADO MNDA 09 16 21 | COMPUTE NORTH LLC | $0.00 |
| MAIN STREET CAPITAL CORP<br>1300 POST OAK BLVD<br>8TH FLOOR<br>HOUSTON, TX 77056 | MAIN STREET CAPITAL MNDA 12 18 19 | COMPUTE NORTH LLC | $0.00 |
| MOORE, JESSE<br>O/B/O NFN8MEDIA<br>13809 RESEARCH BLVD<br>SUITE 785<br>AUSTIN, TX 78750 | JESSE MOORE RELEASE FORM 09 28 21 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| MOORE, JESSE<br>O/B/O NFN8MEDIA<br>13809 RESEARCH BLVD<br>SUITE 785<br>AUSTIN, TX  78750 | JESSE MOORE VISITOR NDA 09 29 21 | COMPUTE NORTH LLC | $0.00 |
| MVP CAPITAL LLC<br>10205 10TH AVE N SUITE A<br>ATTN: RACHEL WILLIAMS<br>PLYMOUTH, MN 55441 | MVP CAPITAL NDA 05 08 19 | COMPUTE NORTH LLC | Aggregate Cure<br>Amount - $168,843.53 |
| MVP LOGISTICS LLC<br>ATTN CHIEF FINANCIAL OFFICER<br>10205 10TH AVE N, STE A<br>PLYMOUTH, MN 55441 | COMPUTE NORTH MVP WAREHOUSE AGREEMENT -<br>AMENDMENT | COMPUTE NORTH LLC | Aggregate Cure<br>Amount - $168,843.53 |
| NAKIA VENTURES II LLC<br>1015 HICREST RD<br>GLENDORA, CA  91741 | TZRC KING OM CLOSING DOCS 04 14 22 | COMPUTE NORTH LLC | $0.00 |
| NATIONAL GRID RENEWABLES DEV LLC<br>8400 NORMANDALE LAKE BLVD<br>SUITE 1200<br>BLOOMINGTON, MN  55437 | LIBERTY UTILITIES MNDA 07 12 22 | COMPUTE NORTH LLC | $0.00 |
| NATIONAL GRID RENEWABLES DEV LLC<br>8400 NORMANDALE LAKE BLVD<br>SUITE 1200<br>BLOOMINGTON, MN  55437 | NATIONAL GRID MNDA 07 12 22 | COMPUTE NORTH LLC | $0.00 |
| NATIONAL GRID RENEWABLES DEV LLC<br>ATTN ANDRE TURENNE, VP<br>720 UNIVERSITY AVE<br>LOS GATOS, CA  95032 | NATIONAL GRID MNDA 11 16 21 | COMPUTE NORTH LLC | $0.00 |
| NORTHEAST NATURAL ENERGY LLC<br>707 VIRGINIA STREET E<br>SUITE 1200<br>CHARLESTON, WV  25301 | NORTHEAST NATURAL MNDA 07 16 21 | COMPUTE NORTH LLC | $0.00 |
| OAKTREE OPPS FUND XB HOLDINGS (DELAWARE) LP<br>333 SOUTH GRAND AVE.<br>28TH FLOOR<br>LOS ANGELES, CA  90071 | OAKTREE OPPORTUNITIES NDA 05 06 21 | COMPUTE NORTH LLC | $0.00 |
| OAKTREE OPPS FUND XI HOLDINGS (DELAWARE) LP<br>333 SOUTH GRAND AVE.<br>28TH FLOOR<br>LOS ANGELES, CA  90071 | OAKTREE OPPORTUNITIES NDA 05 06 21 | COMPUTE NORTH LLC | $0.00 |
| OLAFSSON, GARDAR | GARDAR OLAFSSON NDA 04 15 21 | COMPUTE NORTH LLC | $0.00 |
| PARC<br>4321 STRAUSSER ST NW<br>NORTH CANTON, OH  44720 | POWER ASSET PURCHASE ORDER 07.30 21.21 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices[1]**

