**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING ON MOTIONS SCHEDULED FOR OCTOBER 31, 2022 AT 5:00 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.   Matters Going Forward.**

**1.   Bidding Procedures Motion.** *Debtors' Emergency Motion for Entry of (I) an Order (A) Approving De Minimis Asset Sale Procedures; (B) Approving Certain Bidding Procedures, Assumption, Assignment, and Rejection Procedures, and the Form and Manner of Notice Thereof; (C) Authorizing the Debtors to Enter into Asset Purchase Agreements with Stalking Horse Bidders; and (D) Scheduling a Hearing on the Approval of the Sale of the Debtors' Assets Free and Clear of All Encumbrances as Well as the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving Asset Purchase Agreements, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Waiving Stay Provisions Pursuant to Bankruptcy Rules 6004(H) and 6006(D)* [Docket No. 91].

**Related Documents.**

**A.   Initial Sale Procedures Order.** *Order (A) Approving De Minimis Asset Sale Procedures; (B) Approving Rejection Procedures and Certain Assumption and Assignment Procedures and the Form and Manner of Notice Thereof; (C) Authorizing the Debtors to Enter into Asset Purchase Agreements with Stalking Horse Bidders; and (D) Scheduling a Further*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

1

        *Hearing on the Approval of the Debtors' Proposed Bidding Procedures and Related Relief* [Docket No. 191].

    **B.**    **Notice of Filing Initial Cure Schedule**. *Notice of Filing of Cure Schedule in Connection with Proposed Sale* [Docket No. 209].

    **C.**    **Final Sale Procedures Order**. *Order (A) Approving De Minimis Asset Sale Procedures; (B) Approving Certain Bidding Procedures, Assumption, Assignment, and Rejection Procedures, and the Form and Manner of Notice Thereof; (C) Authorizing the Debtors to Enter into Asset Purchase Agreements with Stalking Horse Bidders; and (D) Scheduling a Hearing on the Approval of the Sale of the Debtors Assets Free and Clear of All Encumbrances as well as the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 256].

    **D.**    **Stipulated Order Scheduling Hearing on Sale of CN Pledgor Assets**. *Stipulation and Agreed Order By and Among Compute North LLC, Compute North NE05 LLC, CN Wolf Hollow LLC, and Generate Lending, LLC Concerning Certain Project Management Agreements, Signed on 10/25/2022* [Docket No. 266].

    **E.**    **Notice of Successful Bidder for CN Pledgor Assets**. *Notice of Successful Bidder for CN Pledgor Assets* [Docket No. 331].

    **F.**    **Proposed Sale Order for CN Pledgor Assets**. *Notice of Proposed Order (I) Approving the Sale of Debtor CN Pledgor LLC's Equity Interests in CN Borrower LLC Free and Clear of All Liens, Claims, and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief* [Docket No. 332].

    **G.**    **Notice of Filing Supplemental Cure Schedule**. *Notice of Filing of Supplemental Cure Schedule in Connection with Proposed Sale* [Docket No. 334].

**Responses.**

    **A.**    **Sphere 3D Limited Objection.** *Limited Objection and Reservation of Rights of Sphere 3D Corp. in Connection with the Debtors' Proposed Sale of Assets and Potential Assumption and Assignment of Executory Contracts* [Docket No. 136].

    **B.**    **TZ Capital Holdings Limited Objection.** *TZ Capital's Limited Objection to, and Reservation of Rights Regarding, the Debtors' Emergency Motion for Entry of (I) an Order (A) Approving de Minimis Asset Sale Procedures; (B) Approving Certain Bidding Procedures, Assumption, Assignment, and Rejection Procedures, and the Form and Manner of Notice Thereof; (C) Authorizing the Debtors to Enter Into Asset Purchase Agreements with*

    *Stalking Horse Bidders; and (D) Scheduling a Hearing on the Approval of the Sale of the Debtors' Assets Free and Clear of All Encumbrances as well as the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of the Debtors' Assets Purchase Agreements, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Waiving Stay Provisions Pursuant to Bankruptcy Rules 6004(h) and 6006(d)* [Docket No. 150].

C.  **Marathon Digital Objection.** *Objection and Reservation of Rights of Marathon Digital Holdings, Inc. to and Regarding Debtors' Emergency Motion for Entry of (I) an Order (A) Approving de Minimis Asset Sale Procedures; (B) Approving Certain Bidding Procedures, Assumption, Assignment, and Rejection Procedures, and the Form and Manner of Notice Thereof; (C) Authorizing the Debtors to Enter into Asset Purchase Agreements with Stalking Horse Bidders; and (D) Scheduling a Hearing on the Approval of the Sale of the Debtors' Assets Free and Clear of All Encumbrances as well as the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving Asset Purchase Agreements, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Waiving Stay Provisions Pursuant to Bankruptcy Rules 6004(h) and 6006(d)* [Docket No. 152].

D.  **Committee Limited Objection.** *Official Committee of Unsecured Creditors' Limited Objection and Reservation of Rights in Connection with the Debtors' Proposed Bidding Procedures and Sale of Assets* [Docket No. 158].

E.  **Generate Limited Objection.** *Generate Lending, LLC's Limited Objection and Reservation of Rights to the Debtors' Emergency Motion for Entry of the Bidding Procedures/De Minimis Asset Sale Order* [Docket No. 164].

F.  **Alder Limited Objection to Cure Schedule**. *Limited Objection of Alder Opportunity, LP, Alder SPV I, LLC, and Alder BTC Holdings, LLC to Debtors' Notice Filing of Cure Schedule in Connection with Proposed Sale* [Docket No. 263].

G.  **Constellation Objection to Cure Schedule**. *Objection to Assumption and Assignment of Contracts and Cure Amounts and Reservation of Rights of the Constellation Affiliates.* [Docket No. 272]

**Status**: This matter is going forward solely with respect to the Proposed Sale Order for CN Pledgor Assets filed at Docket No. 332.

3

Dated: October 30, 2022
      Houston, Texas

/s/ James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on October 30, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ James T. Grogan III
James T. Grogan III