| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In re: Compute North Holdings, Inc., *et al*. | | |

This lawyer, who is admitted to the State Bar of New York:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Email<br>Licensed: State & Number | Robert S. Berezin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>Robert.Berezin@weil.com<br>New York/2869477 |
|---|---|

Seeks to appear as the attorney for this party:

| Marathon Digital Holdings, Inc. | |
|---|---|
| Dated:  October 31, 2022 | Signed:  */s/ Robert S. Berezin* |

| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
|---|
| Dated:                                    Signed: _____<br>                                                              Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                                  United States Bankruptcy Judge