IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **COMPUTE NORTH HOLDINGS,** | § | CASE NO. 22-90273 (MI) |
| **INC.,** *et al.*[1] | § | |
| | § | |
| | § | |
| Debtor | § | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND
DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Decimal Digital Currency I, LLC, a creditor and party in interest in the above styled and numbered Chapter 11 bankruptcy cases, as attorneys for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of copies of all pleadings, filings, notices, and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and Bankruptcy Local Rule 2002. All such notices should be addressed as follows:

| T. Josh Judd | Seth H. Lieberman |
|---|---|
| Andrews Myers, P.C. | Matthew W. Silverman |
| 1885 Saint James Place, 15th Floor | Pryor Cashman LLP |
| Houston, Texas 77056 | 7 Times Square, 40th Floor |
| 713-850-8218 – Telephone | New York, NY 10036-6569 |
| 832-786-4877– Facsimile | 212-421-4100 – Telephone |
| jjudd@andrewsmyers.com | 212-326-0806 – Facsimile |
| | slieberman@pryorcashman.com |
| | msilverman@pryorcashman.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

1

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtors' schedules and statements and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with these bankruptcy cases and any proceedings related thereto or arising therefrom.

This Notice of Appearance and Request for Notice and Papers shall not be deemed or construed to be a waiver or consent by Decimal Digital Currency I, LLC, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Decimal Digital Currency I, LLC, may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 31, 2022

Respectfully submitted,

| | |
|---|---|
| ANDREWS MYERS P.C. | PRYOR CASHMAN LLP |
| | |
| /s/ T. Josh Judd | Seth H. Lieberman |
| T. JOSH JUDD | SBN: 4317145 |
| SBN: 24036866 | Matthew Silverman |
| 1885 Saint James Place, 15th Floor | SBN: 5198783 |
| Houston, TX 77056 | 7 Times Square, 40th Floor |
| Tel: 713-850-4200 | New York, NY 10036-6596 |
| Fax: 713-850-4211 | Tel: 212-421-4100 |
| jjudd@andrewsmyers.com | Fax: 212-326-0806 |
| | slieberman@pryorcashman.com |
| | msilverman@pryorcashman.com |
| **LOCAL COUNSEL FOR DECIMAL DIGITAL CURRENCY I, LLC** | **COUNSEL FOR DECIMAL DIGITAL CURRENCY I, LLC** |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 31, 2022, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices was served via the Court's Electronic Notification System on all parties requesting notice.

By: /s/ T. Josh Judd
     T. JOSH JUDD