UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF ECF NO. 218**

**PLEASE TAKE NOTICE**, that on October 21, 2022 the *Declaration of Disinterestedness of Compute North Holdings, Inc. Pursuant to the Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [by Miller & Associates Consulting Engineers]* was filed at ECF No. 218 ("ECF No. 218").

**PLEASE TAKE FURTHER NOTICE**, that ECF No. 218 is hereby withdrawn.

Dated:  October 31, 2022
         Kearney, Nebraska                */s/ Reed A. Miller*
                                          **Miller & Associates Consulting Engineers**
                                          Reed A. Miller
                                          1111 Central Avenue
                                          Kearney, Nebraska 68847
                                          Telephone:  (308) 234-6456
                                          Facsimile:  (308) 234-1146

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.