IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | **Chapter 11** |
| **COMPUTE NORTH HOLDINGS, INC.,** § | | |
| *et al.*,[1] § | | **Case No. 22-90273 (MI)** |
| § | | |
| **Debtors.** § | | **(Jointly Administered)** |

### PROPOSED ORDER GRANTING ROHIT SHIROLE'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN DEBTORS

This case is before the court on the motion of Rohit Shirole ("<u>Shirole</u>") for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the Court finds that grounds exist under 11 U.S.C. § 362(d) to warrant the relief requested.

**IT IS HEREBY ORDERED:**

1. The motion for relief is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated such that Shirole may continue to liquidate his claims against Debtors Compute North LLC ("<u>Compute North</u>") and Compute North Holdings, Inc. ("<u>Holdings</u>," and collectively with Compute North,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

"Defendants" or "Debtors") as part of that certain lawsuit against Defendants in the Fourth Judicial District for the State of Minnesota, Hennepin County, styled *Rohit Shirole v. Compute North Holdings, Inc. and Compute North LLC*, Case No. 22-CV-22-2274 (the "Minnesota Action"), and such that Shirole may identify and pursue any proceeds from any applicable insurance policies held by the Debtors without further relief from the Court.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: _____

Marvin Isgur
United States Bankruptcy Judge