# EXHIBIT 3



**From:** Ahsan Faiz <ahsan.faiz@computenorth.com>
**Sent:** Monday, October 10, 2022 4:05 PM
**To:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>; Brett Sorensen <brett.sorensen@computenorth.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>
**Subject:** RE: Follow UP

Greg,

Please see comments below but in general everything is "Pay in Advance"

Best Regards,

**Ahsan Faiz**
Vice President of EPC

**Compute North**
t: +1 951.338.4407

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Sent:** Monday, October 10, 2022 2:33 PM
**To:** Brett Sorensen <brett.sorensen@computenorth.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Ahsan Faiz <ahsan.faiz@computenorth.com>
**Subject:** RE: Follow UP

Brett,

Can you please provide detailed invoices for the items below including payment terms.

Thanks,
Greg

**Greg Irwin**
Sr. Director
NextEra Energy Resources
Office:  561.691.7046
Mobile: 561.529.1362
Gregory.Irwin@NEE.com

---

**From:** Brett Sorensen <brett.sorensen@computenorth.com>
**Sent:** Monday, October 10, 2022 12:19 PM
**To:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Ahsan Faiz <ahsan.faiz@computenorth.com>
**Subject:** RE: Follow UP

Greg,

Please see the details below and attachments. Let me know how you'd like to proceed.

**Daily Operation Cost:**

1. Water = ▇▇▇/month. Water is getting very low, so we'd like to fund this tomorrow to be safe. – **Using Credit Card to procure**
2. Fuel for generator and trailers = ▇▇▇/week. Per the site manager, the generator will likely run out tomorrow. - **Using Credit Card to procure**

**Construction Change Orders:**

3. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:
   a. $▇▇▇▇▇
   b. ▇▇ Status: Fully executed via DocuSign as of this morning. – **Upfront payment before work start – Waiting for PayApp from** ▇▇▇▇▇
   c. Upcoming:
      i. Crane for removal of the above ▇▇▇▇▇▇▇▇▇
      ii. Crane company will invoice the after a week of OCT-17 (after work is completed). – **Invoice one week after work is completed**
      iii. Estimated Cost: $7K - **Invoice one week after work is completed**
4. ▇▇▇▇▇▇▇▇▇▇ = $▇▇▇▇▇▇ – **Included in PayApp 13 attached which includes** ▇▇▇▇▇▇ **and substantial completion**



       **Plus**

       **Project substantial completion and retainage per contract**

5. ▮▮▮▮▮ - SE and NW Sites = $▮▮▮ – **Net 30 on PO but this might change**
6. ▮▮▮▮▮ = $▮▮▮ – **Described in point 4 above**
7. ▮▮▮ – ▮▮▮ replacement = $▮▮▮ – **Net 30**

**Brett Sorensen**
VP/ General Manager – Asset Optimization

**Compute North**
m: +1 612.590.0966

[www.computenorth.com](http://www.computenorth.com)

---

**From:** Brett Sorensen
**Sent:** Monday, October 10, 2022 11:12 AM
**To:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>
**Subject:** Follow UP

Greg,

Kyle connected with ▮▮▮ this AM. They'll be making the $▮▮▮ payment today. Due to the holiday today funds will hit tomorrow AM.

They mentioned to Kyle that they'd like more power details to support the invoice. I'll find out what they're looking for exactly.

Regarding opening the 4th account - I'll be sending you an email in the next hour that outlines the outstanding payment that need to be made. Timing is critical for some of these line items (i.e. diesel & water). We may have to find a workaround until the 4th account is open (which may take a 2-3 days). If we don't it may impact site performance.

Details to follow.

Thanks,
Brett

**Brett Sorensen**
VP/ General Manager – Asset Optimization

**Compute North**

m: +1 612.590.0966

[www.computenorth.com](www.computenorth.com)