# EXHIBIT 5

| | |
|---|---|
| **From:** | Dave Movius |
| **To:** | Patru, Simona; Irwin, Gregory |
| **Cc:** | Grogan, James T.; Pezanosky, Stephen M.; Palumbo, Shirley |
| **Subject:** | RE: Board Resolution re. TZRC account & payment instructions for ▮▮▮▮ |
| **Date:** | Tuesday, October 11, 2022 5:36:54 PM |

---

**Caution - External Email (dave.movius@computenorth.com)**

[ Report this Email ]   [ Quick response ]   [ Emergency response ]   [ Tips ]

---

Our finance team is working that up right now.

We'll be routing the payment notice to ▮▮▮▮ shortly. I'll copy Greg and you for your records.

Dave

---

**From:** Patru, Simona <Simona.Patru@nexteraenergy.com>
**Sent:** Tuesday, October 11, 2022 5:39 PM
**To:** Dave Movius <dave.movius@computenorth.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M. <Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley <Shirley.Palumbo@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ▮▮▮▮

Dave - we have received the fully executed resolution.

Do you have an estimate for operating expenses that are needed for this month?

---

**From:** Dave Movius <dave.movius@computenorth.com>
**Sent:** Tuesday, October 11, 2022 4:32 PM
**To:** Patru, Simona <Simona.Patru@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M. <Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley <Shirley.Palumbo@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ▮▮▮▮

The resolution has been circulated for execution.

Dave

---

**From:** Patru, Simona <Simona.Patru@nexteraenergy.com>

**Sent:** Tuesday, October 11, 2022 4:27 PM
**To:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>; Dave Movius
<dave.movius@computernorth.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ████████

I am ok with the edits.

---

**From:** Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Sent:** Tuesday, October 11, 2022 4:25 PM
**To:** Dave Movius <dave.movius@computernorth.com>; Patru, Simona
<Simona.Patru@nexteraenergy.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ████████

Confirmed.

**Greg Irwin**
Sr. Director
NextEra Energy Resources
Office:  561.691.7046
Mobile: 561.529.1362
Gregory.Irwin@NEE.com

---

**From:** Dave Movius <dave.movius@computernorth.com>
**Sent:** Tuesday, October 11, 2022 4:25 PM
**To:** Patru, Simona <Simona.Patru@nexteraenergy.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ████████

As discussed, please confirm that ████████ payment was received and are in the King Mountain operating account and I will circulate the resolution for execution.

For reference, the only two changes I made to your draft resolution were to (1) remove the sentence from the letter stating that ████ has a past-due balance and (2) to add "as amended" opt the definition of "LLC Agreement" in the preamble to the resolution.

Dave

**From:** Patru, Simona <Simona.Patru@nexteraenergy.com>
**Sent:** Tuesday, October 11, 2022 3:01 PM
**To:** Dave Movius <dave.movius@computenorth.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ███████

Do you have an ETA? We just got the instructions on how to unblock the account from BMO. We
would like to send the notice to BMO promptly after we have received CN's signatures on the JV
resolution.

---

**From:** Dave Movius <dave.movius@computenorth.com>
**Sent:** Tuesday, October 11, 2022 2:46 PM
**To:** Patru, Simona <Simona.Patru@nexteraenergy.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ███████

Thanks. I'll review and revert.

Dave

---

**From:** Patru, Simona <Simona.Patru@nexteraenergy.com>
**Sent:** Tuesday, October 11, 2022 2:28 PM
**To:** Dave Movius <dave.movius@computenorth.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.
<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Subject:** RE: Board Resolution re. TZRC account & payment instructions for ███████

Dave,

I have confirmed the ABA number. If no other comments, here's the execution version of the board
resolution.  Could you please initiate a DocuSign?

Thank you,
Simona

---

**From:** Patru, Simona
**Sent:** Tuesday, October 11, 2022 1:24 PM
**To:** Dave Movius <dave.movius@computenorth.com>
**Cc:** Grogan, James T. <jamesgrogan@paulhastings.com>; Pezanosky, Stephen M.

<Stephen.Pezanosky@haynesboone.com>; Palumbo, Shirley
<Shirley.Palumbo@nexteraenergy.com>; Irwin, Gregory <Greg.Irwin@nexteraenergy.com>
**Subject:** Board Resolution re. TZRC account & payment instructions for ███████
**Importance:** High

Dave,

As discussed, please find attached my proposed draft for the JV bank resolution and a revised payment instructions letter addressed to ███████ (clean & redlined to the previous draft).

Please let me know if you have any edits. If none, I will circulate an execution version as soon as I'll have confirmed the ABA routing number of the account.

Thank you,
Simona

**Simona Patru  | Senior Attorney**
NextEra Energy Resources
700 Universe Boulevard
Juno Beach, Florida  33408
mobile:  561.324.2041
Simona.Patru@nexteraenergy.com