UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Ohio__:

| | |
|---|---|
| Name | John P. Archer |
| Firm | Kohrman Jackson & Krantz LLP |
| Street | 1375 East Ninth Street, 29th Floor |
| City & Zip Code | Cleveland, OH 44114-1793 |
| Telephone | (216) 696-8700 |
| Licensed: State & Number | Ohio | 0073721 |

Seeks to appear as the attorney for this party:

Power Asset Recovery Corporation

Dated: 10/31/22           Signed: /s/ John P. Archer

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:           Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                            United States Bankruptcy Judge