# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, October 31, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Robert S. | Berezin | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Joe | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Mark | Freedlander | McGuireWoods LLP | Constellation Affiliates |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Elizabeth | Guffy | Locke Lord LLP | Crusoe Energy |
| Edward | Linden | Milbank LLP | Foundry Digital LLC |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Aaron | Metviner | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | US DOJ | US Trustee |
| Matthew | Silverman | Pryor Cashman LLP | Sphere 3D Corp. |
| Matthew | Silverman | Pryor Cashman LLP | Decimal Digital Currency I, LLC |
| Eric | Stodola | Milbank LLP | Foundry Digital LLC |
| David | Trausch | Haynes and Boone, LLP | TZ Capital Holdings, LLC |
| David | Trausch | Haynes and Boone, LLP | TZ Capital Holdings, LLC |
| A.J. | Webb | Frost Brown Todd LLC | GEM Mining 1, LLC |