United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Ohio_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John P. Archer<br>Kohrman Jackson & Krantz LLP<br>1375 East Ninth Street, 29th Floor<br>Cleveland, OH 44114-1793<br>(216) 696-8700<br>Ohio \| 0073721 |
|---|---|

Seeks to appear as the attorney for this party:

| Power Asset Recovery Corporation |
|---|
| Dated: 10/31/22    Signed: /s/ John P. Archer |

| COURT USE ONLY: The applicant's state bar reports their status as: ____Active____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: November 01, 2022

_____
Marvin Isgur
United States Bankruptcy Judge