# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, November 1, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Robert S. | Berezin | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jeffrey | Gleit | ArentFox Schiff LLP | CN Borrower LLC |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Edward | Linden | Milbank LLP | Foundry Digital LLC |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Jayson | Ruff | US DOJ | US Trustee |
| Eric | Stodola | Milbank LLP | Foundry Digital LLC |
| David | Trausch | Haynes and Boone, LLP | TZ Capital Holdings, LLC |