IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| ***et al.*,[1]** | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

NOTICE OF HEARING
ON ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d)
FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN
DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT

**PLEASE TAKE NOTICE** that the *Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* (the "Motion") (Dkt. No. 342) filed by the Rohit Shirole in the above-captioned chapter 11 case, has been scheduled for a hearing on **Wednesday, November 16, 2022, at 9:00 a.m.** (prevailing Central Time) (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: November 1, 2022.

        Respectfully submitted,

        **BASSFORD REMELE**
        *A Professional Association*

By:  */s/ Jeffrey D. Klobucar*
        Jeffrey D. Klobucar (jklobucar@bassford.com)
        Lead Counsel
        MN State Bar No. 0389336
        (*admitted pro hac vice* [ECF #190])
        100 South Fifth Street, Suite 1500
        Minneapolis, MN 55402
        (612) 333-3000 – Telephone
        (612) 746-1239 – Facsimile

        J. Michael Sutherland (msutherland@ccsb.com)
        State Bar No. 19524200
        Southern District Admin. No. 13736
        **CARRINGTON, COLEMAN,**
        **SLOMAN & BLUMENTHAL, L.L.P.**
        901 Main Street, Suite 5500
        Dallas, TX 75202
        (214) 855-3000 – Telephone
        (214) 580-2641 – Facsimile

        **COUNSEL FOR ROHIT SHIROLE**

## CERTIFICATE OF SERVICE

     I, hereby certify that on the 1st day of November, 2022, a copy of the foregoing Notice of Hearing was served through the Court's CM/ECF notification system, email and/or U.S. Mail to the Debtors, Official Committee of Unsecured Creditors, the U.S. Trustee, parties requesting notice, and all parties on the Master Service List [Dkt. #280].

        */s/ J. Michael Sutherland*
        J. Michael Sutherland