## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No. 22-90273 |
| **COMPUTE NORTH HOLDINGS, INC.,** *et. al.,* [1] | **CHAPTER 11** <br> **(Jointly Administered)** |
| **Debtors.** | **Re: Docket Nos. 209 & 256** |

### NEBRASKA PUBLIC POWER DISTRICT'S OBJECTION TO THE DEBTORS' ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND CURE AMOUNT IN CONNECTION WITH PROPOSED SALE

Comes now, Nebraska Public Power District ("NPPD"), an interested party, and hereby objects to the assumption and assignment of certain contracts with NPPD and the Cure Amounts listed in the above-captioned debtors' (hereinafter collectively referred as the "Debtors") Notice of Filing of Cure Schedule in Connection with Proposed Sale (the "Cure Notice). In support of its said Objection, NPPD states and alleges as follows:

1. NPPD is a publicly owned utility and political subdivision of the State of Nebraska. NPPD's headquarters is located in Columbus, Platte County, Nebraska.

2. The Debtors filed their respective Chapter 11 bankruptcy proceedings in *the United State Bankruptcy Court for the Southern District of Texas* (Houston Division) (hereinafter referred as the "Court") on or about September 22, 2022.

3. The Debtors filed the Notice with the Court on October 18, 2022 (ECF # 209).

4. Pursuant to the Court's Order issued on October 24, 2022 (the "Sale Order") (ECF # 256), NPPD's deadline to Object to the Cure Notice is November 1, 2022 by 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

5.      The Debtors' Cure Notice lists six (6) contracts that the Debtors contend are between NPPD and one or more of the Debtors (the "NPPD Contracts").

6.      NPPD has not had sufficient time to confirm the cure amounts listed in the Notice.

7.      One of the NPPD Contracts that was listed twice in the Cure Notice is a Transmission Facilities Construction Agreement at NPPD's Minden Substation dated February 17, 2022 (the "NPPD Construction Agreement"). The NPPD Construction Agreement requires the Debtors to post an Irrevocable Standby Letter of Credit (the "Letter of Credit"), which the Debtors have done (see Section 4.3 of the NPPD Construction Agreement).  However, the Debtors have not complied with the terms of the NPPD Construction Agreement as a result of its failure to commence construction on or before July 1, 2022 (see Section 4.7 of the NPPD Construction Agreement). On the date these bankruptcies were filed, NPPD had the contractual right to terminate the NPPD Construction Agreement and proceed to make a demand on the Letter of Credit.   The Notice states that the Cure amount associated with the NPPD Construction Agreement is zero (0).   NPPD contends that since it has a contractual right to terminate the NPPD Construction Agreement and make a claim on the Letter of Credit, the Cure amount associated with this agreement should be the value of the Letter of Credit or **$813,457.00**.  As a result, the Debtors have not accurately stated the Cure amount for this agreement.

8.      One of the NPPD Contracts listed in the Cure Notice is a Restated and Amended Agreement for EDR Electric Services (the "EDR Agreement").  This agreement can't be assumed by the Debtors because this agreement was not executed by NPPD.

9.      Two of the NPPD Contracts listed in the Cure Notice are captioned Agreement for EDR Electric Service ('Second EDR Agreement") and Amendment No. 1 to Agreement for EDR Electric Service ("Amended EDR Agreement").  The Second EDR Agreement and Amended EDR Agreement can't be assumed by the Debtors because the Debtors are not parties to these agreements.  These agreements were by and between NPPD and Compute North NE05, LLC and Southern Public Power District ("SPPD"). Upon information and belief, Compute North NE05, LLC is currently not a debtor in a bankruptcy proceeding.

10.     One of the NPPD Contracts is a Non-Disclosure Agreement which NPPD entered into with one of the Debtors on or about May 16, 2019 (the "NDA").  NPPD has no objection to the NDA.

11.     The Debtors' Cure Notice states that the NPPD Contracts, if assumed, will be done so in full satisfaction of all outstanding amounts due and owing on the NPPD Contracts and NPPD will be barred from asserting any other claims relating to the NPPD Contracts against any party that may assume the same.   NPPD contends that should the Debtors assume and assign any of the NPPD Contracts, NPPD should not be barred from making post assumption claims against the transferee party.

12.     NPPD reserves the right to Amend this Objection to assert any additional issues with any assignment and assumption and cure amount.  In addition, NPPD reserves the right to object to adequate assurance of future performance in accordance with the United States Bankruptcy Code and the Sale Order.

13.     Based on all of the foregoing, NPPD enters its Objection to the Cure Notice.

Dated this 1st day of November, 2022.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner
    Blake Rasner
    *Attorney for Nebraska Public Power District*
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76712
    Telephone: (254) 776-3336
    Fax No. (254) 776-6823
    Bar Card No. 16555700
    Email: brasner@haleyolson.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing Objection has been served on all parties entitled to service via this Court's electronic filing system and the Objection Notice Parties via email on November 1, 2022.

Compute North Holdings, Inc.
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Mining LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Corpus Christi LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Pledgor LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Atoka LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Big Spring LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 553344

CN Colorado Bend LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Developments LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Equipment LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN King Mountain LLC
7575 Corporate Way
Eden Prairie, MN 55344

CN Minden LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North Member LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North NC08 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North NY09 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North SD, LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North Texas LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North TX06 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North TX10 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

James Tillman Grogan, III
*Attorneys for Debtors*
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002

Luc Despins
Sayan Bhattacharyya
Daniel Ginsberg
*Attorneys for Debtors*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
danielginsberg@paulhastings.com

Matthew Micheli
Michael Jones
*Attorneys for Debtors*
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
mattmicheli@paulhastings.com
michaeljones@paulhastings.com

Charles R Gibbs
*Attorneys for Official Committee of Unsecured Creditors*
*of Compute North Holdings, Inc., et al.*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood St., Suite 1900
Dallas, TX 75201
crgibbs@mwe.com

Kristin K Going
Darren Azman
Stacy A. Lutkus
Natalie Rowles
*Attorneys for the Official Committee of Unsecured Creditors*
*of Compute North Holdings, Inc., et al.*
One Vanderbilt Avenue
New York, NY 10017
kgoing@mwe.com
dazman@mwe.com
salutkus@mwe.com
nrowles@mwe.com

Jayson B. Ruff
Jana Smith Whitworth
*Attorneys for the U.S. Trustee*
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002
Jayson.B.Ruff@usdoj.gov
Jana.Whitworth@usdoj.gov

/s/ Blake Rasner
Blake Rasner

4867-1732-3580, v. 1
4881-6633-1965, v. 1