IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 278** |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2022, I caused to be served the "Declaration of Disinterestedness of Jackson Walker, LLP Pursuant to the Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief," dated October 26, 2022 [Docket No. 278], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
27th day of October, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

Compute North Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GROWTH OPERATORS ADVISORY SERVICES LLC | 800 LASALLE AVE ATTN: STEPHANIE WELLS MINNEAPOLIS MN 55402 |
| JACKSON WALKER LLP | PO BOX 130989 ATTN: R MENDOZA DALLAS TX 75313-0989 |
| KUTAK ROCK LLP | PO BOX 30057 OMAHA NE 68103-1157 |
| MADEL PA | 800 HENNEPIN AVENUE ATTN: AMITYBEINER MINNEAPOLIS MN 55403 |
| MCDONALD HOPKINS | 600 SUPERIOR AVENUE E, SUITE 2100 CLEVELAND OH 44114 |
| MILLER & ASSOCIATES CONSULTING ENGINEERS | P.C. PO BOX 306 KEARNEY NE 68848-0306 |
| NORTON ROSE FULBRIGHT US LLP | DEPT 2613 PO BOX 122613 ATTN: AWILDA MALDONADO DALLAS TX 75312-2613 |
| RSM US LLP | 5155 PAYSPHERE CIRCLE ATTN: HUDGINS, RHONDA CHICAGO IL 60674 |

**Total Creditor count  8**

**EXHIBIT B**

COMPUTE NORTH HOLDINGS, INC., et al. Case No. 22-90273 (MI)

Electronic Mail Service List

| Name | Email Address |
|---|---|
| Norton Rose Fulbright US LLP | awilda.maldonado@nortonrosefulbright.com |
| RSM US LLP | rhonda.hudgins@rsmus.com |
| Madel PA | abeiner@madellaw.com |
| Growth Operators Advisory Services LLC | stephanie.wells@growthoperators.com |