UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Florida___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Scott A. Stichter<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, Florida  33602<br>(813) 229-0144<br>Florida Bar No. 0710679 |
|---|---|

Seeks to appear as the attorney for this party:

| US Digital Mining Texas ||
|---|---|
| Dated: 11/2/22 | Signed: /s/ Scott A. Stichter |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge