**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. __ |

**ORDER (I) COMPELLING PURCHASER TO COMPLY WITH SALE**
**ORDER AND CLOSE TRANSACTION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") requesting an emergency status conference, to be held at **5:00 p.m. (prevailing Central Time) on November 2, 2022**, with respect to (a) the order [Docket No. 362] (the "Sale Order")[3] of the United States Bankruptcy Court for the Southern District of Texas (the "Court") approving the Purchase and Sale Agreement between the Debtors and GC Data Center Equity Holdings, LLC, and (b) the closing of the Sale and transactions contemplated therein, all as more fully set forth in the Motion; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

2

1. An emergency status conference shall be held before this Court at **5:00 p.m. (prevailing Central Time) on November 2, 2022**, with respect to (a) the Sale Order, and (b) the closing of the Sale and transactions contemplated therein.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated: _____, 2022
       Houston, Texas

                                                        _____
                                                        THE HONORABLE MARVIN ISGUR
                                                        UNITED STATES BANKRUPTCY JUDGE