# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, November 2, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Joe | Buoni | Hunton Andrews Kurth LLP | Generate Lending, LLC |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | US DOJ | US Trustee |
| David | Trausch | Haynes and Boone, LLP | TZ Capital Holdings LLC |