United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 03, 2022
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Florida__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Harley E. Riedel<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, Florida 33602<br>(813) 229-0144<br>Florida Bar No. 183628 |
|---|---|

Seeks to appear as the attorney for this party:

| US Digital Mining Texas |
|---|
| Dated: 11/2/22    Signed: /s/ Harley E. Riedel |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:    Signed: _____<br>                              Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: November 03, 2022

Marvin Isgur
United States Bankruptcy Judge