UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

COMPUTE NORTH HOLDINGS, INC.,
et al.,

     Debtors.
_____/

Chapter 11

Case No. 22-90273 (MI)
*Jointly Administered*

## US DIGITAL MINING TEXAS' JOINDER IN LIMITED OBJECTION OF ALDER OPPORTUNITY, LP, ALDER SPV I, LLC, ALDER BTC HOLDINGS, LLC, GH EFFECT, INC., AND DIGITAL ALCHEMY LLC TO PROPOSED SALE

US DIGITAL MINING TEXAS ("**US Digital**") files this its Joinder in Limited Objection, and states:

1. On June 20, 2022, US Digital and Compute North entered into a Master Agreement, together with Exhibit A (collectively, the "**Agreement**"). In connection with the Agreement, the Debtor paid a deposit of $1.2 million.

On November 3, 2022, *US Digital Mining Texas' (I) Objection to (A) Assumption and Assignment of Agreement, and (B) Cure Amount, and (II) Reservation of Right]* (the "**US Mining Objection**") (Doc. No. 394) was filed with the Court.

2. On November 3, 2022, the *Limited Objection of Alder Opportunity, LP, Alder SPV I, LLC, Alder BTC Holdings, LLC, GH Effect, Inc., and Digital Alchemy LLC to Proposed Sale* (Doc. No. 395) (the "**Limited Objection**") was filed with the Court.

3. By this Joinder, US Digital adopts the arguments raised in the Limited Objection. The filing of the Joinder supplements the arguments raised in the US Mining Objection.

                                             /s/ Scott A. Stichter
                                          Scott A. Stichter (Florida Bar No. 0710679)
                                          Stichter, Riedel, Blain & Postler, P.A.
                                          110 East Madison Street, Suite 200

Tampa, Florida  33602
Telephone:  (813) 229-0144
Pleadings:  sstichter.ecf@srbp.com
Correspondence:  sstichter@srbp.com
Counsel for US Digital Mining Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *US Digital Mining Texas' Joinder in Limited Objection of Alder Opportunity, LP, Alder SPV I, LLC, Alder BTC Holdings, LLC, GH Effect, Inc., and Digital Alchemy LLC to Proposed Sale* has been furnished on this 3rd day of November, 2022, by the Court's electronic noticing system to all parties receiving electronic noticing, including the attached service list.

          /s/ *Scott A. Stichter*
          Scott A. Stichter

4858-6105-7085, v. 1

**SERVICE LIST**

By email to the following parties:

Paul Hastings LLP
600 Travis Street 58th Floor
Houston, Texas 77002
Attn: James T. Grogan III (jamesgrogan@paulhastings.com)

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc Despins (lucdespins@paulhastings.com)
Sayan Bhattacharyya (sayanbhattacharyya@paulhastings.com)
Daniel Ginsberg (danielginsberg@paulhastings.com)

Paul Hastings, LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Attn: Matthew Micheli (mattmicheli@paulhastings.com)
Michael Jones (michaeljones@paulhastings.com)

McDermott Will & Emery LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Attn: Charles R. Gibbs (crgibbs@mwe.com)

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017
Attn: Kristin K Going (kgoing@mwe.com)
Darren Azman (dazman@mwe.com)
Stacy A. Lutkus (salutkus@mwe.com)
Natalie Rowles (nrowles@mwe.com)

Office of the United States Trustee for the Southern District of Texas
515 Rusk Street, Suite 3516
Houston, Texas 77002
Attn: Jayson B. Ruff (Jayson.B.Ruff@usdoj.gov)
Jana Whitworth (Jana.Whitworth@usdoj.gov)