# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>COMPUTE NORTH HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered) |

**BITNILE INC.'S WITNESS AND EXHIBIT LIST FOR NOVEMBER 7, 2022 HEARING**

BitNile Inc. ("BitNile"), a creditor and contract counterparty of the above-captioned Debtors, files this Witness and Exhibit List for the hearing to be held on November 7, 2022, at 9:00 a.m. (prevailing Central Time) (the "Hearing").

## **WITNESSES**

BitNile may call any of the following witnesses at the Hearing:

1. Darren Magot, Senior Vice President of BitNile Inc. / BitNile Holdings, Inc. (via declaration or live testimony);

2. Any witness called or listed by any other party in interest; and

3. Impeachment witnesses, as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

4858-5496-1725

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Master Agreement [to be filed under seal] | | | | | | |
| 2. | Order Form [to be filed under seal] | | | | | | |
| 3. | Wire Confirmation dated August 22, 2022 | | | | | | |
| 4. | Logistics Invoice BitNile to Wolf Hollow dated August 29, 2022 | | | | | | |
| 5. | Compute North Invoice No. DP00192 dated August 16, 2022 | | | | | | |
| 6. | Compute North Invoice No. AR-INV02164 dated September 30, 2022 | | | | | | |
| 7. | Any document or pleading filed with the Court in the above-captioned cases. | | | | | | |
| 8. | Any exhibit necessary for impeachment purposes. | | | | | | |
| 9. | Any exhibit identified or offered by any other party. | | | | | | |

## RESERVATION OF RIGHTS

BitNile reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

[*Remainder of this page intentionally left blank*]

4858-5496-1725

Houston, Texas
November 3, 2022

        /s/ *Jason S. Brookner*
        **GRAY REED**
        Jason S. Brookner (TX Bar No. 24033684)
        Amber M. Carson (TX Bar No. 24075610)
        1300 Post Oak Boulevard, Suite 2000
        Houston, Texas 77056
        Telephone: (713) 986-7127
        Facsimile: (713) 986-5966
        Email:    jbrookner@grayreed.com
                       acarson@grayreed.com

        - and -

        **OLSHAN FROM WOLOSKY, LLP**
        Adam H. Friedman (*pro hac vice* forthcoming)
        1325 Avenue of the Americas
        New York, NY 10019
        Telephone: (212) 451-2216
        Facsimile: (713) 451-2222
        Email:    afriedman@olshanlaw.com

        **COUNSEL TO BITNILE INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 3rd day of November 2022, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

        /s/ *Jason S. Brookner*
        Jason S. Brookner

4858-5496-1725