

**[To be Filed Under Seal]**