

Compute North
Report Date 10/27/22
Page 1 of 1

| Sender Name: | All | | |
|---|---|---|---|
| Process Date From: | 7/2/22 | Process Date To: | 10/27/22 |
| Beneficiary Name Begins With: | Compute | | |

BitNile Holdings Inc 21648
First National Bank Alaska
Printed on 10/27/22 2:48:13 PM

| Tracking # | Type | Payment Profile | Value Date |
|---|---|---|---|
| MT22234000028 | Non-Repetitive | | 8/22/22 |

| | |
|---|---|
| Process Date | : 8/22/22 |
| Host Confirmation # | : 220822110727H300 |
| Confirmation # | : 20220822MMQFMP64000035 |
| Sending Account Currency | : USD |
| Transfer Currency | : USD |
| Amount | : 2,012,088.00 |
| Sending Account # | : ▮▮▮▮▮ |
| Sending Account Name | : BitNile Operating |
| Sender Name | : BitNile Holdings Inc 21648 |
| Payment Method | : Domestic Wire |
| Beneficiary Name | : Compute North LLC |
| Beneficiary Account # | : ▮▮▮▮▮ |
| Status | : Processed |
| Entry Date | : 8/22/22 11:06:43 AM |
| Entry User | : dkatzoff21648 |

============================== REPORT TOTALS ==============================

USD - Dollar (United States of America)

| Type | Number | Sending Amount | Transfer Amount |
|---|---|---|---|
| Non-Repetitive | 1 | 2,012,088.00 | 2,012,088.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi-Repetitive | 0 | 0.00 | 0.00 |
| Standing Order | 0 | 0.00 | 0.00 |
| Total | 1 | 2,012,088.00 | 2,012,088.00 |

This is an unaudited report and is for informational purposes only.