# Invoice

**SEALION CARGO**

Sealion Cargo Inc
1255 Bay Street, Suite 802 - Toronto, ON - M5R 2A9 | Canada
T +1 (416) 645 8784 - F +1 (888) 347 9279

Number
**SLC-INV-22019**

Date
Aug/29/2022

Payment Terms
Due on receipt

## Details

| | |
|---|---|
| Shipper: | Ault Alliance, Inc |
| Consignee: | MVP Logistics & Services Houst |
| Origin/Destination: | |
| Entry Date: | Aug/16/2022 |
| Carrier: | |
| AWB / BL No.: | IG-2050 |
| House Way Bill: | |
| Pieces / Weight: | 9 / 0.0000 Kg |
| Booking Number: | |
| Master Shipment Name: | IG-2050 |

**Bill to**

Ault Alliance, Inc

11411 Southern Highlands Pkwy STE 240
Las Vegas, NV 89141.
UNITED STATES OF AMERICA

| Description of Charges | Quantity | Price | Amount |
|---|---|---|---|
| Trucking Charge | 9.00 | 3,850.00 | 34,650.00 |
| Insurance Fee<br>1.638M x 7 Trucks | 0.00375 | 11,466,000.0 | 42,997.50 |
| Insurance Fee<br>1.701M x 2 = 3,402,000 | 0.00375 | 3,402,000.00 | 12,757.50 |

| | USD | |
|---|---|---|
| **Amount** | | 90,405.00 |
| **GST/HST** | | 0.00 |
| USD **Total** | | 90,405.00 |

**Sealion Bank Details:**

BENEFICIARY: SEALION CARGO INC.
Address: 1255 Bay St, Suite 802, Toronto, ON, Canada M5R 2A9

Beneficiary Bank: Canadian Imperial Bank
Address: 2 Bloor St West, Toronto, ON, M4W 3E2

Bank: ▆▆▆   Transit: ▆▆▆▆   SWIFT: ▆▆▆▆▆▆
Account #: ▆▆▆▆▆▆▆▆              CAD: ▆▆▆▆▆▆▆

GST/HST # 814 806 907 RT 0001

**Late Payment Charges:**

Invoices not paid within 15 days following the due date are subject to both:
a) 2% monthly finance charge as of the 1st day overdue
(equivalent annual rate of 24%)
b) 50.00 CDN administration charge per invoice