**101 - Compute North LLC**
7575 Corporate Way
Eden Prairie, MN 55344
9522790550

# INVOICE



**EXHIBIT 5**

| | |
|---|---|
| **Invoice #:** | DP00192 |
| **Invoice Date:** | 08/16/22 |
| **Amount Due:** | $2,012,088.00 |

**Bill To:**

Ault (BitNile)
22522 Southern Highlands Pkwy
Suite 240
Las Vegas, NV 89141
United States

| Due Date | Terms | P.O. Number |
|---|---|---|
| 08/23/22 | Net 7 | Deal ID 6993418348 Batch 001 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Colocation Down Deposit - 2 Months | | 1 | $2,012,088.00 | $2,012,088.00 |

| | |
|---|---|
| **Subtotal:** | $2,012,088.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,012,088.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,012,088.00 |

To pay online, go to https://app02.us.bill.com/p/computenorth101