**101 - Compute North LLC**
7575 Corporate Way
Eden Prairie, MN 55344
9522790550

**INVOICE**



**EXHIBIT**
**6**

| | |
|---|---|
| **Invoice #:** | AR-INV02164 |
| **Invoice Date:** | 09/30/22 |
| **Amount Due:** | $22,481.70 |

**Bill To:**

Ault (BitNile)
22522 Southern Highlands Pkwy
Suite 240
Las Vegas, NV 89141
United States

| **Due Date** |
|---|
| 10/07/22 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| | September  2022 Warehousing & Logistics Invoice | 1 | $22,481.70 | $22,481.70 |

September 2022 Warehousing & Logistics Invoice

| | |
|---|---|
| **Subtotal:** | $22,481.70 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $22,481.70 |
| **Payments:** | $0.00 |
| **Amount Due:** | $22,481.70 |

To pay online, go to https://app02.us.bill.com/p/computenorth101