| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90274 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Adam H. Friedman, Esq.<br>Olshan Frome Wolosky, LLP<br>1325 Avenue of the Americas<br>New York, NY 10019<br>(212) 451-2216<br>NY / 2586386 |
|---|---|

Seeks to appear as the attorney for this party:

| | BitNile Inc. |
|---|---|
| Dated: 11/3/2022 | Signed: _[signature]_ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:             Signed: _____<br>                                                   Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____  
                                                 United States Bankruptcy Judge