IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-90273 (MI) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**SUNBELT SOLOMON SERVICES, LLC's UNOPPOSED MOTION TO WITHDRAW DOCKET ENTRY NO. 400**

1. Sunbelt Solomon Services, LLC ("**Solomon**") files this Unopposed Motion (the "**Motion**") to Withdraw Docket Entry No. 400 from the Court's Docket for the above-captioned case. Docket Entry No. 400 inadvertently included nonpublic information made available to only to a select subset of Unsecured Creditors' Committee members. Solomon's counsel has been in communication with Debtors' counsel concerning this inadvertent filing. Solomon promptly notified the Court's Case Manager, who has restricted access to the pleading pending the outcome of this Motion. Solomon respectfully requests the Case Manager continue to seal Docket Entry No. 400 pending the Court's entry of an Order granting this Motion for Withdrawal. Solomon will file a corrected Objection that does not include any confidential information.

2. Thus, Solomon respectfully requests the Court grant its Motion and withdraw Docket Entry No. 400 from the Court's Docket in the aforementioned case, and enter an Order

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397) CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190) CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639) Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these Chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

confirming this withdrawal.

DATED:   November 3, 2022            **MAYER BROWN LLP**

            Houston, Texas

                                     */s/ Charles S. Kelley*
                                     Charles S. Kelley
                                     Texas Bar No. 11199580
                                     Brandon F. Renken
                                     Texas Bar No. 24056197
                                     Andrew C. Elkhoury
                                     Texas Bar No. 24097648
                                     700 Louisiana Street, Suite 3400
                                     Houston, TX 77002
                                     Telephone: (713) 238-3000
                                     Email: ckelley@mayerbrown.com
                                            brenken@mayerbrown.com
                                            aelkhoury@mayerbrown.com

                                     ***Attorneys for Sunbelt Solomon Services, LLC***

### CERTIFICATE OF CONFERENCE

On November 3, 2022, Counsel for Solomon has conferred with Counsel for Debtors and Counsel for the Unsecured Creditors' Committee and confirmed they are not opposed to the relief sought in this Motion.

                                     */s/ Charles S. Kelley*
                                     Charles S. Kelley

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in this case on November 3, 2022.

                                     */s/ Charles S. Kelley*
                                     Charles S. Kelley