IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**[PROPOSED] ORDER GRANTING SUNBELT SOLOMON, LLC's
UNOPPOSED MOTION TO WITHDRAW DOCKET ENTRY NO. 400.**

Upon the Unopposed Motion [Docket No. _____] of Sunbelt Solomon, LLC to withdraw Docket Entry No. 400, the Court hereby GRANTS the Motion and ORDERS Docket Entry No. 400 be withdrawn from the Court's Docket in the above-captioned case, and authorizes the Clerk of the Court to withdraw Docket Entry No. 400 from the Docket.

SIGNED on this _____ day of NOVEMBER, 2022

_____
Hon. Marvin Isgur
United States Bankruptcy Judge
for the Southern District of Texas