United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90274 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Adam H. Friedman, Esq. |
| Firm | Olshan Frome Wolosky, LLP |
| Street | 1325 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 451-2216 |
| Licensed: State & Number | NY / 2586386 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | BitNile Inc. |
| Dated: 11/3/2022 | Signed: *[signature]* |

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

| | |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: November 04, 2022

*[signature]*

Marvin Isgur
United States Bankruptcy Judge