**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | ) | Case No. 22-90273 (MI) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING SUNBELT SOLOMON, LLC's <u>UNOPPOSED</u>**
**<u>MOTION TO WITHDRAW DOCKET ENTRY NO. 400.</u>**

Upon the Unopposed Motion [Docket No. 403] of Sunbelt Solomon, LLC to withdraw Docket Entry No. 400, the Court hereby GRANTS the Motion and ORDERS Docket Entry No. 400 be withdrawn from the Court's Docket in the above-captioned case, and authorizes the Clerk of the Court to withdraw Docket Entry No. 400 from the Docket.

Signed: November 04, 2022

_____
Marvin Isgur
United States Bankruptcy Judge