IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 22-90273 (MI) |
| COMPUTE NORTH HOLDINGS, INC. | § | |
| DEBTORS | § | CHAPTER 11 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of **KONZA MINING FUND I, LP** ("Konza"), and requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon Branch M. Sheppard at the address set forth below:

**Branch M. Sheppard**
Galloway, Johnson, Tompkins, Burr & Smith, A PLC
1301 McKinney Drive, Suite 1400
Houston, Texas 77010
(713) 599-0700 (Telephone)
(713) 599-0770 (Facsimile)

Please take further notice that the foregoing request includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email or otherwise, which affects this matter.

Respectfully submitted,

By: __//s// Branch M. Sheppard__
   Branch M. Sheppard
   TBA No. 24033057
   bsheppard@gallowaylawfirm.com
   Annarose M. Harding
   TBA No. 24071438
   aharding@gallowaylawfirm.com
   Galloway, Johnson, Tompkins,
   Burr & Smith, A PLC
   1301 McKinney Drive, Suite 1400
   Houston, Texas 77010
   (713) 599-0700 – Telephone
   (713) 599-0777 – Facsimile
   **ATTORNEYS FOR KONZA MINING FUND I, LP**

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 4, 2022, a true and correct of the foregoing Notice of Appearance was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     //s// Branch M. Sheppard
                                                     Branch M. Sheppard