IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC. *et al.*[1], | § § § | Case No. 22-90273 (MI) |
| DEBTORS. | § § § | (Jointly Administered) |

## ORDER GRANTING MP2 ENERGY TEXAS LLC D/B/A SHELL ENERGY SOLUTIONS' SUPPLEMENTAL LIMITED OBJECTION TO DEBTORS' NOTICE OF FILING OF CURE SCHEDULE IN CONNECTION WITH PROPOSED SALE

Upon consideration of Debtors' (collectively, the "Debtors") *Notice of Filing of Cure Schedule in Connection With Proposed Sale* [Dkt. No. 209] (the "Cure Notice"), seeking, among other things, approval of the cure amounts listed in the Cure Notice, and the limited objection filed by MP2 Energy Texas LLC d/b/a Shell Energy Solutions ("MP2") to the stated cure amounts asserted, it is HEREBY ORDERED THAT:

1. The Cure Notice filed by the Debtors is hereby GRANTED, with the following changes to cure amounts pertaining to MP2:

2. The cure amount for the Electricity Supply Contracts by and between MP2 and Compute North LLC and Compute North Texas LLC shall be at least $2,462,782.24 with potential additional amounts owed and accruing for unpaid post-petition provided electricity.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

3. The cure amount for the Demand Response Contracts by and between MP2 and Compute North LLC shall be at least $0.00.

Signed _____ 2022

_____

**MARVIN ISGUR**

**UNITED STATES BANKRUPTCY JUDGE**