

**COMPUTE NORTH TEXAS LLC**
Invoice #: 1804912
Account #: 67

Invoice Date: 7/7/2022
Due Date: 7/27/2022
Amount Due: $1,487,999.27
Service Period: 5/19/2022 - 6/20/2022

| Meter | Type | Current Read | Prior Read | Multiplier | Usage (kWh) | PF | Peak Demand (kW) |
|---|---|---|---|---|---|---|---|
| 165601427LG | A | 10,915.7 | 9,129.6 | 4,800 | 8,573,333 | 1 000 | 12,466 00 |

MP2 Energy Texas LLC
PUCT: 10174
21 Waterway Avenue
Suite 450
The Woodlands, TX  77380

**Questions or Comments:**
Cust Service        832-510-1030
Toll-free             877-238-5343
customerservice@MP2Energy.com

**ESI ID:**
                      8737

**Service Address:**
01701 APRON DR
BIG SPRING, TX 79720-7821

**Your Reference:**

**E-mail:**
ap@computenorth.com,
mp2energy.commercial@is-t.net,
casey.anderson@computenorth.com

**For Outages/Emergencies Call:**
AEP             877-373-4858
CenterPoint    800-332-7143
Nueces          361-387-2581
Oncor           888-313-4747
Sharyland      800-442-8688
TNMP            888-866-7456

**Contract Expiration Date: 06/01/2022**

| | Quantity | Unit Price | Total |
|---|---|---|---|
| **Energy Charges** | | | |
| Index Adder | 8,573,333.00 | 0.00180 | $15,432.00 |
| Real Time LMP | 8,573,333.00 | 0.05539 | $474,912.47 |
| Ancillary Services Passthrough | 9,020,463.00 | 0.00367 | $33,117.40 |
| CRR Settlement Passthrough | 9,020,463.00 | -0.00720 | ($64,935.65 ) |
| Energy Losses Passthrough | 447,130.00 | 0.05313 | $23,756.90 |
| ISO Passthrough | 9,020,463.00 | 0.00069 | $6,222.07 |
| Load Zone Basis Passthrough | 9,020,463.00 | 0.00209 | $18,888.66 |
| REC Passthrough | 9,020,463.00 | 0.00026 | $2,375.05 |
| RTRNA Passthrough | 9,020,463.00 | -0.00025 | ($2,268.10 ) |
| RUC Passthrough | 9,020,463.00 | 0.00009 | $836.23 |
| Laar Credit - May 22 | 1.00 | -6505.15000 | ($6,505.15 ) |
| Day Ahead LMP Basis | 1.00 | 108004.91000 | $108,004.91 |
| Subtotal -- Energy Charges | | | **$609,836.79** |
| **TDU Delivery Charges** | | | |
| Transmission Cost Recovery Factor | 1,826.00 | 4.41480 | $8,061.41 |
| Meter Charge | 1.00 | 36.15000 | $36.15 |
| Nuclear Decommissioning Fee | 12,466.00 | 0.04800 | $598.37 |
| Customer Charge | 1.00 | 15.57000 | $15.57 |
| Distribution System Charge | 12,466.00 | 3.79580 | $47,319.02 |
| Energy Efficiency Cost Recovery Factor | 8,573,333.00 | 0.00010 | $522.97 |
| Distribution Cost Recovery Factor | 12,466.00 | 0.20000 | $2,493.72 |
| Merger Savings Credit | 12,466.00 | -0.00590 | ($73.82 ) |
| Subtotal – TDU Delivery Charges | | | **$58,973.39** |
| **Taxes** | | | |
| STATE SALES TAX | 688,783.40 | 6.2500% | $43,048.97 |
| CITY SALES TAX | 688,783.40 | 2.0000% | $13,775.67 |
| PUCA Assessment | 674,193.99 | 0.1670% | $1,125.76 |
| Miscellaneous Gross Receipts Fee | 674,193.99 | 1.9970% | $13,463.67 |
| Subtotal – Taxes | | | **$71,414.07** |
| **Total Current Charges** | | | **$740,224.25** |

The average price you paid for electric service this month was $0.066 per kWh.

