# Exhibit 1

# SUNBELT SOLOMON

**INVOICE**

| | |
|---|---|
| Invoice #: | 361903 |
| Invoice Date: | 06/29/22 |
| Invoice Terms: | Net 30 Days |
| Customer PO: | NE13-0001 |

PO Box 245
Solomon, Kansas 67480

sunbeltsolomon.com

Phone: 785-655-2191

Fax: 785-655-2502

File Copy

**INVOICE TO:**
Compute North NE5, LLC.
7575 Corporate Way

Eden Prairie, MN
55344-

**DELIVER TO:**
Compute North NE5, LLC.
TBD

Eden Prairie, MN

NE

| | | | |
|---|---|---|---|
| Customer: | MNK1267 | Ship VIA: | |
| Sales Order: | 298289 | Salesperson: | Phil Risch |

| Order Qty | Ship Qty | Description | W/H | Unit Price | U of M | Line Total |
|---|---|---|---|---|---|---|
| 9 | 4 | New 2000 KVA Padmount | 781 | 50,000.000 | EA | 200,000.00 |
| | | S/N(s): | | | | |
| | | YT-22-10994    YT-22-10995    YT-22-10996    YT-22-10997 | | | | |
| | | NEW 2000 kVA Padmount Transformer | | | | |
| | | HV: 34500 Delta - LV: 415 Y 240 | | | | |
| | | Taps: +/- 2 @ 2.5% | | | | |
| | | Cooling: ONAN - Temp Rise: 65 C | | | | |
| | | Frequency: 60 Hz - Impedance: 5.75% +/- 7.5% | | | | |
| | | Windings: Aluminum - Fluid: Mineral Oil | | | | |
| | | HV Bushings: Dead Front Loop Feed / 600A Deadbreak | | | | |
| | | LV Bushings: 10-HOLE Spades w/ Supports | | | | |
| | | Accessories: | | | | |
| | | Liquid Level Gauge | | | | |
| | | Pressure Vacuum Gauge | | | | |
| | | Dial Type Thermometer | | | | |
| | | Drain and Sample Valve | | | | |
| | | 4 Position T-Blade | | | | |
| | | Bayonet Fuses | | | | |

**REMIT TO:**
Sunbelt Solomon Services, LLC
P.O. Box 245
Solomon, Kansas 67480

**Go Paperless!**
**Sign up for Invoice E-Delivery!**
Please send customer name, customer #, email address
and phone number to: acctg@solomoncorp.com

| | |
|---|---|
| Invoice Subtotal: | 200,000.00 |
| Total Sales Tax: | 15,050.00 |
| **Pay This Amount:** | **215,050.00** |

*Recipient of the Million Work Hours Award from the National Safety Council*

Page 1 of 1