**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Compute North Holdings, Inc. and CN Mining LLC<br>Debtor | Case No.: 22−90273<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Compute North Holdings, Inc. | Chapter 11 |
| CN Mining LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: ntctran | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CN Atoka LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Big Spring LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Colorado Bend LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Corpus Christi LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Developments LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Equipment LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN King Mountain LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Minden LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Mining LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Pledgor LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Holdings, Inc., 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Member LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NC08 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NY09 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North SD, LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX06 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX10 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Texas LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| aty | + | G Frank Nason, IV, 6000 Lake Forrest Drive, N.W. Suite 435, Atlanta, GA 30328-3896 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4357 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Nov 04, 2022 | Form ID: ntctran | Total Noticed: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bootstrap Energy LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |

TOTAL: 31 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022          Signature:     /s/Gustava Winters