**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.,* | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 28, 2022, I caused to be served *a customized* "Notice of Entry of Final Sale Procedures Order and Proposed Sale," dated October 28, 2022, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    b.  delivered via electronic mail to 47 parties whose names and e-mail addresses are confidential and therefore not included.

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
1st day of November, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Cure Objection Deadline for Supplemental** |
| | ) **Cure Notice:** |
| | )          **November 7, 2022 at 7:00 a.m.** |
| | )          **(prevailing Central Time)** |
| | ) |
| | ) **Re:  Docket Nos. 91, 191, & 256** |

**NOTICE OF ENTRY OF FINAL SALE**
**PROCEDURES ORDER AND PROPOSED SALE**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on September 22, 2022 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with one or more sales of assets (collectively, the "Assets"). The Debtors are seeking Court approval of such sales and assumptions and assignments pursuant to a motion, dated September 26, 2022 [Docket No. 91] (the "Motion").[2]

The Court has entered an order [Docket No. 256] (the "Final Sale Procedures Order") approving, among other things, (i) certain procedures for the sale of Assets with an aggregated selling price equal to or less than $1,000,000 (the "De Minimis Asset Sale Procedures"), (ii) certain procedures for the sale of Assets with an individual or collective value over $1,000,000 (the "Bidding Procedures"), and (iii) certain procedures that govern the assumption and assignment of certain executory contracts and unexpired leases transferred pursuant to either the De Minimis Asset Sale Procedures or the Bidding Procedures. Copies of the Motion and the Final

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Sale    Procedures    Order    are    available    for    download    at
https://dm.epiq11.com/case/ComputeNorthHoldings/info (the "Case Website").

      The Debtors have reserved the right to designate one or more parties to serve as stalking horse purchasers for the Assets (each a "Stalking Horse Purchaser").  For each Stalking Horse Purchaser, a notice will be filed on the Bankruptcy Court's docket and posted on the Case Website identifying each Stalking Horse Purchaser, the terms of each Stalking Horse Agreement, and other information regarding each Stalking Horse Purchaser, as described in the Motion and the Final Sale Procedures Order.

      You are receiving this notice because you may be a party to an unexpired lease or an executory contract that is potentially to be assumed and assigned (collectively, the "Contracts") in connection with a sale under either the De Minimis Asset Sale Procedures or the Bidding Procedures.  The Contract (or Contracts) to which you are a party is identified on **Exhibit A** hereto (the "Cure Schedule").

      The Debtors have determined the current amounts owing (the "Cure Amounts") under each Contract and have listed the applicable Cure Amount for the Contract(s) to which you are a party on the Cure Schedule.  The Cure Amounts are the only amounts proposed to be paid upon any assumption and assignment of the Contracts, in full satisfaction of all amounts outstanding under the Contracts.

      To the extent that you as a counterparty to a Contract (a "Counterparty") object to (i) the applicable Cure Amount or (ii) the Debtors' ability to assume and assign your Contract, you must file and serve an objection (a "Contract Objection").  Any Contract Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) be filed with the Clerk of the Court, 515 Rusk Street, Houston, Texas 77002, together with proof of service, **on or before 7:00 a.m. (prevailing Central Time) on November 7, 2022** (the "Supplemental Contract Objection Deadline");[3] (iv) be served, so as to be actually received on or before the Supplemental Contract Objection Deadline, upon the Objection Notice Parties (set forth below); and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that you believe is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract in question, along with the specific nature and dates of any alleged defaults, any pecuniary losses resulting therefrom, and the conditions giving rise thereto.

      Any objections to adequate assurance of future performance by a Successful Bidder other than a De Minimis Asset Purchaser shall be filed not later than **November 7, 2022, at 8:00 a.m.**

---

[3]    On October 18, 2022, the Debtors served notices to Counterparties whose Contracts were identified as Target Contracts on such date and filed notice of the same on the docket maintained in these Chapter 11 Cases [Docket No. 209] (the "Initial Cure Notice").  Pursuant to the Final Sale Procedures Order, the deadline to object to any proposed cure amount set forth in the Initial Cure Notice is November 1, 2022 at 4:00 p.m. (prevailing Central Time).  In accordance with the Final Sale Procedures Order, the Debtors reserved the right to identify additional Target Contracts subsequent to the service of the Initial Cure Notice by serving this supplemental cure notice (this "Supplemental Cure Notice") on Counterparties to such Contracts.  Pursuant to the Final Sale Procedures Order, the deadline to object to the cure amount set forth in this Supplemental Cure Notice is two (2) hours prior to the commencement of the Sale Hearing.

