UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. et. al. | |

This lawyer, who is admitted to the State Bar of ___Nebraska___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael J. Whaley<br>Cline Williams Wright Johnson & Oldfather, LLP<br>12910 Pierce Street, Suite 200<br>Omaha, Nebraska 68144<br>(402) 397-1700<br>Nebraska: 19390 |

Seeks to appear as the attorney for this party:

| Nebraska Public Power District |
|---|
| Dated: 11/9/22     Signed: /s/ Michael J. Whaley |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                 United States Bankruptcy Judge