United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. et. al. | |

This lawyer, who is admitted to the State Bar of ___Nebraska___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael J. Whaley<br>Cline Williams Wright Johnson & Oldfather, LLP<br>12910 Pierce Street, Suite 200<br>Omaha, Nebraska 68144<br>(402) 397-1700<br>Nebraska: 19390 |
|---|---|

Seeks to appear as the attorney for this party:

| Nebraska Public Power District |
|---|
| Dated: 11/9/22    Signed: /s/ Michael J. Whaley |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___ .

Dated:       Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: November 10, 2022

Marvin Isgur
United States Bankruptcy Judge