# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2022, I caused to be served *a customized* "Notice of Amended Cure Schedule in Connection With Proposed Sale," dated October 31, 2022, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

                                             */s/ Angharad Bowdler*
                                             Angharad Bowdler

Sworn to before me this
3rd day of November, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | Objection Deadline for Amended Cure Notice: |
|  | ) ) ) | November 7, 2022 at 7:00 a.m. (prevailing Central Time) |
|  | ) ) | Re: Docket Nos. 91, 191, & 256 |

NOTICE OF AMENDED CURE
SCHEDULE IN CONNECTION WITH PROPOSED SALE

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on September 22, 2022 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with one or more sales of assets (collectively, the "Assets"). The Debtors are seeking Court approval of such sales and assumptions and assignments pursuant to a motion, dated September 26, 2022 [Docket No. 91] (the "Motion").[2]

The Court has entered an order [Docket No. 256] (the "Final Sale Procedures Order") approving, among other things, (i) certain procedures for the sale of Assets with an aggregated selling price equal to or less than $1,000,000 (the "De Minimis Asset Sale Procedures"), (ii) certain procedures for the sale of Assets with an individual or collective value over $1,000,000 (the "Bidding Procedures"), and (iii) certain procedures that govern the assumption and assignment of certain executory contracts and unexpired leases transferred pursuant to either the De Minimis Asset Sale Procedures or the Bidding Procedures. Copies of the Motion and the Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Sale Procedures Order are available for download at https://dm.epiq11.com/case/ComputeNorthHoldings/info (the "Case Website").

The Debtors have reserved the right to designate one or more parties to serve as stalking horse purchasers for the Assets (each a "Stalking Horse Purchaser"). For each Stalking Horse Purchaser, a notice will be filed on the Bankruptcy Court's docket and posted on the Case Website identifying each Stalking Horse Purchaser, the terms of each Stalking Horse Agreement, and other information regarding each Stalking Horse Purchaser, as described in the Motion and the Final Sale Procedures Order.

On October 18, 2022, the Debtors provided you a notice of executory contracts and unexpired leases to which you are party (the "Contracts") that may be potentially assumed and assigned in connection with a sale under either the De Minimis Asset Sale Procedures or the Bidding Procedures [Docket No. 209] (the "Initial Cure Notice").

The Debtors hereby amend the Initial Cure Notice to accurately reflect, among other things, the current amounts owing (the "Cure Amounts") with respect to such Contracts as set forth on Exhibit A attached hereto (the "Amended Cure Notice"). A redline showing changes against the Initial Cure Notice is attached hereto as Exhibit B.

The Cure Amounts set forth on Exhibit A are the only amounts proposed to be paid upon any assumption and assignment of the Contracts, in full satisfaction of all amounts outstanding under the Contracts.

To the extent that you as a counterparty to a Contract object to (i) the applicable Cure Amount or (ii) the Debtors' ability to assume and assign your Contract, you must file and serve an objection (a "Contract Objection"). Any Contract Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) be filed with the Clerk of the Court, 515 Rusk Street, Houston, Texas 77002, together with proof of service, on or before 7:00 a.m. (prevailing Central Time) on November 7, 2022 (the "Supplemental Contract Objection Deadline"); (iv) be served, so as to be actually received on or before the Supplemental Contract Objection Deadline, upon the Objection Notice Parties (set forth below); and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that you believe is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract in question, along with the specific nature and dates of any alleged defaults, any pecuniary losses resulting therefrom, and the conditions giving rise thereto.

Any objections to adequate assurance of future performance by a Successful Bidder other than a De Minimis Asset Purchaser shall be filed not later than the later of (i) November 7, 2022, at 8:00 a.m. (prevailing Central Time) and (ii) 4:00 p.m. (prevailing Central Time) on the date that is two (2) days after service of the Notice of Successful Bidder for such assets (the "Adequate Assurance Objection Deadline"). Objections to adequate assurance of future performance by a De Minimis Asset Purchaser shall be governed by the De Minimis Asset Sale Procedures and addressed via separate notice.

The "Objection Notice Parties" are as follows: (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: Luc Despins, Sayan Bhattacharyya, and Daniel Ginsberg (lucdespins@paulhastings.com, sayanbhattacharyya@paulhastings.com, and danielginsberg@paulhastings.com); and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli and Michael Jones (mattmicheli@paulhastings.com and michaeljones@paulhastings.com); (ii) proposed counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Jana Whitworth (Jayson.B.Ruff@usdoj.gov and Jana.Whitworth@usdoj.gov); and (iv) counsel to each Stalking Horse Purchaser, if any.

If no objection is timely received with respect to a Cure Amount, then upon the closing of the applicable sale and payment of any Cure Amounts set forth in this notice: (i) you shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Contract, (ii) the Cure Amount set forth on Exhibit A attached hereto shall be controlling, notwithstanding anything to the contrary in any Contract, or any other document, and you shall be deemed to have consented to the Cure Amount, and (iii) you shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them.

Copies of the Final Sale Procedures Order, the Bidding Procedures, and all other documents filed in these Chapter 11 Cases are available (a) free of charge by accessing the website maintained by the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/computenorthholdings/info or (b) for a fee by accessing the PACER system on the Court's website at https://ecf.txs.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 31, 2022
Houston, Texas

/s/ *James T. Grogan III*
PAUL HASTINGS LLP
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**EXHIBIT B**

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
Overnight Mail Service List

7575 Management LLC
Attn: Legal
7575 Corporate Way
Eden Prairie, MN 55344

CUSTOMER NO. 426 – NAME REDACTED

CUSTOMER NO. 470 – NAME REDACTED

CUSTOMER NO. 259 – NAME REDACTED

Lawrence Patterson
1101 La Salle St.
Wayzata, MN 55391

Patterson & Dewar Engineers Inc.
Attn: Chief Executive Officer
850 Center Way
Norcross, GA 30071

CUSTOMER NO. 20 – NAME REDACTED

CUSTOMER NO. 426 – NAME REDACTED