IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Rules 2002 and 9010(b) of the FEDERAL BANKRUPTCY RULES OF PROCEDURE and § 1109(b) of Title 11 of the United States Code, that Bonds Ellis Eppich Schafer Jones LLP hereby give notice of their representation as co-counsel of U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) ("US BTC") in the above styled and numbered cause, and requests that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, etc., be provided to the undersigned at the addresses below.

> Aaron Guerrero (Texas State Bar No. 24050698)
> Bonds Ellis Eppich Schafer Jones LLP
> 950 Echo Lane, Suite 120
> Houston, Texas 77024
> (713) 335-4838 telephone
> (817) 405-6902 facsimile
> aaron.guerrero@bondsellis.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' address for the purposes of these Chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by the US BTC (1) to the jurisdiction of the Bankruptcy Court, (2) to trial by jury in any proceedings in this case or any case, controversy, or proceeding related to these cases, or (3) of any other rights, claims, actions, setoffs, or recoupments to which US BTC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments US BTC expressly reserves.

DATED:  November 10, 2002

Respectfully submitted,

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron Guerrero*
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(713) 335-4991 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark *(Pro Hac Vice Pending)*
Andrew M. Carty *(Pro Hac Vice Pending)*
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email:  rstark@brownrudnick.com
          acarty@brownrudnick.com

**COUNSEL FOR U.S. DATA GROUP, INC. (D/B/A U.S. BITCOIN CORP.)**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court, which will serve all parties who have appeared in this matter via the Court's CM/ECF system.

                                      */s/ Aaron Guerrero*
                                      Aaron Guerrero