United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 11, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | COMPUTE NORTH HOLDINGS, INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew M. Carty<br>Brown Rudnick LLP<br>Seven Time Square<br>New York, NY  10036<br>(212) 209-4800<br>New York 5125778 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/10/2022 | Signed: | /s/ Andrew M. Carty |
|---|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

**Order**    This lawyer is admitted *pro hac vice*.

Signed: November 11, 2022

Marvin Isgur
United States Bankruptcy Judge