United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 11, 2022
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | | In Re: COMPUTE NORTH HOLDINGS, INC., et al. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert J. Stark<br>Brown Rudnick LLP<br>Seven Time Square<br>New York, NY  10036<br>(212) 209-4800<br>New York 2739035 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 11/10/2022 | Signed: | /s/ Robert J. Stark |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: | Clerk's signature: |

**Order**                    **This lawyer is admitted *pro hac vice*.**

Signed: November 11, 2022

_____
Marvin Isgur
United States Bankruptcy Judge