# EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** ||
| Main Case No: 22-90273 | Name of Debtor: Compute North Holdings, Inc. |
| Adversary No: | Style of Adversary: |
| | |
| | Judge: Marvin Isgur |
| | Courtroom Deputy: |
| | Hearing Date: November 16, 2022 |
| | Hearing Time: 9:00 a.m. |
| | Party's Name: Nebraska Public Power District |
| | Attorney's Name: Michael J. Whaley |
| | Attorney's Phone: (402) 397-1700 |
| | Nature of Proceeding: Objection to Debtors' Assumption and Assignment of Contracts and Cure Amount in Connection with Proposed Sale |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Amendment No. 1 to Agreement for EDR Electric Service Among Compute North NE05, LLC and Southern Public Power District and Nebraska Public Power District | | | | |
| 2 | Restated and Amended Agreement for EDR Electric Service Between CN Minden, LLC and Southern Public Power District and Nebraska Public Power District dated 2/11/22 | | | | |
| 3 | Letter from Andrew Marino to Nebraska Public Power and Southern Public Power District dated November 9, 2022 | | | | |
| 4 | Agreement for EDR Electric Service Between Compute North NE05, LLC and Southern Public Power District and Nebraska Public Power District dated 10//1/21 | | | | |
| 5 | Transmission Facilities Construction Agreement at NPPD's Minden Substation dated 2/17/22 | | | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Exhibit List has been served on all parties entitled to service via this Court's electronic filing system via email on November 11, 2022.

Compute North Holdings, Inc.
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Mining LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Corpus Christi LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Pledgor LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Atoka LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Big Spring LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 553344

CN Colorado Bend LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Developments LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN Equipment LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

CN King Mountain LLC
7575 Corporate Way
Eden Prairie, MN 55344

CN Minden LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North Member LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North NC08 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North NY09 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North SD, LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North Texas LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North TX06 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

Compute North TX10 LLC
*Debtor*
7575 Corporate Way
Eden Prairie, MN 55344

James Tillman Grogan, III
*Attorneys for Debtors*
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002

Luc Despins
Sayan Bhattacharyya
Daniel Ginsberg
*Attorneys for Debtors*
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
danielginsberg@paulhastings.com

Matthew Micheli
Michael Jones
*Attorneys for Debtors*
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
mattmicheli@paulhastings.com
michaeljones@paulhastings.com

Charles R Gibbs
*Attorneys for Official Committee of Unsecured Creditors*
*of Compute North Holdings, Inc., et al.*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood St., Suite 1900
Dallas, TX 75201
crgibbs@mwe.com

Kristin K Going
Darren Azman
Stacy A. Lutkus
Natalie Rowles
*Attorneys for the Official Committee of Unsecured Creditors*
*of Compute North Holdings, Inc., et al.*
One Vanderbilt Avenue
New York, NY 10017
kgoing@mwe.com
dazman@mwe.com
salutkus@mwe.com
nrowles@mwe.com

Jayson B. Ruff
Jana Smith Whitworth
*Attorneys for the U.S. Trustee*
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002
Jayson.B.Ruff@usdoj.gov
Jana.Whitworth@usdoj.gov

                                      /s/ Blake Rasner
                                      Blake Rasner