UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | § | CASE NO. 22-90273(MI) |
| | § | (Chapter 11) |
| DEBTORS. | § | (Jointly Administered) |
| | § | |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOUR ARE HEREBY NOTIFIED that the continued meeting of creditors scheduled for November 14, 2022 has been further continued to **November 17, 2022, at 12:00 p.m.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - **#**.

Dated: November 14, 2022

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:  /s/ Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
MI State Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext. 252
(713) 718-4670 Fax
Jayson.B.Ruff@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.