```
                    UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF TEXAS (HOUSTON)

                                      .
IN RE:                                .   Case No. 22-90273
                                      .   Chapter 11
COMPUTE NORTH HOLDINGS, INC.,         .
                                      .   515 Rusk Street
                                      .   Houston, TX 77002
              Debtor.                 .
                                      .   Tuesday, November 1, 2022
. . . . . . . . . . . . . . . . . .   .   8:00 a.m.


       TRANSCRIPT OF STIPULATION BY COMPUTE NORTH HOLDINGS, INC.
             AND STIPULATION AND AGREED ORDER BY AND AMONG
    COMPUTE NORTH LLC, COMPUTE NORTH NE05 LLC, NC WOLF HOLLOW LLC,
        AND GENERATE LENDING, LLC CONCERNING CERTAIN PROJECT
                      MANAGEMENT AGREEMENTS [246]
                  BEFORE THE HONORABLE MARVIN ISGUR
                  UNITED STATES BANKRUPTCY COURT JUDGE


TELEPHONIC APPEARANCES:
                            Paul Hastings LLP
For the Debtors:            By:  JAMES TILLMAN GROGAN, III, ESQ.
                            600 Travis Street, 58th Floor
                            Houston, TX 77002
                            (713) 860-7300

                            Paul Hastings LLP
                            By:  MATTHEW MICHELI, ESQ.
                            71 South Wacker Drive, Suite 4500
                            Chicago, IL 60606
                            (312) 499-6118

TELEPHONIC APPEARANCES CONTINUED.

Audio Operator:             Courtroom ECRO Personnel

Transcription Company:      Access Transcripts, LLC
                            10110 Youngwood Lane
                            Fishers, IN 46048
                            (855) 873-2223
                            www.accesstranscripts.com


     Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

Case 22-90273   Document 474   Filed in TXSB on 11/14/22   Page 2 of 7

2

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For Marathon Digital Holdings, Inc.: | Weil Gotshal & Manges LLP<br>By:  ROBERT S. BEREZIN, ESQ.<br>      ALEXANDER PAUL COHEN, ESQ.<br>      JESSICA LIOU, ESQ.<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000 |
| For the Official Committee of Unsecured Creditors: | McDermott, Will & Emery<br>By:  CHARLES R. GIBBS, ESQ.<br>Texas Tower<br>845 Texas Avenue, Suite 4000<br>Houston, TX 77002-1656<br>(713) 653-1707 |
| | McDermott, Will & Emery<br>By:  KRISTIN K. GOING, ESQ.<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5429 |
| For CN Borrower LLC: | ArentFox Schiff LLP<br>By:  JEFFREY R. GLEIT, ESQ.<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 10019<br>(212) 457-5427 |
| For Foundry Digital LLC: | Milbank LLP<br>By:  EDWARD LINDEN, ESQ.<br>      ERIC STODOLA, ESQ.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>(212) 530-5226 |
| For the United States Trustee: | Office of the United States Trustee<br>By:  JAYSON B. RUFF, ESQ.<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>(713) 718-4650 |
| For TZ Capital Holdings, LLC: | Haynes and Boone LLP<br>By:  DAVID TRAUSCH, ESQ.<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010<br>(713) 547-2248 |

1          (Proceedings commence at 8:00 a.m.)

2          THE COURT:  All right, good morning.  This is the
3  continued hearing in the Compute North case, 22-90273.
4  Appearances have been made electronically.
5          Mr. Micheli, tell me where we are.  I did have a
6  chance to review the proposed order that you filed.
7          MR. MICHELI:  Yes.  Thank you, Your Honor.  For the
8  record, Matt Micheli of Paul Hastings on behalf of Compute
9  North Holdings and its affiliated debtors.
10         At Your Honor's direction, yesterday evening, we met
11 with the objecting parties that we heard from in court
12 yesterday.  The parties spent time on a call together, working
13 through language.  We've circulated a revised draft of that
14 language to the parties, and I believe everyone has signed off
15 on that.  It's a fully consensual order, from our perspective.
