UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 91, 256** |

**NOTICE OF PROPOSED
ORDER (I) APPROVING THE
SALE OF CERTAIN CONTAINER ASSETS
FREE AND CLEAR OF ALL LIENS, CLAIMS, AND
ENCUMBRANCES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. On September 26, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 91] (the "Sale Motion")[2] seeking, among other things, approval of the sale of all or substantially all or any subset of the Debtors' assets.

2. On October 24, 2022, the Court entered an order [Docket No. 256] (the "Bidding Procedures Order") approving certain bidding procedures in connection with the proposed sale of the Debtors' assets pursuant to the Sale Motion.

3. Contemporaneously herewith, the Debtors have filed the *Notice of Successful Bidder for Certain Container Assets*, notifying parties in interest that, pursuant to the Bidding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

Procedures Order, the Debtors have designated Crusoe Energy Systems, LLC (the "Purchaser") as the Successful Bidder for the 11 specific modular data center containers (the "Purchased Containers").

4. The Debtors hereby file a proposed form of order, attached hereto as **Exhibit A**, approving the sale of the Purchased Containers to the Purchaser.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 14, 2022
Houston, Texas

/s/   *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
   sayanbhattacharyya@paulhastings.com
   danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
   michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*