**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 91, 191, & 256** |

**NOTICE OF CONTINUATION OF SALE HEARING**
**EXCEPT WITH RESPECT TO THE SALE OF CERTAIN CONTAINER ASSETS**

**PLEASE TAKE NOTICE** that on September 22, 2022, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on October 24, 2022, the Court entered an order [Docket No. 256] (the "Bidding Procedures Order") that, among other things, established November 7, 2022 at 9:00 a.m. (prevailing Central Time) as the date for a hearing on one or more sales of the Debtors' assets (as the same may be rescheduled by the Debtors in accordance with the Bidding Procedures Order, the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2022, the Debtors filed a notice [Docket No. 414] advising parties in interest that the Sale Hearing was rescheduled to November 16, 2022 at 9:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on November 14, 2022, the Debtors filed (i) that certain *Notice of Successful Bidder for Certain Container Assets* [Docket No. 477], designating Crusoe Energy Systems, LLC ("Crusoe") as the successful bidder for 11 specific modular data center containers (the "Purchased Containers") and (ii) a proposed form of order [Docket No. 478] (the "Containers Sale Order") approving the sale of the Purchased Containers to Crusoe (the "Containers Sale"). The Debtors shall seek approval of the Containers Sale and the entry of the Containers Sale Order at the Sale Hearing currently scheduled to take place on November 16, 2022 at 9:00 a.m. (prevailing Central Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that, with the approval of the Court, all other pending matters related to the sale of the Debtors' assets (other than the Containers Sale) have been adjourned to **November 22, 2022 at 2:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order and all other documents filed in these chapter 11 cases are available (a) free of charge by accessing the website maintained by the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/computenorthholdings/info or (b) for a fee by accessing the PACER system on the Court's website at https://ecf.txs.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 15, 2022
      Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on November 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                       */s/ James T. Grogan III*
                                         James T. Grogan III