IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | § § § | Case No. 22-90273 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**CREDITOR RK MISSION CRITICAL LLC'S WITNESS
AND EXHIBIT LIST FOR HEARING ON NOVEMBER 16, 2022**

Creditor RK Mission Critical LLC, a Colorado limited liability company ("**RKMC**"), respectfully submits this witness and exhibit list ("**List**") for the Hearing scheduled on November 16, 2022, at 9:00 a.m. prevailing Central Time regarding ECF No. 477.

## WITNESS LIST

RKMC may call all of the following witnesses at the Hearing:

1. Celestina Jimenez, Vice President and General Counsel for RK Industries;

2. Any witnesses called or designated by Compute North LLC and its debtor affiliates (collectively, the "Debtors") or any other party; and

3. Any witness necessary to rebut testimony of a witness called or designated by the Debtors or any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1. | RKMC Purchase Order Terms and Conditions | | | | Nov. 2020 |
| 2. | UCC Financing Statement | | | | 07.26.2022 |
| 3. | Letter Agreement and UCC-3 amendment with Exhibit A list of secured Containers | | | | 07.29.2022 |
| 4. | Any exhibit designated or used by the Debtors or any other party. | | | | |
| 5. | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party | | | | |

RKMC reserves the right to amend or supplement this List at any time prior to or during the Hearing.

Respectfully submitted,

**BERG HILL GREENLEAF RUSCITTI LLP**

*/s/ Patrick M. Haines*
Patrick M. Haines
Colorado Bar No. 38970
1712 Pearl Street
Boulder, CO  80302
Telephone: (303) 402-1600
Facsimile: (303) 402-1601
Email: pmh@bhgrlaw.com

*Counsel to Creditor RK Mission Critical LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on November 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Patrick M. Haines*
                                                  Patrick M. Haines