# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, November 16, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Jayson | Ruff | US DOJ | US Trustee |
| Alan | Saweris | Hoffman & Saweris, p.c. | Veribi LLC |
| David | Trausch | Haynes and Boone, LLP | TZ Capital Holdings, LLC |