United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 11, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | COMPUTE NORTH HOLDINGS, INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew M. Carty<br>Brown Rudnick LLP<br>Seven Time Square<br>New York, NY  10036<br>(212) 209-4800<br>New York 5125778 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   11/10/2022 | Signed: | /s/ Andrew M. Carty |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

This lawyer is admitted *pro hac vice*.

Signed: November 11, 2022

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 22-90273-mi
Compute North Holdings, Inc. Chapter 11
CN Mining LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 6
Date Rcvd: Nov 14, 2022      Form ID: pdf002      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CN Atoka LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Big Spring LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Colorado Bend LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Corpus Christi LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Developments LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Equipment LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN King Mountain LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Minden LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Mining LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Pledgor LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Holdings, Inc., 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Member LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NC08 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NY09 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North SD, LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX06 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX10 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Texas LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| aty | + | G Frank Nason, IV, 6000 Lake Forrest Drive, N.W. Suite 435, Atlanta, GA 30328-3896 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf002 | Total Noticed: 39 |
| TOTAL: 39 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bootstrap Energy LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |

TOTAL: 32 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| A.J. Webb | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com |
| Branch Masterson Sheppard | on behalf of Interested Party KONZA MINING FUND I LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com |
| Brandon Renken | on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com |
| Charles Stephen Kelley | on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Craig E Power | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com |
| Gregory Donald Ellis | on behalf of Interested Party Marathon Digital Holdings Inc. emiller@lcenlaw.com |
| J Michael Sutherland | on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com |
| Jake Gordon | on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North TX10 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor CN Equipment LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North LLC jamesgrogan@paulhastings.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf002 | Total Noticed: 39 |

James Tillman Grogan, III
    on behalf of Debtor Compute North NC08 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North NY09 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Big Spring LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Developments LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North Texas LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Mining LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Atoka LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN King Mountain LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North SD  LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Minden LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North Member LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor CN Colorado Bend LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Compute North TX06 LLC jamesgrogan@paulhastings.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jarrod B. Martin
    on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com
    Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jason S Brookner
    on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

John Willard
    on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com

John David Cornwell
    on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com

Joseph William Buoni
    on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kenneth P. Green
    on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin M. Capuzzi
    on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Laura J Monroe
    on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner
    on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com

Lori Ann Hood

| | |
|---|---|
| | on behalf of Interested Party Mayer LLP lhood@mayerllp.com wdaniels@mayerllp.com |
| Lori Ann Hood | |
| | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com wdaniels@mayerllp.com |
| Maegan Quejada | |
| | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | |
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Corpus Christi Energy Park LLC markcastillo@ccsb.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com |
| Matthew Hoffman | |
| | on behalf of Creditor Veribi LLC mhecf@aol.com |
| Matthew Lee Brod | |
| | on behalf of Creditor Mercuria Energy America LLC mbrod@milbank.com, adebold@milbank.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew W Silverman | |
| | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Matthew W Silverman | |
| | on behalf of Creditor Decimal Digital Currency I LLC msilverman@pryorcashman.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder SPV I LLC mkippes@polsinelli.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder Opportunity LP mkippes@polsinelli.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder BTC Holdings LLC mkippes@polsinelli.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Digital Alchemy LLC mkippes@polsinelli.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party GH Effect Inc. mkippes@polsinelli.com |
| Patricia Baron Tomasco | |
| | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com |
| Patrick M Haines | |
| | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | |
| | on behalf of Creditor Generate Lending LLC pguffy@huntonak.com |
| Ralph McDowell | |
| | on behalf of Creditor Freudenberg Filtration Technologies L.P. rmcdowell@bodmanlaw.com |
| Robert Coleman Rowe | |
| | on behalf of Creditor Corpus Christi Energy Park LLC rrowe@ccsb.com, lsparks@ccsb.com |
| Robert Coleman Rowe | |
| | on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com lsparks@ccsb.com |
| Scott A. Stichter | |
| | on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com |
| Stephen Matthew Pezanosky | |
| | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com |
| Stephen Wayne Sather | |
| | on behalf of Creditor TeslaWatt ssather@bn-lawyers.com plevine@bn-lawyers.com |
| T. Josh Judd | |

| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf002 | Total Noticed: 39 |

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com sray@andrewsmyers.com

    on behalf of Creditor Decimal Digital Currency I LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 81