IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 465** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2022, I caused to be served the "Notice of First Monthly Fee Statement of Paul Hastings LLP, Counsel to the Debtors and Debtors in Possession, for the Period From September 22, 2022 Through September 30, 2022," dated November 10, 2022 [Docket No. 465], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
11th day of November, 2022
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**EXHIBIT A**

COMPUTE NORTH HOLDINGS, INC., *et al*.
Case No. 22-90273 (MI)
Fee App Email Parties

| Name | Email |
|---|---|
| Compute North Holdings Inc. | jason.stokes@computenorth.com; barry.coulby@computenorth.com |
| Office of US Trustee | jason.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Counsel to Committee | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |