**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | Case No. 22-90273 (MI) |
| **COMPUTE NORTH HOLDINGS, INC.,** *et. al.*,[1] | **CHAPTER 11** (Jointly Administered) |
| Debtors. | Re: EFC No. 256 |

**NEBRASKA PUBLIC POWER DISTRICT'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 22, 2022**

Creditor Nebraska Public Power District ("NPPD") respectfully submits the witness and exhibit list ("List") for the Hearing scheduled on November 22, 2022 at 2:00 p.m., Central Time regarding ECF No. 256.

## WITNESS LIST

NPPD may call all of the following witnesses at the Hearing:

1. Mr. Art Wiese, Vice President, Nebraska Public Power District

2. Any witnesses called or designated by Compute North Holdings, Inc., and its Debtor affiliates (collectively, the "Debtors") or any other party; and

3. Any witness necessary to rebut testimony of a witness called or designated by the Debtors or any other party.

Dated this 17th day of November, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner
    Blake Rasner
    *Attorney for Nebraska Public Power District*
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76712
    Telephone: (254) 776-3336
    Fax No. (254) 776-6823
    Bar Card No. 16555700
    Email: brasner@haleyolson.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Witness List has been served on all parties entitled to service via this Court's electronic filing system and via email on November 17, 2022.

/s/ Blake Rasner
Blake Rasner

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1 | Transmission Facilities Construction Agreement at NPPD's Minden Station dated February 17, 2022 | | | | |
| 2 | Agreement for EDR Electric Service Between Compute North NE05, LLC and Southern Public Power District and Nebraska Public Power District dated October 1, 2021 | | | | |
| 3 | Restated and Amended Agreement for EDR Electric Service Between CN Minden, LLC and Southern Public Power District and Nebraska Public Power District dated February 11, 2022 | | | | |
| 4 | Amendment No. 1 to Agreement for EDR Electric Service Among Compute North NE05, LLC and Southern Public Power District and Nebraska Public Power District | | | | |
| 5. | Letter from Andrew Marino to Nebraska Public Power District and Southern Public Power District dated November 9, 2022 | | | | |

NPPD reserves the right to amend or supplement this List at any time prior to or during the hearing.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner
    Blake Rasner
    *Attorney for Nebraska Public Power District*
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76712
    Telephone: (254) 776-3336
    Fax No. (254) 776-6823
    Bar Card No. 16555700
    Email: brasner@haleyolson.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Exhibit List has been served on all parties entitled to service via this Court's electronic filing system and via email on November 17, 2022.

/s/ Blake Rasner
Blake Rasner

4870-5354-3743, v. 1