United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Peter J. Amend<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>NY 4898078 |
|---|---|

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated:  Signed: /s/ Peter J. Amend |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:  Signed: _____
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: November 22, 2022

_____
Marvin Isgur
United States Bankruptcy Judge