United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al | |

This lawyer, who is admitted to the State Bar of ____New York____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Kristine G. Manoukian<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>NY 4615464 |
|---|---|

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated:   Signed: /s/ Kristine G. Manoukian |

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Signed: November 22, 2022

_____
Marvin Isgur
United States Bankruptcy Judge