| | |
|---|---|
| CASE NAME: | Compute North Holdings, Inc., et al. |
| CASE NUMBER: | 22-90273 (MI) |
| PETITION DATE: | September 22, 2022 |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On September 22, 2022 (as applicable to each Debtor, the "Petition Date"), Compute North Holdings, Inc. and certain of its affiliated debtors, as debtors (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the District of Southern District of Texas (the "Bankruptcy Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 23, 2022 the Bankruptcy Court entered orders authorizing the joint administration of these cases pursuant to Rule 1015(b) [Docket No. 43] of the Federal Rules of Bankruptcy Procedure. On October 6, 2022, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to Bankruptcy Code section 1102(a)(1) [Docket No. 139]. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

1) General Methodology: The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements of the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied on by any persons for information relating to current or future financial condition, events or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete. The MOR may be subject to material future revision. The following notes, statements and limitations should be referred to, and referenced in connection with, any review of the MOR.

2) Basis of Presentation: For financial reporting purposes, the Debtors prepare consolidated financial statements and have done so since conception, which include information for Compute North Holdings, Inc. and its debtor subsidiaries. This MOR only contains financial information of the Debtors, unless otherwise noted. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the Debtors have been prepared with the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity. The information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. The MOR has been developed to the best of the Debtor's knowledge and ability. Notwithstanding any such discovery, new information or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. Except as previously noted, the financial statements presented herein reflect the book values of the Debtors and, as a result, do not reflect the going concern valuation of the Debtors. The Company is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Company based on this financial information or any other information.

3) Reporting Period: Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4) Accuracy: The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5) Payment of Prepetition Claims Pursuant to First Day Orders: On September 22, 2022 the Bankruptcy Court entered various orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) employee wages, salaries, and related items, (b) insurance and surety obligations, (c) vendor claims, (d) taxes and assessments, and (e) continue use of their cash management system. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6) Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of prepetition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or plan of liquidation. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or plan of liquidation. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under the Financial Accounting Standards Board's Accounting Standards Codification 852 – Reorganizations ("ASC 852") are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, payment of such amounts subject to First Day Orders or other events. The consolidated total of secured, priority, and general unsecured claims reported in the Schedules of Assets and Liabilities ("SOAL") may vary materially compared to the presented LSTC as the Debtors continue the claims reconciliation process. In addition, certain unliquidated claims were listed with no claim balance in the SOAL while the Debtors report them as pre-petition liabilities for reporting purposes, which increases the total LSTC balance.

7) Reorganization Items: ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items primarily include write-off of certain original issue premiums and debt issuance costs relating to debt obligations classified as LSTC, expenses related to legal advisory and representation services, other professional consulting and advisory services and changes in LSTC recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings.

8) Consolidated Entity Accounts Payable and Disbursement Systems: As described in the Motion Regarding Chapter 11 First Day Motions Debtors Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 19] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "Cash Management System"). The Debtors maintain a consolidated disbursements system to pay the majority of operating and administrative expenses through centralized disbursement accounts. Several Debtors maintain bank accounts for specific sites operated for collection. For the purposes of reporting, restructuring professional and ordinary course professional ("OCP") fees are reported on a consolidated basis within Compute North LLC schedules.

9) Intercompany Transactions and Balance: Prior to the Petition Date, the Debtors routinely engaged (and continue to engage) in intercompany transactions with debtor affiliates. The Debtors typically report financials on a consolidated basis and operate as a single entity. Intercompany transactions are recorded each instance where assets are moved from one entity to the other, and a corresponding intercompany payable credit is entered. The Debtors' do not report intercompany balances on the consolidated level as the transactions create net balances.

10) Cash Balance: The Debtors regularly sweep cash into the master cash account through the Compute North LLC Debtor entity. Disbursements for expenses are made by the individual Debtor bank accounts for various entities and are reimbursed by the master Debtor bank account. For presentation purposes, all receipts are shown at the Compute North LLC entity while disbursements are shown relating to the specific Debtor entity that the expense relates to. This presentation can cause discrepancies between the book and bank beginning and ending cash balances at the Debtor entity level. The cash balance should be viewed on a consolidated basis. In addition, for certain Debtor entities, the beginning cash number is reported differently than in previous periods to account for inter-Debtor transactions between Debtor bank accounts and ending in the correct ending balance by entity. The Compute North LLC beginning cash balance is approximately $115k higher in October 2022 for the disbursement of the Utilities Adequate Assurance deposit on October 7, 2022. The utilities deposit remains in possession of a new Compute North LLC bank account and is reported as part of Compute North LLC ending cash. Any additional variances to beginning cash are immaterial due to cash in-transit between Debtor zero-balance accounts and the master bank account.

