UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: | COMPUTE NORTH HOLDINGS, INC., et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Sharon I. Dwoskin<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA  02111<br>617-856-8464<br>MA  691579 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __XX__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                              United States Bankruptcy Judge