# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, November 29, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Andrew | Carty | Brown Rudnick LLP | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Shari | Dwoskin | Brown Rudnick LLP | U.S. Data Group, Inc. d/b/a U.S. Bitcoin Corp. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Aaron | Guerrero | Bonds Ellis Eppich Schafer | U.S. Data Group, Inc. d/b/a U.S. Bitcoin Corp. |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Jayson | Ruff | US DOJ | US Trustee |
| Robert | Stark | Brown Rudnick LLP | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
| Matthew | Uretsky | Brown Rudnick LLP | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |