United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 30, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: COMPUTE NORTH HOLDINGS, INC., et al. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sharon I. Dwoskin<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA  02111<br>617-856-8464<br>MA  691579 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Data Group, Inc. (d/b/a U.S. Bitcoin Corp.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  11/29/2022 | Signed:  /s/ Sharon I. Dwoskin |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed: November 30, 2022

_____
Marvin Isgur
United States Bankruptcy Judge