UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                           Chapter 11

COMPUTE NORTH HOLDINGS, INC.,
et al.,                                         Case No. 22-90273 (MI)

      Debtors.
_____/

### NOTICE OF HEARING ON US DIGITAL TEXAS'S MOTION FOR RELIEF FROM STAY TO RECOVER EQUIPMENT, TERMINATE CONTRACT, AND FOR OTHER RELIEF

**PLEASE TAKE NOTICE** that the *Motion for Relief from Stay to Recover Equipment, Terminate Contract and for Other Relief* (Doc. No. 506) (the "**Motion**") filed by US Digital Texas in the above captioned Chapter 11 Case, has been set for hearing on **Friday, December 16, 2022 at 9:00 a.m. (Central Time)** (the "**Hearing**"), before the Honorable Marvin Isgur, Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility to calling 832-917-1510 and entering the conference code 954554. Video communication will be by use of the gotomeeting platform. Connect via the free gotomeeting application or click the link on Judge Isgur's home page (https://gotomeet.me.JudeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page:

https://www.txs.uscourts.gov/united-states-bankruptcy-judge-marvin-isgur

Select the case name, complete the required fields, and click "Submit" to complete your appearance.

      */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email:  sstichter@srbp.com
Attorneys for US Digital Texas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Hearing* has been furnished on the 30th day of November, 2022, by either the Court's CM/ECF System to all parties receiving electronic notice, or by U.S. Mail to the parties shown on the Master Service List (Doc. No. 536).

      */s/ Scott A. Stichter*
Scott A. Stichter

4892-1856-7488, v. 1