UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 538-575** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT)
                               ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2022, I caused to be served the:

    a. "Monthly Operating Report," *related to Case No. 22-90276*, dated November 23, 2022 [Docket No. 538],

    b. "Monthly Operating Report," *related to Case No. 22-90277*, dated November 23, 2022 [Docket No. 539],

    c. "Monthly Operating Report," *related to Case No. 22-90278*, dated November 23, 2022 [Docket No. 540],

    d. "Monthly Operating Report," *related to Case No. 22-90272*, dated November 23, 2022 [Docket No. 541],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

e. "Monthly Operating Report," *related to Case No. 22-90279*, dated November 23, 2022 [Docket No. 542],

f. "Monthly Operating Report," *related to Case No. 22-90279*, dated November 23, 2022 [Docket No. 543],

g. "Monthly Operating Report," *related to Case No. 22-90273*, dated November 23, 2022 [Docket No. 544],

h. "Monthly Operating Report," *related to Case No. 22-90281*, dated November 23, 2022 [Docket No. 545],

i. "Monthly Operating Report," *related to Case No. 22-90275*, dated November 23, 2022 [Docket No. 546],

j. "Monthly Operating Report," *related to Case No. 22-90283*, dated November 23, 2022 [Docket No. 547],

k. "Monthly Operating Report," *related to Case No. 22-90282*, dated November 23, 2022 [Docket No. 548],

l. "Monthly Operating Report," *related to Case No. 22-90286*, dated November 23, 2022 [Docket No. 549],

m. "Monthly Operating Report," *related to Case No. 22-90284*, dated November 23, 2022 [Docket No. 550],

n. "Monthly Operating Report," *related to Case No. 22-90285*, dated November 23, 2022 [Docket No. 551],

o. "Monthly Operating Report," *related to Case No. 22-90274*, dated November 23, 2022 [Docket No. 552],

p. "Monthly Operating Report," *related to Case No. 22-90286*, dated November 23, 2022 [Docket No. 553],

q. "Monthly Operating Report," *related to Case No. 22-90287*, dated November 23, 2022 [Docket No. 554],

r. "Monthly Operating Report," *related to Case No. 22-90288*, dated November 23, 2022 [Docket No. 555],

s. "Monthly Operating Report," *related to Case No. 22-90289*, dated November 23, 2022 [Docket No. 556],

t.  "Monthly Operating Report," *related to Case No. 22-90276*, dated November 23, 2022 [Docket No. 557],

u.  "Monthly Operating Report," *related to Case No. 22-90277*, dated November 23, 2022 [Docket No. 558],

v.  "Monthly Operating Report," *related to Case No. 22-90278*, dated November 23, 2022 [Docket No. 559],

w.  "Monthly Operating Report," *related to Case No. 22-90272*, dated November 23, 2022 [Docket No. 560],

x.  "Monthly Operating Report," *related to Case No. 22-90277*, dated November 23, 2022 [Docket No. 561],

y.  "Monthly Operating Report," *related to Case No. 22-90279*, dated November 23, 2022 [Docket No. 562],

z.  "Monthly Operating Report," *related to Case No. 22-90273*, dated November 23, 2022 [Docket No. 563],

aa. "Monthly Operating Report," *related to Case No. 22-90281*, dated November 23, 2022 [Docket No. 564],

bb. "Monthly Operating Report," *related to Case No. 22-90275*, dated November 23, 2022 [Docket No. 565],

cc. "Monthly Operating Report," *related to Case No. 22-90283*, dated November 23, 2022 [Docket No. 566],

dd. "Monthly Operating Report," *related to Case No. 22-90282*, dated November 23, 2022 [Docket No. 567],

ee. "Monthly Operating Report," *related to Case No. 22-32786*, dated November 23, 2022 [Docket No. 568],

ff. "Monthly Operating Report," *related to Case No. 22-90284*, dated November 23, 2022 [Docket No. 569],

gg. "Monthly Operating Report," *related to Case No. 22-90285*, dated November 23, 2022 [Docket No. 570],

hh. "Monthly Operating Report," *related to Case No. 22-90274*, dated November 23, 2022 [Docket No. 571],

ii. "Monthly Operating Report," *related to Case No. 22-90286*, dated November 23, 2022 [Docket No. 572],

jj. "Monthly Operating Report," *related to Case No. 22-90287*, dated November 23, 2022 [Docket No. 573],

kk. "Monthly Operating Report," *related to Case No. 22-90288*, dated November 23, 2022 [Docket No. 574], and

ll. "Monthly Operating Report," *related to Case No. 22-90289*, dated November 23, 2022 [Docket No. 575],

by causing true and correct copies to be delivered via electronic mail to: *alicia.barcomb@usdoj.gov*.

                                                                           */s/ Angharad Bowdler*
                                                                           Angharad Bowdler

Sworn to before me this
30th day of November, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027