IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**STIPULATION AND AGREED ORDER RE-SCHEDULING THE HEARING ON ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d) FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT**

This Stipulation and Agreed Order ("Stipulation and Agreed Order") as to the scheduled hearing on the *Motion for Relief from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* (Dkt. No. 342, the "Motion for Relief"), filed by Rohit Shirole ("Shirole") is by and between the Debtors, the Official Committee of Unsecured Creditors (the "Committee") and Shirole (collectively, the "Parties"). The Parties stipulate and agree as follows:

**RECITALS**

**WHEREAS**, Shirole filed his Motion for Relief on October 31, 2002;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**WHEREAS**, a hearing has been scheduled on the Motion for Relief for Friday, December 9, 2022 at 9:00 a.m.;

**WHEREAS**, the Parties are continuing to negotiate an agreement related to the Motion for Relief.

## RELIEF REQUESTED

By this Stipulation, the Parties seek entry of an Order, substantially in the form attached hereto as Exhibit A, re-scheduling the hearing set for December 9, 2002 until January 6, 2023 at 9:00 a.m.

Dated: December 2, 2022.

          Respectfully submitted,

          **BASSFORD REMELE**
          *A Professional Association*

By:  */s/ Jeffrey D. Klobucar*
      Jeffrey D. Klobucar (jklobucar@bassford.com)
      Lead Counsel
      MN State Bar No. 0389336
      (*admitted pro hac vice* [ECF #190])
      100 South Fifth Street, Suite 1500
      Minneapolis, MN  55402
      (612) 333-3000 – Telephone
      (612) 746-1239 – Facsimile

      J. Michael Sutherland (msutherland@ccsb.com)
      State Bar No. 19524200
      Southern District Admin. No. 13736
      **CARRINGTON, COLEMAN,**
      **SLOMAN & BLUMENTHAL, L.L.P.**
      901 Main Street, Suite 5500
      Dallas, TX  75202
      (214) 855-3000 – Telephone
      (214) 580-2641 – Facsimile

      **COUNSEL FOR ROHIT SHIROLE**

**Agreed to by:**

 /s/     Matthew Micheli
Matthew Micheli (admitted pro hac vice)
**PAUL HASTINGS, LLP**
71 South Wacker Drive, Suite 4500
Chicago, IL  60606
Telephone: (312) 499-6000
Email: mattmicheli@paulhastings.com

*Counsel to the Debtors*


 /s/     Kristin Going
Kristin Going (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY  10017
Telephone: (212) 547-5400
Email: kgoing@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served via ECF-Notice on all parties requesting notice in this case on the 2nd day of December, 2022.

/s/ J. Michael Sutherland
J. Michael Sutherland

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**AGREED ORDER RE-SCHEDULING THE HEARING ON
ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d)
FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN
DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT**

Upon the stipulation of the Debtors, the Official Committee of Unsecured Creditors and Rohit Shirole, for entry of this Agreed Order, and the same appearing satisfactory unto this Court, the Court finds good cause for entry of this Agreed Order. It is hereby **ORDERED** as follows:

The hearing on the *Motion for Relief from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* (Dkt. No. 342, the "Motion for Relief"), filed by Rohit Shirole is hereby re-scheduled to **Friday, January 6, 2023 at 9:00 a.m.**

The Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. Participation in the Hearing will be either in person or by an audio and video

<span style="color:red">**Exhibit A**</span>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

connection. Audio communication will be by use of the Court's dial-in facility, by calling 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform, by connecting via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Signed: _____

Marvin Isgur
United States Bankruptcy Judge

**Agreed to by:**

| | |
|---|---|
| */s/     Matthew Micheli* | */s/     Jeffrey D. Klobucar* |
| Matthew Micheli (admitted pro hac vice) | Jeffrey D. Klobucar |
| **PAUL HASTINGS, LLP** | **BASFORD REMELE** |
| 71 South Wacker Drive, Suite 4500 | Lead Counsel |
| Chicago, IL  60606 | MN State Bar No. 0389336 |
| Telephone: (312) 499-6000 | (admitted pro hac vice [ECF #190]) |
| Email: mattmicheli@paulhastings.com | 100 South Fifth Street, Suite 1500 |
| | Minneapolis, MN  55402 |
| *Counsel to the Debtors* | Telephone: (612) 333-3000 |
| | Email: jklobucar@bassford.com |
| | |
| */s/     Kristin Going* | J. Michael Sutherland |
| Kristin Going (admitted pro hac vice) | **CARRINGTON, COLEMAN,** |
| **MCDERMOTT WILL & EMERY LLP** | **SLOMAN & BLUMENTHAL, L.L.P.** |
| One Vanderbilt Avenue | State Bar No. 19524200 |
| New York, NY  10017 | Southern District Admin. No. 13736 |
| Telephone: (212) 547-5400 | 901 Main Street, Suite 5500 |
| Email: kgoing@mwe.com | Dallas, TX  75202 |
| | Telephone: (214) 855-3000 |
| *Counsel to the Official Committee of  Unsecured Creditors* | Email: msutherland@ccsb.com |
| | *Counsel for Rohit Shirole* |