IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |

**AGREED ORDER RE-SCHEDULING THE HEARING ON
ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d)
FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN
DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT**

Upon the stipulation of the Debtors, the Official Committee of Unsecured Creditors and Rohit Shirole, for entry of this Agreed Order, and the same appearing satisfactory unto this Court, the Court finds good cause for entry of this Agreed Order. It is hereby **ORDERED** as follows:

The hearing on the *Motion for Relief from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* (Dkt. No. 342, the "Motion for Relief"), filed by Rohit Shirole is hereby re-scheduled to **Friday, January 6, 2023 at 9:00 a.m.**

The Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. Participation in the Hearing will be either in person or by an audio and video

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

connection.  Audio communication will be by use of the Court's dial-in facility, by calling 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the Gotomeeting Platform, by connecting via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website.  The meeting code is "Judgeisgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Signed: _____

                                              Marvin Isgur
                                              United States Bankruptcy Judge

**Agreed to by:**

| | |
|---|---|
| */s/     Matthew Micheli* | */s/     Jeffrey D. Klobucar* |
| Matthew Micheli (admitted pro hac vice) | Jeffrey D. Klobucar |
| **PAUL HASTINGS, LLP** | **BASFORD REMELE** |
| 71 South Wacker Drive, Suite 4500 | Lead Counsel |
| Chicago, IL  60606 | MN State Bar No. 0389336 |
| Telephone: (312) 499-6000 | (admitted pro hac vice [ECF #190]) |
| Email: mattmicheli@paulhastings.com | 100 South Fifth Street, Suite 1500 |
| | Minneapolis, MN  55402 |
| *Counsel to the Debtors* | Telephone: (612) 333-3000 |
| | Email: jklobucar@bassford.com |
| */s/     Kristin Going* | J. Michael Sutherland |
| Kristin Going (admitted pro hac vice) | **CARRINGTON, COLEMAN,** |
| **MCDERMOTT WILL & EMERY LLP** | **SLOMAN & BLUMENTHAL, L.L.P.** |
| One Vanderbilt Avenue | State Bar No. 19524200 |
| New York, NY  10017 | Southern District Admin. No. 13736 |
| Telephone: (212) 547-5400 | 901 Main Street, Suite 5500 |
| Email: kgoing@mwe.com | Dallas, TX  75202 |
| | Telephone: (214) 855-3000 |
| *Counsel to the Official Committee of Unsecured Creditors* | Email: msutherland@ccsb.com |
| | *Counsel for Rohit Shirole* |