United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 02, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| ***et al.,***[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

### AGREED ORDER RE-SCHEDULING THE HEARING ON
### ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d)
### FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN
### DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT

Upon the stipulation of the Debtors, the Official Committee of Unsecured Creditors and Rohit Shirole, for entry of this Agreed Order, and the same appearing satisfactory unto this Court, the Court finds good cause for entry of this Agreed Order. It is hereby **ORDERED** as follows:

The hearing on the *Motion for Relief from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* (Dkt. No. 342, the "Motion for Relief"), filed by Rohit Shirole is hereby re-scheduled to **Friday, January 6, 2023 at 9:00 a.m.**

The Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. Participation in the Hearing will be either in person or by an audio and video

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

connection.  Audio communication will be by use of the Court's dial-in facility, by calling 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the Gotomeeting Platform, by connecting via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website.  The meeting code is "Judgeisgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Signed:  December 02, 2022

Marvin Isgur
United States Bankruptcy Judge

**Agreed to by:**

 /s/     Matthew Micheli
Matthew Micheli (admitted pro hac vice)
**PAUL HASTINGS, LLP**
71 South Wacker Drive, Suite 4500
Chicago, IL  60606
Telephone: (312) 499-6000
Email: mattmicheli@paulhastings.com

*Counsel to the Debtors*

 /s/     Kristin Going
Kristin Going (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY  10017
Telephone: (212) 547-5400
Email: kgoing@mwe.com

*Counsel to the Official Committee of
  Unsecured Creditors*

 /s/     Jeffrey D. Klobucar
Jeffrey D. Klobucar
**BASFORD REMELE**
Lead Counsel
MN State Bar No. 0389336
(admitted pro hac vice [ECF #190])
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Email: jklobucar@bassford.com

J. Michael Sutherland
**CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.**
State Bar No. 19524200
Southern District Admin. No. 13736
901 Main Street, Suite 5500
Dallas, TX  75202
Telephone: (214) 855-3000
Email: msutherland@ccsb.com

*Counsel for Rohit Shirole*

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 22-90273-mi
Compute North Holdings, Inc.                                                    Chapter 11
CN Mining LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                          Page 1 of 6
Date Rcvd: Dec 02, 2022                       Form ID: pdf002                         Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CN Atoka LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Big Spring LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Colorado Bend LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Corpus Christi LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Developments LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Equipment LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN King Mountain LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Minden LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Mining LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | CN Pledgor LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Holdings, Inc., 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Member LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NC08 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North NY09 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North SD, LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX06 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North TX10 LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| db | + | Compute North Texas LLC, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

District/off: 0541-4          User: ADIuser          Page 2 of 6
Date Rcvd: Dec 02, 2022          Form ID: pdf002          Total Noticed: 40
TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bootstrap Energy LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| fa | | Portage Point Partners, LLC |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |

TOTAL: 34 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022          Signature:          /s/Gustava Winters

District/off: 0541-4 | User: ADIuser | Page 3 of 6
Date Rcvd: Dec 02, 2022 | Form ID: pdf002 | Total Noticed: 40

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1  LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com |
| Branch Masterson Sheppard | on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com |
| Brandon Renken | on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com |
| Charles Stephen Kelley | on behalf of Creditor Sunbelt Solomon Services  LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Craig E Power | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder Opportunity  LP lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder SPV I  LLC lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder BTC Holdings  LLC lboydston@polsinelli.com |
| J Michael Sutherland | on behalf of Creditor Rohit Shirole msutherland@ccsb.com  lsparks@ccsb.com |
| Jake Gordon | on behalf of Creditor Freudenberg Filtration Technologies  L.P. jgordon@bodmanlaw.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North TX10 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Compute North Holdings  Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor CN Equipment LLC jamesgrogan@paulhastings.com |

James Tillman Grogan, III

on behalf of Debtor Compute North LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North NC08 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North NY09 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Big Spring LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Developments LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North Texas LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Mining LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Atoka LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN King Mountain LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North SD  LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Minden LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North Member LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor CN Colorado Bend LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Compute North TX06 LLC jamesgrogan@paulhastings.com

Jana Smith Whitworth

on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jarrod B. Martin

on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jason S Brookner

on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jessica Liou

on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

Jessica Liou

on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

John Willard

on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com

John David Cornwell

on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com

John F Higgins, IV

on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Joseph William Buoni

on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kenneth P. Green

on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin M. Capuzzi

on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Laura J Monroe

on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner

on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com

Lori Ann Hood

on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Lori Ann Hood

on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Maegan Quejada

on behalf of Other Prof. Jefferies LLC mquejada@sidley.com
txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett

on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark Adam Castillo

on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com

Mark Adam Castillo

on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com

Matthew Hoffman

on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod

on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com

Matthew Scott Okin

on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin

on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin

on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew W Silverman

on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Matthew W Silverman

on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com

Meredyth A. Kippes

on behalf of Interested Party Alder SPV I  LLC mkippes@polsinelli.com

Meredyth A. Kippes

on behalf of Interested Party Alder Opportunity  LP mkippes@polsinelli.com

Meredyth A. Kippes

on behalf of Interested Party Alder BTC Holdings  LLC mkippes@polsinelli.com

Meredyth A. Kippes

on behalf of Interested Party Digital Alchemy LLC mkippes@polsinelli.com

Meredyth A. Kippes

on behalf of Interested Party GH Effect  Inc. mkippes@polsinelli.com

Patricia Baron Tomasco

on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com,
barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patrick M Haines

on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy

on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com

Ralph McDowell

on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com

Robert Coleman Rowe

on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
                           on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com

Scott A. Stichter
                           on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky
                           on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com

Stephen Wayne Sather
                           on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com

T. Josh Judd
                           on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com

T. Josh Judd
                           on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tzvi Finman
                           on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
                           USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 84