UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Scott C. Shelley<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York # 2598696 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. ||
|---|---|
| Dated: 12/6/2022 | Signed: /s/ Scott C. Shelley |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated: _____   Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States Bankruptcy Judge