United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 07, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name | Scott C. Shelley |
| Firm | Paul Hastings LLP |
| Street | 200 Park Avenue |
| City & Zip Code | New York, NY 10166 |
| Telephone | 212-318-6000 |
| Licensed: State & Number | New York # 2598696 |

Seeks to appear as the attorney for this party:

Compute North Holdings, Inc., et al.

Dated: 12/6/2022     Signed: /s/ Scott C. Shelley

COURT USE ONLY: The applicant's state bar reports their status as: Active .

Dated:     Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 07, 2022

Marvin Isgur
United States Bankruptcy Judge