IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 22-90273 (MI) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY HAYNES AND BOONE, LLP AND REQUEST FOR REMOVAL FROM MAILING LIST**

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") hereby withdraws its appearance as counsel for TZ Capital Holdings LLC ("TZ Capital"), in its capacity as a party in interest in the above-captioned chapter 11 cases. The matters involving TZ Capital have been concluded upon the closing of the sale as approved by the *Order (I) Approving the Sale of Certain Assets of Compute North Member LLC to US Data King Mountain LLC Free and Clear of Certain Liens, Claims, and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief* [Docket No. 594].

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby request that all further service of notices and pleadings, electronically or otherwise, be discontinued as of the date

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Holdings, Inc. (4534); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

4882-1979-8592 v.1

hereof, and further requests that they be removed from electronic (ECF) notices or paper mailings in these cases as counsel of record for TZ Capital.

Dated: December 8, 2022

Respectfully submitted,

/s/ Stephen M. Pezanosky
Stephen M. Pezanosky
State Bar No. 15881850
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone: 817.347.6600
Facsimile: 817.347.6650
Email: stephen.pezanosky@haynesboone.com

and

David Trausch
State Bar No. 24113513
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 713.547.2000
Facsimile: 713.547.2600
Email: david.trausch@haynesboone.com

*Counsel for TZ Capital Holdings LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2022, true and correct copies of the foregoing were served via electronic mail upon the parties that receive electronic notices in these cases pursuant to the Court's ECF filing system.

/s/ Stephen M. Pezanosky
Stephen M. Pezanosky

4882-1979-8592 v.1