**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 627** |

**NOTICE OF REVISED PROPOSED
ORDER (I) AUTHORIZING DEBTORS TO
ASSUME AND ASSIGN EXECUTORY CONTRACTS
TO FOUNDRY DIGITAL LLC PURSUANT TO SECTION 365
OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. On December 8, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an emergency motion [Docket No. 627] (the "Emergency Motion") seeking authorization to assume and assign certain executory contracts to Foundry Digital LLC pursuant to Section 365 of the Bankruptcy Code and related relief.

2. A proposed form of order authorizing the debtors to assume and assign executory contracts to Foundry Digital LLC and granting related relief was attached to the Emergency Motion as Exhibit A (the "Initial Proposed Order").

3. The Debtors hereby file a revised proposed form of order, attached hereto as **Exhibit A** (the "Revised Proposed Order") authorizing the debtors to assume and assign the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

executory contracts to Foundry Digital LLC, which incorporates certain changes agreed upon by the parties.  For the convenience of the Court and parties in interest, a redline of the Revised Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: December 9, 2022<br>Houston, Texas | /s/ *James T. Grogan III* |

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
 sayanbhattacharyya@paulhastings.com
 danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
 michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*