# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, December 9, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Susan | Alkadri | Mayer Brown LLP | Sunbelt Solomon Services, LLC |
| Maria | Bartlett | Cokinos \| Young | MP2 Energy Texas LLC d/b/a Shell Energy |
| Alexander | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| John | Higgins | Porter Hedges LLP | Foundry Digital LLC |
| Jessica | Liou | Weil, Goshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Kristine | Manoukian | Schulte Roth & Zabel LLP | Foundry Digital LLC |
| Jayson | Ruff | USDOJ | US Trustee |