**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 11 |
| COMPUTE NORTH HOLDINGS, INC., et al. | ) |
| | ) CASE NO. 22-90273 (MI) |
| Debtors. | ) |

**ENTRY OF APPEARANCE**

COMES NOW John Lewis, Jr. of the law firm of Shook, Hardy & Bacon L.L.P. and hereby enters his appearances as counsel on behalf of General Casualty Company of Wisconsin ("Creditor") in the above-styled action, and, pursuant to Fed. R. Bankr. P. 2002 and 9007, and U.S.C. § 1109(b), requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

2

Dated:  December 12, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By  */s/ John Lewis, Jr.*
John Lewis, Jr.
Texas Bar No. 24108103
S.D. Tex. Bar No. 3435473
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: 713.227.8008
Fax: 713.227.9508
Email: jolewis@shb.com

Attorney for General Casualty
Company of Wisconsin

2

4862-0032-7235 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will send a notice of filing to all counsel of record.

/s/ *John Lewis, Jr.*
John Lewis, Jr.

4862-0032-7235 v1