## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 576, 577, 578, 581 & 631** |

### CORRECTED NOTICE OF FURTHER CONTINUATION OF
### HEARING REGARDING SOLICITATION PROCEDURES MOTION

**PLEASE TAKE NOTICE** that on September 22, 2022, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2022, the Debtors filed the (i) *Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 576] (the "Plan"), and (ii) *Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No 577] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2022, the Debtors filed the *Debtors' Emergency Motion for Entry of An Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 578] (the "Solicitation Procedures Motion") that was scheduled for a hearing on November 29, 2022 at 1:30 p.m. (prevailing Central Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2022, the Debtors filed the *Notice of Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 581] to continue the Hearing to December 9, 2022 at 10:00 a.m. (prevailing Central Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2022, the Debtors filed the *Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 631] to continue the Hearing to December 16, 2022 at 9:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Solicitation Procedures Motion has been further continued to **December 16, 2022 at 1:30 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Disclosure Statement, Solicitation Procedures Motion and all other documents filed in these chapter 11 cases are available (a) free of charge by accessing the website maintained by the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/computenorthholdings/info or (b) for a fee by accessing the PACER system on the Court's website at https://ecf.txs.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 14, 2022
      Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on December 14, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ James T. Grogan III*
                                          James T. Grogan III