IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | **(Jointly Administered)** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| ***et al.*,**[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | **Hearing Date and Time:** |
| | § | **December 20, 2022 at 2:00 p.m.** |

**NOTICE OF HEARING ON CORPUS CHRISTI ENERGY PARK, LLC's
EMERGENCY MOTION TO COMPEL REJECTION BY DEBTOR CN CORPUS
CHRISTI, LLC OF DESIGN-BUILD CONTRACT UNDER 11 U.S.C. § 365(d)(2)
AND EMERGENCY MOTION FOR RELIEF UNDER 11 U.S.C. § 362 FROM AUTOMATIC
STAY AND FOR WAIVER OF 14-DAY STAY ON ORDER GRANTING RELIEF**

**[Relates to Dkt. Nos. 644 and 645]**

**PLEASE TAKE NOTICE** that the *Emergency Motion to Compel Rejection by Debtor*

*CN Corpus Christi, LLC of Design-Build Contract* (Dkt. No. 644) and the *Emergency Motion for*

*Relief from Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* (Dkt. No.

645) filed by Corpus Christi Energy Park, LLC, has been scheduled for hearing on **Tuesday,**

**December 20, 2022, at 2:00 p.m.** (prevailing Central Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom

404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002.  You may participate in the Hearing

either in person or by an audio and video connection.  Audio communication will be by use of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Court's dial-in facility.  You may access the facility by calling 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website.  The meeting code is "Judgeisgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated:  December 14, 2022.

Respectfully submitted,

By: */s/  Robert C. Rowe*
 Mark A. Castillo
   Texas State Bar No. 24027795
   Southern Dist. Admin. No. 31520
 Robert C. Rowe
   Texas State Bar No. 24086253
   Southern Dist. Admin. No. 3782278
 **CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
 901 Main St., Suite 5500
 Dallas, TX  75202
 Telephone:     214-855-3000
 Facsimile:     214- 580-2641
 Email: markcastillo@ccsb.com
             rrowe@ccsb.com

 *Bankruptcy Counsel for*
 *Corpus Christi Energy Park, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, pursuant to Fed. R. Bankr. P. 4001 and LBR 4001-1(a)(4), on December 14, 2022, a true and correct copy of this document was properly served upon the following parties and/or their counsel of record: the Debtors, Official Committee of Unsecured Creditors, parties requesting notice, parties with an interest in collateral that is the subject of the requested relief, co-debtors under 11 U.S.C. § 1301, parties who are identified as a party against whom relief is sought in the motion, and the U.S. Trustee.

Certified on December 14, 2022.

*/s/  Robert C. Rowe*
Robert C. Rowe