# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## WITNESS AND EXHIBIT LIST FOR DECEMBER 16, 2022 HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearing to be held on December 16, 2022, at 1:30 p.m. (prevailing Central Time).

## WITNESSES

The Debtors may call the following witnesses at the hearing:

1. Drake Harvey, President of the Debtors;

2. Ryan Hamilton, Senior Vice President at Jefferies LLC;

3. Ryan Mersch, Director at Portage Point Partners, LLC;

4. Any witness called by any other party;

5. Impeachment witnesses as necessary; and

6. Any witness necessary to rebut testimony of a witness called or designated by any party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | *Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates* [Docket No. 576] | | | | | | |
| 2 | *Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates* [Docket No. 577] | | | | | | |
| 3 | Any exhibit designated or used by the Debtors or any other party. | | | | | | |
| 4 | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party. | | | | | | |
| 5 | Any document or pleading filed in the above-captioned cases. | | | | | | |
| 6 | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this amended Witness and Exhibit List prior to the hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 14, 2022
      Houston, Texas

/s/ James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

### Certificate of Service

    I certify that on December 14, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        /s/ James T. Grogan III
                                        James T. Grogan III