UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING ON MOTIONS SCHEDULED FOR DECEMBER 16, 2022 AT 1:30 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.    Matters Going Forward.**

    **1.    US Digital Motion for Relief from Stay.** Motion for Relief from Stay to Recover Equipment, Terminate Contract and for Other Relief [Docket No. 506].

    **Related Documents.**

        **A.**    *Notice of Hearing on US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 602].

        **B.**    *Notice of Re-Set Hearing on US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 647]

    **Responses.**

        **A.**    *Objection of Debtors to US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 639].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**Status**: This matter is going forward.

2. **Solicitation Procedures Motion.** *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 578].

**Related Documents.**

    **A.**    *Notice of Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 581].

    **B.**    *Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 631].

    **C.**    *Corrected Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 648].

**Status**: This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 15, 2022
       Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on December 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ James T. Grogan III*
                                                 James T. Grogan III