UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 643** |

### NOTICE OF HEARING REGARDING JOINT MOTION OF DEBTORS AND MARATHON DIGITAL HOLDINGS, INC. FOR EMERGENCY APPROVAL OF STIPULATION AND AGREED ORDER BY AND AMONG THE DEBTORS, MARATHON DIGITAL HOLDINGS, INC., GENERATE LENDING, LLC AND CERTAIN AFFILIATES AND MVP LOGISTICS, LLC, CONCERNING MARATHON'S MINERS

**PLEASE TAKE NOTICE** that a hearing will be held before the United States Bankruptcy Judge Marvin Isgur on **December 20, 2022 at 2:00 p.m. prevailing Central Time** (the "Hearing") to consider the *Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathon's Miners* [Docket No. 643] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th floor, at the United States Courthouse located at 515 Rusk Avenue, Houston, Texas. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted,

Dated: December 15, 2022
      Houston, Texas    */s/ James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 15, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ James T. Grogan III*
      James T. Grogan III