**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 576 and 577** |

**NOTICE OF FILING OF: (I) REDLINE OF AMENDED JOINT LIQUIDATING CHAPTER 11 PLAN OF COMPUTE NORTH HOLDINGS AND ITS DEBTOR AFFILIATES; AND (II) REDLINE OF DISCLOSURE STATEMENT OF THE AMENDED JOINT LIQUIDATING CHAPTER 11 PLAN OF COMPUTE NORTH HOLDINGS, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** On November 23, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed: (I) the *Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 576] (the "Plan"); and (II) *Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 577] (the "Disclosure Statement") with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors filed: (I) the *Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings and Its Debtor Affiliates* [Docket No. 665] (the "Amended Plan"); and (II) *Disclosure Statement for the Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 666] (the "Amended Disclosure Statement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit A is a redline reflecting the changes between the Plan and the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit B is a redline reflecting the changes between the Disclosure Statement and the Amended Disclosure Statement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Plan, the Amended Disclosure Statement, as well as copies of all documents filed in these chapter 11 cases, are available free of charge by visiting the case website maintained by Debtors' claims, noticing and solicitation agent, Epiq Corporate Restructuring LLC, available at https://dm.epiq11.com/case/computenorthholdings/. You may also obtain copies of any pleadings by visiting pacer.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 15, 2022
       Houston, Texas                    */s/   James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
        sayanbhattacharyya@paulhastings.com
        danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
        michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*