UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., et al.,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] AGENDA FOR HEARING ON MOTIONS
SCHEDULED FOR DECEMBER 16, 2022 AT 1:30 P.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.    Matters Going Forward.**

    **1.    US Digital Motion for Relief from Stay.** Motion for Relief from Stay to Recover Equipment, Terminate Contract and for Other Relief [Docket No. 506].

    **Related Documents.**

        A.    *Notice of Hearing on US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 602].

        B.    *Notice of Re-Set Hearing on US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 647].

        C.    **Proposed Order.** *Order on Motion for Relief from Stay to Recover Equipment, Terminate Contract and for Other Relief* **[Docket No. 669].**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Amended items appear in **bold**.

**Responses.**

    A.    *Objection of Debtors to US Digital Texas's Motion for Relief from Stay to Recover Equipment, Terminate Contract, and for Other Relief* [Docket No. 639].

    B.    ***Omnibus Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Objections to Certain Customer Motions*** [Docket No. 664].

<u>Status</u>: This matter is going forward. US Digital and the Debtors have resolved this matter and submit the Proposed Order at Docket No. 669.

2.  **Solicitation Procedures Motion.** *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 578].

**Related Documents.**

    A.    ***Joint Liquidating Chapter 11 plan of Compute North Holdings, Inc. and Its Debtor Affiliates*** [Docket No. 576].

    B.    ***Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates*** [Docket No. 577].

    C.    *Notice of Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 581].

    D.    *Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 631].

    E.    *Corrected Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 648].

    F.    ***Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates*** [Docket No. 665].

    G.    ***Disclosure Statement for Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates*** [Docket No. 666].

    H.    ***Notice of Filing of: (I) Redline of Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings and Its Debtor Affiliates; and (II) Redline of Disclosure Statement of the Amended Joint Liquidating***

*Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 667].

I. *Notice of Filing of Revised Proposed Solicitation Procedures Order & Schedules Thereto* [Docket No. 668].

**Responses.**

A. *Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 663].

B. *Debtors' Reply to Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IC) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 671].

**Status**: This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 16, 2022
Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 16, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *James T. Grogan III*
James T. Grogan III