# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, December 16, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Maria | Bartlett | Cokinos \| Young | MP2 Energy Texas LLC d/b/a Shell Energy |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Marathon Digital Holdings, Inc. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Patrick | Haines | Berg Hill Greenleaf Ruscitti | RK Mission Critical LLC |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Marathon Digital Holdings, Inc. |
| Chris | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jayson | Ruff | US DOJ | US Trustee |