# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | (Jointly Administered) |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | Hearing Date and Time: |
| | § | December 20, 2022 at 2:00 p.m. |

## CERTIFICATE OF SERVICE

**[Relates to Dkt. No. 650]**

The undersigned certifies, that on December 14, 2022, the *Notice of Hearing on Corpus Christi Energy Park, LLC's Emergency Motion to Compel Rejection by Debtor CN Corpus Christi, LLC of Design-Build Contract* and *Emergency Motion for Relief from Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* (Dkt. No. 650) was served on all parties receiving ECF-Notice in this case, and via U.S. First Class Mail to the parties listed below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

James Tillman Grogan, III
Paul Hastings LLP
600 Travis Street, 58th Floor
Houston, TX  77002

*Counsel for Debtors and Debtors-in-Possession, including CN Corpus Christi LLC*

Charles R Gibbs
McDermott Will & Emery LLP
2501 North Harwood St., Suite 1900
Dallas, TX 75201

*Counsel for the Official Committee of Unsecured Creditors*

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

*Office of the U.S. Trustee*

Dated:  December 19, 2022.

                Respectfully submitted,

By: */s/  Robert C. Rowe*
    Mark A. Castillo
     Texas State Bar No. 24027795
     Southern Dist. Admin. No. 31520
    Robert C. Rowe
     Texas State Bar No. 24086253
     Southern Dist. Admin. No. 3782278
    **CARRINGTON, COLEMAN, SLOMAN**
     **& BLUMENTHAL, L.L.P.**
    901 Main St., Suite 5500
    Dallas, TX  75202
    Telephone:     214-855-3000
    Facsimile:     214- 580-2641
    Email: markcastillo@ccsb.com
          rrowe@ccsb.com

*Bankruptcy Counsel for*
*Corpus Christi Energy Park, LLC*