# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | **(Jointly Administered)** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| Debtors. | § | **Hearing Date and Time:** |
| | § | **December 20, 2022 at 2:00 p.m.** |

## CORPUS CHRISTI ENERGY PARK, LLC's
## WITNESS AND EXHBIT LIST FOR DECEMBER 20, 2022 HEARING

**[Relates to Dkt. Nos. 644 and 645]**

Corpus Christi Energy Park, LLC ("CCEP") files this Witness and Exhibit List for the hearing scheduled for **Tuesday, December 20, 2022 at 2:00 p.m. Central Time,** on the *Emergency Motion to Compel Rejection by Debtor CN Corpus Christi, LLC of Design-Build Contract* (Dkt. No. 644) ("Rejection Motion") and the *Emergency Motion for Relief from Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* (Dkt. No. 645) ("Lift Stay Motion") filed by CCEP, (or as such hearing may be continued or rescheduled, the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

## WITNESSES

CCEP may examine:

1. Steve Quisenberry;

2. Matthew Held; and

3. Any witness necessary to rebut testimony of a witness called or designated by the Debtors or any other party.

## EXHIBITS

CCEP may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Design Build Contract[2]<br><br>--Ex. 1-A: Agreed Change Order (5/10/22)<br><br>--Ex. 1-B: Proposed Change Order (9/22/22) | | | | |
| 2 | Declaration of Steve Quisenberry | | | | |
| 3 | Movant's Proposed Order on Rejection Motion | | | | |
| 4 | Movant's Proposed Order on Lift Stay Motion | | | | |

CCEP reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing and to present rebuttal witnesses and exhibits.

---

[2] The DB Contract and attached Change Orders are potentially subject to a non-disclosure agreement between the parties. Absent Debtors' approval for the DB Contract's publication, Movant will make a copy available to the Court for *in camera* review.

Dated:  December 19, 2022.

        Respectfully submitted,

  By: */s/  Robert C. Rowe*
     Mark A. Castillo
      Texas State Bar No. 24027795
      Southern Dist. Admin. No. 31520
     Robert C. Rowe
      Texas State Bar No. 24086253
      Southern Dist. Admin. No. 3782278
     **CARRINGTON, COLEMAN, SLOMAN**
      **& BLUMENTHAL, L.L.P.**
     901 Main St., Suite 5500
     Dallas, TX  75202
     Telephone:     214-855-3000
     Facsimile:     214- 580-2641
     Email: markcastillo@ccsb.com
          rrowe@ccsb.com

     *Bankruptcy Counsel for*
     *Corpus Christi Energy Park, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Bankr. P. 4001 and LBR 4001-1(a)(4), on December 19, 2022, a true and correct copy of this document was properly served upon the following parties and/or their counsel of record: the Debtors, Official Committee of Unsecured Creditors, parties requesting notice, parties with an interest in collateral that is the subject of the requested relief, co-debtors under 11 U.S.C. § 1301, parties who are identified as a party against whom relief is sought in the motion, and the U.S. Trustee.

Certified on December 19, 2022.

     */s/  Robert C. Rowe*
     Robert C. Rowe