

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| | § | (Jointly Administered) |
| COMPUTE NORTH HOLDINGS, INC., | § | |
| *et al.*,[1] | § § | Case No. 22-90273 (MI) |
| Debtors. | § § § | |

**ORDER GRANTING CORPUS CHRISTI ENERGY PARK, LLC's EMERGENCY MOTION FOR RELIEF UNDER 11 U.S.C. § 362 FROM AUTOMATIC STAY AND FOR WAIVER OF 14-DAY STAY ON ORDER GRANTING RELIEF**

**[Relates to Dkt. No. 645]**

On December 20, 2022, the Court heard Movant Corpus Christi Energy Park, LLC's ("CCEP" or "Movant") *Emergency Motion for Relief under 11 U.S.C. § 362 from Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* [Dkt. No. 645] (the "Motion"). Upon considering the Motion, any response(s) thereto, the testimony and other evidence admitted at hearing, the Court finds, concludes, and orders as follows:

The Court finds it has jurisdiction to issue this Order pursuant to 28 U.S.C. § 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the hearing on the Motion and this Order is adequate under the circumstances.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

The Court, having heard contemporaneous with this Motion, Movant's *Emergency Motion to Compel Rejection by Debtor CN Corpus Christi, LLC of Design-Build Contract under 11 U.S.C. § 365(d)(2)* [Dkt. No. 644] (the "<u>Rejection Motion</u>"); and having entered an order sustaining the Rejection Motion and deeming the DB Contract (as defined in the Rejection Motion) rejected as of December 20, 2022, pursuant to 11 U.S.C. § 365; finds and concludes the automatic stay provided by 11 U.S.C. § 362 is automatically terminated as to the DB Contract per the Court's order deeming the DB Contract rejected; and finds good cause therefore exists to enter this "comfort order" confirming the effect of same.  It is therefore

**ORDERED** that the automatic stay under 11 U.S.C. § 362 is terminated solely as to the DB Contract.  It is further

**ORDERED** that, notwithstanding any agreement to the contrary, Movant, its agents, authorized representatives, partners, parents, subsidiaries, successors, and assigns, may take any and all actions it—or they, as the case may be—so desires as to the DB Contract and the projects, ventures, and/or assets that are subject to, part of, or governed by the DB Contract, provided, however, that any litigation or claims pursued in connection with the DB Contract must be filed with this Court.  It is further

**ORDERED** that, notwithstanding the applicability of Fed. R. Bankr. P. 6004, any other Federal Rule of Bankruptcy Procedure, or other applicable law or statute, this Order shall not be stayed in any respect and shall be effective immediately upon entry.  It is further

**ORDERED** that this Court shall retain jurisdiction over all matters relating to the implementation, interpretation, or enforcement of this Order and the matters addressed herein.

Signed: December ___, 2022.

Marvin Isgur
United States Bankruptcy Judge