IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | § § § § | Case No. 22-90273 (MI) (Jointly Administered) |
| Debtors.[1] | § § § | |

### MARATHON DIGITAL HOLDINGS, INC.'S WITNESS AND EXHIBIT LIST FOR DECEMBER 20, 2022 VIRTUAL HEARING

Marathon Digital Holdings, Inc. ("**Marathon**") files this witness and exhibit list (the "**Witness and Exhibit List**") for the virtual hearing (the "**Hearing**") on the *Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathon's Miners* [Docket No. 643] (the "**Motion**"), beginning on December 20, 2022 at 2:00 p.m. (CST) before the Honorable Marvin Isgur.

### WITNESSES

Marathon may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

## **EXHIBITS**

Marathon may offer into evidence any one or more of the following exhibits:

| DEBTORS EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any exhibit designated by any other party | | | | |
| 2. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Marathon reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: December 19, 2022
Houston, Texas

Respectfully submitted,

  /s/    *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Alexander P. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Emails: Gary.Holtzer@weil.com
        Jessica.Liou@weil.com
        Alexander.Cohen@weil.com

*Counsel for Marathon Digital Holdings, Inc.*

## Certificate of Service

I hereby certify that on December 19, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  /s/ Alfredo R. Pérez
                                                  Alfredo R. Pérez