IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 22-90273 (MI) |
| COMPUTE NORTH HOLDINGS, INC. | § | |
| DEBTORS | § | CHAPTER 11 |

NOTICE OF STATUS HEARING ON MOTION FOR
ENTRY OF ORDER (I) IDENTIFYING ASSETS AND
(II) CONFIRMING TERMS OF MODIFIED CONTRACT

PLEASE TAKE NOTICE that a status hearing on Motion for Entry of Order (I) Identifying Assets and (II) Confirming Terms of Modified Contract [Docket No. 410] filed by Konza Mining Fund I, LP ("Konza") is set by telephone and video conference on **Tuesday, December 20, 2022, at 2:00 p.m.** in the United States Bankruptcy Court for the Southern District of Texas Houston Division before the Honorable Marvin Isgur.

To attend in person, you need to go to 515 Rusk, Courtroom 404, 4th Floor, Houston, Texas 77002.

To attend virtually, use the following link to join by video:
https://gotomeet.me/JudgeIsgur.

You must also call in on your telephone for audio communications as follows:
(832) 917-1510
Judge Isgur's conference code is 954554.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS,
 BURR & SMITH, A PLC

  //s// Branch M. Sheppard
Branch M. Sheppard
State Bar No. 24033057
bsheppard@gallowaylawfirm.com
Annarose M. Harding
State Bar No. 24071438
aharding@gallowaylawfirm.com
1301 McKinney, Suite 1400
Houston, Texas 77010
Telephone: (713) 599-0700
Facsimile: (713) 599-0777
**ATTORNEYS FOR INTERESTED PARTY,
KONZA MINING FUND I LP**

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2022, a true and correct of the foregoing Notice of Hearing was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      //s// Branch M. Sheppard
                                                      Branch M. Sheppard