United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| **COMPUTE NORTH HOLDINGS, INC.,** *et al.*, | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER DENYING RECONSIDERATION

If the second amended disclosure statement is intended to be a motion for reconsideration of whether the exculpation provision in the proposed plan can be approved, the motion for reconsideration is denied. The Court issues this order in recognition of the time constraints faced by the Debtors.

SIGNED 12/19/2022

_____
Marvin Isgur
United States Bankruptcy Judge