IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | **(Jointly Administered)** |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| ***et al.*,**[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | |
| | § | |

**AGREED ORDER RESOLVING CORPUS CHRISTI ENERGY PARK, LLC'S
EMERGENCY MOTION TO COMPEL REJECTION OF THE DB CONTRACT**

**[Relates to Dkt. No. 644]**

THIS MATTER came before the Court on December 20, 2022, upon Corpus Christi Energy Park, LLC's *Emergency Motion to Compel Rejection by Debtor CN Corpus Christi, LLC of Design-Build Contract under 11 U.S.C. § 365(d)(2)* [Docket No. 644] (the "Motion to Compel Rejection"); and it appearing that Corpus Christi Energy Park, LLC ("CCEP") and the Debtors have agreed to the disposition of the Motion set forth in this Agreed Order; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The *Agreement Between Owner and Design-Builder – Lump Sum (DBIA Form No. 525 (modified))* (the "DB Contract"), dated as of March 16, 2022, is deemed terminated upon entry of this Agreed Order, and neither party has any further obligations to the other party from this date forward under the DB Contract.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

2. This Agreed Order does not adjudicate any party's existing claims or defenses as to the DB Contract. Any and all existing claims and defenses of the parties arising from the DB Contract or the termination thereof are preserved for future determination by the Bankruptcy Court.

3. This Court shall retain exclusive jurisdiction over all matters relating to the implementation, interpretation, or enforcement of this Order and the matters addressed herein.

Signed: December __, 2022.

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AS TO FORM AND SUBSTANCE**:

Dated: December 19, 2022.

By: */s/ Robert C. Rowe*
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
901 Main St., Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214- 580-2641
markcastillo@ccsb.com
rrowe@ccsb.com

*Counsel for Corpus Christi Energy Park, LLC*

By: */s/ James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III
Texas State Bar No. 24027354
600 Travis St., 58th Floor
Houston, Texas 77002
jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Samantha Martin (admitted *pro hac vice*)
200 Park Avenue New York, New York 10166 Telephone: (212) 318-6000
Facsimile: (212) 319-4090 Email:
lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
samanthamartin@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100 Email:
mattmicheli@paulhastings.com
michaeljones@paulhastings.com

***Counsel for Debtors and Debtors-in-Possession***