IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*, | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED[2]
WITNESS AND EXHIBIT LIST FOR HEARING ON DECEMBER 20, 2022**

The Official Committee of Unsecured Creditors of Compute North Holdings, Inc., *et al.* (the "Committee") in these chapter 11 cases respectfully submits this witness and exhibit list (the "Amended List") for the hearing scheduled for December 20, 2022, at 2:00 p.m. (prevailing Central Time) (the "Hearing").

## WITNESS LIST

The Committee may call all of the following witnesses at the Hearing:

1. Any witnesses called or designated by Compute North Holdings, Inc., and its debtor affiliates (collectively, the "Debtors") or any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by the Debtors or any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Amended items are noted in ***bold and italic print*** herein.

## EXHIBIT LIST

The Committee may use any of the following exhibits at the Hearing:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates [Docket No. 691], as the same may be further amended, modified, revised, or supplemented* | | | | |
| 2. | *Disclosure Statement for the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates [Docket No. 683], as the same may be further amended, modified, revised, or supplemented* | | | | |
| 3. | Any exhibit designated or used by the Debtors or any other party | | | | |
| 4. | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party | | | | |

The Committee reserves the right to further amend or supplement this Amended List at any time prior to or during the Hearing.

*[Remainder of page intentionally left blank]*

Dated: December 20, 2022

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

/s/ Charles R. Gibbs
Charles R. Gibbs
Texas State Bar No. 7846300
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

-and-

Kristin K. Going (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Stacy A. Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017-5404
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: kgoing@mwe.com
         dazman@mwe.com
         salutkus@mwe.com
         nrowles@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

  I certify that on December 20, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               /s/ *Charles R. Gibbs*
               Charles R. Gibbs