UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] AGENDA FOR VIRTUAL[3] HEARING ON MOTIONS
SCHEDULED FOR DECEMBER 20, 2022 AT 2:00 P.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR
AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**I.   Resolved Matters.**

**1.** *Corpus Christi Energy Park, LLC's Emergency Motion to Compel Rejection by Debtor CN Corpus Christi, LLC of Design-Build Contract Under 11 U.S.C. § 365(d)(2)* [Docket No. 644].

**Related Documents.**

**A.** *[Proposed] Agreed Order Resolving Corpus Christi Energy Park, LLC's Emergency Motion to Compel Rejection of the DB Contract* [Docket No. 688].

**Status**: This matter has been resolved.  The parties will submit the above agreed order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Amended items appear in **bold**.

[3] Audio connection will be by use of the Court's dial-in facility.  You may access the facility at **832-917-1510**.  Once connected, you will be asked to enter the conference room number.  Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**.  The meeting code is "**JudgeIsgur**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

for submission at the hearing.

2. *Corpus Christi Energy Park, LLC's Emergency Motion for Relief Under 11 U.S.C. § 362 from Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* [Docket No. 645].

**Related Documents.**

    A. *Agreed Order Resolving Corpus Christi Energy Park, LLC's Emergency Motion to Lift the Automatic Stay* [Docket No. 689].

**Status**: This matter has been resolved. The parties will submit the above agreed order for submission at the hearing.

II. **Matters Going Forward.**

3. *Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathon's Miners* [Docket No. 643].

    **Related Documents.**

    A. *Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathon's Miners* [Docket No. 630].

    B. *Notice of Hearing Regarding Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate lending, LLC and Certain Affiliates and MCP Logistics, LLC, Concerning Marathons Miners* [Docket No. 661].

    C. *Notice of Virtual Hearing Regarding Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathons Miners* [Docket No. 680].

    D. *Declaration of Drake Harvey in Support of Joint Motion of Debtors and Marathon Digital Holdings, Inc. for Emergency Approval of Stipulation and Agreed Order by and among the Debtors, Marathon Digital Holdings, Inc., Generate Lending, LLC and Certain Affiliates and MVP Logistics, LLC, Concerning Marathon's Miners* [Docket No. 693].

**Status**: This matter is going forward.

4. ***Solicitation Procedures Motion.*** *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 578].

**Related Documents.**

A. *Joint Liquidating Chapter 11 plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 576].

B. *Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 577].

C. *Notice of Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 581].

D. *Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 631].

E. *Corrected Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion* [Docket No. 648].

F. *Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 665].

G. *Disclosure Statement for Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 666].

H. *Notice of Filing of: (I) Redline of Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings and Its Debtor Affiliates; and (II) Redline of Disclosure Statement of the Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 667].

I. *Notice of Filing of Revised Proposed Solicitation Procedures Order & Schedules Thereto* [Docket No. 668].

J. *Disclosure Statement for the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 683].

K. *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 684]

L. *Notice of Filing of: (I) Redline of Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates; and (II) Redline of Disclosure Statement of the Second Amended Joint*

    *Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 686].

**M.**  Order Denying Reconsideration [Docket No. 687].

**N.**  Notice of Withdrawal [Docket No. 690].

**O.**  *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 691].

**P.**  *Notice of Filing of: (I) Redline of Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates; and (II) Redline of Disclosure Statement of the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 692].

**Q.**  **Notice of Filing of Revised Proposed Solicitation Procedures Order & Schedules Thereto [Docket No. 704].**

**Responses.**

  **A.**  *Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 663].

  **B.**  *Debtors' Reply to Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 671].

  **C.**  ***Supplemental Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 702].**

**Status**: This matter is going forward.

### III. Status Conference

**5.**  Motion [of Konza Mining Fund I, LP] for Entry of Order (I) Identifying Assets and (II) Confirming Terms of Modified Contract [Docket No. 410].

**Related Documents.**

A.  *Notice of Status Hearing on Motion for Entry of Order (I) Identifying Assets and (II) Confirming Terms of Modified Contract* [Docket No. 685].

**Responses.**

A.  *Objection of Debtors to US Digital Mining Texas, LLC's Motion for Relief from Stay to Recover Equipment, Terminate Contract and for Other Relief* [Docket No. 639].

B.  *Omnibus Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Objections to Certain Customer Motions* [Docket No. 664].

**Status**: This matter is going forward as a status conference.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 20, 2022
       Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on December 20, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ James T. Grogan III*
                James T. Grogan III