# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, December 20, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Maria | Bartlett | Cokinos \| Young | MP2 Energy Texas LLC d/b/a Shell Energy |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| James | Grogan | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Ryan | Hamilton | Jefferies LLC | Compute North Holdings, Inc., et al. |
| Drake | Harvey | Compute North Holdings, Inc., | Compute North Holdings, Inc., et al. |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Chris | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Ryan | Mersch | Portage Point Partners LLC | Compute North Holdings, Inc., et al. |
| Matthew | Micheli | Paul Hastings LLP | Compute North Holdings, Inc., et al. |
| Jayson | Ruff | US DOJ | US Trustee |
| Scott | Shelley | Paul Hastings LLP | Compute North Holdings, Inc., et al. |