United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | (Jointly Administered) |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | |
| | § | |

# AGREED ORDER RESOLVING CORPUS CHRISTI ENERGY PARK, LLC'S EMERGENCY MOTION TO LIFT THE AUTOMATIC STAY

**[Relates to Dkt. No. 645]**

THIS MATTER came before the Court on December 20, 2022 upon Corpus Christi Energy Park, LLC's *Emergency Motion for Relief under 11 U.S.C. § 362 From Automatic Stay and for Waiver of 14-Day Stay on Order Granting Relief* [Docket No. 645] (the "Stay Relief Motion"); and it appearing that Corpus Christi Energy Park, LLC ("CCEP") and the Debtors have agreed to the disposition of the Motion set forth in this Agreed Order; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Stay Relief Motion is hereby withdrawn, without prejudice.

2. This Court shall retain exclusive jurisdiction over all matters relating to the implementation, interpretation, or enforcement of this Order and the matters addressed herein.

Signed: December 20, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

7575 Corporate Way, Eden Prairie, Minnesota 55344.