UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 648, 653 & 654** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2022, I caused to be served the:

   a. "Corrected Notice of Further Continuation of Hearing Regarding Solicitation Procedures Motion," dated December 14, 2022 [Docket No. 648], (the "Notice of Continuation"),

   b. "Witness and Exhibit List for December 16, 2022 Hearing," dated December 14, 2022 [Docket No. 653], (the "Witness List"), and

   c. "Notice of Cancelation of Hearing with Regard to Debtors' Emergency Motion for Entry of an Order Pursuant to Sections 105(A), 362, and 542 of the Bankruptcy Code Enforcing the Automatic Stay, Compelling Turnover of Property of the Estate, and Sanctioning NextEra Energy and its Affiliates for Violation of the Automatic Stay," dated December 14, 2022 [Docket No. 654], (the "Notice of Cancelation"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

by causing true and correct copies of the:

    i. Notice of Cancelation to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to: *TZRC LLC, 700 Universe Boulevard, Juno Beach, FL 33408,*

    ii. Notice of Continuation, Witness List, and Notice of Cancelation to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    iii. Notice of Continuation, Witness List, and Notice of Cancelation to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     */s/ Angharad Bowdler*
                                                                     Angharad Bowdler

Sworn to before me this
16th day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

Compute North Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 555 DE HARO STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  28**

