## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 683, 691 and 715** |

### NOTICE OF FILING OF SOLICITATION VERSIONS OF THE
### DISCLOSURE STATEMENT AND JOINT LIQUIDATING CHAPTER 11 PLAN

**PLEASE TAKE NOTICE THAT:**

1. On December 19, 2022, the above-captioned debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") filed the *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 691] (as may be amended, modified, or supplemented from time to time, the "Plan") and the *Disclosure Statement for the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings,Inc. and Its Debtor Affiliates* [Docket No. 683] (as may be amended, modified, or supplemented from time to time, including all exhibits and schedules thereto, the "Disclosure Statement").[2]

2. On December 20, 2022, the Bankruptcy Court for the Southern District of Texas (the "Court") held a hearing to consider the adequacy of the Disclosure Statement and approval of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement or Plan, as applicable.

the procedures proposed by the Debtors for solicitation of votes to accept or reject the Plan (the "Solicitation Procedures"). On December 21, 2021, the Court entered an order conditionally approving the Disclosure Statement, approving the Solicitation Procedures, and approving the form of ballots (the "Ballots") and notices (the "Notices") [Docket Not. 715] (the "Disclosure Statement Order").

3. In accordance with the Disclosure Statement Order, the Debtors have made final, non-substantive changes to the Plan, the Disclosure Statement, the Ballots, and the Notices; (b) the solicitation version of the Plan is attached hereto as **Exhibit A**; and (c) the solicitation version of the Disclosure Statement is attached hereto as **Exhibit B**.

4. Copies of the Plan and the Disclosure Statement may be obtained free of charge by (i) visiting the website maintained by the Debtors' voting agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Solicitation Agent") at https://dm.epiq11.com/case/computenorthholdings/info. In addition, copies of the Plan, the Disclosure Statement, and other filings may be obtained at or viewed for a fee on the Court's website, http://www.txs.uscourts.gov and following the directions for accessing the ECF system on such website.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 21, 2022
       Houston, Texas

/s/  James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on December 21, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                          */s/ James T. Grogan III*
                          James T. Grogan III