THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------- x

In re:

**COMPUTE NORTH HOLDINGS, INC., et al.**

     **Debtors.**

**CHAPTER 11**
**CASE NO. 22-90273 (MI)**
**(JOINTLY ADMINISTERED)**

----------------------------------------------------------------

### ORDER MODIFYING THE AUTOMATIC STAY (1) PERMITTING GH EFFECT, INC. TO RECOVER EQUIPMENT AND (2) TERMINATING CONTRACT AND DEEMING CONTRACT REJECTED

Came before the Court the Motion by GH Effect, Inc. (1) for Relief from the Automatic Stay by GH Effect, Inc. to Recover Equipment; (2) to Terminate and Compel Rejection of Contract; and (3) for Other Relief (the "Motion," Docket Entry No. ___).  Based upon the record before the Court, the Court finds cause to grant relief the Motion.

It is therefore, hereby

**ORDERED** that the Motion is **GRANTED** in full and in all respects; and it is further

**ORDERED** that the Master Agreement as described in the Motion is deemed rejected effective the date of entry of this Order; and it is further

**ORDERED** that Compute North releases any lien that it may have on the Equipment; and it is further

**ORDERED** that the automatic stay is modified to permit GH Effect, Inc. to retrieve its Equipment, as described in the Motion, wherever it may be located; and it is further

**ORDERED** that the automatic stay is modified to permit GH Effect, Inc. to terminate the Master Agreement; and it is further

**ORDERED** that notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

DATED:_____

_____
Marvin Isgur
United States Bankruptcy Judge