DocuSign Envelope ID: 1B1F7D1D-BE1A-45F5-9E48-39E6B09E6073



## Exhibit A – Order Form

**Customer:** GH Effect

**Facility:** Wolf Hollow, TX USA (TX10 Data Center)

**Equipment and Fees:**

**Date of Order or Change Order: 7/26/2022**

| Batch # | 001 |
|---|---|
| Deal ID | 9602390790 |
| Order Type | ☒ New Order      ☐ Renewal      ☐ Change Order |
| **Equipment** | |
| **Quantity** | **Model** | **Unit Efficiency (W/TH)** |
| 75 | S19j (90T) | 36 |
| 24 | S19j Pro (92T) | 31 |
| 3 | S19j Pro (96T) | 31 |
| 9 | S19j Pro (100T) | 31 |
| 97 | S19j Pro (104T) | 31 |
| Hosting Services Rate (USD) | Anticipated Daily Rate: $1,015.30 (equivalent to $0.064 / kWh) | |
| Total Monthly Package Fee (per unit) | Select @ $3.00 | |
| Equipment Term | 60 Months | |

**Package Details:**

|  | Basic | Select | Premier |
|---|---|---|---|
| **Core Features** | | | |
| Equipment | Customer Provided | Customer Provided | Customer Provided |
| Equipment Managed | No | Yes | Yes |
| Rack Space | X | X | X |
| 240V Power | X | X | X |
| Ambient Air Cooling | X | X | X |
| Redundant Internet Connectivity | X | X | X |
| Physical Security | X | X | X |
| **Technical Support** | | | |
| Basic Remote Hands | X | X | X |
| Advanced Remote Hands | | X | X |
| SLA Level | Network & Power | Hashrate Performance | Hashrate Performance |
| VPN Access | X | | |
| RMA Processing | | X | X |
| **Premium Features** | | | |
| Miner Configuration | | X | X |
| Miner Monitoring | | X | X |
| Alert Management and Proactive Response | | X | X |
| Automated Rules-based Reboots | | X | X |
| Stock Firmware Upgrades | | X | X |
| Compute North Pool (U.S.-based pool) | | | X |
| Pool to Hash Performance Monitoring, Audit, Reconciliation | | | X |

DocuSign Envelope ID: 1D1F7D1D-BE1A-45F5-9E48-39E6B09E6073



| | | | |
|---|---|---|---|
| Discounted Pool Fee | | | X |
| Performance Enhancing Firmware<br>• Overclocking, Underclocking, Auto-tuning, Upgrades<br>• Customer provided (subject to Compute North approval) or<br>• Compute North provided (miner model limited) | | | X |

**Payment and Billing Terms:**

- **Initial Setup Fee**: Initial Setup Fee is due upon execution of this Order Form.

- **Monthly Fees:**

    - Last two months of Monthly Service and Package Fees are due upon execution of this Order Form (the "Initial Deposit"), as follows:

      | Initial Deposit | |
      |---|---:|
      | Service Fees: ($1,015.30 /day x 30 days/mo. x 2 mos.) | $60,918.00 |
      | Package Fees: (208 miners x $3.00/miner x 2 mos.) | + $1,248.00 |
      | Total Initial Deposit | $62,166.00 |

      Equipment installation will not begin until received.

    - The Monthly Service Fee is payable based on the actual hashrate performance of the Equipment per miner type per location as a percentage of the anticipated monthly hashrate per miner type. Customer shall pay a minimum service fee monthly in advance equal to seventy percent (70%) of the Expected Monthly Service Fee (the "Minimum Service Fee") based on the Anticipated Daily Rate. The Minimum Service Fee is nonrefundable.

    - The actual Monthly Service Fee is determined using the Hashrate Performance Adjustment:

      Hashrate Performance Adjustment = Expected Monthly Service Fees x
      (100% - Actual hashrate performance percentage by model type)

    Any Monthly Service Fee owed in excess of the Minimum Service Fee net of the Hashrate Performance Adjustment will be invoiced monthly in arrears. Customer is not eligible for service credits.

