

**SHIPPING MANIFEST**
**08/5/2022**
**BOL# 50597403**

FROM:
Del Branch
Waha Technology
197 Dixie Wood Road
Washington, Georgia 30673
Phone: 706-318-5975
Email: del@wahatech.io

SHIP TO:
Comput North
1801 Mitchell Bend Hwy
Granbury, Tx 76048
Blake Starr
361-701-6555

## 3 Shipments as follows:
## Alder Avi    5 Pallets 134 Assets
## Alder 2      5 Pallets 145 Assets
## GHEffect     7 Pallets 208 Assets

## 17 pallets total of 471 Assets

## Individual Manifest for each pallet attached

_ELBERT Garrett_ / _[signature]_

**Driver Printed Name**     **Signature**

| Group | Ser# | Model | TH |
|---|---|---|---|
| GHEffect | SMTTD4CBAABJA0492 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0483 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0482 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0481 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJD0651 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJD0595 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0056 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0305 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJE0121 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0240 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0058 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0061 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0269 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0394 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0243 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0142 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0143 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0242 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0244 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0551 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0210 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0065 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0049 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0513 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0148 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0511 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAAABD0457 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJD0596 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAAABD0464 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0073 | S19JPro 104 | 104 |

| Group | Ser# | Model | TH |
|---|---|---|---|
| GHEffect | SMTTD4CBAABJA0092 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0480 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0489 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAAABD0466 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0160 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0494 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0485 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0488 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0487 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0095 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0067 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0097 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0497 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0154 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0207 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0066 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0088 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAAABD0454 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0349 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0507 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0103 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0113 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0110 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0399 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0337 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0335 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0353 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0093 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0115 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0439 | S19JPro 104 | 104 |

| Group | Ser# | Model | TH |
|---|---|---|---|
| GHEffect | SMTTD4CBAABJA0362 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0217 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0514 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0443 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0064 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAAABD0469 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0441 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0212 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0052 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0273 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0070 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0059 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0053 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJD0592 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0215 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0272 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0241 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0216 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0249 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0060 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0306 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0248 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJF0051 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0484 | S19JPro 104 | 104 |
| GHEffect | SMTTD4CBAABJA0144 | S19JPro 104 | 104 |
| GHEffect | SMTTD4DBAAJBA0134 | S19JPro 92 | 92 |
| GHEffect | SMTTD4DBAAJBJ0300 | S19JPro 92 | 92 |
| GHEffect | YNAHD4DBAAJBB00M6 | S19JPro 92 | 92 |
| GHEffect | SMTTD4DBAAJBJ0305 | S19JPro 92 | 92 |
| GHEffect | SMTTD4DBAAAJI0033 | S19JPro 92 | 92 |

| Group | Ser# | Model | Th |
|---|---|---|---|
| GHEffect | PIEMD4ABAAJBB7066 | S19JPro 96 | 96 |
| GHEffect | YNAHD4CBAAJBF00AV | S19JPro 104 | 104 |
| GHEffect | PIEMD4CBAABJH1986 | S19JPro 104 | 104 |
| GHEffect | PIEMD4CBAABJH1745 | S19JPro 104 | 104 |
| GHEffect | YNAHD4CBAAJBG00KP | S19JPro 104 | 104 |
| GHEffect | YNAHD4DBAAAJA00DK | S19JPro 92 | 92 |
| GHEffect | KPMID4DBAABJA1021 | S19JPro 92 | 92 |
| GHEffect | YNAHD4CBAAJBD007A | S19JPro 104 | 104 |
| GHEffect | YNAHD4DBAAJBF01AD | S19JPro 92 | 92 |
| GHEffect | YNAHD4CBAAJBE0067 | S19JPro 104 | 104 |
| GHEffect | PIEMD4DBAJIBH1061 | S19JPro 92 | 92 |
| GHEffect | YNAHD4BBAAJBF01A6 | S19JPro 100 | 100 |
| GHEffect | YNAHD4BBAAAJA00RZ | S19JPro 100 | 100 |
| GHEffect | YNAHD4BBAAAJB00P2 | S19JPro 100 | 100 |
| GHEffect | YNAHD4CBAAJBF00B4 | S19JPro 104 | 104 |
| GHEffect | PIEMD4ABAAJBB7573 | S19JPro 96 | 96 |
| GHEffect | PIEMD4ABAAJBB7279 | S19JPro 96 | 96 |
| GHEffect | YNAHD4BBAAJBF01EG | S19JPro 100 | 100 |
| GHEffect | YNAHD4BBAAJBH00R7 | S19JPro 100 | 100 |
| GHEffect | YNAHD4DBAAJBE00H7 | S19JPro 92 | 92 |
| GHEffect | YNAHD4DBAAJBE00S7 | S19JPro 92 | 92 |
| GHEffect | YNAHD4CBAAJBE000M | S19JPro 104 | 104 |
| GHEffect | YNAHD4DBAAJBF00EV | S19JPro 92 | 92 |
| GHEffect | PIEMD4DBAJIBH1551 | S19JPro 92 | 92 |
| GHEffect | PIEMD4DBAABJH0562 | S19JPro 92 | 92 |
| GHEffect | YNAHD4DBAAJBE00XW | S19JPro 92 | 92 |
| GHEffect | PIEMD4DBAJIBH1139 | S19JPro 92 | 92 |
| GHEffect | PIEMD4DBAJIBH6870 | S19JPro 92 | 92 |
| GHEffect | PIEMD4DBAJIBH1554 | S19JPro 92 | 92 |
| GHEffect | YNAHD4BBAAAJB00FV | S19JPro 100 | 100 |

