THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------------ x

**In re:**

**COMPUTE NORTH HOLDINGS, INC., et al.**

     **Debtors.**

**CHAPTER 11**
**CASE NO. 22-90273 (MI)**
**(JOINTLY ADMINISTERED)**

------------------------------------------------------------------

**ORDER MODIFYING THE AUTOMATIC STAY (1) PERMITTING
ALDER OPPORTUNITY, LP, ALDER SPV I, LLC, AND ALDER BTC,
LLC TO RECOVER EQUIPMENT AND (2) TERMINATING
CONTRACTS AND DEEMING CONTRACTS REJECTED**

Came before the Court the Motion by Alder Opportunity, LP; Alder SPV I, LLC; and Alder BTC Holdings, LLC (together, the "Alder Entities") (1) for Relief from the Automatic Stay by the Alder Entities to Recover Equipment; (2) to Terminate and Compel Rejection of Contract; and (3) for Other Relief (the "Motion," Docket Entry No. ___). Based upon the record before the Court, the Court finds cause to grant relief the Motion.

    It is therefore, hereby

    **ORDERED** that the Motion is **GRANTED** in full and in all respects; and it is further

    **ORDERED** that the Master Agreements as described in the Motion are deemed rejected effective the date of entry of this Order; and it is further

    **ORDERED** that Compute North releases any lien that it may have on the Equipment; and it is further

    **ORDERED** that the automatic stay is modified to permit the Alder Entities to retrieve their Equipment, as described in the Motion, wherever it may be located; and it is further

    **ORDERED** that the automatic stay is modified to permit the Alder Entities to terminate the Master Agreements; and it is further

**ORDERED** that notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

DATED:_____

_____
Marvin Isgur
United States Bankruptcy Judge