| CASE NAME: | Compute North Holdings, Inc., et al., |
|---|---|
| CASE NUMBER: | 22-90273 (MI) |
| PETITION DATE: | September 22, 2022 |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On September 22, 2022 (as applicable to each Debtor, the "Petition Date"), Compute North Holdings, Inc. and certain of its affiliated debtors, as debtors (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the District of Southern District of Texas (the "Bankruptcy Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 23, 2022 the Bankruptcy Court entered orders authorizing the joint administration of these cases pursuant to Rule 1015(b) [Docket No. 43] of the Federal Rules of Bankruptcy Procedure. On October 6, 2022, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to Bankruptcy Code section 1102(a)(1) [Docket No. 139]. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

1) General Methodology: The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating reporting requirements of the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied on by any persons for information relating to current or future financial condition, events or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete. The MOR may be subject to material future revision. The following notes, statements and limitations should be referred to, and referenced in connection with, any review of the MOR.

2) Basis of Presentation: For financial reporting purposes, the Debtors prepare consolidated financial statements and have done so since conception, which include information for Compute North Holdings, Inc. and its debtor subsidiaries. This MOR only contains financial information of the Debtors, unless otherwise noted. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the Debtors have been prepared with the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity. The information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. The MOR has been developed to the best of the Debtor's knowledge and ability. Notwithstanding any such discovery, new information or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. Except as previously noted, the financial statements presented herein reflect the book values of the Debtors and, as a result, do not reflect the going concern valuation of the Debtors. The Company is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Company based on this financial information or any other information.

3) Reporting Period: Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4) Accuracy: The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5) Payment of Prepetition Claims Pursuant to First Day Orders: On September 22, 2022 the Bankruptcy Court entered various orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) employee wages, salaries, and related items, (b) insurance and surety obligations, (c) vendor claims, (d) taxes and assessments, and (e) continue use of their cash management system. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6) Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of prepetition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or plan of liquidation. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or plan of liquidation. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under the Financial Accounting Standards Board's Accounting Standards Codification 852 – Reorganizations ("ASC 852") are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, payment of such amounts subject to First Day Orders or other events. The consolidated total of secured, priority, and general unsecured claims reported in the Schedules of Assets and Liabilities ("SOAL") may vary materially compared to the presented LSTC as the Debtors continue the claims reconciliation process. In addition, certain unliquidated claims were listed with no claim balance in the SOAL while the Debtors report them as pre-petition liabilities for reporting purposes, which increases the total LSTC balance.

7) Reorganization Items: ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items primarily include write-off of certain original issue premiums and debt issuance costs relating to debt obligations classified as LSTC, expenses related to legal advisory and representation services, other professional consulting and advisory services and changes in LSTC recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings.

8) Consolidated Entity Accounts Payable and Disbursement Systems: As described in the Motion Regarding Chapter 11 First Day Motions Debtors Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts and Business Forms; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 19] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "Cash Management System"). The Debtors maintain a consolidated disbursements system to pay the majority of operating and administrative expenses through centralized disbursement accounts. Several Debtors maintain bank accounts for specific sites operated for collection. For the purposes of reporting, restructuring professional and ordinary course professional ("OCP") fees are reported on a consolidated basis within Compute North LLC schedules.

9) Intercompany Transactions and Balance: Prior to the Petition Date, the Debtors routinely engaged (and continue to engage) in intercompany transactions with debtor affiliates. The Debtors typically report financials on a consolidated basis and operate as a single entity. Intercompany transactions are recorded each instance where assets are moved from one entity to the other, and a corresponding intercompany payable credit is entered. The Debtors' do not report intercompany balances on the consolidated level as the transactions create net balances.

