UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>COMPUTE NORTH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 6, 2023 at 4:00 p.m.**<br><br>**(prevailing Central Time)**<br><br>Re: Docket Nos. 91, 191, & 256 |

### NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on September 22, 2022, 2022 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 24, 2022, the Bankruptcy Court entered an order approving, among other relief, certain procedures for the abandonment of the Debtors' property [Docket No. 256] (the "Abandonment Procedures Order"). An electronic copy of the Abandonment Procedures Order can be found at https://dm.epiq11.com/case/ComputeNorthHoldings/info.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Abandonment Procedures Order, the Debtors propose to abandon certain non-core assets (the "De Minimis Assets") set forth and described on **Exhibit A**, attached hereto. The Debtors intend to abandon these De Minimis Assets because the Debtors have determined the assets are too difficult to remove or expensive to store, such that the economic benefits of removing or storing such property would be outweighed by the attendant costs.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Abandonment Procedures Order, any recipient of this notice may object to the proposed transaction (an "Abandonment Objection") within ten (10) calendar days of service of this notice. Objections must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the objection; (d) be filed with the Clerk of this Court, 515 Rusk Street, Houston, Texas 77002, together with proof of service, on or before 4:00 p.m. (prevailing Central Time) on [(10 days following service of notice)] (the "Abandonment Objection Deadline"); and (e) be served so as to be actually received on or before the Abandonment Objection Deadline, upon the following parties (the "Objection Notice Parties"): (i) counsel to the Debtors, Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: James T. Grogan III (jamesgrogan@paulhastings.com); 200 Park Avenue, New York, New York 10166, Attn: Luc Despins, Sayan Bhattacharyya, and Daniel Ginsberg (lucdespins@paulhastings.com, sayanbhattacharyya@paulhastings.com, and danielginsberg@paulhastings.com); and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Micheli and Michael Jones (mattmicheli@paulhastings.com and michaeljones@paulhastings.com); (ii) proposed counsel to the official committee of unsecured creditors appointed in these Chapter 11 Cases (the "Committee"), McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); and (iii) the Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Jana Whitworth (Jayson.B.Ruff@usdoj.gov and Jana.Whitworth@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that, if no Abandonment Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Abandonment Objection Deadline a proposed order approving the abandonment of the De Minimis Assets (an "Abandonment Order"), substantially in the form attached hereto as **Exhibit B**, and the Bankruptcy Court may enter such Abandonment Order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if an Abandonment Objection is properly filed and served in compliance with the foregoing and not withdrawn or resolved (an "Unresolved Abandonment Objection"), the Debtors shall file a notice for a hearing for the Bankruptcy Court to consider the Unresolved Abandonment Objection after the Abandonment Objection Deadline, subject to the Bankruptcy Court's schedule. The Debtors may resolve the Unresolved Abandonment Objection without further notice or Bankruptcy Court approval in advance of the hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 27, 2022
Houston, Texas

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
     sayanbhattacharyya@paulhastings.com
     danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
     michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit A to Abandonment Notice**

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN069MRJWS6001CIATSBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IZBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952J2BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06SBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P495BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0OWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952JYBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATHBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952K3BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATKBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0P8BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0PNBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL00156EG0LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S141LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| s2421HS | CN05N66GWS600228BD5BA01 | Dell S2421HS 24 Inch Full HD 1080p, IPS Ultra-Thin Bezel Monitor, Silver, Black |
| s2421HS | CN05N66GWS600228BB8BA01 | Dell S2421HS 24 Inch Full HD 1080p, IPS Ultra-Thin Bezel Monitor, Silver, Black |
| S2421HN | CN0YWG1WBOZ0014C04QBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S103LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952K7BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C043BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATJLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P474BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATGLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATXLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0018UDT1BA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952J7BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952JZBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C09DBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S112LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN052V4VWSL0018UDS8BA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATRBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P468BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S143LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAVBLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAUWLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C00SBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAV9LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CHBJXBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P471BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P491BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311C6LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C076BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06VBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P492BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN069MRJWS60021P472BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATLBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S136LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002380JLLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IYBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0PPBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0018UDRZBA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAT7LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06UBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06XBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CH566BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311CDLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311CJLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
| --- | --- | --- |
| S2421HN | CN049XK8WSL0018BDPMBA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CH576BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S158LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| SE2422H | CN054RRNFCC00246APRXA02 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDENWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEPWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDD9WA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEXWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDE8WA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEVWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN054RRNFCC00246APVXA02 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2419HX | CN00VWR1FCC000BGAUVBA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000BGAV5BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000B4AJ3BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000BGAV7BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |

| Model Number | Serial Number | Description |
|---|---|---|
| SE2419HX | CN00VWR1FCC000BACTLBA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000B4AJ6BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000COC1ELA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000COC15LA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |

