**Exhibit B**

**Smiley Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | § § § § | Case No. 22-90273-MI |
| | § | (Jointly Administered) |
| Debtors. | § § § | |

### DECLARATION OF RACHAEL L. SMILEY
### IN SUPPORT OF APPLICATION TO EMPLOY
### FERGUSON BRASWELL FRASER KUBASTA PC AS EFFICIENCY
### COUNSEL FOR THE DEBTORS EFFECTIVE AS OF DECEMBER 7, 2022

I, Rachael L. Smiley, hereby declare as follows:

1. I am a shareholder in the law firm of Ferguson Braswell Fraser Kubasta PC (the "**Firm**"). I have been a member in good standing of the State Bar of Texas since 2008, and I have been admitted to practice in the United States District and Bankruptcy Courts for the Northern, Southern, Eastern and Western Districts of Texas.

2. I am familiar with the matters set forth herein and am authorized to make this declaration on the Firm's behalf.

3. I have extensive experience in chapter 11 bankruptcy cases of all sizes and levels of complexity. I have represented debtors, creditors, and committees in some of the more

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

DECLARATION OF RACHAEL L. SMILEY– Page 1

prominent chapter 11 cases filed in Texas, including *ASARCO*, *Texas Rangers Baseball Partners, Think Finance, LLC,* and *Neiman Marcus Group LTD LLC*, to name just a few. I have also represented creditors in numerous recent chapter 11 cases filed before this Bankruptcy Courts in this District, including *Pipeline Health System, LLC* (No. 22-90291), *Sungard AS New Holdings, LLC* (No. 22-90018) and currently represent the plan administrator in *Cypress Environmental Partners, L.P.* (No. 22-90039). I believe that the Firm is both well qualified and particularly able to represent the Debtors in this case given this experience and expertise.

4. This declaration is submitted pursuant to sections 327(a), 330, and 1107(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**") in support of the *Application of Debtors and Debtors in Possession to Employ Ferguson Braswell Fraser Kubasta PC as Efficiency Counsel for the Debtors and Debtors in Possession Effective as of December 7, 2022* (the "**Application**").[2]

5. This declaration evidences the qualifications of the Firm under § 327 of the Bankruptcy Code to serve as efficiency counsel to the Debtors. The facts set forth below are based upon my personal knowledge.

6. The Application is being filed within thirty days of the commencement of services by the Firm; therefore, under Local Rule 2014-1(b)(1), it should be deemed a contemporaneous filing. Accordingly, the Firm seeks approval of the Application *nunc pro tunc* to December 7, 2022.

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

DECLARATION OF RACHAEL L. SMILEY– Page 2

**SERVICES TO BE RENDERED**

7. The Debtors have requested that the Firm render legal services in connection with its duties under chapter 11 of the Bankruptcy Code. The professional services that the Firm will render to the Debtors include the following:

(a) Assisting Paul Hastings with analyzing claims filed against the Debtors' estates and responding or objecting to such claims, as necessary and appropriate;

(b) Assisting Paul Hastings in advising the Debtors concerning preference, avoidance, recovery, or other actions that they may take to collect and to recover property for the benefit of their estates and their creditors, whether or not arising under chapter 5 of the Bankruptcy Code or otherwise, and filing litigation to recover such property, as necessary;

(c) Assisting Paul Hastings with preparations for the effective date of the Debtors' proposed plan of reorganization;

(d) Working with and coordinating efforts among the Debtors' other professionals, including Paul Hastings, to avoid duplication of effort among those professionals within the overall framework of the Debtors' chapter 11 cases; and

(e) Assisting Paul Hastings in performing all other services assigned by the Debtors to the Firm as efficiency counsel.
.

Subject to this Court's approval, the Firm is willing and able to represent the Debtors as efficiency counsel and render the services described above. A true and correct copy of the Engagement Agreement to which the Firm and the Debtors have agreed is attached hereto as <u>Exhibit A</u> to the Application.

