**Exhibit A to Rejection Notice**

**List of Rejected Contracts**

| Counterparty Name | Counterparty Notice Information | Contract or Lease | Real Property Address (if applicable) | Debtor | Proposed Rejection Date | Property to Be Abandoned (if applicable) |
|---|---|---|---|---|---|---|
| 7575 Management, LLC | 7575 Management, LLC<br>Attn: Spencer Barron, CFO<br>7575 Corporate Way<br>Eden Prairie, MN 55344<br>E-mail: spencer.barron@perrillco.com | Office Lease Agreement, dated June 1, 2021 | 7575 Corporate Way<br>Eden Prairie, MN 55344 | Compute North LLC | December 31, 2022 | None |
| 7575 Management, LLC | 7575 Management, LLC<br>Attn: Spencer Barron, CFO<br>7575 Corporate Way<br>Eden Prairie, MN 55344<br>E-mail: spencer.barron@perrillco.com | Amendment to Lease, dated February 1, 2022 | 7575 Corporate Way<br>Eden Prairie, MN 55344 | Compute North LLC | December 31, 2022 | None |