**Exhibit A to Rejection Notice**

**List of Rejected Contracts**

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Bit Digital USA, Inc. | Bit Digital USA, Inc. C/O Davidoff Hutcher & Citron LLLP 120 Bloomingdale Rd, Ste 100 White Plains, NY 10605 | Master Agreement, dated September 9, 2022 and Order Form | Compute North LLC | December 11, 2022 | MVP Houston Warehouse; Big Spring | **Big Spring**<br><br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080<br><br>**MVP**<br>Tim Langfield<br>TimL@mvpship.com<br>651-447-7945 |
| Bogus, Inc. | Bogus Inc Attn: Chris Bogenrief 400 Gold Circle Dakota Dunes, Sd 57049 | Master Agreement, dated April 20, 2020 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br><br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Exxtreme Mx LLC | Exxtreme Mx LLC 265 Mccormick Dr Bohemia, Ny 11716 | Master Agreement, dated March 18, 2021 and Order Forms | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br><br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | | | | | | 712-223-9429 |
| GEM Mining 1 LLC | GEM Mining 1 LLC<br>550 S Main St.<br>Suite 310<br>Greenville, SC 29601<br><br>Frost Brown Todd LLC<br>Attn: A.J. Webb<br>3300 Great American Tower,<br>301 East Fourth Street<br>Cincinnati, Ohio 45202 | Master Agreement, dated March 8, 2021 and Order Form | Compute North LLC | December 11, 2022 | MVP Houston Warehouse; North Sioux City | awebb@fbtlaw.com<br><br>**North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429<br><br>**MVP**<br>Tim Langfield<br>TimL@mvpship.com<br>651-447-7945 |
| Goodwin, Kelley | Goodwin, Kelley C<br>6700 Freeport Blvd. Suite 204<br>Sacramento, CA 95822 | Master Agreement, dated March 17, 2021 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Harvey, Richard | Harvey, Richard<br>7266 Loma Verde Way<br>Sacramento, CA 95822 | Master Agreement, dated March 31, 2021 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Hash Cash Mining LLC | Hash Cash Mining LLC<br>Attn: Max Niederluecke | Master Agreement, dated November | Compute North LLC | December 11, 2022 | North Sioux City | maxniederluecke@gmail.com<br><br>**North Sioux City** |

2

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | 7575 Corporate Way Eden Priarie, MN 55344<br><br>Hash Cash Mining LLC, 30 6th Ave N, Hopkins, MN 55343 | 11, 2021 and Order Form | | | | James Stanton JStanton@foundrydigital.com 585-512-8908<br><br>Ben Stoos ben.stoos@computenorth.com 712-223-9429 |
| Haynes, James | Haynes, James 8930 Evanston Ave Kansas City, MO 64138 | Master Agreement, dated April 20, 2020 and Order Forms | Compute North LLC | December 11, 2022 | North Sioux City; Big Spring | **North Sioux City**<br><br>James Stanton JStanton@foundrydigital.com 585-512-8908<br><br>Ben Stoos ben.stoos@computenorth.com 712-223-9429<br><br>**Big Spring**<br><br>James Stanton JStanton@foundrydigital.com 585-512-8908<br><br>Angel Blanco ABlanco@foundrydigital.com 917-297-0080 |
| Katoch, Sandeep | Sandeep Katoch 161 Bricknell Ln Coppell, TX 75019 | Master Agreement, dated December 18, 2020 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City; Big Spring | **North Sioux City**<br>James Stanton JStanton@foundrydigital.com 585-512-8908<br><br>Ben Stoos ben.stoos@computenorth.com 712-223-9429 |

3

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | | | | | | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Li, Phillip | Li, Phillip<br>493 Centre St.<br>Milton, MA 02186 | Master Agreement, dated August 24, 2021 and Order Forms | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Morgan, Benjamin | Morgan, Benjamin<br>219 Stockbridge Ave<br>Alhambra, CA 91801 | Master Agreement, dated April 20, 2020 and Order Forms | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Moser, Thomas | Thomas Moser<br>1118 Earl Road<br>Michigan City, IN 46360 | Colocation Agreement, dated August 26, 2019 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Niederluecke, Max | Niederluecke, Max<br>30 6th Ave N<br>Hopkins, MN 55343 | Master Agreement, dated January 20, 2022 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| OFIPLEX NV LCC | Ofiplex Nv LLC<br>5348 Vegas Dr.<br>Las Vegas, NV 89108<br><br>Hoffman & Saweris, P.C,<br>Alan Brian Saweris,<br>Matthew Hoffman,<br>Riviana Building,<br>2777 Allen Parkway,<br>Suite 1000<br>Houston, TX 77019 | Master Agreement, dated June 28, 2021 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Permian BTC JVCO LLC | Permian Btc Jvco, LLC<br>640 Taylor Street<br>Fort Worth, TX 76102 | Master Agreement, dated January 7, 2021 and Order Form | Compute North LLC | December 11, 2022 | MVP Houston Warehouse; North Sioux City | info@permianmining.com<br><br>**North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429<br><br>**MVP**<br>Tim Langfield<br>TimL@mvpship.com<br>651-447-7945 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Perrill, Jack | Perrill, Jack<br>1666 Isabella Pwky<br>Chaska, MN 55318 | Master Agreement, dated February 6, 2022 and Order Form | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Perrill, John | Perrill, John<br>1666 Isabella Pwky<br>Chaska, MN 55318 | Master Agreement, dated February 2, 2022 and Order Form | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Reyes, Elias Chavarria | Elias Chavarria Reyes<br>930 Cherry Glen Cir<br>Fremont CA 94536 | Master Agreement, dated February 24, 2021 and Order Form | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Sebmedia | Sebastian Lang<br>Forststr. 40/2<br>Gerstetten, BW, 89547, Germany | Order Form, dated December 20, 2021 and Sebastian Lang Colocation Agreement, dated December 5, 2018 | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| Weber, Ralph | Weber, Ralph<br>Fritz-Schaeffer-Str26<br>Munich, Bavaria<br>Germany | Colocation Agreement, dated March 28, 2019 and Order Form | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | | | | | | Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |
| Worm, Will | Worm, Will<br>648 Copper Ct<br>Waconia, MN 55387 | Master Agreement, dated February 10, 2022 and Order Form | Compute North LLC | December 11, 2022 | Big Spring | **Big Spring**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Angel Blanco<br>ABlanco@foundrydigital.com<br>917-297-0080 |
| 101 Mining Group LLC | 101 Mining Group LLC<br>Attn: Tim Ryan Fitzgerald<br>3802 Brookview Rd.<br>Rockford, IL 61107 | Master Agreement, dated July 29, 2022 and Order Forms | Compute North LLC | December 11, 2022 | North Sioux City | **North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com<br>585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |