## Exhibit A to Rejection Notice

## List of Rejected Contracts

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
| Authority Electric & A/C | Authority Electric & A/C<br>600 N Birdwell Lane<br>Big Spring TX, 79721<br>arap@authorityelectric.com<br>walter@authorityelectric.com | Construction Agreement, dated November 22, 2021 | Compute North TX03, LLC (CN Big Spring LLC) | December 11, 2022 |
| Blessing Construction | Blessing Construction<br>P.O. Box 458<br>Kearney, NE 68848<br>kevin@blessingconstruction.com | Construction Agreement, dated August 15, 2019 | CN Minden LLC | December 11, 2022 |
| Commonwealth Electric Company | Commonwealth Electric Company<br>Attn Jake Gable<br>472 26th Ave<br>Columbus, NE 68601<br><br>Commonwealth Electric Company<br>Attn Billy J Friesen, CFO<br>3910 South St<br>Lincoln, NE 68506<br>bfriesen@commonwealthelectric.com | Design-Build Agreement, dated November 24, 2021 | Compute North NE13, LLC (CN Minden LLC) | December 11, 2022 |
| Commonwealth Electric Company | Commonwealth Electric Company<br>Attn Jake Gable<br>472 26th Ave<br>Columbus, NE 68601<br><br>Commonwealth Electric Company<br>Attn Billy J Friesen, CFO<br>3910 South St<br>Lincoln, NE 68506<br>bfriesen@commonwealthelectric.com | Commonwealth Electric Company PO # PO000023 | Compute North LLC | December 11, 2022 |
| Galeano, David | David Galeano<br>6202 NW 116TH PL<br>Miami, FL 33178 | Order Form, dated June 9, 2021 | Compute North LLC | December 11, 2022 |

| **Counterparty Name** | **Counterparty Notice Information** | **Contract** | **Debtor** | **Proposed Rejection Date** |
|---|---|---|---|---|
| Genesis Global Trading, Inc. | Genesis Global Trading<br>Attn: Michael Moro<br>250 Park Ave S 5th floor<br>New York, NY 10003<br>info@genesistrading.com | Liquidity Provision Agreement, dated December 31, 2020 | Compute North LLC | December 11, 2022 |
| Genesis Global Trading, LLC<br>Foundry Digital LLC | Genesis Global Trading<br>Attn: Michael Moro<br>250 Park Ave S 5th floor<br>New York, NY 10003<br>info@genesistrading.com | Liquidity Direction Agreement, dated December 31, 2020 | Compute North LLC | December 11, 2022 |
| Grupo Libertad LLC | Grupo Libertad LLC<br>2826 Palomino Cir<br>San Diego, CA 92037 | Colocation Agreement, dated July 11, 2018 and Colocation Addendum | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement, dated December 14, 2018 | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement Addendum, dated December 14, 2018 | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement Addendum, dated September 1, 2020 | Compute North LLC | December 11, 2022 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
| International Fidelity Insurance Company | International Fidelity Insurance Company<br>1 Newark Center, 20th Floor<br>Newark, NJ 07102-5219 | Performance Bond, dated August 12, 2019 | Compute North SD, LLC | December 11, 2022 |
| Lancium LLC | Lancium LLC<br>Attn Michael McNamara, CEO<br>6006 Thomas Road<br>Houston TX, 77041 | Software License and Services Agreement, dated December 21, 2020 | Compute North LLC | December 11, 2022 |
| MP2 Energy LLC | Mp2 Energy LLC<br>Attn General Counsel<br>21 Waterway Ave, Ste 450<br>The Woodlands, TX 77380 | Master Energy Sales Agreement, dated June 29, 2022 | Compute North Texas LLC | December 11, 2022 |
| Oncor Electric Delivery Company LLC | Oncor Electric Delivery Company LLC<br>1616 Woodall Rodgers Freeway Ste 5M-042<br>Dallas, TX 75202 | Tariff for Retail Delivery Service, dated April 26, 2022 | Compute North Texas LLC | December 11, 2022 |
| Parsons Electric LLC | Parsons Electric LLC<br>Attn Nate Guse<br>5960 Main St, NE<br>Minneapolis, MN 55432 | Agreement for Construction Services, dated August 24, 2018 | Compute North SD, LLC | December 11, 2022 |
| Khonkhammy, Phoungeun | Khonkhammy, Phuongeun<br>2095 Clover Ridge Dr<br>Chaska, MN 55318-2953 | Master Agreement, dated February 1, 2022 and Order Form | Compute North LLC | December 11, 2022 |
| Solomon Corporation | Solomon Corporation<br>Attn Jamie Hypes CFO<br>1922 S MLK Jr Dr<br>Temple, TK 76504 | Master Sale, Rental and Service Agreement, dated as of December 20, 2021 and the Associated Purchase Orders | Compute North LLC | December 11, 2022 |
| United Rentals | United Rentals<br>PO Box 840514<br>Dallas, TX 75284 | United Rentals Purchase Order # PO000105 | Compute North LLC | December 11, 2022 |