**Exhibit B to Rejection Notice**

**Rejection Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 91 & 256** |

**ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED
LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH
(FOUNDRY CONTRACTS)
THIRD NOTICE OF REJETION**

Pursuant to and in accordance with the order of this Court entered on October 24, 2022 [Docket No. 256] (the "Rejection Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "Rejection Notice") of their intent to reject certain executory contracts (the "Rejected Contracts") identified on **Exhibit 1** attached hereto; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Rejected Contracts identified on **Exhibit 1** attached hereto are hereby rejected as set forth herein, effective as of the Rejection Date set forth on **Exhibit 1** (the "Rejection Date").

2. If any affected non-Debtor party (each, a "Counterparty") to a Rejected Contract asserts a claim arising from the rejection of the Rejected Contract, the Counterparty shall submit a proof of claim against the applicable Debtor by the later of (a) the deadline fixed by the Bankruptcy Court to file general unsecured proofs of claim; or (b) thirty (30) days after the entry of the Rejection Order.

3. If a Counterparty does not timely file a proof of claim in accordance with the terms of the Rejection Procedures Order and this Order, the Counterparty shall not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting claims for rejection damages and from participating in any distributions made in connection with these Chapter 11 Cases on account of such rejection damages.

4. Nothing herein shall reject any portion of the Rejected Contract that was partially assigned prior to the Petition Date.

5. Nothing herein shall prejudice the Debtors' rights to argue that any of the Rejected Contracts were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Rejected Contracts is limited to the remedies available under any applicable termination provision of such Rejected Contract or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

6. Nothing contained in this Order, nor any payment made pursuant to the authority granted by this Order, is intended to be or shall be construed as: (a) an admission as to the validity of any claim against the Debtors, (b) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (c) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (d) an agreement or obligation to pay any claims, (e) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (f) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

7. For the avoidance of doubt, notwithstanding anything to the contrary contained herein, the Rejection Procedures Order or any notice, Foundry Digital LLC, its affiliates, predecessors, successors and assigns, and the representatives of any of the foregoing (collectively, the "Foundry Related Parties")  shall not have any obligations or liabilities relating to any Counterparty (including any customer of the Debtors) and/or Rejected Contracts (whether prior to, on or after any Rejection Date or otherwise), and no Rejected Contract counterparty shall have any claims against any Foundry Related Party.

8. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights of or enhance the status of any claim by any party.

9. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2023
      Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to Rejection Order**

