UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 728-746** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                 ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2022, I caused to be served the:

   a. "Monthly Operating Report," *related to Case No. 22-90276*, dated December 21, 2022 [Docket No. 728],

   b. "Monthly Operating Report," *related to Case No. 22-90277*, dated December 21, 2022 [Docket No. 729],

   c. "Monthly Operating Report," *related to Case No. 22-90278*, dated December 21, 2022 [Docket No. 730],

   d. "Monthly Operating Report," *related to Case No. 22-90272*, dated December 21, 2022 [Docket No. 731],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

e. "Monthly Operating Report," *related to Case No. 22-90277*, dated December 21, 2022 [Docket No. 732],

f. "Monthly Operating Report," *related to Case No. 22-90279*, dated December 21, 2022 [Docket No. 733],

g. "Monthly Operating Report," *related to Case No. 22-90273*, dated December 21, 2022 [Docket No. 734],

h. "Monthly Operating Report," *related to Case No. 22-90281*, dated December 21, 2022 [Docket No. 735],

i. "Monthly Operating Report," *related to Case No. 22-90275*, dated December 21, 2022 [Docket No. 736],

j. "Monthly Operating Report," *related to Case No. 22-90283*, dated December 21, 2022 [Docket No. 737],

k. "Monthly Operating Report," *related to Case No. 22-90282*, dated December 21, 2022 [Docket No. 738],

l. "Monthly Operating Report," *related to Case No. 22-32786*, dated December 21, 2022 [Docket No. 739],

m. "Monthly Operating Report," *related to Case No. 22-90284*, dated December 21, 2022 [Docket No. 740],

n. "Monthly Operating Report," *related to Case No. 22-90285*, dated December 21, 2022 [Docket No. 741],

o. "Monthly Operating Report," *related to Case No. 22-90274*, dated December 21, 2022 [Docket No. 742],

p. "Monthly Operating Report," *related to Case No. 22-90286*, dated December 21, 2022 [Docket No. 743],

q. "Monthly Operating Report," *related to Case No. 22-90287*, dated December 21, 2022 [Docket No. 744],

r. "Monthly Operating Report," *related to Case No. 22-90288*, dated December 21, 2022 [Docket No. 745], and

s. "Monthly Operating Report," *related to Case No. 22-90289*, dated December 21, 2022 [Docket No. 746],

by causing true and correct copies to be delivered via electronic mail to: *alicia.barcomb@usdoj.gov*.

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
27th day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027