UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-90273 (MI) |
| | § | |
| COMPUTE NORTH HOLDINGS, INC. et al., | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John D. Cornwell and Jay H. Ong of Munsch Hardt Kopf & Harr, P.C. hereby withdraw their appearance [Dkt. No. 100] as counsel for creditor, Atlas Technology Group LLC ("Atlas").

The undersigned attorneys request to be removed from the Court's ECF notification list and master mailing list, and that the Clerk remove them and the firm of Munsch Hardt Kopf & Harr, P.C. from all further notices, pleadings, orders or other documents from the Court.

Dated: January 4, 2023.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ John D. Cornwell
John D. Cornwell
Texas Bar No. 24050450
700 Milam Street, Suite 800
Houston, TX 77002
Telephone: 713.222.1470
Facsimile: 713.222.1475
jcornwell@munsch.com

-and-

Jay H. Ong
Texas Bar No. 24028756
1717 West 6th Street, Suite 250
Austin, TX 78703-4777
Telephone: 512.391.6100
Facsimile: 512.391.6149
jong@munsch.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I caused a true and correct copy of this document to be served via the Court's CM/ECF system on all recipients entitled to such notice.

/s/ *John D. Cornwell*
John D. Cornwell

4863-7043-3863v.1