**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 91, 256, 749 & 762** |

**CERTIFICATION OF COUNSEL**
**REGARDING PROPOSED ORDER AUTHORIZING THE SALE OF**
**DE MINIMIS ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS**
**FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**
**(7575 MANAGEMENT LLC)**

Pursuant to paragraph 45 of the *Procedures for Complex Cases in the Southern District of Texas*, effective August 1, 2021, the undersigned hereby certifies as follows:

1. On October 24, 2022, the Court entered the *Order (A) Approving De Minimis Asset Sale Procedures; (B) Approving Certain Bidding Procedures, Assumption, Assignment, and Rejection Procedures, and the Form and Manner of Notice thereof; (C) Authorizing the Debtors to Enter into Asset Purchase Agreements with Stalking Horse Bidders; and (D) Scheduling a Hearing on the Approval of the Sale of the Debtors' Remaining Assets Free and Clear of All Encumbrances as Well as the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 256] (the "De Minimis Asset Sale Order").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the De Minimis Asset Sale Order, and if not in the Amended Sale Notice (as defined herein).

2. On December 23, 2022, pursuant to, and in accordance with, the De Minimis Asset Sale Order, the Debtors filed the *Notice of Entry of De Minimis Asset Sale Order and Proposed De Minimis Asset Sale (7575 Management LLC)*.

3. On December 30, 2022, pursuant to, and in accordance with, the De Minimis Asset Sale Order, the Debtors filed the *Amended Notice of Entry of De Minimis Asset Sale Order and Proposed De Minimis Asset Sale (7575 Management LLC)* (the "Amended Sale Notice").

4. The deadline for filing objections with respect to the Amended Sale Notice (the "Sale Objection Deadline") was January 4, 2023 at 4:00 p.m. (prevailing Central Time).

5. No formal objections with respect to the Amended Sale Notice were filed prior to the Sale Objection Deadline.

6. Under the De Minimis Asset Sale Order, to the extent an order approving a De Minimis Asset Sale is sought, the Debtors shall be permitted to obtain such order through the filing of a certification of counsel.

7. Accordingly, the Debtors hereby file this Certification of Counsel, with a proposed order seeking approval of the De Minimis Asset Sale attached hereto as **Exhibit A** (the "Proposed Order"), and respectfully request that the Court enter the Proposed Order at the Court's earliest convenience without further notice or a hearing.

Dated: January 4, 2023
Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*