# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **COMPUTE NORTH HOLDINGS, INC.,** | § | |
| *et al.*,[1] | § | Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF RE-SCHEDULED HEARING
### ON ROHIT SHIROLE'S MOTION FOR RELIEF UNDER 11 U.S.C. § 362(d)
### FROM AUTOMATIC STAY TO CONTINUE LITIGATION AGAINST CERTAIN
### DEBTORS AND WAIVER OF 30-DAY HEARING REQUIREMENT

**PLEASE TAKE NOTICE** that the *Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* (Dkt. No. 342) filed by Rohit Shirole in the above-captioned chapter 11 case, has been re-scheduled for hearing on **Tuesday, January 17, 2023, at 11:30 a.m.** (prevailing Central Time) (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002.  You may participate in the Hearing either in person or by an audio or video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility by calling 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website.  The meeting code is "Judgeisgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: January 5, 2023.

        Respectfully submitted,

        **BASSFORD REMELE**
        *A Professional Association*

By:  */s/ Jeffrey D. Klobucar*
      Jeffrey D. Klobucar (jklobucar@bassford.com)
      Lead Counsel
      MN State Bar No. 0389336
      (*admitted pro hac vice* [ECF #190])
      100 South Fifth Street, Suite 1500
      Minneapolis, MN 55402
      (612) 333-3000 – Telephone
      (612) 746-1239 – Facsimile

      J. Michael Sutherland (msutherland@ccsb.com)
      State Bar No. 19524200
      Southern District Admin. No. 13736
      **CARRINGTON, COLEMAN,**
      **SLOMAN & BLUMENTHAL, L.L.P.**
      901 Main Street, Suite 5500
      Dallas, TX 75202
      (214) 855-3000 – Telephone
      (214) 580-2641 – Facsimile

      *COUNSEL FOR ROHIT SHIROLE*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of January, 2023, a copy of the foregoing Notice of Hearing was served through the Court's CM/ECF notification system on all parties requesting ECF notice.

        */s/ J. Michael Sutherland*
        J. Michael Sutherland