UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 761-763** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                       ) ss.:
COUNTY OF FRANKLIN     )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2022, I caused to be served the:

    a. "First Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Headquarters Lease)," dated December 30, 2022 [Docket No. 761], (the "Notice of Rejection"),

    b. "Amended Notice of Entry of De Minimis Asset Sale Order and Proposed De Minimis Asset Sale (7575 Management LLC)," dated December 30, 2022 [Docket No. 762], (the "Amended Sale Notice"), and

    c. "Notice of Withdrawal of Notice of Abandonment [Docket No. 755]," dated December 29, 2022 [Docket No. 763], (the "Notice of Withdrawal"),

by causing true and correct copies of the:

   i. Notice of Rejection to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    ii. Notice of Rejection, Amended Sale Notice, and Notice of Withdrawal to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. Notice of Rejection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv. Notice of Rejection to be delivered via electronic mail to: *pencer.barron@perrillco.com*.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Angela Chachoff*
                                                                    Angela Chachoff

Sworn to before me this
3rd day of January, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

COMPUTE NORTH HOLDINGS, INC., *et al*. - Case No. 22-90273 (MI)
Overnight Mail Parties

| | |
|---|---|
| RK MISSION CRITICAL<br>3800 XANTHIA STREET<br>DENVER, CO 80238 | 7575 MANAGEMENT, LLC<br>ATTN: SPENCER BARRON, CFO<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN 55344 |

# EXHIBIT B

COMPUTE NORTH HOLDINGS, INC., *et al*. - Case No. 22-90273 (MI)

De Minimis Asset Notice Email Parties

| Email Addresses |
|---|
| crgibbs@mwe.com |
| dazman@mwe.com |
| jana.whitworth@usdoj.gov |
| jayson.b.ruff@usdoj.gov |
| kgoing@mwe.com |
| nrowles@mwe.com |
| salutkus@mwe.com |

**COUNT: 7**

**EXHIBIT C**

COMPUTE NORTH HOLDINGS, INC., *et al*. - Case No. 22-90273 (MI)

Rejection Notice Email Parties

| Email Addresses |
| --- |
| anna.rotman@kirkland.com |
| christopher.marcus@kirkland.com |
| credit.notice@generatecapital.com |
| elizabeth.jones@kirkland.com |
| josephbuoni@huntonak.com |
| philipguffy@huntonak.com |
| taddavidson@huntonak.com |

**Count: 7**

COMPUTE NORTH HOLDINGS, INC., *et al*. - Case No. 22-90273 (MI)
Schedule D Email Parties

| Email Addresses |
|---|
| ap@foundrydigital.com |
| eric.lorenz@rkmissioncritical.com |
| greg.irwin@nexteraenergy.com |

**Count: 3**