**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-90273 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Docket No. [___] |

ORDER AUTHORIZING
(I) CHANGE OF CORPORATE NAMES AND (II) CHANGE OF CASE CAPTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002, and 9004 all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Bankruptcy Local Rules; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

all other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Debtors are hereby authorized and empowered to change their corporate names and the caption of these Chapter 11 Cases, consistent with applicable law. The Debtors shall file a notice of change of case caption and change of corporate names of the applicable Debtors within 48 hours of the execution of such corporate actions (the "Notice").

2. Upon the submission of the Notice, the new caption for the Debtors' jointly administered Chapter 11 Cases shall read as follows:

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC., *et al.*,[3] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

3. The Clerk of the Court is authorized and directed, upon filing of the Notice, to make a docket entry in case number 22-90273 (MI) that states substantially the following: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Compute North Holdings Inc. to Mining Project Wind Down Holdings

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (4534); Mining Project Wind Down LLC (7185); Mining Project Wind Down Corpus Christi LLC (5551); Mining Project Wind Down Atoka LLC (4384); Mining Project Wind Down BS LLC (4397); Mining Project Wind Down Colorado Bend LLC (4610); Mining Project Wind Down Developments LLC (2570); Mining Project Wind Down Equipment LLC (6885); Mining Project Wind Down King Mountain LLC (7190); Mining Project Wind Down MDN LLC (3722); Mining Project Wind Down Mining LLC (5223); Mining Project Wind Down Pledgor LLC (9871); Mining Project Wind Down Member LLC (8639); Mining Project Wind Down NC08 LLC (8069); Mining Project Wind Down NY09 LLC (5453); Mining Project Wind Down STHDAK LLC (1501); Mining Project Wind Down Texas LLC (1883); Mining Project Wind Down TX06 LLC (5921); and Mining Project Wind Down TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 22-90273 (MI) with the Debtor's new name upon filing of the Notice.

4. To the extent that the name "Mining Project Wind Down Holdings Inc." is unavailable at the time of the name change, the Debtors may select a different name and specify such name in the Notice, and each reference in this Order to "Mining Project Wind Down Holdings Inc." shall be deemed to be replaced by such substitute name.

5. The Court finds and determines that the requirements of Bankruptcy Rule 6003(b) are satisfied and that the relief is necessary to avoid immediate and irreparable harm.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023
      Houston, Texas

                                                        _____
                                                        THE HONORABLE MARVIN ISGUR
                                                        UNITED STATES BANKRUPTCY JUDGE