UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Ref. Docket Nos. 766-767** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Second Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Customer Contracts)," dated January 2, 2023 [Docket No. 766], (the "2nd Rejection Notice"), and

    b. "Third Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Foundry Contracts)," dated January 2, 2023 [Docket No. 767], (the "3rd Rejection Notice"),

by causing true and correct copies of the:

   i. 2nd Rejection Notice and 3rd Rejection Notice to be delivered via electronic mail, on January 2, 2023, to those parties listed on the annexed Exhibit A,

   ii. 2nd Rejection Notice to be delivered via electronic mail, on January 2, 2023, to those parties listed on the annexed Exhibit B,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    iii. 3rd Rejection Notice to be delivered via electronic mail, on January 2, 2023, to those parties listed on the annexed Exhibit C,

    iv. 2nd Rejection Notice and 3rd Rejection Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail, on January 3, 2023, to those parties listed on the annexed Exhibit D,

    v. 2nd Rejection Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail, on January 3, 2023, to those parties listed on the annexed Exhibit E, and

    vi. 3rd Rejection Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail, on January 3, 2023, to those parties listed on the annexed Exhibit F.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
4th day of January, 2023
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| CITY OF BIG SPRING, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com; |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON DIGITAL HOLDINGS, INC. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MUNSCH HARDT KOPF & HARR, P.C. | jcornwell@munsch.com; jong@munsch.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| NEBRASKA ATTORNEY GENERAL | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov |
| TZ CAPITAL HOLDINGS, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |

**EXHIBIT B**

COMPUTE NORTH HOLDINGS, INC., *et al* . - Case No. 22-90273 (MI)
Additional Email Parties

| Email Addresses |
| --- |
| ablanco@foundrydigital.com |
| awebb@fbtlaw.com |
| ben.stoos@computenorth.com |
| info@permianmining.com |
| jstanton@foundrydigital.com |
| maxniederluecke@gmail.com |
| timl@mvpship.com |

**Count: 7**

# EXHIBIT C

COMPUTE NORTH HOLDINGS, INC., *et al*. - Case No. 22-90273 (MI)

Additional Email Parties

| Email Addresses |
|---|
| arap@authorityelectric.com; walter@authorityelectric.com |
| kevin@blessingconstruction.com |
| bfriesen@commonwealthelectric.com |
| info@genesistrading.com |
| jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| mbartlett@cokinoslaw.com; cpower@cokinoslaw.com |
| matt.henry@oncor.com |
| info@PECSolutions.com |
| brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |

**Count: 15**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI 1001 HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  28**

**EXHIBIT E**

COMPUTE NORTH HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 101 MINING GROUP LLC | ATTN: TIM RYAN FITZGERALD 3802 BROOKVIEW RD. ROCKFORD IL 61107 |
| BIT DIGITAL USA, INC. | C/O DAVIDOFF HUTCHER & CITRON LLLP 120 BLOOMINGDALE RD, STE 100 WHITE PLAINS NY 10605 |
| BOGUS, INC. | ATTN: CHRIS BOGENRIEF 400 GOLD CIRCLE DAKOTA DUNES SD 57049 |
| EXXTREME MX LLC | 265 MCCORMICK DR BOHEMIA NY 11716 |
| GEM MINING 1 LLC | 550 S MAIN ST. SUITE 310 GREENVILLE SC 29601 |
| GOODWIN, KELLEY | 6700 FREEPORT BLVD. SUITE 204 SACRAMENTO CA 95822 |
| HARVEY, RICHARD | 7266 LOMA VERDE WAY SACRAMENTO CA 95822 |
| HASH CASH MINING LLC | 30 6TH AVE N HOPKINS MN 55343 |
| HASH CASH MINING LLC | ATTN: MAX NIEDERLUECKE 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| HAYNES, JAMES | 8930 EVANSTON AVE KANSAS CITY MO 64138 |
| KATOCH, SANDEEP | 161 BRICKNELL LN COPPELL TX 75019 |
| LI, PHILLIP | 493 CENTRE ST. MILTON MA 02186 |
| MORGAN, BENJAMIN | 219 STOCKBRIDGE AVE ALHAMBRA CA 91801 |
| MOSER, THOMAS | 1118 EARL ROAD MICHIGAN CITY IN 46360 |
| NIEDERLUECKE, MAX | 30 6TH AVE N HOPKINS MN 55343 |
| OFIPLEX NV LLC | 5348 VEGAS DR. LAS VEGAS NV 89108 |
| PERMIAN BTC JVCO LLC | 640 TAYLOR STREET FORT WORTH TX 76102 |
| PERRILL, JACK | 1666 ISABELLA PWKY CHASKA MN 55318 |
| PERRILL, JOHN | 1666 ISABELLA PWKY CHASKA MN 55318 |
| REYES, ELIAS CHAVARRIA | 930 CHERRY GLEN CIR FREMONT CA 94536 |
| SEBMEDIA | SEBASTIAN LANG FORSTSTR. 40/2 GERSTETTEN 89547 BW 1001 GERMANY |
| WEBER, RALPH | FRITZ-SCHAEFFER-STR26 MUNICH BV 1001 GERMANY |
| WORM, WILL | 648 COPPER CT WACONIA MN 55387 |

**Total Creditor count  23**

**EXHIBIT F**

## Compute North Holdings, Inc.
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AUTHORITY ELECTRIC & A/C | 600 N BIRDWELL LANE BIG SPRING TX 79721 |
| BLESSING CONSTRUCTION | P.O. BOX 458 KEARNEY NE 68848 |
| COMMONWEALTH ELECTRIC COMPANY | ATTN BILLY J FRIESEN, CFO 3910 SOUTH ST LINCOLN NE 68506 |
| COMMONWEALTH ELECTRIC COMPANY | ATTN JAKE GABLE 472 26TH AVE COLUMBUS NE 68601 |
| GALEANO, DAVID | 6202 NW 116TH PL MIAMI FL 33178 |
| GENESIS GLOBAL TRADING, INC. | ATTN: MICHAEL MORO 250 PARK AVENUE S, 5TH FL. NEW YORK NY 10003 |
| GRUPO LIBERTAD LLC | 2826 PALOMINO CIR SAN DIEGO CA 92037 |
| HAAG, AUSTIN | 7222 47TH STREET CHEVY CHASE MD 20815 |
| HAAG, AUSTIN | 123 LEXINGTON AVE SAN ANTONIO TX 78205 |
| INTERNATIONAL FIDELITY INSURANCE COMPANY | 1 NEWARK CENTER, 20TH FLOOR NEWARK NJ 07102-5219 |
| KHONKHAMMY, PHOUNGEUN | 2095 CLOVER RIDGE DR CHASKA MN 55318-2953 |
| LANCIUM LLC | ATTN MICHAEL MCNAMARA, CEO 6006 THOMAS ROAD HOUSTON TX 77041 |
| MP2 ENERGY LLC | ATTN GENERAL COUNSEL 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| ONCOR ELECTRIC DELIVERY COMPANY LLC | 1616 WOODALL RODGERS FREEWAY STE 5M-042 DALLAS TX 75202 |
| PARSONS ELECTRIC LLC | ATTN NATE GUSE 5960 MAIN ST, NE MINNEAPOLIS MN 55432 |
| SOLOMON CORPORATION | ATTN JAMIE HYPES CFO 1922 S MLK JR DR TEMPLE TX 76504 |
| UNITED RENTALS | PO BOX 840514 DALLAS TX 75284 |

**Total Creditor count  17**