**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 121, 248 |

**STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE**
**PROFESSIONALS FROM SEPTEMBER 22, 2022 THROUGH OCTOBER 31, 2022**

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief*, dated October 24, 2022 (the "OCP Order") [Docket No. 248], the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their first statement, attached hereto as **Exhibit A** (the "OCP Statement"), of fees paid to certain professionals utilized in the ordinary course of business (each, an "OCP"). The OCP Statement provides: (i) the name of each OCP; and (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each OCP during the fee period starting September 22, 2022 and ending October 31, 2022 (the "Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the OCP Order requires the Debtors to file and serve OCP Statements at three-month intervals, setting forth: (i) the name of each OCP; (ii) the aggregate amounts paid as compensation to each OCP during the Fee Period; (iii) all postpetition payments made to each OCP to date; and (iv) a general description of the services rendered by each OCP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Dated: January 9, 2023
      Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on January 9, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ James T. Grogan III*
                                            James T. Grogan III

## Exhibit A

**Payments from September 22, 2022 to October 31, 2022**

| Professional | Services Rendered | Amount Paid | Date |
|---|---|---|---|
| Miller & Associates Consulting Engineers, P.C. | Engineering consulting services regarding site plans and design. | $737.00 | 10/11/2022 |
| McDonald Hopkins | Legal services for trademark matters | $410.00 | 10/27/2022 |
| **Total** | | **$1,148.00** | |