UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Texas___:

| | |
|---|---|
| Name | Schlea Thomas |
| Firm | Paul Hastings LLP |
| Street | 600 Travis Street, 58th Floor |
| City & Zip Code | Houston, TX 77002 |
| Telephone | 713-860-7300 |
| Licensed: State & Number | Texas, 24131710 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. | |
|---|---|
| Dated: 1/10/2023 | Signed: /s/ Schlea Thomas |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge