## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 727** |

**AGREED ORDER
RESOLVING THE MOTION BY
ALDER OPPORTUNITY, LP, ALDER SPV I, LLC,
AND ALDER BTC, LLC (1) FOR RELIEF FROM THE
AUTOMATIC STAY TO RECOVER EQUIPMENT, (2) TO TERMINATE
AND COMPEL REJECTION OF CONTRACTS AND (3) FOR OTHER RELIEF**

THIS MATTER came before the Court on December 22, 2022 upon the *Motion by Alder Opportunity, LP; Alder SPV I, LLC; and Alder BTC Holdings, LLC (1) for Relief from the Automatic Stay by the Alder Entities to Recover Equipment; (2) to Terminate and Compel Rejection of Contract; and (3) for Other Relief* [Docket No. 727] (the "Motion")[2]; and it appearing that the Alder Entities and the Debtors have agreed to the disposition of the Motion set forth in this Agreed Order; and after due deliberation and sufficient cause appearing therefore**, IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Master Agreements as described in the Motion are deemed rejected effective the date of entry of this Order.

2. Compute North releases any lien that it may have on the Equipment.

3. The automatic stay is modified to permit the Alder Entities to retrieve their Equipment, as described in the Motion, wherever it may be located and at their sole risk and expense.

4. The automatic stay is modified to permit the Alder Entities to terminate the Master Agreements.

5. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

6. Except as expressly modified by this Order, the automatic stay remains in full force and effect.

Dated: _____, 2023
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AS TO FORM AND SUBSTANCE**

Dated: January 10, 2023
Houston, Texas

/s/ *Meredyth A. Kippes*  /s/ *James T. Grogan III* (by M. Kippes with permission)

**POLSINELLI PC**  **PAUL HASTINGS LLP**
Meredyth A. Kippes (TX Bar No. 24007882)  James T. Grogan III (TX Bar No. 24027354)
2950 N. Harwood Street, Suite 2100  600 Travis Street, 58th Floor
Dallas, Texas 75201  Houston, Texas 77002
Telephone: (214) 397-0030  Telephone: (713) 860-7300
Facsimile: (214) 397-0033  Facsimile: (713) 353-3100
mkippes@polsinelli.com  Email: jamesgrogan@paulhastings.com

*Counsel for the Alder Entities*

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
   sayanbhattacharyya@paulhastings.com
   danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
   michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*