United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 11, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____:

| | |
|---|---|
| Name | Schlea Thomas |
| Firm | Paul Hastings LLP |
| Street | 600 Travis Street, 58th Floor |
| City & Zip Code | Houston, TX 77002 |
| Telephone | 713-860-7300 |
| Licensed: State & Number | Texas, 24131710 |

Seeks to appear as the attorney for this party:

| Compute North Holdings, Inc., et al. |
|---|
| Dated: 1/10/2023   Signed: /s/ Schlea Thomas |

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

Dated: _____   Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: January 11, 2023

_____
Marvin Isgur
United States Bankruptcy Judge