UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 256, 761 |

**CERTIFICATE OF NO
OBJECTION REGARDING DEBTORS' FIRST
NOTICE OF REJECTION OF CERTAIN EXECUTORY
CONTRACTS OR UNEXPIRED LEASES AND ABANDONMENT
OF PROPERTY IN CONNECTION THEREWITH (HEADQUARTERS LEASE)**

Pursuant to the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the undersigned representatives of Compute North Holdings, Inc. and its affiliates (collectively, the "Debtors") certify as follows:

1. On October 24, 2022, the Bankruptcy Court entered an order approving, among other relief, certain procedures for the rejection of the Debtors' executory contracts and unexpired leases [Docket No. 256] (the "Rejection Procedures Order").

2. On December 30, 2022, pursuant to the terms of the Rejection Procedures Order, the Debtors filed their *First Notice of Rejection of Certain Executory Contracts or Unexpired*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

*Leases and Abandonment of Property in Connection Therewith (Headquarters Lease)* (the "Notice") [Docket No. 761].

3. The Notice was served on all parties receiving electronic notice in this case via ECF and on the parties set forth on the Certificate of Service of the Notice.

4. The deadline for parties to file a response to the Notice was January 9, 2023 (the "Objection Deadline"). More than 24 hours have passed since the Objection Deadline. Counsel for the Debtors has reviewed the Court's docket and no objection/response to the Notice appears thereon. Counsel for the Debtors has not received any objection or response to the Notice, and is not aware of any such objection or response.

5. Attached hereto as **Exhibit A** is the proposed form of order granting the requested relief in the Notice (the "Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Proposed Order reflecting non-substantive changes between the Proposed Order and the proposed order attached to the Notice.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, granting the relief requested in the Notice, and granting such other and further relief as the Court may deem proper.

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted,

Dated: January 11, 2023
     Houston, Texas

/s/ *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya(admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email: mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*