UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING[2] ON MOTIONS
SCHEDULED FOR JANUARY 17, 2022 AT 11:30 A.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR
AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**I.     Matters Going Forward.**

**1.**   *Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 342].

**Related Documents.**

**A.**   *Notice of Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 368].

**B.**   *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2]   Audio connection will be by use of the Court's dial-in facility.  You may access the facility at **832-917-1510**.  Once connected, you will be asked to enter the conference room number.  Judge Isgur's conference room number is **954554**.  Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**.  The meeting code is "**JudgeIsgur**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

    *Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 458].

  C. *Stipulation and Agreed Order Re-Scheduling the Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 606].

  D. *Agreed Order Re-Scheduling the Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 607].

  E. *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 612].

  F. *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 780].

**Responses.**

  A. *Objection of the Official Committee of Unsecured Creditors to Rohit Shirole's Motion for Relief under 11 U.S.C. Section 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 455].

  B. *Objection of Debtors to Rohit Shirole's Motion for Relief under 11 U.S.C. Section 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 764].

  C. *Declaration of Ryan Mersch in Support of Debtors' Objection to Rohit Shirole's Motion for Relief from Stay* [Docket No. 774].

**Status**: This matter is going forward.

2. *Debtors' Emergency Motion for Entry of an Order Authorizing (I) Change of Corporate Names and (II) Change of Case Caption* [Docket No. 784].

**Status**: This matter is going forward.

Dated: January 13, 2023
      Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on January 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *James T. Grogan III*
James T. Grogan III