IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | § § § § | Case No. 22-90273-MI |
| Debtors. | § § § | (Jointly Administered) |

### ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (EQUITY INTERESTS, SATISFIED CLAIMS)

Upon the *Second Omnibus Objection to Certain Proofs of Claim (Equity Interests, Satsified Claims)* (the "**Objection**") of Compute North Holdings, Inc., and its above-captioned affiliates as debtors and debtors in possession (collectively, the "**Debtors**") seeking entry of an order (this "**Order**") disallowing: (i) the Equity Interests[2] identified on Schedule 1 to this Order; and (ii) the Satisfied Claims identified on Schedule 2 to this Order, all as more fully set forth in the Objection, the Court finds as follows:

    A.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334;

    B.    This Court may enter a final order with respect to this matter consistent with Article II of the United States Constitution;

    C.    Venue of this proceeding is proper under 28 U.S.C. §§ 1408 and 1409;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

[2] Capitalized terms not otherwise defined herein shall be given the meaning assigned to them in the Objection.

D. The relief requested in the Objection is in the best interests of the Debtors' estates, their creditors and other parties in interest;

E. The notice of the Objection and opportunity for a hearing thereon provided by the Debtors was appropriate under the circumstances and no further notice need be provided.

The Court, having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing (if any) before the Court, and the Court having determined that the legal and factual bases set forth in the Objection and at the hearing (if any) establish just cause for the relief granted herein; and upon the Mersch Declaration; and upon all proceedings before the Court, after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. Any response to the Objection not otherwise withdrawn, resolved or adjourned is hereby overruled on its merits.

2. The Equity Interests identified on <u>Schedule 1</u> attached hereto are hereby disallowed in their entirety.

3. The Satisfied Claims identified on <u>Schedule 2</u> attached hereto are hereby disallowed in their entirety.

4. The Clerk and Epiq Corporate Restructuring, LLC shall update the claims registers in these chapter 11 cases to reflect the relief granted in this Order.

5. This Order is without prejudice to the rights of the holders of the Equity Interests on <u>Schedule 1</u> to reassert their interests as properly-classified proofs of equity interests.

6. This Order is without prejudice to the rights of the Debtors to object to any claim or interest on any ground whatsoever, including any surviving claim identified on Schedule 1 and Schedule 2, and the rights of the Debtors to make any and all further substantive or procedural

objections are hereby preserved.

7. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission to the validity of any claim against the Debtor's estates; (b) a waiver by the Debtors of their own or any plan administrator's or trustee's rights to dispute or object to any claim in accordance with their respective duties; or (c) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested in the Objection.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

9. This Order shall be immediately effective and enforceable upon its entry.

10. This Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2023

                                                              Marvin Isgur
                                                              United States Bankruptcy Judge

# Schedule 1

## Shareholder Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| Item | Name/Address of Claimant | Claim / Docket # | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1 | ADDISON PIPER REV TRUST<br>1745 HUNTER DR<br>WAYZATA, MN  55391 | 35 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Claim filed on account of an ownership in equity interest. |
| 2 | BALL, SEAN<br>5785 FEATHERIE BAY<br>EXCELSIOR, MN  55331 | 10132 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T)* | Claim filed on account of an ownership in equity interest. |
| 3 | CRIBB, GREGORY<br>1320 COZY OAK AVE<br>CARY, NC  27519 | 10112 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$78,565.66 (U)<br>$78,565.66 (T) | Claim filed on account of an ownership in equity interest. |
| 4 | CRIBB, GREGORY<br>1320 COZY OAK AVE<br>CARY, NC  27519 | 10113 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,433.41 (U)<br>$100,433.41 (T) | Claim filed on account of an ownership in equity interest. |
| 5 | DINGWALL-CHANTILOUPE, NICHOLAS PETER<br>3311 BLUEBELL AVE N<br>BROOKLYN PARK, MN  55443-1560 | 10054 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$7,175.00 (U)<br>$7,175.00 (T) | Claim filed on account of an ownership in equity interest. |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## Shareholder Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| Item | Name/Address of Claimant | Claim / Docket # | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 6 | HAKIM, BRIAN<br>2225 23RD ST, UNIT 218<br>SAN FRANCISCO, CA  94107 | 10125 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$104,539.42 (U)<br>$104,539.42 (T)* | Claim filed on account of an ownership in equity interest. |
| 7 | HAKIM, JONATHAN<br>2225 23RD ST, UNIT 218<br>SAN FRANCISCO, CA  94107 | 10117 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$747,875.44 (U)<br>$747,875.44 (T)* | Claim filed on account of an ownership in equity interest. |
| 8 | KT LLC<br>304 S JONES AVE, STE 1300<br>LAS VEGAS, NV  89107 | 10134 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Claim filed on account of an ownership in equity interest. |
| 9 | NORTON, JEFFREY<br>229 WOODLAWN AVE<br>SAINT PAUL, MN  55105 | 10116 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Claim filed on account of an ownership in equity interest. |

