IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | § § | Case No. 22-90273 (MI) |
| Debtors. | § § § | (Jointly Administered) |
| | § | **Re: Docket No. 447, 601** |

## SUPPLEMENTAL DECLARATION OF CHARLES R. GIBBS

I, Charles R. Gibbs, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am an attorney at law admitted to practice before the Supreme Court of Texas, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the United States Courts of Appeals for the First, Third, Fourth, Fifth, Eighth and Eleventh Circuits. I am a partner of the law firm of McDermott Will & Emery LLP ("McDermott"), which maintains offices at, among other places, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201.

2. I am familiar with the matters set forth herein and make this supplemental declaration (this "Supplemental Declaration") pursuant to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

*Retention of McDermott Will & Emery LLP as Counsel Effective October 9, 2022* [ECF No. 447] (the "<u>Application</u>")[2] and in accordance with the *Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors Effective October 9, 2022* [ECF No. 601] (the "<u>Order</u>").

3. Pursuant to paragraph 17 of the Application, paragraph 23 of the *Declaration of Charles R. Gibbs* attached as Exhibit B to the Application, and paragraph 6 of the Order, I submit this Supplemental Declaration to disclose an increase in the hourly rates of McDermott professionals, effective January 1, 2023.

4. In the ordinary course of McDermott's business and in keeping with McDermott's established billing practices and procedures, McDermott's standard billing rates were adjusted firm-wide on January 1, 2023. Specifically, effective as of January 1, 2023, McDermott's billing rates for lawyers and paraprofessionals who may work on matters related to McDermott's representation of the Committee in these Chapter 11 Cases range as follows:

| Title | 2023 Rates |
|---|---|
| Partners | $1,305 – $1,680 |
| Associates | $750 – $1,035 |
| Paraprofessionals | $485 – $640 |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

5. In addition, I submit this Supplemental Declaration to make a correction to the 2022 rates disclosed in the Application. McDermott's standard hourly rates for attorneys that worked on this matter in 2022 were as follows:

| Title | 2023 Rates |
|---|---|
| Partners and Senior Counsel | $1,125 – $1,680 |
| Employee Counsel | $1,100 – $1,135 |
| Associates | $685 – $1,005 |
| Paraprofessionals | $485 – $640 |

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on January 13, 2023

*/s/ Charles R. Gibbs*
Charles R. Gibbs

**CERTIFICATE OF SERVICE**

      I certify that on January 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         /s/ *Charles R. Gibbs*
                                                         Charles R. Gibbs