# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, January 17, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| James | Grogan | Paul Hastings LLP | Compute North Holdings, Inc. |
| Ryan | Mersch | Portage Point Partners, LLC | Compute North Holdings, Inc. |