IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al* [1] | § | Case No. 22-90273 (MI) |
| Debtors. | § | |
| | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE & NOTICE

**PLEASE TAKE NOTICE that,** pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Akerman LLP ("Akerman") hereby enters its appearance in the above-referenced Chapter 11 cases to represent Uluck Technology Pte. Ltd. ("Uluck") and hereby request that all notices given or required in these Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the undersigned counsel listed below:

| | |
|---|---|
| David W. Parham | R. Adam Swick |
| **AKERMAN LLP** | **AKERMAN LLP** |
| 2001 Ross Avenue, Suite 3600 | 500 West 5th Street, Suite 1210 |
| Dallas, Texas 75201 | Austin, Texas 78701 |
| Telephone: (214) 720-4300 | Telephone: (737) 999-7103 |
| Facsimile: (214) 981-9339 | Facsimile: (512) 623-6701 |
| david.parham@akerman.com | adam.swick@akerman.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Chapter 11 estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive Uluck's rights (1) to have final orders in non-core matters entered only after de novo review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Uluck is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

[*remainder of page intentionally left blank*]

Dated: January 17, 2023

Respectfully submitted,

**AKERMAN LLP**

/s/ R. Adam Swick
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:   (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com

-and-

R. Adam Swick, SBN 24051794
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, Texas 78701
Telephone:     (737) 999-7103
Facsimile:     (512) 623-6701
adam.swick@akerman.com

*Counsel to Uluck Technologies Pte. Ltd.*

### CERTIFICATE OF SERVICE

This is to certify that on January 17, 2023, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

/s/ R. Adam Swick
David W. Parham