UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) | (Jointly Administered) |

## PLAN SUPPLEMENT

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this plan supplement (this "Plan Supplement") in support of, and in accordance with, the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates [Docket No. 723] (as may be modified, amended, or supplemented from time to time, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

## CONTENTS

The Plan Supplement includes the following materials in connection with confirmation (each as defined in the Plan):

Exhibit A – the Assumed Executory Contracts and Unexpired Leases Schedule;

Exhibit B – Amended Schedule of Retained Causes of Action;

Exhibit C – Wind-Down Transaction Memorandum;

Exhibit D – Wind-Down Budget;

Exhibit E – Plan Administrator Agreement; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Exhibit F – Litigation Trust Agreement.

The Debtors shall have the right to alter, amend, modify, or supplement the documents contained in the Plan Supplement up to the Effective Date as set forth in the Plan.

The Debtors anticipate that the Debtors' corporate names will be changed prior to the Combined Hearing (as defined below), and that the corporate names in the Plan Supplement Documents will be changed accordingly. The changes to each of the Debtors' respective corporate names are as follows:

|     | Current Name | Proposed New Name |
| --- | --- | --- |
| 1.  | Compute North Holdings, Inc. | Mining Project Wind Down Holdings Inc. |
| 2.  | Compute North LLC | Mining Project Wind Down LLC |
| 3.  | CN Pledgor LLC | Mining Project Wind Down Pledgor LLC |
| 4.  | Compute North Member LLC | Mining Project Wind Down Member LLC |
| 5.  | CN Corpus Christi LLC | Mining Project Wind Down Corpus Christi LLC |
| 6.  | CN Atoka LLC | Mining Project Wind Down Atoka LLC |
| 7.  | CN Big Spring LLC | Mining Project Wind Down BS LLC |
| 8.  | CN Colorado Bend LLC | Mining Project Wind Down Colorado Bend LLC |
| 9.  | CN Developments LLC | Mining Project Wind Down Developments LLC |
| 10. | CN Equipment LLC | Mining Project Wind Down Equipment LLC |
| 11. | CN King Mountain LLC | Mining Project Wind Down King Mountain LLC |
| 12. | CN Minden LLC | Mining Project Wind Down MDN LLC |
| 13. | CN Mining LLC | Mining Project Wind Down Mining LLC |
| 14. | Compute North NC08 LLC | Mining Project Wind Down NC08 LLC |
| 15. | Compute North NY09 LLC | Mining Project Wind Down NY09 LLC |
| 16. | Compute North SD, LLC | Mining Project Wind Down STHDAK LLC |
| 17. | Compute North Texas LLC | Mining Project Wind Down Texas LLC |
| 18. | Compute North TX06 LLC | Mining Project Wind Down TX06 LLC |
| 19. | Compute North TX10 LLC | Mining Project Wind Down TX10 LLC |

As of the date hereof, the Debtors are still engaged in negotiations with various creditors and other parties in interest with respect to the terms of the documents contained in the Plan Supplement. Consequently, the documents contained in the Plan Supplement may not be final, and the Debtors reserve all rights to amend, revise, or supplement the Plan Supplement at any time before the Effective Date, or any such other date as may be permitted by the Plan or by order of the Bankruptcy Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 18, 2022
      Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*