**<u>Exhibit D</u>**

**Compute North, LLC**
*Post-effective Budget*

| Month Ending | 3/31/2023 | 4/30/2023 | 5/31/2023 | 6/30/2023 | 7/31/2023 | 8/31/2023 | 9/30/2023 | 10/31/2023 | 11/30/2023 | 12/31/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disbursements** | | | | | | | | | | | |
| Corporate Tax & Accounting Services | $ 105,000 | $ - | $ - | $ 5,000 | $ - | $ - | $ 5,000 | $ 50,000 | $ - | $ 5,000 | $ 170,000 |
| Bank Charges | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 50,000 |
| IT / Finance Systems | 7,565 | 7,565 | 11,315 | 7,565 | 7,565 | 11,315 | 7,565 | 7,565 | 11,315 | 7,565 | 86,902 |
| Storage Facility Rent [1] | 12,500 | 11,000 | 11,000 | 11,000 | 6,000 | 6,000 | - | - | - | - | 57,500 |
| Asset Management [2] | 175,000 | 25,000 | 25,000 | 25,000 | - | - | - | - | - | - | 250,000 |
| Insurance [3] | 250,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 10,000 | 10,000 | 10,000 | 10,000 | 415,000 |
| Contractor Services [4] | 55,000 | 40,000 | 30,000 | 10,000 | - | - | - | - | - | - | 135,000 |
| Financial Advisor [5] | - | 129,241 | 119,806 | 100,936 | 22,875 | 22,875 | 13,440 | 13,440 | 13,440 | 13,440 | 449,497 |
| [Counsel] [5] | - | 125,000 | 100,000 | 100,000 | 50,000 | 50,000 | 25,000 | 25,000 | 15,000 | 15,000 | 505,000 |
| Plan Administrator [5] | - | 27,800 | 27,800 | 13,900 | 6,950 | 5,560 | 5,560 | 5,560 | 5,560 | 5,560 | 104,250 |
| **Total** | $ 610,065 | $ 395,607 | $ 354,922 | $ 303,402 | $ 123,391 | $ 125,751 | $ 71,566 | $ 116,566 | $ 60,316 | $ 61,566 | $ 2,223,149 |
| **Tentative Asset Sales / Receipts** | | | | | | | | | | | |
| Minden [6] | $ 1,170,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,170,000 |
| NPPD Restricted Cash [6] | - | 813,000 | - | - | - | - | - | - | - | - | 813,000 |
| Containers [7] | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,800,000 | - | - | - | - | 9,300,000 |
| [Litigation & Preference Action Proceeds] [8] | - | - | - | - | - | - | - | - | - | - | - |
| **Total** | $ 2,670,000 | $ 2,313,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,800,000 | $ - | $ - | $ - | $ - | $ 11,283,000 |
| Beginning Cash | $ 669,776 | $ 2,729,711 | $ 4,647,104 | $ 5,792,182 | $ 6,988,781 | $ 8,365,390 | $ 10,039,640 | $ 9,968,074 | $ 9,851,508 | $ 9,791,193 | $ 669,776 |
| Net Cash Flow | 2,059,935 | 1,917,393 | 1,145,078 | 1,196,598 | 1,376,609 | 1,674,249 | (71,566) | (116,566) | (60,316) | (61,566) | 9,059,851 |
| **Ending Cash** | $ 2,729,711 | $ 4,647,104 | $ 5,792,182 | $ 6,988,781 | $ 8,365,390 | $ 10,039,640 | $ 9,968,074 | $ 9,851,508 | $ 9,791,193 | $ 9,729,627 | $ 9,729,627 |

1. To retain to the extent there is no pre-Confirmation deal regarding the remaining containers
2. Contemplates any additional logistics cost associated with the transportation or sale costs of remaining physical assets, if any
3. To be discussed with the broker based on coverage requirements; includes new D&O policy for post-effective entity
4. Estimated amount and is subject to change based on remaining assets, potential litigation, claims reconciliation volume, among other factors
5. Subject to change based on number of actual hours worked dictated by state of affairs post-Confirmation
6. Transaction assumed to be closed in March 2023 with release of NPPD cash collateral
7. Contemplates the sale of the remaining 62 containers at $150k per unit in monthly installments between Confirmation and August 2023. The amount and the ability to sell is subject to change depending on market value, container availability, pre-Confirmation deal with manufacturer, among others. The current $150k per unit value is driven by potential bids of approximately $140k per unit that the Debtor is pursuing
8. Actual proceeds to be determined based on process; achievability and timing is highly preliminary