IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-90273 (MI)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 714** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2023, I caused to be served the "Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 714], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
19th day of January, 2023
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

Case 22-90273   Document 844   Filed in TXSB on 01/19/23   Page 4 of 4

Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.)

## Service List

| Claimant | Address Information |
|---|---|
| CUSTOMER NO. 232 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 259 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 259 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 28 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 372 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 373 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 373 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 386 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 404 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 548 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 548 – NAME REDACTED | ADDRESS ON FILE |
| NBTC LIMITED | 33 S SIXTH ST, STE 4200 MINNEAPOLIS, MN 55402 |
| NBTC LIMITED | RM 1502 HARCOURT HOUSE #39 GLOUCESTER RD WANCHAI, HONG KONG CHINA |
| RO SHIROLE | 100 WASHINGTON AVENUE SOUTH; SUITE 1700 ATTN: EMERIC J. DWYER MINNEAPOLIS, MN 55401 |
| ROHIT SHIROLE | C/O CHESTNUT & CAMBRONNE PA EMERIC J DWYER 100 WASHINGTON AVE SOUTH, STE 1700 MINNEAPOLIS, MN 55401-2048 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA 100 S 5TH ST, STE 1500 MINNEAPOLIS, MN 55402 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA ATTN JEFFREY D KLOBUCAR 100 S 5TH ST, STE 1500 MINNEAPOLIS, MN 55402 |
| USBTC | 1221 BRICKELL AVE STE 900 ATTN: JOEL BLOCK MIAMI, FL 33131 |
| ZG MINING | 555 17TH STREET, SUITE 3200 ATTN: ANDREW C. LILLIE DENVER, CO 80202-3979 |
| ZG MINING LLC | C/O HOLLAND & HART ATTN: ANDREW C LILLIE, ALEXANDER D WHITE 555 17TH STREET, SUITE 3200 DENVER, CO 80202-3979 |

**Total Creditor count: 20**