# Exhibit C

**Re: Transition**

**Peter Allard** <peter@truenorthds.com>
Wed 11/17/2021 6:19 AM
To: matthew@get.love <matthew@get.love>;Ro Shirole <ro.shirole@computeholding.com>
Cc: TNDS Finance <finance@truenorthds.com>

Matthew,

Your message has been received and confirmed.

Regards,


Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



---

**From:** matthew@get.love <matthew@get.love>
**Sent:** November 17, 2021 2:40 AM
**To:** Peter Allard <peter@truenorthds.com>; Ro Shirole <ro.shirole@computenorth.com>
**Cc:** TNDS Finance <finance@truenorthds.com>
**Subject:** Re: Transition

Good morning gents—

Thanks for your email Peter.

I confirm and acknowledge and agree to the transition of the 300 Minervas to True North. I confirm that we want the 300 Minerva's which we ordered through Compute North to be sent directly to True North in Alberta from Minerva in China. They should not go to the USA at all but rather should go to True North in Alberta directly from Minerva.

Many thanks and best regards,
Matthew Merchant

---

**From:** Peter Allard <peter@truenorthds.com>
**Date:** Tuesday, 16 November 2021 at 20:40
**To:** Ro Shirole <ro.shirole@computenorth.com>, matthew@get.love <matthew@get.love>
**Cc:** TNDS Finance <finance@truenorthds.com>
**Subject:** Transition

Gentlemen,

After having the opportunity to communicate with each of you independently I can confirm that the request to have (300) Minerva MV7 units re-directed from the Compute North facility to the True North facility has not been contested and we will be free to continue as discussed.

I would request that each Ro and Matthew respond to this email chain with acknowledgement and agreement to this transition to ensure that we maintain proper transparency.

Feel free to contact me directly if there are any questions or concerns.

Regards,


Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com

