**United STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN | ) Case No. 22-90273 (MI) |
| HOLDINGS, INC. (f/k/a Compute North | ) |
| Holdings, Inc.), *et al.*[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Ref. Docket Nos. 809-821** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.   I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   I caused to be served the:

   a.   "Agenda for Hearing on Motions Scheduled for January 17, 2022 at 11:30 a.m. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District Of Texas," dated January 13, 2023 [Docket No. 809], (the "Agenda"),

   b.   "Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief," dated January 13, 2023 [Docket No. 810], (the "CNO Plan Extension"),

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

c.   "Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief," dated January 13, 2023 [Docket No. 811], (the "CNO Filing Extension"),

d.   "Fourth Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Customer Contracts)," dated January 13, 2023 [Docket No. 812], (the "4th Rejection Notice"),

e.   "Fifth Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Non-Customer Contracts)," dated January 13, 2023 [Docket No. 813], (the "5th Rejection Notice"),

f.   "Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Duplicate Claims)," dated January 13, 2023 [Docket No. 814], (the "1st Omni Objection"),

g.   "Debtors' Second Omnibus Objection to Certain Proofs of Claim (Equity Interests, Satisfied Claims)," dated January 13, 2023 [Docket No. 815], (the "2nd Omni Objection"),

h.   "Debtors' Objection to Claim No. 10055 of Rohit Shirole," dated January 13, 2023 [Docket No. 816], (the "Shirole Objection"),

i.   "Amended Declaration of Ryan Mersch in Support of Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Duplicate Claims)," dated January 13, 2023 [Docket No. 817], (the "Mersch Declaration"),

j.   "Schedule of Retained Causes of Action," dated January 13, 2023 [Docket No. 818], (the "Schedule"),

k.   "Notice of Filing of Schedule of Retained Causes of Action," dated January 13, 2023 [Docket No. 819], (the "Schedule Notice"),

l.   "Certificate of No Objection Regarding Debtors' Second Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Customer Contracts)," dated January 13, 2023 [Docket No. 820], (the "CNO 2nd Rejection Notice"), and

m.   "Certificate of No Objection Regarding Debtors' Third Notice of Rejection of Certain Executory Contracts or Unexpired Leases and Abandonment of Property in Connection Therewith (Foundry Contracts)," dated January 13, 2023 [Docket No. 821], (the "CNO 3rd Rejection Notice"),

by causing true and correct copies of the:

i.   Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on January 13, 2023,

    ii.    CNO Plan Extension, CNO Filing Extension, 1st Omni Objection, 2nd Omni Objection, Shirole Objection, Mersch Declaration, Schedule, Schedule Notice, CNO 2nd Rejection Notice, and CNO 3rd Rejection Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on January 13, 2023,

    iii.    4th Rejection Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, on January 13, 2023,

    iv.    5th Rejection Notice to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>, on January 13, 2023,

    v.    1st Omni Objection and Mersch Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, on January 13, 2023,

    vi.    2nd Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, on January 13, 2023,

    vii.    Schedule and Schedule Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>, on January 13, 2023,

    viii.    Agenda, CNO Plan Extension, CNO Filing Extension, 1st Omni Objection, 2nd Omni Objection, Shirole Objection, Mersch Declaration, Schedule, Schedule Notice, CNO 2nd Rejection Notice, and CNO 3rd Rejection Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>, on January 13, 2023,

    ix.    4th Rejection Notice and 5th Rejection Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>, on January 13, 2023,

    x.    4th Rejection Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>, on January 13, 2023,

    xi.    5th Rejection Notice to be delivered via electronic mail to: *sales@ilobby.com* and *pcs@dewittllp.com*, on January 13, 2023,

    xii.    Shirole Objection to be delivered via electronic mail to: *jklobucar@bassford.com* and *msutherland@ccsb.com*, on January 13, 2023,

    xiii.    Shirole Objection to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit K</u>, on January 17, 2023, and

