IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al.,**[1] | § § § § | (Jointly Administered) Case No. 22-90273 (MI) |
| | § | |
| Debtors. | § | |

**ORDER GRANTING BOOTSTRAP ENERGY, LLC'S EMERGENCY MOTION UNDER BANKRUPTCY RULE 3018 TO TEMPORARILY ALLOW $4.1 MILLION CLASS 3 CLAIM NO. 10058 FOR VOTING PURPOSES**

[Relates to Dkt. No. 815]

On January 27, 2023, the Court heard Movant Bootstrap Energy, LLC's ("Bootstrap") *Emergency Motion Under Bankruptcy Rule 3018 to Temporarily Allow $4.1 Million Class 3 Claim No. 10058 for Voting Purposes* (the "Motion"). Upon considering the Motion, any response(s) thereto, the argument, testimony and other evidence admitted at hearing, the Court finds and determines that the legal and factual bases set forth in the Motion establish just cause for the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, IL 60654.

granted herein; and after due deliberation and sufficient cause appearing therefor, the Court finds, concludes, and orders as follows:

The Court finds and concludes it has jurisdiction to issue this Order pursuant to 28 U.S.C. § 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the hearing on the Motion and this Order is adequate under the circumstances.

The Court finds and concludes Claim No. 10058 of Bootstrap should be temporarily allowed for the purpose of voting to accept or reject the Plan under Bankruptcy Rule 3018. It is therefore

**ORDERED** that Bootstrap's Claim No. 10058 is hereby temporarily allowed solely for the purpose of voting to accept or reject the Plan under Bankruptcy Rule 3018 as a Class 3 unsecured creditor against Compute North LLC. It is further

**ORDERED** that this order, except as expressly stated herein, does not otherwise adjudicate any party's rights, claims, defenses, or remedies as to Claim No. 10058. It is further

**ORDERED** that this Court shall retain jurisdiction over all matters relating to the implementation, interpretation, or enforcement of this Order and the matters addressed herein.

Signed: January ___, 2023.

                                                Marvin Isgur
                                                United States Bankruptcy Judge