United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90273 |
| **MINING PROJECT WIND DOWN** § | |
| **HOLDINGS INC.**, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER

On January 13, 2023, the Debtors objected to Bootstrap Energy LLC's proof of claim. The sole factual basis for the objection is a statement made under penalty of perjury by Ryan Mersch.

Mr. Mersch stated that the claim "has been satisfied in full and does not make a valid claim for payment for which the Debtors are liable." The statement that the claim "does not make a valid claim for which the Debtors are liable" is a conclusion of law. It is stricken.

On January 24, 2023, Bootstrap filed an emergency motion seeking the temporarily allowance of its claim for voting purposes. Bootstrap alleges that it has received no payment whatsoever on its claim. Its statement is verified under penalty of perjury by Steve Quisenberry, the Chief Executive Officer of Bootstrap Energy LLC.

The Court does not understand how the claim could have been satisfied in full if no payment was ever made on the claim.

Statements made under penalty of perjury are taken very seriously by the Court. Counsel to the Debtor and Counsel to Bootstrap should act accordingly and make diligent Rule 11 inquiry. The Rule 11 inquiry must be completed by 4:00 p.m. on January 25, 2023.

Pursuant to Rule 7015, the Debtor is prohibited from amending its objection, or the declaration submitted with the objection, without leave of Court. Pursuant to the Court's inherent powers, Bootstrap is prohibited from amending is motion seeking temporary allowance of its claim, without leave of Court.

SIGNED 01/24/2023

Marvin Isgur
United States Bankruptcy Judge