United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-90273** |
| **MINING PROJECT WIND DOWN** | § | |
| **HOLDINGS INC.,** *et al.,* | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

### ORDER DENYING CLAIM OBJECTION
### AND IMPOSING ADDITIONAL RELIEF

Based on the Court's review of ECF No. 860, the Court orders:

1.      The objection to Bootstrap's claim has no factual basis.  The objection filed at ECF No 815 is denied as to Bootstrap's claim 10058.

2.      Bootstrap's estimation motion is moot.

3.      The statement by Mr. Mersch appears to have been made with a careless disregard for the truth.  He alleges that he carefully reviewed the Debtors' books and records before making the declaration.  He also states that his review was thorough.  The statement filed at ECF No. 860 demonstrates that he did not carefully and thoroughly review the Debtors' books and records.  His statement is made "[t]to the best of my knowledge, information and belief."

4.      Mr. Mersch states that he is a director of the estates' financial advisor, Portage Point Partners, LLC.  Portage is suspended from filing further declarations in this case until such time as it has satisfied the Court that it has implemented appropriate procedures to assure that its declarations are trustworthy.

SIGNED 01/25/2023

_____
Marvin Isgur
United States Bankruptcy Judge