**Exhibit B**

**Redline**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| ~~COMPUTE NORTH~~MINING PROJECT WIND DOWN HOLDINGS, INC.~~, et al.,~~[1] (f/k/a Compute North Holdings, Inc.), et al.,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
|  | Re:  Docket Nos. 91 ~~&~~, 256, 812 |

## ORDER APPROVING
## REJECTION OF CERTAIN EXECUTORY
## CONTRACTS OR UNEXPIRED LEASES AND ABANDONMENT
## OF PROPERTY IN CONNECTION THEREWITH (CUSTOMER CONTRACTS)
## FOURTH NOTICE OF REJECTION

---

[1] ~~The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.~~

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

Pursuant to and in accordance with the order of this Court entered on October 24, 2022 [Docket No. 256] (the "Rejection Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "Rejection Notice") of their intent to reject certain executory contracts (the "Rejected Contracts") identified on **Exhibit 1** attached hereto in accordance with the terms of the Rejection Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Rejected Contracts identified on **Exhibit 1** attached hereto are hereby rejected as set forth herein, effective as of the later of: (a) the Rejection Date set forth on **Exhibit 1** and (b) such other date as determined by the Court (the "Rejection Date").

2. Effective as of the Removal Deadline (as defined below), any interests that the Debtors' chapter 11 estates may have, including any security interests, in the cryptocurrency miners and related equipment (the "Customer Miners") relating to the colocation and operation agreements between the Debtors and customers of the Debtors (the "Customers") listed on **Exhibit 1** are deemed abandoned to the operator of the premises where the Customer Miners are located. The Customers must remove the Customer Miners from the Facilities or otherwise

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

2

arrange for the disposal of the Customer Miners, if any, within twenty one (21) days after the entry of the Rejection Order (the "Removal Deadline").

3. If Customers fail to remove the Customer Miners by the Removal Deadline, the operator of the premises where the Customer Miners are located may exercise any remedies available to such operator of the premises under applicable law with respect to the Customer Miners located at the premises.

4. If any affected Customer to a Rejected Contract asserts a claim against the Debtors arising from the rejection of the Rejected Contract, the Customer shall submit a proof of claim by the later of (a) the deadline fixed by the Bankruptcy Court to file general unsecured proofs of claim; or (b) thirty (30) days after the entry of the Rejection Order.

5. If a Customer does not timely file a proof of claim in accordance with the terms of the Rejection Procedures Order and this Order, the Counterparty shall not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting claims for rejection damages and from participating in any distributions made in connection with these Chapter 11 Cases on account of such rejection damages.

6. Nothing herein shall reject any portion of the Rejected Contract that was partially assigned prior to the Petition Date.

7. Nothing herein shall prejudice the Debtors' rights to argue that any of the Rejected Contracts were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Rejected Contracts is limited to the remedies available under any applicable termination provision of such Rejected Contract or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

8. Nothing contained in this Order, nor any payment made pursuant to the authority granted by this Order, is intended to be or shall be construed as: (a) an admission as to the validity of any claim against the Debtors, (b) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (c) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (d) an agreement or obligation to pay any claims, (e) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (f) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

9. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights of or enhance the status of any claim by any party.

10. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2023
       Houston, Texas

                                                                                                 THE HONORABLE MARVIN ISGUR
                                                                                                UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to Rejection Order**

