## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. | ) Case No. 22-90273 (MI) |
| (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 826** |

## AMENDED CERTIFICATE OF SERVICE

I certify that I caused a copy of the *Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief* (the "Motion") [Docket No. 714] to be served on all parties to litigation with the Debtors that was pending on the Petition Date on the dates and in the manner described below.

1.       On December 21, 2022, the Motion was served on all parties receiving electronic notice in this case via ECF, including counsel to Rohit Shirole, who is one of the parties to a prepetition lawsuit with the Debtors that was pending on the Petition Date.  Attached hereto as **Exhibit A** is the ECF receipt of parties served.

2.       On December 21, 2022, the Motion was served via first class mail by the Claims and Noticing Agent on NBTC Limited, which is one of the parties to a prepetition lawsuit with the Debtors that was pending on the Petition Date. Attached hereto as **Exhibit B** is the *Affidavit of Service* [Docket No. 752] filed by the Claims and Noticing Agent reflecting such service.

3.       On January 18, 2022, the Motion was served by the Claims and Noticing Agent via first class mail on, among others, NBTC Limited, counsels for Rohit Shirole, ZG Mining LLC,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

and a customer who is an individual and whose personal information has been sealed by prior order of the Court.[2]  Attached hereto as **<u>Exhibit C</u>** is the Affidavit of Service [Docket No. 844] filed by the Claims and Noticing Agent reflecting such service.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]    The relevant customer's aliases on the affidavit of service are Customer No. 372 and 373.

Dated: January 27, 2023
    Houston, Texas

/s/ James T. Grogan III
_____

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**ECF Receipt**

| | |
|---|---|
| **From:** | BKECF_LiveDB@txs.uscourts.gov |
| **To:** | BK_Notices@txsb.uscourts.gov |
| **Subject:** | [EXT] 22-90273 Motion to Extend Time |
| **Date:** | Wednesday, December 21, 2022 12:00:58 AM |

**--- External Email ---**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from James Tillman Grogan entered on 12/20/2022 at 11:59 PM CST and filed on 12/20/2022
**Case Name:**      Compute North Holdings, Inc. and CN Mining LLC
**Case Number:**    22-90273
**Document Number:** 714

**Docket Text:**
Motion to Extend Time *Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief* Filed by Debtor Compute North Holdings, Inc. (Grogan, James)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**CN - Removal Extension Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp  ID=996787432 [Date=12/20/2022] [FileNumber=48435517-
0] [ab3c7809af85db35bd61f2067c3a2ef01338fd44f48b138fa66f8a9d08d0de5584
09c7c97aa0ca6e76922b66a79c9fc45bc3e286daa5a1451eb7ef66a6cca52c]]

**22-90273 Notice will be electronically mailed to:**

Maria Mulrooney Bartlett on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
mbartlett@cokinoslaw.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder BTC Holdings, LLC
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder Opportunity, LP
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder SPV I, LLC
lboydston@polsinelli.com

Matthew Lee Brod on behalf of Creditor Mercuria Energy America, LLC
mbrod@milbank.com, adebold@milbank.com

Jason S Brookner on behalf of Creditor BitNile Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Joseph William Buoni on behalf of Creditor Generate Lending, LLC
josephbuoni@HuntonAK.com, jhornback@hunton.com

Kevin M. Capuzzi on behalf of Creditor Axle Logistics, LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Mark Adam Castillo on behalf of Creditor Bootstrap Energy LLC
markcastillo@ccsb.com

Mark Adam Castillo on behalf of Creditor Corpus Christi Energy Park, LLC
markcastillo@ccsb.com

John David Cornwell on behalf of Creditor Atlas Technology Group LLC
jcornwell@munsch.com, hvalentine@munsch.com

Tzvi Finman on behalf of Creditor Horizon Entertainment Inc
tfinman@finmanlawfirm.com

Charles R Gibbs on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Jake Gordon on behalf of Creditor Freudenberg Filtration Technologies, L.P.
jgordon@bodmanlaw.com

Kenneth P. Green on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
ken.green@bondsellis.com, laura.terrell@bondsellis.com

