# EXHIBIT C



**Chestnut Cambronne PA**

100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401-2048
T: 612.339.7300
F: 612.336.2940

Emeric J. Dwyer, Esq.
Direct Dial: (612)336-2914
edwyer@chestnutcambronne.com

www.chestnutcambronne.com

December 10, 2021

**VIA E-MAIL & U.S. MAIL**
Robert Petrulis
Lorne Dauenhauer
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower, 127 Public Square, Suite 4100
Cleveland, OH 44114
robert.petrulis@ogletree.com
lorne.dauenhauer@ogletreedeakins.com

Re:   Employment of Rohit Shirole
      Our File No. 20211027.000

Dear Mr. Petrulis and Mr. Dauenhauer:

This correspondence is a demand for payment of all of Rohit Shirole's wages, salary, expenses reimbursements, and accrued vacation pursuant to Minn. Statute Sec. 181.11 and 181.145.

Please have your client Compute North pay such sums in prompt fashion and compliance with statutory obligations.

Sincerely Yours,

**CHESTNUT CAMBRONNE PA**

Emeric J. Dwyer

EJD/rnl