# EXHIBIT D

**Jeffrey D. Klobucar**

| | |
|---|---|
| **From:** | Emeric Dwyer <Edwyer@chestnutcambronne.com> |
| **Sent:** | Wednesday, December 1, 2021 9:59 AM |
| **To:** | Petrulis, Robert C. |
| **Cc:** | Dauenhauer, Lorne O.; Tanick, Andrew E. (Andy); Rachel Lee |
| **Subject:** | RE: Rohit "Ro" Shirole |

Counsel:

Mr. Shirole will not accept Compute North's offer.  He remains willing to discuss the terms of his departure from the company but not in the context of demands based on engineered facts and unreasonable timeframes.  If Compute North wants to make a reasonable counter-offer, we will consider the same.  We otherwise will prepare for litigation.

If Compute North proceeds with its bad faith termination of Mr. Shirole's employment, consider this e-mail a demand for immediate payment of wages and commissions pursuant to Minnesota Statutes Sec. 181.11 and 181.145.  This e-mail is also a demand for the truthful reason for Mr. Shirole's termination in writing pursuant to Minnesota Statute Sec. 181.933.  This e-mail is also a renewed demand for Mr. Shirole's personnel file, which was previously demanded and not provided, pursuant to Minnesota Statutes Sec. 181.961.

Sincerely yours,

Emeric J. Dwyer



**Emeric Dwyer| Attorney**
(T) 612.336.2914

Confidentiality Notice:  The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

---

**From:** Emeric Dwyer
**Sent:** Tuesday, November 30, 2021 5:33 PM
**To:** Petrulis, Robert C. <robert.petrulis@ogletree.com>
**Cc:** Dauenhauer, Lorne O. <lorne.dauenhauer@ogletreedeakins.com>; Tanick, Andrew E. (Andy) <andrew.tanick@ogletreedeakins.com>; Rachel Lee <rlee@chestnutcambronne.com>
**Subject:** RE: Rohit "Ro" Shirole

Counsel:

I am following-up on our conversation at approximately at 4:45 CT today.  I understand your client is rejecting Mr. Shirole's demands, and is instead demanding Mr. Shirole agree to slightly modified terms of the original settlement

1

agreement – including a non-compete reduced to 4 years and modified minor terms.  I further understand that your client is demanding a response by 10:00 a.m. CT tomorrow or it will fire Mr. Shirole purportedly "for cause."

I have communicated this to my client.  I will follow-up with you tomorrow.

Please understand that if your client follows through on its threats I will have no choice but to advise my client to promptly file a lawsuit for claims of breach of contract, violation of employment laws, retaliation, defamation, and coercion.  I am hopeful it does not come to this.

Again, I will be in touch with you tomorrow.  Have a good evening otherwise.

Sincerely yours,

Emeric J. Dwyer



**Emeric Dwyer| Attorney**
(T) 612.336.2914

Confidentiality Notice:  The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

---

**From:** Emeric Dwyer
**Sent:** Tuesday, November 30, 2021 1:30 PM
**To:** Petrulis, Robert C. <robert.petrulis@ogletree.com>
**Cc:** Dauenhauer, Lorne O. <lorne.dauenhauer@ogletreedeakins.com>; Dave Movius <dave.movius@computenorth.com>; Tanick, Andrew E. (Andy) <andrew.tanick@ogletreedeakins.com>; Rachel Lee <rlee@chestnutcambronne.com>
**Subject:** RE: Rohit "Ro" Shirole

Good Afternoon Mr. Petrulis:

Would you be available between 3 and 5 p.m. central today?  I'm available by phone or zoom during that range.

Sincerely yours,

Emeric



**Emeric Dwyer| Attorney**

2

(T) 612.336.2914

Confidentiality Notice:  The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

---

**From:** Petrulis, Robert C. <robert.petrulis@ogletree.com>
**Sent:** Tuesday, November 30, 2021 12:30 PM
**To:** Emeric Dwyer <Edwyer@chestnutcambronne.com>
**Cc:** Dauenhauer, Lorne O. <lorne.dauenhauer@ogletreedeakins.com>; Dave Movius <dave.movius@computenorth.com>; Tanick, Andrew E. (Andy) <andrew.tanick@ogletreedeakins.com>
**Subject:** FW: Rohit "Ro" Shirole

You don't often get email from robert.petrulis@ogletree.com. Learn why this is important

Dear Mr. Dwyer,

Your letter dated November 29, 2021 to Dave Movius of Compute North, LLC (copied hereon) regarding *Employment of Rohit "Ro" Shirole* has been referred to me and this law firm for the purpose of conducting further discussions with you.  Time is of the essence in terms of seeing whether this matter can be resolved amicably.  Would there be a time that works for you today to discuss this matter with me and my colleague, Lorne Dauenhauer (copied hereon)?  Thank you very much for your attention to this matter.

Sincerely,

Bob Petrulis

**Robert C. Petrulis | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Key Tower, 127 Public Square, Suite 4100 | Cleveland, OH 44114 | Telephone: 216-357-4735 | Fax: 216-357-4733
robert.petrulis@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*