# EXHIBIT I

# TAB 1

Tab 1

| Company | Deal Status | Batch Date | Qty | MW | kWH Rate | Mthly Rec Rev | Term (Mo) | Site | Deploy Date | Commission Margin | Commission Rate | Contract Value | Commission Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Altonomy db | Closed-Won | 1/1/2023 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 1/1/2023 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Altonomy db | Closed-Won | 5/1/2022 | 1800 | 5.832 | $ 0.049 | $ 208,610.64 | 60 | WH | 5/31/2022 | $ 0.010 | 0.065 | $ 12,516,638.40 | $ 33,207.41 |
| Altonomy db | Closed-Won | 6/1/2022 | 1800 | 5.832 | $ 0.049 | $ 208,610.64 | 60 | WH | 6/1/2022 | $ 0.010 | 0.065 | $ 12,516,638.40 | $ 33,207.41 |
| Altonomy db | Closed-Won | 7/1/2022 | 1800 | 5.832 | $ 0.049 | $ 208,610.64 | 60 | WH | 7/1/2022 | $ 0.010 | 0.065 | $ 12,516,638.40 | $ 33,207.41 |
| Altonomy db | Closed-Won | 8/1/2022 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 8/1/2022 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Altonomy db | Closed-Won | 9/1/2022 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 9/1/2022 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Altonomy db | Closed-Won | 10/1/2022 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 10/1/2022 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Altonomy db | Closed-Won | 11/1/2022 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 11/1/2022 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Altonomy db | Closed-Won | 12/1/2022 | 2700 | 8.748 | $ 0.049 | $ 312,915.96 | 60 | WH | 12/1/2022 | $ 0.010 | 0.065 | $ 18,774,957.60 | $ 49,811.11 |
| Atlas Mining | Closed-Won | 1/1/2023 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 1/1/2023 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 2/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 2/28/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 3/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 3/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 4/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 4/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 5/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 5/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 6/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 6/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 7/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 7/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 8/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 8/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 9/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 9/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 10/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 10/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 11/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 11/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Atlas Mining | Closed-Won | 12/1/2022 | 3000 | 10.32 | $ 0.054 | $ 406,814.40 | 36 | WH | 12/1/2022 | $ 0.015 | 0.05 | $ 14,645,318.40 | $ 67,802.40 |
