United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 22-90273** |
| **MINING PROJECT WIND DOWN** | § | |
| **HOLDINGS INC.,** *et al.,* | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |
| | § | |

## ORDER

On January 13, 2023, the Debtors objected to Bootstrap Energy LLC's proof of claim.  The sole factual basis for the objection is a statement made under penalty of perjury by Ryan Mersch.

Mr. Mersch stated that the claim "has been satisfied in full and does not make a valid claim for payment for which the Debtors are liable."  The statement that the claim "does not make a valid claim for which the Debtors are liable" is a conclusion of law.  It is stricken.

On January 24, 2023, Bootstrap filed an emergency motion seeking the temporarily allowance of its claim for voting purposes.  Bootstrap alleges that it has received no payment whatsoever on its claim.  Its statement is verified under penalty of perjury by Steve Quisenberry, the Chief Executive Officer of Bootstrap Energy LLC.

The Court does not understand how the claim could have been satisfied in full if no payment was ever made on the claim.

Statements made under penalty of perjury are taken very seriously by the Court.  Counsel to the Debtor and Counsel to Bootstrap should act accordingly and make diligent Rule 11 inquiry. The Rule 11 inquiry must be completed by 4:00 p.m. on January 25, 2023.

Pursuant to Rule 7015, the Debtor is prohibited from amending its objection, or the declaration submitted with the objection, without leave of Court.  Pursuant to the Court's inherent powers, Bootstrap is prohibited from amending is motion seeking temporary allowance of its claim, without leave of Court.

SIGNED 01/24/2023

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.                                        Chapter 11
Official Committee of Unsecured Creditor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                                    User: ADIuser                                         Page 1 of 7
Date Rcvd: Jan 25, 2023                            Form ID: pdf002                                  Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |

District/off: 0541-4             User: ADIuser             Page 2 of 7

Date Rcvd: Jan 25, 2023             Form ID: pdf002             Total Noticed: 42

| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: legal@mybigspring.com | | |
| | | Jan 25 2023 20:12:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bootstrap Energy LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | General Casualty Company of Wisconsin |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| fa | | Portage Point Partners, LLC |
| cr | | Praetorian Insurance Company |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Unluck Technology Pte. Ltd. |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |

TOTAL: 37 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0541-4                     User: ADIuser                           Page 3 of 7
Date Rcvd: Jan 25, 2023                  Form ID: pdf002                         Total Noticed: 42

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1  LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com |
| Branch Masterson Sheppard | on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com |
| Brandon Renken | on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com |
| Charles Stephen Kelley | on behalf of Creditor Sunbelt Solomon Services  LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Craig E Power | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| Daniel P Ginsberg | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com computenorth.ph@paulhastings.com |
| Daniel P Ginsberg | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder Opportunity  LP lboydston@polsinelli.com |

Elizabeth Nicolle Boydston
on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com

J Michael Sutherland
on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon
on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com

Jana Smith Whitworth

on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jarrod B. Martin

on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jason S Brookner

on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jessica Liou

on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

Jessica Liou

on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

John Lewis, Jr.

on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com

John Lewis, Jr.

on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John Willard

on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com

John David Cornwell

on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com

John F Higgins, IV

on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Joseph William Buoni

on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kenneth P. Green

on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin M. Capuzzi

on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristhy M Peguero

on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Laura J Monroe

on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner

on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com

Lori Ann Hood

on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Lori Ann Hood

on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Luc Despins

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.)
lucdespins@paulhastings.com, winniewu@paulhastings.com

Luc Despins

on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com
winniewu@paulhastings.com

Maegan Quejada

on behalf of Other Prof. Jefferies LLC mquejada@sidley.com
txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett

on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark Adam Castillo

on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com

Mark Adam Castillo

on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com

Matt Micheli
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com
ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.)
mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matthew Hoffman
on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod
on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com

Matthew Scott Okin
on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew W Silverman
on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Matthew W Silverman
on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com

Meredyth A. Kippes
on behalf of Interested Party Alder SPV I  LLC mkippes@polsinelli.com

Meredyth A. Kippes
on behalf of Interested Party Alder Opportunity  LP mkippes@polsinelli.com

Meredyth A. Kippes
on behalf of Interested Party Alder BTC Holdings  LLC mkippes@polsinelli.com

Meredyth A. Kippes
on behalf of Interested Party Digital Alchemy LLC mkippes@polsinelli.com

Meredyth A. Kippes
on behalf of Interested Party GH Effect  Inc. mkippes@polsinelli.com

Michael G Kelly
on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Patricia Baron Tomasco
on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com,
barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patrick M Haines
on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy
on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com

Rachael L Smiley
on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law

Ralph McDowell
on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com

Randall Adam Swick
on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com

Robert Coleman Rowe
on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com

Sayan Bhattacharyya
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.)
sayanbhattacharyya@paulhastings.com

Scott A. Stichter
on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky

District/off: 0541-4

Date Rcvd: Jan 25, 2023

User: ADIuser

Form ID: pdf002

Page 7 of 7

Total Noticed: 42

on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com

Stephen Wayne Sather

on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com

T. Josh Judd

on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tzvi Finman

on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 102