2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mining Project Wind Down Holdings Inc.<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 | Official Committee of Unsecured Creditor<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/26/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : ECHO SEARCH GROUP, 1600 HIGHWAY 100 SOUTH, SUITE 318, ST LOUIS PARK, MN 55416 | ASM CAPITAL X LLC<br>100 JERICHO QUADRANGLE, SUITE 230<br>JERICHO, NY 11753 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/28/23

**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Mining Project Wind Down Holdings Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Jan 26, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 12363505 | + ECHO SEARCH GROUP, 1600 HIGHWAY 100 SOUTH, SUITE 318, ST LOUIS PARK, MN 55416-1506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 28, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, |

District/off: 0541-4 User: ADIuser Page 2 of 5
Date Rcvd: Jan 26, 2023 Form ID: trc Total Noticed: 1

alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew Christian Papa
    on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard
    on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Brandon Renken
    on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles Stephen Kelley
    on behalf of Creditor Sunbelt Solomon Services  LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com computenorth.ph@paulhastings.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder BTC Holdings  LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder Opportunity  LP lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder SPV I  LLC lboydston@polsinelli.com

Heather Berkowitz
    on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

J Michael Sutherland
    on behalf of Creditor Rohit Shirole msutherland@ccsb.com  lsparks@ccsb.com

Jake Gordon
    on behalf of Creditor Freudenberg Filtration Technologies  L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Jan 26, 2023 | Form ID: trc | Total Noticed: 1 |

on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com

Jana Smith Whitworth

on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jarrod B. Martin

on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com

Jason S Brookner

on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jessica Liou

on behalf of Creditor Marathon Digital Holdings Inc. Jessica.Liou@weil.com

Jessica Liou

on behalf of Interested Party Marathon Digital Holdings Inc. Jessica.Liou@weil.com

John Lewis, Jr.

on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John Lewis, Jr.

on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com

John Willard

on behalf of Creditor Compass Mining Inc. jwillard@atllp.com

John David Cornwell

on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com

John F Higgins, IV

Case 22-90273   Document 878   Filed in TXSB on 01/28/23   Page 5 of 6

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: trc | Total Noticed: 1 |

          on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Joseph William Buoni
          on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kenneth P. Green
          on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin M. Capuzzi
          on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristhy M Peguero
          on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Laura J Monroe
          on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner
          on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com

Lori Ann Hood
          on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Lori Ann Hood
          on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Luc Despins
          on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com winniewu@paulhastings.com

Luc Despins
          on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) lucdespins@paulhastings.com, winniewu@paulhastings.com

Maegan Quejada
          on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett
          on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark Adam Castillo
          on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com

Mark Adam Castillo
          on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com

Matt Micheli
          on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli
          on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matthew Hoffman
          on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod
          on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com

Matthew Scott Okin
          on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
          on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
          on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew W Silverman
          on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Matthew W Silverman
          on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com

Meredyth A. Kippes
          on behalf of Interested Party Alder SPV I  LLC mkippes@polsinelli.com

Meredyth A. Kippes
          on behalf of Interested Party Alder Opportunity  LP mkippes@polsinelli.com

District/off: 0541-4 | User: ADIuser | Page 5 of 5
Date Rcvd: Jan 26, 2023 | Form ID: trc | Total Noticed: 1

Meredyth A. Kippes
    on behalf of Interested Party Alder BTC Holdings  LLC mkippes@polsinelli.com

Meredyth A. Kippes
    on behalf of Interested Party Digital Alchemy LLC mkippes@polsinelli.com

Meredyth A. Kippes
    on behalf of Interested Party GH Effect  Inc. mkippes@polsinelli.com

Michael G Kelly
    on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Patricia Baron Tomasco
    on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patrick M Haines
    on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy
    on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com

Rachael L Smiley
    on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law

Ralph McDowell
    on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com

Randall Adam Swick
    on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com

Robert Coleman Rowe
    on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
    on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) sayanbhattacharyya@paulhastings.com

Scott A. Stichter
    on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky
    on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com

Stephen Wayne Sather
    on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com

T. Josh Judd
    on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 103