# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.),** *et al.*,[1] | § § § § | **Case No. 22-90273 (MI)** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § § | |
| | § § | **Hearing Date and Time:** **February 9, 2023 at 9:00 a.m.** |

## NOTICE OF HEARING ON ROHIT SHIROLE'S EMERGENCY MOTION FOR TEMPORARY ALLOWANCE OF CLAIMS, AS AMENDED, FOR PURPOSES OF VOTING PURSUANT TO FED. R. BANKR. P. 3018(a) AND OTHER RELIEF PURSUANT TO 11 U.S.C. § 105

**PLEASE TAKE NOTICE** that the *Emergency Motion for Temporary Allowance of Claims, as Amended, for Purposes of Voting Pursuant to Fed. R. Bankr. P. 3018(a) and Other Relief Pursuant to 11 U.S.C. § 105* (the "Motion") (Dkt. No. 874) filed by Rohit Shirole in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, IL 60654.

above-captioned chapter 11 case, has been scheduled for a hearing on **Thursday, February 9, 2023, at 9:00 a.m.** (prevailing Central Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: January 31, 2023	Respectfully submitted,

          **BASSFORD REMELE**
          *A Professional Association*

By:  */s/ Jeffrey D. Klobucar*
      Jeffrey D. Klobucar (jklobucar@bassford.com)
      MN State Bar No. 0389336
      (*admitted pro hac vice* [ECF #190])
      100 South Fifth Street, Suite 1500
      Minneapolis, MN 55402
      (612) 333-3000 – Telephone
      (612) 746-1239 – Facsimile

      J. Michael Sutherland (msutherland@ccsb.com)
      State Bar No. 19524200
      Southern District Admin. No. 13736
      Robert C. Rowe (rrowe@ccsb.com)
      State Bar No. 24086253
      Southern District Admin. No. 3782278
      **CARRINGTON, COLEMAN,**
      **SLOMAN & BLUMENTHAL, L.L.P.**
      901 Main Street, Suite 5500
      Dallas, TX 75202
      (214) 855-3000 – Telephone
      (214) 580-2641 – Facsimile

      **COUNSEL FOR ROHIT SHIROLE**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 31, 2023, a true and correct copy of this document was properly served via ECF-Notice upon the following parties and/or their counsel of record: the Debtors, the Official Committee of Unsecured Creditors, parties requesting notice, and the U.S. Trustee.

      */s/  J. Michael Sutherland*
      J. Michael Sutherland