# EXHIBIT B

**Decimal Payments to Debtors in Connection with Equipment Purchase Agreement**

| Date | Amount | Fed Reference Number |
|---|---|---|
| November 8, 2021 | $938,452.80 | 1108I1B7033R009025 |
| November 15, 2021 | $272,197.20 | 1115I1B7031R013681 |
| January 14, 2022 | $200,900.00 | 0114I1B7031R007109 |
| February 15, 2022 | $200,900.00 | 0215I1B7033R005830 |
| March 16, 2022 | $200,900.00 | 0316I1B7032R014955 |
| April 18, 2022 | $188,650.00 | 0418I1B7031R014615 |
| May 19, 2022 | $360,850.00 | 0519I1B7031R011374 |
| June 16, 2022 | $195,000.00 | 0616I1B7033R014083 |