United STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al*.[1] | ) Case No. 22-90273 (MI) ) ) (Jointly Administered) |
| Debtors. | ) **Ref. Docket Nos. 7, 8, 9 & 853** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 25th, 2023, I caused to be served the:

   a. "Monthly Operating Report," dated January 20, 2023 [Docket No. 853],

   b. "Monthly Operating Report," *related to Case No. 22-90286*, dated January 20, 2023 [Docket No. 7],

   c. "Monthly Operating Report," *related to Case No. 22-32786*, dated January 20, 2023 [Docket No. 8],

   d. "Monthly Operating Report," *related to Case No. 22-90272*, dated January 20, 2023 [Docket No. 8],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

e. "Monthly Operating Report," *related to Case No. 22-90274*, dated January 20, 2023 [Docket No. 8],

f. "Monthly Operating Report," *related to Case No. 22-90275*, dated January 20, 2023 [Docket No. 8],

g. "Monthly Operating Report," *related to Case No. 22-90276*, dated January 20, 2023 [Docket No. 8],

h. "Monthly Operating Report," *related to Case No. 22-90277*, dated January 20, 2023 [Docket No. 8],

i. "Monthly Operating Report," *related to Case No. 22-90278*, dated January 20, 2023 [Docket No. 8]

j. "Monthly Operating Report," *related to Case No. 22-90280*, dated January 20, 2023 [Docket No. 8],

k. "Monthly Operating Report," *related to Case No. 22-90281*, dated January 20, 2023 [Docket No. 8],

l. "Monthly Operating Report," *related to Case No. 22-90282*, dated January 20, 2023 [Docket No. 8],

m. "Monthly Operating Report," *related to Case No. 22-90283*, dated January 20, 2023 [Docket No. 8],

n. "Monthly Operating Report," *related to Case No. 22-90284*, dated January 20, 2023 [Docket No. 8],

o. "Monthly Operating Report," *related to Case No. 22-90285*, dated January 20, 2023 [Docket No. 8],

p. "Monthly Operating Report," *related to Case No. 22-90287*, dated January 20, 2023 [Docket No. 8],

q. "Monthly Operating Report," *related to Case No. 22-90288*, dated January 20, 2023 [Docket No. 8],

r. "Monthly Operating Report," *related to Case No. 22-90289*, dated January 20, 2023 [Docket No. 8], and

s. "Monthly Operating Report," *related to Case No. 22-90279*, dated January 20, 2023 [Docket No. 9],

by causing true and correct copies to be delivered via electronic mail to:
alicia.barcomb@usdoj.gov

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
27th day of January, 2023
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027