United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273(MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of ___Illinois___:

| | |
|---|---|
| Name | Mark A. Carter |
| Firm | Hinshaw & Culbertson LLP |
| Street | 151 North Franklin Street, Suite 2500 |
| City & Zip Code | Chicago, IL  60606 |
| Telephone | (312) 704-3000 / mcarter@hinshawlaw.com |
| Licensed: State & Number | Illinois: 6199602 |

Seeks to amend and replace the Motion [Dkt. #879] and to appear as the attorney for this party:

**REVIVA, INC.**

Dated: 2/1/2023     Signed: /s/Mark A. Carter

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:     Signed: _____
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 02, 2023

Marvin Isgur
United States Bankruptcy Judge