IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| **MINING PROJECT WIND DOWN** | § | Case No. 22-90273-MI |
| **HOLDINGS, INC. (f/k/a Compute North** | § | |
| **Holdings, Inc.),** *et al.*, [1] | § | (Jointly Administered) |
| | § | Re: Docket Nos.  873, 891, 892, 893, |
| Debtors. | § | 901, 902, 903, 904 |
| | § | |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the United States Bankruptcy Judge Marvin Isgur on February 16, 2023 at 1:30 p.m. prevailing Central Time (the "**Hearing**") to consider the *Stipulations and Agreed Orders* between Mining Project Wind Down Holdings, Inc. and its above-captioned affiliates as debtors and debtors in possession (collectively, the "**Debtors**") and the following counterparties, as found at the following Docket Numbers:

| Counterparty | Docket Number |
|---|---|
| US Digital Mining Texas LLC | 873 |
| Digital Alchemy LLC | 891 |
| GH Effect, Inc. | 892 |
| Power Asset Recovery Corporation | 893 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

| | |
|---|---|
| Alder BTC Holdings LLC, Alder Opportunity LP, and Alder SPV I LLC | 901 |
| NBTC Limited | 902 |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | 903 |
| TWC Financial LLC | 904 |

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted in Courtroom 404, 4th floor, at the United States Courthouse located at 515 Rusk Avenue, Houston, Texas. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur ) on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Respectfully submitted:  February 2, 2023

                                            **FERGUSON BRASWELL**
                                            **FRASER KUBASTA PC**

                                            By:  /s/ *Rachael L. Smiley*
                                            Rachael L. Smiley (State Bar No. 24066158)
                                            2500 Dallas Parkway, Suite 600
                                            Plano, TX 75093
                                            Phone: 972-378-9111
                                            Fax:    972-378-9115

rsmiley@fbfk.law

**EFFICIENCY COUNSEL**
**FOR DEBTORS**

### CERTIFICATE OF SERVICE

I certify that on February 2, 2023, a copy of the foregoing document was served electronically on the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Rachael L. Smiley
Rachael L. Smiley