# EXHIBIT A

# Jeffrey D. Klobucar

| | |
|---|---|
| **From:** | Micheli, Matt <mattmicheli@paulhastings.com> |
| **Sent:** | Tuesday, January 3, 2023 12:00 PM |
| **To:** | Jeffrey D. Klobucar; Grogan, James T.; Despins, Luc A. |
| **Cc:** | J. Michael Sutherland |
| **Subject:** | [EXTERNAL] RE: Compute North - Rohit Shirole |
| **Attachments:** | mg_info.txt |

Jeff,

Are you available for a call in the next day to discuss potential avenues for resolution?

Thanks,
Matt

**From:** Jeffrey D. Klobucar <JKlobucar@bassford.com>
**Sent:** Monday, December 5, 2022 4:38 PM
**To:** Micheli, Matt <mattmicheli@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** [EXT] RE: Compute North - Rohit Shirole

### --- External Email ---

Matt,

Good afternoon.  Thanks for sending the insurance policies earlier in November and for our recent discussions.  I note that the policy periods for the policies you sent are 2022-2023. In light of our continued motion and as part of our review of the plan and disclosure statement I would like you to send me copies of the applicable D&O and employment claim policies of the Debtors in effect from October – December 2021.  Please let me know if you can provide that information and when I can anticipate receiving it. I appreciate the professional courtesy.  Thank you.



**JEFFREY D. KLOBUCAR**
SHAREHOLDER
jklobucar@bassford.com

100 SOUTH 5TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1254

T  612.333.3000   |   D  612.376.1639   |   F  612.746.1239   |   BASSFORD.COM

**From:** Micheli, Matt <mattmicheli@paulhastings.com>
**Sent:** Friday, November 4, 2022 1:03 PM

**To:** Jeffrey D. Klobucar <JKlobucar@bassford.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** [EXTERNAL] RE: Compute North - Rohit Shirole

Jeffery,

Attached please find the below listed D&O policies. These polices are being provided subject to the attached Stipulation for Protective Order approved in the Shirole v. Compute North Holdings, Inc and Compute North LLC case. Please note that these documents are designated as "Confidential" pursuant to the protective order.

- CN-DIP-Relm-Binder-2022
- CN-PDO-00-Relm-Policy 2022
  - CN-PDO-00-Relm-Policy Run-off Endt-2022
- CN-PDO-01-Banyan-Policy 2022
  - CN-PDO-01-Banyan-Policy Run off Endt-2022

If you have any questions please let me know.

Please call me to discuss the lift stay motion.

Thanks,
Matt



**Matt Micheli | Of Counsel | Financial Restructuring Group**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6018 | Main: +1.312.499.6000 | Fax: +1.312.499.6118 |
mattmicheli@paulhastings.com | www.paulhastings.com

**From:** Jeffrey D. Klobucar <JKlobucar@bassford.com>
**Sent:** Thursday, November 3, 2022 11:46 AM
**To:** Micheli, Matt <mattmicheli@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** [EXT] RE: Compute North - Rohit Shirole

Mr. Micheli,

Good morning. I am following up on the status of the D&O policy. Please let me know as soon as possible. Thanks!



**JEFFREY D. KLOBUCAR**
SHAREHOLDER
jklobucar@bassford.com

2

100 SOUTH 5TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1254

T  612.333.3000   |   D  612.376.1639   |   F  612.746.1239   |   BASSFORD.COM

---

**From:** Jeffrey D. Klobucar
**Sent:** Wednesday, November 2, 2022 5:11 PM
**To:** Micheli, Matt <mattmicheli@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** RE: Compute North - Rohit Shirole

Mr. Micheli,

Good evening.  I am just following up on your earlier email.  Please let me know the status.  Thank you!



**JEFFREY D. KLOBUCAR**
SHAREHOLDER
jklobucar@bassford.com

100 SOUTH 5TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1254

T  612.333.3000   |   D  612.376.1639   |   F  612.746.1239   |   BASSFORD.COM

---

**From:** Micheli, Matt <mattmicheli@paulhastings.com>
**Sent:** Wednesday, November 2, 2022 10:01 AM
**To:** Jeffrey D. Klobucar <JKlobucar@bassford.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** [EXTERNAL] RE: Compute North - Rohit Shirole

Jeffrey,

I should be able to provide a copy of the insurance policy today.

Best,
Matt

---

**From:** Jeffrey D. Klobucar <JKlobucar@bassford.com>
**Sent:** Wednesday, November 2, 2022 9:05 AM
**To:** Grogan, James T. <jamesgrogan@paulhastings.com>; Micheli, Matt <mattmicheli@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** [EXT] RE: Compute North - Rohit Shirole

Counsel,

Good morning.  I am following up on the below.  Please let me know your availability and let me know when I can expect to receive a copy of the Debtors' insurance policy.  Thank you!



**JEFFREY D. KLOBUCAR**
SHAREHOLDER
jklobucar@bassford.com

100 SOUTH 5TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1254

T  612.333.3000   |   D  612.376.1639   |   F  612.746.1239   |   BASSFORD.COM

**From:** Jeffrey D. Klobucar
**Sent:** Monday, October 31, 2022 4:24 PM
**To:** James T. Grogan <jamesgrogan@paulhastings.com>
**Cc:** J. Michael Sutherland <msutherland@ccsb.com>
**Subject:** Compute North

Mr. Grogan,

Good afternoon.  It was a pleasure to speak with you at the 341 today.  I thought I would reach out with respect to your agreement to provide the Debtors' D&O policies (or policy) and to discuss my client's pending motion for relief from stay – as well as some of the other matters broached at the meeting today.  Please let me know when you would be available to speak, and when I can expect to receive the policy (email would be just fine).  I look forward to hearing from you.  Thanks!



**JEFFREY D. KLOBUCAR**
SHAREHOLDER
jklobucar@bassford.com

100 SOUTH 5TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1254

T  612.333.3000   |   D  612.376.1639   |   F  612.746.1239   |   BASSFORD.COM

CONFIDENTIALITY NOTICE: This information is intended only for the use of the addressee and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited.

If you have received this communication in error, please notify us immediately at jklobucar@bassford.com or by telephone at 612.376.1639.

Thank you.