IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MINING PROJECT WIND DOWN** | § | **(Jointly Administered)** |
| **HOLDINGS, INC. (f/k/a Compute North** | § | |
| **Holdings, Inc.), et al.,**[1] | § | **Case No. 22-90273 (MI)** |
| | § | |
| **Debtors.** | § | |

**ORDER GRANTING ROHIT SHIROLE'S EMERGENCY MOTION TO REDUCE DEADLINES FOR DISCOVERY AND COMPEL DISCOVERY RESPONSES IN ANTICIPATION OF EMERGENCY MOTION FOR TEMPORARY CLAIM ALLOWANCE PURSUANT TO BANKRUTPCY RULE 3018, PURSUANT TO BANKRUPTCY RULES 7037, 9006(C), 9014, AND 11 U.S.C. § 105**

This case is before the court on Rohit Shirole's ("Shirole") *Emergency Motion To Reduce Deadlines for Discovery and Compel Discovery Responses in Anticipation of Emergency Motion for Temporary Claim Allowance Pursuant to Bankruptcy Rule 3018, Pursuant to Bankruptcy Rules 7037, 9006(C), 9014, and 11 U.S.C. § 105* (the "Motion").

Based on the record, the Court finds that grounds exist to warrant the relief requested.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, IL 60654.

**IT IS HEREBY ORDERED:**

The Motion is **GRANTED**.

The Court finds and concludes it has jurisdiction to issue this Order pursuant to 28 U.S.C. § 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; emergency relief was appropriate, and notice of the Motion and this Order is adequate under the circumstances.

The Court finds and concludes that the Debtors have failed to respond to Shirole's requests for relevant and discoverable information in a timely manner, and as a result, have prejudiced Shirole's ability to present evidence in support of his Emergency Motion regarding Temporary Allowance of Claims [ECF 874]. It is therefore

**ORDERED** that Shirole's Claims, Claim Nos. 10060 and 10061, are hereby temporarily allowed in the combined amount of $32,453,436.89, solely for the purpose of voting to accept or reject the chapter 11 plan proposed by the Debtors, Mining Project Wind Down Holdings, Inc. et al., pursuant to Bankruptcy Rule 3018 and 11 U.S.C. § 105. It is further

**ORDERED** that this order, except as expressly stated herein, does not otherwise adjudicate any party's rights, claims, defenses, or remedies as to Claim Nos. 10160 and 10161.  It is further

**ORDERED** that Debtors shall reimburse Shirole's reasonable attorney fees and costs incurred in the preparation of this motion, which shall be submitted to this Court by separate affidavit. It is further

**ORDERED** that this Court shall retain jurisdiction over all matters relating to the implementation, interpretation, or enforcement of this Order and the matters addressed herein.

Signed: February ___, 2023.

                                                Marvin Isgur
                                                United States Bankruptcy Judge