United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273(MI) |
|---|---|---|---|
| Debtor | In Re: | Compute North Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Mark A. Carter<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>(312) 704-3000 / mcarter@hinshawlaw.com<br>Illinois: 6199602 |

Seeks to amend and replace the Motion [Dkt. #879] and to appear as the attorney for this party:

| REVIVA, INC. | |
|---|---|
| Dated: 2/1/2023 | Signed: /s/Mark A. Carter |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. |
| Dated:      Signed: _____<br>                                         Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 02, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.  Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 7
Date Rcvd: Feb 02, 2023      Form ID: pdf002      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | ASM Capital X LLC, 100 Jericho Quadrangle, Suite 230, Jericho, NY 11753-2710 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | | Reviva, Inc., 5120 Main Street NE, Minneapolis, MN 55421 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |

| | | |
|---|---|---|
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: legal@mybigspring.com | Feb 02 2023 20:08:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bootstrap Energy LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | General Casualty Company of Wisconsin |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| crcm | | Official Committee of Unsecured Creditors of Minin |
| fa | | Portage Point Partners, LLC |
| cr | | Praetorian Insurance Company |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Unluck Technology Pte. Ltd. |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |

TOTAL: 38 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2023                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| A.J. Webb | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com |
| Branch Masterson Sheppard | on behalf of Interested Party KONZA MINING FUND I LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com |
| Brandon Renken | on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com |
| Charles Stephen Kelley | on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Craig E Power | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| Daniel P Ginsberg | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com |

| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: pdf002 | Total Noticed: 44 |

| | |
|---|---|
| | computenorth.ph@paulhastings.com |
| Daniel P Ginsberg | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com |
| Heather Berkowitz | on behalf of Creditor ASM Capital X LLC asm@asmcapital.com |
| J Michael Sutherland | on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com |
| Jake Gordon | on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |

District/off: 0541-4                               User: ADIuser                                    Page 5 of 7
Date Rcvd: Feb 02, 2023                        Form ID: pdf002                                  Total Noticed: 44

| | |
|---|---|
| | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | |
| | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | |
| | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | |
| | on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| Jessica Liou | |
| | on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com |
| John Lewis, Jr. | |
| | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com sgrussell@shb.com |
| John Willard | |
| | on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com |
| John David Cornwell | |
| | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| Joseph William Buoni | |
| | on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Kenneth P. Green | |
| | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristhy M Peguero | |
| | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Laura J Monroe | |
| | on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Leslie Blake Rasner | |
| | on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com |
| Lori Ann Hood | |
| | on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Lori Ann Hood | |
| | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Luc Despins | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com winniewu@paulhastings.com |
| Luc Despins | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) lucdespins@paulhastings.com, winniewu@paulhastings.com |
| Maegan Quejada | |

District/off: 0541-4 | User: ADIuser | Page 6 of 7
Date Rcvd: Feb 02, 2023 | Form ID: pdf002 | Total Noticed: 44

| | |
|---|---|
| | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | |
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark A Carter | |
| | on behalf of Creditor Reviva Inc. mcarter@hinshawlaw.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Corpus Christi Energy Park LLC markcastillo@ccsb.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matthew Hoffman | |
| | on behalf of Creditor Veribi LLC mhecf@aol.com |
| Matthew Lee Brod | |
| | on behalf of Creditor Mercuria Energy America LLC mbrod@milbank.com, adebold@milbank.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew W Silverman | |
| | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Matthew W Silverman | |
| | on behalf of Creditor Decimal Digital Currency I LLC msilverman@pryorcashman.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder SPV I LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder Opportunity LP meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder BTC Holdings LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party GH Effect Inc. meredyth.kippes@usdoj.gov |
| Michael G Kelly | |
| | on behalf of Creditor City of Big Spring Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com |
| Patricia Baron Tomasco | |
| | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com |
| Patrick M Haines | |
| | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | |
| | on behalf of Creditor Generate Lending LLC pguffy@huntonak.com |
| Rachael L Smiley | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law eglenn@fbfk.law |
| Ralph McDowell | |
| | on behalf of Creditor Freudenberg Filtration Technologies L.P. rmcdowell@bodmanlaw.com |
| Randall Adam Swick | |
| | on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com molly.batiste-debose@akerman.com |
| Robert Coleman Rowe | |
| | on behalf of Creditor Corpus Christi Energy Park LLC rrowe@ccsb.com, lsparks@ccsb.com |

| | |
|---|---|
| Robert Coleman Rowe | on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) sayanbhattacharyya@paulhastings.com |
| Scott A. Stichter | on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com |
| Stephen Matthew Pezanosky | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com |
| Stephen Wayne Sather | on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com |
| T. Josh Judd | on behalf of Creditor Decimal Digital Currency I LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| T. Josh Judd | on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com |
| Tzvi Finman | on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 105