# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 784, 841** |

## NOTICE OF CHANGE OF (I) CASE CAPTION AND (II) CORPORATE NAMES

**PLEASE TAKE NOTICE THAT** on January 6, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Debtors' Emergency Motion for Entry of an Order Authorizing (I) Change of Corporate Names and (II) Change of Case Caption* [Docket No. 784] (the "Motion") with a proposed form of order attached thereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Court held a hearing on the Motion on January 17, 2023 and requested changes to the proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2023, the Court entered the *Order Authorizing (I) Change of Corporate Names and (II) Change of Case Caption* [Docket No. 841] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that on February 2, 2023, the Debtors completed all requisite steps to effect the name changes under corporate law. Therefore, in accordance with the Order, the new caption for the Debtors' jointly administered Chapter 11 Cases shall read as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

|   | ) |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|   | ) |   |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) ) ) | Case No. 22-90273 (MI) |
|   | ) |   |
| Debtors. | ) | (Jointly Administered) |
|   | ) |   |

The changes to each of the Debtors' respective corporate names are as follows:

|     | Current Name | New Name |
|-----|---|---|
| 1.  | Compute North Holdings, Inc. | Mining Project Wind Down Holdings Inc. |
| 2.  | Compute North LLC | Mining Project Wind Down LLC |
| 3.  | CN Pledgor LLC | Mining Project Wind Down Pledgor LLC |
| 4.  | Compute North Member LLC | Mining Project Wind Down Member LLC |
| 5.  | CN Corpus Christi LLC | Mining Project Wind Down Corpus Christi LLC |
| 6.  | CN Atoka LLC | Mining Project Wind Down Atoka LLC |
| 7.  | CN Big Spring LLC | Mining Project Wind Down BS LLC |
| 8.  | CN Colorado Bend LLC | Mining Project Wind Down Colorado Bend LLC |
| 9.  | CN Developments LLC | Mining Project Wind Down Developments LLC |
| 10. | CN Equipment LLC | Mining Project Wind Down Equipment LLC |
| 11. | CN King Mountain LLC | Mining Project Wind Down King Mountain LLC |
| 12. | CN Minden LLC | Mining Project Wind Down MDN LLC |
| 13. | CN Mining LLC | Mining Project Wind Down Mining LLC |
| 14. | Compute North NC08 LLC | Mining Project Wind Down NC08 LLC |
| 15. | Compute North NY09 LLC | Mining Project Wind Down NY09 LLC |
| 16. | Compute North SD, LLC | Mining Project Wind Down STHDAK LLC |
| 17. | Compute North Texas LLC | Mining Project Wind Down Texas LLC |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

|     | Current Name          | New Name                          |
| --- | --------------------- | --------------------------------- |
| 18. | Compute North TX06 LLC | Mining Project Wind Down TX06 LLC |
| 19. | Compute North TX10 LLC | Mining Project Wind Down TX10 LLC |

[*Remainder of Page Intentionally Left Blank*]

Dated: February 6, 2023
      Houston, Texas

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*