IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MINING PROJECT WIND DOWN HOLDINGS,** | ) | **Case No. 22-90273 (MI)** |
| **INC. (f/k/a Compute North Holdings, Inc.),** *et al.*,[1] | ) | |
| | ) | |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**THE UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF
<u>REONSTITUTED[2] COMMITTEE OF UNSECURED CREDITORS</u>**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the reconstituted Official Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2] The U.S. Trustee reconstituted the Committee following the resignation of RK Mission Critical LLC.

| **Members** |
|---|
| Touzi Capital, LLC<br>340 S. Lemon Ave #8284<br>Walnut, CA  91789<br><br>Attn: Eng Taing<br>1781 La Plaza Drive<br>San Marcos, CA  92078<br>Telephone: (626) 673-1909<br>eng@touzicapital.com |
| Sunbelt Solomon<br>1922 S. Martin Luther King Jr. Drive<br>Temple, TX  76504<br><br>Attn: Jamie Hypes, CFO<br>Telephone: (254) 231-2280<br>Jamie.hypes@sunbeltsolomon.com |
| U.S. Data Mining Group, Inc.<br>1221 Brickell Ave, Suite 900<br>Miami, FL  33131<br><br>Attn: Asher Genoot, President<br>Telephone: (949) 331-5881<br>asher@usbitcoin.com<br>Joel Block, CFO<br>jblock@usbitcoin.com |
| MP2 Energy LLC<br>d/b/a Shell Energy Solutions<br>21 Waterway Ave, Suite 450<br>The Woodlands, TX  77380<br><br>Attn: Andrew Ruff<br>Telephone: (713) 828-4473<br>Andrew.Ruff@shellenergy.com |

Dated: February 7, 2023							KEVIN M. EPSTEIN
										UNITED STATES TRUSTEE

										By: */s/ Jayson B. Ruff*
										Jayson B. Ruff
										Trial Attorney
										Michigan Bar No. P69893
										Office of the United States Trustee
										515 Rusk Avenue, Suite 3516
										Houston, TX 77002
										(713) 718-4662
										(713) 718-4670 Fax


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Reconstituted Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 7, 2023.

										*/s/ Jayson B. Ruff*
										Jayson B. Ruff
										Trial Attorney