UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING[2] ON MOTIONS
SCHEDULED FOR FEBRUARY 9, 2023 AT 9:00 A.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR
AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**I.    Resolved Matters**

1.   *Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 342].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2]   Audio connection will be by use of the Court's dial-in facility.  You may access the facility at **832-917-1510**.  Once connected, you will be asked to enter the conference room number.  Judge Isgur's conference room number is **954554**.  Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**.  The meeting code is "**JudgeIsgur**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Related Documents.**

    A.    *Notice of Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 368].

    B.    *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 458].

    C.    *Stipulation and Agreed Order Re-Scheduling the Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket Nos. 606/608].

    D.    *Agreed Order Re-Scheduling the Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 607].

    E.    *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 612].

    F.    *Notice of Rescheduled Hearing on Rohit Shirole's Motion for Relief under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-day Hearing Requirement* [Docket No. 780].

    G.    *Agreed Order Resolving Rohit Shirole's Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 920].

**Responses.**

    A.    *Objection of the Official Committee of Unsecured Creditors to Rohit Shirole's Motion for Relief under 11 U.S.C. Section 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 455].

    B.    *Objection of Debtors to Rohit Shirole's Motion for Relief under 11 U.S.C. Section 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 764].

    C.    *Declaration of Ryan Mersch in Support of Debtors' Objection to Rohit Shirole's Motion for Relief from Stay* [Docket No. 774].

      **D.**    *Debtors' Omnibus Response to Rohit Shirole's (I) Emergency Motion to Reduce Deadlines For Discovery and Compel Discovery Responses, (II) Objection to Plan Confirmation, (III) Emergency Motion for Temporary Allowance of Claims for Voting Purposes, and (IV) Motion for Relief from Stay* [Docket No. 918].

**Status**: This matter has been resolved by entry of the order at Docket No. 920.

**2.**   *Rohit Shirole's Emergency Motion for Temporary Allowance of Claims, as Amended, for Purposes of Voting Pursuant to Fed. R. Bankr. P. 3018(a) and Other Relief Pursuant to 11 U.S.C. § 105* [Docket No. 874].

**Related Documents.**

      **A.**    *Declaration of Rohit Shirole's in Support of His Emergency Motion for Temporary Allowance of Claims, as Amended, for Purposes of Voting Pursuant to Fed. R. Bankr. P. 3018(a) and Other Relief Pursuant to 11 U.S.C. § 105* [Docket No. 875].

      **B.**    *Notice of Hearing Rohit Shirole's Emergency Motion for Temporary Allowance of Claims, as Amended, for Purposes of Voting Pursuant to Fed. R. Bankr. P. 3018(a) and Other Relief Pursuant to 11 U.S.C. § 105* [Docket No. 885].

      **C.**    *Agreed Order Resolving Rohit Shirole's Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 920].

**Responses.**

      **A.**    *Debtors' Omnibus Response to Rohit Shirole's (I) Emergency Motion to Reduce Deadlines For Discovery and Compel Discovery Responses, (II) Objection to Plan Confirmation, (III) Emergency Motion for Temporary Allowance of Claims for Voting Purposes, and (IV) Motion for Relief from Stay* [Docket No. 918].

**Status**: This matter has been resolved by entry of the order at Docket No. 920.

**3.**   *Emergency Motion to Reduce Deadlines for Discovery and Compel Discovery Responses in Anticipation of Emergency Motion for Temporary Claim Allowance* [Docket No. 913].

**Related Documents.**

      **A.**    *Order Granting Rohit Shirole's Emergency Motion to Reduce Deadlines for Discovery and Compel Discovery Responses in Anticipation of Emergency Motion for Temporary Claim Allowance* [Docket No. 915].

  **B.** *Agreed Order Resolving Rohit Shirole's Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 920].

**Responses.**

  **A.** *Debtors' Omnibus Response to Rohit Shirole's (I) Emergency Motion to Reduce Deadlines For Discovery and Compel Discovery Responses, (II) Objection to Plan Confirmation, (III) Emergency Motion for Temporary Allowance of Claims for Voting Purposes, and (IV) Motion for Relief from Stay* [Docket No. 918].

**Status:** This matter has been resolved by entry of the order at Docket No. 920.

**4.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing Portage Point Partners to File Declarations in These Chapter 11 Cases and (II) Granting Related Relief [Docket No. 921].

**Related Documents.**

  **A.** *Order Authorizing Portage Point Partners to File Declarations in These Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 925].

**Status**: This matter has been resolved by entry of the order at Docket No. 925.

**II.** **Matters Going Forward.**

**1.** *Debtors' Emergency Motion to Approve Settlement with Marathon Digital Holdings, Inc. Pursuant to Bankruptcy Rule 9019* [Docket No. 881].

**Related Documents.**

  **A.** *Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, in Support of Emergency Motion to Approve Settlement with Marathon Digital Holdings, Inc., Pursuant to Bankruptcy Rule 9019* [Docket No. 882].

  **B.** *Notice of Hearing Regarding Debtors' Emergency Motion to Approve Settlement with Marathon Digital Holdings, Inc. Pursuant to Bankruptcy Rule 9019* [Docket No. 883].

**Status**: This matter is going forward.

**2.** *Debtors' Emergency Motion to Approve Settlement with RK Mission Critical LLC Pursuant to Bankruptcy Rule 9019* [Docket No. 886].

**Related Documents.**

    **A.**    *Notice of Hearing Regarding Debtors' Emergency Motion to Approve Settlement with RK Mission Critical LLC Pursuant to Bankruptcy Rule 9019* [Docket No. 887].

    **B.**    *Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, in Support of Emergency Motion to Approve Settlement with RK Mission Critical LLC Pursuant to Bankruptcy Rule 9019* [Docket No. 923].

**Status:** This matter is going forward.

Dated: February 7, 2023
Houston, Texas

/s/ James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
sayanbhattacharyya@paulhastings.com
danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 7, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ James T. Grogan III
James T. Grogan III

6