# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, February 9, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Marathon Digital Holdings, Inc. |
| Harold | Coulby | Mining Project Wind Down | Debtors |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| James | Grogan | Paul Hastings LLP | Debtors |
| Patrick | Haines | Berg Hill Greenleaf Ruscitti | RK Mission Critical LLC |
| Cole | Harlan | Paul Hastings LLP | Debtors |
| Elizabeth | Jones | Kirkland & Ellis LLP | Generate Lending, LLC |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Marathon Digital Holdings, Inc. |
| Kristine | Manoukian | Schulte Roth & Zabel LLP | Foundry Digital LLC |
| Christopher | Marcus | Kirkland & Ellis LLP | Generate Lending, LLC |
| Matthew | Micheli | Paul Hastings LLP | Debtors |
| Jayson | Ruff | USDOJ | US Trustee |
| Scott | Shelley | Paul Hastings LLP | Debtors |
| Rachael | Smiley | Ferguson Braswell Fraser | Mining Project Wind Down Holdings, Inc, et al. |
| Schlea | Thomas | Paul Hastings LLP | Debtors |