# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 911** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2023, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 3, 2023, *related to Docket No. 911*, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
6th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of Texas - Houston Division

In re:

MINING PROJECT WIND DOWN HOLDINGS, INC.
(f/k/a Compute North Holdings, Inc.) et al.,

Chapter 11

Case NO. 22-90273 (MI)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

URBAN SOLUTION GROUP
4230 ELATI ST
DENVER, CO 80216

Please note that your schedule in the above referenced case and in the amount of $71,637.50 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000213940991 ***        CPN TRFNTC (MERGE2, TXNUM2) 4000002028



BRADFORD CAPITAL HOLDINGS, LP
TRANSFEROR: URBAN SOLUTION GROUP
C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER
PO BOX 4353
CLIFTON, NJ 07012

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of Texas - Houston Division

5401 Bob Casey United States Courthouse

Houston, TX 77002

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    911    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/03/2023                    David J. Bradley, Clerk of Court

/s/ Geoff Zahm

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2023.

**EXHIBIT B**

Compute North Holdings, Inc.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: URBAN SOLUTION GROUP, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: URBAN SOLUTION GROUP LLC, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: URBAN SOLUTION GROUP LLC, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| URBAN SOLUTION GROUP | 4230 ELATI ST, DENVER, CO 80216 |
| URBAN SOLUTION GROUP LLC | C/O DAVID M RICH, ESQ, 999 18TH ST, STE 1230-S, DENVER, CO 80202 |
| URBAN SOLUTION GROUP LLC | ATTN HEIDI D GILL, CEO, 4230 ELATI ST, STE 200, DENVER, CO 80126 |
| URBAN SOLUTION GROUP LLC | C/O DAVID M RICH, ESQ, 999 18TH ST, STE 1230-S, DENVER, CO 80202 |
| URBAN SOLUTION GROUP LLC | ATTN HEIDI D GILL, CEO, 4230 ELATI ST, STE 200, DENVER, CO 80126 |

**Total Creditor Count 8**