UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 22-90273-MI |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al.*,[1] | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| **DEBTOR** | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
Texas State Bar No. 19175662
Southern District of Texas Bar No. 13934
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel: (512) 475-4562
fax: (512) 936-1409

**COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Mining Project Wind Down Holdings Inc.
300 North LaSalle
Suite 1420
Chicago, IL 60654

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Maria Mulrooney Bartlett** mbartlett@cokinoslaw.com
- **Heather Berkowitz** asm@asmcapital.com
- **Sayan Bhattacharyya** sayanbhattacharyya@paulhastings.com
- **Elizabeth Nicolle Boydston** lboydston@polsinelli.com
- **Matthew Lee Brod** mbrod@milbank.com, adebold@milbank.com
- **Jason S Brookner** jbrookner@grayreed.com, lwebb@grayreed.com
- **Joseph William Buoni** josephbuoni@HuntonAK.com, jhornback@huntonak.com
- **Kevin M. Capuzzi** kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Mark A Carter** mcarter@hinshawlaw.com
- **Mark Adam Castillo** markcastillo@ccsb.com
- **John David Cornwell** jcornwell@munsch.com, hvalentine@munsch.com
- **Luc Despins** lucdespins@paulhastings.com, winniewu@paulhastings.com
- **Tzvi Finman** tfinman@finmanlawfirm.com
- **Charles R Gibbs** crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com
- **Daniel P Ginsberg** danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com
- **Jake Gordon** jgordon@bodmanlaw.com
- **Kenneth P. Green** ken.green@bondsellis.com, laura.terrell@bondsellis.com
- **James Tillman Grogan** jamesgrogan@paulhastings.com
- **Aaron Matthew Guerrero** aaron.guerrero@bondsellis.com, laura.terrell@bondsellis.com
- **Philip M. Guffy** pguffy@huntonak.com
- **Patrick M Haines** pmh@bhgrlaw.com
- **John F Higgins** jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com
- **Matthew Hoffman** mhecf@aol.com
- **Lori Ann Hood** lhood@mayerllp.com, wdaniels@mayerllp.com
- **T. Josh Judd** jjudd@andrewsmyers.com, sray@andrewsmyers.com
- **Charles Stephen Kelley** ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com
- **Michael G Kelly** mkelly@kmdfirm.com, dreynolds@kmdfirm.com

- **Meredyth A. Kippes** meredyth.kippes@usdoj.gov
- **Tara LeDay** tara.leday@chamberlainlaw.com, tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb
- **John Lewis** jolewis@shb.com, sgrussell@shb.com
- **Jessica Liou** Jessica.Liou@weil.com
- **Jarrod B. Martin** jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com
- **Ralph McDowell** rmcdowell@bodmanlaw.com
- **Matt Micheli** mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com
- **Laura J Monroe** lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Matthew Scott Okin** mokin@okinadams.com, bmoore@okinadams.com
- **Andrew Christian Papa** apapa@mcguirewoods.com
- **Kristhy M Peguero** kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net
- **Alfredo R Perez** alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com
- **Stephen Matthew Pezanosky** stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com
- **Craig E Power** cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com
- **Maegan Quejada** mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com
- **Leslie Blake Rasner** brasner@haleyolson.com, dserenil@haleyolson.com
- **Abhilash Raval** araval@milbank.com
- **Brandon Renken** brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com
- **Robert Coleman Rowe** rrowe@ccsb.com, lsparks@ccsb.com
- **Jayson B. Ruff** jayson.b.ruff@usdoj.gov
- **Stephen Wayne Sather** ssather@bn-lawyers.com, plevine@bn-lawyers.com
- **Branch Masterson Sheppard** bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com
- **Matthew W Silverman** msilverman@pryorcashman.com
- **Rachael L Smiley** rsmiley@fbfk.law, eglenn@fbfk.law
- **Scott A. Stichter** sstichter.ecf@srbp.com
- **J Michael Sutherland** msutherland@ccsb.com, lsparks@ccsb.com
- **Randall Adam Swick** adam.swick@akerman.com, molly.batiste-debose@akerman.com
- **Patricia Baron Tomasco** pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **A.J. Webb** awebb@fbtlaw.com

- **Jana Smith Whitworth** jana.whitworth@usdoj.gov
- **John Willard** jwillard@atllp.com


                                                    */s/ Sherri K. Simpson*
                                                    Sherri K. Simpson