| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kerrin T. Klein, Esq.<br>Olshan Frome Wolosky, LLP<br>1325 Avenue of the Americas<br>New York, NY 10019<br>(212) 451-2239<br>NY / 4829644 |
|---|---|

Seeks to appear as the attorney for this party:

| BitNile Inc. | |
|---|---|
| Dated: 2/10/2023 | Signed: /s/ Kerrin T. Klein |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: | Signed: _____
       |         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                          _____
                                           United States Bankruptcy Judge