United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 13, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Thomas J. Fleming, Esq. |
| Firm | Olshan Frome Wolosky, LLP |
| Street | 1325 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 451-2213 |
| Licensed: State & Number | NY / 1454123 |

Seeks to appear as the attorney for this party:

| BitNile Inc. |
|---|
| Dated: 2/10/2023    Signed: /s/ Thomas J. Fleming |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:    Signed: _____
                    Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: February 13, 2023

_____
Marvin Isgur
United States Bankruptcy Judge