United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 13, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of ____New York____:

| | |
|---|---|
| Name | Kerrin T. Klein, Esq. |
| Firm | Olshan Frome Wolosky, LLP |
| Street | 1325 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 451-2239 |
| Licensed: State & Number | NY / 4829644 |

Seeks to appear as the attorney for this party:

BitNile Inc.

Dated: 2/10/2023        Signed: /s/ Kerrin T. Klein

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:        Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 13, 2023

_____
Marvin Isgur
United States Bankruptcy Judge