**EXHIBIT 7**

This exhibit is not being filed with this list because the contract was subject to a non-disclosure or confidentiality agreement. Debtors and Committee have copies of this document and it is available through CCEP's counsel with copies to be provided at confirmation as agreed to by the parties or directed by the Court.