**EXHIBIT 9**

RECEIVED
NOV 22 2022
LEGAL SERVICES

---

| Fill in this information to identify the case: |
|---|
| Debtor 1: CN Corpus Christi LLC |
| Debtor 2 (Spouse, if filing): |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number: 22-90272 (MI) |

Filed: USBC - Southern District of Texas
Compute North Holdings, Inc., Et al (B10)
22-90273 (MI)

CPN

0000000028

## Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Urban Solution Group, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
David M. Rich, Esq.
Name
999 18th Street, Suite 1230-S
Number   Street
Denver      CO      80202
City        State   ZIP Code
Contact phone 720-381-0045
Contact email dave@KJBlawoffice.com

Where should payments to the creditor be sent? (if different)
Heidi D. Gill
Name
4230 Elati St., Suite 200
Number   Street
Denver      CO      80216
City        State   ZIP Code
Contact phone 925-683-5529
Contact email heidi.gill@urbansolutiongroup.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.  Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 78,665.00. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Noise Impact Assessment Work - See Attached

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) ____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11 / 19 / 2022
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Heidi D. Gill
      First name / Middle name / Last name

Title: CEO

Company: Urban Solution Group, LLC
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4230 Elati St., Suite 200
         Number    Street
         Denver              CO        80126
         City                State     ZIP Code

Contact phone: 925-683-5529         Email: heidi.gill@urbansolutiongroup.com

## Summary of invoices for Corpus Christi Project

| Invoice Number | Amount |
|---|---|
| 3062 | $16,040.00 |
| 3170 | $46,968.75 |
| 3236 | $15,656.25 |
| **Total** | **$78,665.00** |

Urban Solution Group
4230 Elati St Ste 200
Denver, CO 80216
720-749-2916
accounting@urbansolutiongroup.com



**URBAN SOLUTION GROUP**

# INVOICE

**BILL TO**
Compute North

**INVOICE #** 3062
**DATE** 06/22/2022
**DUE DATE** 07/22/2022
**TERMS** Net 30

**WORK ORDER**
Urban WO #E22059

| DATE | ACTIVITY | QTY | RATE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 05/06/2022 | Sound Engineering - Ambient<br>72-Hour Ambient - Corpus Christi<br>(Includes Travel, Sound Study & Report)<br>Report Provided 5/6/2022 | 1 | 16,040.00 | | 16,040.00 |

Patty Varra

| | |
|---|---|
| SUBTOTAL | 16,040.00 |
| TAX | 0.00 |
| TOTAL | 16,040.00 |
| BALANCE DUE | **$16,040.00** |

Thank you for choosing Urban. We look forward to partnering with you on your next project!

Urban Solution Group
4230 Elati St Ste 200
Denver, CO 80216
720-749-2916
accounting@urbansolutiongroup.com



**URBAN SOLUTION GROUP**

# INVOICE

**BILL TO**
Compute North

**INVOICE #** 3170
**DATE** 09/12/2022
**DUE DATE** 10/12/2022
**TERMS** Net 30

**WORK ORDER**
Urban WO# E22069

| DATE | ACTIVITY | QTY | RATE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 06/06/2022 | Noise Impact Assessment (NIA)<br>Corpus Christi - Initial NIA<br>Preliminary Results Sent 6/6/2022<br>Project Total - $62,625 - Bill @ 75%<br>Project Total @ 75% - $46,968.75 | 1 | 46,968.75 | | 46,968.75 |

Corpus Christi Project
Company Contacts: Jeff Jackson/ Thomas Ferry

**BALANCE DUE**       **$46,968.75**

Thank you for choosing Urban.  We look forward to partnering with you on your next project!

Urban Solution Group
4230 Elati St Ste 200
Denver, CO  80216
720-749-2916
accounting@urbansolutiongroup.com

**URBAN SOLUTION GROUP**

# INVOICE

**BILL TO**
Compute North

**INVOICE #** 3236
**DATE** 09/12/2022
**DUE DATE** 10/12/2022
**TERMS** Net 30

**WORK ORDER**
Urban WO# E22069

| DATE | ACTIVITY | QTY | RATE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 06/06/2022 | Noise Impact Assessment (NIA)<br>Corpus Christi - Initial NIA<br>Preliminary Results Sent 6/6/2022<br>Project Total - $62,625 - Bill @ Remaining 25%<br>Project Total @ 25% - $15,656.25 | 1 | 15,656.25 | | 15,656.25 |

Corpus Christi Project
Company Contacts: Jeff Jackson/ Thomas Ferry

SUBTOTAL           15,656.25
TAX                     0.00
TOTAL              15,656.25
BALANCE DUE    **$15,656.25**

Thank you for choosing Urban.  We look forward to partnering with you on your next project!



November 21, 2022

**Via Federal Express**

Compute North Holdings, Inc.
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

    RE:    **CN Corpus Christi LLC and CN Minden LLC**

Dear Sir or Madam:

    Enclosed for filing are two Proofs of Claim for Heidi D. Gill; one to be filed in CN Corpus Christi LLC (Case No. 22-90272 (MI)) and one to be filed in CN Minden LLC (Case No. 22-90282 (MI)). Also enclosed is the first page of each Proof of Claim to be file stamped and returned in the self-addressed and stamped envelopes.

    If you have any questions or require additional information, please contact me or Dave Rich. Thank you for your assistance.

    Very truly yours,

    *Sharon E Fox*

    Sharon E. Fox
    Paralegal

/sf
Enclosures

T. 720.381.0045
F. 720.381.0382

999 18th Street
Suite 1230-S
Denver, CO
80202
KJBlawoffice.com

# FedEx Express US Airbill

FedEx Tracking Number: 8130 0141 4110

Form ID No. 0215

Recipient's Copy

## 1 From

Date: [illegible]

Sender's Name: [illegible]
Phone: 720 381-0045

Company: BUECHLER & GARBER

Address: 999 18TH ST STE 1230S

City: DENVER   State: CO   ZIP: 80202-2499

## 2 Your Internal Billing Reference

## 3 To

Recipient's Name: [illegible]   Phone: [illegible]

Company: [illegible]

Address: [illegible]

Address: [illegible]

City: [illegible]   State: [illegible]   ZIP: [illegible]

## 4 Express Package Service  *To most locations.

Packages up to 150 lbs.

### Next Business Day
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight

### 2 or 3 Business Days
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging   *Declared value limit $500.
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods? One box must be checked.
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

## 7 Payment   Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: ___   Total Weight: ___ lbs.

012[illegible] RECEIVED NOV 22 2022 LEGAL SERVICES

611

8130 0141 4110