EXHIBIT 11

United States Bankruptcy Court for the Southern District of Texas

**Name of Debtor:** CN King Mountain LLC

**Case Number:** 22-90281

**For Court Use Only**
Claim Number: 0000010018
File Date: 10/19/2022 10:38:27

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/22**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Pegasus Energy, LLC

Other names the creditor used with the debtor: Shane Melski

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name: Pegasus Energy, LLC
Address: 17531 Kelok Road
City: Lake Oswego
State: OR ZIP Code: 97034
Country (if International): ______
Phone: (503) 803-3838
Email: shane@pegasusenergyllc.com

**Where should payments to the creditor be sent?** (if different)

Name: ______
Address: ______
City: ______
State: ______ ZIP Code: ______
Country (if International): ______
Phone: ______
Email: ______

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
Claim number on court claims register (if known) ______
Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ 23,284.02

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: ______________________

**Basis for perfection:** ______________________

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed) __________%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$__________

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

______________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $__________ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| ☑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 23,284.02 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (__________) that applies. | $__________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $ 23,284.02

| **Part 3:** | **Sign Below** |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Shane Melski* — Signature<br>10/19/2022 10:38:27 — Date<br><br>**Provide the name and contact information of the person completing and signing this claim:**<br><br>Name: Shane Melski<br>Address: 17531 Kelok Road<br>City: Lake Oswego<br>State: OR Zip: 97034<br>Country (in international): USA<br>Phone: (503) 803-3838<br>Email: shane@pegasusenergyllc.com |

**Pegasus Energy, LLC**
17531 Kelok Rd
Lake Oswego, OR 97034
Tel: (503) 803-3838

# INVOICE

**Bill To:**
TZRC King Mountain, LLC
7575 Corporate Way
Eden Prairie, MN

**Invoice Date:** August 6, 2022
**Services Provided For:** King Mountain
**Invoice Number:** 2208
**Purchase Order Ref.:**
**Payment Terms:** Net 30

| Invoice Item(s) | Amount |
|---|---|
| Consulting fees for **King Mountain** for month of August+A1 pursuant to the CSA dated September 7, 2021. | $ 9,526.00 |
| Travel Expenses - Trip to King Mountain | $ 1,589.12 |
| **GRAND TOTAL:** | **$ 11,115.12** |

Please send checks to 17531 Kelok Rd, Lake Oswego, OR 97034
-or-
Direct Deposit Information:
Name on Account: Pegasus Energy, LLC
Depository Name: Wells Fargo Bank, N.A.
Routing Transit Number (ABA): Direct Deposits, electronic payments - [redacted]
Wire Transfers (domestic) - [redacted]
Account Number: [redacted]

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

**Shane Melski**

**From:** Shane Melski <shanemelski@yahoo.com>
**Sent:** Sunday, September 11, 2022 11:33 AM
**To:** Shane Melski
**Subject:** Fwd: Your trip confirmation (PDX - DFW)

Begin forwarded message:

**From:** American Airlines <no-reply@info.email.aa.com>
**Date:** September 11, 2022 at 10:38:31 AM PDT
**To:** shanemelski@yahoo.com
**Subject: Your trip confirmation (PDX - DFW)**

Issued: September 11, 2022

Your trip confirmation and receipt

**Record Locator: VYFFZF**

We charged $667.60 to your card ending in 1813 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Monday, September 19, 2022

PDX
2:00 PM
Portland

→

DFW
7:41 PM
Dallas/Fort Worth

Seat: 3F
Class: Business (D)
Meals: Lunch

**AA 2496**

---

Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more

---

## Your purchase

**SHANE MELSKI**
AAdvantage® #: 94H5L74

| | |
|---|---|
| New ticket<br>Ticket #: 0012336461871<br>[$607.44 + Taxes and fees $60.16] | $667.60 |
| **Total** | **$667.60** |

**Total cost** (all passengers) **$667.60**

---

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 1813) | $667.60 |
| **Total paid** | **$667.60** |

