IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-90273 (MI) <br><br> (Jointly Administered) |

**BITNILE INC.'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 16, 2023 HEARING**

BitNile Inc. ("BitNile"), a creditor and contract counterparty of the above-captioned Debtors, files this Witness and Exhibit List for the hearing to be held on February 16, 2023, at 1:30 pm. (prevailing Central Time) (the "Hearing").

## WITNESSES

BitNile may call any of the following witnesses at the Hearing:

1. Darren Magot, Senior Vice President of BitNile Inc.;

2. Any witness called or listed by any other party in interest; and

3. Impeachment witnesses, as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

4896-2490-5553

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Master Agreement and Order Form [Docket No. 953, Exhibit A] | | | | | | |
| 2. | Initial Claim dated November 16, 2022 for $2,124,493.00 [Docket No. 953, Exhibit B] | | | | | | |
| 3. | Rejection Claim dated February 1, 2023 [Docket No. 953, Exhibit C] | | | | | | |
| 4. | *Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, In Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 22] | | | | | | |
| 5. | Any document or pleading filed with the Court in the above-captioned cases. | | | | | | |
| 6. | Any exhibit necessary for impeachment purposes. | | | | | | |
| 7. | Any exhibit identified or offered by any other party. | | | | | | |

**RESERVATION OF RIGHTS**

BitNile reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

[*Remainder of this page intentionally left blank*]

4896-2490-5553

Houston, Texas
February 14, 2023

      /s/ *Jason S. Brookner*
**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Amber M. Carson (TX Bar No. 24075610)
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7127
Facsimile: (713) 986-5966
Email:    jbrookner@grayreed.com
            acarson@grayreed.com

- and -

**OLSHAN FROM WOLOSKY, LLP**
Adam H. Friedman (*pro hac vice* forthcoming)
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2216
Facsimile: (713) 451-2222
Email:    afriedman@olshanlaw.com

**COUNSEL TO BITNILE INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 14th day of February 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

      /s/ *Jason S. Brookner*
      Jason S. Brookner

4896-2490-5553