**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' WITNESS AND**
**EXHIBIT LIST FOR FEBRUARY 16, 2023 HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearing to be held on February 16, 2023, at 1:30 p.m. (prevailing Central Time).

**WITNESSES**

The Debtors may call the following witnesses at the hearing:

1. Stephenie Kjontvedt, Vice President, Senior Consultant of Epiq Corporate Restructuring, LLC;

2. Scott Tillman, manager of Pi Consulting, LLC and independent director of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

      the board of directors of the Debtors;

3. Ryan Mersch, Senior Director of Portage Point Partners, LLC, the financial advisor to the Debtors;

4. Drake Harvey, President of the Debtors

5. Harold Coulby, Debtors' Chief Financial Officer and Treasurer;

6. Any witness called by any other party;

7. Impeachment witnesses as necessary; and

8. Any witness necessary to rebut testimony of a witness called or designated by any party.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | *Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 936] | | | | | | |
| 2 | *Declaration of Scott Tillman, Independent Director of Compute North Holdings, Inc., in Support of the Debtors' Joint Liquidating Chapter 11 Plan* [Docket No. 939] | | | | | | |
| 3 | *Declaration of Ryan Mersch in Support of (I) Final Approval of Disclosure Statement, (II) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates and (III) the Debtors' Omnibus Reply to Objections Thereto* [Docket No. 940] | | | | | | |
| 4 | *Declaration of Drake Harvey, President of the Debtors, in Support of (I) Final Approval of Disclosure Statement, (II) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.)* | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | *and Its Debtor Affiliates and (III) the Debtors Omnibus Reply to Objections Thereto* [Docket No. 941] | | | | | | |
| 5 | *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* [Docket No. 889] | | | | | | |
| 6 | *Disclosure Statement for the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 683] | | | | | | |
| 7 | *Plan Supplement* [Docket No. 835] | | | | | | |
| 8 | *Notice of Filing of Amendment to Plan Supplement* [Docket No. 843] | | | | | | |
| 9 | *Stipulation and Agreed Order* [Docket No. 873] | | | | | | |
| 10 | *Stipulation and Agreed Order* [Docket No. 891] | | | | | | |
| 11 | *Stipulation and Agreed Order* [Docket No. 892] | | | | | | |
| 12 | *Stipulation and Agreed Order* [Docket No. 893] | | | | | | |
| 13 | *Stipulation and Agreed Order* [Docket No. 901] | | | | | | |
| 14 | *Stipulation and Agreed Order* [Docket No. 902] | | | | | | |
| 15 | *Stipulation and Agreed Order* [Docket No. 903] | | | | | | |
| 16 | *Stipulation and Agreed Order* [Docket No. 904] | | | | | | |
| 17 | *Declaration of Ryan Mersch in Support of Debtors' Objection* | | | | | | |

|    |    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|----|
|    | *to Claim No. 42 of Bitnile, Inc. for Contract Rejection Damages* [Docket No. 964-1] |    |    |    |    |    |    |
| 18 | Any exhibit designated or used by the Debtors or any other party. |    |    |    |    |    |    |
| 19 | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party. |    |    |    |    |    |    |
| 20 | Any document or pleading filed in the above-captioned cases. |    |    |    |    |    |    |
| 21 | Any exhibit necessary for impeachment and/or rebuttal purposes. |    |    |    |    |    |    |

5

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List prior to the hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 14, 2023
      Houston, Texas

/s/ James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 14, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ James T. Grogan III
      James T. Grogan III