| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joel C. Haims<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5829<br>E-mail: jhaims@mwe.com<br>NY Bar No.: 2580710 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. |
|---|
| Dated: February 14, 2023    Signed: /s/ Joel C. Haims |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                      United States Bankruptcy Judge