UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 22-90273 (MI) |
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of  New York & New Jersey  :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jessica Greer Griffith<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel.: (212) 547-5578; E-mail: ggriffith@mwe.com<br>NY Bar No.: 5337076<br>NJ Bar No.: 126432014 |

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al.

Dated: February 14, 2023    Signed: /s/ Jessica Greer Griffith

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge