**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| **MINING PROJECT WIND DOWN** | § | Case No. 22-90273-MI |
| **HOLDINGS, INC. (f/k/a Compute North** | § | |
| **Holdings, Inc.), *et al.*,** [1] | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |

**COMPLEX CASE FEE APPLICATION COVER SHEET AND NOTICE OF MONTHLY
FEE STATEMENT FOR FERGUSON BRASWELL FRASER KUBASTA PC,
EFFICIENCY COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION FOR THE
<u>PERIOD FROM DECEMBER 7, 2022 THROUGH DECEMBER 31, 2022</u>**

| Name of Applicant: | <u>Ferguson Braswell Fraser Kubasta PC</u> | |
|---|---|---|
| **Applicant's Role in Case:** | Efficiency Counsel to Debtors and Debtors in Possession | |
| **Date and Docket No. of Employment Order(s):** | Docket No. 852 signed on January 23, 2023 (effective as of December 7, 2022) | |
| **Interim Application ( X )      No. _____1st_____**<br>**Final Application      (    )** | Indicate whether this is an interim or final Application.  If interim, indicate the number (1st, 2nd, 3rd, etc.) | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 12/07/2022 | 12/31/2022 |
| **Were the services provided necessary to the administration of or beneficial at the time** | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

| | |
|---|---|
| **rendered toward the completion of the case?  (  Y  ) Y/N** | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed?  (  Y  ) Y/N** | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?  (  Y  ) Y/N** | |
| **Do expense reimbursements represent actual and necessary expenses incurred? ( N/A ) Y/N** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total fees requested in this Application:** | $1,720.00 |
| | (80% of $2,150.00) |
| **Total expense reimbursements requested in this Application:** | $0.00 |
| **Total fees and expenses requested in this Application:** | $1,720.00 |
| **Total fees awarded in all prior Applications:** | N/A |
| **Total expenses awarded in all prior Applications** | N/A |

**Plan Status:** On December 21, 2022, the Court entered an order [Docket No. 715] conditionally approving the adequacy of the disclosure statement (the "**Disclosure Statement**") for the *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates*. On January 31, 2023, the Debtors filed their *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and its Debtor Affiliates* [Docket No. 889] (as the same may be amended, revised or supplemented from time to time, the "**Plan**"). The voting deadline for the Plan was February 1, 2023 at 4:00 p.m. (CST). A combined hearing to consider approval of the Disclosure Statement on a final basis and confirmation of the Plan is scheduled for February 16, 2023 at 1:30 p.m. (CST).

**Primary Benefits:** Ferguson Braswell Fraser Kubasta PC ("**FBFK**") provided services related to claims analysis and claims objections on behalf of the Debtors during the Fee Period (defined below) at a lower rate than Debtors' lead bankruptcy counsel.  This work included communicating with the Debtors' other professionals and getting up to speed on case matters and the claims resolution process.  FBFK also provided services related to its retention and employment in these bankruptcy cases.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 249] (the "**Interim Compensation Order**"),[2] Ferguson Braswell Fraser Kubasta PC ("**FBFK**") respectfully submits its first monthly statement (the "**Monthly Statement**") and requests payment for services rendered and reimbursement of expenses incurred as efficiency counsel to the debtors and debtors-in-

---

[2] Capitalized terms not otherwise defined herein shall be given the meaning assigned to them in the Interim Compensation Order.

possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases for the period from December 7, 2022 through and including December 31, 2022 (the "**Fee Period**") in the amounts set forth above.

## SERVICES RENDERED AND EXPENSES INCURRED

Attached hereto are the fee statements for the professional fees incurred by FBFK during the Fee Period.   FBFK did not incur any expenses during the Fee Period for which reimbursement is sought.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Statement will be given to the following parties (collectively, the "**Notice Parties**"): (a) the Debtors, Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), 300 North LaSalle, Suite 1420, Chicago, Illinois 60654, Attn: Jason Stokes, Harold Coulby, (jason.stokes@computeholding.com, barry.coulby@computeholding.com); (b) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff, Jana Smith Whitworth, (jason.b.ruff@usdoj.gov, jana.whitworth@usdoj.gov); (c) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com); One Vanderbilt Avenue, New York, New York 10017, Attn: Kristin K. Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); and (d) counsel to any additional statutory committees appointed in these chapter 11 cases.

