**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*[1] | ) ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**COVER SHEET FOR FIRST INTERIM FEE APPLICATION OF**
**JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR**
**THE PERIOD OF SEPTEMBER 22, 2022, TO AND INCLUDING DECEMBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | Jefferies LLC ("Jefferies") | |
| **Applicant's Role in Case:** | Investment Banker to the Debtors and Debtors in Possession | |
| **Docket No. of Employment Order(s):** | Docket No. 254 (the "Retention Order") (Oct. 24, 2022, effective as of Sept. 22, 2022) | |
| **Nature of Fee Arrangement** (monthly, success fee, contingent litigation fee, etc.) | Monthly and Transaction Fees | |
| **Interim Application ( X )   No. 1st** **Final Application   (   )** | Indicate whether this is an interim or final Application.  If interim, indicate the number (1st, 2nd, 3rd, etc.) | |
|  | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 09/22/22 | 12/31/22 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?  YES** | | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

| | |
|---|---|
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed?  YES** | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?  YES** | |
| **Do expense reimbursements represent actual and necessary expenses incurred?  YES** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total fees requested in this Application:** | $3,013,250.00[2] |
| **Total expense reimbursements requested in this Application:** | $58,247.66[3] |
| **Total fees and expenses requested in this Application:** | $3,071,497.66 |
| **Total fees awarded in all prior Applications:** | $1,109,400.00[4] |
| **Total expenses awarded in all prior Applications** | $46,823.50 |

**Plan Status:** As of the date of this filing, the Debtors' *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* [Docket No. 889] (the "Plan") has been filed but not yet confirmed.  A hearing with respect to confirmation of the Plan is scheduled to occur on February 16, 2023, at 1:30 p.m. prevailing Central Time.  *See* [Docket No. 724].

**Primary Benefits:** Jefferies was retained as investment banker to the Debtors in these Chapter 11 Cases.  In this role, Jefferies (i) advised the Debtors on process and strategy issues related to the bankruptcy; (ii) prepared analyses and participated in discussions with the Debtors, creditors, other relevant professionals, and potential investors and lenders as well as their respective advisors; (iii) conducted a marketing process to solicit interest in bidding on the Debtors' assets; and (iv) assisted the Debtors in designing and implementing sale processes, bidding procedures, and auctions.

---

[2] *See* **Exhibit A** attached hereto.

[3] See **Exhibit B** attached hereto.

[4] The prior total fees awarded in prior applications represents 80% of the total fees sought of $1,386,750.00.  *See* [Docket No. 840].

**Exhibit A**[1]

**Total Fees Requested**

| | |
|---|---|
| Monthly Fee ($150,000 / Month for December 2022)[2] | $150,000.00 |
| Minority M&A Transaction Fee: Sale of Equity Interests in CN Borrower LLC[3] | $1,000,000.00 |
| Minority M&A Transaction Fee: Sale of Certain Assets of Debtor Compute North LLC to Crusoe Energy Systems, LLC[4] | $386,750.00 |
| Minority M&A Transaction Fee: Sale of Compute North Member LLC Assets[5] | $750,000.00 |
| M&A Transaction Fee: Sale of Certain Assets to Foundry Digital LLC[6] | $4,250,000.00 |
| Crediting of Minority M&A Transaction Fees[7] | ($2,136,750.00) |
| **Total Fees Requested in This Application:** | **$3,013,250.00** |

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to such terms in the Retention Order.

[2] Additionally, Jefferies earned two (2) Monthly Fees during the interim application period payable as of October 1, 2022 and November 1, 2022. As described in the Retention Application, these Monthly Fees were prepaid to Jefferies on August 26, 2022 and September 16, 2022, respectively. Accordingly, Jefferies is not, by this fee application, requesting Court authorization for payment with respect to such Monthly Fees.

[3] Jefferies earned a $1,000,000.00 Minority M&A Transaction Fee on account of the sale of Debtor CN Pledgor LLC's equity interests in CN Borrower LLC approved by the Court on November 1, 2022 [Docket No. 362]. As provided in paragraph 2(c) of the Retention Order, because such M&A Transaction was a private sale of such equity interests on an expedited basis under the Bankruptcy Rules, the Minority M&A Transaction Fee payable on account of such M&A Transaction is equal to $1,000,000.

[4] Jefferies earned a $386,750.00 Minority M&A Transaction Fee on account of the sale of certain assets of Debtor Compute North LLC to Crusoe Energy Systems, LLC approved by the Court on November 17, 2022 [Docket No. 493]. As provided in paragraph 2(c) of the Retention Order, Jefferies shall be paid a fee equal to the lesser of $2 million and 25% of the Consideration (as defined in the Retention Order) of any such consummated M&A Transaction. The calculation of such Minority M&A Transaction Fee is as follows: 25% of the $1,547,000 purchase price of such M&A Transaction is equal to $386,750.00.

