# Exhibit A



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

January 5, 2023
Invoice:              124902

## INVOICE SUMMARY

For professional services rendered through December 31, 2022

**RE:   Compute North Holdings chapter 11, as special claims counsel to Debtors**

| | |
|---|---:|
| Professional Services | $ 1,600.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,600.00** |



January 5, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice: 124902

## REMITTANCE ADVICE

RE:  Compute North Holdings chapter 11, as special claims counsel to Debtors

**BALANCE DUE THIS INVOICE**          $ 1,600.00

**To Pay Online:**          https://www.fbfk.law/payment/

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**
Please return this advice with payment to:

Lockbox Address
Ferguson Braswell Fraser Kubasta PC
P.O. Box 1581
Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 124902 January 5, 2023

## PROFESSIONAL SERVICES RENDERED

| Date | ID | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/22 | RLS1 | Call with Paul Hastings team regarding claims and objections (0.3); call with Debtors' professionals regarding case issues and claim objections (0.3). | .60 | 500.00 | 300.00 |
| 12/16/22 | RLS1 | Call with Debtor professionals' team and review of claims analysis provided by PPP. | .90 | 500.00 | 450.00 |
| 12/19/22 | RLS1 | Communications with Epiq and PPP teams regarding exhibits for claim objections (0.2): and review of same (0.3) | .50 | 500.00 | 250.00 |
| 12/20/22 | RLS1 | Communications with Epiq and PPP team regarding revisions and updates to claims objection exhibits. | .40 | 500.00 | 200.00 |
| 12/27/22 | RLS1 | Call with Debtors' advisors regarding claim objections and notice of name change issues; follow up communications regarding list of 50 largest claims and review of same. | .80 | 500.00 | 400.00 |

**TOTAL PROFESSIONAL SERVICES** $ 1,600.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Rachael L Smiley | 3.20 | 500.00 | 1,600.00 |
| **TOTALS** | **3.20** | | **$ 1,600.00** |

**TOTAL THIS INVOICE** $ 1,600.00



Matt Micheli  
Compute North c/o Paul Hastings  
71 S Wacker Drive, 45th Floor  
Chicago, IL  60606  
mattmicheli@paulhastings.com

January 5, 2023  
Invoice:                125014

## INVOICE SUMMARY

For professional services rendered through December 31, 2022

**Fee/Emp Applications**

| | |
|---|---:|
| Professional Services | $ 550.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 550.00** |



January 5, 2023

Matt Micheli  
Compute North c/o Paul Hastings  
71 S Wacker Drive, 45th Floor  
Chicago, IL  60606

Invoice: 125014

## REMITTANCE ADVICE

**BALANCE DUE THIS INVOICE**            $ 550.00

**To Pay Online:**     https://www.fbfk.law/payment/

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**  
Please return this advice with payment to:

<u>Lockbox Address</u>  
Ferguson Braswell Fraser Kubasta PC  
P.O. Box 1581  
Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125014 January 5, 2023

## PROFESSIONAL SERVICES RENDERED

| Date | ID | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/22 | RLS1 | Draft declaration in support of Application to Employ FBFK. | .50 | 500.00 | 250.00 |
| 12/23/22 | RLS1 | Review of FBFK employment application (0.4) and communications with Paul Hastings team regarding same (0.2). | .60 | 500.00 | 300.00 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 550.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Rachael L Smiley | 1.10 | 500.00 | 550.00 |
| **TOTALS** | **1.10** | | **$ 550.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 550.00** |

3