# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **MINING PROJECT WIND DOWN** | § | **Case No. 22-90273-MI** |
| **HOLDINGS, INC. (f/k/a Compute North** | § | |
| **Holdings, Inc.),** *et al.*, [1] | § | **(Jointly Administered)** |
| | § | |
| **Debtors.** | § | |
| | § | |

**ORDER ALLOWING INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(Docket No. _____)**

The Court has considered the *First Interim Application of Ferguson Braswell Fraser Kubasta PC, Efficiency Counsel to Debtors and Debtors in Possession for the Period from December 7, 2022 Through December 31, 2022* filed by Ferguson Braswell Fraser Kubasta PC, (the "**Applicant**"). The Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,150.00 for the period set forth in the Application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

Dated: _____, 2023

Houston, Texas

_____

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE