United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 15, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of     New York & New Jersey     :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jessica Greer Griffith<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel.: (212) 547-5578; E-mail: ggriffith@mwe.com<br>NY Bar No.: 5337076<br>NJ Bar No.: 126432014 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. |
|---|
| Dated: February 14, 2023          Signed: /s/ Jessica Greer Griffith |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ . |
|---|
| Dated:          Signed: _____<br>Deputy Clerk |

---

**Order**

---

This lawyer is admitted *pro hac vice*.

Signed: February 15, 2023

Marvin Isgur
United States Bankruptcy Judge