United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Christopher J. Whalen |
| Firm | McDermott Will & Emery LLP |
| Street | One Vanderbilt Avenue |
| City & Zip Code | New York, New York 10017-3852 |
| Telephone | Tel.: (212) 547-5573 |
| | E-mail: chwhalen@mwe.com |
| Licensed: State & Number | NY Bar No.: 5651203 |

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al.

Dated: February 14, 2023        Signed: /s/ Christopher J. Whalen

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:        Signed: _____
                       Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: February 15, 2023

_____
Marvin Isgur
United States Bankruptcy Judge