UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*

Debtors

Chapter 11

Case No. 22-90273 (MI)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LP1 LLC**
Name of Transferee:
Last Four Digits of Acct#: N/A

**RK MISSION CRITICAL LLC**
Name of Transferor
Last Four Digits of Acct#: N/A

Name and Address where notices and payments to transferee should be sent:

Total Amount of Allowed Claim: $49,602,406.00
Transferred Amount of Claim: $49,602,406.00

c/o Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue
New York, NY 10110
Attn: Martin Sklar

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *[signature]*
Transferee/Transferee's Agent

Date: February 15, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

18

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Southern District of Texas
Houston Division
Attn: Clerk

AND TO: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.)
Case No. 22-90273 (MI)

RK MISSION CRITICAL LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

LP1 LLC
c/o Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue
New York, NY 10110
Attn: Martin Sklar

its successors and assigns ("Buyer"), all right, title and interest in and to Seller's Class 3 General Unsecured Claim against the Debtors (the "Claim"), allowed in the amount of $49,602,406.00 pursuant to that certain Stipulation of Settlement, by and between the Debtors and Seller, filed in In re: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al., Case No. 22-90273 (MI) (Jointly Administered)  as docket #886 on January 31, 2023, and approved by the United States Bankruptcy Court for the Southern District of Texas, Houston Division pursuant to an Order entered on February 9, 2023 as docket # 944.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of February 15, 2023.

**RK MISSION CRITICAL LLC**

By: _____
Name: John Marrinucci
Title: President and Managing Member

**LP1 LLC**

By: _____
Name:
Title:

20

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of February 15, 2023.

**RK MISSION CRITICAL LLC**

By:_____
Name:  John Marrinucci
Title:  President and Managing Member

**LP1 LLC**

By: *[signature]*
Name: *Martin D Sklar*
Title: *Vice President*

20