# United States Bankruptcy Court

## For the Southern District of Texas, Houston Division

In re Compute North Holdings, Inc. , Case No. 22-90273

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CRG Financial LLC
Name of Transferee

Digital Alchemy Llc
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim# (if known): 19; 10066

CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624

Amount of Claim:
Scheduled:
Proofs of Claim:    $141,622.20- Compute North LLC; $141,622.20- Compute North LLC
Date Claim Filed:  11/18/2022; 11/21/2022

Phone:  (201) 266-6988
Last Four Digits of Acct#:_____

Phone:
Last Four Digits of Acct#:_____

Name and Address where Transferee payments
should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____  Date: 02/15/2023
Transferee/Transferee's  Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the Southern District of Texas, Houston Division

In re Compute North Holdings, Inc. , Case No. 22-90273

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. ___19;10066_____(if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/15/2023.

CRG Financial LLC                                    Digital Alchemy Llc
Name of Alleged Transferee                           Name of Transferor

·                                                    ·
84 Herbert Ave. Building B - Suite 202, Closter, NJ  C/o Polsinelli Pc 2950 N Harwood St, #2100 , , Dallas , TX
07624                                                75201
Address of Alleged Transferee                        Address of Transferor

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Digital Alchemy Llc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim or Claims, including any amounts owed as a cure with respect to a contract assumption, against Compute North Holdings Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), pending against Debtor in the United States Bankruptcy Court, for the Southern District of Texas, Houston Division, jointly administered as Case No. 22-90273.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 01/23/2023.

By:  /s/ Daniel Wolgin
     Signature

     Daniel Wolgin
     Print Name/Title
     Digital Alchemy Llc

IN WITNESS WHEREOF, Purchaser has signed below as of Tuesday, January 31, 2023.

By: /s/ Robert Axenrod
CRG Financial LLC