**Exhibit 19**

# Summary Organizational Chart



**Note:** All subsidiaries are wholly-owned unless specifically noted otherwise.

(1) Compute North Holdings, Inc. is a guarantor under the Generate Facility and NextEra Note.
(2) Compute North LLC is a guarantor under the Generate Facility and borrower under the Marathon Note.
(3) CN Mining LLC is the borrower under the Foundry Financing.
(4) CN Wolf Hollow LLC and Compute North NE05 LLC are guarantors under the Generate Facility.
(5) CN Borrower LLC is the borrower under the Generate Facility.
(6) Compute North Member LLC is the borrower under the NextEra Note.