## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 936 - 941; 946** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                              ) ss.:
COUNTY OF FRANKLIN  )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 9, 2023, I caused to be served the:

    a.  "Declaration of Stephanie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates," dated February 8, 2023 [Docket No. 936],

    b.  "Notice of Filing of Revised Proposed Order Approving Settlement with RK Mission Critical LLC Pursuant to Bankruptcy Rule 9019," dated February 8, 2023 [Docket No. 937],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

c.   "Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (F/K/A Compute North Holdings, Inc.) and its Debtor Affiliates (II) Omnibus Reply to Objections Thereto," dated February 8, 2023 [Docket No. 938],

d.   "Declaration of Scott Tillman, Independent Director of Compute North Holdings, Inc., In Support of the Debtors' Joint Liquidating Chapter 11 Plan," dated February 8, 2023 [Docket No. 939],

e.   "Declaration of Ryan Mersch in Support of (I) Final Approval of Disclosure Statement, (II)Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (F/K/A Compute North Holdings, Inc.) and tis Debtor Affiliates and (III) The Debtors' Omnibus Reply to Objections Thereto," dated February 8, 2023 [Docket No. 940],

f.   "Declaration of Drake Harvey, President of the Debtors, in Support of (I) Final Approval of Disclosure Statement, (II) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (F/K/A Compute North Holdings, Inc.) and its Debtor Affiliates and (III) The Debtors' Omnibus Reply to Objections Thereto," dated February 8, 2023 [Docket No. 941], and

g.   "Notice of Filing of Revised Proposed Order Approving Settlement with Marathon Digital Holdings, Inc. Critical LLC Pursuant to Bankruptcy Rule 9019," dated February 9, 2023 [Docket No. 946],

by causing true and correct copies to be:

i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.   delivered via electronic mail to those parties listed on the annexed Exhibit B, and

iii.   delivered via electronic mail to: *jklobucar@bassford.com* and *msutherland@ccsb.com.*

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
10th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST, STE 200 DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  29**

**EXHIBIT B**

Compute North Holdings, Inc. Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AKERMAN LLP | david.parham@akerman.com; adam.swick@akerman.com |
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com; tara.leday@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C. | mkelly@kmdfirm.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com; |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| Nebraska Attorney General | nedoj@nebraska.gov |

Compute North Holdings, Inc. Case No. 22-90273 (MI)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |