UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*[1] | ) ) ) ) | Case No. 22-90273 (MI) (Jointly Administered) |
| Debtors. | ) ) | |

**AMENDED DECLARATION OF STEPHENIE KJONTVEDT
OF EPIQ CORPORATE RESTRUCTURING, LLC REGARDING
THE SOLICITATION AND TABULATION OF BALLOTS CAST ON
THE SECOND AMENDED JOINT LIQUIDATING CHAPTER 11 PLAN
OF COMPUTE NORTH HOLDINGS, INC. AND ITS DEBTOR AFFILIATES**

I, Stephenie Kjontvedt, declare, under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice President, Senior Consultant of Epiq Corporate Restructuring, LLC ("**Epiq**"), located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

- 2 -

2. On February 8, 2023, the *Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* (the "**Initial Declaration**") [Docket No. 936] was filed with respect to the solicitation and the tabulation of ballots cast on the *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates,* dated December 21, 2022 [Docket No. 723-1] (as may be amended, supplemented, or modified from time to time, the "**Plan**").[2]

3. This amended declaration (this "**Amended Declaration**") is filed to count one new vote based an Agreement allowing a Class 3 creditor to cast a rejecting vote in the amount of $1,006,044.00.

4. I declare that the amended results of the voting by Holders of Claims and Interests in the Voting Classes are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of votes received by Epiq.[3]

5. A report of all Ballots received and not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

[*Remainder of Page Intentionally Blank*]

---

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined herein).

- 3 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 16, 2023

                                                    */s/ Stephenie Kjontvedt*
                                                   Stephenie Kjontvedt
                                                   Vice President, Senior Consultant
                                                   Epiq Corporate Restructuring, LLC

# Exhibit A

## TABULATION SUMMARY

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
| --- | --- | --- | --- | --- | --- |
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 3** GENERAL UNSECURED CLAIMS | $103,596,427.44 92.86% | 24 70.59% | $7,969,612.96 7.14% | 10 29.41% | Accepts |
| **Class 4** PARENT GUC CLAIMS | $0.00 0.00% | 0 0.00% | $430,783.44 100.00% | 5 100.00% | Rejects |
| **Class 7** PREFERRED EQUITY INTERESTS | 46,660.000 99.83% | N/A | 79.000 .17% | N/A | Accepts |
| **Class 8** PARENT EQUITY INTERESTS | 901,789.000 100.00% | N/A | 0.000 0.00% | N/A | Accepts |

# Exhibit B

## REPORT OF EXCLUDED BALLOTS

| Plan Class | Plan Class Description | Claim Name | Voting Amount | VOTE | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 3 | General Unsecured Claims | 7575 MANAGEMENT LLC | $103,887.11 | Accept | 10008 | INSIDER VOTE |
| 4 | Parent GUC Claims | BOBS LIMITED | $6,376,067.00 | Accept | 21 | CLAIM SUBJECT TO DISALLOW OBJECTION AND BALLOT IS DUPLICATIVE OF ANOTHER EXCLUDED BALLOT |
| 4 | Parent GUC Claims | BOBS LIMITED | $6,376,067.00 | Accept | 10022 | CLAIM SUBJECT TO DISALLOW OBJECTION |
| 7 | Preferred Equity Interest | BRANT GRIMES | $957.00 | Accept | 10003 | DUPLICATIVE OF A BALLOT COUNTED AND INCLUDED IN THE TABULATION |
| 3 | General Unsecured Claims | COMPASS MINING INC | $6,348,964.59 | | 19 | NO VOTE, HOLDER DID NOT VOTE TO ACCEPT OR TO REJECT THE PLAN |
| 3 | General Unsecured Claims | COMPUTE NORTH LLC | $1,738.00 | Accept | 10049 | INSIDER VOTE |
| 7 | Preferred Equity Interest | DAVID MOVIUS | 482.000 | Accept | 6 | INSIDER VOTE |
| 8 | Parent Equity Interests | DAVID MOVIUS | 29,897.000 | Accept | 7 | INSIDER VOTE |
| 3 | General Unsecured Claims | DIGITAL ALCHEMY LLC | $141,622.20 | Accept | 24 | LATE, RECEIVED AFTER THE VOTING DEADLINE, AND DUPLICATIVE OF A BALLOT COUNTED AND INCLUDED IN THE TABULATION |
| 4 | Parent GUC Claims | DINGWALL-CHANTILOUPE, NICHOLAS PETER | $7,175.00 | Reject | 4 | CLAIM SUBJECT TO DISALLOW OBJECTION |
| 3 | General Unsecured Claims | GH EFFECT INC | $62,166.00 | Accept | 23 | LATE, RECEIVED AFTER THE VOTING DEADLINE, AND DUPLICATIVE OF A BALLOT COUNTED AND INCLUDED IN THE TABULATION |
| 3 | General Unsecured Claims | HARVEY, EDWARD DRAKE III | $173,722.00 | Accept | 10016 | INSIDER VOTE |

| Plan Class | Plan Class Description | Claim Name | Voting Amount | VOTE | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 8 | Parent Equity Interests | JOSE LIMA | 5,076.000 | Accept | 17 | INSIDER VOTE |
| 3 | General Unsecured Claims | MOVIUS, DAVID T | $191,220.96 | Accept | 11 | INSIDER VOTE |
| 3 | General Unsecured Claims | NORDMARK ENERGY CONSULTING LLC | $16,986.00 | Accept | 22 | LATE, RECEIVED AFTER THE VOTING DEADLINE, AND BALLOT DID NOT INCLUDE AN ORIGINAL SIGNATURE |
| 8 | Parent Equity Interests | PERRILL TECHNOLOGY LLC | 768,946.000 | Accept | 10004 | INSIDER VOTE |
| 4 | Parent GUC Claims | PERRILL, DAVE | $300,000.00 | Accept | 10023 | INSIDER VOTE |
| 3 | General Unsecured Claims | SHIROLE, ROHIT | N/A | N/A | 10044 | BALLOT WITHDRAWN PURSUANT TO DOCKET No. 920 |
| 4 | Parent GUC Claims | SHIROLE, ROHIT | N/A | N/A | 10045 | BALLOT WITHDRAWN PURSUANT TO DOCKET No. 920 |
| 7 | Preferred Equity Interest | SPENCER W. & SUSAN E. BARRON, OR THEIR | 119.000 | Accept | 10006 | INSIDER VOTE |
| 8 | Parent Equity Interests | SPENCER W. & SUSAN E. BARRON, OR THEIR | 875.000 | Accept | 10005 | INSIDER VOTE |
| 7 | Preferred Equity Interest | SPLITTING TENS LLC | 1,460.00 | Accept | 10071 | LATE, RECEIVED AFTER THE VOTING DEADLINE |
| 4 | Parent GUC Claims | SUNBELT SOLOMON SERVICES LLC | $6,416,047.19 | Accept | 10063 | CLAIM SUBJECT TO DISALLOW OBJECTION |
| 3 | General Unsecured Claims | ULUCK TECHNOLOGY PTE LTD | $1,501,772.91 | Reject | 10068 | LATE, RECEIVED AFTER THE VOTING DEADLINE |
| 3 | General Unsecured Claims | WAND CORPORATION | $14,208.55 | Accept | 10009 | INSIDER VOTE |
| 3 | General Unsecured Claims | WENZEL, KYLE | $111,110.27 | Accept | 10011 | INSIDER VOTE |