UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING[3] ON MOTIONS
SCHEDULED FOR FEBRUARY 16, 2023 AT 1:30 P.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR
AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**I.      Matters Going Forward.**

   **1.**   *Stipulation and Agreed Order – US Digital Mining Texas LLC* [Docket No. 873].

   **Related Documents.**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2]  Amended items appear in **bold** font.

[3]  Audio connection will be by use of the Court's dial-in facility.  You may access the facility at **832-917-1510**.  Once connected, you will be asked to enter the conference room number.  Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**.  The meeting code is "**JudgeIsgur**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**2.** *Stipulation and Agreed Order - Digital Alchemy LLC* [Docket No. 891].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**3.** *Stipulation and Agreed Order - GH Effect, Inc.* [Docket No. 892].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**4.** *Stipulation and Agreed Order - Power Asset Recovery Corporation* [Docket No. 893].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**5.** *Stipulation and Agreed Order - Alder BTC Holdings LLC, Alder Opportunity LP, and Alder SPV I LLC* [Docket No. 901].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**6.** *Stipulation and Agreed Order - NBTC Limited* [Docket No. 902].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**7.** *Stipulation and Agreed Order - MP2 Energy Texas LLC d/b/a Shell Energy Solutions* [Docket No. 903].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**8.** *Stipulation and Agreed Order - TWC Financial LLC* [Docket No. 904].

**Related Documents.**

  **A.** *Notice of Hearing* [Docket No. 909].

<u>Status</u>: This matter is going forward.

**9.** *BitNile Inc.'s Emergency Motion under Bankruptcy Rule 3018 for Temporary Allowance of Class 3 Claim for Voting Purposes Only* [Docket No. 953].

**Related Documents.**

  **A.** ***Agreed Order Granting Bitnile, Inc.'s Emergency Motion for Temporary Allowance of Class 3 Claim for Voting Purposes Only* [Docket No. 1006].**

 **Responses.**

  **A.** *Debtors' Response Opposed to BitNile Inc.'s Emergency Motion under Bankruptcy Rule 3018 for Temporary Allowance of Class 3 Claim for Voting Purposes Only* [Docket No. 965].

<u>Status</u>: **The parties have settled this matter pursuant to the agreed order filed at Docket No. 1006.**

**10.** Plan Confirmation.

**Related Documents.**

  **A.** *Declaration of Harold Coulby, Chief Financial Officer and Treasurer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 22].

  **B.** *Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 576].

  **C.** *Disclosure Statement for the Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 577].

  **D.** *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and*

|   |   |
|---|---|
|   | *Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 578]. |
| **E.** | *Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates* [Docket No. 665]. |
| **F.** | *Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates* [Docket No. 691]. |
| **G.** | *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 715] |
| **H.** | *Notice of Hearing to Consider (I) the Adequacy of the Debtors' Disclosure Statement, (II) Confirmation of the Plan and (III) Related Voting and Objection Procedures* [Docket No. 724]. |
| **I.** | *Schedule of Retained Causes of Action* [Docket No. 818]. |
| **J.** | *Notice of Filing of Plan Supplement* [Docket No. 836]. |
| **K.** | *Notice of Filing of Amendment to Plan Supplement* [Docket No. 843]. |
| **L.** | *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* [Docket No. 889]. |
| **M.** | *Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Computer North Holdings, Inc.) and Its Debtor Affiliates* [Docket No. 935]. |
| **N.** | *Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates* [Docket No. 936]. |
| **O.** | *Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto* [Docket No. 938]. |

    **P.**    *Declaration of Scott Tillman, Independent Director of Compute North Holdings, Inc., in Support of the Debtors' Joint Liquidating Chapter 11 Plan* [Docket No. 939].

    **Q.**    *Declaration of Ryan Mersch in Support of (I) Final Approval of Disclosure Statement, (II) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates and (III) the Debtors' Omnibus Reply to Objections Thereto* [Docket No. 940].

    **R.**    *Declaration of Drake Harvey, President of the Debtors, in Support of (I) Final Approval of Disclosure Statement, (II) Confirmation of Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates and (III) the Debtors' Omnibus Reply to Objections Thereto* [Docket No. 941].

    **S.**    ***Notice of Filing of Proposed Confirmation Order*** **[Docket No. 958].**

    **T.**    ***Notice of Revised Proposed Order (A) Approving the Debtors' Disclosure Statement on a Final Basis and (B) Confirming the Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates*** **[Docket No. 1001].**

    **U.**    ***Amended Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and its Debtor Affiliates*** **[Docket No. 1007].**

**Responses.**

    **A.**    *Rohit Shirole's Objection to Final Approval of Disclosure Statement and Confirmation of the Debtors' Third Amended Joint Liquidating Chapter 11 Plan, Joinder, and Reservation of Rights* [Docket No. 894]. Resolved by Court Order.

    **B.**    *Corpus Christi Energy Park, LLC's Objection to (I) Final Approval of Debtors' Disclosure Statement and (II) Confirmation Of Debtors' Liquidating Chapter 11 Plan* [Docket No. 897].

    **C.**    *Decimal Digital Currency I, LLC's (I) Objection to (A) Confirmation of the Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates and (B) Final Approval of the Disclosure Statement for the Second Amended Joint Liquidating Chapter 11 Plan of Compute North Holdings, Inc. and Its Debtor Affiliates and (II) Reservation of Rights* [Docket No. 899].

**D.**     *Corpus Christi Energy Park, LLC's Bench Brief in Reply to (I) Statement of the Official Committee of Unsecured Creditors, and (II) Debtors' Memorandum of Law Concerning Disclosure Statement and Plan* [Docket No. 988].

**Status:** This matter is going forward.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: February 16, 2023
      Houston, Texas

/s/ James T. Grogan III
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on February 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ James T. Grogan III
James T. Grogan III