# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, February 16, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Alexander P. | Cohen | Weil, Gotshal & Manges LLP | Counsel for Marathon Digital Holdings, Inc. |
| Harold | Coulby | MINING PROJECT WIND | Debtors |
| Adam | Friedman | Olshan Frome Wolosky, LLP | BitNIle, Inc |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| James | Grogan | Paul Hastings LLP | Debtors |
| Cole | Harlan | Paul Hastings LLP | Debtors |
| Drake | Harvey | MINING PROJECT WIND | Debtors |
| Benjamin | Kadden | Lugenbuhl Wheaton Peck | CRG Financial LLC |
| Stephanie | Kjontvedt | Epiq Corporate Restructuring, | Epiq Corporate Restructuring, LLC |
| Stacy | Lutkus | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Kristein | Manoukian | Schulte Roth & Zabel LLP | Foundry Digital LLC |
| Jarrod | Martin | Chamberlain Hrdlicka | Power Asset Recovery Corporation |
| Ryan | Mersch | Portage Point Partners, LLC | Debtors |
| Matthew | Micheli | Paul Hastings LLP | Debtors |
| Jayson | Ruff | US DOJ | US Trustee |
| Scott | Shelley | Paul Hastings LLP | Debtors |
| Matthew | Silverman | Pryor Cashman LLP | Decimal Digital Currency I, LLC |
| Schlea | Thomas | Paul Hastings LLP | Debtors |
| Scott | Tillman | Pi Consulting, LLC | Debtors |