2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

Mining Project Wind Down Holdings Inc.
300 North LaSalle
Suite 1420
Chicago IL 60654

Official Committee of Unsecured Creditor
300 North LaSalle
Suite 1420
Chicago IL 60654

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/15/2023.

Name and Address of Alleged Transferor(s):

Claim No. : RK Mission Critical LLC, 20101 East 36th Drive, Aurora, CO 80011

Name and Address of Transferee:

LP1 LLC
c/o Kleinberg, Kaplan, Wolff & Cohen, PC
500 Fifth Avenue
New York, NY 10110
Attn: Martin Sklar

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/17/23

**CLERK OF THE COURT**

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 22-90273-mi

Mining Project Wind Down Holdings Inc.  Chapter 11

Official Committee of Unsecured Creditor

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: Feb 15, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

**Recip ID**    **Recipient Name and Address**
12325212      #+   RK Mission Critical LLC, 20101 East 36th Drive, Aurora, CO 80011-8142

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

**Name**    **Email Address**

A.J. Webb
     on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com

Aaron Matthew Guerrero
     on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com

Abhilash Raval
     on behalf of Creditor Foundry Digital LLC araval@milbank.com

Alfredo R Perez
     on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew Christian Papa
    on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Wolf Hollow II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation Energy Generation LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard
    on behalf of Interested Party KONZA MINING FUND I LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Brandon Renken
    on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles Stephen Kelley
    on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com computenorth.ph@paulhastings.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com

Heather Berkowitz
    on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Idris Motiwala
    on behalf of Transferee LP1 LLC imotiwala@crowell.com

J Michael Sutherland
    on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon
    on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

District/off: 0541-4                                    User: ADIuser                                    Page 3 of 6
Date Rcvd: Feb 15, 2023                                 Form ID: trc                                    Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | |
| | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | |
| | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | |
| | on behalf of Creditor Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| Jessica Liou | |
| | on behalf of Interested Party Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com |
| John Lewis, Jr. | |

| | |
|---|---|
| | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com |
| John Willard | |
| | on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com |
| John David Cornwell | |
| | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com  hvalentine@munsch.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Joseph William Buoni | |
| | on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Kenneth P. Green | |
| | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristhy M Peguero | |
| | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Laura J Monroe | |
| | on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Leslie Blake Rasner | |
| | on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com |
| Lori Ann Hood | |
| | on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Lori Ann Hood | |
| | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Luc Despins | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com winniewu@paulhastings.com |
| Luc Despins | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) lucdespins@paulhastings.com, winniewu@paulhastings.com |
| Maegan Quejada | |
| | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | |
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark A Carter | |
| | on behalf of Creditor Reviva  Inc. mcarter@hinshawlaw.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matthew Hoffman | |
| | on behalf of Creditor Veribi LLC mhecf@aol.com |
| Matthew Lee Brod | |
| | on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: Feb 15, 2023 | Form ID: trc | Total Noticed: 1 |

Matthew Scott Okin
    on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com

    on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew W Silverman
    on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Matthew W Silverman
    on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com

Meredyth A. Kippes
    on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party GH Effect  Inc. meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder SPV I  LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder Opportunity  LP meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder BTC Holdings  LLC meredyth.kippes@usdoj.gov

Michael G Kelly
    on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Patricia Baron Tomasco
    on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com

Patrick M Haines
    on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy
    on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com

Rachael L Smiley
    on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law

Ralph McDowell
    on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com

Randall Adam Swick
    on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com

Robert Coleman Rowe
    on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
    on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) sayanbhattacharyya@paulhastings.com

Scott A. Stichter
    on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky
    on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com

Stephen Wayne Sather
    on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com

T. Josh Judd
    on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com

Tara LeDay
    on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com; aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: Feb 15, 2023 | Form ID: trc | Total Noticed: 1 |

US Trustee
         USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 108