**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MINING PROJECT WIND DOWN HOLDINGS, | ) Case No. 22-90273 (MI) |
| INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket Nos. 990, 992, 993,** |
|  | ) **994, 995, 996 & 997** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF OHIO          )
                             ) ss.:
COUNTY OF FRANKLIN  )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 16, 2023, I caused to be served *a customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 16, 2023, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Andrea Speelman*
                                                    Andrea Speelman

Sworn to before me this
17th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

In re:

MINING PROJECT WIND DOWN HOLDINGS, INC.
(f/k/a Compute North Holdings, Inc.) et al.,

Chapter 11

Case NO. 22-90273 (MI)

(Jointly Administered)

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000214394381 ***          CPN TRFNTC (MERGE2, TXNUM2) 4000001913

To:



ALDER BTC HOLDINGS LLC
3405 DALLAS HWY, STE 827
MARIETTA, GA 30064

ALDER BTC HOLDINGS LLC
ATTN PATRICK GAHAN, MANAGER
3600 DALLAS HWY, STE 230-350
MARIETTA, GA 30064

Please note that your claim # 10071 in the above referenced case and in the amount of
$38,925.60 has been transferred (unless previously expunged by court order)

CRG FINANCIAL LLC
TRANSFEROR: ALDER BTC HOLDINGS LLC
84 HERBERT AVE, BUILDING B SUITE 202,
CLOSTER, NJ 07624

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of Texas - Houston Division

5401 Bob Casey United States Courthouse

Houston, TX 77002

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          992          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/16/2023

David J. Bradley, Clerk of Court

/s/ Geoff Zahm

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2023.

# EXHIBIT B

COMPUTE NORTH HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDER BTC HOLDINGS LLC | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| ALDER BTC HOLDINGS LLC | ATTN PATRICK JOSEPH GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER BTC HOLDINGS LLC | 3405 DALLAS HWY, STE 827, MARIETTA, GA 30064 |
| ALDER BTC HOLDINGS LLC | ATTN PATRICK GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER OPPORTUNITY LP | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| ALDER OPPORTUNITY LP | ATTN PATRICK JOSEPH GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER OPPORTUNITY LP | 3405 DALLAS HWY, STE 827, MARIETTA, GA 30064 |
| ALDER OPPORTUNITY LP | ATTN PATRICK GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER SPV I LLC | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| ALDER SPV I LLC | ATTN PATRICK JOSEPH GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER SPV I LLC | 3405 DALLAS HWY, STE 827, MARIETTA, GA 30064 |
| ALDER SPV I LLC | ATTN PATRICK GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-350, MARIETTA, GA 30064 |
| ALDER SPV I LLC | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| ALDER SPV I LLC | ATTN PATRICK GAHAN, MANAGER, 3600 DALLAS HWY, STE 230-250, MARIETTA, GA 30064 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER BTC HOLDINGS LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER BTC HOLDINGS LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER OPPORTUNITY LP, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER OPPORTUNITY LP, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER SPV I LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER SPV I LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALDER SPV I LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: DIGITAL ALCHEMY LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: DIGITAL ALCHEMY LLC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: GH EFFECT INC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: GH EFFECT INC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: NORDMARK ENERGY CONSULTING L, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| DIGITAL ALCHEMY LLC | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| DIGITAL ALCHEMY LLC | ATTN DANIEL WOLGIN, MANAGER, 2408 NW 40TH CIR, BOCA RATON, FL 33431 |
| DIGITAL ALCHEMY LLC | ATTN RON COHEN, 2408 NW 40TH CIR, BOCA RATON, FL 33431 |
| GH EFFECT INC | C/O POLSINELLI PC, 2950 N HARWOOD ST, #2100, DALLAS, TX 75201 |
| GH EFFECT INC | ATTN BRADLEY NOONAN, PRESIDENT, 824-A LAKE AVE, #287, LAKE WORTH, FL 33460-3754 |
| GH EFFECT INC | ATTN BRADLEY NOONAN, 824-A LAKE AVE, #287, LAKE WORTH, FL 33460-3754 |
| LP1 LLC | TRANSFEROR: RK MISSION CRITICAL LLC, C/O KLEINBERG, KAPLAN, WOLFF & COHEN PC, 500 FIFTH AVENUE; MARTIN SKLAR, NEW YORK, NY 10110 |
| NORDMARK ENERGY CONSULTING LLC | 2382 DOSWELL AVE, SAINT PAUL, MN 55108 |
| RK MISSION CRITICAL LLC | 20101 E 36TH DR, AURORA, CO 80011 |

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 35**