UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### DEBTORS' WITNESS AND
### EXHIBIT LIST FOR HEARING ON MARCH 6, 2023

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this Witness and Exhibit List for the hearing to be held on Monday, March 6, 2023, at 10:00 a.m. (prevailing Central Time).

## WITNESSES

The Debtors may call the following witnesses at the hearing:

1. Ryan Mersch, Senior Director of Portage Point Partners, LLC, the financial advisor to the Debtors;

2. Any witness called by any other party;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

3. Impeachment witnesses as necessary; and

4. Any witness necessary to rebut testimony of a witness called or designated by any party.

## EXHIBITS

The Debtors reserve the right to offer any exhibits designated by any other party and to offer exhibits necessary and appropriate as rebuttal evidence. The Debtors request that the Court take judicial notice of pleadings and other documents filed with the Court.

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to amend or supplement this Witness and Exhibit List prior to the hearing.

Dated: March 2, 2023

      **FERGUSON BRASWELL**
      **FRASER KUBASTA PC**

      /s/*Rachael L. Smiley*
      Rachael L. Smiley (Texas Bar No. 24066158)
      2500 Dallas Parkway, Suite 600
      Plano, Texas 75093
      Telephone: 972-378-9111
      Facsimile: 972-378-9115
      Email: rsmiley@fbfk.law

      **EFFICIENCY COUNSEL FOR DEBTORS & DEBTORS IN POSSESSION**

## Certificate of Service

I certify that on March 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

            /s/ *Rachael L. Smiley*
            Rachael L. Smiley