# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | Case No. 22-90273 (MI) |
| Debtors. | (Jointly Administered) |

## AGENDA FOR HEARING[2] ON MATTERS SCHEDULED FOR MARCH 6, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**I.     Matters Going Forward.**

    **1.** *Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Duplicate Claims)* [Docket No. 814]

    **Related Documents.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

      A.    *Amended Declaration of Ryan Mersch in Support of Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Duplicate Claims)* [Docket No. 817].

**Status**: This matter is going forward.

**2.**    *Debtors' Second Omnibus Objection to Certain Proofs of Claim (Equity Interests, Satisfied Claims)* [Docket No. 815].

**Related Documents.**

      A.    *Order Denying Claim Objection and Imposing Additional Relief* [Docket No. 861].

**Status**: This matter is going forward, except to the extent relief has been previously denied by prior Court order.

**II.**    **Matters Not Going Forward**

**3.**    *Debtors' Objection to Claim No. 10055 of Rohit Shirole* [Docket No. 816].

**Status**: This matter is stayed pursuant to the *Agreed Order Resolving Rohit Shirole's Motion for Relief Under 11 U.S.C. § 362(d) from Automatic Stay to Continue Litigation Against Certain Debtors and Waiver of 30-Day Hearing Requirement* [Docket No. 920].

**4.**    *Debtors' Objection to Claim No. 10060 of Bitnile, Inc.* [Docket No. 846].

**Related Documents.**

      A.    *Proposed Order* [Docket No. 847].

**Status**: This matter is moot, with the claim at issue having been superseded by Claim 42 filed by BitNile, Inc., and an objection to Claim 42 is now pending at Docket No. 964, to be heard on April 10, 2023 at 10:00 a.m.

**5.**    *Debtors' Objection to Claim No. 14 of Bobs Limited* [Docket No. 850].

**Related Documents.**

      A.    *Bobs Limited's Answer to Objection to Claim #14* [Docket No. 1023].

**Status**: This matter is to be continued by agreement of the parties to a date to be determined by the Court.

Dated: March 2, 2023

                              **FERGUSON BRASWELL**
                              **FRASER KUBASTA PC**

                              /s/*Rachael L. Smiley*
                              Rachael L. Smiley (Texas Bar No. 24066158)
                              2500 Dallas Parkway, Suite 600
                              Plano, Texas 75093
                              Telephone: 972-378-9111
                              Facsimile: 972-378-9115
                              Email:  rsmiley@fbfk.law

                              **EFFICIENCY COUNSEL FOR DEBTORS &**
                              **DEBTORS IN POSSESSION**

## Certificate of Service

     I certify that on March 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           /s/ *Rachael L. Smiley*
                                          Rachael L. Smiley