# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) ) ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

### ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (AMENDED CLAIMS, DUPLICATE CLAIMS)

Upon the *First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Duplicate Claims)* (the "**Objection**") of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), and its above-captioned affiliates as debtors and debtors in possession (collectively, the "**Debtors**") seeking entry of an order (this "**Order**") disallowing: (i) the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

Duplicate Claims[2] identified on <u>Schedule 1</u> to this Order; and (ii) the Amended Claims identified on <u>Schedule 2</u> to this Order, all as more fully set forth in the Objection, the Court finds as follows:

  A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334;

  B. This Court may enter a final order with respect to this matter consistent with Article II of the United States Constitution;

  C. Venue of this proceeding is proper under 28 U.S.C. §§ 1408 and 1409;

  D. The relief requested in the Objection is in the best interests of the Debtors' estates, their creditors and other parties in interest;

  E. The notice of the Objection and opportunity for a hearing thereon provided by the Debtors was appropriate under the circumstances and no further notice need be provided.

The Court, having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing (if any) before the Court, and the Court having determined that the legal and factual bases set forth in the Objection and at the hearing (if any) establish just cause for the relief granted herein; and upon the Mersch Declaration; and upon all proceedings before the Court, after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

  1. Any response to the Objection not otherwise withdrawn, resolved or adjourned is hereby overruled on its merits.

  2. The Duplicate Claims identified on <u>Schedule 1</u> attached hereto are hereby disallowed in their entirety.

  3. The Amended Claims identified on <u>Schedule 2</u> attached hereto are hereby disallowed in their entirety.

---

[2] Capitalized terms not otherwise defined herein shall be given the meaning assigned to them in the Objection.

4. The Clerk and Epiq Corporate Restructuring, LLC shall update the claims registers in these chapter 11 cases to reflect the relief granted in this Order.

5. This Order is without prejudice to the rights of the Debtors to object to any claim or interest on any ground whatsoever, including any surviving claim identified on Schedule 1 and Schedule 2, and the rights of the Debtors to make any and all further substantive or procedural objections are hereby preserved.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission to the validity of any claim against the Debtors' estates; (b) a waiver by the Debtors of their own or any plan administrator's or trustee's rights to dispute or object to any claim in accordance with their respective duties; or (c) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested in the Objection.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

8. This Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2023

                                                          Marvin Isgur
                                                          United States Bankruptcy Judge

