# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, March 6, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Kristin | Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Steven | Leyh | HooverSlovacek LLP | Bobs Limited |
| Stacy | Lutkus | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |
| Rachael | Smiley | Ferguson Braswell Fraser | Mining Project Wind Down Holdings Inc, et al. |