IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MINING PROJECT WIND DOWN HOLDINGS, | § | Case No. 22-90273 (MI) |
| INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | § | |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |
| | § | |

## OMNIBUS CERTIFICATE OF NO OBJECTION

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), *et al.* (the "Debtors") certifies as follows:

1. On February 14, 2023, the Committee filed the following documents:

    a. *First Interim Application of McDermott Will & Emery LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, IL 60654.

      *Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al., for the Period from October 9, 2022 Through and Including December 31, 2022* [ECF No. 967] (the "McDermott Application"),

  b. *First Interim Fee Application of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From October 11, 2022 Through December 31, 2022* [ECF No. 975] (the "MB Application," and together with the McDermott Application, the "Applications").

  2. The deadline for parties to file responses to the relief requested in the Applications was March 7, 2023 (the "Objection Deadline"). No objection to the relief requested in the Applications was received, either formally or informally, by the Objection Deadline.

  3. The Committee respectfully requests that the Court enter the attached proposed orders at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 8, 2023

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Charles R. Gibbs*
Charles R. Gibbs
Texas Bar No. 07846300
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

-and-

Kristin K. Going (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Stacy A. Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017-5404
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: kgoing@mwe.com
dazman@mwe.com
salutkus@mwe.com
    nrowles@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Charles R. Gibbs*
                                                    Charles R. Gibbs