

# INVOICE

| | |
|---|---|
| Invoice #: | 364692 |
| Invoice Date: | 09/22/22 |
| Invoice Terms: | Net 30 Days |
| Customer PO: | P000013 |

**Sunbelt Solomon Services, LLC**
Attention: AR Department
1922 S MLK Jr Drive
Temple, Texas 76504
sunbeltsolomon.com

Phone: 785-655-2191
Fax: 785-655-2502

File Copy

**INVOICE TO:**
Compute North NE5, LLC.
7575 Corporate Way

Eden Prairie, MN
55344-

**DELIVER TO:**
Compute North NE5, LLC.
TBD

| | | | |
|---|---|---|---|
| Customer: | MNK1267 | Ship VIA: | |
| Sales Order: | 302875 | Salesperson: | Phil Risch |

| Order Qty | Ship Qty | Description | W/H | Unit Price | U of M | Line Total |
|---|---|---|---|---|---|---|
| 233 | 30 | New 2000 KVA Padmount | 781 | 76,100.000 | EA | 2,283,000.00 |

S/N(s):

| | | | | | |
|---|---|---|---|---|---|
| 20112290374 | 20112290382 | 20112290383 | 20112290384 | 20112290385 | 20112290386 |
| 20112290387 | 20112290388 | 20112290389 | 20112290390 | 20112290391 | 20112290392 |
| 20112290393 | 20112290394 | 20112290395 | 20112290396 | 20112290397 | 20112290398 |
| 20112290400 | 20112290401 | 20112290402 | 20112290403 | 20112290404 | 20112290405 |
| 20112290407 | 20112290408 | 20112290410 | 20112290411 | 20112290414 | |

2000 kVA Padmount Transformer (WEG)
HV: 34500 GY 19920 – LV: 415 Y 240
Taps: +/- 2 @ 2.5%
Cooling: ONAN – Temp Rise: 65 C
Frequency: 60 Hz – Impedance: Standard
Windings: Aluminum – Fluid: Mineral Oil
HV Bushings: Dead Front Loop Feed / 600A Deadbreak
LV Bushings: 12-HOLE Spades w/ Supports
Accessories:
4-Position T-Blade
Bayonet Expulsion w/ CLF
Liquid Level Gauge
Pressure Vacuum Gauge
Dial Type Thermometer
Drian and Sample Valve

**REMIT TO:**
Sunbelt Solomon Services, LLC
Attention: AR Department
1922 S MLK Jr Drive
Temple, Texas 76504

**Go Paperless!**
**Sign up for Invoice E-Delivery!**
Please send customer name, customer #, email address
and phone number to: acctg@solomoncorp.com

| | |
|---|---|
| Invoice Subtotal: | 2,283,000.00 |
| Total Sales Tax: | 188,347.50 |
| **Pay This Amount:** | **2,471,347.50** |

*Recipient of the Million Work Hours Award from the National Safety Council*