

# INVOICE

**Sunbelt Solomon Services, LLC**
Attention: AR Department
1922 S MLK Jr Drive
Temple, Texas  76504
sunbeltsolomon.com

Phone: 785-655-2191
Fax: 785-655-2502

| | |
|---|---|
| **Invoice #:** | 365082 |
| **Invoice Date:** | 09/29/22 |
| **Invoice Terms:** | Net 30 Days |
| **Customer PO:** | P000013 |

File Copy

**INVOICE TO:**
Compute North NE5, LLC.
7575 Corporate Way

Eden Prairie, MN
55344-

**DELIVER TO:**
Compute North NE5, LLC.
TBD

| | | | |
|---|---|---|---|
| Customer: | MNK1267 | Ship VIA: | |
| Sales Order: | 302875 | Salesperson: | Phil Risch |

| Order Qty | Ship Qty | Description | W/H | Unit Price | U of M | Line Total |
|---|---|---|---|---|---|---|
| 233 | 15 | New 2000 KVA Padmount | 781 | 76,100.000 | EA | 1,141,500.00 |
| | | S/N(s): | | | | |
| | | 20112290406   20112290409   20112290413   20112290415   20112290417   20112290420 | | | | |
| | | 20112290421   20112290422   20112290423   20112290424   20112290425   20112290426 | | | | |
| | | 20112290427   20112290428   20112290431 | | | | |
| | | 2000 kVA Padmount Transformer (WEG) | | | | |
| | | HV: 34500 GY 19920 – LV: 415 Y 240 | | | | |
| | | Taps: +/- 2 @ 2.5% | | | | |
| | | Cooling: ONAN – Temp Rise: 65 C | | | | |
| | | Frequency: 60 Hz – Impedance: Standard | | | | |
| | | Windings: Aluminum – Fluid: Mineral Oil | | | | |
| | | HV Bushings: Dead Front Loop Feed / 600A Deadbreak | | | | |
| | | LV Bushings: 12-HOLE Spades w/ Supports | | | | |
| | | Accessories: | | | | |
| | | 4-Position T-Blade | | | | |
| | | Bayonet Expulsion w/ CLF | | | | |
| | | Liquid Level Gauge | | | | |
| | | Pressure Vacuum Gauge | | | | |
| | | Dial Type Thermometer | | | | |
| | | Drian and Sample Valve | | | | |

**REMIT TO:**
Sunbelt Solomon Services, LLC
Attention: AR Department
1922 S MLK Jr Drive
Temple, Texas  76504

**Go Paperless!**
**Sign up for Invoice E-Delivery!**
Please send customer name, customer #, email address and phone number to: acctg@solomoncorp.com

| | |
|---|---|
| Invoice Subtotal: | 1,141,500.00 |
| Total Sales Tax : | 94,173.75 |
| **Pay This Amount:** | **1,235,673.75** |

Recipient of the Million Work Hours Award from the National Safety Council