

# INVOICE

| | |
|---|---|
| Invoice #: | 362739 |
| Invoice Date: | 07/28/22 |
| Invoice Terms: | Net 30 Days |
| Customer PO: | NE13-0001 |

PO Box 245
Solomon, Kansas 67480

sunbeltsolomon.com

Phone: 785-655-2191

Fax: 785-655-2502

File Copy

**INVOICE TO:**
Compute North NE5, LLC.
7575 Corporate Way

Eden Prairie, MN 55344-

**DELIVER TO:**
Compute North NE5, LLC.
3215 Global Drive

Kearney, NE 68847-

NE

| | | | |
|---|---|---|---|
| Customer: | MNK1267 | Ship VIA: | |
| Sales Order: | 298289 | Salesperson: | Phil Risch |

| Order Qty | Ship Qty | Description | W/H | Unit Price | U of M | Line Total |
|---|---|---|---|---|---|---|
| 9 | 5 | New 2000 KVA Padmount | 781 | 50,000.000 | EA | 250,000.00 |

S/N(s):
YT-22-10998    YT-22-10999    YT-22-11000    YT-22-11001    YT-22-11002

NEW 2000 kVA Padmount Transformer
HV: 34500 Delta - LV: 415 Y 240
Taps: +/- 2 @ 2.5%
Cooling: ONAN - Temp Rise: 65 C
Frequency: 60 Hz - Impedance: 5.75% +/- 7.5%
Windings: Aluminum - Fluid: Mineral Oil
HV Bushings: Dead Front Loop Feed / 600A Deadbreak
LV Bushings: 10-HOLE Spades w/ Supports

Accessories:
Liquid Level Gauge
Pressure Vacuum Gauge
Dial Type Thermometer
Drain and Sample Valve
4 Position T-Blade
Bayonet Fuses

**REMIT TO:**
Sunbelt Solomon Services, LLC
Attention: AR Department
1922 S MLK Jr Drive
Temple, Texas 76504

**Go Paperless!**
Sign up for Invoice E-Delivery!
Please send customer name, customer #, email address and phone number to: acctg@solomoncorp.com

| | |
|---|---|
| Invoice Subtotal: | 250,000.00 |
| Total Sales Tax: | 17,500.00 |
| **Pay This Amount:** | **267,500.00** |

*Recipient of the Million Work Hours Award from the National Safety Council*