# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# (HOUSTON DIVISION)

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., | Case No. 22-90273 (MI) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE OF JUSTIN M. MERTZ

PLEASE TAKE NOTICE that undersigned counsel hereby enters appearance pursuant to 11 U.S.C. § 1109(b), and Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure on behalf of **ATLAS TECHNOLOGY GROUP, LLC** and requests that copies of all notices, pleadings and papers filed in this case be served via mail, hand delivery, electronically or other appropriate means at the address indicated below:

| | |
|---|---|
| Attorney name: | Justin M. Mertz |
| Firm: | Michael Best & Friedrich LLP |
| Street address: | 790 N. Water Street, Suite 2500 |
| City/State/Zip: | Milwaukee, WI 53202 |
| Telephone Number: | 414-271-6560 |
| E-mail Address: | jmmertz@michaelbest.com |

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights without limitation: (a) to require that where any adversary proceeding is to be initiated, service shall be made in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have final orders in non-core matters entered only

after *de novo* review by the United States District Court; (c) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments in law or at equity.

Dated: March 15, 2023.

**MICHAEL BEST & FRIEDRICH LLP**

*By: s/ Justin M. Mertz*
Justin M. Mertz, Esq.
jmmertz@michaelbest.com
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.271.6560

Attorneys for Atlas Technology Group, LLC