IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

In re:

MINING PROJECT WIND DOWN HOLDINGS, INC.
(f/k/a Compute North Holdings, Inc.), et al.,

    Debtors.

Chapter 11
Case No. 22-90273 (MI)
Jointly Administered

**ORDER GRANTING (I) LEAVE TO ATLAS TECHNOLOGY GROUP, LLC TO AMEND ITS PROOF OF CLAIM AND (II) RELIEF FROM (A) THE AUTOMATIC STAY AND (B) THE INUNCTIVE PROVISION OF SECTION 9.6 OF THE DEBTORS' PLAN**

This matter came before the Court on the Motion of Atlas Technology Group, LLC ("**Atlas**") for (I) leave to amend its timely filed Proof of Claim pursuant to Fed. R. Bankr. P. 7015 and (II) relief from (A) the automatic stay pursuant to 11 U.S.C. § 362(d) and (B) any enforcement of the injunctive provisions under Section 9.6 of the Debtors' Third Amended Joint Liquidating Chapter 11 Plan (the "**Plan**"). Based upon the record before the Court, the Court finds cause to grant the relief requested therein. **THEREFORE, IT IS HEREBY ORDERED** that:

1. Atlas is granted leave to file an Amended Proof of Claim, in substantially the form submitted as part of its Motion. The Amended Proof of Claim shall be filed as soon as practicable after entry of this Order.

2. The automatic stay is hereby modified to permit Atlas to assert any setoff, recoupment, or other defenses that Atlas may have in Atlas' defense of Adversary Proceeding No. 23-03005.

3. Notwithstanding any automatic stay of this Order within Fed. R. Bankr. P. 4001(a)(3), this Order is effective upon entry.

4. Atlas is hereby granted relief from the injunctive provisions within Section 9.6 of the Debtors' Plan to raise any setoff, recoupment, or other defenses as part of the Adversary Proceeding.

DATED:_____

_____
Marvin Isgur
United States Bankruptcy Judge