United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MINING PROJECT WIND DOWN HOLDINGS, INC. ) | Case No. 22-90273 (MI) |
| (f/k/a Compute North Holdings, Inc.), *et al.*,[1] ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**ORDER ALLOWING INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
[Docket No. 976]

The Court has considered the *Cover Sheet for First Interim Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period of September 22, 2022, To and Including December 31, 2022* (the "Application") filed by Jefferies LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $3,071,497.66 for the period set forth in the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: March 14, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Mining Project Wind Down Holdings Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 7 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf002 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | ASM Capital X LLC, 100 Jericho Quadrangle, Suite 230, Jericho, NY 11753-2710 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4357 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | + | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: pdf002 | Total Noticed: 46 |

| | | |
|---|---|---|
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | | Reviva, Inc., 5120 Main Street NE, Minneapolis, MN 55421 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: legal@mybigspring.com | Mar 14 2023 19:54:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |
| cr | ^ MEBN | Mar 14 2023 19:52:38 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ferguson Braswell Fraser Kubasta PC |
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bobs Limited |
| cr | | Bootstrap Energy LLC |
| intp | | Bradford Capital Management, LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | General Casualty Company of Wisconsin |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| trnsfee | | LP1 LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |
| op | | Miller Buckfire & Co., LLC and Stifel, Nicolaus & |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| crcm | | Official Committee of Unsecured Creditors of Minin |
| fa | | Portage Point Partners, LLC |

| | |
|---|---|
| cr | Praetorian Insurance Company |
| cr | Rohit Shirole |
| cr | Sunbelt Solomon Services, LLC |
| cr | TZ Capital Holdings LLC |
| cr | Unluck Technology Pte. Ltd. |
| cr | Veribi LLC |
| cr | Wolf Hollow II Power, LLC |

TOTAL: 43 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1  LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com |
| Andrew Christian Papa | on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com |
| Branch Masterson Sheppard | on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com |
| Brandon Renken | on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al. |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf002 | Total Noticed: 46 |

crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles Stephen Kelley

on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power

on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg

on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com computenorth.ph@paulhastings.com

Elizabeth Nicolle Boydston

on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com

Elizabeth Nicolle Boydston

on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston

on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com

Heather Berkowitz

on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Idris Motiwala

on behalf of Transferee LP1 LLC imotiwala@crowell.com

J Michael Sutherland

on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon

on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com

District/off: 0541-4　　　　　　　　　　　User: ADIuser　　　　　　　　　　　　　Page 5 of 7
Date Rcvd: Mar 14, 2023　　　　　　　　Form ID: pdf002　　　　　　　　　　　Total Noticed: 46

| | |
|---|---|
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | on behalf of Creditor Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| Jessica Liou | on behalf of Interested Party Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com |
| John Lewis, Jr. | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com sgrussell@shb.com |
| John Willard | on behalf of Creditor Compass Mining Inc. jwillard@atllp.com |
| John David Cornwell | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com hvalentine@munsch.com |
| John F Higgins, IV | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Joseph William Buoni | on behalf of Creditor Generate Lending LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Kenneth P. Green | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com laura.terrell@bondsellis.com |
| Kevin M. Capuzzi | on behalf of Creditor Axle Logistics LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristhy M Peguero | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 7 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf002 | Total Noticed: 46 |

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Laura J Monroe
on behalf of Creditor Howard County Tax Office at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner
on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com dserenil@haleyolson.com

Lori Ann Hood
on behalf of Interested Party Mayer LLP lhood@mayerllp.com wdaniels@mayerllp.com

Lori Ann Hood
on behalf of Interested Party DeWitt LLP lhood@mayerllp.com wdaniels@mayerllp.com

Luc Despins
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com winniewu@paulhastings.com

Luc Despins
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) lucdespins@paulhastings.com, winniewu@paulhastings.com

Maegan Quejada
on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett
on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark A Carter
on behalf of Creditor Reviva Inc. mcarter@hinshawlaw.com

Mark Adam Castillo
on behalf of Creditor Corpus Christi Energy Park LLC markcastillo@ccsb.com

Mark Adam Castillo
on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com

Matt Micheli
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matthew Hoffman
on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod
on behalf of Creditor Mercuria Energy America LLC mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com

Matthew Scott Okin
on behalf of Interested Party CN Borrower LLC mokin@okinadams.com bmoore@okinadams.com

Matthew Scott Okin
on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com bmoore@okinadams.com

Matthew Scott Okin
on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com bmoore@okinadams.com

Matthew W Silverman
on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Matthew W Silverman
on behalf of Creditor Decimal Digital Currency I LLC msilverman@pryorcashman.com

Meredyth A. Kippes
on behalf of Interested Party Alder SPV I LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
on behalf of Interested Party Alder Opportunity LP meredyth.kippes@usdoj.gov

Meredyth A. Kippes
on behalf of Interested Party Alder BTC Holdings LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
on behalf of Interested Party GH Effect Inc. meredyth.kippes@usdoj.gov

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf002 | Total Noticed: 46 |

Michael G Kelly
    on behalf of Creditor City of Big Spring Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Patricia Baron Tomasco
    on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com

Patrick M Haines
    on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy
    on behalf of Creditor Generate Lending LLC pguffy@huntonak.com

Rachael L Smiley
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law eglenn@fbfk.law

Rachael L Smiley
    on behalf of Plaintiff Mining Project Wind Down Pledgor LLC rsmiley@fbfk.law eglenn@fbfk.law

Rachael L Smiley
    on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law eglenn@fbfk.law

Ralph McDowell
    on behalf of Creditor Freudenberg Filtration Technologies L.P. rmcdowell@bodmanlaw.com

Randall Adam Swick
    on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com molly.batiste-debose@akerman.com

Robert Coleman Rowe
    on behalf of Creditor Corpus Christi Energy Park LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
    on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com lsparks@ccsb.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) sayanbhattacharyya@paulhastings.com

Scott A. Stichter
    on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky
    on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com

Stephen Wayne Sather
    on behalf of Creditor TeslaWatt ssather@bn-lawyers.com plevine@bn-lawyers.com;rblack@bn-lawyers.com

Steven A. Leyh
    on behalf of Creditor Bobs Limited leyh@hooverslovacek.com graham@hooverslovacek.com

T. Josh Judd
    on behalf of Creditor Decimal Digital Currency I LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com sray@andrewsmyers.com

Tara LeDay
    on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 111