UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) ) ) | Case No. 22-90273 (MI) |
|  | ) |  |
| Debtors. | ) ) | (Jointly Administered) |

**STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE
PROFESSIONALS FROM NOVEMBER 1, 2022 THROUGH JANUARY 31, 2023**

  **PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief*, dated October 24, 2022 (the "OCP Order") [Docket No. 248], the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their second statement, attached hereto as **Exhibit A** (the "OCP Statement"), of fees paid to certain professionals utilized in the ordinary course of business (each, an "OCP"). The OCP Statement provides: (i) the name of each OCP; and (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each OCP during the fee period starting November 1, 2022 and ending January 31, 2023 (the "Fee Period").

  **PLEASE TAKE FURTHER NOTICE** that the OCP Order requires the Debtors to file and serve OCP Statements at three-month intervals, setting forth: (i) the name of each OCP; (ii) the aggregate amounts paid as compensation to each OCP during the Fee Period; (iii) all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

postpetition payments made to each OCP to date; and (iv) a general description of the services rendered by each OCP.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 17, 2023
       Houston, Texas            /s/ *James T. Grogan III*
                                       **PAUL HASTINGS LLP**
                                       James T. Grogan III (TX Bar No. 24027354)
                                       600 Travis Street, 58th Floor
                                       Houston, Texas 77002
                                       Telephone: (713) 860-7300
                                       Facsimile: (713) 353-3100
                                       Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
         sayanbhattacharyya@paulhastings.com
         danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
         michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on March 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                /s/ *James T. Grogan III*
                                                                 James T. Grogan III

**Exhibit A**

**Payments from November 1, 2022 to January 31, 2023**

| Professional | Amount Paid 11/1/22-1/31/23 | Cumulative Amount Paid 9/23/22-1/31/23 | Services Rendered |
|---|---|---|---|
| McDonald Hopkins | $7,817 | $8,227 | Reviewed and analyzed trademark office actions and legal appeals |
| Jackson Walker LLP | $21,376 | $21,376 | Legal services regarding vendor for former project site and Matthias Bolda v. Compute North |
| Madel PA | $22,584 | $22,584 | Legal services regarding former employee claim |
| Miller & Associates Consulting Engineers, P.C. | - | $737 | Revised site plan layout of data center pods to reduce the hot aisle spacing; revised grading |
| Norton Rose Fulbright US LLP | $13,768 | $13,768 | Legal services regarding Property Management Agreement |
| **Total** | **$65,545** | **$66,692** | |