IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | § § § § | Case No. 22-90273 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**SECOND FEE STATEMENT OF MILLER BUCKFIRE & CO., LLC AND STIFEL, NICOLAUS & CO., INC. AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 249], each party receiving notice of this fee statement shall have until 4:00 p.m. (prevailing Central Time) on the day that is 21 days after service of this fee statement to object to the fees and expenses requested herein. Upon the expiration of such 21-day period, the Debtors are authorized and directed to pay 80% of the fees and 100% of the expenses requested in this fee statement that are not subject to an objection.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, IL 60654.

| **Name of Applicant:** | **Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc.** | |
|---|---|---|
| Applicant's role in case: | Investment Banker to the Official Committee of Unsecured Creditors | |
| Date Order of employment signed: | December 5, 2022 [Docket No. 611] | |
| Time period covered by this fee statement: | **Beginning of Period** | **End of Period** |
|  | January 1, 2023 | January 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total amounts awarded in all prior fee statements: | | – |
| Total fees requested in this fee statement:[2] | | $150,000.00 |
| 20% holdback: | | $30,000.00 |
| Total fees requested less 20% holdback: | | $120,000.00 |
| Total expenses requested in this fee statement: | | $245.97 |
| Total fees and expenses requested in this fee statement (less 20% holdback): | | $120,245.97 |
| Total actual professional hours covered by this fee statement: | | 227.0 |
| Average hourly rate for professionals: | | No hourly rate |

---

[2] This Monthly Fee of $150,000, which became due on January 1, 2023, is more particularly defined and described in the *Order (I) Authorizing the Employment and Retention of Miller Buckfire as Investment Banker Effective as of October 11, 2022, and (II) Granting Related Relief* [Docket No. 611].

**Professionals**

Stifel Nicolaus and Miller Buckfire professionals rendering services during the Fee Period were:

| Professional | Hours |
|---|---|
| John D'Amico, Managing Director, Miller Buckfire | 40.5 |
| Yoon Song, Director, Miller Buckfire | 53.5 |
| Benjamin Schwartz, Associate, Miller Buckfire | 64.0 |
| Braiden Brousseau, Associate, Stifel Nicolaus | 2.0 |
| Sean Hughes, Analyst, Miller Buckfire | 67.0 |
| **Total:** | **227.0** |

Stifel Nicolaus and Miller Buckfire do not charge hourly rates to the Committee and no hourly rates are associated with these professionals.

## Hours by Matter

Hours expended by these professionals by matter during the Fee Period were:

| Matter Number | Matter Description | Total Hours |
|:---:|:---:|---:|
| 1 | Company Diligence and Stakeholder Discussions | 24.5 |
| 2 | Business Operations and Forecast | 11.5 |
| 3 | Case Administration | 11.0 |
| 4 | Committee of Unsecured Creditors Discussions / Meetings | 14.0 |
| 5 | Fee/Employment Applications | 2.0 |
| 6 | Fee/Employment Objections | - |
| 7 | Strategy Discussions with Counsel | 21.5 |
| 8 | Plan and Disclosure Statement Review | 24.5 |
| 9 | Court Filings Preparation and Review | 3.5 |
| 10 | Bankruptcy Court Attendance | - |
| 11 | Analysis for Committee of Unsecured Creditors | 96.0 |
| 12 | Recovery Analysis | 13.5 |
| 13 | M&A Process | 5.0 |
| 14 | DIP Process | - |
| | **Total:** | **227.0** |

**Summary of Expenses by Category**

| Expense Category | Expenses |
|---|---|
| Postage | 0 |
| Business Meals & Entertainment | 0 |
| Airfare and Related Fees | 0 |
| Overtime Meals | 40.00 |
| Telecommunications | 0 |
| Hotel | 0 |
| Local Transportation | 137.17 |
| Rail and Ground Transportation | 0 |
| Graphical Support Services | 68.80 |
| Legal Expenses | 0 |
| **Total:** | **$245.97** |

