UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-90273 (MI)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket Nos. 1067 & 1068** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2023, I caused to be served the:

   a. "Corrected First Interim Fee Application of Portage Point Partners, LLC, Financial Advisor to the Debtors, for Allowance and Payment of Fees and Expenses for the Period From September 22, 2022 Through December 31, 2022," dated March 17, 2023 [Docket No. 1067], and

   b. "Statement of Amounts Paid to Ordinary Course Professionals From November 1, 2022 Through January 31, 2023," dated March 17, 2023 [Docket No. 1068],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Geoff Zahm
Geoff Zahm

Sworn to before me this
20th day of March, 2023
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2025

# EXHIBIT A

MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al*.
Case No. 22-90273 (MI) - Email Fee App Parties

| Name | Email |
|---|---|
| Compute North Holdings Inc. | jason.stokes@computenorth.com; barry.coulby@computenorth.com |
| Office of US Trustee | jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Counsel to Committee | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |