IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| In re: | |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., | Chapter 11<br>Case No. 22-90273 (MI)<br>Jointly Administered |
| Debtors. | |

**NOTICE OF HEARING ON ATLAS TECHNOLOGY GROUP, LLC'S MOTIONS FOR (I) LEAVE TO AMEND ITS PROOF OF CLAIM AND (II) RELIEF FROM (A) THE AUTOMATIC STAY AND (B) THE INJUNCTIVE PROVISION OF SECTION 9.6 OF THE DEBTORS' PLAN**

**PLEASE TAKE NOTICE** that Atlas Technology Group, LLC's *Motions for (I) Leave to Amend its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan* [Docket No. 1062] (the "**Motions**") in the above-referenced Chapter 11 case have been set for a hearing (the "**Hearing**") on **Monday, April 10, 2023 at 10:00 a.m. (Central Time)** before the Honorable Marvin Isgur, Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or electronically by an audio or video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and entering the conference code (954554). Video communication will be by use of the GoToMeeting platform. You may connect via the free GoToMeeting application or by clicking the link (https://gotomeet.me/JudgeIsgur) on Judge Isgur's homepage on the Southern District of Texas website. The meeting code is "Judgeisgur." Click the settings icon in the upper-righthand corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur) on Judge Isgur's homepage. Then, select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: March 28, 2023.                                **MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Justin M. Mertz*
Justin M. Mertz, WI Bar No. 1056938
790 North Water Street, Suite 2500
Milwaukee, WI 53202-3509
Phone: (414) 271-6560
Fax: (414) 277-0656
jmmertz@michaelbest.com

*Attorneys for Atlas Technology Group, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2023, pursuant to Fed. R. Bankr. P. 4001 and LBR 4001-1(a)(4), a true copy of the foregoing was served on the following parties and/or their counsel of record: the Debtors, the Official Committees of Unsecured Creditors, parties requesting notice, parties with an interest in collateral that is the subject of the requested relief, co-debtors under 11 U.S.C. § 1301, parties who are identified as a party against whom relief is sought in the foregoing Motion, and the U.S. Trustee.

The following parties were served via mail as they are listed as a party requesting service on the Debtors' Master Service List and have not appeared via CM/ECF:

| AKERMAN LLP<br>COUNSEL TO ULUCK<br>DAVID W. PARHAM<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201 | CIRCUIT BREAKER GUYS LLC<br>STEVE WEIDNER<br>4740 E 2ND ST UNIT C21<br>BENECIA, CA 94510 | RAND WORLDWIDE INC.<br>AUSTIN SOBOLEWSKI<br>11201 DOLFIELD BOULEVARD SUITE 112<br>OWINGS MILLS, MD 21117 |
|---|---|---|
| AKERMAN LLP<br>COUNSEL TO ULUCK<br>R. ADAM SWICK<br>500 WEST 5TH STREET, SUITE 1210<br>AUSTIN, TX 78701 | PROSEK LLC<br>THOMAS PETRULLO<br>105 MADISON AVE FLOOR 7<br>NEW YORK, NY 10016 | RECRUITERS OF MINNESOTA<br>KELLY HOGAN<br>6110 BLUE CIRCLE DR, SUITE 280<br>MINNETONKA, MN 55343 |

| | | |
|---|---|---|
| THE FINMAN LAW FIRM PLLC<br>COUNSEL TO RANGER<br>ATTN: TZVI A. FINMAN<br>10101 FONDREN ROAD, SUITE 575<br>HOUSTON, TX 77096 | URBAN SOLUTION GROUP<br>CHIEF FINANCIAL OFFICER<br>4230 ELATI ST<br>DENVER, CO 80216 | WESTWOOD PROFESSIONAL SERVICES<br>DAVID WIRT<br>12701 WHITEWATER DRIVE<br>SUITE 300<br>MINNETONKA, MN 55343 |

*/s/Justin M. Mertz*
Justin M. Mertz