# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket No. 11** |

## MASTER SERVICE LIST

**(as of April 5, 2023)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

| | |
|---|---|
| **UNITED STATES TRUSTEE** | **GOVERNMENTAL AGENCIES** |
| OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK ST, STE 3516<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE ST, RM 121<br>DALLAS, TX 75242 |
| MINNESOTA ATTORNEY GENERAL<br>ATTN KEITH ELLISON<br>445 MINNESOTA STREET<br>SUITE 1400<br>ST. PAUL, MN 55101-2131 | NEBRASKA ATTORNEY GENERAL<br>ATTN DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL<br>ATTN LETITIA JAMES<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN SHAMOIL SHIPCHANDLER, REG DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102 | SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN MARK VARGO<br>1302 E HWY 14<br>SUITE 1<br>PIERRE, SD 57501-8501 |

STATE OF TEXAS ATTORNEY GENERAL
ATTN KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF TEXAS ATTORNEY GENERAL
ATTN KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

TEXAS STATE SECURITIES BOARD
THOMAS JEFFERSON RUSK STATE OFFICE BUILDING
208 E 10TH ST
AUSTIN, TX 78701

THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN: CALLAN C SEARCY, ASST AG
C/O SHERRI K SIMPSON
BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548
AUSTIN, TX 78711-2548

**CORE/TOP 30 UNSECURED CREDITORS**

US ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
ATTN RICHARD A KINCHELOE
1000 LOUISIANA, STE 2300
HOUSTON, TX 77002

ARENTFOX SCHIFF LLP
ATTN: JEFFREY R. GLEITY; ALLISON H. WEISS; & MATTHEW R. BENTLEY
1301 AVENUE OF THE AMERICAS, 42ND FLOOR
NEW YORK, NY 10019
FAX: 212-484-3990
EMAIL: JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; MATTHEW.BENTLEY@AFSLAW.COM

ATLAS CONSOLIDATED MINING AND
MICHAEL GUO
DEVELOPMENT CORPORATION
1705 GUADALUPE, SUITE 400
AUSTIN, TX 78701

AXLE LOGISTICS
BEN SHUSTER
835 N CENTRAL STREET
KNOXVILLE, TN 37917

CITY OF BIG SPRING, TX
ARICKA GROVE
310 NOLAN STREET
BIG SPRING, TX 79720

COKINOS/YOUNG
ATTN: CRAIG E. POWER & MARIA M. BARTLETT
FOUR HOUSTON CENTER
1221 LAMAR ST., 16TH FLOOR
HOUSTON, TX 77010-3039
FAX: 713-535-5533
EMAIL: CPOWER@COKINOSLAW.COM;MBARTLETT@COKINOSLAW.COM

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY OF<br>KELLI BIRKEL<br>THE MIDWEST<br>472 26TH AVENUE<br>COLUMBUS, NE 68601 | CORTALENT, LLC<br>ALISON PYE<br>7801 EAST BUSH LAKE ROAD SUITE 100<br>MINNEAPOLIS, MN 55439 |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC<br>ATTN: GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 | DELL TECHNOLOGIES, INC<br>RICHARD ROTHBERG<br>CHIEF FINANCIAL OFFICER<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| ECHO SEARCH GROUP<br>AMIT BHATIA<br>1660 HIGHWAY 100 SOUTH, SUITE 318<br>ST LOUIS PARK, MN 55416 | ERNST & YOUNG LLP<br>NYKEMA JACKSON<br>PNC BANK C/O ERNST & YOUNG US LLP<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 |
| FLEXENTIAL CORP.<br>MARK LEYDA<br>600 FOREST POINT CIRCLE<br>SUITE 100<br>CHARLOTTE, NC 28273 | FLEXENTIAL CORP.<br>MARK LEYDA<br>PO BOX 732368<br>DALLAX, TX 75373-2368 |
| FOUNDRY DIGITAL LLC<br>ATTN: MIKE COLYER<br>1100 PITTSFORD VICTOR ROAD<br>PITTSFORD, NY 14534 | FREUDENBERG FILTRATION TECHNOLOGIES L.P.<br>COLETT GAGNON<br>2975 PEMBROKE ROAD<br>HOPKINSVILLE, KY 42240 |

