UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In re

Compute North Holdings, Inc. and CN Mining LLC

Debtors

Chapter 11

Case no. 22-90273 (Lead Case)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that FLEXENTIAL CORP a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

FLEXENTIAL CORP
PO BOX 732368

Dallas, TX 75373

New Address

FLEXENTIAL CORP
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

FLEXENTIAL CORP

Dated: April 5, 2023

By:_____

Title: General Counsel

Date: April 5, 2023