IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MINING PROJECT WIND DOWN | § | Case No. 22-90273 (MI) |
| HOLDINGS, INC. (f/k/a Compute North | § | |
| Holdings, Inc.), *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors.[1] | § | |
| | § | |

**STIPULATION AND AGREED ORDER BETWEEN (I) THE PLAN
ADMINISTRATOR/LITIGATION TRUSTEE AND (II) ATLAS
TECHNOLOGY GROUP EXTENDING CERTAIN DEADLINES AND
AGREEING TO SEEK ADJOURNMENT OF HEARING**

This stipulation and agreed order (the "Stipulation and Order") is made and entered into by and between (i) Tribolet Advisors, LLC, in its capacity as (x) plan administrator (the "Plan Administrator") under the confirmed *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* (the "Plan")[2] and (y) litigation trustee (the "Litigation Trustee") for the litigation trust

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] ECF No. 889.

(the "Litigation Trust") established under the Plan; and (ii) Atlas Technology Group, LLC ("Atlas" and, together, with the Plan Administrator and Litigation Trustee, the "Parties"), each of which agrees and stipulates to the following:

**RECITALS**

1. WHEREAS, on September 22, 2022, the above-captioned debtors (the "Debtors") filed voluntary petitions commencing the chapter 11 cases.

2. WHEREAS, on March 15, 2023, Atlas filed a motion[3] seeking to amend its filed proof of claim (the "Claim Motion"), which has a response deadline of April 5, 2023 (the "Claim Motion Response Deadline") and is set for hearing on April 10, 2023 (the "Claim Motion Hearing").

3. WHEREAS, the effective date of the Plan occurred on March 31, 2023 (the "Effective Date").[4]

4. WHEREAS, as of the Effective Date, the Plan Administrator was appointed and the Litigation Trust was created, as more fully set forth in the Plan.

5. WHEREAS, since the Effective Date, the Plan Administrator and Litigation Trustee has been working diligently to get up to speed on various matters, including the Claim Motion.

6. WHEREAS, counsel to the Parties conferred regarding the dates and deadlines related to the Claim Motion and have agreed to extend the Claim Motion Response Deadline and have further agreed to seek an adjournment of the Claim Motion Hearing until April 24, 2023 (or as soon thereafter as reasonably practicable, subject to the Court's availability).

---

[3]   ECF No. 1062.
[4]   ECF No. 1082.

7. WHEREAS, on January 19, 2023, the Debtors filed a complaint against Atlas, thereby commencing the adversary proceeding styled *Mining Project Wind Down LLC (f/k/a Compute North LLC) and Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) v. Atlas Technologies Group LLC*, Adv. Pro. No. 23-03005 (MI) (the "Adversary Proceeding").

8. WHEREAS, substantially simultaneously to the filing of this Stipulation and Order, the Parties have filed a *Joint Motion of Plan Administrator/Litigation Trustee and Atlas Technology Group to Continue Rule 7016 Conference* on the docket of the Adversary Proceeding requesting that the Court continue the Rule 7016 conference in the Adversary Proceeding for April 18, 2023, at 10:00 a.m. (CT) until May 15, 2023, or as soon thereafter as reasonably practicable.

9. WHEREAS, because the Court's ruling on the Claim Motion will affect the Parties' positions in the Adversary Proceeding, the Parties have agreed to extend the deadline for Atlas to file an answer to the Complaint filed at ECF No. 1 on the docket of the Adversary Proceeding (the "Adversary Answer Deadline") until May 8, 2023 or within 2 business days of the Court's ruling on the Claim Motion, whichever is later.

## STIPULATION AND ORDER

Based on the foregoing, the Parties, through their counsel, hereby stipulate and agree, and upon approval of the Court, it is **ORDERED**, that:

10. The Claim Motion Response Deadline shall be extended until April 19, 2023.

11. The Adversary Answer Deadline shall be extended until May 8, 2023 or within 2 business days of the Court's ruling on the Claim Motion, whichever is later.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the Stipulation and Order.

**IT IS SO ORDERED**

Dated: _____, 2023

_____
The Honorable Marvin Isgur
United States Bankruptcy Judge

**Stipulated and Agreed to This 5th Day of April 2023:**

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **MICHAEL BEST & FRIEDRICH LLP** |

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            crgibbs@mwe.com

*- and -*

Kristin K. Going (admitted pro hac vice)
Darren Azman (admitted pro hac vice)
Stacy A. Lutkus (admitted pro hac vice)
Natalie Rowles (admitted pro hac vice)
One Vanderbilt Avenue
New York, NY 10017-5404
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:            kgoing@mwe.com
                     dazman@mwe.com
                     salutkus@mwe.com
                     nrowles@mwe.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

*/s/ Justin M. Mertz*
Justin M. Mertz
790 North Water Street, Suite 2500
Milwaukee, WI 53202-3509
Telephone:     (414) 271-6560
Facsimile:      (414) 277-0656
Email:            jmmertz@michaelbest.com

*Counsel to Atlas Technology Group, LLC*

5

## **CERTIFICATE OF SERVICE**

      I certify that on April 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Charles R. Gibps*
                                                  Charles R. Gibbs