2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mining Project Wind Down Holdings Inc.<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 | Official Committee of Unsecured Creditor<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/05/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : FLEXENTIAL CORP, PO BOX 732368, Dallas, TX 75373 | Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/08/23

### CLERK OF THE COURT

United States Bankruptcy Court
Southern District of Texas

In re:                                                     Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.                    Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                             User: ADIuser                                Page 1 of 6
Date Rcvd: Apr 06, 2023                   Form ID: trc                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 12402610 | + | FLEXENTIAL CORP, PO BOX 732368, Dallas, TX 75373-2368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo |

@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew Christian Papa
on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
on behalf of Creditor Wolf Hollow II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
on behalf of Creditor Constellation Energy Generation LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa
on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard
on behalf of Interested Party KONZA MINING FUND I LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Brandon Renken
on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles Stephen Kelley
on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power
on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg
on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) danielginsberg@paulhastings.com computenorth.ph@paulhastings.com

Elizabeth Nicolle Boydston
on behalf of Interested Party Alder SPV I LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
on behalf of Interested Party Alder BTC Holdings LLC lboydston@polsinelli.com

Elizabeth Nicolle Boydston
on behalf of Interested Party Alder Opportunity LP lboydston@polsinelli.com

Heather Berkowitz
on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Idris Motiwala
on behalf of Transferee LP1 LLC imotiwala@crowell.com

J Michael Sutherland
on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon
on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III
on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com

James Tillman Grogan, III

District/off: 0541-4  User: ADIuser  Page 3 of 6
Date Rcvd: Apr 06, 2023  Form ID: trc  Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | |
| | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | |
| | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com lwebb@grayreed.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | |
| | on behalf of Interested Party Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| Jessica Liou | |
| | on behalf of Creditor Marathon Digital Holdings Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com |
| John Lewis, Jr. | |
| | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com sgrussell@shb.com |
| John Willard | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
| Date Rcvd: Apr 06, 2023 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Compass Mining Inc. jwillard@atllp.com

John David Cornwell
    on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV
    on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Joseph William Buoni
    on behalf of Creditor Generate Lending LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Justin M Mertz
    on behalf of Creditor Atlas Technology Group LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com

Kenneth P. Green
    on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com laura.terrell@bondsellis.com

Kevin M. Capuzzi
    on behalf of Creditor Axle Logistics LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristhy M Peguero
    on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Laura J Monroe
    on behalf of Creditor Howard County Tax Office at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Leslie Blake Rasner
    on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com dserenil@haleyolson.com

Lori Ann Hood
    on behalf of Interested Party DeWitt LLP lhood@mayerllp.com wdaniels@mayerllp.com

Lori Ann Hood
    on behalf of Interested Party Mayer LLP lhood@mayerllp.com wdaniels@mayerllp.com

Luc Despins
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) lucdespins@paulhastings.com winniewu@paulhastings.com

Luc Despins
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) lucdespins@paulhastings.com, winniewu@paulhastings.com

Maegan Quejada
    on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark A Carter
    on behalf of Creditor Reviva Inc. mcarter@hinshawlaw.com

Mark Adam Castillo
    on behalf of Creditor Corpus Christi Energy Park LLC markcastillo@ccsb.com

Mark Adam Castillo
    on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com

Matt Micheli
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matthew Hoffman
    on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod
    on behalf of Creditor Mercuria Energy America LLC mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com

Matthew Scott Okin
    on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com bmoore@okinadams.com

Case 22-90273   Document 1094   Filed in TXSB on 04/08/23   Page 6 of 7

| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| Matthew Scott Okin | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew W Silverman | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Matthew W Silverman | on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com |
| Meredyth A. Kippes | on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party GH Effect  Inc. meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder SPV I  LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder Opportunity  LP meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder BTC Holdings  LLC meredyth.kippes@usdoj.gov |
| Michael G Kelly | on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com |
| Patricia B. Tomasco | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com |
| Patrick M Haines | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com |
| Rachael L Smiley | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Ralph McDowell | on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com |
| Randall Adam Swick | on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com |
| Robert Coleman Rowe | on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com |
| Robert Coleman Rowe | on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) sayanbhattacharyya@paulhastings.com |
| Scott A. Stichter | on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com |
| Stephen Matthew Pezanosky | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com |
| Stephen Wayne Sather | on behalf of Creditor TeslaWatt ssather@bn-lawyers.com  plevine@bn-lawyers.com;rblack@bn-lawyers.com |
| Steven A. Leyh | on behalf of Creditor Bobs Limited leyh@hooverslovacek.com  graham@hooverslovacek.com |
| T. Josh Judd | on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: Apr 06, 2023 | Form ID: trc | Total Noticed: 1 |

T. Josh Judd
        on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com

Tara LeDay
        on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com
        tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;
        aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb

Tzvi Finman
        on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
        USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 112