UNITED STATES BANKRUPTCY COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of ___Minnesota___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kara E. Casteel<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>(651) 289-3846<br>MN SBN 0389115 |
|---|---|

Seeks to appear as the attorney for this party:

| The Mining Project Wind Down Holdings, Inc. Litigation Trustee and the Plan Administrator |
|---|
| Dated: April 13, 2023　　　Signed: /s/ Kara E. Casteel |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____　Signed: _____
　　　　　　　　　　　　　　Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge