| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of __North Carolina__:

| | |
|---|---|
| Name | Nicholas C. Brown |
| Firm | ASK LLP |
| Street | 2600 Eagan Woods Drive, Suite 400 |
| City & Zip Code | St. Paul, MN 55121 |
| Telephone | (651) 289-3867 |
| Licensed: State & Number | NC SBN 38054 |

Seeks to appear as the attorney for this party:

The Mining Project Wind Down Holdings, Inc. Litigation Trustee and the Plan Administrator

Dated: April 13, 2023        Signed: /s/ Nicholas C. Brown

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                          United States Bankruptcy Judge