United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of Minnesota:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kara E. Casteel<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>(651) 289-3846<br>MN SBN 0389115 |
|---|---|

Seeks to appear as the attorney for this party:

| The Mining Project Wind Down Holdings, Inc. Litigation Trustee and the Plan Administrator |
|---|

| Dated: April 13, 2023 | Signed: /s/ Kara E. Casteel |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: Active. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: April 14, 2023

_____
Marvin Isgur
United States Bankruptcy Judge