United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: | MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al. | |

This lawyer, who is admitted to the State Bar of __North Carolina__:

| | |
|---|---|
| Name | Nicholas C. Brown |
| Firm | ASK LLP |
| Street | 2600 Eagan Woods Drive, Suite 400 |
| City & Zip Code | St. Paul, MN 55121 |
| Telephone | (651) 289-3867 |
| Licensed: State & Number | NC SBN 38054 |

Seeks to appear as the attorney for this party:

The Mining Project Wind Down Holdings, Inc. Litigation Trustee and the Plan Administrator

Dated: April 13, 2023　　Signed: /s/ Nicholas C. Brown

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:　　Signed: _____
　　　　　　　　　　　Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: April 14, 2023

_____
Marvin Isgur
United States Bankruptcy Judge