United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 25, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 (MI) |
|---|---|---|---|
| Debtor | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jennifer A. Christian<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>(212) 267-7342<br>NY SBN 3940566 |

Seeks to appear as the attorney for this party:

| The Mining Project Wind Down Holdings, Inc. Litigation Trustee and the Plan Administrator |
|---|
| Dated: April 13, 2023    Signed: /s/ Jennifer A. Christian |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:    Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: April 25, 2023

_____
Marvin Isgur
United States Bankruptcy Judge