| United States Bankruptcy Court for the Southern District of Texas | |
|---|---|
| **Name of Debtor:** Compute North Holdings, Inc. | **For Court Use Only** |
| **Case Number:** 22-90273 | Claim Number: 0000010118 |
| | File Date: 11/23/2022 09:56:46 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy** (Form 309) **that you received.**

04/22

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Harold E Coulby, Jr.
Other names the creditor used with the debtor: Barry Coulby

**2. Has this claim been acquired from someone else?**  ☑ No  ☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Harold E Coulby, Jr. | Name: |
| Address: 1510 Stablersville Road | Address: |
| City: White Hall | City: |
| State: MD    ZIP Code: 21161 | State:     ZIP Code: |
| Country (if International): | Country (if International): |
| Phone: | Phone: |
| Email: barry.coulby@gmail.com | Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
    Claim number on court claims register (if known) _____
    Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
    Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ 50,000.00

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Employee Agreements (Contracts)
_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:**
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No
☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☑ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.
* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No
☑ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $ 50,000.00

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Harold E Coulby, Jr.*  
Signature

Date: 11/23/2022 09:56:46

**Provide the name and contact information of the person completing and signing this claim:**

Name: Harold Coulby  
Address: 1510 Stablersville Road  
1510 Stablersville Road  

City: White Hall  
State: MD   Zip: 21161  
Country (in international): United States  
Phone: 4437985128  
Email: barry.coulby@gmail.com

# COMPUTE NORTH

TO: Barry Coulby

FROM: Dave Perrill, CEO

DATE: July 5, 2022 **(revised from June 28, 2022)**

COPY: HR Employee File

SUBJECT: Interim Position Change

---

Barry, this memo documents the modified position and compensation structure.

More importantly, we appreciate and value your time, expertise, dedication, and contributions to the business.  It gives me great pleasure to provide you with this adjustment.  As Compute North continues to grow and evolve, your leadership is key to ensure we are successful.

Keep up the great work!

| EFFECTIVE DATE: | June 28, 2022 |
|---|---|
| NEW TITLE: | CFO (Interim) |
| EQUITY: Subject to the approval of the Company's Board of Directors, you will receive an additional 2,750 share options of Compute North Holdings, Inc, our parent company in accordance with its current incentive compensation plan (the "Option"). The Option will vest annually over four-year period, 25% on each of your four employment date anniversary dates. The Option will have a per share price equal to the per-share fair market value on the date of the grant as determined by the Board of Directors. ||
| OTHER: In not more than 120 days, your performance will be evaluated, and you will be considered for the permanent CFO role.  If you are offered the permanent CFO role (and you accept) your base salary will increase to $325,000 annually and you will be issued an additional 2,750 options subject to the same terms as above. ||
| SIGN-ON BONUS: | $50,000 payable 120 days from June 28, 2022 |
| SIGN-ON BONUS VISIBLE ON PAYCHECK: | October 28, 2022 |

Internal Memo – Confidential                                                                                                   Human Resources