IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING[3] ON MOTIONS
SCHEDULED FOR MAY 15, 2023 AT 9:00 A.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR
AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**Matters Going Forward**

1. Atlas Technology Group LLC's Motions for (I) Leave to Amend Its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan [Docket No. 1062].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] **Amendments appear in bold and underlined font.**

[3] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

1

**Responses**

    A.    Objection to Atlas Technology Group LLC's Motions for (I) Leave to Amend Its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan [Docket No. 1102].

**Replies**

    A.    Atlas Technology Group LLC's Reply to the Plan Administrator and Litigation Trustee's Objection to Atlas' Motions for (I) Leave to Amend Its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan [Docket No. 1106].

**Related Documents**

    A.    Notice of Hearing on Atlas Technology Group LLC's Motions for (I) Leave to Amend Its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan [Docket No. 1076].

    B.    Stipulation and Agreed Order Between (I) the Plan Administrator/Litigation Trustee and (II) Atlas Technology Group Extending Certain Deadlines and Agreeing to Seek Adjournment of Hearing [Docket No. 1090].

    C.    Notice of Adjournment of Hearing on Atlas Technology Group LLC's Motions for (I) Leave to Amend Its Proof of Claim and (II) Relief from (A) the Automatic Stay and (B) the Injunctive Provision of Section 9.6 of the Debtors' Plan [Docket No. 1093].

    **Status:**    This matter is going forward.

2. Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 964].

**Responses**

    A.    Response of BitNile, Inc. to Debtors' Objection to Claim No. 42 [Docket No. 1057].

**Related Documents**

    A.    Notice of Adjournment of Hearing Regarding Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 1092].

**Status:**   This matter is going forward **as a status conference only**.

3. Stipulation and Agreed Order by and between the Plan Administrator and Harold E. Coulby, Jr. [Docket No. 1116].

**Related Documents**

- A. Certificate of Service [Docket No. 1117].

- B. Notice of Hearing on the Stipulation and Agreed Order by and between the Plan Administrator and Harold E. Coulby, Jr. [Docket No. 1118].

**Status:**   This matter has been placed on the agenda at the Court's request.

Dated: May 13, 2023              Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas State Bar No. 7846300)
Debbie E. Green (Texas State Bar No. 24059852)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
dgreen@mwe.com

-and-

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

## CERTIFICATE OF SERVICE

      I certify that on May 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. I further certify that on May 13, 2023, I caused a true and correct copy of the document to be served by electronic mail upon the following party at the address indicated herein:

Harold E. Coulby, Jr.
E-mail: barry.coulby@gmail.com

                                                */s/ Charles R. Gibbs*
                                                Charles R. Gibbs