# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, May 15, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Nicholas | Brown | ASK LLP | Tribolet Advisors LLC, as Plan Administrator |
| Charles | Gibbs | McDermott Will & Emery LLP | Trust and the Plan Administrator |
| Debbie | Green | McDermott Will & Emery LLP | Trust and the Plan Administrator |
| Justin | Mertz | Michael Best | Atlas Technology Group, LLC |