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| PHILLIPS, JESSE<br>C/O BINANCE CAPITAL MANAGEMENT CO. LTD<br>30 DE CASTRO STREET<br>WICKHAMS CAY 1, P.O.BOX 4519<br>ROAD TOWN, TORTOLA  BRITISH VIRGIN ISLANDS | JESSE PHILIPS NDA 07 30 19 | COMPUTE NORTH LLC | $0.00 |
| POOLIN TECHNOLOGY PTE LTD<br>2 VENTURE DRIVE<br>#11-31 VISION EXCHANGE<br>SINGAPORE, 0  608526<br>SINGAPORE | POOLIN TECH NDA 06 23 21 | COMPUTE NORTH LLC | $0.00 |
| POWERFUND ONE<br>10250 CONSTELLATION BLVD<br>#100<br>LOS ANGELES, CA  90067 | POWERFUND ONE UNDA 03 08 21 | COMPUTE NORTH LLC | $0.00 |
| RED WING SHOES<br>314 MAIN STREET<br>RED WING, MN  55066 | RED WING PROGRAM AGREEMENT | COMPUTE NORTH LLC | $0.00 |
| SHELL NEW ENERGIES US LLC<br>650 CALIFORNIA STREET<br>SUITE 2250<br>SAN FRANCISCO, CA  94108 | SHELL ENERGIES TERM SHEET 05 03 21 | COMPUTE NORTH HOLDINGS INC | $0.00 |
| SIRIUS COMPUTER SOLUTIONS LLC<br>PO BOX 202289<br>ATTN: LE TANYA SPENCER<br>DALLAS, TX  75320-2289 | SIRIUS COMPUTER ASSIGNMENT AGMT 04 29 22 | COMPUTE NORTH LLC | $0.00 |
| SMART PHASES INC<br>213 CONNECTICUT AVENUE<br>PLATTSBURGH, NY  12901 | SMART PHASES MNDA 04 21 22 | COMPUTE NORTH LLC | $0.00 |
| STEALTH COMMUNICATIONS INC<br>1 PENN PLZ STE 6308<br>NEW YORK, NY  10119 | STEALTH COM UNDA 07 02 18 | COMPUTE NORTH LLC | $0.00 |
| SYNOS CORP<br>319 LAUREL VIEW COURT<br>FREMONT, CA  94538 | SYNOS CORP MNDA 09 02 20 | COMPUTE NORTH LLC | $0.00 |
| TDINDUSTRIES<br>7601 CANYON BUSINESS PARK<br>AMARILLO, TX  79110 | TD INDUSTRIES MNDA 10 20 21 | COMPUTE NORTH LLC | $0.00 |
| TKO CAPITAL INC<br>627 IRA ST SW<br>ATLANTA, GA  30312 | TKO CROSS-REFERRAL AGREEMENT 04 23 21 | COMPUTE NORTH LLC | $0.00 |
| TONKAWA<br>301 CARLSON PLWY STE 275<br>MINNETONKA, MN  55305 | JOHN FLOTTMEIER NDA 09 21 21 | COMPUTE NORTH LLC | $0.00 |

**Compute North Holdings, Inc. - Assumption Notices**[1]

*Contract Cure Summary*

| Counterparty | Contract Name / Identification | Debtor Entity | Cure Amount[2/3] |
|---|---|---|---|
| UNKNOWN VENTURES<br>301 E 5TH ST<br>STE 104<br>AUSTIN, TX  78701 | UNKNOWN VENTURES MNDA 02 04 21 | COMPUTE NORTH LLC | $0.00 |
| US BANK NA<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | US BANK NDA 03 17 22 | COMPUTE NORTH LLC | $0.00 |
| VERNE GLOBAL HF<br>VALHALLARBRAUT 868<br>REYKJANESBAER 262<br>ICELAND | VERNE GLOBAL CROSS REFERRAL AGMT 04 30 21 | COMPUTE NORTH LLC | $0.00 |
| WERNICK, DANIEL<br>60 EAST 8TH ST., APT. 17M<br>NEW YORK, NY  10003 | DANIEL WERNICK UNDA 05 17 21 | COMPUTE NORTH LLC | $0.00 |

[1] The inclusion of a contract or lease on this Assumption Notice does not constitute an admission that the contract or lease does or does not constitute an executory contract or unexpired nonresidential real property lease under applicable law, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract or lease

[2] Where indicated, cure amounts listed as "Aggregate Cure Amount" provide the total cure amount for all existing contracts or leases with the specified contract counterparty

[3] Cure Amount excludes financing agreements