**Payment Arrangements and Payment Assistance:** In the event that you anticipate having difficulty paying your invoice by the due date please contact us at 877-238-5343 or email us at customerservice@MP2Energy.com. You may be eligible for payment assistance/payment plan.

| Prev. Balance | New Charges | Payments | Adjustment | Late Charges | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| $747,775.02 | $740,224 25 | ($ .00 ) | $ .00 | $ .00 | $1,487,999.27 | 07/27/2022 |

*Please return this portion with your payment*

 

MP2 Energy Texas LLC
21 Waterway Avenue Suite 450
The Woodlands, TX 77380

Invoice Number: 1804912
Account Number: 67
Due Date: 7/27/2022
Amount Due: $1,487,999.27
**Amount due after 7/27/2022**: $1,487,999.27
Amount Enclosed: $

**Bill Payment Assistance Program**
To support low income utility billing assistance check the box and fill in the desired amount     $_____

Please pay online at www.MP2Energy.com, mail your check with this stub or pay via JPMorgan Chase Account

COMPUTE NORTH TEXAS LLC
7575 Corporate Way
Eden Prairie, MN  55344

**MP2 ENERGY TEXAS LLC**
PO BOX 733560
DALLAS, TX  75373-3560

**EXHIBIT A**



**COMPUTE NORTH TEXAS LLC**

| | |
|---|---|
| Invoice #: | 1811149 |
| Account #: | 67 |

| | |
|---|---|
| Invoice Date: | 8/4/2022 |
| Due Date: | 8/21/2022 |
| Amount Due: | $2,782,119.88 |
| Service Period: | 6/20/2022 - 7/20/2022 |

Shell Energy Solutions
PUCT: 10174
21 Waterway Avenue
Suite 450
The Woodlands, TX 77380

**Questions or Comments:**
Cust Service        832-510-1030
Toll-free           877-238-5343
customerservice@ShellEnergy.com

**ESI ID:**
8737

**Service Address:**
01701 APRON DR
BIG SPRING, TX 79720-7821

**Your Reference:**

**E-mail:**
ap@computenorth.com,
mp2energy.commercial@is-t.net,
casey.anderson@computenorth.com

**For Outages/Emergencies Call:**
AEP                 877-373-4858
CenterPoint         800-332-7143
Nueces              361-387-2581
Oncor               888-313-4747
Sharyland           800-442-8688
TNMP                888-866-7456

**Contract Expiration Date: 06/01/2022**

| Meter | Type | Current Read | Prior Read | Multiplier | Usage (kWh) | PF | Peak Demand (kW) |
|---|---|---|---|---|---|---|---|
| 165601427LG | A | 12,056.2 | 10,915.7 | 4,800 | 5,474,155 | 1 000 | 11,909 00 |

| | Quantity | Unit Price | Total |
|---|---|---|---|
| **Energy Charges** | | | |
| Holdover - Index Adder | 5,474,155.00 | 0.01000 | $54,741.55 |
| Holdover - Real Time LMP | 5,474,155.00 | 0.17519 | $958,996.42 |
| Holdover - Ancillary Services Passthrough | 5,707,593.00 | 0.00824 | $47,026.78 |
| Holdover - Energy Losses Passthrough | 233,438.00 | 0.14337 | $33,468.06 |
| Holdover - ISO Passthrough | 5,707,593.00 | 0.00073 | $4,161.41 |
| Holdover - REC Passthrough | 5,707,593.00 | 0.00020 | $1,149.24 |
| Holdover - RTRNA Passthrough | 5,707,593.00 | -0.00015 | ($835.93 ) |
| Holdover - RUC Passthrough | 5,707,593.00 | -0.00001 | ($81.54 ) |
| Laar Credit - Jun 22 | 1.00 | -2255.90000 | ($2,255.90 ) |
| Day Ahead LMP Basis | 1.00 | 17065.14000 | $17,065.14 |
| Subtotal -- Energy Charges | | | **$1,113,435.23** |
| **TDU Delivery Charges** | | | |
| Transmission Cost Recovery Factor | 1,826.00 | 4.41480 | $8,061.41 |
| Meter Charge | 1.00 | 36.15000 | $36.15 |
| Nuclear Decommissioning Fee | 11,909.00 | 0.04800 | $571.63 |
| Customer Charge | 1.00 | 15.57000 | $15.57 |
| Distribution System Charge | 11,909.00 | 3.79580 | $45,204.73 |
| Energy Efficiency Cost Recovery Factor | 5,474,155.00 | 0.00010 | $333.92 |
| Distribution Cost Recovery Factor | 11,909.00 | 0.20000 | $2,382.30 |
| Subtotal – TDU Delivery Charges | | | **$56,605.71** |
| **Taxes** | | | |
| STATE SALES TAX | 1,196,739.95 | 6.2500% | $74,796.24 |
| CITY SALES TAX | 1,196,739.95 | 2.0000% | $23,934.81 |
| PUCA Assessment | 1,171,391.29 | 0.1670% | $1,955.97 |
| Miscellaneous Gross Receipts Fee | 1,171,391.29 | 1.9970% | $23,392.68 |
| Subtotal – Taxes | | | **$124,079.70** |
| **Total Current Charges** | | | **$1,294,120.64** |

The average price you paid for electric service this month was $0.211 per kWh.