**(prevailing Central Time)** (the "Adequate Assurance Objection Deadline"). Objections to adequate assurance of future performance by a De Minimis Asset Purchaser shall be governed by the De Minimis Asset Sale Procedures and addressed via separate notice.

The "Objection Notice Parties" are as follows: (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: Luc Despins, Sayan Bhattacharyya, and Daniel Ginsberg (lucdespins@paulhastings.com, sayanbhattacharyya@paulhastings.com, and danielginsberg@paulhastings.com); and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli and Michael Jones (mattmicheli@paulhastings.com and michaeljones@paulhastings.com); (ii) proposed counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Jana Whitworth (Jayson.B.Ruff@usdoj.gov and Jana.Whitworth@usdoj.gov); and (iv) counsel to each Stalking Horse Purchaser, if any.

If no objection is timely received with respect to a Cure Amount, then upon the closing of the applicable sale and payment of any Cure Amounts set forth in this notice: (i) you shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Contract, (ii) the Cure Amount set forth on **Exhibit A** attached hereto shall be controlling, notwithstanding anything to the contrary in any Contract, or any other document, and you shall be deemed to have consented to the Cure Amount, and (iii) you shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them.

If no objection is received by the Adequate Assurance Objection Deadline to any Successful Bidder's adequate assurance of future performance with respect to your Contract, you shall be deemed to have consented to the assumption, assignment, and transfer of the applicable Contract to the applicable Successful Bidder and shall be forever barred and estopped from asserting or claiming that any conditions to such assumption, assignment, and transfer must be satisfied under such applicable Contract or that any related right or benefit under such applicable Contract cannot or will not be available to the applicable Successful Bidder.

An auction (the "Auction") for the Assets, including the Contracts, will be conducted on November 1, 2022, at 10:00 a.m. (prevailing Central Time) at (i) the offices of Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002 or (ii) virtually by videoconference or teleconference, or such other date, time, or location as the Debtors, after consultation with the Consultation Parties, may notify Qualifying Bidders who have submitted Qualifying Bids. As soon as reasonably practicable after the Auction, the Debtors will file with the Court and post to the Case Website a notice identifying the Successful Bidder(s), which shall set forth, among other things, (i) the Successful Bidder(s) and Back-Up Bidder(s) (if any), (ii) the Contracts selected by the Successful Bidder to be assumed and assigned, (iii) the proposed assignee(s) of such Contracts, and (iv) contact information of the proposed assignee, so that Counterparties to the selected

Contracts may obtain the applicable Successful Bidder's adequate assurance information, which shall be provided to each affected Counterparty on a confidential basis.

The Debtors will seek to assume and assign the Contracts that have been selected by a Successful Bidder (the "Selected Assumed Contracts") at a hearing to be held before the Honorable Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 4th Floor, 515 Rusk Street, Houston, Texas 77002 (a "Sale Hearing") on November 7, 2022 at 9:00 a.m. (prevailing Central Time), or such other date as determined by the Debtors in accordance with the terms of the Final Sale Procedures Order.

To the extent that the Debtors and a Counterparty are unable to consensually resolve any Contract Objection prior to the commencement of the Sale Hearing, including, without limitation, any dispute with respect to the cure amount, if any, required to be paid to the applicable Counterparty under section 365(b)(1)(A) and (B) of the Bankruptcy Code (any such dispute, a "Cure Dispute"), such Contract Objection will be adjudicated at the Sale Hearing or at such other date and time as may be determined by the Debtors and the applicable Successful Bidder or fixed by the Court; *provided*, however, that if the Contract Objection relates solely to a Cure Dispute, the Selected Target Contract may be assumed by the Debtors and assigned to any Successful Bidder provided that the cure amount that the Counterparty asserts is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code (or such lower amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors or the applicable Successful Bidder pending the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