16 We filed the amended order at Docket Number 351 late last night
17 or early this morning with a clean version of the order, as
18 well as an interim redline to the version that was filed
19 yesterday at Docket Number 350, and a cumulative version to the
20 order that was filed at the end of last week at Docket Number
21 332.
22         With that, Your Honor, we believe that that resolves
23 the issues that were raised at the hearing yesterday.  Happy to
24 walk you through those changes to the order and answer any
25 questions the Court may have.

1          THE COURT: Thank you.

2          Mr. Grogan, did you want to make an appearance? You'd pressed "five star".

4          MR. GROGAN: Oh, thank you, Your Honor. James Grogan, for the record. Mr. Micheli ably handled our opening, so I don't need to say anything further.

7          THE COURT: Thank you.

8          I've had a chance to review the order. The Court is not going to raise any objections to the order. Does any party have any objections to the order that is found at 358? If so, please press "five star" on your line, and we'll listen to any objections. And if there are no objections, I'm going to go ahead and sign that order. I need an attachment to it, I think, but the order is, I believe, ready to sign if there aren't any more objections. So if you have any objections, please press "five star." Otherwise, I will find that the order satisfies all of the objections that have been filed in writing and all that were made orally at the hearing.

19         All right. That is my finding, is that the debtor has demonstrated through the evidence of the case that we should approve the proposed sale, that the debtor has overcome all objections, either directly or by amending the order in order to resolve them. In large part, what's going to happen is if there are some contracts that are proposed to be assumed and assigned, we'll take a fresh start on those assumptions and

1  assignments and see where we go once they get notified out and
2  people have a chance to object to them.  That's largely what
3  the changes in the order do, and I think those were all
4  appropriate.
5          So, Mr. Micheli, I've got the order, and it says to
6  it, Exhibit A is the purchase and sale agreement.  Do you want
7  me to figure out which purchase and sale agreement?  Tell me
8  how you want to handle this because if I've already got it, I
9  can combine the files here and we'll get this order out right
10 now.  But if I need to get you to upload something else, we can
11 do it that way.
12         MR. MICHELI:  No, I have the version of the purchase
13 and sale agreement, Your Honor, if it's easiest to do that,
14 which the -- giving the docket number here -- it should be --
15 it should appear at Docket 347, and the clean version of that
16 is 347 at the Exhibit A, which starts on Page 5 of 116.
17         THE COURT:  Okay.  Hold on a minute.  I'm -- I need
18 to get in a workable order so they workable fashion.  I'll just
19 do all this on the screen so that parties can be sure I do it
20 right, and you'll see me fooling around with the PDF files.
21         MR. MICHELI:  Thank you, Your Honor.
22         THE COURT:  And you beat your deadline by three hours
23 and 45 minutes, Mr. Micheli, so --
24         MR. MICHELI:  Well, Your Honor, thanks to all the
25 parties who worked with us to get this done on short time.

1        THE COURT: I want to be sure what I'm looking at
2   here. If I delete starting with this page, I will then have a
3   full copy of the purchase and sale agreement. Is that -- am I
4   reading that right?
5        MR. MICHELI: That's correct, Your Honor.
6        THE COURT: Okay. So this is the order to which
7   there are no objections, and I think there are no blanks.
8        So I have a signed order, and immediately following
9   that is the purchase and sale agreement. I believe that is the
10  complete document that I need to sign. I just want to be sure
11  that everyone is in agreement with that. Does any party
12  believe that I'm about to sign anything that is objectionable?
13       All right. I will send that to docketing. I
14  appreciate all the hard work. Unless somebody has something
15  else, we're going to recess till our nine o'clock docket.
16  Thank you everyone.
17       MR. MICHELI: Thank you, Your Honor.
18       THE COURT: Thank you all. Bye-bye.
19       UNIDENTIFIED: Thank you.
20    (Proceedings concluded at 8:09 a.m.)
21                * * * * *
22
23
24
25

**C E R T I F I C A T I O N**

I, Alicia Jarrett, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____

ALICIA JARRETT, AAERT NO. 428      DATE: November 14, 2022

ACCESS TRANSCRIPTS, LLC