11) Depreciation and Amortization: The Debtors report non-corporate depreciation at all sites in cost of goods sold for various entities. Due to this standard reporting some capital asset schedules will show more depreciation than is reported in the Debtor-level depreciation expense line.

12) General and Administrative and Other Expenses: The Debtors present general and administrative expenses net of accrual and other accounting-based adjustments. Such general and administrative accruals and other accounting-based adjustments include stock based compensation and other compensation-related accrual adjustments. The Debtors present other expenses net of other income items, which may cause the expense to be negative if other income items exceed other expenses. These other income items are not considered gross revenues as they do not result from the Debtors operations. Such other income items are inclusive of transition service agreement ("TSA") fees, credit card cash back redemption, etc.

13) Net Book Value of Assets: It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets and, in certain circumstances, estate assets are contemplated to be marketed for sale. For these reasons, the Debtors have indicated in the MOR the values of certain assets and liabilities are undetermined or unknown. Accordingly, unless otherwise indicated, net book values as of September 22, 2022 as applicable, are reflected on the MOR. Market values may, at times materially, vary from net book values. The Debtors reserve all rights related to the net book values reflected in the MOR.

14) Reservation of Rights: The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Texas

In Re. CN Developments LLC

§
§
§
§

Debtor(s)

Case No.   22-90277

Lead Case No.   22-90273

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2022

Petition Date: 09/22/2022

Months Pending: 1

Industry Classification:  | 5 | 1 | 8 | 2 |

Reporting Method:           Accrual Basis  ⦿           Cash Basis  ◯

Debtor's Full-Time Employees (current):                                    0

Debtor's Full-Time Employees (as of date of order for relief):     0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☒  Postpetition liabilities aging
☒  Statement of capital assets
☒  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Harold Coulby

Signature of Responsible Party

11/23/2022

Date

Harold Coulby

Printed Name of Responsible Party

7575 Corporate Way, Eden Prairie, MN 55344

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  CN Developments LLC                                   Case No.  22-90277

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $16,466 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $16,466 | $18,466 |
| d.   Cash balance end of month (a+b-c) | $0 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $16,466 | $18,466 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory     (Book ◉   Market ◯   Other ◯   (attach explanation)) | $0 |
| d    Total current assets | $0 |
| e.   Total assets | $54,898,293 |
| f.   Postpetition payables (excluding taxes) | $660,113 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $660,113 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $7,962,496 |
| n.   Total liabilities (debt) (j+k+l+m) | $8,622,609 |
| o.   Ending equity/net worth (e-n) | $46,275,684 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $8,251 | |
| c.   Gross profit (a-b) | $-8,251 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $14,025 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $250 | |
| k.   Profit (loss) | $-22,526 | $-23,526 |

Debtor's Name  CN Developments LLC                                          Case No.  22-90277

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | NA | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  CN Developments LLC                                    Case No.  22-90277

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  CN Developments LLC                                      Case No.  22-90277

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $737 | $737 | $737 | $737 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Miller & Associates Consulting | Other | $737 | $737 | $737 | $737 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  CN Developments LLC                                    Case No.  22-90277

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  CN Developments LLC                                                                    Case No.  22-90277

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  CN Developments LLC                                    Case No.  22-90277

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $737 | $737 | $737 | $737 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)       Yes ○   No ⊙

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)       Yes ○   No ⊙

c. Were any payments made to or on behalf of insiders?       Yes ○   No ⊙

d. Are you current on postpetition tax return filings?       Yes ⊙   No ○

e. Are you current on postpetition estimated tax payments?       Yes ⊙   No ○

f. Were all trust fund taxes remitted on a current basis?       Yes ⊙   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)       Yes ○   No ⊙

h. Were all payments made to or on behalf of professionals approved by the court?       Yes ○   No ○   N/A ○

i. Do you have:       Worker's compensation insurance?       Yes ⊙   No ○

   If yes, are your premiums current?       Yes ⊙   No ○   N/A ○   (if no, see Instructions)