**EXHIBIT B**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| ANDREWS MYERS, P.C. | JJUDD@ANDREWSMYERS.COM |
| ARENTFOX SCHIFF LLP | JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; MATTHEW.BENTLEY@AFSLAW.COM |
| AXLE LOGISTICS | BEN.SHUSTER@AXLELOGISTICS.COM |
| BARRON & NEWBURGER, P.C. | SSATHER@BN-LAWYERS.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM |
| BERG HILL GREENLEAF RUSCITTI LLP | PMH@BHGRLAW.COM |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | KEN.GREEN@BONDSELLIS.COM; AARON.GUERRERO@BONDSELLIS.COM |
| BOOTSTRAP ENERGY LLC | INFO@BOOTSTRAP-ENERGY.COM |
| BROWN RUDNICK LLP | RSTARK@BROWNRUDNICK.COM; ACARTY@BROWNRUDNICK.COM |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | MARKCASTILLO@CCSB.COM; RROWE@CCSB.COM |
| CHAMBERLAIN HRDLICKA | JARROD.MARTIN@CHAMBERLAINLAW.COM |
| CIRCUIT BREAKER GUYS LLC | STEVE@CBGUYS.COM |
| CITY OF BIG SPRING, TX | AGROVE@MYBIGSPRING.COM |
| COKINOS/YOUNG | CPOWER@COKINOSLAW.COM; MBARTLETT@COKINOSLAW.COM |
| COMMONWEALTH ELECTRIC COMPANY OF | KBIRKEL@COMMONWEALTHELECTRIC.COM |
| CORTALENT, LLC | APYE@CORTALENT.COM |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | GREGORY.IRWIN@NEE.COM |
| DELL TECHNOLOGIES, INC | STREUSAND@SLOLLP.COM |
| ECHO SEARCH GROUP | ABHATIA@ECHOSEARCHGROUP.COM |
| FLEXENTIAL CORP. | MARK.LEYDA@FLEXENTIAL.COM |
| FOUNDRY DIGITAL LLC | MCOLYER@FOUNDRYDIGITAL.COM |
| FOUNDRY DIGITAL LLC | LBARRA@FOUNDRYDIGITAL.COM |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | COLETT.GAGNON@FREUDENBERG-FILTER.COM |
| FROST BROWN TODD LLC | AWEBB@FBTLAW.COM |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | BSHEPPARD@GALLOWAYLAWFIRM.COM; AHARDING@GALLOWAYLAWFIRM.COM |
| GARTNER, INC. | SPENCER.HOCKERT@GARTNER.COM |
| GENERATE LENDING, LLC | CREDIT.NOTICE@GENERATECAPITAL.COM |
| GENERATE LENDING, LLC | INFO@GENERATECAPITAL.COM |
| GROWTH OPERATORS, LLC | STEPHANIE.WELLS@GROWTHOPERATORS.COM |
| HMB LEGAL COUNSEL | AKHATRI@HMBLAW.COM |
| HUBSPOT, INC. | MEDIA@HUBSPOT.COM |
| HUNTON ANDREWS KURTH LLP | JOSEPHBUONI@HUNTONAK.COM; TADDAVIDSON@HUNTONAK.COM; PGUFFY@HUNTONAK.COM |
| KIRKLAND & ELLIS LLP | CHRISTOPHER.MARCUS@KIRKLAND.COM; ELIZABETH.JONES@KIRKLAND.COM; ANNA.ROTMAN@KIRKLAND.COM; |
| KOCH FILTER CORPORATION | GILBERT.FREDERICK.NEWBERRY@KOCHFILTER.COM |
| MADEL PA | ABEINER@MADELLAW.COM |
| MARATHON DIGITAL HOLDINGS, INC. | FRED@MARATHONDH.COM |
| MAYER, LLP | LHOOD@MAYERLLP.COM |
| MAYER BROWN LLP | BRENKEN@MAYERBROWN.COM; CKELLEY@MAYERBROWN.COM; AELKHOURY@MAYERBROWN.COM |
| MCDERMOTT WILL & EMERY LLP | CRGIBBS@MWE.COM; KGOING@MWE.COM; DAZMAN@MWE.COM; SALUTKUS@MWE.COM; NROWLES@MWE.COM |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| MCGUIREWOODS LLP | APAPA@MCGUIREWOODS.COM; MFREEDLANDER@MCGUIREWOODS.COM |
| MERCURIA ENERGY AMERICA, LLC | KFLOURNOY@MERCURIA.COM |
| MERITUS RECRUITING GROUP LLC | TWILLIAMS@MERITUSRECRUITING.COM |
| MILBANK LLP | ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| MUNSCH HARDT KOPF & HARR, P.C. | JCORNWELL@MUNSCH.COM; JONG@MUNSCH.COM |
| MVP LOGISTICS LLC | AR@MVPSHIP.COM |
| NEBRASKA ATTORNEY GENERAL | NEDOJ@NEBRASKA.GOV |
| NEW YORK STATE ATTORNEY GENERAL | NYAG.PRESSOFFICE@AG.NY.GOV |
| NEXTERA ENERGY RESOURCES, LLC | NEER-GENERAL-COUNSEL@NEXTERAENERGY.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ALICIA.BARCOMB@USDOJ.GOV |
| OKIN ADAMS BARTLETT CURRY LLP | MOKIN@OKINADAMS.COM; ROCONNOR@OKINADAMS.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | LMBKR@PBFCM.COM |
| PORTER HEDGES LLP | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM |
| PROSEK LLC | TPETRULLO@PROSEK.COM |
| PRYOR CASHMAN LLP | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PATTYTOMASCO@QUINNEMANUEL.COM |
| RAND WORLDWIDE INC. | ASOBOLEWSKI@RAND.COM |
| RECRUITERS OF MINNESOTA | KELLY@RECRUITERSOFMN.COM |
| SCHULTE ROTH & ZABEL LLP | KRISTINE.MANOUKIAN@SRZ.COM; PETER.AMEND@SRZ.COM |
| SEC HEADQUARTERS | OIG@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | DFW@SEC.GOV |
| SHOOK, HARDY & BACON, L.L.P. | JOLEWIS@SHB.COM |
| SPECTRUM SEARCH PARTNERS, LLC | TOM@SPECTRUMSEARCHPARTNERS.COM |
| STATE OF TEXAS ATTORNEY GENERAL | CONSUMER.COMPLAINTS@OCCC.STATE.TX.US |
| SUNBELT SOLOMON SERVICES, LLC | BILL.SPARKS@SUNBELTSOLOMON.COM |
| TEXAS STATE SECURITIES BOARD | SUBMISSIONS@SSB.TEXAS.GOV |
| THE FINMAN LAW FIRM PLLC | TFINMAN@FINMANLAWFIRM.COM |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | SHERRI.SIMPSON@OAG.TEXAS.GOV |
| TZ CAPITAL HOLDINGS, LLC | GREGORY.IRWIN@NEE.COM |
| TZRC MINING LLC | AMARCHESE@TMRCORP.COM |
| URBAN SOLUTION GROUP | ACCOUNTING@URBANSOLUTIONGROUP.COM |
| US ATTORNEY'S OFFICE | RICHARD.KINCHELOE@USDOJ.GOV; USATXS.ATTY@USDOJ.GOV |
| US BITCOIN CORPORATION | JBLOCK@USBITCOIN.COM |
| VERIBI, LLC | MHECF@AOL.COM |
| WEIL, GOTSHAL & MANGES LLP | ALFREDO.PEREZ@WEIL.COM; GARY.HOLTZER@WEIL.COM; JESSICA.LIOU@WEIL.COM; ALEXANDER.COHEN@WEIL.COM |
| WESTWOOD PROFESSIONAL SERVICES | DAVID.WIRT@WESTWOODPS.COM |