    - Monthly Service Fees and Monthly Package Fees will be invoiced monthly beginning on the date of Installation and are due upon receipt of invoices submitted by Compute North. Late payments will incur interest at the lesser of 1.5% per month (18% annum) or the maximum amount allowed under applicable law.

    - Pricing is subject to monthly automated ACH payments. Other payment methods may be subject to a service fee.

| Billing Example – Minimum Service Fee | |
|---|---:|
| Anticipated Daily Rate (One Miner) | $4.00 |
| Period (Days in the Month) | 30 |
| Number of Units | 10 |
| Expected Total Monthly Service Fees | $1,200.00 |
| | x 70% |
| **Monthly Minimum Service Fee** | **$840.00** |

| Billing Example: 96% hashrate performance | | | Billing Example: 105% hashrate performance | |
|---|---:|---|---|---:|
| Expected Total Monthly Service Fees | $1,200.00 | | Expected Total Monthly Service Fees | $1,200.00 |
| Hashrate Performance Adjustment (-4%) | -$48.00 | | Hashrate Performance Adjustment (5%) | $60.00 |
| Total Monthly Service Fee | $1,152.00 | | Total Monthly Service Fee | $1,260.00 |
| Minimum Service Fee (Prepaid) | -$840.00 | | Minimum Service Fee (Prepaid) | -$840.00 |
| **Balance Due** | **$312.00** | | **Balance Due** | **$420.00** |



**Real-Time Interruptible Power:**

Real-time interruptible power may not be available for all Equipment. When real-time interruptible power is available, Customer consents to Compute North installing, configuring and maintaining software (including firmware) on the applicable Equipment and using such software to provide real-time interruptible power services subject to this Agreement. Customer acknowledges and agrees that its use of such software is subject to Compute North's agreement with the licensor(s) thereof.

**Deployment Priority:**

Customer's deployment priority is established as of the date on which Compute North receives the Initial Deposit. Once established, Compute North will use commercially reasonable efforts to deploy the Equipment consistent with Customer's deployment priority subject to the following acknowledged risk factors: land and site acquisition, regulatory affairs, power purchase agreement (PPA), infrastructure equipment availability (medium voltage cables, containers, etc.), and long lead time equipment procurement (substation, transformer, etc.).

**Invoice Detail:**

| Contact Name | Bradley Noonan |
|---|---|
| Email | brad@technogistic.com |
| Phone | 5616998763 |
| Billing Street | 824-A lake Ave,#287 |
| Billing City/State/Zip/Country | Lake Worth, Fl, 33480 |

**Order Type:**

☐ **For orders designated as "Renewal" or "Change Order":** This Order Form replaces all then-existing order forms under the applicable Agreement between Compute North and Customer for the identified Equipment, with all other order forms remaining in full force and effect. The Previous Orders and Equipment List attached and appended hereto identifies the Equipment that remains subject to a prior order form as of the date of this Order Form.

☒ **For orders designated as "New":** This Addendum is and shall be in addition to all then-existing order forms under the applicable Agreement between Compute North and Customer, which order forms shall remain in full force and effect. The Previous Orders and Equipment List attached and appended hereto identifies the Equipment that remains subject to a prior order form as of the date of this Order Form.

**Compute North LLC**

By: _Kyle Wenzel_ (DocuSigned by: DE2F284F9AB84E8...)
Name: Kyle Wenzel
Title: Chief Commercial Officer
Date: 7/27/2022

**GH Effect**

By: _Bradley Noonan_ (DocuSigned by: 88EE0653D3CB4B4...)
Name: Bradley Noonan
Title: President
Date: 7/27/2022

DocuSign Envelope ID: 1D1F7D1D-BE1A-45F5-9E48-39E6B09E6073



## Previous Orders and Equipment List

| Batch # | Equipment Type | Quantity | Facility |
|---|---|---|---|
| 001 | | | |
| | | | |
| | | | |
| | | | |