| Group | Ser# | Model |
|---|---|---|
| GHEffect | YNAHD4CBAAJBF00XP | S19JPro 104 |
| GHEffect | YNAHD4CBAAJBG00ZZ | S19JPro 104 |
| GHEffect | PIEMD4CBAABJH1984 | S19JPro 104 |
| GHEffect | YNAHD4CBAAJBF00N0 | S19JPro 104 |
| GHEffect | KPMID4BBAAAJC1470 | S19JPro 100 |
| GHEffect | KPMID4BBAAAJC1541 | S19JPro 100 |
| GHEffect | YNAHD4BBAAAJB00K7 | S19JPro 100 |
| GHEffect | PIEMD4DBAJIBH1517 | S10JPro 92 |
| GHEffect | KPMID4DBAABJA1023 | S10JPro 92 |
| GHEffect | SMTTD4DBAAJBH0222 | S10JPro 92 |
| GHEffect | YNAHD4DBAAJBE006R | S10JPro 92 |
| GHEffect | YNAHD4DBAAJBF00GD | S10JPro 92 |
| GHEffect | YNAHD4DBAAJBF008B | S10JPro 92 |
| GHEffect | KPMIC2ABBJAJE2137 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0564 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2342 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2262 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2263 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0620 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0594 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2122 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0617 | S19 90 |
| GHEffect | KPMIC2ABBJAJD8963 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2302 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0607 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0595 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1881 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2264 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0623 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2283 | S19 90 |

| Group | Ser# | Model |
|---|---|---|
| GHEffect | KPMIC2ABBJAJE2340 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0597 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2266 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2267 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2255 | S19 90 |
| GHEffect | KPMIC2ABBJAJD9006 | S19 90 |
| GHEffect | KPMIC2ABBJAJD1252 | S19 90 |
| GHEffect | KPMIC2ABBJAJD8999 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2314 | S19 90 |
| GHEffect | KPMIC2ABBJAJD1238 | S19 90 |
| GHEffect | KPMIC2ABBJAJD1302 | S19 90 |
| GHEffect | KPMIC2ABBJAJD8997 | S19 90 |
| GHEffect | KPMIC2ABBJAJD9003 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1917 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0613 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1918 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0619 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1916 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0611 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2136 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1937 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2126 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1869 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2281 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0616 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1975 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0596 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2140 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2131 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1655 | S19 90 |

| Group | Ser# | Model |
|---|---|---|
| GHEffect | KPMIC2ABBJAJE2141 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0614 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0621 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1910 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0606 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0612 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1912 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2265 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2250 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1913 | S19 90 |
| GHEffect | KPMIC2ABBJAJD1237 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2256 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1906 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1950 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2358 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1972 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2118 | S19 90 |
| GHEffect | KPMIC2ABBJAJD9001 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2258 | S19 90 |
| GHEffect | KPMIC2ABBJAJE0768 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2139 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2341 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2129 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2133 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2117 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1988 | S19 90 |
| GHEffect | KPMIC2ABBJAJE2277 | S19 90 |
| GHEffect | KPMIC2ABBJAJE1863 | S19 90 |

# BILL OF LADING

**SHIP FROM**

Name: Waha Tech
Address: 197 Dixiewood Rd.,
City/State/Zip: WASHINGTON, GA, 30673
Chris Bissell    P: 404-732-7003 Ext.
Stop Notes:

BOL Number: 50597403
Carrier: ROAD LEGENDS
Pro #:

**BAR CODE SPACE**

Pick up date: 8/5/2022
Trailer #:
Seal #:

**SHIP TO**

Name: Compute North
Address: 1801 Mitchell Bend Hwy
City/State/Zip: GRANBURY, TX, 76048
Blake Starr    P: 361-701-6555 Ext.
Stop Notes:

**THIRD PARTY FREIGHT CHARGES BILL TO**

Echo Global Logistics
600 W. Chicago, Suite 725
Chicago, IL 60654 UNITED STATES

Freight Charge Terms:
Prepaid [x] Collect [ ] 3rd Party [x]
Carrier Acct #:
Quote ID:

Special Instructions:

Shipper Instructions:
Pickup #:
Log Type:
Special Services:

Consignee Instructions:
Delivery #:
Log Type:
Special Services:

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 0   Pallet Type:
Skid Spots   Stackable: No
Pallet Dimensions   L   W:   H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 18 | Pallets | 0 | | 23500 | | | Computers, NOI | | |
| 18 | | 0 | | 23500 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms: Collect: [ ]  Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE
Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier:    Date:

Shipper:    Date:

*No security tag in place — OK'd to off load per Matt*
*529 Miners*
*matthew w/ [signature]*
*Kristin Ryser*
*[signature]*