10) Cash Balance: The Debtors regularly sweep cash into the master cash account through the Compute North LLC Debtor entity. Disbursements for expenses are made by the individual Debtor bank accounts for various entities and are reimbursed by the master Debtor bank account. For presentation purposes, all receipts are shown at the Compute North LLC entity while disbursements are shown relating to the specific Debtor entity that the expense relates to. This presentation can cause discrepancies between the book and bank beginning and ending cash balances at the Debtor entity level. The cash balance across all Debtors should be viewed on a consolidated basis. In addition, for certain Debtor entities, the beginning cash number is reported differently than in previous periods to account for inter-Debtor transactions between Debtor bank accounts and ending in the correct ending balance by entity. The Compute North LLC beginning cash balance is approximately $115k higher in October 2022 for the disbursement of the Utilities Adequate Assurance deposit on October 7, 2022. The utilities deposit remains in possession of a new Compute North LLC bank account and is reported as part of Compute North LLC ending cash. Any additional variances to beginning cash are immaterial due to cash in-transit between Debtor zero-balance accounts and the master bank account.

11) Depreciation and Amortization: The Debtors report non-corporate depreciation at all sites in cost of goods sold for various entities. Due to this standard reporting some capital asset schedules will show more depreciation than is reported in the Debtor-level depreciation expense line.

12) General and Administrative and Other Expenses: The Debtors present general and administrative expenses net of accrual and other accounting-based adjustments. Such general and administrative accruals and other accounting-based adjustments include stock based compensation and other compensation-related accrual adjustments. The Debtors present other expenses net of other income items, which may cause the expense to be negative if other income items exceed other expenses. These other income items are not considered gross revenues as they do not result from the Debtors operations. Such other income items are inclusive of transition service agreement ("TSA") fees, credit card cash back redemption, etc.

13) Net Book Value of Assets: It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets and, in certain circumstances, estate assets are contemplated to be marketed for sale. For these reasons, the Debtors have indicated in the MOR that the values of certain assets and liabilities are undetermined or unknown. Accordingly, unless otherwise indicated, net book values as of September 22, 2022 as applicable, are reflected on the MOR. Market values may, at times materially, vary from net book values. The Debtors reserve all rights related to the net book values reflected in the MOR.

14) Asset Sold or Transferred: Certain asset sales included numerous assets held at various sites operated by the Debtors. For these asset sales, sales prices were not expressly assigned to each asset involved in the transaction. For these certain asset sales, the MOR reflects the total gross and net sale price of all assets as a consolidated amount listed for the first asset in the schedule. All subsequent assets sold in these certain asset sales are labeled as "Consolidated with other assets" in the defined asset sale. In addition, as part of certain asset sales, the Debtors were relieved of outstanding secured and unsecured debt with respect to the purchaser. The total gross sale proceeds is inclusive of the relieved outstanding secured and unsecured debt. Net proceeds is the net cash received as consideration for the asset sale from the purchaser.

15) Reservation of Rights: The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Debtors**
*Statements of Cash Receipts and Disbursements*