**<u>Exhibit B to Abandonment Notice</u>**

**Abandonment Order**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 91, 191, & 256** |

## ORDER APPROVING ABANDONMENT OF PROPERTY

Pursuant to and in accordance with the order of this Court entered on October 24, 2022 [Docket No. 256] (the "Abandonment Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Abandonment Notice Parties a notice (the "Abandonment Notice") of their intent to abandon certain de minimis assets identified on **Exhibit 1** attached hereto that the Debtors determine is too difficult to remove or expensive to store, such that the economic benefits of removing or storing such remaining property would be outweighed by the attendant costs (such assets, the "Abandoned Assets") in accordance with the terms of the Abandonment Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Abandonment Procedures Order.

2

provided; and no timely objections having been filed to the Abandonment Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Abandoned Assets identified on **Exhibit 1** attached hereto are hereby abandoned as set forth herein, effective as of the date of service of the Abandonment Notice.

2. Nothing contained in this Order is intended to be or shall be construed as: (a) an admission as to the validity of any claim against the Debtors, (b) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (c) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (d) an agreement or obligation to pay any claims, (e) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (f) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

3. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights of or enhance the status of any claim by any party.

4. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2023
      Houston, Texas

                                              THE HONORABLE MARVIN ISGUR
                                              UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN069MRJWS6001CIATSBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IZBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952J2BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06SBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P495BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0OWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952JYBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATHBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952K3BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATKBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0P8BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0PNBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL00156EG0LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S141LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| s2421HS | CN05N66GWS600228BD5BA01 | Dell S2421HS 24 Inch Full HD 1080p, IPS Ultra-Thin Bezel Monitor, Silver, Black |
| s2421HS | CN05N66GWS600228BB8BA01 | Dell S2421HS 24 Inch Full HD 1080p, IPS Ultra-Thin Bezel Monitor, Silver, Black |
| S2421HN | CN0YWG1WBOZ0014C04QBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S103LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952K7BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C043BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATJLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P474BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATGLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIATXLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0018UDT1BA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952J7BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952JZBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C09DBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S112LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN052V4VWSL0018UDS8BA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATRBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P468BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S143LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAVBLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAUWLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C00SBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAV9LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CHBJXBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P471BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P491BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311C6LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C076BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06VBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS60021P492BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN069MRJWS60021P472BA01 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CIATLBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S136LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002380JLLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IYBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0019D0PPBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0018UDRZBA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0FCN44WSL001CIAT7LA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06UBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ001952IWBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN0YWG1WBOZ0014C06XBA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CH566BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311CDLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN04KNW7BOZ002311CJLA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |

| Model Number | Serial Number | Description |
|---|---|---|
| S2421HN | CN049XK8WSL0018BDPMBA05 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN069MRJWS6001CH576BA00 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| S2421HN | CN052V4VWSL0014S158LA04 | Dell S2421HN 24 Inch Full HD 1080p (1920 x 1080) 75Hz IPS Ultra-Thin Bezel Monitor 2 x HDMI Ports, Audio Line Out, Adaptive AMD FreeSync, Silver |
| SE2422H | CN054RRNFCC00246APRXA02 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDENWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEPWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDD9WA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEXWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDE8WA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN0524CWWSL001AFDEVWA00 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2422H | CN054RRNFCC00246APVXA02 | Dell 24 Monitor - SE2422H 24in Full HD (1920 x 1080), 60 Hz (VGA) / 75 Hz (HDMI), Monitor Connectivity: VGA, HDMI 1.4, AMD FreeSync |
| SE2419HX | CN00VWR1FCC000BGAUVBA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000BGAV5BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000B4AJ3BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000BGAV7BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |

| Model Number | Serial Number | Description |
|---|---|---|
| SE2419HX | CN00VWR1FCC000BACTLBA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000B4AJ6BA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000COC1ELA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |
| SE2419HX | CN00VWR1FCC000COC15LA04 | Dell 24 Inch PC Monitor SE2419Hx IPS Full HD (1920 x 1080) Monitor, Black |