8. The Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm:

(i) is not a creditor, equity security holder, or insider of the Debtors;

(ii) is not and was not, within two years before the date of the filing of the bankruptcy case, a director, officer, or employee of the Debtors; and

(iii) does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9. In connection with the Firm's proposed retention by the Debtors in these chapter 11 cases, the Debtors have delivered the names of potential parties in interest ("**Potential Parties in Interest**"), which is attached hereto as "**Schedule I**." The Firm has reviewed this list to determine whether the Firm has any conflict or other relationships with these entities that might cause not to be disinterested or to hold or represent an interest adverse to the Debtors.

10. Based on the conflicts search conducted to date, to the best of my knowledge, neither I nor the Firm have any connection with the Debtors, their creditors, partners, or any other parties in interest, or their respective professionals, except as set forth herein.

11. Many of the Firm's attorneys have experience working at large law firms and have been active in various areas of the bar for many years. Consequently, the Firm may have "connections" with attorneys and other professionals involved in these chapter 11 cases. The Firm may have referred matters to professionals involved in this chapter 11 case, and it may have been referred to matters by such parties. The Firm may represent or have represented, from time to time, one or more of the professionals involved in these chapter 11 case.

12. The Firm may in the future represent creditors and other parties in interest of the Debtors' estates in connection with matters unrelated to the Debtors and these chapter 11 cases. Further, from time to time, the Firm may represent clients who may be creditors of the Debtors or affiliates of such creditors or may represent clients who enter into transactions with creditors of the Debtors or affiliates of such creditors. Under no circumstances, however, has the Firm agreed to, nor will it, represent any creditors of the Debtors or affiliates of such creditors or debtors in connection with these chapter 11 cases.

**MANNER AND SOURCE OF PROFESSIONAL COMPENSATION**

13. The Firm intends to apply for compensation for professional services to be rendered in connection with the bankruptcy cases, subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the L.B.R., and any other applicable orders of this Court. The Firm understands that, in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. My rate for services rendered in these cases will be fixed at $500 per hour. My colleague Alex Campbell's initial rate will be $485 per hour, and my colleague Kevin Barnett's initial rate will be $425. The Firm's rates are subject to periodic adjustment to reflect economic conditions, as well as experience and other similar factors; however, as a courtesy to the Debtors, the Firm and myself have agreed not to raise my rates billed at any time during my employment by the Debtors. I believe these rates are reasonable and customary in the relevant community for attorneys of our experience and skill and for cases of this nature. In fact, I believe these rates are materially lower than those rates charged by most lawyers in the relevant community for attorneys of our experience and skill and for cases of this nature. Our rates are set at a level designed to fairly compensate us for our work and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's representation, including, but not limited to, telephone and facsimile charges, mail charges for mass mailings, express mail charges, special or hand delivery charges, photocopying charges, travel expenses, computerized research, and transcription costs. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

**COMPENSATION RECEIVED BY THE FIRM FROM THE DEBTORS**

14. The Firm is not a creditor of the Debtors.

15. The Firm has not been provided any services or been compensated for any services by the Debtors prior to the Petition Date.

16. In accordance with Bankruptcy Code § 329 and Bankruptcy Rule 2016(b), I declare that the Firm has not shared or agreed to share (a) any compensation it has received or may receive with any other party or person, other than the Firm's partners, associates, or contract attorneys with the Firm, or (b) any compensation any other party or person has received or may receive.