**List of Rejected Contracts**

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
| Authority Electric & A/C | Authority Electric & A/C<br>600 N Birdwell Lane<br>Big Spring TX, 79721 | Construction Agreement, dated November 22, 2021 | Compute North TX03, LLC (CN Big Spring LLC) | December 11, 2022 |
| Blessing Construction | Blessing Construction<br>P.O. Box 458<br>Kearney, NE 68848 | Construction Agreement, dated August 15, 2019 | CN Minden LLC | December 11, 2022 |
| Commonwealth Electric Company | Commonwealth Electric Company<br>Attn Jake Gable<br>472 26th Ave<br>Columbus, NE 68601 | Design-Build Agreement, dated November 24, 2021 | Compute North NE13, LLC (CN Minden LLC) | December 11, 2022 |
| Commonwealth Electric Company | Commonwealth Electric Company<br>Attn Jake Gable<br>472 26th Ave<br>Columbus, NE 68601 | Commonwealth Electric Company PO # PO000023 | Compute North LLC | December 11, 2022 |
| Galeano, David | David Galeano<br>6202 NW 116TH PL<br>Miami, FL 33178 | Order Form, dated June 9, 2021 | Compute North LLC | December 11, 2022 |
| Genesis Global Trading, Inc. | Genesis Global Trading<br>Attn: Michael Moro<br>250 Park Ave S 5th floor<br>New York, NY 10003 | Liquidity Provision Agreement, dated December 31, 2020 | Compute North LLC | December 11, 2022 |
| Genesis Global Trading, LLC Foundry Digital LLC | Genesis Global Trading<br>Attn: Michael Moro<br>250 Park Ave S 5th floor<br>New York, NY 10003<br><br>Porter Hedges LLP<br>John F. Higgins M. Shane Johnson Megan N. Young-John,<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 | Liquidity Direction Agreement, dated December 31, 2020 | Compute North LLC | December 11, 2022 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
| | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com | | | |
| Grupo Libertad LLC | Grupo Libertad LLC<br>2826 Palomino Cir<br>San Diego, CA 92037 | Colocation Agreement, dated July 11, 2018 and Colocation Addendum | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement, dated December 14, 2018 | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement Addendum, dated December 14, 2018 | Compute North LLC | December 11, 2022 |
| Haag, Austin | Austin Haag<br>123 Lexington Ave<br>San Antonio, TX 78205<br><br>Austin Haag<br>7222 47th Street<br>Chevy Chase, MD 20815 | Colocation Agreement Addendum, dated September 1, 2020 | Compute North LLC | December 11, 2022 |
| International Fidelity Insurance Company | International Fidelity Insurance Company<br>1 Newark Center, 20th Floor<br>Newark, NJ 07102-5219 | Performance Bond, dated August 12, 2019 | Compute North SD, LLC | December 11, 2022 |
| Lancium LLC | Lancium LLC<br>Attn Michael McNamara, CEO<br>6006 Thomas Road<br>Houston TX, 77041 | Software License and Services Agreement, dated December 21, 2020 | Compute North LLC | December 11, 2022 |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
| MP2 Energy LLC | Mp2 Energy LLC<br>Attn General Counsel<br>21 Waterway Ave, Ste 450<br>The Woodlands, TX 77380<br><br>Cokinos \| Young, Craig E. Power, Maria M. Bartlett<br>Four Houston Center<br>1221 Lamar Street, 16th Floor<br>Houston, Texas 77010-3039<br>mbartlett@cokinoslaw.com;<br>cpower@cokinoslaw.com | Master Energy Sales Agreement, dated June 29, 2022 | Compute North Texas LLC | December 11, 2022 |
| Oncor Electric Delivery Company LLC | Oncor Electric Delivery Company LLC<br>1616 Woodall Rodgers Freeway<br>Ste 5M-042<br>Dallas, TX 75202<br>matt.henry@oncor.com | Tariff for Retail Delivery Service, dated April 26, 2022 | Compute North Texas LLC | December 11, 2022 |
| Parsons Electric LLC | Parsons Electric LLC<br>Attn Nate Guse<br>5960 Main St, NE<br>Minneapolis, MN 55432<br>info@PECSolutions.com | Agreement for Construction Services, dated August 24, 2018 | Compute North SD, LLC | December 11, 2022 |
| Khonkhammy, Phoungeun | Khonkhammy, Phuongeun<br>2095 Clover Ridge Dr<br>Chaska, MN 55318-2953 | Master Agreement, dated February 1, 2022 and Order Form | Compute North LLC | December 11, 2022 |
| Solomon Corporation | Solomon Corporation<br>Attn Jamie Hypes CFO<br>1922 S MLK Jr Dr<br>Temple, TK 76504<br><br>Mayer Brown LLP, Brandon F. Renken, Charles S. Kelley, Andrew Elkhoury<br>700 Louisiana St., Suite 3400<br>Houston, TX 77002 | Master Sale, Rental and Service Agreement, dated as of December 20, 2021 and the Associated Purchase Orders | Compute North LLC | December 11, 2022 |

3

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date |
|---|---|---|---|---|
|  | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |  |  |  |
| United Rentals | United Rentals<br>PO Box 840514<br>Dallas, TX 75284 | United Rentals Purchase Order # PO000105 | Compute North LLC | December 11, 2022 |