* - Indicates claim contains unliquidated and/or undetermined amounts.

## Shareholder Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| Item | Name/Address of Claimant | Claim / Docket # | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 10 | REIC GAMMA (AM/DB) HOLDINGS LLC<br>C/O SILVERPEAK REAL ESTATE PARTNERS<br>ATTN RODOLPHO AMBOSS<br>40 W 57TH ST, 29TH FL<br>NEW YORK, NY  10019 | 10036 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,763.46 (U)<br>$100,763.46 (T) | Claim filed on account of an ownership in equity interest. |
| 11 | REIC GAMMA (AM/DB) HOLDINGS LLC<br>C/O SILVERPEAK REAL ESTATE PARTNERS<br>ATTN RODOLPHO AMBOSS<br>40 W 57TH ST, 29TH FL<br>NEW YORK, NY  10019 | 10037 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$129,128.67 (U)<br>$129,128.67 (T) | Claim filed on account of an ownership in equity interest. |
| 12 | REVIVA INC<br>C/O HINSHAW & CULBERTSON LLP<br>151 N FRANKLIN ST, STE 2500<br>CHICAGO, IL  60606 | 10128 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T)* | Claim filed on account of an ownership in equity interest. |
| 13 | SM & MS PARTNERS<br>C/O ALEXANDER SELIGSON<br>29 W 30TH ST, 10TH FL<br>NEW YORK, NY  10001 | 10041 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$99,753.30 (U)<br>$99,753.30 (T) | Claim filed on account of an ownership in equity interest. |

* - Indicates claim contains unliquidated and/or undetermined amounts.

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Shareholder Claims

| Item | Name/Address of Claimant | Claim / Docket # | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 14 | SM & MS PARTNERS<br>C/O ALEXANDER SELIGSON<br>29 W 30TH ST, 10TH FL<br>NEW YORK, NY  10001 | 10042 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,002.98 (U)<br>$100,002.98 (T) | Claim filed on account of an ownership in equity interest. |
| 15 | TABORSKY, MARK<br>27 WOODWORTH RD<br>NEEDHAM, MA  02492 | 10076 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Claim filed on account of an ownership in equity interest. |
| Total | | 15  Claims | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$2,368,237.34 (U)<br>$2,368,237.34 (T) | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# Schedule 2

## Satisfied Claims

(S) - Secured  
(A) - Administrative  
(B) - 503(b)(9)  
(P) - Priority  
(U) - Unsecured  
(T) - Total Claimed  

| Item | Name/Address of Claimant | Claim / Docket # | Debtor/Case # | Claim Amount | Reason for Satisfaction |
|---|---|---|---|---|---|
| 1 | BOOTSTRAP ENERGY LLC<br>C/O MARK A CASTILLO<br>901 MAIN ST, STE 5500<br>DALLAS, TX  75219 | 10058 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$4,114,700.00 (U)<br>$4,114,700.00 (T)* | Based on review of the Debtor's records, this claim was satisfied in full. |
| **Total** | | **1  Claim** | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$4,114,700.00 (U)<br>$4,114,700.00 (T) | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Page 1 of 1*