xiv.     Schedule and Schedule Notice to be enclosed securely in separate postage pre-paid
envelopes and delivered via first class mail to those parties listed on the annexed
<u>Exhibit L</u>, on January 17, 2023.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
23rd day of January, 2023
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI 1001 HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  29**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  29**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BITNILE INC. | ATTN: WILLIAM HORNE 22522 SOUTHERN HIGHLANDS PKWY LAS VEGAS NV 89141 |
| BLOCKMETRIX | 2323 VICKTORY PK LN, SUITE 1600 DALLAS TX 75219 |
| COMPASS MINING INC. | ATTN: THOMAS HELLOER 251 LITTLE FALLS DR. WILMINGTON DE 19808 |
| DMITRI HANDAL | 2555 PONCE DE LEON SUITE 600 CORAL GABLES FL 33134 |
| FOUNDRY DIGITAL LLC | ATTN: MICHAEL COLYER, CEO 250 PARK AVE S, 5TH FL NEW YORK NY 10003 |
| FOUNDRY DIGITAL LLC | ATTN: MIKE COLYER & LICIA BARRA 1100 PITTSFORD VICTOR RD. PITTSFORD NY 14534 |
| GREEN MINING INC. | ATTN: MARC SHERMAN 995 QUAIL HOLLOW CR. DAKOTA DUNES SD 57049 |
| KONZA MINING FUND I LP | ATTN: HUNTER HARRISON 2005 RESEARCH PARK DRIVE MANHATTAN KS 66502 |
| LUXOR TECH | 1100 BELLEVUE WAY NE BELLEVUE WA 98004 |
| RIVER FINANCIAL | ATTN: PABLO GONZALEZ 755 SANSOME ST #600 SAN FRANCISCO CA 94111 |
| SPHERE 3D | 895 DON MILLS ROAD MISSISSAUGA ON M3C 1W3 CANADA |
| TDTC US CORP | ATTN: DAVID GUE 200 CONTINENTAL DRIVE NEWARK DE 19713 |
| ULUCK TECHNOLOGY PTE LTD | 49 NORTHWEALD LN KINGSTON UPON THAMES KT2 5GN ENGLAND |
| ULUCK TECHNOLOGY PTE LTD | 12 JOHN PRINCES STREET LONDON W1G0JR ENGLAND |
| WAYFARING COMPANY | 701 TILLERY STREET AUSTIN TX 78702 |

**Total Creditor count  15**

# EXHIBIT D

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
Overnight Mail Additional Service

MVP Logistics, LLC
Attn: Rachel Williams
10205 10th Ave. N, Ste. A
Plymouth, MN 55411