**List of Rejected Contracts**

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Bajaj, Jay (Haylo Group) | Haylo Group Inc. 701 Tillery St, #12, Unit 100 Attn: Jay Bajaj Austin, TX 78702 Jay@haylo.vc | Master Agreement, dated April 20, 2021 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 sgage@usbtccorp.com |
| Bajaj, Jay (Haylo Group) | Haylo Group Inc. 701 Tillery St, #12, Unit 100 Attn: Jay Bajaj Austin, TX 78702 Jay@haylo.vc | Order Form, dated July 18, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 sgage@usbtccorp.com |
| BitNile (Ault) | BitNile Inc. 22522 Southern Highlands Pkwy Attn: William Horne Las Vegas, NV 89141  BitNile Inc. 11411 Southern Highlands Pkwy, Suite 240 Las Vegas, NV 89141 Darren@BitNile.com | Master Agreement, dated August 15, 2022 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 sgage@usbtccorp.com |
| ~~Blockmetrix~~ | ~~BlockMetrix 2323 Vicktory Pk Ln, Suite 1600 Dallas, TX 75219  BlockMetrix 2651 North Harwood St Dallas, TX 75201 Nbannister@BlockMetrix.com  BlockMetrix C/O Sidley Austin LLP Attn: Maegan Quejada~~ | ~~Master Agreement, dated November 7, 2021 and Order Form~~ | ~~Compute North LLC~~ | ~~January 13, 2023~~ | ~~Wolf Hollow~~ | ~~**US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 sgage@usbtccorp.com~~ |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | 1000 Louisiana St, Suite 5900 ~~Houston, TX 77002~~ ~~Mquejada@sidley.com~~ | | | | | |
| ~~Blockmetrix~~ | ~~BlockMetrix~~ ~~2323 Vicktory Pk Ln, Suite 1600~~ ~~Dallas, TX 75219~~ ~~BlockMetrix~~ ~~2651 North Harwood St~~ ~~Dallas, TX 75201~~ ~~Nbannister@BlockMetrix.com~~ ~~BlockMetrix~~ ~~C/O Sidley Austin LLP~~ ~~Attn: Maegan Quejada~~ ~~1000 Louisiana St, Suite 5900~~ ~~Houston, TX 77002~~ ~~Mquejada@sidley.com~~ | ~~Order Form, dated December 2, 2021~~ | ~~Compute North LLC~~ | ~~January 13, 2023~~ | ~~Wolf Hollow~~ | ~~US Bitcoin Corp.~~ ~~Samuel Gage~~ ~~Director of Operations~~ ~~+1 (305) 224-6427 x821~~ ~~sgage@usbtccorp.com~~ |
| Compass Mining Inc. | Compass Mining Inc. 251 Little Falls Dr. Attn: Thomas Helloer Wilmington, DE 19808  Compass Mining Inc. C/O Armstrong Teasdale LLP Attn: John G. Willard 7700 Forsyth Blvd, Suite 1800 Saint Louis, MO 63105 Jwillard@atllp.com | Master Agreement, dated March 18, 2021 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 sgage@usbtccorp.com |
| Compass Mining Inc. | Compass Mining Inc. 251 Little Falls Dr. Attn: Thomas Helloer Wilmington, DE 19808 | Order Form, dated April 22, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.** Samuel Gage Director of Operations +1 (305) 224-6427 x821 |

2

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Compass Mining Inc.<br>C/O Armstrong Teasdale LLP<br>Attn: John G. Willard<br>7700 Forsyth Blvd, Suite 1800<br>Saint Louis, MO 63105<br>Jwillard@atllp.com | | | | | sgage@usbtccorp.com |
| Culver Ventures | Culver Ventures LLC<br>5830 E 2nd St, Suite 7000-3771<br>Attn: Shyam Bajaj<br>Casper, WY 82609<br>Sbajaj@culverventures.com | Master Agreement, dated August 19, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Culver Ventures | Culver Ventures LLC<br>5830 E 2nd St, Suite 7000-3771<br>Attn: Shyam Bajaj<br>Casper, WY 82609<br>Sbajaj@culverventures.com | Order Form, dated April 15, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Decimal Group | Decimal Group<br>153 Valley St, Suite 26<br>South Orange, NJ 07079<br>Roshan@decimalgroup.io<br>MSilverman@pryorcashman.com | Master Agreement, dated January 27, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Decimal Group | Decimal Group<br>153 Valley St, Suite 26<br>South Orange, NJ 07079<br>Roshan@decimalgroup.io<br>MSilverman@pryorcashman.com | Order Form, dated February 1, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Digital Alchemy | Digital Alchemy<br>2408 NW 40th Circle<br>Attn: Ron Cohen<br>Boca Raton, FL 33431<br>Dwolgin@gmail.com<br><br>Digital Alchemy<br>C/O Polsinelli PC<br>2950 N Harwood St, #2100 | Master Agreement, dated July 26, 2022 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Dallas, TX 75201<br>ggodfrey@polsinelli.com<br>LBoydston@Polsinelli.com | | | | | |
| Edge Mode | Edge Mode<br>350 N Orleans St<br>Attn: Simon Wajcenberg<br>Chicago, IL 60654<br>Simon@edgemode.io<br><br>Edge Mode<br>110 E Broward Blvd<br>Fort Lauderdale, FL 33301<br>Simon@edgemode.io | Master Agreement, dated April 20, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Edge Mode | Edge Mode<br>350 N Orleans St<br>Attn: Simon Wajcenberg<br>Chicago, IL 60654<br>Simon@edgemode.io<br><br>Edge Mode<br>110 E Broward Blvd<br>Fort Lauderdale, FL 33301<br>Simon@edgemode.io | Order Form, dated June 29, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Foundry Digital LLC | Foundry Digital LLC<br><br>Attn: Michael Colyer, CEO<br><br>250 Park Ave S, 5th Fl<br><br>New York, NY 10003 | Master Agreement, dated October 29, 2020 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow; North Sioux City | **Wolf Hollow**<br>US Bitcoin Corp.<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com<br><br>**North Sioux City**<br>James Stanton<br>JStanton@foundrydigital.com |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Foundry Digital LLC<br><br>Attn: Mike Colyer & Licia Barra<br><br>1100 Pittsford Victor Rd.<br><br>Pittsford, NY 14534<br><br>Foundry Digital LLC<br><br>c/o Milbank LLP<br><br>Attn: Abhilash M. Raval, Eric K. Stodola & Edward R. Linden<br><br>55 Hudson Yards<br><br>New York, NY 10001-2163<br><br>Phone: (212) 530-5000<br><br>Email: araval@milbank.com; estodola@milbank.com; elinden@milbank.com<br><br>Foundry Digital LLC<br><br>Attn: Mike Colyer & Licia Barra<br><br>350 East Ave., Suite 201 | | | | | 585-512-8908<br><br>Ben Stoos<br>ben.stoos@computenorth.com<br>712-223-9429 |