James Tillman Grogan, III on behalf of Attorney Paul Hastings LLP
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Atoka LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Big Spring LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Colorado Bend LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Corpus Christi LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Developments LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Equipment LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN King Mountain LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Minden LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Mining LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor CN Pledgor LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North Holdings, Inc.
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North Member LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North NC08 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North NY09 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North SD, LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North TX06 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North TX10 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Compute North Texas LLC
jamesgrogan@paulhastings.com

Aaron Matthew Guerrero on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
aaron.guerrero@bondsellis.com, laura.terrell@bondsellis.com

Philip M. Guffy on behalf of Creditor Generate Lending, LLC
pguffy@huntonak.com

Patrick M Haines on behalf of Creditor RK Mission Critical LLC
pmh@bhgrlaw.com

John F Higgins, IV on behalf of Interested Party Foundry Digital LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Matthew Hoffman on behalf of Creditor Veribi LLC
mhecf@aol.com

Lori Ann Hood on behalf of Interested Party DeWitt LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

Lori Ann Hood on behalf of Interested Party Mayer LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

T. Josh Judd on behalf of Creditor Decimal Digital Currency I, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Sphere 3D
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Charles Stephen Kelley on behalf of Creditor Sunbelt Solomon Services, LLC
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Meredyth A. Kippes on behalf of Interested Party Alder BTC Holdings, LLC
mkippes@polsinelli.com

Meredyth A. Kippes on behalf of Interested Party Alder Opportunity, LP
mkippes@polsinelli.com

Meredyth A. Kippes on behalf of Interested Party Alder SPV I, LLC
mkippes@polsinelli.com

Meredyth A. Kippes on behalf of Interested Party Digital Alchemy LLC
mkippes@polsinelli.com

Meredyth A. Kippes on behalf of Interested Party GH Effect, Inc.
mkippes@polsinelli.com

John Lewis, Jr. on behalf of Creditor General Casualty Company of Wisconsin
jolewis@shb.com, sgrussell@shb.com

John Lewis, Jr. on behalf of Creditor Praetorian Insurance Company
jolewis@shb.com, sgrussell@shb.com

Jessica Liou on behalf of Creditor Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jessica Liou on behalf of Interested Party Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jarrod B. Martin on behalf of Creditor Power Asset Recovery Corporation
jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Ralph McDowell on behalf of Creditor Freudenberg Filtration Technologies, L.P.
rmcdowell@bodmanlaw.com

Laura J Monroe on behalf of Creditor Howard County Tax Office, at al
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Matthew Scott Okin on behalf of Interested Party CN Borrower LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party CN Wolf Hollow LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party Compute North NE05 LLC
mokin@okinadams.com, bmoore@okinadams.com

Andrew Christian Papa on behalf of Creditor Colorado Bend II Power, LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation Energy Generation, LLC f/k/a Exelon Generation Company LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation NewEnergy, Inc.
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Wolf Hollow II Power, LLC
apapa@mcguirewoods.com

Alfredo R Perez on behalf of Creditor Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez on behalf of Interested Party Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Stephen Matthew Pezanosky on behalf of Creditor TZ Capital Holdings LLC
stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com

Craig E Power on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Maegan Quejada on behalf of Other Prof. Jefferies LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Leslie Blake Rasner on behalf of Interested Party Nebraska Public Power District
brasner@haleyolson.com, dserenil@haleyolson.com

Abhilash Raval on behalf of Creditor Foundry Digital LLC
araval@milbank.com

Brandon Renken on behalf of Creditor Sunbelt Solomon Services, LLC
brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Robert Coleman Rowe on behalf of Creditor Bootstrap Energy LLC
rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe on behalf of Creditor Corpus Christi Energy Park, LLC
rrowe@ccsb.com, lsparks@ccsb.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Stephen Wayne Sather on behalf of Creditor TeslaWatt
ssather@bn-lawyers.com, plevine@bn-lawyers.com

Branch Masterson Sheppard on behalf of Interested Party KONZA MINING FUND I, LP
bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Matthew W Silverman on behalf of Creditor Decimal Digital Currency I, LLC
msilverman@pryorcashman.com

Matthew W Silverman on behalf of Creditor Sphere 3D
msilverman@pryorcashman.com

Scott A. Stichter on behalf of Creditor US Digital Mining Texas
sstichter.ecf@srbp.com

J Michael Sutherland on behalf of Creditor Rohit Shirole
msutherland@ccsb.com, lsparks@ccsb.com

Patricia Baron Tomasco on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan, LLP
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