| Bit Digital | Closed-Won | 10/1/2021 | 10,000 | 30 | $.036+PS | | 36 | NE | | $PROFITSHARE | | | $428,571.48 |
| Compass Mining | Closed-Won | 1/1/2023 | 1667 | 5.1677 | $ 0.059 | $ 222,572.84 | 60 | WH | 1/1/2023 | $ 0.020 | 0.075 | $ 13,354,370.40 | $ 67,903.58 |
| Compass Mining | Closed-Won | 2/1/2022 | 300 | 0.93 | $ 0.059 | $ 40,055.10 | 60 | WH | 2/1/2022 | $ 0.020 | 0.075 | $ 2,403,306.00 | $ 12,220.20 |
| Compass Mining | Closed-Won | 2/1/2022 | 550 | 1.705 | $ 0.059 | $ 73,434.35 | 60 | WH | 2/1/2022 | $ 0.020 | 0.075 | $ 4,406,061.00 | $ 22,403.70 |
| Compass Mining | Closed-Won | 3/1/2022 | 200 | 0.62 | $ 0.059 | $ 26,703.40 | 60 | WH | 3/30/2022 | $ 0.020 | 0.075 | $ 1,602,204.00 | $ 8,146.80 |
| Compass Mining | Closed-Won | 2/1/2022 | 200 | 0.62 | $ 0.059 | $ 26,703.40 | 60 | WH | 3/30/2022 | $ 0.020 | 0.075 | $ 1,602,204.00 | $ 8,146.80 |
| Compass Mining | Closed-Won | 3/1/2022 | 300 | 0.93 | $ 0.059 | $ 40,055.10 | 60 | WH | 3/1/2022 | $ 0.020 | 0.075 | $ 2,403,306.00 | $ 12,220.20 |
| Compass Mining | Closed-Won | 3/1/2022 | 550 | 1.705 | $ 0.059 | $ 73,434.35 | 60 | WH | 3/1/2022 | $ 0.020 | 0.075 | $ 4,406,061.00 | $ 22,403.70 |
| Compass Mining | Closed-Won | 4/1/2022 | 200 | 0.62 | $ 0.059 | $ 26,703.40 | 60 | WH | 4/1/2022 | $ 0.020 | 0.075 | $ 1,602,204.00 | $ 8,146.80 |
| Compass Mining | Closed-Won | 4/1/2022 | 300 | 0.93 | $ 0.059 | $ 40,055.10 | 60 | WH | 4/1/2022 | $ 0.020 | 0.075 | $ 2,403,306.00 | $ 12,220.20 |
| Compass Mining | Closed-Won | 4/1/2022 | 550 | 1.705 | $ 0.059 | $ 73,434.35 | 60 | WH | 4/1/2022 | $ 0.020 | 0.075 | $ 4,406,061.00 | $ 22,403.70 |
| Compass Mining | Closed-Won | 4/1/2022 | 6500 | 20.15 | $ 0.059 | $ 867,860.50 | 60 | WH | 4/1/2022 | $ 0.020 | 0.075 | $ 52,071,630.00 | $ 264,771.00 |
| Compass Mining | Closed-Won | 4/1/2022 | 6500 | 20.15 | $ 0.059 | $ 867,860.50 | 60 | WH | 4/1/2022 | $ 0.020 | 0.075 | $ 52,071,630.00 | $ 264,771.00 |
| Compass Mining | Closed-Won | 5/1/2022 | 3200 | 9.92 | $ 0.059 | $ 427,254.40 | 60 | WH | 5/31/2022 | $ 0.020 | 0.075 | $ 25,635,264.00 | $ 130,348.80 |
| Compass Mining | Closed-Won | 4/1/2022 | 3200 | 9.92 | $ 0.059 | $ 427,254.40 | 60 | WH | 5/31/2022 | $ 0.020 | 0.075 | $ 25,635,264.00 | $ 130,348.80 |
| Compass Mining | Closed-Won | 5/1/2022 | 550 | 1.705 | $ 0.059 | $ 73,434.35 | 60 | WH | 5/1/2022 | $ 0.020 | 0.075 | $ 4,406,061.00 | $ 22,403.70 |
| Compass Mining | Closed-Won | 6/1/2022 | 1667 | 5.1677 | $ 0.059 | $ 222,572.84 | 60 | WH | 6/30/2022 | $ 0.020 | 0.075 | $ 13,354,370.40 | $ 67,903.58 |
| Compass Mining | Closed-Won | 6/1/2022 | 200 | 0.62 | $ 0.059 | $ 26,703.40 | 60 | WH | 6/30/2022 | $ 0.020 | 0.075 | $ 1,602,204.00 | $ 8,146.80 |
| Compass Mining | Closed-Won | 5/1/2022 | 200 | 0.62 | $ 0.059 | $ 26,703.40 | 60 | WH | 6/30/2022 | $ 0.020 | 0.075 | $ 1,602,204.00 | $ 8,146.80 |