**Shane Melski**

| | |
|---|---|
| **From:** | Shane Melski <shanemelski@yahoo.com> |
| **Sent:** | Sunday, September 11, 2022 11:32 AM |
| **To:** | Shane Melski |
| **Subject:** | Fwd: Reservation Confirmation: SHANE, your Avis reservation #42268804US4 at Dallas/Fort Worth Intl Airport,DFW is confirmed |

Begin forwarded message:

**From:** Avis <avis@e.avis.com>
**Date:** September 11, 2022 at 10:30:36 AM PDT
**To:** shanemelski@yahoo.com
**Subject: Reservation Confirmation: SHANE, your Avis reservation #42268804US4 at Dallas/Fort Worth Intl Airport,DFW is confirmed**
**Reply-To:** Avis Do Not Reply <reply-fe9810717260077e74-2926_HTML-104607220-6419187-34769@e.avis.com>

View In Browser
Add avis@e.avis.com to your Address Book.

AV
Reservations
Locations
Offers
Car Sales
Customer Service
SAVE 10% WITH OUR ULTIMATE PROTECTION PACKAGE!
10% OFF
Cover the Car
Cover My Liability
Cover Roadside Issues
Sometimes things happen. With LDW, ALI and Extended Roadside Assistance, we have got you covered.
ADD TO MY RENTAL
Thank you SHANE, your car has been reserved.

**CONFIRMATION NUMBER**

**42268804US4**

Modify/Cancel/Refund This Reservation

**PICK UP**

**Mon Sep 19, 2022 at 07:30 PM**

**DROP OFF**

**Wed Sep 21, 2022 at 06:00 PM**

**YOUR CAR**

Mazda CX-5 or similar
Mileage: Unlimited
Automatic Transmission

**ESTIMATED TOTAL**

**$553.28**

| | |
|---|---|
| **Amount Prepaid:** | **USD$499.92** |
| **Base Rate:** | **$417.60** |
| **Rental Options:** | **$0.00** |
| **Protections/Coverages:** | **$0.00** |
| **Surcharges/Fees:** | **$63.51** |
| Concession Recovery Fee (11.11%) : | $46.81 |
| Other Fees : | $8.00 |
| Transportation Fee 2.50/day: | $5.00 |
| Vehicle License Fee 1.85/day: | $3.70 |
| **Taxes:** | **$72.17** |

View complete summary of charges

**Additional Fees May Apply If Changes Are Made To Your Return Date, Time And/Or Location.**

**PICK UP LOCATION**

**Dallas/Fort Worth Intl Airport,DFW**
2424 East 38th Street
Dallas, TX 75261 US
(1) 972-574-4130
Sun - Sat open 24 hrs

**DROP OFF LOCATION**

**Midland International Air & Space Port,MAF**
9506 Laforce Boulevard
Midland, TX 79711 US
(1) 432-563-0910
Sun - Fri 8:00 AM - 10:00 PM; Sat 8:00 AM - 5:00 PM

**Shane Melski**

| | |
|---|---|
| **From:** | Shane Melski <shanemelski@yahoo.com> |
| **Sent:** | Sunday, September 11, 2022 11:33 AM |
| **To:** | Shane Melski |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation MDT4FP |

Begin forwarded message:

**From:** United Airlines <Receipts@united.com>
**Date:** September 11, 2022 at 10:42:14 AM PDT
**To:** shanemelski@yahoo.com
**Subject: eTicket Itinerary and Receipt for Confirmation MDT4FP**

Sun, Sep 11, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

MDT4FP

| Flight 1 of 2 UA5543 | Class: United Economy (W) |
|---|---|
| Wed, Sep 21, 2022 | Wed, Sep 21, 2022 |
| 06:47 PM | 07:39 PM |
| Midland, TX, US (MAF) | Denver, CO, US (DEN) |

Flight Operated by Skywest Airlines dba United Express.