Objections to this Monthly Statement, if any, must be served upon the Notice Parties and the undersigned counsel to the Debtors by or before 4:00 p.m. (CT) on the twenty-first day after service of this Monthly Statement (the "**Objection Deadline**"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for

such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay FBFK 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, the objecting party shall file its objection with the Court and serve the objection on the Notice Parties and the undersigned counsel. Thereafter, FBFK may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or FBFK has for any other reason not sought compensation or reimbursement with respect to such services or expenses, FBFK reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

Respectfully submitted:  February 14, 2023

**FERGUSON BRASWELL
FRASER KUBASTA PC**

By: _/s/ Rachael L. Smiley_
Rachael L. Smiley (State Bar No. 24066158)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law

**EFFICIENCY COUNSEL
FOR DEBTORS**



**FBFK**
THE NEW GUARD

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

January 5, 2023

Invoice:          124902

---

# INVOICE SUMMARY

For professional services rendered through December 31, 2022

**RE:   Compute North Holdings chapter 11, as special claims counsel to Debtors**

| | |
|---|---|
| Professional Services | $ 1,600.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,600.00** |



January 5, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:     124902

---

**REMITTANCE ADVICE**

**RE:   Compute North Holdings chapter 11, as special claims counsel to Debtors**

---

**BALANCE DUE THIS INVOICE**               **$ 1,600.00**

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

Financial Institution Name:     First Horizon
Financial Institution Address:  2500 Dallas Pkwy #100 Plano TX 75093
Account Name:                   Ferguson Braswell Fraser Kubasta PC
ABA:                            265270413
Account Number:                 20001796186
Swift Code:                     Foreign Currency - FTBMUS44

**Payment by Check:**                        Lockbox Address
Please return this advice with payment to:   Ferguson Braswell Fraser Kubasta PC
                                             P.O. Box 1581
                                             Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 124902

January 5, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|-----------------------|-------|------|--------|
| 12/13/22 | RLS1 | Call with Paul Hastings team regarding claims and objections (0.3); call with Debtors' professionals regarding case issues and claim objections (0.3). | .60 | 500.00 | 300.00 |
| 12/16/22 | RLS1 | Call with Debtor professionals' team and review of claims analysis provided by PPP. | .90 | 500.00 | 450.00 |
| 12/19/22 | RLS1 | Communications with Epiq and PPP teams regarding exhibits for claim objections (0.2): and review of same (0.3) | .50 | 500.00 | 250.00 |
| 12/20/22 | RLS1 | Communications with Epiq and PPP team regarding revisions and updates to claims objection exhibits. | .40 | 500.00 | 200.00 |
| 12/27/22 | RLS1 | Call with Debtors' advisors regarding claim objections and notice of name change issues; follow up communications regarding list of 50 largest claims and review of same. | .80 | 500.00 | 400.00 |

**TOTAL PROFESSIONAL SERVICES**      **$ 1,600.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 3.20 | 500.00 | 1,600.00 |
| **TOTALS** | **3.20** | | **$ 1,600.00** |

**TOTAL THIS INVOICE**      **$ 1,600.00**



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

January 5, 2023
Invoice:          125014

# INVOICE SUMMARY

For professional services rendered through December 31, 2022

### Fee/Emp Applications

| | |
|---|---|
| Professional Services | $ 550.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 550.00** |



January 5, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:        125014

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                **$ 550.00**

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                        Lockbox Address
Please return this advice with payment to:    Ferguson Braswell Fraser Kubasta PC
                                              P.O. Box 1581
                                              Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125014                                                          January 5, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|----|------------------------|-------|------|--------|
| 12/14/22 | RLS1 | Draft declaration in support of Application to Employ FBFK. | .50 | 500.00 | 250.00 |
| 12/23/22 | RLS1 | Review of FBFK employment application (0.4) and communications with Paul Hastings team regarding same (0.2). | .60 | 500.00 | 300.00 |

**TOTAL PROFESSIONAL SERVICES**                        **$ 550.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 1.10 | 500.00 | 550.00 |
| **TOTALS** | **1.10** | | **$ 550.00** |

**TOTAL THIS INVOICE**                        **$ 550.00**

3