[5] Jefferies earned a $750,000.00 Minority M&A Transaction Fee on account of the sale of Compute North Member LLC Assets as approved by the Court on November 29, 2022 [Docket No. 594]. As provided in paragraph 2(c) of the Retention Order, Jefferies shall be paid a fee equal to the lesser of $2 million and 25% of the Consideration of any such consummated M&A Transaction. The calculation of such Minority M&A Transaction Fee is as follows: 25% of the $3,000,000.00 purchase price of such M&A Transaction is equal to $750,000.00.

[6] Jefferies earned a $4,250,000.00 M&A Transaction Fee on account of the sale of certain assets to Foundry Digital LLC as approved by the Court on November 22, 2022 [Docket No. 531]. As provided in paragraph 2(b) of the Retention Order, promptly upon the consummation of an M&A Transaction involving all or substantially all of the assets or equity of the Debtors at the time of consummation of such M&A Transaction, the amount payable to Jefferies on account of such transaction is $4,250,000.00.

[7] As provided in paragraph 2(c) of the Retention Order, 100% of each Minority M&A Transaction Fee actually paid to Jefferies shall be credited once, without duplication, against any M&A Transaction Fee.

## Exhibit B

**Expense Detail**

**Postpetition Expense Detail**

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| NICHOLAS ALEMAN | 9/22/2022 | $23.94 | TRANSPORTATION |
| NICHOLAS ALEMAN | 9/22/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/23/2022 | $24.55 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/23/2022 | $24.99 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/23/2022 | $38.99 | TRANSPORTATION |
| NICHOLAS ALEMAN | 9/23/2022 | $41.97 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 9/23/2022 | $45.94 | TRANSPORTATION |
| Nicholas Aleman | 9/23/2022 | $173.00 | PRESENTATION SERVICES |
| NICHOLAS ALEMAN | 9/24/2022 | $24.67 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/25/2022 | $24.98 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/26/2022 | $24.70 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/26/2022 | $24.97 | EMPLOYEE MEAL |
| RYAN HAMILTON | 9/26/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/27/2022 | $23.44 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/27/2022 | $24.84 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/27/2022 | $24.95 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 9/28/2022 | $24.75 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/28/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/28/2022 | $27.53 | TRANSPORTATION |
| NICHOLAS ALEMAN | 9/29/2022 | $24.85 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/29/2022 | $24.95 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 9/29/2022 | $26.43 | TRANSPORTATION |
| NICHOLAS ALEMAN | 9/30/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 9/30/2022 | $26.99 | TRANSPORTATION |
| NICHOLAS ALEMAN | 9/30/2022 | $64.99 | TRANSPORTATION |
| SIDLEY AUSTIN LLP | 9/30/2022 | $10,252.50 | LEGAL FEES |
| RAPHAEL JAY RAMIREZ | 10/1/2022 | $33.99 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/2/2022 | $6.49 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/2/2022 | $24.50 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/2/2022 | $24.78 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/3/2022 | $24.01 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/3/2022 | $24.94 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/3/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/4/2022 | $11.94 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/4/2022 | $22.91 | TRANSPORTATION |
| LARS HULTGREN | 10/4/2022 | $23.97 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/4/2022 | $24.93 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/4/2022 | $24.94 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/4/2022 | $29.94 | TRANSPORTATION |
| JEFFREY FINGER | 10/4/2022 | $114.25 | AIRFARE |
| LARS HULTGREN | 10/5/2022 | $11.92 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/5/2022 | $22.12 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/5/2022 | $24.77 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/5/2022 | $40.90 | TRANSPORTATION |
| RYAN HAMILTON | 10/5/2022 | $98.85 | TRANSPORTATION |
| LARS HULTGREN | 10/6/2022 | $11.94 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/6/2022 | $24.85 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/6/2022 | $25.00 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/7/2022 | $22.75 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/7/2022 | $23.98 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/7/2022 | $24.41 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/7/2022 | $110.80 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/8/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/9/2022 | $24.91 | EMPLOYEE MEAL |
| JEFFREY FINGER | 10/10/2022 | $4.00 | INTERNET ACCESS FEES |
| JEFFREY FINGER | 10/10/2022 | $17.50 | AIRFARE |
| RAPHAEL JAY RAMIREZ | 10/10/2022 | $22.59 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/10/2022 | $24.47 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/10/2022 | $25.00 | EMPLOYEE MEAL |
| JEFFREY FINGER | 10/10/2022 | $249.50 | HOTEL & ACCOMODATIONS |
| NICHOLAS ALEMAN | 10/11/2022 | $22.93 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/11/2022 | $24.85 | EMPLOYEE MEAL |