# Schedule 1

## Duplicate Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| | Name/Address of Claimant | Claim # | Filed Date | Debtor/Case # | Claim Amount | Surviving Claim # | Filed Date | Debtor/Case # | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | | | | **Surviving Claims** | |
| 1 | BOBS LIMITED<br>2401 SASKATCHEWAN DR<br>REGINA, SK  S4P 4H8<br>CANADA | 16 | 11/10/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$6,376,067.00 (U)<br>$6,376,067.00 (T) | 14 | 11/8/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$6,376,067.00 (U)<br>$6,376,067.00 (T) |
| 2 | BOBS LIMITED<br>2401 SASKATCHEWAN DR<br>REGINA, SK  S4P 4H8<br>CANADA | 30 | 11/22/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$6,376,067.00 (U)<br>$6,376,067.00 (T) | 14 | 11/8/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$6,376,067.00 (U)<br>$6,376,067.00 (T) |
| 3 | COMMONWEALTH ELECTRIC CO OF THE MIDWEST<br>ATTN BILLY J FRIESEN, CFO<br>3910 SOUTH ST<br>LINCOLN, NE  68506 | 10083 | 11/22/2022 | CN MINDEN LLC<br>22-90282 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$154,125.00 (U)<br>$154,125.00 (T) | 10082 | 11/22/2022 | CN DEVELOPMENTS LLC<br>22-90279 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$154,125.00 (U)<br>$154,125.00 (T) |
| 4 | HOWARD COUNTY TAX OFFICE<br>C/O LAURA J MONROE<br>PO BOX 817<br>LUBBOCK, TX  79408 | 6 | 10/19/2022 | COMPUTE NORTH LLC<br>22-90275 | $6,124.12 (S)<br>- (A)<br>- (B)<br>- (P)<br>- (U)<br>$6,124.12 (T) | 5 | 10/19/2022 | COMPUTE NORTH LLC<br>22-90275 | $6,124.12 (S)<br>- (A)<br>- (B)<br>- (P)<br>- (U)<br>$6,124.12 (T) |
| 5 | NORTON, JEFFREY<br>229 WOODLAWN AVE<br>SAINT PAUL, MN  55105 | 10116 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | 10114 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| 6 | REVIVA INC<br>C/O HINSHAW & CULBERTSON LLP<br>151 N FRANKLIN ST, STE 2500<br>CHICAGO, IL  60606 | 10128 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T)* | 10129 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T)* |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# Duplicate Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| | Name/Address of Claimant | Claim # | Filed Date | Debtor/Case # | Claim Amount | Surviving Claim # | Filed Date | Debtor/Case # | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | | | | **Surviving Claims** | |
| 7 | SHIROLE, ROHIT<br>C/O BASSFORD REMELE PA<br>ATTN JEFFREY D KLOBUCAR<br>100 S 5TH ST, STE 1500<br>MINNEAPOLIS, MN 55402 | 10056 | 11/11/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>$15,150.00 (P)<br>$23,958,574.53 (U)<br>$23,973,724.53 (T)* | 10055 | 11/11/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$15,150.00 (P)<br>$23,958,574.53 (U)<br>$23,973,724.53 (T)* |
| 8 | STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE<br>ATTN BKY<br>PO BOX 64447<br>SAINT PAUL, MN 55164-0447 | 13 | 11/3/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$1,098.79 (P)<br>- (U)<br>$1,098.79 (T) | 11 | 10/31/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$1,098.79 (P)<br>- (U)<br>$1,098.79 (T) |
| 9 | SUNBELT SOLOMON SERVICES LLC<br>C/O MAYER BROWN LLP<br>ATTN BRANDON RENKEN<br>700 LOUISIANA ST, STE 3400<br>HOUSTON, TX 77002 | 10138 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>$1,215,697.50 (A)<br>- (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) | 10139 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>$1,215,697.50 (A)<br>- (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) |
| 10 | SUNBELT SOLOMON SERVICES LLC<br>C/O MAYER BROWN LLP<br>ATTN BRANDON RENKEN<br>700 LOUISIANA ST, STE 3400<br>HOUSTON, TX 77002 | 10142 | 11/23/2022 | CN BIG SPRING LLC<br>22-90277 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) | 10139 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) |
| 11 | SUNBELT SOLOMON SERVICES LLC<br>C/O MAYER BROWN LLP<br>ATTN BRANDON RENKEN<br>700 LOUISIANA ST, STE 3400<br>HOUSTON, TX 77002 | 10146 | 11/23/2022 | CN KING MOUNTAIN LLC<br>22-90281 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) | 10139 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) |
| 12 | SUNBELT SOLOMON SERVICES LLC<br>C/O MAYER BROWN LLP<br>ATTN BRANDON RENKEN<br>700 LOUISIANA ST, STE 3400<br>HOUSTON, TX 77002 | 10149 | 11/23/2022 | COMPUTE NORTH TX06 LLC<br>22-90288 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) | 10139 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>$1,215,697.50 (B)<br>- (P)<br>$6,416,047.19 (U)<br>$7,631,744.69 (T) |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# Schedule 2