Pursuant to sections 328 and 330 of chapter 11 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas, the *Order (I) Authorizing the Employment and Retention of Miller Buckfire as Investment Banker Effective as of October 11, 2022, and (II) Granting Related Relief* [Docket No. 611] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 249], (the "**Interim Compensation Order**"), Miller Buckfire & Co., LLC ("**MB&Co.**") and Stifel Nicolaus Stifel, Nicolaus & Co., Inc. (together with MB&Co., "**Miller Buckfire**"), investment banker to the official committee of unsecured creditors (the "**Committee**") of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, submits this fee statement (this "**Fee Statement**") requesting: (i) interim allowance of compensation for professional services in the amount of $150,000 and reimbursement of out-of-pocket expenses in the amount $245.97 for the period January 1, 2023 through January 31, 2023 (the "**Fee Period**"); (ii) that, upon the expiration of the objection deadline, the Debtors are authorized and directed to pay Miller Buckfire fees in the amount of $120,000 (80% of $150,000) and 100% of out-of-pocket expenses in the amount of $245.97, for a total amount of $120,245.97; and (iii) such other and further relief as the Court deems proper.

### Summary of Exhibits

1. In support of this Fee Statement, attached are the following exhibits:

   - **Exhibit A** sets forth the time records maintained by Miller Buckfire for the Fee Period; and

   - **Exhibit B** sets forth information regarding the expenses for which Miller Buckfire is seeking reimbursement for the Fee Period.

2. The Committee retained Miller Buckfire as its investment banker on October 11, 2022. On December 5, 2022, this Court entered the Retention Order. Miller Buckfire's work for the Committee is ongoing.

## Terms of Compensation and Reimbursement

3. The Retention Order authorized the Committee to employ and retain Miller Buckfire pursuant to the terms of the letter agreement attached to the Retention Order (the "**Engagement Letter**"), subject to certain modifications set forth in the Retention Order.

4. The Engagement Letter, as modified by the Retention Order, entitles Miller Buckfire to detailed compensation and reimbursement terms that were substantively negotiated among Miller Buckfire, the Committee and the Debtors.

## Reservation of Rights and Notice

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, Miller Buckfire reserves the right to submit additional fee statements or an amended fee statement that includes additional fees and expenses for the Fee Period not included herein.

6. Notice of this Fee Statement has been provided to the Notice Parties (as defined in the Interim Compensation Order). Miller Buckfire submits that such notice is sufficient and that no other or further notice need be provided.

| | |
|---|---|
| Dated: March 20, 2023<br>New York, New York | By: /s/ *John D'Amico*<br>John D'Amico<br>Managing Director<br>Miller Buckfire & Co., LLC |

## Exhibit A

## Time Records by Timekeeper

**Banker Name:** John D'Amico

| Date | Project Code | Hr | Description |
|---|---|---|---|
| 1/3/23 | 3 - Case Administration | 1.0 | Internal MB meeting to regroup and discuss key work streams and issues |
| 1/3/23 | 9 - Court Filings Preparation and Review | 1.0 | Review contract rejection filings and exhibits |
| 1/3/23 | 2 - Business Operations and Forecast | 0.5 | Weekly Call with PPP |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review MB variance analysis and provide edits |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 1.5 | Review notes and prepare for weekly call with counsel |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 0.5 | Weekly call with MWE |
| 1/3/23 | 5 - Fee/Employment Applications | 1.0 | Review fee application hours |
| 1/4/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Final review of UCC presentation materials |
| 1/4/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Review notes and prepare for presentation during weekly UCC call |
| 1/4/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Committee Call |
| 1/5/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Weekly call with Debtors Advisors |
| 1/10/23 | 2 - Business Operations and Forecast | 1.0 | Review cash flow variance |
| 1/10/23 | 2 - Business Operations and Forecast | 1.0 | Call with PPP |
| 1/10/23 | 3 - Case Administration | 1.0 | Internal meeting to catch up on key work streams |
| 1/10/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review liquidity update slides |
| 1/10/23 | 7 - Strategy Discussions with Counsel | 0.5 | Update call with MWE |
| 1/10/23 | 13 - M&A Process | 0.5 | Call with Jefferies |
| 1/11/23 | 3 - Case Administration | 1.5 | Internal meeting to discuss go forward strategy |
| 1/11/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Committee Call |
| 1/11/23 | 2 - Business Operations and Forecast | 0.5 | Review and analyze revised cash flow forecast |
| 1/11/23 | 2 - Business Operations and Forecast | 1.0 | Call with PPP to discuss revised cash flow forecast |