| | |
|---|---|
| FROST BROWN TODD LLC<br>(COUNSEL TO GEM MINING 1, LLC)<br>ATTN: A.J. WEBB ESQ.<br>3300 GREAT AMERICAN TOWER, 301 EAST FOURTH ST.<br>CINCINNATI, OH 45202<br>FAX: 513-651-6981<br>EMAIL: AWEBB@FBTLAW.COM | GARTNER, INC.<br>SPENCER HOCKERT<br>13200 PAUL J DOHERTY PARKWAY<br>FT MYERS, FL 33913 |
| GENERATE LENDING, LLC<br>C/O GENERATE CAPITAL, PBC<br>ATTN: LOAN OPERATIONS<br>461 5TH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 | GENERATE LENDING, LLC<br>555 DE HARO STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 |
| GROWTH OPERATORS, LLC<br>STEPHANIE WELLS<br>800 LASALLE AVE<br>MINNEAPOLIS, MN 55402 | HMB LEGAL COUNSEL<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ATTN: ATI P. KHATRI<br>500 WEST MADISON, SUITE 3700<br>CHICAGO, IL 60661 |
| HUBSPOT, INC.<br>CHIEF FINANCIAL OFFICER<br>25 FIRST STREET<br>CAMBRIDGE, MA 02141 | HUNTON ANDREWS KURTH LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: JOSEPH W. BUONI, TIMOTHY A. DAVIDSON II & PHILIP M. GUFFY<br>600 TRAVIS STREET, STE. 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: JOSEPHBUONI@HUNTONAK.COM;<br>TADDAVIDSON@HUNTONAK.COM; PGUFFY@HUNTONAK.COM |
| KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: CHRISTOPHER MARCUS, P.C. & ELIZABETH HELEN JONES<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>FAX: 212-446-4900<br>EMAIL: CHRISTOPHER.MARCUS@KIRKLAND.COM;<br>ELIZABETH.JONES@KIRKLAND.COM | KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: ANNA G. ROTMAN, P.C.<br>609 MAIN STREET<br>HOUSTON, TX 77002<br>FAX: 713-836-3601<br>EMAIL: ANNA.ROTMAN@KIRKLAND.COM |

| | |
|---|---|
| KOCH FILTER CORPORATION<br>GILBERT FREDERICK<br>8401 AIR COMMERCE DR<br>LOUISVILLE, KY 40119 | KOHO CONSULTING<br>MARC DOUCETTE<br>6030 PRINTERY STREET SUITE 103<br>TAMPA, FL 33616 |
| MADEL PA<br>AMITYBEINER<br>800 HENNEPIN AVENUE<br>MINNEAPOLIS, MN 55403 | MARATHON DIGITAL HOLDINGS, INC.<br>FRED THIEL<br>1180 NORTH TOWN CENTER DRIVE<br>SUITE 100<br>LAS VEGAS, NV 89144 |
| MARATHON DIGITAL HOLDINGS, INC.<br>ATTN: NORA MARCKWORDT<br>1180 NORTH TOWN CENTER DRIVE<br>SUITE 100<br>LAS VEGAS, NV 89144<br>EMAIL: INFO@MARA.COM | MERCURIA ENERGY AMERICA, LLC<br>ATTENTION: LEGAL DEPARTMENT<br>20 E. GREENWAY PLAZA, SUITE 650<br>HOUSTON, TX 77046 |
| MERITUS RECRUITING GROUP LLC<br>THOMAS WILLIAMS<br>10319 LYNBROOK HOLLOW DR<br>HOUSTON, TX 77042 | MP2 ENERGY TEXAS LLC<br>MARSHA PIERCE<br>D/B/A SHELL ENERGY SOLUTIONS TX<br>PO BOX 733560<br>DALLAS, TX 75373-3560 |
| MP2 ENERGY TEXAS LLC<br>MARSHA PIERCE<br>D/B/A SHELL ENERGY SOLUTIONS TX<br>21 WATERWAY AVE, STE 450<br>THE WOODLANDS, TX 77380 | MVP LOGISTICS LLC<br>RACHEL WILLIAMS<br>10205 10TH AVE N SUITE A<br>PLYMOUTH, MN 55441 |