**Payment Arrangements and Payment Assistance:** In the event that you anticipate having difficulty paying your invoice by the due date please contact us at 877-238-5343 or email us at customerservice@ShellEnergy.com. You may be eligible for payment assistance/payment plan.

| Prev. Balance | New Charges | Payments | Adjustment | Late Charges | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| $1,487,999.27 | $1,294,120.64 | ($ .03 ) | $ .00 | $ .00 | $2,782,119.88 | 08/21/2022 |

---

*Please return this portion with your payment*

| | |
|---|---|
| Invoice Number: | 1811149 |
| Account Number: | 67 |
| Due Date: | 8/21/2022 |
| Amount Due: | $2,782,119.88 |
| **Amount due after 8/21/2022**: | **$2,782,119.88** |
| Amount Enclosed: | $ |

Shell Energy Solutions
21 Waterway Avenue Suite 450
The Woodlands, TX 77380

**Bill Payment Assistance Program**
To support low income utility billing assistance check the box and fill in the desired amount

☐ $_____

Please pay online at www.ShellEnergy.com, mail your check with this stub or pay via JPMorgan Chase

COMPUTE NORTH TEXAS LLC
7575 Corporate Way
Eden Prairrie, MN  55344

**SHELL ENERGY SOLUTIONS**
PO BOX 733560
DALLAS**,** TX  75373-3560



**COMPUTE NORTH TEXAS LLC**
Invoice #: 1818479
Account #: 67

Invoice Date: 8/29/2022
Due Date: 9/13/2022
Amount Due: $2,377,787.13
Service Period: 7/20/2022 - 8/19/2022

Shell Energy Solutions
PUCT: 10174
21 Waterway Avenue
Suite 450
The Woodlands, TX 77380

**Questions or Comments:**
Cust Service 832-510-1030
Toll-free 877-238-5343
customerservice@ShellEnergy.com

**ESI ID:**
8737

**Service Address:**
01701 APRON DR
BIG SPRING, TX 79720-7821

**Your Reference:**

**E-mail:**
ap@computenorth.com,
mp2energy.commercial@is-t.net,
casey.anderson@computenorth.com,
doug.allen@computenorth.com,
cnbigspring-103@bill.com

**For Outages/Emergencies Call:**
AEP 877-373-4858
CenterPoint 800-332-7143
Nueces 361-387-2581
Oncor 888-313-4747
Sharyland 800-442-8688
TNMP 888-866-7456

**Contract Expiration Date: 07/01/2023**

The average price you paid for electric service this month was $0.121 per kWh.

**Payment Arrangements and Payment Assistance:** In the event that you anticipate having difficulty paying your invoice by the due date please contact us at 877-238-5343 or email us at customerservice@ShellEnergy.com. You may be eligible for payment assistance/payment plan.

| Meter | Type | Current Read | Prior Read | Multiplier | Usage (kWh) | PF | Peak Demand (kW) |
|---|---|---|---|---|---|---|---|
| 165601427LG | A | 13,024.6 | 12,056.2 | 4,800 | 4,648,742 | 1 000 | 11,410 00 |