[*Remainder of Page Intentionally Left Blank*]

Dated:  October 28, 2022
Houston, Texas

/s/ *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
          sayanbhattacharyya@paulhastings.com
          danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
          michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**EXHIBIT B**

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**   NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE   Page 1 of 9

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**


ACOUSTIBLOK
 6900 INTERBAY BLVD
TAMPA, FL  33616

ALPERT, JONATHAN
14 S GRAPE ST.
DENVER, CO  80246

APOLLO INFRA EQUITY MANAGEMENT LP
APOLLO GLOBAL MANAGEMENT, INC
9 WEST 57TH STREET
42ND FLOOR
NEW YORK, NY  10019


ARIS CAPITAL MANAGEMENT LLC
400 MADISON AVE
NEW YORK, NY  10017

AWAD, CARMEN
ADDRESS REDACTED

BABOON CONSULTING
TEMISTOCLES 24
MIGUEL HIDALGO
 MÉXICO CITY,    11550
 MÉXICO


BDO USA LLP
100 PARK AVENUE
NEW YORK, NY  10017

BEACH POINT CAPITAL MANAGEMENT LP
1620 26TH STREET
SUITE 6000N
SANTA MONICA, CA  90404

BITSTAMP DOO
DALMATINOVA ULICA 2
1000 LJUBLJANA
OSREDNJESLOVENSKA
SLOVENIA


BITSTAMP EUROPE USA
40, AVENUE MONTEREY
L-2163 LUXEMBOURG
GRAND DUCHY OF LUXEMBOURG

BITSTAMP LTD
5 NEW STREET SQUARE
LONDON EC4A 3TW
UNITED KINGDOM

BITSTAMP SERVICES DOO
DALMATINOVA ULICA 2
1000 LJUBLJANA
OSREDNJESLOVENSKA
SLOVENIA


BITSTAMP USA INC
27 UNION SQUARE WEST, SUITE 205
NEW YORK, NY  10003

BLOCKFI LENDING LLC
201 MONTGOMERY STREET
STE 263
JERSEY CITY, NJ  7302

BTIG
65 EAST 55TH STREET
NEW YORK, NY  10022


CAGE CIVIL
2200 CABOT DRIVE, SUITE 325
LISLE, IL  60532

CANAAN INC
ROOM 705, BLOCK C, PING AN FINANCE CENTER
SHANGCHENG DISTRICT
HANGZHOU
CHINA

CBRE
2100 MCKINNEY AVENUE
SUITE 1250
DALLAS, TX  75201

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**                    NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE                    Page 2 of 9

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**


CHAMBER OF DIGITAL COMMERCE
1667 K ST NW
SUITE 640
WASHINGTON, DC  20006

CHAMBER OF DIGITAL COMMERCE
ATTN VP, DEVELOPMENT
1667 K ST NW, STE 640
WASHINGTON, DC  20006

CITIGROUP ENERGY INC
2700 POST OAK BLVD
HOUSTON, TX  77056


CITY OF WHARTON, TX
120 EAST CANEY STREET
WHARTON, TX  77488

CLEMENT, KIRK
120 AERODROME CRESCENT
UNIT 301
TORONTO , ON  M4G 4J2
CA

CN MINING LLC
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344


CN WOLF HOLLOW LLC
ATTN LEGAL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