   Casualty/property insurance?       Yes ⊙   No ○

   If yes, are your premiums current?       Yes ⊙   No ○   N/A ○   (if no, see Instructions)

   General liability insurance?       Yes ⊙   No ○

   If yes, are your premiums current?       Yes ⊙   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?       Yes ○   No ⊙

k. Has a disclosure statement been filed with the court?       Yes ○   No ⊙

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ⊙   No ○

Debtor's Name  CN Developments LLC                                                                                          Case No.  22-90277

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪   N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Harold Coulby                                                              Harold Coulby
_____                    _____
Signature of Responsible Party                                      Printed Name of Responsible Party

Chief Financial Officer                                                     11/23/2022
_____                    _____
Title                                                                                    Date

Debtor's Name  CN Developments LLC                                          Case No.  22-90277



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name CN Developments LLC                                    Case No.  22-90277



Bankruptcy1to50

Bankruptcy51to100

NonBankrupcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  CN Developments LLC                                    Case No.  22-90277



PageThree



PageFour

*Debtors*
*Statements of Cash Receipts and Disbursements*
*$ Actual*

| | Compute North Holdings, Inc. | Compute North LLC | CN Corpus Christi LLC | CN Atoka LLC | CN Big Spring LLC | CN Colorado Bend LLC | CN Developments LLC | CN Equipment LLC | CN King Mountain LLC | CN Minden LLC | CN Mining LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 |
| *Operating Receipts* | | | | | | | | | | | |
| CN Mining Receipts | $ - | $ 1,167,921 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Project Colocation & Services Receipts | - | 1,047,223 | - | - | - | - | - | - | - | - | - |
| Project Curtailment Receipts | - | 105,100 | - | - | - | - | - | - | - | - | - |
| PMA Fee Income Receipts | - | 891,769 | - | - | - | - | - | - | - | - | - |
| Expense Reimbursement | - | 930,580 | - | - | - | - | - | - | - | - | - |
| Total | $ - | $ 4,142,592 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Operating Disbursements* | | | | | | | | | | | |
| Payroll & Benefits | $ - | $ 1,381,840 | $ - | $ - | $ - | $ - | $ 3,000 | $ - | $ - | $ - | - |
| Ordinary Course Professionals | - | 410 | - | - | - | - | 737 | - | - | - | - |
| Leases & Utilities | - | 40,756 | - | - | - | - | - | - | - | - | - |
| Insurance | - | 145,608 | - | - | - | - | - | - | - | - | - |
| Sales & Marketing | - | - | - | - | - | - | - | - | - | - | - |
| Recruiting Fees | - | - | - | - | - | - | - | - | - | - | - |
| Business Travel | - | 13,509 | - | - | - | - | - | - | - | - | - |
| IT | - | 6,227 | - | - | - | - | 25 | - | - | - | - |
| Taxes | - | 57,732 | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | 7,862 | - | - | - | - | - | - | - | - | - |
| Project Specific Energy Costs | - | - | - | - | - | - | - | - | - | - | - |
| Other Project Expenses | - | 40,493 | - | - | - | - | 12,000 | - | - | - | - |
| CN Mining Hosting Fees | - | - | - | - | - | - | - | - | - | - | 155,358 |
| Total | $ - | $ 1,694,438 | $ - | $ - | $ - | $ - | $ 15,762 | $ - | $ - | $ - | $ 155,358 |
| *Non-Operating Receipts* | | | | | | | | | | | |
| Gross Receipts from Asset Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Non-Operating Disbursements* | | | | | | | | | | | |
| Freight & Shipping | - | 62,802 | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | 19,699 | - | - | - | - | 704 | - | - | - | - |
| Total | $ - | $ 82,501 | $ - | $ - | $ - | $ - | $ 704 | $ - | $ - | $ - | $ - |
| **Restructuring Costs** | | | | | | | | | | | |
| Debtor Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Debtor Advisors | - | - | - | - | - | - | - | - | - | - | - |
| UCC Counsel & Advisors | - | - | - | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Administrative Relief* | | | | | | | | | | | |
| 503(b)(9) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Utilities Adequate Assurance | - | 114,579 | - | - | - | - | - | - | - | - | - |
| Total | $ - | $ 114,579 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Other Restructuring Costs* | | | | | | | | | | | |
| Filing Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Trustee Fees | - | 3,500 | - | - | - | - | - | - | - | - | - |
| Total | $ - | $ 3,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Restructuring Costs** | $ - | $ 118,079 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total Receipts** | $ - | $ 4,142,592 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Disbursements** | - | (1,895,018) | - | - | - | - | (16,466) | - | - | - | (155,358) |
| **Net Cash Flow** | $ - | $ 2,247,574 | $ - | $ - | $ - | $ - | $ (16,466) | $ - | $ - | $ - | $ (155,358) |