| $ Actual | Compute North Holdings, Inc. | Compute North LLC | CN Corpus Christi LLC | CN Atoka LLC | CN Big Spring LLC | CN Colorado Bend LLC | CN Developments LLC | CN Equipment LLC | CN King Mountain LLC | CN Minden LLC | CN Mining LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 |
| **Operating Receipts** | | | | | | | | | | | |
| CN Mining Receipts | $   - | $   892,612 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Project Colocation & Services Receipts | - | 135,848 | - | - | - | - | - | - | - | - | - |
| Project Curtailment Receipts | - | - | - | - | - | - | - | - | - | - | - |
| PMA Fee Income Receipts | - | 553,500 | - | - | - | - | - | - | - | - | - |
| Expense Reimbursement | - | 1,342,064 | - | - | - | - | - | - | - | - | - |
| Total | $   - | $   3,052,431 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Operating Disbursements** | | | | | | | | | | | |
| Payroll & Benefits | $   - | $   963,263 | $   - | $   - | $   - | $   - | $   3,758 | $   - | $   - | $   - | $   - |
| Ordinary Course Professionals | - | 270 | - | - | - | - | - | - | - | - | - |
| Leases & Utilities | - | 40,557 | - | - | - | - | - | - | - | - | - |
| Insurance | - | 145,616 | - | - | - | - | - | - | - | - | - |
| Sales & Marketing | - | 24,738 | - | - | - | - | - | - | - | - | - |
| Recruiting Fees | - | 7,518 | - | - | - | - | - | - | - | - | - |
| Business Travel | - | 10,968 | - | - | - | - | - | - | - | - | - |
| IT | - | 15,940 | - | - | - | - | - | - | - | - | - |
| Taxes | - | 11,331 | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | 4,939 | - | - | - | - | - | - | - | - | - |
| Project Specific Energy Costs | - | - | - | - | - | - | - | - | - | - | - |
| Other Project Expenses | - | 28,601 | - | - | - | - | 2,700 | - | - | - | - |
| CN Mining Hosting Fees | - | - | - | - | - | - | - | - | - | - | 614,841 |
| Total | $   - | $   1,253,741 | $   - | $   - | $   - | $   - | $   6,458 | $   - | $   - | $   - | $   614,841 |
| **Non-Operating Receipts** | | | | | | | | | | | |
| Gross Receipts from Asset Sales | $   - | $   6,547,000 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Total | $   - | $   6,547,000 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Non-Operating Disbursements** | | | | | | | | | | | |
| Freight & Shipping | - | 82,168 | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - |
| Total | $   - | $   82,168 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Restructuring Costs** | | | | | | | | | | | |
| Debtor Counsel | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Debtor Advisors | - | 322,429 | - | - | - | - | - | - | - | - | - |
| UCC Counsel & Advisors | - | - | - | - | - | - | - | - | - | - | - |
| Total | $   - | $   322,429 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Administrative Relief** | | | | | | | | | | | |
| 503(b)(9) | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Utilities Adequate Assurance | - | - | - | - | - | - | - | - | - | - | - |
| Total | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Other Restructuring Costs** | | | | | | | | | | | |
| Filing Fees | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Trustee Fees | - | - | - | - | - | - | 250 | - | - | - | - |
| Total | $   - | $   - | $   - | $   - | $   - | $   - | $   250 | $   - | $   - | $   - | $   - |
| **Total Restructuring Costs** | $   - | $   322,429 | $   - | $   - | $   - | $   - | $   250 | $   - | $   - | $   - | $   - |
| **Total Receipts** | $   - | $   9,599,431 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| **Total Disbursements** | - | (1,658,338) | - | - | - | - | (6,708) | - | - | - | (614,841) |
| **Net Cash Flow** | $   - | $   7,941,093 | $   - | $   - | $   - | $   - | $   (6,708) | $   - | $   - | $   - | $   (614,841) |

*Debtors*
*Statements of Cash Receipts and Disbursements*
*$ Actual*

| Week Ending | CN Pledgor LLC | Compute North Member LLC | Compute North NC08 LLC | Compute North NY09 LLC | Compute North SD LLC | Compute North Texas LLC | Compute North TX06 LLC | Compute North TX10 LLC |
|---|---|---|---|---|---|---|---|---|
|  | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 11/30/2022 |
| **Operating Receipts** | | | | | | | | |
| CN Mining Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Project Colocation & Services Receipts | - | - | - | - | - | - | - | - |
| Project Curtailment Receipts | - | - | - | - | - | - | - | - |
| PMA Fee Income Receipts | - | - | - | - | - | - | - | - |
| Expense Reimbursement | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Disbursements** | | | | | | | | |
| Payroll & Benefits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - |
| Leases & Utilities | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - |
| Sales & Marketing | - | - | - | - | - | - | - | - |
| Recruiting Fees | - | - | - | - | - | - | - | - |
| Business Travel | - | - | - | - | - | - | - | - |
| IT | - | - | - | - | - | 75 | - | - |
| Taxes | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - |
| Project Specific Energy Costs | - | - | - | - | 161,419 | - | - | - |
| Other Project Expenses | - | - | - | - | 1,022 | 26,583 | - | - |
| CN Mining Hosting Fees | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ 162,441 | $ 26,658 | $ - | $ - |
| **Non-Operating Receipts** | | | | | | | | |
| Gross Receipts from Asset Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Non-Operating Disbursements** | | | | | | | | |
| Freight & Shipping | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Restructuring Costs** | | | | | | | | |
| Debtor Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Debtor Advisors | - | - | - | - | - | - | - | - |
| UCC Counsel & Advisors | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Administrative Relief** | | | | | | | | |
| 503(b)(9) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities Adequate Assurance | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Other Restructuring Costs** | | | | | | | | |
| Filing Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee Fees | - | - | - | - | 250 | 250 | - | - |
| Total | $ - | $ - | $ - | $ - | $ 250 | $ 250 | $ - | $ - |
| **Total Restructuring Costs** | $ - | $ - | $ - | $ - | $ 250 | $ 250 | $ - | $ - |
| **Total Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Disbursements** | - | - | - | - | (162,691) | (26,908) | - | - |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ (162,691) | $ (26,908) | $ - | $ - |