Pursuant to 28 U.S.C. § 1746, I, Rachael L. Smiley, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Dated: December 29, 2022

By: /s/ Rachael L. Smiley
RACHAEL L. SMILEY

**Schedule I**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**
CN Atoka LLC
CN Big Spring LLC
CN Colorado Bend LLC
CN Corpus Christi LLC
CN Developments LLC
CN Equipment LLC
CN King Mountain LLC
CN Minden LLC
CN Mining LLC
CN Pledgor LLC
Compute North Holdings, Inc.
Compute North Member LLC
Compute North NC08 LLC
Compute North NY09 LLC
Compute North SD LLC
Compute North Texas LLC
Compute North TX06 LLC
Compute North TX10 LLC
Compute North, LLC

**Banks**
BMO Harris Bank, N.A.
Fidelity Bank Plc.

**Current and Former Directors & Officers**
Harold Coulby
Brian Falik
Drake Harvey
Bobby Kandaswamy
PJ Lee
Jose Lima
Dave Movius
Dave Perrill
Eli Scher
Shounok Sinha
Stephen Stenbeck
Carl Stjernfeldt
Jason Stokes
Kyle Wenzel

**Customers**
[Redacted]

**Debt Service**
Generate Capital, PBC
Post Road Administration

**Electricity Provider**
Constellation
Exelon Generation
Midamerican Energy Company
MP2 Energy Texas LLC
Nebraska Public Power District

**Employees and Contractors**
Sean Aschoff
Mark Beckendorf
Robert Bisanz
Matthew Boisjolie
Matthias Bolda
John Bouchard
Nathan Buckley
Arthur Calloway
Christopher Chew
Joey Colyer
Brendon Coughtry
Nick Crain
Gregory S. Cribb
Einar A. Cristiani
Jack D'Angelo
Tim Dahl
Eyal Dayan
Mark Decker
Carlos Domenech
Deana Dorosheko
Cindy Doyle
Brad Ellis
Jean Esquier
Giovanni Esteves
Mohammed Fadlallah
Thomas Ferry
Ken Flory
David Galeano
Israel Garcia
Patrick Geisler
Igor Gonta
Patrick Govier
Danny Grace
Michael Grace
James Griffith
Chris Grumet
Alexander Guddat
Richard Hagen

1

Jonathan Hakim
Brian Hakk
Irving Hansen
Richard Harvey
Brian Haw
James Haynes
Jeff Hene
Jesse Hensley
Jiri Holba
Andrei Isari
Guy C. Jackson
Barry Jeffries
Marshall Johnson
Alexandre Julio
Jordan Kanfer
Khashayar Kashani
Sandeep Katoch
Thomas Kieffer
Michael Kindel
Joseph C. Kiser
Benjamin Kolpa
Ron Konezny
Robert L. Kramer
Darius Kuzmicz
Liz Labelle
Thomas P. LaBelle
Toby LaBelle
Ronda Laplaca
Bradley Lew
Phillip Li
David Lockard
Nelu Mihai
Benjamin Morgan
David Robert Morgan
Thomas Moser
Roman Nabatov
Max Niederluecke
Rooney Nimmo
Jack Perrill
John Perrill
Richard Pieters
Kayla Piper
Nicola Piper
Brian Pryor
Johnathon Ritucci
Tad Piper TTEE for the Tad W. Piper Revocable Trust
Torben Rytt
Anthony Scaparra
Taylor Shakespeare
Nathan Sprague

Ben Stoos
Philip Tooke
Armen Tovmasyen
Eric Tracy
Amar Tsolmon
Jean Marcel Viljoen
Jan Vyhlidka
Ralph Weber
John Winslow
Brent Wong
Satyen Yadav
Perrill

**Insurance**
AFCO
AON Risk Services
Arrowhead General Insurance Agency, Inc.
CNA Insurance
Hylant

**IT**
Flexential Corp.
Sage Intacct
Workiva Inc.

**Lenders**
Generate Lending, LLC
Marathon Digital Holdings, Inc.
Mercuria Energy America, LLC
NextEra Energy Resources, LLC
TZ Capital Holdings, LLC

**Lessor**
7575 Management LLC

**Non-Debtor Affiliates**
CN Borrower LLC
CN Wolf Hollow LLC
Compute North NE05 LLC
Marathon Compute North 1 LLC
Marathon Compute North 2 LLC
TZRC Horse Hollow LLC
TZRC King Mountain LLC
TZRC LLC
TZRC Mining LLC