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| 7575 MANAGEMENT LLC | ATTN SPENCER BARRON 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| ALDER BTC HOLDINGS LLC | ATTN PATRICK JOSEPH GAHAN, MANAGER 3600 DALLAS HWY, STE 230-350 MARIETTA GA 30064 |
| ALDER BTC HOLDINGS LLC | C/O POLSINELLI PC 2950 N HARWOOD ST, #2100 DALLAS TX 75201 |
| ALDER OPPORTUNITY LP | ATTN PATRICK JOSEPH GAHAN, MANAGER 3600 DALLAS HWY, STE 230-350 MARIETTA GA 30064 |
| ALDER OPPORTUNITY LP | C/O POLSINELLI PC 2950 N HARWOOD ST, #2100 DALLAS TX 75201 |
| ALDER SPV I LLC | ATTN PATRICK JOSEPH GAHAN, MANAGER 3600 DALLAS HWY, STE 230-350 MARIETTA GA 30064 |
| ALDER SPV I LLC | C/O POLSINELLI PC 2950 N HARWOOD ST, #2100 DALLAS TX 75201 |
| BOBS LIMITED | 2401 SASKATCHEWAN DR REGINA SK S4P 4H8 CANADA |
| COMMONWEALTH ELECTRIC CO OF THE MIDWEST | ATTN BILLY J FRIESEN, CFO 3910 SOUTH ST LINCOLN NE 68506 |
| CULVER VENTURES LLC | 5830 E 2ND ST, STE 7000-3771 CASPER WY 82609 |
| DAVIS POLK & WARDWELL LLP | ATTN BRIAN M RESNICK 450 LEXINGTON AVE NEW YORK NY 10017 |
| DE LETONA, SIRA CORBETTA LOPEZ | SCHILLER 256, INT 402 POLANCO V, MIGUEL HIDALGO CDMX 11560 MEXICO |
| DIGITAL ALCHEMY LLC | ATTN RON COHEN 2408 NW 40TH CIR BOCA RATON FL 33431 |
| FOX MINING COMPANY LLC | ATTN MARK FOX 1028 S DOGWOOD DR HARRISONBURG VA 22801 |
| GH EFFECT INC | ATTN BRADLEY NOONAN 824-A LAKE AVE, #287 LAKE WORTH FL 33460-3754 |
| HAYLO GROUP INC | 701 TILLERY ST, #12, UNIT 100 AUSTIN TX 78702 |
| HOWARD COUNTY TAX OFFICE | C/O LAURA J MONROE PO BOX 817 LUBBOCK TX 79408 |
| MIHAI, NELU | 201 HARRISON ST, STE 210 SAN FRANCISCO CA 94105 |
| MVP LOGISTICS LLC | C/O DEWITT LLP ATTN PATRICK C SUMMERS 901 MARQUETTE AVE, STE 2100 MINNEAPOLIS MN 55402 |
| NORTON, JEFFREY | 229 WOODLAWN AVE SAINT PAUL MN 55105 |
| NY STATE DEPT OF TAXATION AND FINANCE | ATTN BANKRUPTCY PO BOX 5300 ALBANY NY 12205-0300 |
| OMNIFIC VENTURES INC | 701 TILLERY ST, #12, UNIT 108 AUSTIN TX 78702 |