5

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Rochester, NY 14604<br><br>Email:mcolyer@foundrydigital.com; lbarra@foundrydigital.com<br><br><br>Schulte Roth & Zabel LLP<br><br>Counsel to Foundry Digital<br><br>Attn: Kristine G. Manoukian & Peter J Amend<br><br>919 Third Avenue<br><br>New York, NY 10022<br><br>Phone: (212) 756-2000<br><br>Email:Kristine.manoukian@srz.com; peter.amend@srz.com<br><br><br>Porter Hedges LLP<br><br>Counsel to Foundry Digital<br><br>Attn: John F. Higgins, M. Shane Johnson & Megan N. Young-John<br><br>1000 Main St., 36th Fl. | | | | | |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Houston, TX 77002 Phone: (713) 226-6000 Email:jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com  HMB Legal Counsel Counsel to Foundry Digital LLC Attn: Ati P. Khatri 500 West Madison, Suite 3700 Chicago, IL 60661 Email: akhatri@hmblaw.com | | | | | |

7

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Foundry Digital LLC | Foundry Digital LLC<br><br>Attn: Michael Colyer, CEO<br><br>250 Park Ave S, 5th Fl<br><br>New York, NY 10003<br><br><br>Foundry Digital LLC<br><br>Attn: Mike Colyer & Licia Barra<br><br>1100 Pittsford Victor Rd.<br><br>Pittsford, NY 14534<br><br><br>Foundry Digital LLC<br><br>c/o Milbank LLP<br><br>Attn: Abhilash M. Raval, Eric K. Stodola & Edward R. Linden<br><br>55 Hudson Yards<br><br>New York, NY 10001-2163<br><br>Phone: (212) 530-5000<br><br>Email: araval@milbank.com; estodola@milbank.com; | Order Form, dated July 6, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |

8

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | elinden@milbank.com<br><br>Foundry Digital LLC<br><br>Attn: Mike Colyer & Licia Barra<br><br>350 East Ave., Suite 201<br><br>Rochester, NY 14604<br><br>Email:mcolyer@foundrydigital.com; lbarra@foundrydigital.com<br><br>Schulte Roth & Zabel LLP<br><br>Counsel to Foundry Digital<br><br>Attn: Kristine G. Manoukian & Peter J Amend<br><br>919 Third Avenue<br><br>New York, NY 10022<br><br>Phone: (212) 756-2000<br><br>Email:Kristine.manoukian@srz.com; peter.amend@srz.com | | | | | |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Porter Hedges LLP<br><br>Counsel to Foundry Digital<br><br>Attn: John F. Higgins, M. Shane Johnson & Megan N. Young-John<br><br>1000 Main St., 36th Fl.<br><br>Houston, TX 77002<br><br>Phone: (713) 226-6000<br><br>Email:jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com<br><br><br>HMB Legal Counsel<br><br>Counsel to Foundry Digital LLC<br><br>Attn: Ati P. Khatri<br><br>500 West Madison, Suite 3700<br><br>Chicago, IL 60661<br><br>Email: akhatri@hmblaw.com | | | | | |