A.J. Webb on behalf of Creditor GEM Mining 1, LLC
awebb@fbtlaw.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

John Willard on behalf of Creditor Compass Mining, Inc.
jwillard@atllp.com

**22-90273 Notice will not be electronically mailed to:**

Alexander P. Cohen on behalf of Creditor Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Alexander P. Cohen on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Epiq Corporate Restructuring, LLC
,

Gary Holtzer on behalf of Creditor Marathon Digital Holdings, Inc.
Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

Gary Holtzer on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

McDermott Will & Emery LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201

Miller & Associates Consulting Engineers
1111 Central Ave
PO Box 306
PO Box 306
Kearney, NE 68848

Portage Point Partners, LLC
,

**<u>Exhibit B</u>**

**Affidavit of Service**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 712-715** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.    I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On December 21, 2022, I caused to be served the:

    a.    "Certification of Counsel Regarding Proposed Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief," dated December 20, 2022 [Docket No. 712],

    b.    "Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 713],

    c.    "Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 714], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    d.   "Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief," dated December 21, 2022 [Docket No. 715],

by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
22nd day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

Case 22-90273 Document 872 Filed in TXSB on 01/27/23 Page 13 of 28

| Claim Name | Address Information |
| --- | --- |
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  28**

# EXHIBIT B

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MUNSCH HARDT KOPF & HARR, P.C. | jcornwell@munsch.com; jong@munsch.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| MVP LOGISTICS LLC | ar@mvpship.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COMPUTE NORTH HOLDINGS, INC., *et al.*[1] | ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 712-715** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
               ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2022, I caused to be served the:

    a. "Certification of Counsel Regarding Proposed Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief," dated December 20, 2022 [Docket No. 712],

    b. "Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 713],

    c. "Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 714], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

    d.   "Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief," dated December 21, 2022 [Docket No. 715],

by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
22nd day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  28**

**EXHIBIT B**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| COMMONWEALTH ELECTRIC COMPANY OF | kbirkel@commonwealthelectric.com |
| CORTALENT, LLC | apyc@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MUNSCH HARDT KOPF & HARR, P.C. | jcornwell@munsch.com; jong@munsch.com |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MVP LOGISTICS LLC | ar@mvpship.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| STATE OF TEXAS ATTORNEY GENERAL | consumer.complaints@occc.state.tx.us |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |

**<u>Exhibit C</u>**

**Affidavit of Service**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, | ) Case No. 22-90273 (MI) |
| INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 714** |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
                 ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2023, I caused to be served the "Debtors' Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief," dated December 20, 2022 [Docket No. 714], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
19th day of January, 2023
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

## Service List

| Claimant | Address Information |
|---|---|
| CUSTOMER NO. 232 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 259 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 259 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 28 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 372 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 373 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 373 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 386 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 404 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 548 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 548 – NAME REDACTED | ADDRESS ON FILE |
| NBTC LIMITED | 33 S SIXTH ST, STE 4200 MINNEAPOLIS, MN 55402 |
| NBTC LIMITED | RM 1502 HARCOURT HOUSE #39 GLOUCESTER RD WANCHAI, HONG KONG CHINA |
| RO SHIROLE | 100 WASHINGTON AVENUE SOUTH; SUITE 1700 ATTN: EMERIC J. DWYER MINNEAPOLIS, MN 55401 |
| ROHIT SHIROLE | C/O CHESTNUT & CAMBRONNE PA EMERIC J DWYER 100 WASHINGTON AVE SOUTH, STE 1700 MINNEAPOLIS, MN 55401-2048 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA 100 S 5TH ST, STE 1500 MINNEAPOLIS, MN 55402 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA ATTN JEFFREY D KLOBUCAR 100 S 5TH ST, STE 1500 MINNEAPOLIS, MN 55402 |
| USBTC | 1221 BRICKELL AVE STE 900 ATTN: JOEL BLOCK MIAMI, FL 33131 |
| ZG MINING | 555 17TH STREET, SUITE 3200 ATTN: ANDREW C. LILLIE DENVER, CO 80202-3979 |
| ZG MINING LLC | C/O HOLLAND & HART ATTN: ANDREW C LILLIE, ALEXANDER D WHITE 555 17TH STREET, SUITE 3200 DENVER, CO 80202-3979 |

**Total Creditor count: 20**