Tab 1

| Account | Stage | Close Date | Qty | Price | | Ext | | Term | Code | Start Date | Rate | | Amount | | Fee | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Compass Mining | Closed-Won | 6/1/2022 | 300 | 0.93 | $ | 40,055.10 | $ | 0.059 | 60 WH | 6/30/2022 | 0.020 | 0.075 | $ | 2,403,306.00 | $ | | 12,220.20 |
| Compass Mining | Closed-Won | 5/1/2022 | 300 | 0.93 | $ | 40,055.10 | $ | 0.059 | 60 WH | 6/30/2022 | 0.020 | 0.075 | $ | 2,403,306.00 | $ | | 12,220.20 |
| Compass Mining | Closed-Won | 6/1/2022 | 550 | 1.705 | $ | 73,434.35 | $ | 0.059 | 60 WH | 6/30/2022 | 0.020 | 0.075 | $ | 4,406,061.00 | $ | | 22,403.70 |
| Compass Mining | Closed-Won | 7/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 7/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Compass Mining | Closed-Won | 7/1/2022 | 200 | 0.62 | $ | 26,703.40 | $ | 0.059 | 60 WH | 7/1/2022 | 0.020 | 0.075 | $ | 1,602,204.00 | $ | | 8,146.80 |
| Compass Mining | Closed-Won | 7/1/2022 | 300 | 0.93 | $ | 40,055.10 | $ | 0.059 | 60 WH | 7/1/2022 | 0.020 | 0.075 | $ | 2,403,306.00 | $ | | 12,220.20 |
| Compass Mining | Closed-Won | 7/1/2022 | 550 | 1.705 | $ | 73,434.35 | $ | 0.059 | 60 WH | 7/1/2022 | 0.020 | 0.075 | $ | 4,406,061.00 | $ | | 22,403.70 |
| Compass Mining | Closed-Won | 8/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 8/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Compass Mining | Closed-Won | 9/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 9/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Compass Mining | Closed-Won | 10/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 10/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Compass Mining | Closed-Won | 11/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 11/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Compass Mining | Closed-Won | 12/1/2022 | 1667 | 5.1677 | $ | 222,572.84 | $ | 0.059 | 60 WH | 12/1/2022 | 0.020 | 0.075 | $ | 13,354,370.40 | $ | | 67,903.58 |
| Culver Ventures | Closed-Won | 2/1/2022 | 40 | 0.124 | $ | 5,340.68 | $ | 0.059 | 36 WR | 2/28/2022 | 0.027 | 0.06 | $ | 192,264.48 | $ | | 1,759.71 |
| Culver Ventures | Closed-Won | 3/1/2022 | 40 | 0.124 | $ | 5,340.68 | $ | 0.059 | 36 WR | 3/1/2022 | 0.027 | 0.06 | $ | 192,264.48 | $ | | 1,759.71 |
| Culver Ventures | Closed-Won | 4/1/2022 | 40 | 0.124 | $ | 5,340.68 | $ | 0.059 | 36 WR | 4/1/2022 | 0.027 | 0.06 | $ | 192,264.48 | $ | | 1,759.71 |
| Culver Ventures | Closed-Won | 5/1/2022 | 10 | 0.031 | $ | 1,335.17 | $ | 0.059 | 36 WR | 5/31/2022 | 0.027 | 0.06 | $ | 48,066.12 | $ | | 439.93 |
| Culver Ventures | Closed-Won | 6/1/2022 | 10 | 0.031 | $ | 1,335.17 | $ | 0.059 | 36 WR | 6/1/2022 | 0.027 | 0.06 | $ | 48,066.12 | $ | | 439.93 |
| Culver Ventures | Closed-Won | 7/1/2022 | 10 | 0.031 | $ | 1,335.17 | $ | 0.059 | 36 WR | 7/1/2022 | 0.027 | 0.06 | $ | 48,066.12 | $ | | 439.93 |
| GEM Mining | Closed-Won | 1/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 1/31/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 12/1/2021 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 1/31/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 2/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 2/28/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 3/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 3/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 4/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 4/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 5/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 5/31/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 6/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 6/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 7/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 7/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 8/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 8/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 9/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 9/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 10/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 10/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| GEM Mining | Closed-Won | 11/1/2022 | 500 | 1.62 | $ | 69,773.40 | $ | 0.059 | 36 KM | 11/1/2022 | 0.019 | 0.06 | $ | 2,511,842.40 | $ | | 16,177.97 |
| Gilley Enterprises | Closed-Won | 5/1/2021 | 15 | 0.0502 | $ | 2,088.82 | $ | 0.057 | 36 WH | 5/1/2021 | 0.018 | 0.06 | $ | 75,197.52 | $ | | 474.93 |
| Haylo Group | Closed-Won | 2/1/2022 | 10 | 0.031 | $ | 1,222.02 | $ | 0.054 | 36 KM | 2/1/2022 | 0.022 | 0.06 | $ | 43,992.72 | $ | | 358.46 |
| Haylo Group | Closed-Won | 3/1/2022 | 10 | 0.031 | $ | 1,222.02 | $ | 0.054 | 36 KM | 3/1/2022 | 0.022 | 0.06 | $ | 43,992.72 | $ | | 358.46 |
| Haylo Group | Closed-Won | 4/1/2022 | 10 | 0.031 | $ | 1,222.02 | $ | 0.054 | 36 KM | 4/1/2022 | 0.022 | 0.06 | $ | 43,992.72 | $ | | 358.46 |
| Haylo Group | Closed-Won | 5/1/2022 | 77 | 0.2387 | $ | 9,409.55 | $ | 0.054 | 36 KM | 5/31/2022 | 0.022 | 0.06 | $ | 338,743.80 | $ | | 2,760.14 |
| Haylo Group | Closed-Won | 6/1/2022 | 77 | 0.2387 | $ | 9,409.55 | $ | 0.054 | 36 KM | 6/1/2022 | 0.022 | 0.06 | $ | 338,743.80 | $ | | 2,760.14 |
| Haylo Group | Closed-Won | 7/1/2022 | 77 | 0.2387 | $ | 9,409.55 | $ | 0.054 | 36 KM | 7/1/2022 | 0.022 | 0.06 | $ | 338,743.80 | $ | | 2,760.14 |
| Integrated Ventures | Closed-Won | 8/30/2021 | 405 | 1.33392 | $ | 47,714.32 | $ | 0.049 | 36 NE | 12/31/2021 | 0.009 | 0.05 | $ | 1,717,715.52 | $ | | 5,258.31 |
| Konza Mining | Closed-Won | 12/1/2021 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 1/31/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 11/1/2021 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 1/31/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 2/1/2022 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 2/28/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 1/1/2022 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 2/28/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 3/1/2022 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 3/1/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 4/1/2022 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 4/1/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |
| Konza Mining | Closed-Won | 5/1/2022 | 85 | 0.2635 | $ | 11,348.95 | $ | 0.059 | 48 KM | 5/31/2022 | 0.027 | 0.07 | $ | 544,749.60 | $ | | 4,362.61 |