Flight 2 of 2 UA1225 | Class: United Economy (W)

Wed, Sep 21, 2022
09:05 PM
Denver, CO, US (DEN)

Wed, Sep 21, 2022
10:47 PM
Portland, OR, US (PDX)

Traveler Details

MELSKI/SHANE

eTicket number: **0162434832921**
Frequent Flyer: **UA-XXXXX656 Member**
Economy Plus Seating New Bundle (0164204853887)
Economy Plus Seating New Bundle (0164204853887)

Seats: **MAF-DEN 10D**
**DEN-PDX 10F**
**MAF-DEN**
**DEN-PDX**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 6972** |
| Date of purchase: | **Sun, Sep 11, 2022** |
| Airfare: | **240.00 USD** |
| U.S. Transportation Tax: | **18.00 USD** |
| U.S. Flight Segment Tax: | **9.00 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **281.60 USD** |
| **Total:** | **281.60 USD** |

Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 6972** |
| Date of purchase: | **Sun, Sep 11, 2022** |

Economy Plus Seating New Bundle (Reference Number: 0164204853887):
Economy Plus Seating New Bundle (Reference Number: 0164204853887):

**Total:** **140.00 USD**

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.28582 tonnes of $CO_2$.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Shane Melski | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Wed, Sep 21, 2022 | 5543 | Midland, TX, US (MAF) to Denver, CO, US (DEN) | 435 | 87 | 1 |
| Wed, Sep 21, 2022 | 1225 | Denver, CO, US (DEN) to Portland, OR, US (PDX) | 770 | 154 | 1 |
| MileagePlus accrual totals: | | | 1205 | 241 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Sep 21, 2022 Midland, TX, US (MAF) to Portland, OR, US (PDX) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**Pegasus Energy, LLC**
17531 Kelok Rd
Lake Oswego, OR 97034
Tel: (503) 803-3838

# INVOICE

**Bill To:**
TZRC King Mountain, LLC
7575 Corporate Way
Eden Prairie, MN

**Invoice Date:** September 26, 2022
**Services Provided For:** King Mountain
**Invoice Number:** 2209
**Purchase Order Ref.:**
**Payment Terms:** Net 30

| Invoice Item(s) | Amount |
|---|---|
| Consulting fees for **King Mountain** for month of September pursuant to the CSA dated September 7, 2021. | $ 9,526.00 |
| Travel Expenses - Trip to King Mountain | $ 374.80 |
| **GRAND TOTAL:** | **$ 9,900.80** |

Please send checks to 17531 Kelok Rd, Lake Oswego, OR 97034
-or-
Direct Deposit Information:
Name on Account: Pegasus Energy, LLC
Depository Name: Wells Fargo Bank, N.A.
Routing Transit Number (ABA): Direct Deposits, electronic payments -
Wire Transfers (domestic) -
Account Number:

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

Four Points by Sheraton Midland
5518 Starboard Dr
Midland, TX 79703
United States
Tel: 432-704-5300 Fax: 432-704-5301

MICHAEL MELSKI

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 168710 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-SEP-22 | 19:20 |
| Depart Date | : | 21-SEP-22 | 12:55 |
| No. Of Guest | : | 1 | |
| Room Number | : | 507 | |
| Marriott Bonvoy Number : | | | |

Four Points Mi MAFFP SEP-21-2022 13:00 YRAMI649

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-SEP-22 | RT507 | Room Chrg - Standard Retail | 174.00 | |
| 20-SEP-22 | RT507 | Room Tax | 10.44 | |
| 20-SEP-22 | RT507 | State Tax | 12.18 | |
| 20-SEP-22 | RT507 | County Tax | 1.74 | |
| 21-SEP-22 | VI | Visa-6972 | | -198.36 |

***For Authorization Purpose Only***
xxxxxx6972

| Date | Time | Code | Authorized |
|---|---|---|---|
| 20-SEP-22 | 19:20 | 020190 | 208.80 |

| | Charges (USD) | Credits (USD) |
|---|---|---|
| ** Total | 198.36 | -198.36 |
| *** Balance | 0.00 | |

Continued on the next page

Four Points by Sheraton Midland
5518 Starboard Dr
Midland, TX 79703
United States
Tel: 432-704-5300 Fax: 432-704-5301