**Postpetition Expense Detail**

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| RAPHAEL JAY RAMIREZ | 10/11/2022 | $27.11 | TRANSPORTATION |
| RYAN HAMILTON | 10/11/2022 | $88.95 | TRANSPORTATION |
| LARS HULTGREN | 10/11/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/12/2022 | $45.98 | TRANSPORTATION |
| LARS HULTGREN | 10/12/2022 | $23.34 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/12/2022 | $24.94 | EMPLOYEE MEAL |
| JEFFREY FINGER | 10/13/2022 | $4.00 | INTERNET ACCESS FEES |
| JEFFREY FINGER | 10/13/2022 | $32.44 | HOTEL & ACCOMODATIONS |
| LARS HULTGREN | 10/13/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/13/2022 | $27.24 | TRANSPORTATION |
| LARS HULTGREN | 10/13/2022 | $1.66 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/14/2022 | $24.68 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/14/2022 | $25.98 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/14/2022 | $30.99 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/15/2022 | $23.47 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/15/2022 | $35.79 | TRANSPORTATION |
| RYAN HAMILTON | 10/17/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/17/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/17/2022 | $24.47 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/17/2022 | $24.99 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/18/2022 | $22.93 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/18/2022 | $24.85 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/18/2022 | $116.46 | TRANSPORTATION |
| LARS HULTGREN | 10/18/2022 | $22.03 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/18/2022 | $24.98 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/18/2022 | $12.95 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/18/2022 | $28.89 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/19/2022 | $24.97 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/19/2022 | $49.39 | TRANSPORTATION |
| LARS HULTGREN | 10/19/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/19/2022 | $24.99 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/19/2022 | $11.93 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/19/2022 | $47.99 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/20/2022 | $48.24 | TRANSPORTATION |
| LARS HULTGREN | 10/20/2022 | $11.97 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/20/2022 | $45.95 | TRANSPORTATION |
| LARS HULTGREN | 10/21/2022 | $24.94 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/21/2022 | $24.55 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/21/2022 | $11.91 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/23/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/24/2022 | $24.84 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/24/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/24/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/25/2022 | $11.99 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/25/2022 | $24.99 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/25/2022 | $48.23 | TRANSPORTATION |
| RYAN HAMILTON | 10/26/2022 | $22.46 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/26/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/26/2022 | $24.98 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/27/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/27/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/27/2022 | $24.79 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/27/2022 | $28.92 | TRANSPORTATION |
| NICHOLAS ALEMAN | 10/28/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 10/28/2022 | $43.91 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/28/2022 | $30.94 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/28/2022 | $43.89 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 10/30/2022 | $24.95 | EMPLOYEE MEAL |
| SIDLEY AUSTIN LLP | 10/31/2022 | $25,072.50 | LEGAL FEES |
| NICHOLAS ALEMAN | 10/31/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 10/31/2022 | $25.00 | EMPLOYEE MEAL |
| CHRISTOPHER YONAN | 11/1/2022 | $12.36 | TRANSPORTATION |

**Postpetition Expense Detail**

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| CHRISTOPHER YONAN | 11/1/2022 | $14.16 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/1/2022 | $32.93 | TRANSPORTATION |
| NICHOLAS ALEMAN | 11/1/2022 | $26.97 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/2/2022 | $28.04 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/2/2022 | $23.70 | EMPLOYEE MEAL |
| LARS HULTGREN | 11/2/2022 | $28.95 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/3/2022 | $27.54 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/3/2022 | $24.98 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/4/2022 | $24.68 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/4/2022 | $30.89 | TRANSPORTATION |
| LARS HULTGREN | 11/4/2022 | $12.97 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/5/2022 | $24.17 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 11/6/2022 | $24.83 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/6/2022 | $34.80 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/6/2022 | $37.96 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/6/2022 | $15.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/6/2022 | $24.10 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/7/2022 | $24.89 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 11/7/2022 | $25.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 11/8/2022 | $23.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/8/2022 | $24.26 | EMPLOYEE MEAL |
| LARS HULTGREN | 11/8/2022 | $25.00 | EMPLOYEE MEAL |
| RAPHAEL JAY RAMIREZ | 11/8/2022 | $30.44 | TRANSPORTATION |
| LARS HULTGREN | 11/9/2022 | $11.99 | TRANSPORTATION |
| RAPHAEL JAY RAMIREZ | 11/9/2022 | $38.49 | TRANSPORTATION |
| LARS HULTGREN | 11/10/2022 | $24.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 11/10/2022 | $32.95 | TRANSPORTATION |
| RYAN HAMILTON | 11/11/2022 | $8.00 | INTERNET ACCESS FEES |
| RYAN HAMILTON | 11/14/2022 | $8.00 | INTERNET ACCESS FEES |
| NICHOLAS ALEMAN | 11/15/2022 | $24.93 | EMPLOYEE MEAL |
| RYAN HAMILTON | 11/15/2022 | $23.52 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 11/16/2022 | $25.00 | EMPLOYEE MEAL |
| RYAN HAMILTON | 11/16/2022 | $112.48 | TRANSPORTATION |
| SIDLEY AUSTIN LLP | 11/30/2022 | $8,145.00 | LEGAL FEES |
| NICHOLAS ALEMAN | 12/5/2022 | $20.03 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 12/6/2022 | $27.94 | TRANSPORTATION |
| NICHOLAS ALEMAN | 12/8/2022 | $20.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 12/12/2022 | $25.00 | EMPLOYEE MEAL |
| NICHOLAS ALEMAN | 12/13/2022 | $31.82 | TRANSPORTATION |
| SIDLEY AUSTIN LLP | 12/31/2022 | $9,825.00 | LEGAL FEES |
| **Total Expense** | | **$58,247.66** | |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                                                FEDERAL ID: 36-4474078