## Amended Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| | Name/Address of Claimant | Claim # | Filed Date | Debtor/Case # | Claim Amount | Surviving Claim # | Filed Date | Debtor/Case # | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Objectionable Claims** | | | | **Surviving Claims** | | |
| 1 | 7575 MANAGEMENT LLC<br>ATTN SPENCER BARRON<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN  55344 | 10004 | 10/4/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$80,194.53 (U)<br>$80,194.53 (T) | 10019 | 10/19/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$103,887.11 (U)<br>$103,887.11 (T) |
| 2 | CULVER VENTURES LLC<br>5830 E 2ND ST, STE 7000-3771<br>CASPER, WY  82609 | 10141 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$42,663.00 (U)<br>$42,663.00 (T) | 10145 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$42,663.00 (U)<br>$42,663.00 (T) |
| 3 | DE LETONA, SIRA CORBETTA LOPEZ<br>SCHILLER 256, INT 402<br>POLANCO V, MIGUEL HIDALGO<br>CDMX 11560<br>MEXICO | 10009 | 10/7/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>$11,696.67 (P)<br>- (U)<br>$11,696.67 (T) | 10010 | 10/7/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>$11,696.67 (B)<br>- (P)<br>- (U)<br>$11,696.67 (T) |
| 4 | FOX MINING COMPANY LLC<br>ATTN MARK FOX<br>1028 S DOGWOOD DR<br>HARRISONBURG, VA  22801 | 10080 | 11/21/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$3,461.25 (U)<br>$3,461.25 (T) | 10081 | 11/21/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$3,461.25 (U)<br>$3,461.25 (T) |
| 5 | HAYLO GROUP INC<br>701 TILLERY ST, #12, UNIT 100<br>AUSTIN, TX  78702 | 10140 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$139,364.40 (U)<br>$139,364.40 (T) | 10147 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$139,364.40 (U)<br>$139,364.40 (T) |
| 6 | MIHAI, NELU<br>201 HARRISON ST, STE 210<br>SAN FRANCISCO, CA  94105 | 10025 | 10/21/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$153,000.00 (P)<br>- (U)<br>$150,000.00 (T)* | 10026 | 10/24/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T)* |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## Amended Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

| | Name/Address of Claimant | Claim # | Filed Date | Objectionable Claims Debtor/Case # | Claim Amount | Surviving Claim # | Filed Date | Surviving Claims Debtor/Case # | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7 | MVP LOGISTICS LLC<br>C/O DEWITT LLP<br>ATTN PATRICK C SUMMERS<br>901 MARQUETTE AVE, STE 2100<br>MINNEAPOLIS, MN 55402 | 10027 | 10/24/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | $145,436.06 (S)<br>- (A)<br>- (B)<br>- (P)<br>- (U)<br>$145,436.06 (T) | 10048 | 11/10/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | $168,774.53 (S)<br>- (A)<br>- (B)<br>- (P)<br>- (U)<br>$168,774.53 (T) |
| 8 | NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10 | 11/1/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$1,750.08 (P)<br>$9,965.97 (U)<br>$11,716.05 (T) | 38 | 12/5/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>$2,500.38 (P)<br>$10,040.97 (U)<br>$12,541.35 (T) |
| 9 | OMNIFIC VENTURES INC<br>701 TILLERY ST, #12, UNIT 108<br>AUSTIN, TX 78702 | 10143 | 11/23/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$15,472.36 (U)<br>$15,472.36 (T) | 10144 | 11/23/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$15,472.36 (U)<br>$15,472.36 (T) |
| 10 | ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE, WI 53158 | 10000 | 9/28/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>$41,408.67 (B)<br>- (P)<br>$54,677.73 (U)<br>$96,086.40 (T) | 10038 | 11/1/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$14,276.17 (U)<br>$14,276.17 (T) |
| 11 | ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE, WI 53158 | 10038 | 11/1/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$14,276.17 (U)<br>$14,276.17 (T) | 10039 | 11/1/2022 | COMPUTE NORTH HOLDINGS, INC.<br>22-90273 | - (S)<br>- (A)<br>$5,872.57 (B)<br>- (P)<br>$8,403.60 (U)<br>$14,276.17 (T) |
| 12 | ULUCK TECHNOLOGY PTE LTD<br>49 NORTHWEALD LN<br>KINGSTON UPON THAMES<br>KT2 5GN ENGLAND | 10109 | 11/22/2022 | COMPUTE NORTH LLC<br>22-90275 | Undetermined* | 10151 | 11/25/2022 | COMPUTE NORTH LLC<br>22-90275 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$1,501,772.91 (U) |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# Amended Claims

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Objectionable Claims** **Surviving Claims**

**Surviving**

\* - Indicates claim contains unliquidated and/or undetermined amounts.