| Date | Category | Hours | Description |
|---|---|---|---|
| 1/12/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with Debtors Advisors |
| 1/12/23 | 2 - Business Operations and Forecast | 1.0 | Internal MB team calls to discuss work streams |
| 1/12/23 | 9 - Court Filings Preparation and Review | 1.5 | Review draft Retained Causes of Action documents |
| 1/15/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.5 | Review revised cash flow analysis |
| 1/16/23 | 12 - Recovery Analysis | 2.0 | Review and understand updated recovery analysis |
| 1/16/23 | 12 - Recovery Analysis | 1.5 | Internal meeting to discuss go forward strategy |
| 1/17/23 | 12 - Recovery Analysis | 1.0 | Call with PPP |
| 1/17/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/17/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Analyze updated recovery analysis and cash flow analysis |
| 1/18/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Review UCC presentation |
| 1/18/23 | 13 - M&A Process | 0.5 | Call with Jefferies to discuss asset sales |
| 1/18/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 0.5 | Weekly Committee call |
| 1/19/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Weekly call with Debtors Advisors |
| 1/19/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE to discuss next steps |
| 1/24/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review weekly UCC update slides |
| 1/24/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE |
| 1/25/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 0.5 | Weekly Committee call |
| 1/26/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with Debtors Advisors |
| 1/31/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Call with PPP |
| 1/31/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE |
| 1/31/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review and comment on weekly UCC update slides |

**TOTAL HOURS** — **40.5**

**Banker Name:** Yoon Song

| Date | Project Code | Hr | Description |
|---|---|---|---|
| 1/3/23 | 3 - Case Administration | 1.0 | Internal MB meeting to regroup and discuss key workstreams and issues |
| 1/3/23 | 9 - Court Filings Preparation and Review | 0.5 | Review contract rejection filings and exhibits |
| 1/3/23 | 2 - Business Operations and Forecast | 1.5 | Review notes from prior week and cash flow variance report to prepare for PPP call |
| 1/3/23 | 2 - Business Operations and Forecast | 0.5 | Weekly Call with PPP |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review MB variance analysis and provide edits |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 0.5 | Review notes and prepare for weekly call with counsel |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 0.5 | Weekly call with MWE |
| 1/3/23 | 5 - Fee/Employment Applications | 1.0 | Review fee application hours |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Cross reference customer contract rejections to customer list provided by Debtors earlier in case |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Call with PPP and follow-up email regarding customer contracts and wind down employee retention |
| 1/4/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Final review of UCC presentation materials |
| 1/4/23 | 7 - Strategy Discussions with Counsel | 0.5 | Draft and send update email to MWE |
| 1/4/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Review notes and prepare for presentation during weekly UCC call |
| 1/4/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Committee Call |
| 1/4/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Follow-up emails to PPP on employe retention / KERP |
| 1/5/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Weekly call with Debtors Advisors |
| 1/5/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Field questions from MWE and engage with PPP for information |
| 1/10/23 | 2 - Business Operations and Forecast | 0.5 | Review cash flow variance |
| 1/10/23 | 2 - Business Operations and Forecast | 1.0 | Call with PPP |
| 1/10/23 | 3 - Case Administration | 1.0 | Internal meeting to catch up on key workstreams |
| 1/10/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review and edit liquidity update slides |
| 1/10/23 | 7 - Strategy Discussions with Counsel | 0.5 | Update call with MWE |
| 1/10/23 | 13 - M&A Process | 0.5 | Call with Jefferies |