| | |
|---|---|
| NBTC LIMITED<br>ANASTASIA/GEORGE<br>ROOM 1502, 15/F, HARCOURT HOUSE<br>NO. 39 GLOUCESTER ROAD<br>WANCHAI,<br>HONG KONG | NEXTERA ENERGY RESOURCES, LLC<br>ATTN: VICE PRESIDENT & GENERAL COUNSEL<br>GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| OKIN ADAMS BARTLETT CURRY LLP<br>ATTN: MATTHEW S. OKIN & RYAN A. O'CONNOR<br>1113 VINE ST., STE. 240<br>HOUSTON, TX 77002<br>FAX: 346-247-7158<br>EMAIL: MOKIN@OKINADAMS.COM; ROCONNOR@OKINADAMS.COM | SPECTRUM SEARCH PARTNERS, LLC<br>TOM SHAHNAZARIAN<br>4643 SOUTH ULSTER SUITE 1420<br>DENVER, CO 80237 |
| SUNBELT SOLOMON SERVICES, LLC<br>BILL SPARKS JR.<br>1922 S. MLK JR. DRIVE<br>TEMPLE, TX 76504 | TZ CAPITAL HOLDINGS, LLC<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| TZRC MINING LLC<br>16192 COASTAL HWY<br>LEWES, DE 19958 | US BITCOIN CORPORATION<br>JOEL BLOCK<br>1221 BRICKELL AVE STE 900<br>MIAMI, FL 33131 |
| WESTWOOD PROFESSIONAL SERVICES<br>DAVID WIRT<br>PO BOX 856650<br>MINNEAPOLIS, MN 55485 | **DEBTORS' COUNSEL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: LUC DESPINS, SAYAN BHATTACHARYYA<br>DANIEL GINSBERG<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>FAX: 212-319-4090 |

PAUL HASTINGS LLP
(COUNSEL TO THE DEBTORS)
ATTN: JAMES T. GROGAN III
600 TRAVIS STREET, 58TH FLOOR
HOUSTON, TX 77002
FAX: 713-353-3100

PAUL HASTINGS LLP
(COUNSEL TO THE DEBTORS)
ATTN: MATTHEW MICHELI & MICHAEL JONES
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
FAX: 312-499-6100

**PARTIES REQUESTING SERVICE**

AKERMAN LLP
COUNSEL TO ULUCK
DAVID W. PARHAM
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201
FAX: 214-981-9339
EMAIL: DAVID.PARHAM@AKERMAN.COM

AKERMAN LLP
COUNSEL TO ULUCK
R. ADAM SWICK
500 WEST 5TH STREET, SUITE 1210
AUSTIN, TX 78701
FAX: 512-623-6701
EMAIL: ADAM.SWICK@AKERMAN.COM

ANDREWS MYERS, P.C.
(COUNSEL TO SPHERE 3D CORP.)
ATTN: T. JOSH JUDD
1885 SAINT JAMES PLACE, 15TH FLOOR
HOUSTON, TX 77056

BARRON & NEWBURGER, P.C.
(COUNSEL FOR TESLAWATT)
ATTN: STEPHEN W. SATHER
7320 N. MOPAC EXPRESSWAY, SUITE 400
AUSTIN, TX 78731
EMAIL: SSATHER@BN-LAWYERS.COM

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
(COUNSEL TO AXLE LOGISTICS, LLC)
ATTN: KEVIN M. CAPUZZI, ESQ.
1313 N. MARKET STREET, SUITE 1201
WILMINGTON, DE 19801

BERG HILL GREENLEAF RUSCITTI LLP
(COUNSEL TO RK MISSION CRITICAL, LLC)
ATTN: PATRICK M. HAINES
1712 PEARL STREET
BOULDER, CO 80302

BONDS ELLIS EPPICH SCHAFER JONES LLP
COUNSEL FOR U.S. BITCOIN CORP.
ATTN: KEN GREEN & AARON GUERRERO
950 ECHO LANE, SUITE 120
HOUSTON, TX 77024
FAX: 713-335-4991
EMAIL: KEN.GREEN@BONDSELLIS.COM;
AARON.GUERRERO@BONDSELLIS.COM