| Energy Charges | Quantity | Unit Price | Total |
|---|---|---|---|
| Index Adder | 4,648,742.00 | 0.00170 | $7,902.86 |
| Real Time LMP | 4,648,742.00 | 0.10344 | $480,858.24 |
| Ancillary Services Passthrough | 4,863,523.00 | 0.00269 | $13,095.25 |
| CRR Settlement Passthrough | 4,863,523.00 | -0.00725 | ($35,258.97) |
| Energy Losses Passthrough | 214,781.00 | 0.10350 | $22,229.04 |
| ISO Passthrough | 4,863,523.00 | 0.00074 | $3,580.21 |
| Load Zone Basis Passthrough | 4,863,523.00 | 0.00330 | $16,032.39 |
| REC Passthrough | 4,863,523.00 | 0.00017 | $848.39 |
| RTRNA Passthrough | 4,863,523.00 | 0.00022 | $1,070.08 |
| RUC Passthrough | 4,863,523.00 | 0.00017 | $828.35 |
| **Subtotal -- Energy Charges** | | | **$511,185.84** |
| **TDU Delivery Charges** | | | |
| Transmission Cost Recovery Factor | 1,826.00 | 4.41480 | $8,061.41 |
| Meter Charge | 1.00 | 36.15000 | $36.15 |
| Nuclear Decommissioning Fee | 11,410.00 | 0.04800 | $547.68 |
| Customer Charge | 1.00 | 15.57000 | $15.57 |
| Distribution System Charge | 11,410.00 | 3.79580 | $43,310.60 |
| Energy Efficiency Cost Recovery Factor | 4,648,742.00 | 0.00010 | $283.57 |
| Distribution Cost Recovery Factor | 11,410.00 | 0.20000 | $2,282.48 |
| **Subtotal – TDU Delivery Charges** | | | **$54,537.46** |
| **Taxes** | | | |
| STATE SALES TAX | 577,116.20 | 6.2500% | $36,069.76 |
| CITY SALES TAX | 577,116.20 | 2.0000% | $11,542.33 |
| PUCA Assessment | 564,892.05 | 0.1670% | $943.27 |
| Miscellaneous Gross Receipts Fee | 564,892.05 | 1.9970% | $11,280.89 |
| **Subtotal – Taxes** | | | **$59,836.25** |
| **Total Current Charges** | | | **$625,559.55** |

| Prev. Balance | New Charges | Payments | Adjustment | Late Charges | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| $1,752,227.58 | $625,559 55 | ($ .00) | $ .00 | $ .00 | $2,377,787.13 | 09/13/2022 |

---

*Please return this portion with your payment*

Shell Energy Solutions
21 Waterway Avenue Suite 450
The Woodlands, TX 77380

Invoice Number: 1818479
Account Number: 67
Due Date: 9/13/2022
Amount Due: $2,377,787.13
**Amount due after 9/13/2022:** $2,402,809.51
Amount Enclosed: $ _____

**Bill Payment Assistance Program**
To support low income utility billing assistance check the box and fill in the desired amount ☐ $_____

Please pay online at www.ShellEnergy.com, mail your check with this stub or pay via JPMorgan Chase

COMPUTE NORTH TEXAS LLC
7575 Corporate Way
Eden Prairrie, MN 55344

**SHELL ENERGY SOLUTIONS**
PO BOX 733560
DALLAS**,** TX 75373-3560



**COMPUTE NORTH TEXAS LLC**
Invoice #: 1830130
Account #: 67

Invoice Date: 10/11/2022
Due Date: 10/26/2022
Amount Due: $2,440,781.77
Service Period: 8/19/2022 - 9/20/2022

Shell Energy Solutions
PUCT: 10174
21 Waterway Avenue
Suite 450
The Woodlands, TX  77380

**Questions or Comments:**
Cust Service       832-510-1030
Toll-free             877-238-5343
customerservice@ShellEnergy.com

**ESI ID:**
8737

**Service Address:**
01701 APRON DR
BIG SPRING, TX 79720-7821

**Your Reference:**

**E-mail:**
ap@computenorth.com,
mp2energy.commercial@is-t.net,
matt.rice@computenorth.com,
doug.allen@computenorth.com,
cnbigspring-103@bill.com,
alex.herrmann@computenorth.com

**For Outages/Emergencies Call:**
AEP                  877-373-4858
CenterPoint      800-332-7143
Nueces             361-387-2581
Oncor                888-313-4747
Sharyland         800-442-8688
TNMP                888-866-7456

**Contract Expiration Date: 07/01/2023**

| Meter | Type | Current Read | Prior Read | Multiplier | Usage (kWh) | PF | Peak Demand (kW) |
|---|---|---|---|---|---|---|---|
| 165601427LG | A | 13,783.9 | 13,024.6 | 4,800 | 3,644,328 | 1 000 | 8,928 00 |