CODINGTON-CLARK ELECTRIC CO-OP INC
3520 9TH AVE SW
WATERTOWN, SD  57201

CODINGTON-CLARK ELECTRIC CO-OP INC
ATTN GENERAL MANAGER
3520 9TH AVE SW
WATERTOWN, SD  57201


COMPUTE NORTH  NE05 LLC
ATTN LEGAL
7575 CORPORATE WAY
EDEN PRAIRIE, MN  55344

CRAIG-HALLUM CAPITAL GROUP LLC
222 SOUTH NINTH STREET, SUITE 350
MINNEAPOLIS, MN  55402

CUSTOMER NO. 374 – NAME REDACTED


CUSTOMER NO. 377 – NAME REDACTED

CUSTOMER NO. 378 – NAME REDACTED

CUSTOMER NO. 381 – NAME REDACTED


CUSTOMER NO. 385 – NAME REDACTED

CUSTOMER NO. 388 – NAME REDACTED

CUSTOMER NO. 391 – NAME REDACTED

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 395 – NAME REDACTED | CUSTOMER NO. 411 – NAME REDACTED | CUSTOMER NO. 411 – NAME REDACTED |
| CUSTOMER NO. 414 – NAME REDACTED | CUSTOMER NO. 420 – NAME REDACTED | CUSTOMER NO. 422 – NAME REDACTED |
| CUSTOMER NO. 423 – NAME REDACTED | CUSTOMER NO. 423 – NAME REDACTED | CUSTOMER NO. 430 – NAME REDACTED |
| CUSTOMER NO. 430 – NAME REDACTED | CUSTOMER NO. 433 – NAME REDACTED | CUSTOMER NO. 435 – NAME REDACTED |
| CUSTOMER NO. 436 – NAME REDACTED | CUSTOMER NO. 447 – NAME REDACTED | CUSTOMER NO. 455 – NAME REDACTED |
| CUSTOMER NO. 456 – NAME REDACTED | CUSTOMER NO. 459 – NAME REDACTED | CUSTOMER NO. 460 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**
NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE

**Case #: 22-90273 (MI)**

**Notices mailed by: October 28, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 460 – NAME REDACTED | CUSTOMER NO. 461 – NAME REDACTED | CUSTOMER NO. 463 – NAME REDACTED |
| CUSTOMER NO. 464 – NAME REDACTED | CUSTOMER NO. 476 – NAME REDACTED | CUSTOMER NO. 479 – NAME REDACTED |
| CUSTOMER NO. 481 – NAME REDACTED | CUSTOMER NO. 485 – NAME REDACTED | CUSTOMER NO. 486 – NAME REDACTED |
| CUSTOMER NO. 488 – NAME REDACTED | CUSTOMER NO. 493 – NAME REDACTED | CUSTOMER NO. 496 – NAME REDACTED |
| CUSTOMER NO. 499 – NAME REDACTED | CUSTOMER NO. 503 – NAME REDACTED | CUSTOMER NO. 505 – NAME REDACTED |
| CUSTOMER NO. 506 – NAME REDACTED | CUSTOMER NO. 508 – NAME REDACTED | CUSTOMER NO. 509 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**

**NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE**

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 510 – NAME REDACTED | CUSTOMER NO. 512 – NAME REDACTED | CUSTOMER NO. 513 – NAME REDACTED |
| CUSTOMER NO. 518 – NAME REDACTED | CUSTOMER NO. 518 – NAME REDACTED | CUSTOMER NO. 519 – NAME REDACTED |
| CUSTOMER NO. 520 – NAME REDACTED | CUSTOMER NO. 524 – NAME REDACTED | CUSTOMER NO. 525 – NAME REDACTED |
| CUSTOMER NO. 528 – NAME REDACTED | CUSTOMER NO. 529 – NAME REDACTED | CUSTOMER NO. 532 – NAME REDACTED |
| CUSTOMER NO. 533 – NAME REDACTED | CUSTOMER NO. 534 – NAME REDACTED | CUSTOMER NO. 538 – NAME REDACTED |
| CUSTOMER NO. 542 – NAME REDACTED | CUSTOMER NO. 544 – NAME REDACTED | CUSTOMER NO. 546 – NAME REDACTED |

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**     NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE     Page 6 of 9
**Case #:  22-90273 (MI)**
**Notices mailed by:  October 28, 2022**