*Debtors*
*Statements of Cash Receipts and Disbursements*
*$ Actual*

| | CN Pledgor LLC | Compute North Member LLC | Compute North NC08 LLC | Compute North NY09 LLC | Compute North SD LLC | Compute North Texas LLC | Compute North TX06 LLC | Compute North TX10 LLC |
|---|---|---|---|---|---|---|---|---|
| Week Ending | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 | 10/31/2022 |
| **Operating Receipts** | | | | | | | | |
| CN Mining Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Project Colocation & Services Receipts | - | - | - | - | - | - | - | - |
| Project Curtailment Receipts | - | - | - | - | - | - | - | - |
| PMA Fee Income Receipts | - | - | - | - | - | - | - | - |
| Expense Reimbursement | - | - | - | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Disbursements** | | | | | | | | |
| Payroll & Benefits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - |
| Leases & Utilities | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - |
| Sales & Marketing | - | - | - | - | - | - | - | - |
| Recruiting Fees | - | - | - | - | - | - | - | - |
| Business Travel | - | - | - | - | - | - | - | - |
| IT | - | - | - | - | - | 57 | - | - |
| Taxes | - | - | - | - | 46,981 | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - |
| Project Specific Energy Costs | - | - | - | - | 49,122 | - | - | - |
| Other Project Expenses | - | - | - | - | 8,043 | 34,115 | - | - |
| CN Mining Hosting Fees | - | - | - | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ 104,146 | $ 34,171 | $ - | $ - |
| **Non-Operating Receipts** | | | | | | | | |
| Gross Receipts from Asset Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Non-Operating Disbursements** | | | | | | | | |
| Freight & Shipping | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | 2,100 | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ 2,100 | $ - | $ - |
| **Restructuring Costs** | | | | | | | | |
| Debtor Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Debtor Advisors | - | - | - | - | - | - | - | - |
| UCC Counsel & Advisors | - | - | - | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Administrative Relief** | | | | | | | | |
| 503(b)(9) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities Adequate Assurance | - | - | - | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Other Restructuring Costs** | | | | | | | | |
| Filing Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee Fees | - | - | - | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Restructuring Costs** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ - | $ - | $ - | $ - | - | - | $ - | $ - |
| **Total Disbursements** | - | - | - | - | (104,146) | (36,271) | - | - |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ (104,146) | $ (36,271) | $ - | $ - |

# CN Developments LLC
## Balance Sheet
### Unaudited

|  |  | For Month Ending<br>October 31, 2022 |
|---|---|---|
| **Assets** |  |  |
|  |  |  |
| *Current assets* |  |  |
| Cash | $ | - |
| Accounts receivable |  | - |
| Intercompany receivable |  | - |
| Inventory |  | - |
| Other current assts |  | - |
| **Total current assets** | $ | - |
|  |  |  |
| Other non-current assts |  | 54,898,293 |
|  |  |  |
| **Total Assets** | $ | **54,898,293** |
|  |  |  |
| **Liabilities and Equity** |  |  |
|  |  |  |
| *Current liabilities - Post-petition* |  |  |
| Trade payables | $ | 660,113 |
| Accrued expenses |  | - |
| Accrued wages |  | - |
| Unsecured deferred revenue |  | - |
| Intercompany payables |  | - |
| **Total current liabilities** | $ | **660,113** |
|  |  |  |
| Total Liabilities Subject to Compromise |  | 7,962,496 |
|  |  |  |
| Long term debt, net |  | - |
| Taxes payable |  | - |
|  |  |  |
| **Total Liabilities** | $ | **8,622,609** |
|  |  |  |
| **Equity** | $ | **46,275,684** |