## Compute North SD LLC
### Balance Sheet
#### Unaudited

|  | For Month Ending November 30, 2022 |
|---|---:|
| **Assets** | |
| *Current assets* | |
| Cash | $ - |
| Accounts receivable | 426,693 |
| Intercompany receivable | - |
| Inventory | - |
| Other current assts | - |
| **Total current assets** | $ 426,693 |
| Other non-current assts | 608,105 |
| **Total Assets** | $ 1,034,798 |
| **Liabilities and Equity** | |
| *Current liabilities - Post-petition* | |
| Trade payables | $ 10,021 |
| Accrued expenses | 164,990 |
| Accrued wages | - |
| Unsecured deferred revenue | - |
| Intercompany payables | - |
| **Total current liabilities** | $ 175,011 |
| Total Liabilities Subject to Compromise | 938,447 |
| Long term debt, net | - |
| Taxes payable | 29,735 |
| **Total Liabilities** | $ 1,143,193 |
| **Equity** | $ (108,395) |

# Compute North SD LLC
## Statement of Operations
### Unaudited

|  | Nov 1, 2022 - Nov 30, 2022 |
|---|---:|
| **Net Revenue** | $ 210,823 |
| **Cost of goods sold** | 201,530 |
| **Gross profit** | $ 9,293 |
| Gross margin | 4% |
| **Selling, general & administrative** | |
| Selling expenses | $ - |
| General and adminstrative expenses | 493 |
| Other expenses, net | - |
| Depreciation and amortization | - |
| **Total Expenses** | $ 493 |
| **Income (Loss) from operations** | $ 8,801 |
| Interest expense, net | - |
| **Income (Loss) before income taxes** | $ 8,801 |
| Income tax expense | - |
| **Net income (loss)** | $ 8,801 |
| Reorganization items | - |
| **Adj. Net income (loss)** | $ 8,801 |

**Compute North SD LLC**
*Accounts Receivable Aging*
*$ Actual*

| Receivable Category | Current Balance | Current | 1 - 30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|
| Accounts Receivable | $ 426,693 | $ 41,746 | $ 175,422 | $ 9,908 | $ 73,248 | $ 126,369 | $ - |
| **Total** | **$ 426,693** | **$ 41,746** | **$ 175,422** | **$ 9,908** | **$ 73,248** | **$ 126,369** | **$ -** |

**Compute North SD LLC**
*Postpetition Liabilities Aging*
*$ Actual*

| Liability Category | Current Balance | Current | 1 - 30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|
| Accrued Expenses | $ 164,990 | $ 164,990 | $ - | $ - | $ - | $ - | $ - |
| Other Project Expenses | 10,021 | - | 6,187 | 3,834 | - | - | - |
| **Total** | **$ 175,011** | **$ 164,990** | **$ 6,187** | **$ 3,834** | **$ -** | **$ -** | **$ -** |