**Ordinary Course Professionals**
Ernst & Young LLP
Finn Dixon
Growth Operators Advisory Services LLC
Hello Temp Inc.

2

Jackson Lewis P.C.
Jackson Walker LLP
Kutak Rock LLP
McDonald Hopkins
Meridian Compensation Partners LLC
Nordmark Energy Consulting, LLC
Norton Rose Fulbright US LLP
RSM US LLP
SALO, LLC
Sira Corbetta Lopez de Letona
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
Mahesh Tripunitara
Westwood Professional Services

**Other**
Authentic Brand LLC
Bootstrap Energy LLC
Bradley Arant Boult Cummings
Corporate Performance Strategies Inc.
DNV Energy USA Inc.
Dennis Fehr
Gartner Inc.
James B. Rogers, as trustee of the Max G. Aronson Trust U/A DTD 11/01/2006
James B. Rogers, as trustee of the Robert I. Aronson Trust U/A DTD 07/29/2003
James B. Rogers, as trustee of the Samuel L. Aronson Trust U/A DTD 12/08/2000
Jefferies LLC
MVP Logistics LLC
NBTC
Nebraska Public Safety Task Force
Northern Tool & Equipment
Nowlit Solutions Corp.
OverWatch Enterprises LLC
PandaDoc, Inc.
Pansing Hogan Ernst & Bachman
Paul Hastings
Portage Point Partners LLC
ProLift Rigging Company LLC
Quartz Energy Partners
Ramp Credit Card
SGS North America Inc.
StarTex Software LLC
Stephen Aronson Rev Living Trust U/A/D 07/15/2015
Texas Blockchain Council
The Gene Allen Trust
United Management - Rent Payment
Uptick Tech

URS Compliance
WW Grainger Inc.

**Payroll & Benefits**
Insperity

**Professionals**
Ballard Spahr LLP
CT Corporation System
Foley & Lardner LLP
Fredrikson & Byron, PA
Kirkland & Ellis LLP
Koho Consulting
Milbank

**Shareholders**
Addison L Piper TTEE for the Addison L Piper Revocable Trust
ADK Holdings LLC
Callanish Capital Partners LP
Coeranbrooke LLC
Creekside Investments 1 LLC
Daniel R Aronson & Martha G Aronson TRUSTEES for the Daniel R. Aronson Revocable Trust
Digital Currency Group Inc.
Elliot B Evers TTEE for the Elliot Evers 2010 Revocable Trust
Endurance Search Partners LLC
Fredric Goldberg Rev Trust U/A/D 05/15/2019
H2 Renewables LLC
Katherine E. Bispala TTEE for the Katherine E. Bispala Spousal Limited Access TR u/a/d
Millennium Trust Co LLC Custodian FBO Michael Thomas Zenk IRA XXXX65634
Muinzer Ventures LLC
Perrill Technology LLC
REIC Gamma (AM/DB) Holdings LLC
Reviva Inc.
SM & MS Partners
The Goldman Sachs Trust Company of Delaware, as Trustee of the DP GST Exempt Family Trust U/A/D 8/1/
Vedado Capital LLC
Vitali Compute LLC

**Large Trade Creditors**
7575 Management LLC
Bitmain
Bootstrap Energy LLC
CH Robinson Company Inc.

3

Circuit Breaker Guys, LLC
City of Big Spring, TX
Commonwealth Electric Company of the Midwest
CorTalent
Echo Search Group
Egauge Systems LLC
Ernst & Young LLP
Flexential Corp.
Foundry Digital LLC
Freudenberg Filtration Technologies
Gartner Inc.
Growth Operators Advisory Services LLC
HubSpot
Koch Filter Corporation
Koho Consulting
M A Mortenson Co.
Madel PA
Marathon Digital Holdings, Inc.
Maxim Crane Works
Meritus Recruiting Group LLC
Midamerican Energy Company
MP2 Energy Texas LLC
MVP Logistics LLC
NBTC
Norton Rose Fulbright US LLP
Opkalla Inc.
OverWatch Enterprises LLC
Overwatch Surveillance LLC
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
RK Mission Critical
Russell A. Farrow US Inc.
Spectrum Search Partners
Starostka Group Unlimited
Sunbelt Solomon Services, LLC
Transfluid Services - Stark
Uline
Urban Solution Group
US Bitcoin Corp.
Westwood Professional Services