| REVIVA INC | C/O HINSHAW & CULBERTSON LLP 151 N FRANKLIN ST, STE 2500 CHICAGO IL 60606 |
| RK MISSION CRITICAL LLC | C/O PATRICK M HAINES 1712 PEARL ST BOULDER CO 80302 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA ATTN JEFFREY D KLOBUCAR 100 S 5TH ST, STE 1500 MINNEAPOLIS MN 55402 |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE | ATTN BKY PO BOX 64447 SAINT PAUL MN 55164-0447 |
| SUNBELT SOLOMON SERVICES LLC | C/O MAYER BROWN LLP ATTN BRANDON RENKEN 700 LOUISIANA ST, STE 3400 HOUSTON TX 77002 |
| TWC FINANCIAL LLC | 701 TILLERY ST, STE 12, UNIT 99 AUSTIN TX 78702 |
| ULINE | 12575 ULINE DR PLEASANT PRAIRIE WI 53158 |
| ULUCK TECHNOLOGY PTE LTD | 49 NORTHWEALD LN KINGSTON UPON THAMES KT2 5GN ENGLAND |

**Total Creditor count  30**

# EXHIBIT F

| Claim Name | Address Information |
|---|---|
| ADDISON PIPER REV TRUST | 1745 HUNTER DR WAYZATA MN 55391 |
| BALL, SEAN | 5785 FEATHERIE BAY EXCELSIOR MN 55331 |
| BOOTSTRAP ENERGY LLC | C/O MARK A CASTILLO 901 MAIN ST, STE 5500 DALLAS TX 75219 |
| BOOTSTRAP ENERGY LLC | ATTN STEVE QUISENBERRY, CEO 3838 OAK LAW AVE, STE 1000 DALLAS TX 75219 |
| CRIBB, GREGORY | 1320 COZY OAK AVE CARY NC 27519 |
| DINGWALL-CHANTILOUPE, NICHOLAS PETER | 3311 BLUEBELL AVE N BROOKLYN PARK MN 55443-1560 |
| HAKIM, BRIAN | 2225 23RD ST, UNIT 218 SAN FRANCISCO CA 94107 |
| HAKIM, JONATHAN | 2225 23RD ST, UNIT 218 SAN FRANCISCO CA 94107 |
| KT LLC | 304 S JONES AVE, STE 1300 LAS VEGAS NV 89107 |
| NORTON, JEFFREY | 229 WOODLAWN AVE SAINT PAUL MN 55105 |
| REIC GAMMA (AM/DB) HOLDINGS LLC | C/O SILVERPEAK REAL ESTATE PARTNERS ATTN RODOLPHO AMBOSS 40 W 57TH ST, 29TH FL NEW YORK NY 10019 |
| REVIVA INC | C/O HINSHAW & CULBERTSON LLP 151 N FRANKLIN ST, STE 2500 CHICAGO IL 60606 |
| SM & MS PARTNERS | C/O ALEXANDER SELIGSON 29 W 30TH ST, 10TH FL NEW YORK NY 10001 |
| SM & MS PARTNERS | C/O ALEXANDER SELIGSON 140 WEST END AVE, #2C NEW YORK NY 10023 |
| TABORSKY, MARK | 27 WOODWORTH RD NEEDHAM MA 02492 |