10

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| Green Mining | Green Mining Inc.<br>995 Quail Hollow Cr.<br>Attn: Marc Sherman<br>Dakota Dunes, SD 57049 | Master Agreement, dated November 4, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Handal, Dmitri | Dmitri Handal<br>2555 Ponce de Leon Suite 600<br>Coral Gables, FL 33134 | Master Agreement, dated July 26, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Handal, Dmitri | Dmitri Handal<br>2555 Ponce de Leon Suite 600<br>Coral Gables, FL 33134 | Order Form, dated July 29, 2021 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Handal, Dmitri | Dmitri Handal<br>2555 Ponce de Leon Suite 600<br>Coral Gables, FL 33134 | Order Form, dated November 5, 2021 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Konza Mining Fund I LP | Konza Mining Fund I LP<br>2005 Research Park Drive<br>Attn: Hunter Harrison<br>Manhattan, KS 66502 | Master Agreement, dated October 21, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Luxor Tech | Luxor Tech<br>1100 Bellevue Way NE<br>Bellevue, WA 98004 | Master Agreement, dated September 3, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Omnific Ventures | Omnific Ventures Inc.<br>701 Tillery St, #12, Unit 108<br>Attn: Jay Bajaj<br>Austin, TX 78702<br>Jay@omnificventures.com | Master Agreement, dated August 19, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Omnific Ventures | Omnific Ventures Inc. | Order Form, | Compute | January 13, | Wolf Hollow | **US Bitcoin Corp.** |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | 701 Tillery St, #12, Unit 108<br>Attn: Jay Bajaj<br>Austin, TX 78702<br>Jay@omnificventures.com | dated April 14, 2022 | North LLC | 2023 | | Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| ~~River Financial~~ | ~~River Financial<br>755 Sansome St #600<br>Attn: Pablo Gonzalez<br>San Francisco, CA 94111~~ | ~~Master Agreement, dated April 25, 2022~~ | ~~Compute North LLC~~ | ~~January 13, 2023~~ | ~~Wolf Hollow~~ | ~~US Bitcoin Corp.<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com~~ |
| ~~River Financial~~ | ~~River Financial<br>755 Sansome St #600<br>Attn: Pablo Gonzalez<br>San Francisco, CA 94111~~ | ~~Order Form, dated December 1, 2021~~ | ~~Compute North LLC~~ | ~~January 13, 2023~~ | ~~Wolf Hollow~~ | ~~US Bitcoin Corp.<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com~~ |
| Sphere 3D | Sphere 3D<br>895 Don Mills Road<br>Mississauga, ON M3C 1W3<br>Canada<br><br>Sphere 3D<br>Attn: Patricia Trompeter<br>10 Glenville St<br>Greenwich, CT 06831<br>Patricia.trompeter@sphere3D.com<br><br>Sphere 3D<br>C/O Pryor Cashman LLP<br>Attn: Seth H. Liebeman and Matthew W. Silverman<br>7 Times Square, 40th Floor<br>New York, NY 10036-656 9<br>Slieberman@pryorcashman.com<br>Msilverman@pryorcashman.com<br><br>Sphere 3D<br>C/O Andrews Myers, P.C. | Master Agreement, dated June 3, 2022 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Attn: T. Josh Judd<br>1885 St. James Place, 15th Floor<br>Houston, TX 77056<br>JJudd@AndrewsMyers.com | | | | | |
| Sphere 3D | Sphere 3D<br>895 Don Mills Road<br>Mississauga, ON M3C 1W3<br>Canada<br><br>Sphere 3D<br>Attn: Patricia Trompeter<br>10 Glenville St<br>Greenwich, CT 06831<br>Patricia.trompeter@sphere3D.com<br><br>Sphere 3D<br>C/O Pryor Cashman LLP<br>Attn: Seth H. Liebeman and Matthew W. Silverman<br>7 Times Square, 40th Floor<br>New York, NY 10036-656 9<br>Slieberman@pryorcashman.com<br>Msilverman@pryorcashman.com<br><br>Sphere 3D<br>C/O Andrews Myers, P.C.<br>Attn: T. Josh Judd<br>1885 St. James Place, 15th Floor<br>Houston, TX 77056<br>JJudd@AndrewsMyers.com | Order Form, dated July 18, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| TDTC US Corp (Tokenomics) | TDTC US Corp<br>200 Continental Drive | Master Agreement, | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage |

13

| Counterparty Name | Counterparty Notice Information | Contract | Debtor | Proposed Rejection Date | Facility Location of Customer Miners | Contact Party for the Operator of the Facility Location |
|---|---|---|---|---|---|---|
| | Attn: David Gue<br>Newark, DE 19713 | dated July 22, 2022 and Order Form | | | | Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Uluck (David Zhang) | Uluck Technology PTE LTD<br>5001 Beach Road<br>Attn: David Zhang<br>Singapore 199588<br>David.zhang@uluckglobal.co.uk<br><br>Uluck Technology PTE LTD<br>49 Northweald Ln<br>Kingston upon Thames<br>KT2 5GN England<br><br>Uluck Technology PTE LTD<br>12 John Princes Street<br>London W1G0JR<br>England | Master Agreement, dated July 14, 2021 and Order Form | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Wayfaring Company | Wayfaring Company<br>701 Tillery Street<br>Austin, TX 78702 | Master Agreement, dated April 20, 2021 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |
| Wayfaring Company | Wayfaring Company<br>701 Tillery Street<br>Austin, TX 78702 | Order Form, dated April 15, 2022 | Compute North LLC | January 13, 2023 | Wolf Hollow | **US Bitcoin Corp.**<br>Samuel Gage<br>Director of Operations<br>+1 (305) 224-6427 x821<br>sgage@usbtccorp.com |