Tab 1

| Konza Mining | Closed-Won | 6/1/2022 | 85 | 0.2635 | $ | 0.059 | $ | 11,348.95 | 48 | KM | 6/1/2022 | $ | 0.027 | $ | 0.07 | $ | 544,749.60 | $ | 4,362.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Konza Mining | Closed-Won | 7/1/2022 | 85 | 0.2635 | $ | 0.059 | $ | 11,348.95 | 48 | KM | 7/1/2022 | $ | 0.027 | $ | 0.07 | $ | 544,749.60 | $ | 4,362.61 |
| Konza Mining | Closed-Won | 8/1/2022 | 85 | 0.2635 | $ | 0.059 | $ | 11,348.95 | 48 | KM | 8/1/2022 | $ | 0.027 | $ | 0.07 | $ | 544,749.60 | $ | 4,362.61 |
| Konza Mining | Closed-Won | 9/1/2022 | 85 | 0.2635 | $ | 0.059 | $ | 11,348.95 | 48 | KM | 12/31/2022 | $ | 0.027 | $ | 0.07 | $ | 544,749.60 | $ | 4,362.61 |
| Konza Mining | Closed-Won | 10/1/2022 | 85 | 0.2635 | $ | 0.059 | $ | 11,348.95 | 48 | KM | 12/31/2022 | $ | 0.027 | $ | 0.07 | $ | 544,749.60 | $ | 4,362.61 |
| Marathon DH | Closed-Won | 2/1/2022 | 15200 | 47.12 | $ | 0.057 | $ | 1,960,663.20 | 60 | KM | 2/1/2022 | $ | 0.015 | $ | 0.065 | $ | 117,639,792.00 | $ | 402,451.92 |
| Marathon DH | Closed-Won | 1/1/2022 | 24500 | 76.72 | $ | 0.057 | $ | 3,192,319.20 | 60 | KM | 2/28/2022 | $ | 0.015 | $ | 0.065 | $ | 191,539,152.00 | $ | 655,265.52 |
| Marathon DH | Closed-Won | 12/1/2021 | 14700 | 46.34 | $ | 0.057 | $ | 1,928,207.40 | 60 | KM | 2/28/2022 | $ | 0.015 | $ | 0.065 | $ | 115,692,444.00 | $ | 395,789.94 |
| Marathon DH | Closed-Won | 11/1/2021 | 10500 | 32.83 | $ | 0.057 | $ | 1,366,056.30 | 60 | KM | 2/28/2022 | $ | 0.015 | $ | 0.065 | $ | 81,963,378.00 | $ | 280,401.03 |
| Marathon DH | Closed-Won | 2/1/2022 | 15200 | 47.12 | $ | 0.057 | $ | 1,960,663.20 | 60 | KM | 3/30/2022 | $ | 0.015 | $ | 0.065 | $ | 117,639,792.00 | $ | 402,451.92 |
| Marathon DH | Closed-Won | 1/1/2022 | 24500 | 76.72 | $ | 0.057 | $ | 3,192,319.20 | 60 | KM | 3/30/2022 | $ | 0.015 | $ | 0.065 | $ | 191,539,152.00 | $ | 655,265.52 |
| Marathon DH | Closed-Won | 1/1/2022 | 24500 | 76.72 | $ | 0.057 | $ | 3,192,319.20 | 60 | KM | 3/30/2022 | $ | 0.015 | $ | 0.065 | $ | 191,539,152.00 | $ | 655,265.52 |
| Marathon DH | Closed-Won | 11/1/2021 | 10500 | 32.83 | $ | 0.060 | $ | 1,437,954.00 | 60 | WH | 12/31/2021 | $ | 0.021 | $ | 0.075 | $ | 86,277,240.00 | $ | 452,955.51 |
| Marathon DH | Closed-Won | 10/1/2021 | 8100 | 25.6455 | $ | 0.060 | $ | 1,123,272.90 | 60 | WH | 12/31/2021 | $ | 0.021 | $ | 0.075 | $ | 67,396,374.00 | $ | 353,830.96 |
| Marathon DH | Closed-Won | 10/1/2021 | 8100 | 25.6455 | $ | 0.060 | $ | 1,123,272.90 | 60 | WH | 12/31/2021 | $ | 0.021 | $ | 0.075 | $ | 67,396,374.00 | $ | 353,830.96 |
| NFN8 | Closed-Won | 11/1/2021 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 1/31/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 10/1/2021 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 1/31/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 9/1/2021 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 1/31/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 2/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 2/28/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 1/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 2/28/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 12/1/2021 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 