FOUR POINTS BY SHERATON

MICHAEL MELSKI

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 168710 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-SEP-22 | 19:20 |
| Depart Date | : | 21-SEP-22 | 12:55 |
| No. Of Guest | : | 1 | |
| Room Number | : | 507 | |
| Marriott Bonvoy Number | : | | |

Tell us about your stay. www.fourpoints.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Other | Total | Payment |
|---|---|---|---|
| 09-20-2022 | 198.36 | 198.36 | 0.00 |
| 09-21-2022 | 0.00 | 0.00 | -198.36 |
| | ------------ | ------------ | ------------ |
| Total | 198.36 | 198.36 | -198.36 |

Signature_______________________

WELCOME TO
STRIPES # 0188
4001 S. FM 1788
MIDLAND TX. 79703
(432) 563-3211
****************
Sunoco
4001 S FM 1788
Midland TX 79706

***PRE-AUTHORIZED RECEIPT***

| | Description | Qty | Amount |
|---|---|---|---|
| | PREPAY CR #10 | | 20.00 |
| T | RED BULL SUMMER EDI | 1 | 2.69 |
| | FL LAYS CHEETO FLVR | 1 | 2.29 |
| | Subtotal | | 24.98 |
| | Tax | | 0.19 |
| | **TOTAL** | | **25.17** |
| | PREAUTH | $ | 25.17 |

PREPAY Receipt
USD$25.17
Acct/Card #: ************6972
Entry: Chip Read
AppName: Visa Credit
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 021191
Resp Code: 000
Stan: 26977908135
Invoice #: 261865
Shift #: 1
Store # ****************

MERCHANT COPY

SIGNATURE
I agree to pay the amount charged by the merchant for fuel, merchandise and applicable taxes

**THANKS COME AGAIN**
*Diesel Fuel Contains*
*Up To 5% Biodiesel Or*
*Renewable State Diesel*

---

Love's

STORE 623
5200 Cholla Rd
Midland,TX 79706
(432)699-2374

09/20/2022 19:02:16 Tkt #99542686

Type: SALE (COPY)

| Qty Name | Price | Total |
|---|---|---|
| UNL-REGULAR | | 75.44 |
| Pump: | 2 | |
| Gallons: | 24.742 | |
| Price / Gal: | 3.049 | |
| Subtotal | | 75.44 |
| Sales Tax | | 0.00 |
| Total | | 75.44 |

Received:
VISA 75.44
************6972 CHIP
Auth No: 020608
Company:
INVOICE# 05575
AID:
A0000000031010
APP:
Visa Credit
No CVM

Signature:

Diesel contains up to 20% biodiesel with $.16 per gallon state tax included.
Reg:99 Clerk:Pay at Pump

---

RECEIPT

Receipt no [illegible]/0613/613 09/21/22

Pay parking ticket $ 81.00
09/19/22 12:35 - 09/21/22 23:00
Length of stay 2 Dy. 10 Hr. 25 Min.
Total Amount $ 81.00
Credit Visa $ 81.00
>>:7-097? 91?< 6972

**Pegasus Energy, LLC**
**17531 Kelok Rd**
**Lake Oswego, OR 97034**
**Tel: (503) 803-3838**

# INVOICE

**Bill To:**
TZRC King Mountain, LLC
7575 Corporate Way
Eden Prairie, MN

**Invoice Date:** October 10, 2022
**Services Provided For:** King Mountain
**Invoice Number:** 2210
**Purchase Order Ref.:**
**Payment Terms:** Net 30

| Invoice Item(s) | Amount |
|---|---|
| Consulting fees for **King Mountain** for month of October pursuant to the CSA dated September 7, 2021. | $ 2,268.10 |
| Prorated up to 10/7. | |
| **GRAND TOTAL:** | **$ 2,268.10** |

Please send checks to 17531 Kelok Rd, Lake Oswego, OR 97034
-or-
Direct Deposit Information:
Name on Account: Pegasus Energy, LLC
Depository Name: Wells Fargo Bank, N.A.
Routing Transit Number (ABA): Direct Deposits, electronic payments -
Wire Transfers (domestic) -
Account Number:

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.