October 31, 2022                                                Ref: TAL/rmf

**Incurred By:**
Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122050411
Reference No.: 7636                                                Client Matter: 055734-31420

For professional services rendered through September 30, 2022 re Compute North

                                                               **Invoice Currency USD**
Fees                                                                   $10,835.00
**Total Due This Bill**                                                **$10,835.00**

MR TA Labuda - Partner

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122050411
Compute North
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/21/22 | R Fink | Emails with Jefferies and T. Labuda re Compute North engagement | 0.20 |
| 09/21/22 | TA Labuda | Emails and conference with Fink re filing impact | 0.20 |
| 09/21/22 | TA Labuda | Emails with client re filing and related engagement terms | 0.10 |
| 09/23/22 | R Fink | Emails with Jefferies re Compute North retention documents | 0.10 |
| 09/23/22 | R Fink | Emails with Paul Hastings re Jefferies/Compute North retention | 0.20 |
| 09/24/22 | R Fink | Confer with Paul Hastings re Jefferies retention application timeline | 0.10 |
| 09/24/22 | R Fink | Emails with T. Labuda and Paul Hastings re Jefferies retention documents | 0.10 |
| 09/24/22 | R Fink | Draft Jefferies/Compute North retention documents | 2.70 |
| 09/25/22 | R Fink | Draft Jefferies/Compute North retention application | 0.90 |
| 09/26/22 | R Fink | Draft Jefferies/Compute North retention application | 0.60 |
| 09/26/22 | R Fink | Emails with Jefferies re Compute North retention application | 0.10 |
| 09/26/22 | TA Labuda | Emails with Fink and client team re retention documents | 0.10 |
| 09/27/22 | R Fink | Emails with Paul Hastings re Jefferies/Compute North retention documents | 0.20 |
| 09/27/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North retention documents | 0.20 |
| 09/27/22 | R Fink | Emails with Jefferies team re Compute North retention application | 0.20 |
| 09/27/22 | R Fink | Confer with Jefferies re Compute North retention application | 0.10 |
| 09/27/22 | R Fink | Revise Jefferies/Compute North retention application | 0.80 |
| 09/27/22 | TA Labuda | Review revised retention documents | 0.30 |
| 09/27/22 | TA Labuda | Emails with Fink and client re prepetition expenses | 0.10 |
| 09/27/22 | TA Labuda | Conference and emails with Fink re prepetition payment history | 0.10 |
| 09/28/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North retention documents | 0.10 |
| 09/28/22 | R Fink | Confer with Jefferies re Compute North retention documents | 0.10 |
| 09/28/22 | R Fink | Revise Jefferies/Compute North retention documents | 0.30 |
| 09/28/22 | R Fink | Emails with Jefferies and Paul Hastings re Compute North retention documents | 0.20 |
| 09/28/22 | TA Labuda | Review revised retention documents | 0.30 |
| 09/28/22 | TA Labuda | Emails with Fink and client re revised retention documents | 0.10 |
| 09/29/22 | R Fink | Review Paul Hastings comments to Jefferies/Compute North retention documents | 0.40 |
| 09/29/22 | TA Labuda | Emails with Fink re PH outreach and filing issues | 0.10 |
| 09/30/22 | R Fink | Revise Jefferies/Compute North retention documents | 1.00 |
| 09/30/22 | R Fink | Emails with Jefferies and Paul Hastings re Compute North retention documents | 0.40 |
| 09/30/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North retention documents | 0.20 |
| 09/30/22 | TA Labuda | Review comments on retention documents | 0.30 |
| 09/30/22 | TA Labuda | Emails and conference with Fink re comments on retention documents | 0.10 |
| 09/30/22 | TA Labuda | Conference with Fink re Citigroup crediting | 0.10 |
| 09/30/22 | TA Labuda | Review revised retention documents | 0.40 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122050411
Compute North
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/30/22 | TA Labuda | Conference with Finger re Citigroup crediting | 0.10 |
| 09/30/22 | TA Labuda | Conference and emails with Fink re revised retention documents | 0.20 |
| | | **Total Hours** | **11.80** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122050411
Compute North
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| TA Labuda | 2.60 | $1,425.00 | $3,705.00 |
| R Fink | 9.20 | 775.00 | 7,130.00 |
| **Total Hours and Fees** | **11.80** | | **$10,835.00** |