| Date | Category | Hours | Description |
|---|---|---|---|
| 1/11/23 | 3 - Case Administration | 1.5 | Internal meeting to discuss go forward strategy |
| 1/11/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Committee Call |
| 1/11/23 | 2 - Business Operations and Forecast | 1.0 | Review and analyze revised cash flow forecast |
| 1/11/23 | 2 - Business Operations and Forecast | 1.0 | Call with PPP to discuss revised cash flow forecast |
| 1/12/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with Debtors Advisors |
| 1/12/23 | 3 - Case Administration | 1.0 | Internal MB team calls to discuss work streams |
| 1/12/23 | 2 - Business Operations and Forecast | 1.0 | Continue review of revised cash flow forecast |
| 1/12/23 | 9 - Court Filings Preparation and Review | 0.5 | Review draft Retained Causes of Action documents |
| 1/14/23 | 8 - Plan and Disclosure Statement Review | 2.5 | Review and analyze draft retained causes of action and supporting exhibits |
| 1/15/23 | 8 - Plan and Disclosure Statement Review | 3.5 | Analyze updated recovery analysis and cash flow analysis |
| 1/16/23 | 11 - Analysis for Committee of Unsecured Creditors | 6.0 | Draft, review and edit analyses for UCC |
| 1/16/23 | 12 - Recovery Analysis | 1.5 | Internal meeting to discuss go forward strategy |
| 1/17/23 | 12 - Recovery Analysis | 1.0 | Call with PPP |
| 1/17/23 | 12 - Recovery Analysis | 3.5 | Draft addiional slides and analysis on revised liquidity and recovery |
| 1/17/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/18/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Review UCC presentation |
| 1/18/23 | 13 - M&A Process | 0.5 | Call with Jefferies to discuss latest activity on container sales |
| 1/18/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 0.5 | Weekly Committee call |
| 1/19/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Weekly call with Debtors Advisors |
| 1/19/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE to discuss next steps |
| 1/19/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Call with PPP on filing revised analysis |
| 1/19/23 | 7 - Strategy Discussions with Counsel | 0.5 | Update email to MWE on discussion with PPP |
| 1/20/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Follow-up call with PPP |
| 1/20/23 | 7 - Strategy Discussions with Counsel | 0.5 | Update email to MWE on follow-up discussion with PPP |
| 1/24/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Review and provide edits to UCC slides |
| 1/24/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE |

| Date | Project Code | Hr | Description |
|---|---|---|---|
| 1/25/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 0.5 | Weekly Committee call |
| 1/26/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with Debtors Advisors |
| 1/31/23 | 1 - Company Diligence and Stakeholder Discussions | 0.5 | Call with PPP |
| 1/31/23 | 7 - Strategy Discussions with Counsel | 0.5 | Call with MWE |
| 1/31/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Review and and comment on UCC slides |

**TOTAL HOURS**   53.5

**Banker Name:** Ben Schwartz

| Date | Project Code | Hr | Description |
|---|---|---|---|
| 1/3/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Prepare Weekly UCC Update |
| 1/4/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/5/23 | 13 - M&A Process | 1.0 | Call with Debtors' advisors to discuss sale process and claims analysis |
| 1/5/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Prepare Weekly UCC Update |
| 1/10/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/10/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Prepare Weekly UCC Update |
| 1/10/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly discussion with MWE |
| 1/11/23 | 3 - Case Administration | 1.5 | Internal meeting to discuss go forward strategy |
| 1/11/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/12/23 | 11 - Analysis for Committee of Unsecured Creditors | 5.0 | Prepare Weekly UCC Update |
| 1/12/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/13/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Intenal calls to discuss next steps |

| Date | Category | Hours | Description |
|---|---|---|---|
| 1/13/23 | 11 - Analysis for Committee of Unsecured Creditors | 4.5 | Prepare Weekly UCC Update |
| 1/14/23 | 8 - Plan and Disclosure Statement Review | 3.5 | Review and analyze draft retained causes of action and supporting exhibits |
| 1/15/23 | 8 - Plan and Disclosure Statement Review | 5.0 | Analyize updated recovery analysis and cash flow analysis |
| 1/16/23 | 11 - Analysis for Committee of Unsecured Creditors | 4.5 | Prepare Weekly UCC Update |
| 1/16/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Internal discussion regarding weekly UCC update |
| 1/16/23 | 12 - Recovery Analysis | 1.5 | Internal meeting to discuss go forward strategy |
| 1/17/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/17/23 | 11 - Analysis for Committee of Unsecured Creditors | 7.0 | Prepare Weekly UCC Update |
| 1/17/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/18/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/19/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/19/23 | 7 - Strategy Discussions with Counsel | 0.5 | Discussion with MWE regarding claims pool |
| 1/23/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Prepare Weekly UCC Update |
| 1/24/23 | 11 - Analysis for Committee of Unsecured Creditors | 0.5 | Prepare Weekly UCC Update |
| 1/24/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/24/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/25/23 | 13 - M&A Process | 0.5 | Discussion with Jefferies regarding sale process |
| 1/25/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/26/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/30/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Prepare Weekly UCC Update |
| 1/31/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Prepare Weekly UCC Update |
| 1/31/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/31/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| **TOTAL HOURS** | | **64.0** | |