BOOTSTRAP ENERGY LLC
STEVE QUISENBERRY
3838 OAK LAWN AVE, SUITE 100
DALLAS, TX 75219

| | |
|---|---|
| BROWN RUDNICK LLP<br>COUNSEL TO U.S. BITCOIN CORP.<br>ATTN: ROBERT J. STARK & ANDREW M. CARTY<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>EMAIL: RSTARK@BROWNRUDNICK.COM;<br>ACARTY@BROWNRUDNICK.COM | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP<br>(COUNSEL TO BOOTSTRAP ENERGY LLC)<br>ATTN: MARK A. CASTILLO & ROBERT C. ROWE<br>901 MAIN ST., STE. 5500<br>DALLAS, TX 75202<br>FAX: 214-580-2641<br>EMAIL: MARKCASTILLO@CCSB.COM; RROWE@CCSB.COM |
| CHAMBERLAIN HRDLICKA<br>COUNSEL TO POWER ASSET RECOVERY CORPORATION<br>ATTN: JARROD B. MARTIN<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON, TX 77002<br>FAX: 713-658-2553<br>EMAIL: JARROD.MARTIN@CHAMBERLAINLAW.COM | CIRCUIT BREAKER GUYS LLC<br>STEVE WEIDNER<br>4740 E 2ND ST UNIT C21<br>BENECIA, CA 94510 |
| FOUNDRY DIGITAL LLC<br>LICIA BARRA<br>350 EAST AVE SUITE 201<br>ROCHESTER, NY 14604 | GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC<br>COUNSEL TO KONZA MINING FUND I, LP<br>ATTN: BRANCH M. SHEPPARD<br>1301 MCKINNEY DRIVE, SUITE 1400<br>HOUSTON, TX 77010<br>FAX: 713-599-0770<br>EMAIL: BSHEPPARD@GALLOWAYLAWFIRM.COM;<br>AHARDING@GALLOWAYLAWFIRM.COM |
| HOFFMAN & SAWERIS, P.C.<br>(COUNSEL FOR VERIBI LLC)<br>ATTN: MATTHEW HOFFMAN<br>2777 ALLEN PARKWAY, SUITE 1000<br>HOUSTON, TX 77019<br>FAX: 713-654-0038<br>EMAIL: MHECF@AOL.COM | KELLY, MORGAN, DENNIS, CORZINE & Hansen, P.C.<br>ATTORNEYS FOR CITY OF BIG SPRING, TEXAS<br>ATTN: MICHAEL G. KELLY<br>P.O. BOX 1311<br>ODESSA, TX 79760-1311<br>FAX: 432-363-9121<br>EMAIL: MKELLY@KMDFIRM.COM |
| MAYER, LLP<br>ATTN: LORI A. HOOD<br>2900 NORTH LOOP WEST, SUITE 500<br>HOUSTON, TX 77092 | MAYER BROWN LLP<br>(COUNSEL TO SUNBELT)<br>ATTN: BRANDON F. RENKEN, CHARLES S. KELLEY<br>ANDREW ELKHOURY<br>700 LOUISIANA ST., SUITE 3400<br>HOUSTON, TX 77002 |