| Energy Charges | Quantity | Unit Price | Total |
|---|---|---|---|
| Index Adder | 3,644,338.00 | 0.00170 | $6,195.37 |
| Real Time LMP | 3,644,338.00 | 0.06224 | $226,839.12 |
| Ancillary Services Passthrough | 3,788,897.00 | 0.00059 | $2,245.02 |
| CRR Settlement Passthrough | 3,788,897.00 | 0.00000 | $ .00 |
| Energy Losses Passthrough | 144,559.00 | 0.06048 | $8,743.64 |
| ISO Passthrough | 3,788,897.00 | 0.00065 | $2,470.13 |
| Load Zone Basis Passthrough | 3,788,897.00 | 0.00000 | ($4.56 ) |
| REC Passthrough | 3,788,897.00 | 0.00017 | $653.77 |
| RTRNA Passthrough | 3,788,897.00 | 0.00014 | $535.51 |
| RUC Passthrough | 3,788,897.00 | 0.00029 | $1,080.61 |
| Laar Credit - July 22 | 1.00 | -4707.03000 | ($4,707.03 ) |
| Day Ahead LMP Basis | 1.00 | -352.17000 | ($352.17 ) |
| Day Ahead LMP Basis - May22 Adjustment | 1.00 | -74499.42000 | ($74,499.42 ) |
| Subtotal -- Energy Charges | | | **$169,199.99** |
| **TDU Delivery Charges** | | | |
| Distribution Cost Recovery Factor | 9,973.00 | 0.20000 | $1,995.02 |
| Energy Efficiency Cost Recovery Factor | 3,644,328.00 | 0.00010 | $222.30 |
| Distribution System Charge | 9,973.00 | 3.79580 | $37,855.97 |
| Customer Charge | 1.00 | 15.57000 | $15.57 |
| Nuclear Decommissioning Fee | 9,973.00 | 0.04800 | $478.70 |
| Meter Charge | 1.00 | 36.15000 | $36.15 |
| Transmission Cost Recovery Factor | 1,826.00 | 4.46560 | $8,154.09 |
| Subtotal – TDU Delivery Charges | | | **$48,757.80** |
| **Taxes** | | | |
| STATE SALES TAX | 226,767.06 | 6.2500% | $14,172.93 |
| CITY SALES TAX | 226,767.06 | 2.0000% | $4,535.34 |
| PUCA Assessment | 221,963.82 | 0.1670% | $370.61 |
| Miscellaneous Gross Receipts Fee | 221,963.82 | 1.9970% | $4,432.62 |
| Subtotal – Taxes | | | **$23,511.50** |
| **Total Current Charges** | | | **$241,469.29** |

The average price you paid for electric service this month was $0.081 per kWh.

**Payment Arrangements and Payment Assistance:** In the event that you anticipate having difficulty paying your invoice by the due date please contact us at 877-238-5343 or email us at customerservice@ShellEnergy.com. You may be eligible for payment assistance/payment plan.

| Prev. Balance | New Charges | Payments | Adjustment | Late Charges | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| $2,199,312.48 | $241,469 29 | ($ .00 ) | $ .00 | $ .00 | $2,440,781.77 | 10/26/2022 |

................................................................................................................................................................................

*Please return this portion with your payment*

Shell Energy Solutions
21 Waterway Avenue Suite 450
The Woodlands, TX 77380

Invoice Number: 1830130
Account Number: 67
Due Date: 10/26/2022
Amount Due: $2,440,781.77
**Amount due after 10/26/2022:** $2,450,440.54
Amount Enclosed: $

**Bill Payment Assistance Program**
To support low income utility billing assistance check the box and fill in the desired amount
☐ $_____

Please pay online at www.ShellEnergy.com, mail your check with this stub or pay via JPMorgan Chase

COMPUTE NORTH TEXAS LLC
7575 Corporate Way
Eden Prairrie, MN  55344

**SHELL ENERGY SOLUTIONS**
PO BOX 733560
DALLAS**,** TX  75373-3560



COMPUTE NORTH TEXAS LLC
Invoice #: 1836159
Account #: 67

Invoice Date: 11/2/2022
Due Date: 11/17/2022
Amount Due: $2,770,788.78
Service Period: 9/20/2022 - 10/19/2022

Shell Energy Solutions
PUCT: 10174
21 Waterway Avenue
Suite 450
The Woodlands, TX  77380

**Questions or Comments:**
Cust Service        832-510-1030
Toll-free             877-238-5343
customerservice@ShellEnergy.com

**ESI ID:**
8737

**Service Address:**
01701 APRON DR
BIG SPRING, TX 79720-7821

**Your Reference:**

**E-mail:**
ap@computenorth.com,
mp2energy.commercial@is-t.net,
matt.rice@computenorth.com,
doug.allen@computenorth.com,
cnbigspring-103@bill.com,
alex.herrmann@computenorth.com