| | | |
|---|---|---|
| CUSTOMER NO. 547 – NAME REDACTED | CUSTOMER NO. 552 – NAME REDACTED | CUSTOMER NO. 553 – NAME REDACTED |
| CUSTOMER NO. 554 – NAME REDACTED | CUSTOMER NO. 555 – NAME REDACTED | CUSTOMER NO. 558 – NAME REDACTED |
| CUSTOMER NO. 560 – NAME REDACTED | CUSTOMER NO. 562 – NAME REDACTED | CUSTOMER NO. 563 – NAME REDACTED |
| CUSTOMER NO. 564 – NAME REDACTED | CUSTOMER NO. 568 – NAME REDACTED | CYXTERA TECHNOLOGIES INC<br>BAC COLONNADE OFFICE TOWERS<br>2333 PONCE DE LEON BLVD, SUITE 900<br>CORAL GABLES, FL  33134 |
| DAVIS, AL<br>ADDRESS REDACTED | DC INVEST LTD<br>3A HEADLEY ROAD, WOODLEY, READING<br>BERKSHIRE RG5, 4JB<br>UNITED KINGDOM | DEY, NATHAN<br>1300 MENDOTA HEIGHTS RD<br>MENDOTA HEIGHTS, MN  55120 |
| DIGITAL SHOVEL HOLDINGS INC<br>633 CORONATION DR<br>TORONTO, ONTARIO  M1E 2K4<br>CANADA | DRYPTO<br>ATTN: JOEL BERNSTEIN<br>2049 CENTURY PARK EAST<br>LOS ANGELES, CA  90067-3206 | E&Y<br>700 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 |

Debtor: COMPUTE NORTH HOLDINGS, INC., et al.          NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE                    Page 7 of 9

Case #:  22-90273 (MI)

Notices mailed by:  October 28, 2022

EAST RIVER ELECTRIC COOPERATIVE INC
211 SOUTH HARTH AVE.
MADISON, SD  57042-0227

EAST RIVER ELECTRIC POWER COOP
211 SOUTH HARTH AVE.
MADISON, SD  57042-0227

EDF TRADING NORTH AMERICA LLC
601 TRAVIS ST #1700
HOUSTON, TX  77002

EMERALD ENERGY VENTURE LLC
8140 WALNUT HILL LN
SUITE 230
DALLAS, TX  75231

EQUUS COMPUTER SYSTEMS INC
D/B/A EQUUS COMPUTE SOLUTIONS
201 GENERAL MILLS BLVD
MINNEAPOLIS, MN  55426-1350

EVER ENERGY INC
1060 SPRING CREEK PL
SPRINGVILLE, UT  84663

EVERBERG CAPITAL LLC
589 FIFTH AVE, STE 1602
NEW YORK, NY  10017

FALIK, BRIAN
MERCURIA ADDRESS: 50 RUE DU RHONE 6TH
FLOOR
1204 GENEVA
SWITZERLAND

GARY A. FRITH AND RUTH K. FRITH
TRUSTEES OF THE FRITH LIVING TRUST
405 ALCOTT COURT
COLORADO SPRINGS, CO  80921

GLIDEPATH DEVELOPMENT LLC
2147 UNIVERSITY AVE, W#204
ST. PAUL, MN  55114

GREAT ROCK CAPITAL PARTNERS
285 RIVERSIDE AVE, STE 335
WESTPORT, CT  6880

GREEN REVOLUTION COOLING
995 QUAIL HOLLOW CR.
DAKOTA DUNES, SD  57049

HASHCHAIN TECHNOLOGY INC
300-15047 MARINE DRIVE
WHITE ROCK, BRITISH COLUMBIA  V4B 1C5
CANADA

HERSHEY CAPITAL
100 CRYSTAL A DRIVE
PO BOX 810
HERSHEY, PA  17033

HO, MICHAEL
1221 BRICKELL AVENUE
SUITE 900
MIAMI, FLORIDA  33131

HOPI UTILITIES CORPORATION
6 EAST ASPEN AVENUE
STE 240
FLAGSTAFF, AZ  86001-5260

HPE
1701 E MOSSY OAKS RD
SPRING, TX  77389

JPMORGAN CHASE BANK NA
270 PARK AVENUE
NEW YORK, NY  10017

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**
**NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE**
Page 8 of 9