# CN Developments LLC
## Statement of Operations
### Unaudited

| | Oct 1, 2022 - Oct 30, 2022 |
|---|---:|
| **Net Revenue** | $ - |
| **Cost of goods sold** | 8,251 |
| **Gross profit** | $ (8,251) |
| Gross margin | 0% |
| **Selling, general & administrative** | |
| Selling expenses | $ - |
| General and adminstrative expenses | 14,025 |
| Other expenses, net | - |
| Depreciation and amortization | - |
| **Total Expenses** | $ 14,025 |
| **Income (Loss) from operations** | $ (22,276) |
| Interest expense, net | - |
| **Income (Loss) before income taxes** | $ (22,276) |
| Income tax expense | - |
| **Net income (loss)** | $ (22,276) |
| Reorganization items | 250 |
| **Adj. Net income (loss)** | $ (22,526) |

**CN Developments LLC**
*Postpetition Liabilities Aging*
*$ Actual*

| Liability Category | Current Balance | | Current | | 1 - 30 Days | Over 30 Days | | Over 60 Days | | Over 90 Days | | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll & Benefits | $ | 3,758 | $ | - | $ | 3,758 | $ | - | $ | - | $ | - | $ | - |
| Trades Payable | | 250 | | - | | 250 | | | | - | | - | | - |
| Capital Expenditures | | 656,106 | | - | | - | 656,106 | | | - | | - | | - |
| Accrued Expenses | | - | | - | | - | | - | | - | | - | | - |
| Accrued Wages | | - | | - | | - | | - | | - | | - | | - |
| Unsecured Deferred Reve | | - | | - | | - | | - | | - | | - | | - |
| Intercompany Payables | | - | | - | | - | | - | | - | | - | | - |
| **Total** | **$** | **660,113** | **$** | **-** | **$** | **4,008** | **$** | **656,106** | **$** | **-** | **$** | **-** | **$** | **-** |

**CN Developments LLC**
*Statement of Capitalized Assets*
*$ Actual*

| Type | Capital Asset | Book Value ("BV") at Petition Date | BV at Beginning of Period | Increase / (Decrease) in Value | BV at End of Period |
|------|---------------|-----------------------------------:|--------------------------:|-------------------------------:|--------------------:|
| Machinery & Equipment | USW-PRO-24 Ubiquiti Networks UniFi Managed Switch with SFP+ PRO 24-Port Gigabi | $ 57,642 | $ 57,642 | $ - | $ 57,642 |
| Machinery & Equipment | Transformer - Services - Rent | 12,611 | 12,611 | - | 12,611 |
| Machinery & Equipment | Damaged unit: Transformer S/N:209830 | 47,104 | 47,104 | - | 47,104 |
| Machinery & Equipment | 2000 kVA Transformer | 63,631 | 63,631 | - | 63,631 |
| Machinery & Equipment | 2000 kVA Transformer | 33,889 | 33,889 | - | 33,889 |
| Machinery & Equipment | Transformer Shipping | 11,250 | 11,250 | - | 11,250 |
| Machinery & Equipment | 2000 kVA Transformer | 41,195 | 41,195 | - | 41,195 |
| Machinery & Equipment | 2000 kVA Transformer | 41,195 | 41,195 | - | 41,195 |
| Machinery & Equipment | 2000 kVA Transformer | 41,195 | 41,195 | - | 41,195 |
| Machinery & Equipment | 2000 kVA Transformer | 46,560 | 46,560 | - | 46,560 |
| Machinery & Equipment | 2000 kVA Transformer | 46,560 | 46,560 | - | 46,560 |
| Machinery & Equipment | 2000 kVA Transformer | 46,560 | 46,560 | - | 46,560 |
| Machinery & Equipment | 2000 kVA Transformer | 46,560 | 46,560 | - | 46,560 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 40,850 | 40,850 | - | 40,850 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Transformer | 20,457 | 20,457 | - | 20,457 |
| Other Property | DBIA | 11,782,977 | 11,782,977 | - | 11,782,977 |
| Other Property | MPT - DBIA | 5,490,000 | 5,490,000 | - | 5,490,000 |
| Other Property | Network Gear | 183,449 | 183,449 | - | 183,449 |
| Other Property | Services | 333,372 | 333,372 | - | 333,372 |
| Other Property | Buildout | 2,778,939 | 2,778,939 | - | 2,778,939 |
| Other Property | Escrow | 4,000,000 | 4,000,000 | - | 4,000,000 |
| Machinery & Equipment | Container | 248,865 | 248,865 | - | 248,865 |
| Machinery & Equipment | Container Shipping | 574,450 | 574,450 | - | 574,450 |
| Machinery & Equipment | Transformers Sunbelt PO (55% on 167 transformers @ $76,100/unit) | 6,989,785 | 6,989,785 | - | 6,989,785 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,457 | 20,457 | - | 20,457 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |

**CN Developments LLC**
*Statement of Capitalized Assets*
*$ Actual*

| Type | Capital Asset | Book Value ("BV") at Petition Date | BV at Beginning of Period | Increase / (Decrease) in Value | BV at End of Period |
|---|---|---|---|---|---|
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 20,330 | 20,330 | - | 20,330 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | 2000 kVA Padmount Transformer (WEG) | 19,025 | 19,025 | - | 19,025 |
| Machinery & Equipment | Colorado Bend - Services | 72,808 | 72,808 | - | 72,808 |
| Machinery & Equipment | Colorado Bend - Services | 122,130 | 122,130 | - | 122,130 |
| Machinery & Equipment | Colorado Bend - Site Buildout | 984,004 | 984,004 | - | 984,004 |
| Machinery & Equipment | Colorado Bend - Supplies | 7,405 | 7,405 | - | 7,405 |
| Machinery & Equipment | 2000 kVA Transformer | 50,948 | 50,948 | - | 50,948 |
| Machinery & Equipment | 2000 kVA Transformer | 50,948 | 50,948 | - | 50,948 |
| Machinery & Equipment | 2000 kVA Transformer | 50,948 | 50,948 | - | 50,948 |
| Machinery & Equipment | 2000 kVA Transformer | 50,948 | 50,948 | - | 50,948 |
| Machinery & Equipment | 2000 kVA Transformer | 50,948 | 50,948 | - | 50,948 |
| Other Property | Services | 343,643 | 343,643 | - | 343,643 |
| Other Property | Network Supplies | 71,531 | 71,531 | - | 71,531 |
| Other Property | Network Supplies | 14,645 | 14,645 | - | 14,645 |
| Other Property | Buildout | 54,129 | 54,129 | - | 54,129 |
| Other Property | Minden Land | 65,000 | 65,000 | - | 65,000 |
| Other Property | Electrical | 157,680 | 157,680 | - | 157,680 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 59,396 | 59,396 | - | 59,396 |
| Machinery & Equipment | 35kV Switchgear line-up | 291,184 | 291,184 | - | 291,184 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,500 | 53,500 | - | 53,500 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,500 | 53,500 | - | 53,500 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,500 | 53,500 | - | 53,500 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,500 | 53,500 | - | 53,500 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,500 | 53,500 | - | 53,500 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,763 | 53,763 | - | 53,763 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,763 | 53,763 | - | 53,763 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,763 | 53,763 | - | 53,763 |
| Machinery & Equipment | 2000KVA Padmount Transformer | 53,763 | 53,763 | - | 53,763 |
| Machinery & Equipment | Long Lead/ Partial container PMTs | 16,437,530 | 16,437,530 | - | 16,437,530 |
| **Total** | | **$ 54,898,293** | **$ 54,898,293** | **$ -** | **$ 54,898,293** |

**CN Developments LLC**
*Schedule of Payments to Professionals*
*$ Actual*

**Period from October 1, 2022 to October 31, 2022**

| Professional | Retention Date | Role | Retainer Outstanding | Payments in Period | | | Applied to Retainer in Period | | | Payments Above Retainer in Period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total |
| *Bankruptcy Professionals* | | | | | | | | | | | | |
| Epiq Corporate Restructuring LLC | 9/22/2022 | Claims Agent | $ 18,427 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paul Hastings LLP | 10/3/2022 | Debtor Counsel | 400,000 | - | - | - | - | - | - | - | - | - |
| Portage Point Partners, LLC | 10/3/2022 | Debtor Financial Advisor | 1,574 | - | - | - | - | - | - | - | - | - |
| Jefferies LLC | 10/3/2022 | Debtor Investment Banker | - | - | - | - | - | - | - | - | - | - |
| **Total** | | | $ 420,001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Nonbankruptcy Professionals* | | | | | | | | | | | | |
| NA | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | NA | NA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Ordinary Course Professionals* | | | | | | | | | | | | |
| Norton Rose Fulbright US LLP | 10/3/2022 | Corporate Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Jackson Walker LLP | 10/3/2022 | Site-Level Contract Negotiation Couns | - | - | - | - | - | - | - | - | - | - |
| Madel PA | 10/3/2022 | Litigation Counsel (Ro Shirole matter) | - | - | - | - | - | - | - | - | - | - |
| RSM US LLP | 10/3/2022 | Tax Services; SAGE / ERP Advisory | - | - | - | - | - | - | - | - | - | - |
| Kutak Rock LLP | 10/3/2022 | Site-Level Contract Negotiation Couns | - | - | - | - | - | - | - | - | - | - |
| McDonald Hopkins | 10/3/2022 | Intellectual Property Counsel; Litigatio | - | 410 | - | 410 | - | - | - | - | 410 | - | 410 |
| Growth Operators Advisory Services LL | 10/3/2022 | Accounting Consulting | - | - | - | - | - | - | - | - | - | - |
| Miller & Associates Consulting Engineer | 10/3/2022 | Engineering Consulting at Kearney | - | 737 | - | 737 | - | - | - | - | 737 | - | 737 |
| **Total** | | | $ - | $ 1,148 | $ - | $ 1,148 | $ - | $ - | $ - | $ - | $ 1,148 | $ - | $ 1,148 |