**Compute North SD LLC**
*Statement of Capitalized Assets*
*$ Actual*

| Type | Capital Asset | Book Value ("BV") at Petition Date | BV at Beginning of Period | Increase / (Decrease) in Value | BV at End of Period |
|---|---|---:|---:|---:|---:|
| Other Property | SD initial buildout | $ 317,067 | $ 290,941 | $ (20,626) | $ 270,315 |
| Equipment & Machinery | install stationary Louvers | 1,565 | 1,451 | (91) | 1,360 |
| Equipment & Machinery | Install submeters | 2,521 | 2,354 | (132) | 2,221 |
| Equipment & Machinery | SD Containment Project (electrical upgrades) | 18,760 | 17,932 | (654) | 17,279 |
| Equipment & Machinery | SD Eletrical setup for Meter | 28,881 | 27,718 | (918) | 26,800 |
| Equipment & Machinery | SD Electrical updgrads | 89,581 | 87,689 | (1,493) | 86,196 |
| Other Property | Buildout | 15,558 | 14,275 | (1,013) | 13,262 |
| Equipment & Machinery | Scissor Lift Purchase | 3,063 | 2,975 | (70) | 2,904 |
| Equipment & Machinery | SD Breakers | 24,205 | 22,308 | (1,498) | 20,811 |
| Other Property | SD Security | 68,129 | 66,691 | (1,135) | 65,555 |
| **Total** | | **$ 569,331** | **$ 534,333** | **$ (27,630)** | **$ 506,703** |



**BMO Harris Bank**
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

```
                                           ACCOUNT NUMBER:         208-297-2

                                           STATEMENT PERIOD
                                           11/01/22 TO 11/30/22

                                           PAGE:      1 OF     2

        COMPUTE NORTH SD LLC
        CH 11 DIP CASE NO 2290273
        DISBURSEMENT ACCT
        7575 CORPORATE WAY
        EDEN PRAIRIE MN   55344


                                           ITEMS ENCLOSED           0
```
___

CORPORATE CHECKING                                                ACCOUNT NUMBER     208-297-2
___

```
                            ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS                      .00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    8 DEPOSITS                          242,341.63
    9 WITHDRAWALS                       242,341.63

YOUR ENDING BALANCE WAS                        .00
YTD INTEREST PAID IS                           .00
YTD INTEREST WITHHELD IS                       .00
```
___

```
                    TRANSACTIONS LISTED BY DATE POSTED

DATE                                              WITHDRAWALS            DEPOSITS
POSTED       TRANSACTION DESCRIPTION              OTHER DEBITS      OTHER CREDITS

NOV 02  CCD  Bill.com       Receivable ZTAWFIC5O0K                       1,142.97
NOV 02  ZERO BALANCE TXFR TO   DDA ACCT 0002082881    1,142.97
NOV 04  ZERO BALANCE TXFR FROM DDA ACCT 0002082881                         592.54
NOV 04  CCD  Office of the U. Payables   VKCHYGC87A9    250.00
NOV 04  CCD  Waste Management Payables   QBWPQNC87AA    342.54
NOV 07  CCD  Currency Cloud   Compute No                                   738.64
NOV 07  ZERO BALANCE TXFR TO   DDA ACCT 0002082881      738.64
NOV 10  PC TRANSFER CREDIT FOUNDRY 2219 2220                             9,231.19
NOV 10  BILL.COM CREDIT                                                 67,886.05
NOV 10  ZERO BALANCE TXFR TO   DDA ACCT 0002082881   77,117.24
NOV 15  BILL.COM CREDIT                                                    652.13
NOV 15  ZERO BALANCE TXFR TO   DDA ACCT 0002082881      652.13
NOV 22  ZERO BALANCE TXFR FROM DDA ACCT 0002082881                         679.12
NOV 22  CCD  FiberComm       Phone Bill  00011094-5    336.75
NOV 22  BILL.COM DEBIT                                 342.37
NOV 30  ZERO BALANCE TXFR FROM DDA ACCT 0002082881                     161,418.99
NOV 30  CCD  MIDAMERICAN     ENERGY      023085A1129 161,418.99
```

MEMBER FDIC

**BMO Harris Bank**
A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

```
                                          ACCOUNT NUMBER:         208-297-2

                                          STATEMENT PERIOD
                                          11/01/22 TO 11/30/22

                                          PAGE:       2 OF      2

        COMPUTE NORTH SD LLC
        CH 11 DIP CASE NO 2290273
        DISBURSEMENT ACCT
        7575 CORPORATE WAY
        EDEN PRAIRIE MN   55344
```

_____

                    CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE   | BALANCE | DEBITS | DATE   | BALANCE | DEBITS |
|--------|---------|--------|--------|---------|--------|
| NOV 02 | .00     | 1      | NOV 15 | .00     | 1      |
| NOV 04 | .00     | 2      | NOV 22 | .00     | 2      |
| NOV 07 | .00     | 1      | NOV 30 | .00     | 1      |
| NOV 10 | .00     | 1      |        |         |        |