**U.S. Trustee Personnel, Judges, and Court Contacts**
Albert Alonzo
Alicia Barcomb, Trial Attorney
Jacqueline Boykin, Legal Data Technician
Alethea Caluza, Paralegal Specialist
Ana Castro
Jeannie Chavez
Tracey Conrad
LinhThu Do
Hector Duran, Trial Attorney
Kevin M. Epstein, US Trustee
Ivette Gerhard, Secretary
Brian Henault, Bankruptcy Analyst
Judge Marvin Isgur
Luci Johnson-Davis, Paralegal Specialist
Chief Judge David R. Jones
Omar E. Jones, Auditor
Tyler Laws
Judge Christopher Lopez
Zilde Martinez, Courtroom Deputy
Linda Motton, Paralegal Specialist
Ha Nguyen, Trial Attorney
Judge Jeffrey P. Norman
Nathan Ochsner (Clerk of the Court)
Glenn Otto, Bankruptcy Analyst
John Patouhas
Kimberly Picota
Vriana Portillo
Mario Rios
Yasmine Rivera, Auditor
Judge Eduardo V. Rodriguez
Jayson B. Ruff, Trial Attorney
Rosario Saldana, Case Manager
Millie Aponte Sall, Assistant U.S. Trustee
Patricia Schmidt, Legal Assistant
Christy Simmons, Bankruptcy Analyst
Gwen Smith, Legal Assistant
Stephen Statham, Trial Attorney
Christopher R. Travis, Trial Attorney
Clarissa Waxton, Bankruptcy Analyst
Jana Whitworth, Trial Attorney

**Utilities**
AT&T Mobility
Bosselman
Circuit Breaker Guys, LLC
City of Big Spring
City of Big Spring Water Dept.
City of Big Spring, TX
Constellation New Energy
Edison Energy LLC
Fibercomm
Gexa Energy
King Mountain Upton Wind, LLC
Mercuria Energy America, LLC
Nebraska Link Holdings
Oncor Electric Delivery Company
Republic Services
Shell Energy

4

Solid Waste Agency Landfill
Texas-New Mexico Power Company
United Cooperative Services
Waste Management of Carol Stream, IL

**Vendors / Service Providers**
308 Construction LLC
AlphaGraphics Bloomington
Alternative Business Furniture
American Tower
Anthony Ostlund Louwagie Dressen & Boylan P.A
A-Team Heating and Cooling
Authority Electric & A/C
Aviat US Inc.
Aviation Charter Inc.
Baldwin Design Consultants, PA
Basin 2 Way
Basin Abstract & Title
berganKDV
BG Ventures
BHI Holdings LLC
Big Bend Telecom
Bill.com
Bitmain
BMO
Bosselman Energy
C&S Crane and Rigging LLC
Cage Engineering Inc.
CH Robinson Company Inc.
Citizen Partners
City of Greenville, North Carolina
City of Kearney, Nebraska
Classic Industrial Services Inc.
CliftonLarsonAllen
Coffman Engineers Inc.
Comfy Bowl, Inc.
Commonwealth Electric Company of the Midwest
Complete Underground, LLC
Corpus Christi Rimz
CorTalent
CRG Corporation
CSC
Culligan of Kearney
Deluxe
DHL Express USA Inc.
Double Radius Inc.
Douglas Electrical Services LLC
Dunn Engineering, LLC
Dwight Lane Investments