**Total Creditor count  15**

# EXHIBIT G

| Claim Name | Address Information |
|---|---|
| AFCO | PO BOX 360572 ATTN: R SALINAS PITTSBURGH PA 15250-6572 |
| AON RISK SERVICES CENTRAL INC | ATTN SR VP 5600 WEST 83RD ST MINNEAPOLIS MN 55437 |
| AUTHORITY ELECTRIC & A/C | ATTN WALTER BRUMLEY 600 N BIRDWELL LN BIG SPRING TX 79720 |
| AUTHORITY ELECTRIC & A/C | 600 N BIRDWELL LANE BIG SPRING TX 79721 |
| AXLE LOGISTICS | 835 N CENTRAL STREET KNOXVILLE TN 37917 |
| AXLE LOGISTICS LLC | ATTN DAVID JONES, CONTROLLER 835 N CENTRAL ST KNOXVILLE TN 37917 |
| BITMAIN DELAWARE HOLDING COMPANY INC | ATTN CHIEF EXEC OFFICER 850 NEW BURTON RD, STE 201 DOVER, KENT DE 19904 |
| BITMAIN TECHNOLOGIES LTD | UNIT D, 16/F, ONE CAPITAL PLACE 18 LUARD RD WAN CHAI HONG KONG |
| BOOTSTRAP ENERGY LLC | C/O MARK A CASTILLO 901 MAIN ST, STE 5500 DALLAS TX 75219 |
| BOOTSTRAP ENERGY LLC | ATTN STEVE QUISENBERRY, CEO 3838 OAK LAW AVE, STE 1000 DALLAS TX 75219 |
| BUFFALO COUNTY TREASURER | 1512 CENTRAL AVE KEARNEY NE 68847 |
| BUFFALO COUNTY TREASURER | PO BOX 1270 KEARNEY NE 68848 |
| CH ROBINSON COMPANY INC | PO BOX 9121 MINNEAPOLIS MN 55480-9121 |
| CH ROBINSON COMPANY INC | PO BOX 9121 ATTN: ANNETTE DRIESLEIN MINNEAPOLIS MN 55480-9121 |
| CHAMBER OF DIGITAL COMMERCE | ATTN VP, DEVELOPMENT 1667 K ST NW, STE 640 WASHINGTON DC 20006 |
| CHAMBER OF DIGITAL COMMERCE | 605 MCRORIE STREET LAKELAND FL 33803 |
| CHARLES SCHWAB TRUST BANK | ATTN ASSET CONTROL PO BOX 52087 PHOENIX AZ 85072-2087 |
| CIRCUIT BREAKER GUYS, LLC | 4740 E 2ND ST BENICIA CA 94510 |
| CITY OF BIG SPRING, TX | 310 NOLAN STREET BIG SPRING TX 79720 |
| CNA COMMERCIAL INSURANCE | 500 COLONIAL CENTER PKWY LAKE MARY FL 32746 |
| COFFMAN ENGINEERS INC | 8951 CYPRESS WATERS BLVD #160 DALLAS TX 75019 |
| COFFMAN ENGINEERS INC | 1939 HARRISON STREET OAKLAND CA 94612 |
| COFFMAN ENGINEERS INC | ATTN VP ENERGY & SUSTAINABILITY 1101 2ND AVE, STE 400 SEATTLE WA 98101 |
| COFFMAN ENGINEERS INC | 10 N POST ST, STE 500 SPOKANE WA 99201 |
| COMMONWEALTH ELECTRIC CO OF THE MIDWEST | ATTN BILLY J FRIESEN, CFO 3910 SOUTH ST LINCOLN NE 68506 |
| COMPUTE NORTH NE05 LLC | C/O ARENTFOX SCHIFF LLP 1301 AVENUE OF THE AMERICAS 42ND FLOOR NEW YORK NY 10019 |
| CORTALENT LLC | 7801 E BUSH LAKE RD, STE 100 BLOOMINGTON MN 55439 |
| DNV ENERGY USA INC | ATTN HEAD OF DEPT ENERGY ANALYTICS & MEASUREMENTS 1400 RAVELLO DR KATY TX 77449 |
| ECHO SEARCH GROUP | 1660 HWY 100 S, STE 510 SAINT LOUIS PARK MN 55416 |
| FOUNDRY DIGITAL LLC | C/O MILBANK LLP ATTN ABHILASH M RAVAL; ERIC K STODOLA; EDWARD R LINDEN 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| FOUNDRY DIGITAL LLC | ATTN MIKE COLYER; LICIA BARRA 1100 PITTSFORD VICTOR RD PITTSFORD NY 14534 |
| FREUDENBERG FILTRATION TECHNOLOGIES | 2975 PEMBROKE ROAD HOPKINSVILLE KY 42240 |
| GRAINGER | DEPT. 887372552 PALATINE IL 60038-0001 |
| GRASSROOTS | 318 W. ADAMS ST., SUITE 600B CHICAGO IL 60606 |
| HELLO TEMP, INC. | 4609 W 56TH ST ATTN: RYAN TLUSTOSCH EDINA MN 55424 |
| HOWARD COUNTY TAX OFFICE | PO BOX 1111 BIG SPRING TX 79721 |
| KOCH FILTER CORPORATION | 8401 AIR COMMERCE DR LOUISVILLE KY 40119 |
| KOCH FILTER CORPORATION | C/O WAGNER FALCONER & JUDD LTD ATTN BRIAN WILDERMAN 100 S FIFTH ST, STE 800 MINNEAPOLIS MN 55402 |
| MADEL PA | 800 HENNEPIN AVENUE MINNEAPOLIS MN 55403 |
| MERITUS RECRUITING GROUP LLC | 10319 LYNBROOK HOLLOW HOUSTON TX 77042 |
| MIDAMERICAN ENERGY COMPANY | ATTN CREDIT PO BOX 4350 DAVENPORT IA 52808-4350 |
| MILLER & ASSOC CONSULTING ENGINEERS PC | ATTN PROJECT MANAGER 1111 CENTRAL AVE KEARNEY NE 68847 |
| MILLER & ASSOCIATES CONSULTING ENGINEERS | PO BOX 306 KEARNEY NE 68848 |
| MVP LOGISTICS LLC | C/O DEWITT LLP ATTN PATRICK C SUMMERS 901 MARQUETTE AVE, STE 2100 MINNEAPOLIS MN 55402 |