2/28/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 3/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 3/1/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 4/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 4/1/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 5/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 5/31/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 6/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 6/1/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 7/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 7/1/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 8/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 8/1/2022 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| NFN8 | Closed-Won | 8/1/2022 | 50 | 0.155 | $ | 0.056 | $ | 6,336.40 | 36 | KM | 12/31/2021 | $ | 0.024 | $ | 0.06 | $ | 228,110.40 | $ | 1,955.23 |
| Omnific Ventures | Closed-Won | 2/1/2022 | 20 | 0.062 | $ | 0.054 | $ | 2,444.04 | 36 | KM | 2/28/2022 | $ | 0.022 | $ | 0.06 | $ | 87,985.44 | $ | 716.92 |
| Omnific Ventures | Closed-Won | 3/1/2022 | 20 | 0.062 | $ | 0.054 | $ | 2,444.04 | 36 | KM | 3/1/2022 | $ | 0.022 | $ | 0.06 | $ | 87,985.44 | $ | 716.92 |
| Omnific Ventures | Closed-Won | 4/1/2022 | 20 | 0.062 | $ | 0.054 | $ | 2,444.04 | 36 | KM | 5/31/2022 | $ | 0.022 | $ | 0.06 | $ | 87,985.44 | $ | 716.92 |
| Optimal Founders | Closed-Won | 1/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 1/31/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 12/1/2021 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 1/31/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 2/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 2/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 3/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 3/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 4/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 4/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 5/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 5/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 6/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 6/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 7/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 7/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 8/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 8/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 9/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 9/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 10/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 10/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| Optimal Founders | Closed-Won | 11/1/2022 | 65 | 0.18 | $ | 0.049 | $ | 6,438.60 | 36 | NE | 11/1/2022 | $ | 0.007 | $ | 0.05 | $ | 231,789.60 | $ | 551.88 |
| SupplyBit | Closed-Won | 8/15/2021 | 600 | 1.995 | $ | 0.057 | $ | 83,011.95 | 36 | NE | 1/31/2022 | $ | 0.015 | $ | 0.05 | $ | 2,988,430.20 | $ | 13,107.15 |
| SupplyBit | Closed-Won | 9/15/2021 | 600 | 1.995 | $ | 0.057 | $ | 83,011.95 | 36 | NE | 3/30/2022 | $ | 0.015 | $ | 0.05 | $ | 2,988,430.20 | $ | 13,107.15 |
| SupplyBit | Closed-Won | 8/15/2021 | 600 | 1.995 | $ | 0.057 | $ | 83,011.95 | 36 | NE | 3/30/2022 | $ | 0.015 | $ | 0.05 | $ | 2,988,430.20 | $ | 13,107.15 |