# SIDLEY

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

November 15, 2022

FEDERAL ID: 36-4474078
Ref: TAL/rmf

**Incurred By:**
Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122055359

Reference No.: 7636

Client Matter: 055734-31420

For professional services rendered through October 31, 2022 re Compute North

**Invoice Currency USD**

Fees

$25,072.50

**Total Due This Bill**

**$25,072.50**

MR TA Labuda - Partner

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Electronic Payments To:
Sidley Austin LLP

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122055359
Compute North
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/02/22 | R Fink | Revise Jefferies/Compute North retention documents | 0.40 |
| 10/02/22 | TA Labuda | Emails with Finger re revised retention documents | 0.10 |
| 10/02/22 | TA Labuda | Emails and conference with Fink re revised retention documents | 0.10 |
| 10/03/22 | R Fink | Confer with Paul Hastings re Jefferies/Compute North retention documents | 0.10 |
| 10/03/22 | R Fink | Emails with Paul Hastings, Jefferies and T. Labuda re Jefferies/Compute North retention documents | 0.40 |
| 10/03/22 | TA Labuda | Emails and conference with Fink re outreach to PH on final letter and retention documents | 0.20 |
| 10/03/22 | TA Labuda | Emails with client team re final letter | 0.10 |
| 10/04/22 | R Fink | Review and revise Jefferies/Compute North bid procedures motion | 1.00 |
| 10/04/22 | R Fink | Emails with Jefferies re Compute North retention documents | 0.10 |
| 10/04/22 | TA Labuda | Emails with Hamilton re draft bidding procedures declaration | 0.10 |
| 10/04/22 | TA Labuda | Review draft bid procedures declaration | 0.30 |
| 10/05/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North bid procedures declaration | 0.30 |
| 10/05/22 | R Fink | Review and revise Jefferies/Compute North bid procedures declaration | 0.90 |
| 10/05/22 | R Fink | Emails with Jefferies re Compute North bid procedures declaration | 0.30 |
| 10/05/22 | TA Labuda | Emails with client and Fink re declaration revisions | 0.20 |
| 10/05/22 | TA Labuda | Conference with Fink re declaration comments | 0.20 |
| 10/05/22 | TA Labuda | Review revised declaration | 0.20 |
| 10/05/22 | TA Labuda | Emails and conference with Fink re revised declaration | 0.10 |
| 10/05/22 | TA Labuda | Review and comment on draft bid procedures declaration | 0.50 |
| 10/05/22 | TA Labuda | Emails with client re additional declaration comments | 0.10 |
| 10/06/22 | R Fink | Emails with Jefferies re Compute North bid procedures declaration | 0.10 |
| 10/06/22 | R Fink | Review and revise Jefferies/Compute North bid procedures declaration | 0.40 |
| 10/06/22 | TA Labuda | Emails with client re further declaration revisions | 0.10 |
| 10/06/22 | TA Labuda | Review declaration revisions | 0.10 |
| 10/10/22 | TA Labuda | Conference with Finger and Hamilton re hearing preparation | 0.20 |
| 10/11/22 | R Fink | Emails with T. Labuda, Paul Hastings and Jefferies re Compute North retention | 0.20 |
| 10/11/22 | TA Labuda | Emails with client team re Marathon connection | 0.40 |
| 10/11/22 | TA Labuda | Review Marathon objection and hearing reports | 0.40 |
| 10/11/22 | TA Labuda | Emails with Fink and PH team re response to Marathon | 0.10 |
| 10/12/22 | R Fink | Emails with T. Labuda, Paul Hastings and UST re Marathon objection | 0.10 |
| 10/12/22 | R Fink | Confer with T. Labuda and Paul Hastings (in part) re Marathon objection | 0.40 |
| 10/12/22 | TA Labuda | Emails with PH team and UST re Marathon objection | 0.10 |