| Banker Name: | Braiden Brousseau | | |
|---|---|---|---|
| **Date** | **Project Code** | **Hr** | **Description** |
| 1/31/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Analysis of the Debtors' assets |
| **TOTAL HOURS** | | **2.0** | |

| Banker Name: | Sean Hughes | | |
|---|---|---|---|
| **Date** | **Project Code** | **Hr** | **Description** |
| 1/3/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/3/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/3/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.5 | Prepare Weekly UCC Update |
| 1/4/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/5/23 | 13 - M&A Process | 1.0 | Call with Debtors' advisors to discuss sale process and claims analysis |
| 1/5/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.0 | Prepare Weekly UCC Update |
| 1/10/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/10/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.5 | Prepare Weekly UCC Update |
| 1/10/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly discussion with MWE |
| 1/11/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/11/23 | 3 - Case Administration | 1.5 | Internal meeting to discuss go forward strategy |
| 1/12/23 | 11 - Analysis for Committee of Unsecured Creditors | 5.0 | Prepare Weekly UCC Update |
| 1/12/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/13/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Intenal calls to discuss next steps |
| 1/13/23 | 11 - Analysis for Committee of Unsecured Creditors | 5.5 | Prepare Weekly UCC Update |

| Date | Category | Hours | Description |
|---|---|---|---|
| 1/14/23 | 8 - Plan and Disclosure Statement Review | 5.0 | Review and analyze draft retained causes of action and supporting exhibits |
| 1/15/23 | 8 - Plan and Disclosure Statement Review | 5.0 | Analyize updated recovery analysis and cash flow analysis |
| 1/16/23 | 11 - Analysis for Committee of Unsecured Creditors | 3.5 | Prepare Weekly UCC Update |
| 1/16/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.0 | Internal discussion regarding weekly UCC update |
| 1/16/23 | 12 - Recovery Analysis | 1.5 | Internal meeting to discuss go forward strategy |
| 1/17/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/17/23 | 11 - Analysis for Committee of Unsecured Creditors | 4.5 | Prepare Weekly UCC Update |
| 1/17/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/18/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/19/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/19/23 | 7 - Strategy Discussions with Counsel | 0.5 | Discussion with MWE regarding claims pool |
| 1/23/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Prepare Weekly UCC Update |
| 1/24/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Prepare Weekly UCC Update |
| 1/24/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/24/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |
| 1/25/23 | 13 - M&A Process | 0.5 | Discussion with Jefferies regarding sale process |
| 1/25/23 | 4 - Committee of Unsecured Creditors Discussions / Meetings | 1.0 | Weekly call with the UCC |
| 1/26/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Call with Debtors' advisors |
| 1/30/23 | 11 - Analysis for Committee of Unsecured Creditors | 2.5 | Prepare Weekly UCC Update |
| 1/31/23 | 11 - Analysis for Committee of Unsecured Creditors | 1.5 | Prepare Weekly UCC Update |
| 1/31/23 | 1 - Company Diligence and Stakeholder Discussions | 1.0 | Weekly call with PPP |
| 1/31/23 | 7 - Strategy Discussions with Counsel | 1.0 | Weekly call with MWE |

**TOTAL HOURS** — **67.0**

**Exhibit B**

**Reimbursible Expenses**

| Expense Category | Date | Professional | Description | Total Expense |
|---|---|---|---|---|
| Meals | | | | |
| | 12/20/22 | Song, Yoon | Working Meals (in office only) | $ 20.00 |
| | 1/3/23 | Schwartz, Benjamin | Working Meals (in office only) | 20.00 |
| | | | Sub-Total | $ 40.00 |
| | | | | |
| Local Ground Transport | | | | |
| | 12/20/22 | Schwartz, Benjamin | Late Night Taxi From Office | $ 25.34 |
| | 1/4/23 | Song, Yoon | Late Night Taxi From Office | 111.83 |
| | | | | |
| Graphics and Presentation Support | | | | |
| | 11/28/22 | Sean Hughes | | $ 12.59 |
| | 11/28/22 | Sean Hughes | | $ 48.80 |
| | 12/6/22 | Benjamin Schwartz | | $ 1.13 |
| | 12/28/22 | Sean Hughes | | $ 6.27 |
| | | | Sub-Total | $ 68.80 |
| | | | Total | $ 245.97 |