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: CHARLES R. GIBBS<br>2501 NORTH HARWOOD STREET, SUITE 1900<br>DALLAS, TX 75201-1664 | MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: KRISTIN K. GOING, DARREN AZMAN<br>STACY A. LUTKUS & NATALIE ROWLES<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017-5404 |
| MCGUIREWOODS LLP<br>COUNSEL TO CONSTELLATION AFFILIATES<br>ATTN: ANDREW C. PAPA<br>TEXAS TOWER<br>845 TEXAS AVE., 24TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 832-255-6374<br>EMAIL: APAPA@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>COUNSEL TO CONSTELLATION AFFILIATES<br>ATTN: MARK E. FREEDLANDER<br>TOWER TWO-SIXTY<br>260 FORBES AVE., SUITE 1800<br>PITTSBURGH, PA 15222<br>FAX: 412-667-7967<br>EMAIL: MFREEDLANDER@MCGUIREWOODS.COM |
| MICHAEL BEST & FRIEDRICH LLP<br>COUNSEL TO ATLAS TECHNOLOGY GROUP, LLC<br>ATTN: JUSTIN M. MERTZ<br>790 N. WATER STREET, SUITE 2500<br>MILWAUKEE, WI 53202<br>EMAIL: JMMERTZ@MICHAELBEST.COM | MILBANK LLP<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ABHILASH M. RAVAL, ESQ., ERIC K. STODOLA, ESQ. & EDWARD R. LINDEN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163<br>EMAIL: ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>(COUNSEL TO HOWARD COUNTY APPRAISAL DISTRICT)<br>ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK, TX 79408<br>FAX: 806-744-9953<br>EMAIL: LMBKR@PBFCM.COM | PORTER HEDGES LLP<br>COUNSEL TO FOUNDRY DIGITAL<br>ATTN: JOHN F. HIGGINS, M.SHANE JOHNSON & MEGAN N. YOUNG-JOHN<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 713-228-1331<br>EMAIL: JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM |
| PROSEK LLC<br>THOMAS PETRULLO<br>105 MADISON AVE FLOOR 7<br>NEW YORK, NY 10016 | PRYOR CASHMAN LLP<br>(COUNSEL TO SPHERE 3D)<br>ATTN: SETH H. LIEBERMAN & MATTHEW SILVERMAN<br>7 TIMES SQUARE, 40TH FLOOR<br>NEW YORK, NY 10036-6596<br>FAX: 212-326-0806<br>EMAIL: SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN: PATRICIA B. TOMASCO<br>711 LOUISIANA, SUITE 500<br>HOUSTON, TX 77002<br>FAX: 713-221-7100<br>EMAIL: PATTYTOMASCO@QUINNEMANUEL.COM | RAND WORLDWIDE INC.<br>AUSTIN SOBOLEWSKI<br>11201 DOLFIELD BOULEVARD SUITE 112<br>OWINGS MILLS, MD 21117 |
| RECRUITERS OF MINNESOTA<br>KELLY HOGAN<br>6110 BLUE CIRCLE DR, SUITE 280<br>MINNETONKA, MN 55343 | SCHULTE ROTH & ZABEL LLP<br>COUNSEL TO FOUNDRY DIGITAL<br>ATTN: KRISTINE G. MANOUKIAN & PETER J. AMEND<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>FAX: 212-593-5944<br>EMAIL: KRISTINE.MANOUKIAN@SRZ.COM; PETER.AMEND@SRZ.COM |
| SHOOK, HARDY & BACON LLP<br>COUNSEL TO GENERAL CASUALTY COMPANY OF WISCONSIN<br>ATTN: JOHN LEWIS, JR.<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON, TX 77002<br>FAX: 713-227-8008<br>EMAIL: JOLEWIS@SHB.COM | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN JOHN MARK STERN<br>C/O SHERRI K. SIMPSON, PARALEGAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: BK-JSTERN@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV |
| THE FINMAN LAW FIRM PLLC<br>COUNSEL TO RANGER<br>ATTN: TZVI A. FINMAN<br>10101 FONDREN ROAD, SUITE 575<br>HOUSTON, TX 77096<br>EMAIL: TFINMAN@FINMANLAWFIRM.COM | URBAN SOLUTION GROUP<br>CHIEF FINANCIAL OFFICER<br>4230 ELATI ST<br>DENVER, CO 80216 |
| WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO MARATHON)<br>ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002<br>FAX: 713-224-9511<br>EMAIL: ALFREDO.PEREZ@WEIL.COM | WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO MARATHON)<br>ATTN: GARY HOLTZER, JESSICA LIOU & ALEXANDER P. COHEN<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>FAX: 212-310-8007<br>EMAIL: GARY.HOLTZER@WEIL.COM; JESSICA.LIOU@WEIL.COM;<br>ALEXANDER.COHEN@WEIL.COM |

WESTWOOD PROFESSIONAL SERVICES
DAVID WIRT
12701 WHITEWATER DRIVE
SUITE 300
MINNETONKA, MN 55343