**For Outages/Emergencies Call:**
AEP              877-373-4858
CenterPoint  800-332-7143
Nueces        361-387-2581
Oncor          888-313-4747
Sharyland    800-442-8688
TNMP          888-866-7456

**Contract Expiration Date: 07/01/2023**

| Meter | Type | Current Read | Prior Read | Multiplier | Usage (kWh) | PF | Peak Demand (kW) |
|---|---|---|---|---|---|---|---|
| 165601427LG | A | 14,771.5 | 13,783.9 | 4,800 | 4,740,677 | 1 000 | 11,141 00 |

| Energy Charges | Quantity | Unit Price | Total |
|---|---|---|---|
| Index Adder | 4,740,677.00 | 0.00170 | $8,059.15 |
| Real Time LMP | 4,740,677.00 | 0.04541 | $215,297.31 |
| Ancillary Services Passthrough | 4,897,242.00 | 0.00117 | $5,708.21 |
| CRR Settlement Passthrough | 4,897,242.00 | -0.00247 | ($12,100.17) |
| Energy Losses Passthrough | 156,565.00 | 0.04706 | $7,367.27 |
| ISO Passthrough | 4,897,242.00 | 0.00067 | $3,274.31 |
| Load Zone Basis Passthrough | 4,897,242.00 | 0.00233 | $11,418.79 |
| REC Passthrough | 4,897,242.00 | 0.00015 | $736.07 |
| RTRNA Passthrough | 4,897,242.00 | 0.00014 | $706.71 |
| RUC Passthrough | 4,897,242.00 | 0.00008 | $391.59 |
| Market Securitization (Debt) Financing - Default | 4,897,242.00 | 0.00002 | $100.90 |
| Market Securitization (Debt) Financing - Uplift | 4,897,242.10 | 0.00080 | $3,920.97 |
| Telemetry Fee | 1.00 | 54.13000 | $54.13 |
| **Subtotal -- Energy Charges** | | | **$244,935.24** |
| TDU Delivery Charges | | | |
| Transmission Cost Recovery Factor | 1,826.00 | 4.46560 | $8,154.09 |
| Meter Charge | 1.00 | 36.15000 | $36.15 |
| Nuclear Decommissioning Fee | 11,141.00 | 0.04800 | $534.77 |
| Customer Charge | 1.00 | 15.57000 | $15.57 |
| Distribution System Charge | 11,141.00 | 3.79580 | $42,289.52 |
| Energy Efficiency Cost Recovery Factor | 4,740,677.00 | 0.00010 | $289.18 |
| Distribution Cost Recovery Factor | 11,141.00 | 0.20000 | $2,228.67 |
| **Subtotal – TDU Delivery Charges** | | | **$53,547.95** |
| Taxes | | | |
| STATE SALES TAX | 304,045.22 | 6.2500% | $19,002.82 |
| CITY SALES TAX | 304,045.22 | 2.0000% | $6,080.90 |
| PUCA Assessment | 297,605.11 | 0.1670% | $496.94 |
| Miscellaneous Gross Receipts Fee | 297,605.11 | 1.9970% | $5,943.16 |
| **Subtotal – Taxes** | | | **$31,523.82** |
| **Total Current Charges** | | | **$330,007.01** |

The average price you paid for electric service this month was $0.063 per kWh.

**Payment Arrangements and Payment Assistance:** In the event that you anticipate having difficulty paying your invoice by the due date please contact us at 877-238-5343 or email us at customerservice@ShellEnergy.com. You may be eligible for payment assistance/payment plan.

| Prev. Balance | New Charges | Payments | Adjustment | Late Charges | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| $2,440,781.77 | $330,007 01 | ($ .00) | $ .00 | $ .00 | $2,770,788.78 | 11/17/2022 |

.....................................................................................................................................................................

*Please return this portion with your payment*



Shell Energy Solutions
21 Waterway Avenue Suite 450
The Woodlands, TX 77380

Invoice Number: 1836159
Account Number: 67
Due Date: 11/17/2022
Amount Due: $2,770,788.78
**Amount due after 11/17/2022:** $2,783,989.06
Amount Enclosed: $ _____

**Bill Payment Assistance Program**
To support low income utility billing assistance check the box and fill in the desired amount
☐ $_____

Please pay online at www.ShellEnergy.com, mail your check with this stub or pay via JPMorgan Chase

COMPUTE NORTH TEXAS LLC
7575 Corporate Way
Eden Prairie, MN  55344

**SHELL ENERGY SOLUTIONS**
PO BOX 733560
DALLAS**,** TX  75373-3560