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**

KATENA COMPUTING TECHNOLOGIES INC
7244 CARRIZO DRIVE
LA JOLLA, CA  92037

KID SHELLEN LLC
1801 W 14TH ST
WILMINGTON, DE  19806

KITTILSTVED, BRETT
212 10TH AVE S
APT 610
MINNEAPOLIS, MN  55415

LATTIMER, JEFFREY H
O/B/O FERGUSON ELECTRIC CONSTRUCTION
333 ELLICOTT STREET
BUFFALO, NY  14203

LIBERTY UTILITIES CO
12725 WEST INDIAN SCHOOL ROAD
SUITE D101
AVONDALE, AZ  85392

LOWER COLORADO RIVER AUTHORITY
PO BOX 220
AUSTIN, TX  78767

MAIN STREET CAPITAL CORP
1300 POST OAK BLVD
8TH FLOOR
HOUSTON, TX  77056

MOORE, JESSE
O/B/O NFN8MEDIA
13809 RESEARCH BLVD
SUITE 785
AUSTIN, TX  78750

MVP CAPITAL LLC
10205 10TH AVE N SUITE A
ATTN: RACHEL WILLIAMS
PLYMOUTH, MN  55441

MVP LOGISTICS LLC
ATTN CHIEF FINANCIAL OFFICER
10205 10TH AVE N, STE A
PLYMOUTH, MN  55441

NAKIA VENTURES II LLC
1015 HICREST RD
GLENDORA, CA  91741

NATIONAL GRID RENEWABLES DEV LLC
8400 NORMANDALE LAKE BLVD
SUITE 1200
BLOOMINGTON, MN  55437

NATIONAL GRID RENEWABLES DEV LLC
ATTN ANDRE TURENNE, VP
720 UNIVERSITY AVE
LOS GATOS, CA  95032

NORTHEAST NATURAL ENERGY LLC
707 VIRGINIA STREET E
SUITE 1200
CHARLESTON, WV  25301

OAKTREE OPPS FUND XB HOLDINGS
(DELAWARE) LP
333 SOUTH GRAND AVE.
28TH FLOOR
LOS ANGELES, CA  90071

OAKTREE OPPS FUND XI HOLDINGS
(DELAWARE) LP
333 SOUTH GRAND AVE.
28TH FLOOR
LOS ANGELES, CA  90071

PARC
4321 STRAUSSER ST NW
NORTH CANTON, OH  44720

PHILLIPS, JESSE
C/O BINANCE CAPITAL MANAGEMENT CO. LTD
30 DE CASTRO STREET
WICKHAMS CAY 1, P.O.BOX 4519
ROAD TOWN, TORTOLA  BRITISH VIRGIN
ISLANDS

**Debtor: COMPUTE NORTH HOLDINGS, INC., et al.**   NOTICE OF ENTRY OF FINAL SALE PROCEDURES ORDER AND PROPOSED SALE   Page 9 of 9

**Case #:  22-90273 (MI)**

**Notices mailed by:  October 28, 2022**

POOLIN TECHNOLOGY PTE LTD
2 VENTURE DRIVE
#11-31 VISION EXCHANGE
SINGAPORE, 0  608526
SINGAPORE

POWERFUND ONE
10250 CONSTELLATION BLVD
#100
LOS ANGELES, CA  90067

RED WING SHOES
314 MAIN STREET
RED WING, MN  55066

SHELL NEW ENERGIES US LLC
650 CALIFORNIA STREET
SUITE 2250
SAN FRANCISCO, CA  94108

SIRIUS COMPUTER SOLUTIONS LLC
PO BOX 202289
ATTN: LE TANYA SPENCER
DALLAS, TX  75320-2289

SMART PHASES INC
213 CONNECTICUT AVENUE
PLATTSBURGH, NY  12901

STEALTH COMMUNICATIONS INC
1 PENN PLZ STE 6308
NEW YORK, NY  10119

SYNOS CORP
319 LAUREL VIEW COURT
FREMONT, CA  94538

TDINDUSTRIES
7601 CANYON BUSINESS PARK
AMARILLO, TX  79110

TKO CAPITAL INC
627 IRA ST SW
ATLANTA, GA  30312

TONKAWA
301 CARLSON PLWY STE 275
MINNETONKA, MN  55305

UNKNOWN VENTURES
301 E 5TH ST
STE 104
AUSTIN, TX  78701

US BANK NA
800 NICOLLET MALL
MINNEAPOLIS, MN  55402

VERNE GLOBAL HF
VALHALLARBRAUT 868
REYKJANESBAER 262
ICELAND

WERNICK, DANIEL
60 EAST 8TH ST., APT. 17M
NEW YORK, NY  10003

Total Parties: 159