**Period ending October 31, 2022**

| Professional | Retention Date | Role | Retainer Outstanding | Cumulative Payments | | | Cumulative Applied to Retainer | | | Cumulative Payments Above Retainer | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total |
| *Bankruptcy Professionals* | | | | | | | | | | | | |
| Epiq Corporate Restructuring LLC | 9/22/2022 | Claims Agent | $ 18,427 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Paul Hastings LLP | 10/03/2022 | Debtor Counsel | 400,000 | - | - | - | - | - | - | - | - | - |
| Portage Point Partners, LLC | 10/03/2022 | Debtor Financial Advisor | 1,574 | - | - | - | - | - | - | - | - | - |
| Jefferies LLC | 10/03/2022 | Debtor Investment Banker | - | - | - | - | - | - | - | - | - | - |
| **Total** | | | $ 420,001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Nonbankruptcy Professionals* | | | | | | | | | | | | |
| NA | NA | NA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Ordinary Course Professionals* | | | | | | | | | | | | |
| Norton Rose Fulbright US LLP | 10/3/2022 | Corporate Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Jackson Walker LLP | 10/3/2022 | Site-Level Contract Negotiation Couns | - | - | - | - | - | - | - | - | - | - |
| Madel PA | 10/3/2022 | Litigation Counsel (Ro Shirole matter) | - | - | - | - | - | - | - | - | - | - |
| RSM US LLP | 10/3/2022 | Tax Services; SAGE / ERP Advisory | - | - | - | - | - | - | - | - | - | - |
| Kutak Rock LLP | 10/3/2022 | Site-Level Contract Negotiation Couns | - | - | - | - | - | - | - | - | - | - |
| McDonald Hopkins | 10/3/2022 | Intellectual Property Counsel; Litigatio | - | 410 | - | 410 | - | - | - | - | 410 | - | 410 |
| Growth Operators Advisory Services LL | 10/3/2022 | Accounting Consulting | - | - | - | - | - | - | - | - | - | - |
| Miller & Associates Consulting Engineer | 10/3/2022 | Engineering Consulting at Kearney | - | 737 | - | 737 | - | - | - | - | 737 | - | 737 |
| **Total** | | | $ - | $ 1,148 | $ - | $ 1,148 | $ - | $ - | $ - | $ - | $ 1,148 | $ - | $ 1,148 |

# Compute North
# Reconciliation Report
### As Of 10/31/2022
### Account: CN Developments LLC - 5057

| | |
|---|---|
| **Statement Ending Balance** | 0.00 |
| **Deposits in Transit** | 0.00 |
| **Outstanding Checks and Charges** | 0.00 |
| **Adjusted Bank Balance** | 0.00 |
| | |
| **Book Balance** | 0.00 |
| **Adjustments\*** | 0.00 |
| **Adjusted Book Balance** | 0.00 |

| | | | |
|---|---|---|---|
| **Total Checks and Charges Cleared** | 16,485.78 | **Total Deposits Cleared** | 16,485.78 |