_____

                         TRANSACTION SUMMARY INFORMATION

| DESCRIPTION        | NUMBER | AMOUNT     | DESCRIPTION       | NUMBER | AMOUNT    |
|--------------------|--------|------------|-------------------|--------|-----------|
| EDI/EFT CCD+ CREDIT| 1      | 1,142.97   | ACH DEPOSIT       | 1      | 738.64    |
| ZBA DEBIT          | 4      | 79,650.98  | PC TRANSFER CREDIT| 1      | 9,231.19  |
| ZBA DEPOSIT        | 3      | 162,690.65 | BILL.COM CREDIT   | 2      | 68,538.18 |
| ACH DEBIT          | 4      | 162,348.28 | BILL.COM DEBIT    | 1      | 342.37    |

MEMBER FDIC

# Compute North
# Reconciliation Report
**As Of 11/30/2022**
**Account: BMO - SD**

| | |
|---|---:|
| **Statement Ending Balance** | 0.00 |
| **Deposits in Transit** | 0.00 |
| **Outstanding Checks and Charges** | 0.00 |
| **Adjusted Bank Balance** | 0.00 |
| | |
| **Book Balance** | 0.00 |
| **Adjustments*** | 0.00 |
| **Adjusted Book Balance** | 0.00 |

| | | | |
|---|---:|---|---:|
| **Total Checks and Charges Cleared** | 244,136.73 | **Total Deposits Cleared** | 244,136.73 |

## Deposits

| Name | Memo | Date | Doc No | Cleared | In Transit |
|---|---|---|---|---:|---:|
| 101 Mining Group, LLC | | 10/28/2022 | BILL ePayment | 1,142.97 | |
| General Ledger Entry | BILL 11/02/22 AR Payments | 11/02/2022 | | 1,142.97 | |
| | tsf BMO x2881 to BMO x2972 | 11/04/2022 | | 592.54 | |
| General Ledger Entry | Jean Marcel Viljoen NE05 invoice paid into SD104 | 11/07/2022 | | 738.64 | |
| Phillip Li | | 11/09/2022 | BILL ePayment | 652.13 | |
| Marathon Patent Group, Inc | | 11/10/2022 | P22110401 - 7070015 | 67,886.05 | |
| Foundry Digital LLC | | 11/10/2022 | | 9,231.19 | |
| General Ledger Entry | BILL 11/15/22 AR Payments | 11/15/2022 | | 652.13 | |
| | tsf BMO x2881 to BMO x2972 | 11/22/2022 | | 679.12 | |
| | tsf BMO x2881 to BMO x2972 | 11/30/2022 | | 161,418.99 | |
| **Total Deposits** | | | | **244,136.73** | **0.00** |

## Checks and Charges

| Name | Memo | Date | Check No | Cleared | Outstanding |
|---|---|---|---|---:|---:|
| | Tsf BMO x2972 to BMO x2881 | 11/02/2022 | | 1,142.97 | |
| General Ledger Entry | BILL 11/02/22 AR Payments | 11/02/2022 | | 1,142.97 | |
| Waste Management | | 11/04/2022 | | 342.54 | |
| Office of the U.S Trustee | | 11/04/2022 | | 250.00 | |
| | Tsf BMO x2972 to BMO x2881 | 11/07/2022 | | 738.64 | |
| | Tsf BMO x2972 to BMO x2881 | 11/10/2022 | | 77,117.24 | |
| | Tsf BMO x2972 to BMO x2881 | 11/15/2022 | | 652.13 | |
| General Ledger Entry | BILL 11/15/22 AR Payments | 11/15/2022 | | 652.13 | |
| Waste Management | | 11/21/2022 | | 342.37 | |
| FiberComm, LLC | | 11/22/2022 | | 336.75 | |
| Midamerican Energy Company | # 532397902 | 11/30/2022 | ACH 11/30 | 161,418.99 | |
| **Total Checks and Charges** | | | | **244,136.73** | **0.00** |