Eakes Office Solutions
Ebay
Echo Search Group
Economic Development Council of Buffalo County
ECS Southeast LLP
Egauge Systems LLC
Electric Power Engineers, LLC
Energage LLC
EnginSoft USA
Equipment Management Services LLC
Everington Consulting, Inc.
Fastenal
FedEx
Ferguson Electric Construction
FiberComm, LLC
Fidelity Bank
Finley Investigations & Security Inc.
Fireblocks Inc.
Freudenberg Filtration Technologies
G & G Golden Inc.
Granbury Chamber
GrassRoots
GreenFox Marketing Solutions
Greenville Utilities
Ground Penetrating Radar Systems
Hays Companies, Inc.
HDR Engineering, Inc.
Heartland Pneumatic
Hire Right
HM TECH LLC
HubSpot
Infrastructure Masons
Integrated Security Solutions, LLC
Steven Jackman
Jobplex
JSW Services
Kaige Kubota LLC
Kearney Power Sports
KGI Wireless Inc.
Kuncan Electronics Co Ltd.
Land Management Group
LexisNexis Risk Solutions FL Inc.
Long Lines Broadband
M A Mortenson Co.
Mackinnon Bruce International
Maddox Industrial Transformer
Madel PA
Marlatt Machine & Welding LLC
Maxim Crane Works
McCamey County Hospital District

5

Meritus Recruiting Group LLC
Metro Alarm & Lock
Midas Green Technologies
Midland Lock and Safe
Mid-State Engineering & Testing, Inc.
Midway Chrysler Jeep Inc.
Milco Environmental Services
Miller & Associates Consulting Engineers, P.C.
MiningDisrupt
Mowrey, Ryen
NAI United Management, LLC
Nebraska Crane
Nebraska Department of Revenue
Nebraska Link Holdings, LLC dba OPTK Networks
Nebraska Title Company
NextLink Internet
Office Furniture Liquidations
Ogletree Deakins Nash Smoak & Stewart
Overhead Door Company of Permian Basin
PA Department of State
Pegasus Energy LLC
Pennzoil-Quaker State Company
Phillips Fabrication, Inc.
Power Asset Recovery Corporation
Power Search and Consulting LLC
Print Crypto Inc.
Prosek LLC
PW Rentals, LLC/Roland Whitney
R. O. Youker, Inc.
Rand Worldwide Subsidiary Inc.
Recruiters of Minnesota
Redman's Shoes
Republic Services
Ricoh USA Inc.
RK Mission Critical
Roebuck Staffing Company LLC
Roth Staffing Companies LP
Russell A Farrow US Inc.
Satellite Shelters Inc.
Sayler Screenprinting
Shenzhen 10Gtek International Co Ltd.
Shenzhen Aimeijin Electronics Co, Ltd.
Shenzhen Guangyu Technology Co.
SHI International Corp.
Shoppas Material Handling, Ltd.
SignPro
Sirius Computer Solutions Inc.
Solid Waste Agency Landfill
Source Incorporated of Missouri
Spark Public Relations

Spectrum Search Partners
Spyglass Home Inspections
Starostka Group Unlimited
State of Connecticut
State of Delaware
Sunbelt Rentals
Sunbelt Solomon Services, LLC
Superior Cranes, Inc.
Tech Strategy Leaders LLC
TerraSano Services LLC
Texan Restrooms LLC
TForce Worldwide Inc.
The Lockmobile LLC
The Wells Partnership Company
Thompson Electric Company
Thomson Reuters - West
TNT Crane & Rigging
Transfluid Services - Stark
Trond
True North Data Solutions Inc.
Uline
Ulteig Engineer's Inc.
United Cooperative Services
UPS Supply Chain Solutions, Inc.
Upton County
Urban Solution Group
US Compliance
USA Communications
Valdes Engineering Company
Valley Forklift
Verizon
Versatile Industries V
VTH Advisors, LLC
WAND Corporation
Waste Management
West Texas Commercial Cleaning, LLC
Wharton County Permit & Inspection Dept.
Williams Scotsman Inc.
World Wide Technology LLC
Zhejiang Quinntek Co Ltd.

6