| Claim Name | Address Information |
|---|---|
| NEBRASKA DEPARTMENT OF REVENUE | 301 CENTENNIAL MALL SOUTH LINCOLN NE 68509 |
| NEBRASKA DEPARTMENT OF REVENUE | PO BOX 94818 LINCOLN NE 68509-4818 |
| NORTON ROSE FULBRIGHT US LLP | DEPT 2613 PO BOX 122613 ATTN: AWILDA MALDONADO DALLAS TX 75312-2613 |
| NY STATE DEPT OF TAXATION AND FINANCE | ATTN BANKRUPTCY PO BOX 5300 ALBANY NY 12205-0300 |
| OTC GLOBAL HOLDINGS LP | ATTN SR VP 5151 SAN FELIPE, STE 2200 HOUSTON TX 77056 |
| OVERWATCH ENTERPRISES LLC | 138 OLD SAN ANTONIO RD, STE 305 BOERNE TX 78006 |
| OVERWATCH SURVEILLANCE LLC | 138 OLD SAN ANTONIO RD, STE 305 BOERNE TX 78006 |
| POWER ASSET RECOVERY CORPORATION | ATTN PRESIDENT 4321 STRAUSSER ST NW NORTH CANTON OH 44720 |
| PROSEK LLC | 105 MADISON AVE NEW YORK NY 10016 |
| RANGER GUARD & INVESTIGATIONS | 4660 BEECHNUT ST, #200 HOUSTON TX 77096 |
| RECRUITERS OF MINNESOTA | 6110 BLUE CIRCLE DR, SUITE 280 MINNETONKA MN 55343 |
| ROEBUCK STAFFING COMPANY LLC | 300 E ARLINGTON BLVD, STE 3A GREENVILLE NC 27858 |
| ROTH STAFFING COMPANIES LP | 7900 XERXES AVE S SUITE 860 BLOOMINGTON MN 55431 |
| RSM US LLP | ATTN PARTNER CLIENT RESOURCE CENTER 201 FIRST ST SE, STE 800 CEDAR RAPIDS IA 52401 |
| RSM US LLP | ATTN SR MANAGER 801 NICOLLETT MALL, STE 1200 MINNEAPOLIS MN 55402 |
| RSM US LLP | ATTN KEVIN FORAL & SADIE ANDREWS 1299 FARNAM ST, STE 530 OMAHA NE 68102 |
| RUSSELL A FARROW US INC. | PO BOX 441364, ATTN: CHANTEL DUCHARME DETROIT MI 48244-1364 |
| SGS NORTH AMERICA INC | PO BOX 2502 CAROL STREAM IL 60132-2502 |
| SHENZHEN AIMEIJIN ELECTRONICS CO, LTD | 36F XINGHE CENTURY CAITIAN ROAD GONXHA FUTIAN SHENZHEN CHINA |
| SHENZHEN AIMEIJIN ELECTRONICS CO, LTD | RM 801 HANGSHENG BLDG GAOXIN SOUTH LIUDAO RD NANSHAN DIST SHENZEN CHINA |
| SIRA CORBETTA LOPEZ DE LETONA | PO BOX 202289 DALLAS TX 75320-2289 |
| SIRIUS COMPUTER SOLUTIONS LLC | PO BOX 202289 ATTN: LE TANYA SPENCER DALLAS TX 75320-2289 |
| SOLOMON CORPORATION | ATTN JAMIE HYPES CFO 1922 S MLK JR DR TEMPLE TX 76504 |
| SOUTH DAKOTA STATE TREASURER | 500 E CAPITAL AVE. PIERRE SD 75501 |
| STATE OF CONNECTICUT | 450 COLUMBUS BLVD STE 1 HARTFORD CT 06103 |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE | ATTN BKY PO BOX 64447 SAINT PAUL MN 55164-0447 |
| SUNBELT RENTALS | PO BOX 409211 ATLANTA GA 30384-9211 |
| SUNBELT RENTALS | ATTN CHIEF FINANCIAL OFFICER PO BOX 245 SOLOMON KS 67480 |
| SUNBELT RENTALS | ATTN CHIEF FINANCIAL OFFICER PO BOX 619130 DALLAS TX 75261-9130 |
| SUNBELT RENTALS | 400 NE WILSHIRE BLVD BURLESON TX 76028 |
| SUNBELT SOLOMON SERVICES LLC | C/O MAYER BROWN LLP ATTN BRANDON RENKEN 700 LOUISIANA ST, STE 3400 HOUSTON TX 77002 |
| SUNBELT SOLOMON SERVICES, LLC | 1922 S MLK JR DRIVE TEMPLE TX 76504 |
| SUPERIOR CRANES, INC | PO BOX 2371 ROCKINGHAM NC 28380 |
| TECH STRATEGY LEADERS LLC | ATTN PRESIDENT & CEO 7000 FALLONDALE ROAD WAXHAW NC 28173 |
| THOMSON REUTERS - WEST | 610 OPERMAN DRIVE EAGAN MN 55123-1396 |
| ULINE | 12575 ULINE DR PLEASANT PRAIRIE WI 53158 |
| ULINE | PO BOX 88741 CHICAGO IL 60680-1741 |
| VALDES ENGINEERING COMPANY | ATTN CORP COUNSEL 100 W 22ND ST LOMBARD IL 60148 |