Tab 1

| Customer | Status | Date | Qty | Rate | | Amount | | Term | Type | Date | | Rate | | Rate2 | | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Teracel | Closed-Won | 4/1/2022 | 500 | 1.55 | $ | 70,153.00 | 36 | NE | 4/1/2022 | $ | 0.020 | $ | 0.06 | $ | 2,525,508.00 | $ | 9,597.60 |
| Touzi Capital | Closed-Won | 3/1/2022 | 6500 | 20 | $ | 0.059 | $ | 861,400.00 | 60 | WH | 3/1/2022 | $ | 0.020 | $ | 0.075 | $ | 51,684,000.00 | $ | 262,800.00 |
| US Bitcoin | Closed-Won | 8/1/2021 | 8630 | 30 | PWR Pass | $ | 1,248,300.00 | 60 | WH | 11/1/2021 | $ | 0.028 | $ | 0.075 | $ | 74,898,000.00 | $ | 551,880.00 |
| Value Chain Venture | Closed-Won | 7/1/2021 | 100 | 0.34 | $ | 0.061 | $ | 15,140.20 | 24 | NE | 1/31/2022 | $ | 0.019 | $ | 0.05 | $ | 363,364.80 | $ | 2,829.48 |
| Value Chain Venture | Closed-Won | 9/1/2021 | 200 | 0.68 | $ | 0.061 | $ | 30,280.40 | 36 | NE | 1/31/2022 | $ | 0.019 | $ | 0.06 | $ | 1,090,094.40 | $ | 6,790.75 |
| Wayfaring Corp | Closed-Won | 1/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 1/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 12/1/2021 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 1/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 11/1/2021 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 1/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 2/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 2/28/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 3/1/2022 | 92 | 0.2852 | $ | 0.054 | $ | 11,242.58 | 60 | NE | 3/30/2022 | $ | 0.012 | $ | 0.065 | $ | 674,555.04 | $ | 1,948.71 |
| Wayfaring Corp | Closed-Won | 2/1/2022 | 92 | 0.2852 | $ | 0.054 | $ | 11,242.58 | 60 | NE | 3/30/2022 | $ | 0.012 | $ | 0.065 | $ | 674,555.04 | $ | 1,948.71 |
| Wayfaring Corp | Closed-Won | 3/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 3/1/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 4/1/2022 | 92 | 0.2852 | $ | 0.054 | $ | 11,242.58 | 60 | NE | 4/1/2022 | $ | 0.012 | $ | 0.065 | $ | 674,555.04 | $ | 1,948.71 |
| Wayfaring Corp | Closed-Won | 4/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 4/1/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 5/1/2022 | 75 | 0.2325 | $ | 0.054 | $ | 9,165.15 | 60 | NE | 5/31/2022 | $ | 0.012 | $ | 0.065 | $ | 549,909.00 | $ | 1,588.63 |
| Wayfaring Corp | Closed-Won | 5/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 5/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 6/1/2022 | 75 | 0.2325 | $ | 0.054 | $ | 9,165.15 | 60 | NE | 6/1/2022 | $ | 0.012 | $ | 0.065 | $ | 549,909.00 | $ | 1,588.63 |
| Wayfaring Corp | Closed-Won | 6/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 6/1/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 7/1/2022 | 75 | 0.2325 | $ | 0.054 | $ | 9,165.15 | 60 | NE | 7/1/2022 | $ | 0.012 | $ | 0.065 | $ | 549,909.00 | $ | 1,588.63 |
| Wayfaring Corp | Closed-Won | 7/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 7/1/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 8/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 8/1/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 10/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 12/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| Wayfaring Corp | Closed-Won | 9/1/2022 | 60 | 0.186 | $ | 0.049 | $ | 6,653.22 | 36 | WH | 12/31/2022 | $ | 0.010 | $ | 0.05 | $ | 239,515.92 | $ | 814.68 |
| White Rock Mgmt | Closed-Won | 4/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 4/1/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| White Rock Mgmt | Closed-Won | 5/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 5/31/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| White Rock Mgmt | Closed-Won | 6/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 6/1/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| White Rock Mgmt | Closed-Won | 7/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 7/1/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| White Rock Mgmt | Closed-Won | 8/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 8/1/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| White Rock Mgmt | Closed-Won | 9/1/2022 | 1000 | 3.24 | $ | 0.053 | $ | 125,355.60 | 60 | WH | 9/1/2022 | $ | 0.014 | $ | 0.065 | $ | 7,521,336.00 | $ | 25,827.98 |
| Zero G Capital | Closed-Won | 10/1/2021 | 300 | 0.95 | $ | 0.054 | $ | 37,449.00 | 60 | WH | 1/1/2022 | $ | 0.015 | $ | 0.065 | $ | 2,246,940.00 | $ | 8,113.95 |