| 10/12/22 | TA Labuda | Conference with DeSpirito re response to Marathon objection | 0.10 |
| 10/12/22 | TA Labuda | Conference with Finger re Marathon objection | 0.10 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122055359
Compute North
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/12/22 | TA Labuda | Review and analyze Marathon connection issues | 0.40 |
| 10/12/22 | TA Labuda | Conference with Fink re supplemental declaration | 0.10 |
| 10/12/22 | TA Labuda | Conference with Paul Hastings team re Marathon retention objection and responses thereto | 0.50 |
| 10/13/22 | R Fink | Emails with T. Labuda and Jefferies re Compute North supplemental declaration | 0.10 |
| 10/13/22 | R Fink | Draft Jefferies/Compute North supplemental declaration | 0.90 |
| 10/13/22 | R Fink | Conference with Sidley, Paul Hastings and UST re Compute North/Jefferies | 0.10 |
| 10/13/22 | TA Labuda | Conference with PH team re hearing update | 0.10 |
| 10/13/22 | TA Labuda | Emails with client team re supplemental declaration | 0.20 |
| 10/13/22 | TA Labuda | Confer with Fink re supplemental declaration | 0.10 |
| 10/13/22 | TA Labuda | Conference with PH and UST teams re Marathon connections | 0.30 |
| 10/13/22 | TA Labuda | Conference with Finger re Marathon objection and retention hearing | 0.10 |
| 10/13/22 | TA Labuda | Conference with PH team re Marathon duologue | 0.20 |
| 10/13/22 | TA Labuda | Review and comment on supplemental declaration | 0.40 |
| 10/14/22 | R Fink | Emails with T. Labuda, Jefferies and Paul Hastings re Compute North supplemental declaration | 0.20 |
| 10/14/22 | R Fink | Finalize Jefferies/Compute North supplemental declaration | 0.10 |
| 10/14/22 | TA Labuda | Emails with Paul Hastings team re hearing issues | 0.20 |
| 10/14/22 | TA Labuda | Emails with Fink and Paul Hastings re supplemental declaration | 0.10 |
| 10/14/22 | TA Labuda | Emails with DeSpirito and Fink re supplemental declaration | 0.10 |
| 10/14/22 | TA Labuda | Review declaration comments | 0.10 |
| 10/15/22 | TA Labuda | Emails with Finger re potential retention objections | 0.10 |
| 10/16/22 | TA Labuda | Emails with deal team re potential objections and comps and declaration precedent | 0.20 |
| 10/17/22 | TA Labuda | Emails with Finger re UCC comments on fees | 0.20 |
| 10/18/22 | TA Labuda | Emails with Finger re UCC retention negotiations | 0.20 |
| 10/20/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North retention | 0.10 |
| 10/21/22 | R Fink | Revise Jefferies/Compute North retention order | 1.00 |
| 10/21/22 | R Fink | Emails with T. Labuda and Jefferies re Compute North retention order | 0.20 |
| 10/21/22 | TA Labuda | Emails and conference with Finger re retention hearing preparation | 0.10 |
| 10/21/22 | TA Labuda | Review and comment on revised retention order | 0.50 |
| 10/21/22 | TA Labuda | Emails and conference with Hamilton re UCC settlement terms | 0.30 |
| 10/21/22 | TA Labuda | Conference with Fink re UCC settlement terms | 0.20 |
| 10/22/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North retention order | 0.20 |
| 10/22/22 | R Fink | Emails with Jefferies and Paul Hastings re Compute North retention order | 0.20 |
| 10/22/22 | R Fink | Revise Jefferies/Compute North retention order | 0.20 |
| 10/23/22 | R Fink | Draft R.Fink pro hac vice application and emails with M. Quejada re same | 0.20 |
| 10/24/22 | R Fink | Confer with T. Labuda and Paul Hastings (in part) re Jefferies/Compute North retention hearing | 0.30 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122055359
Compute North
Page 4