## Deposits

| Name | Memo | Date | Doc No | Cleared | In Transit |
|---|---|---|---|---|---|
| General Ledger Entry | Cash Account Switch | 09/01/2022 | | 20.00 | |
| | From bank account ' BMO - 2881 CR' to bank account ' BMO 5057' | 10/06/2022 | | 25.00 | |
| | From bank account ' BMO - 2881 CR' to bank account ' BMO 5057' | 10/11/2022 | | 7,737.15 | |
| | From bank account ' BMO - 2881 CR' to bank account ' BMO 5057' | 10/28/2022 | | 8,703.63 | |
| **Total Deposits** | | | | **16,485.78** | **0.00** |

## Checks and Charges

| Name | Memo | Date | Check No | Cleared | Outstanding |
|---|---|---|---|---|---|
| General Ledger Entry | Cash Account Switch | 09/01/2022 | | 20.00 | |
| General Ledger Entry | Bill.com Stop Payment Fees | 10/06/2022 | | 25.00 | |
| Bootstrap Energy LLC | # 2022-CN-1013 | 10/07/2022 | Wire 10.7.22 | 7,000.00 | |
| Bootstrap Energy LLC | # 2022-CN-1013 | 10/07/2022 | Voided - Wire 10.7.22 | (7,000.00) | |
| Miller & Associates Consulting Engineers, P.C. | | 10/11/2022 | | 737.15 | |
| The Gene Allen Trust | | 10/11/2022 | | 6,000.00 | |
| Jose Leija | | 10/11/2022 | | 1,000.00 | |
| Jose Leija | | 10/28/2022 | | 2,000.00 | |
| Sunbelt Solomon Services, LLC | | 10/28/2022 | | 703.63 | |
| The Gene Allen Trust | Wire 10.28.22 | 10/31/2022 | | 6,000.00 | |
| **Total Checks and Charges** | | | | **16,485.78** | **0.00** |

**BMO** 🔴 **Harris Bank**

A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

```
                                          ACCOUNT NUMBER:              209-505-7

                                                              STATEMENT PERIOD
                                                           10/01/22 TO 10/31/22

                                                          PAGE:        1 OF    2

               CN DEVELOPMENTS LLC
               CH 11 DIP CASE NO 2290273 OPERATING ACCT
               7575 CORPORATE WAY
               EDEN PRAIRIE MN  55344

                                                       ITEMS ENCLOSED          0
```

---

```
CORPORATE CHECKING                              ACCOUNT NUMBER      209-505-7
```

---

```
                              ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS                    .00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
   3 DEPOSITS                          16,465.78
   7 WITHDRAWALS                       16,465.78

YOUR ENDING BALANCE WAS                      .00
YTD INTEREST PAID IS                         .00
YTD INTEREST WITHHELD IS                     .00
```

---

```
                     TRANSACTIONS LISTED BY DATE POSTED

DATE                                          WITHDRAWALS          DEPOSITS
POSTED      TRANSACTION DESCRIPTION          OTHER DEBITS     OTHER CREDITS
OCT 06 ZERO BALANCE TXFR FROM DDA ACCT 0002082881                    25.00
OCT 06 CCD  BILL.COM LLC     BILLING   RNVOGTK4BCG      25.00
OCT 11 ZERO BALANCE TXFR FROM DDA ACCT 0002082881                 7,737.15
OCT 11 CCD  Miller & Associa Payables  MOCHGDBG291     737.15
OCT 11 CCD  Jose Leija       Payables  ZYFPRWBG293   1,000.00
OCT 11 CCD  The Gene Allen T Payables  NYXMBQBG292   6,000.00
OCT 28 ZERO BALANCE TXFR FROM DDA ACCT 0002082881                 8,703.63
OCT 28 CCD  Sunbelt Solomon  Payables  YVTGRYC0E19     703.63
OCT 28 CCD  Jose Leija       Payables  EKASWCC0E18   2,000.00
OCT 28 CCD  The Gene Allen T Payables  VKXGPFC0E17   6,000.00
```

---

```
               CLOSING DAILY BALANCES AND DEBIT TOTALS

DATE            BALANCE   DEBITS    DATE              BALANCE   DEBITS
OCT 06              .00        1    OCT 28                .00        3
OCT 11              .00        3
```



**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER:          209-505-7

STATEMENT PERIOD
10/01/22 TO 10/31/22

PAGE:     2 OF    2

CN DEVELOPMENTS LLC
CH 11 DIP CASE NO 2290273 OPERATING ACCT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|
| ZBA DEPOSIT | 3 | 16,465.78 | ACH DEBIT | 7 | 16,465.78 |

MEMBER FDIC