**Total Creditor count  82**

**CPN 818-819 01-13-2023**

KR SIOUX CITY 2017 LLC
9 E. LOOCKERMAN ST., STE. 311
KENT  DE      19901

**EXHIBIT H**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C. | mkelly@kmdfirm.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com; |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MVP LOGISTICS LLC | ar@mvpship.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |

**EXHIBIT I**

COMPUTE NORTH HOLDINGS, INC., et al. Case No. 22-90273 (MI)

Electronic Mail Service - Rejection Notice Parties

| Email |
|---|
| crgibbs@mwe.com |
| kgoing@mwe.com, |
| dazman@mwe.com, salutkus@mwe.com, nrowles@mwe.com, |
| Jayson.B.Ruff@usdoj.gov, |
| Jana.Whitworth@usdoj.gov |
| credit.notice@generatecapital.com; |
| josephbuoni@huntonak.com; |
| taddavidson@huntonak.com; |
| philipguffy@huntonak.com; |
| christopher.marcus@kirkland.com; |
| elizabeth.jones@kirkland.com; |
| anna.rotman@kirkland.com |

**EXHIBIT J**

COMPUTE NORTH HOLDINGS, INC., et al. Case No. 22-90273 (MI)
Electronic Mail Additional Service

| Counterparty Notice Information |
|---|
| Jay@haylo.vc |
| Darren@BitNile.com |
| Nbannister@BlockMetrix.com |
| Mquejada@sidley.com |
| Jwillard@atllp.com |
| Sbajaj@culverventures.com |
| Roshan@decimalgroup.io |
| MSilverman@pryorcashman.com |
| Dwolgin@gmail.com |
| ggodfrey@polsinelli.com |
| LBoydston@Polsinelli.com |
| Simon@edgemode.io |
| araval@milbank.com; estodola@milbank.com; elinden@milbank.com; mcolyer@foundrydigital.com; lbarra@foundrydigital.com; Kristine.manoukian@srz.com; peter.amend@srz.com; jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung- john@porterhedges.com |
| akhatri@hmblaw.com |
| Jay@omnificventures.com |
| Patricia.trompeter@sphere3D.com; Slieberman@pryorcashman.com Msilverman@pryorcashman.com;  JJudd@AndrewsMyers.com |
| David.zhang@uluckglobal.co.uk |

**EXHIBIT K**

COMPUTE NORTH HOLDINGS, INC., et al.
Case No. 22-90273 (MI)
First Class Mail Additional Service

Rohit Shirole
c/o Basford Remele, P.A.
100 South 5th Streeet, Suite 1500
Minneapolis, MN 55402

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | 200 VESEY ST NEW YORK NY 10285 |
| AON (BERMUDA) | 5600 W 83RD ST 8200 TOWER BOOMINGTON MN 55437 |
| BACKYARD FUN FACTORY | 9510 SWAFFORD RD JUSTIN TX 77024 |
| BITMAIN TECHNOLOGIES LIMITED | 8 KALLANG AVE APERIA TOWER 1 #09-03/04 339509 SINGAPORE |
| COMPUTE NORTH TEXAS LLC-TX03 | 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| COMPUTE NORTH WOLF HOLLOW LLC-TX10 | 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| CONGQING | NO. 77 TAIJI ROAD 2ND FLOOR FULING DISTRICT CHONGQING CHINA |
| CORPORATE PERFORMANCE STRATEGIES INC. | 70 THOMPSON PLACE ROSEWELL GA 30075 |
| DSV AIR & SEA INC. | PO BOX 200876 PITTSBURGH PA 15251 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | NORTH CAROLINA DEPARTMENT OF REVENUE P O BOX 25000 RALEIGH NC 27640-0640 |
| PA CONSULTING GROUP INC. | TOWER POINT 6TH FLOOR 27-43 WORMWOOD S BOSTON MA 02210 |
| RAMP BUSINESS CORPORATION | 71 5TH AVENUE 6TH FLOOR NEW YORK NY 10003 |
| SOLOMON TRANSFORMERS | 1922 S. MLK JR. DRIVE TEMPLE TX 76504 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | 300A OUTLET POINTE BOULEVARD COLUMBIA SC 29210 |
| STARTEX SOFTWARE LLC | 800 TOWN AND COUNTRY BOULEVARD STE 500 HOUSTON TX 77024 |
| STATE OF DELAWARE | DIVISION OF CORPORATIONS BINGHAMPTON NY 13902-5509 |
| THE GENE ALLEN TRUST | PO BOX 260368 CORPUS CHRISTI TX 78426-0368 |

**Total Creditor count  17**