| | |
|---|---|
| **Total Hosting Commissions Owed** | $ 9,197,345.93 |
| Total Hardware Commissions Owed (Tab 2) | $ 1,673,622.00 |
| Total CapEx Contribution Commissions Owed (Tab 3) | $ 449,000.00 |
| **Total Commissions Owed** | $ 11,319,967.93 |

TAB 2

Tab 2

**Hosted Equipment Sales**

| Vendor | Monthly Qty | # of Months Remaining | # Miners | Customers | Approx Margin/Miner | Total Gross Margin | |
|---|---|---|---|---|---|---|---|
| True North | 300 | 1 | 300 | Merchant Mining | $200 | $60,000 | |
| True North | 350 | 1 | 350 | Zero G | $200 | $70,000 | |
| Lake Parime | 100 | 1 | 100 | VCV | $200 | $20,000 | |
| Bitmain | 275 | 9 | 2475 | Multiple* | $290 | $717,750 | |
| Bitmain | 200 | 1 | 200 | Multiple* | $225 | $45,000 | |
| Bitmain | 500 | 12 | 6000 | GEM | $525 | $3,150,000 | |
| Bitmain | 712 | 6 | 4272 | Multiple* | $255 | $1,089,360 | |
| Bitmain | 500 | 6 | 3000 | Compass Mining | $255 | $765,000 | |
| Bitmain | 120 | 6 | 720 | Blockmetrix | $420 | $302,400 | |
| Bitmain | 118 | 6 | 708 | Multiple* | $420 | $148,680 | *split 50% |
| | 65 | 12 | 780 | Optimal Founders/Anchorage | $2,564 | $1,999,920 | |
| | | | | Total Gross Margin | | $8,368,110 | |
| | | | | 20% Commission | | $1,673,622 | |

\* "Multiple" includes, without limitation: Compass Mining, Culver Ventures, Gilley Enterprises, Haylo Group, Konza Mining, NFN8, Omnific Ventures, Wayfaring Group

# TAB 3

Tab 3

US Bitcoin

Over $10.4M for CapEx Contribution.  Project completed in November 2021
Commissionable at 1%
$104,000

MarathonDigital Holdings

Over $34.5M in CapEx Contribution received in November and December 2021
Commissionable at 1%
$345,000

Total CapEx Commissions: $449,000.00