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/24/22 | R Fink | Attend Jefferies/Compute North retention hearing | 0.50 |
| 10/24/22 | R Fink | Prepare for Jefferies/Compute North retention hearing | 0.90 |
| 10/24/22 | R Fink | Emails with Paul Hastings and T. Labuda re Jefferies/Compute North retention hearing | 0.20 |
| 10/24/22 | TA Labuda | Emails and conference with Fink re retention hearing results | 0.20 |
| 10/24/22 | TA Labuda | Emails and conference with Fink re retention hearing preparation | 0.50 |
| 10/24/22 | M Quejada | Finalize and file motion for admission pro hac vice of R. Fink | 0.30 |
| 10/28/22 | TA Labuda | Emails with Finger re retention terms | 0.10 |
| 10/30/22 | R Fink | Emails with Jefferies and Paul Hastings re Compute North sale declaration | 0.10 |
| 10/30/22 | R Fink | Review Jefferies/Compute North sale declaration | 0.40 |
| 10/30/22 | R Fink | Revise Jefferies/Compute North sale declaration | 0.20 |
| 10/30/22 | TA Labuda | Emails with Fink re draft declaration and outreach to PH team | 0.10 |
| 10/30/22 | TA Labuda | Review client comments on declaration | 0.10 |
| 10/30/22 | TA Labuda | Emails with Hamilton and Finger re declaration comments | 0.10 |
| 10/30/22 | TA Labuda | Review and comment on draft Hamilton sale declaration | 0.80 |
| 10/31/22 | TA Labuda | Emails with Finger re minority asset sale fees | 0.20 |
| 10/31/22 | TA Labuda | Attend hearing re Hamilton testimony (part) | 0.80 |
| 10/31/22 | TA Labuda | Emails with PH team re Hamilton declaration | 0.10 |
| | | **Total Hours** | **22.60** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122055359
Compute North
Page 5

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| TA Labuda | 11.50 | $1,425.00 | $16,387.50 |
| M Quejada | 0.30 | 1,050.00 | 315.00 |
| R Fink | 10.80 | 775.00 | 8,370.00 |
| **Total Hours and Fees** | **22.60** | | **$25,072.50** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                        FEDERAL ID: 36-4474078
                    December 14, 2022                                    Ref: TAL/rmf

<u>**Incurred By:**</u>
Jefferies LLC
520 Madison Avenue
New York, NY 10022

                                                        PLEASE INDICATE INVOICE
                                                        NUMBER ON REMITTANCE
                                                        Invoice Number: IN00122064084
Reference No.: 7636                                     Client Matter: 055734-31420

For professional services rendered through November 30, 2022 re Compute North

                                                                    <u>**Invoice Currency USD**</u>

Fees                                                                            $8,145.00
**Total Due This Bill**                                                         <u>**$8,145.00**</u>

MR TA Labuda - Partner

Remit Check Payments To:                Remit Electronic Payments To:
Sidley Austin LLP                       Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690



Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122064084
Compute North
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/21/22 | R Fink | Confer with Jefferies (in part) and T. Labuda re Compute North retention | 0.40 |
| 11/03/22 | TA Labuda | Conference with Hamilton re fee terms and calculations | 0.30 |
| 11/03/22 | TA Labuda | Conference with Finger and Hamilton re sale status and fees | 0.20 |
| 11/07/22 | TA Labuda | Conference with Finger re supplemental declaration and related issues | 0.40 |
| 11/15/22 | TA Labuda | Conferences with Finger re supplemental declaration | 0.20 |
| 11/15/22 | TA Labuda | Review and comment on proffer of Hamilton testimony | 0.30 |
| 11/15/22 | TA Labuda | Emails with Hamilton re hearing preparation | 0.10 |
| 11/16/22 | TA Labuda | Emails with Finger re supplemental declaration | 0.10 |
| 11/17/22 | R Fink | Emails with Jefferies re Compute North fee applications | 0.10 |
| 11/17/22 | R Fink | Review Compute North interim compensation procedures | 0.20 |
| 11/17/22 | TA Labuda | Emails with Hamilton and Fink re interim compensation procedures | 0.10 |
| 11/18/22 | IC Ferrell | Conference with R. Fink and client counterparts re fee apps for Compute North | 0.50 |
| 11/18/22 | R Fink | Emails with Jefferies re Compute North fee statements | 0.10 |
| 11/18/22 | R Fink | Conference with Jefferies re Compute North fee statements | 0.20 |
| 11/18/22 | TA Labuda | Review interim compensation procedures | 0.10 |
| 11/18/22 | TA Labuda | Emails and conference with Fink re interim compensation procedures | 0.10 |
| 11/19/22 | TA Labuda | Emails with Hamilton and PH team re draft sale declaration | 0.10 |
| 11/20/22 | TA Labuda | Emails with Hamilton and PH team re draft Hamilton declaration | 0.10 |
| 11/20/22 | TA Labuda | Review and comment on draft Hamilton sale declaration | 0.80 |
| 11/21/22 | TA Labuda | Conference with Fink re draft sale declaration revisions | 0.10 |
| 11/21/22 | TA Labuda | Review revised sale declaration | 0.30 |
| 11/21/22 | TA Labuda | Emails with conference with Hamilton re sale declaration comments and issues | 0.40 |
| 11/21/22 | TA Labuda | Conference and emails with Micheli re declaration comments | 0.10 |
| 11/21/22 | TA Labuda | Review and comment on draft sale declaration | 0.40 |
| 11/22/22 | TA Labuda | Emails with PH and Jefferies teams re revised declaration | 0.10 |
| 11/22/22 | TA Labuda | Review revised sale declaration | 0.20 |
| 11/29/22 | TA Labuda | Emails and conference with Hamilton re fee calculation and issues | 0.20 |
| 11/29/22 | TA Labuda | Review engagement letter and retention order re fee calculations | 0.20 |
| | | **Total Hours** | **6.40** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122064084
Compute North
Page 3

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 4.90 | $1,425.00 | $6,982.50 |
| IC Ferrell | 0.50 | 775.00 | 387.50 |
| R Fink | 1.00 | 775.00 | 775.00 |
| **Total Hours and Fees** | **6.40** | | **$8,145.00** |

# SIDLEY

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                                    FEDERAL ID: 36-4474078

January 20, 2023                                    Ref: TAL/rmf

**Incurred By:**
Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123003337
Reference No.: 7636                                    Client Matter: 055734-31420

For professional services rendered through December 31, 2022 re Compute North

|  | **Invoice Currency USD** |
|---|---|
| Fees | $9,825.00 |
| **Total Due This Bill** | **$9,825.00** |

MR TA Labuda - Partner

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                            Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123003337
Compute North
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/22 | TA Labuda | Review interim compensation procedures | 0.10 |
| 12/01/22 | TA Labuda | Emails with Finger re supplemental declaration status | 0.10 |
| 12/02/22 | IC Ferrell | Conference with R. Fink re fee application | 0.20 |
| 12/02/22 | R Fink | Confer with T. Labuda re Jefferies/Compute North monthly fee statement | 0.10 |
| 12/02/22 | R Fink | Emails with Jefferies re Compute North monthly fee statement | 0.10 |
| 12/02/22 | R Fink | Confer with I. Ferrell re Jefferies/Compute North monthly fee statement | 0.20 |
| 12/02/22 | TA Labuda | Conference with Fink re fee statements | 0.10 |
| 12/02/22 | TA Labuda | Emails with client team and Fink re fee statement issues and materials | 0.10 |
| 12/05/22 | R Fink | Emails with Jefferies re Compute North monthly fee statement | 0.10 |
| 12/05/22 | TA Labuda | Emails with N. Aleman and R. Fink re fee statement materials and deadlines. | 0.10 |
| 12/07/22 | R Fink | Confer with Jefferies re Compute North monthly fee statement | 0.10 |
| 12/13/22 | IC Ferrell | Conference with R. Fink re fee application | 0.20 |
| 12/13/22 | IC Ferrell | Draft Jefferies' fee application for activities post-petition | 3.00 |
| 12/13/22 | R Fink | Confer with I. Ferrell re Jefferies/Compute North monthly fee statement | 0.20 |
| 12/26/22 | IC Ferrell | Draft Jefferies' fee application | 1.80 |
| 12/26/22 | R Fink | Emails with Jefferies and Sidley team re Compute North monthly fee statement | 0.30 |
| 12/26/22 | R Fink | Revise and revise Jefferies/Compute North monthly fee statement | 0.70 |
| 12/26/22 | TA Labuda | Review client team emails re fee calculations | 0.20 |
| 12/27/22 | R Fink | Emails with Sidley and Jefferies teams re Compute North monthly fee statement | 0.20 |
| 12/27/22 | R Fink | Revise Jefferies/Compute North monthly fee statement | 0.60 |
| 12/27/22 | TA Labuda | Review and comment on consolidated fee statement | 0.30 |
| 12/27/22 | TA Labuda | Emails with R. Fink re consolidated fee statement | 0.10 |
| 12/28/22 | R Fink | Confer with R. Hamilton and T. Labuda (each in part) re Jefferies/Compute North monthly fee statement | 0.10 |
| 12/28/22 | R Fink | Emails with Sidley and Jefferies teams re Compute North monthly fee statement | 0.40 |
| 12/28/22 | TA Labuda | Review and comment on consolidated monthly fee statement | 0.40 |
| 12/28/22 | TA Labuda | Emails and conferences with Fink re monthly fee statement comments and issues | 0.30 |
| 12/30/22 | R Fink | Emails with Jefferies re Compute North monthly fee statement | 0.10 |
| 12/30/22 | R Fink | Review and revise Jefferies/Compute North monthly fee statement and emails with Jefferies re same | 0.60 |
| 12/30/22 | TA Labuda | Emails and conference with Fink re fee statement filing issues | 0.20 |
| | | **Total Hours** | **11.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123003337
Compute North
Page 3

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 2.00 | $1,425.00 | $2,850.00 |
| IC Ferrell | 5.20 | 775.00 | 4,030.00 |
| R Fink | 3.80 | 775.00 | 2,945.00 |
| **Total Hours and Fees** | **11.00** | | **$9,825.00** |