### EXHIBIT 3-B

### Compensation by Timekeeper
### October 9, 2022 through March 31, 2023

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate 2022/2023[1] | Total Compensation |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Charles R. Gibbs | Partner; Admitted in 1978; Restructuring & Insolvency | 238.10 | $1,680.00/ $1,680.00 | $385,644.00 |
| Brian Hoffman | Counsel, Admitted in 1990; Corporate Advisory | 28.80 | $1,635.00 | $47,088.00 |
| Michael J. Wilder | Partner, Admitted in 1995; U.S. & International Tax | 5.60 | $1,605.00 | $8,988.00 |
| Joel C. Haims | Partner, Admitted in 1994; Trial | 55.10 | $1,500.00/ $1,500.00 | $82,650.00 |
| Kristin Going | Partner, Admitted in 2002; Restructuring & Insolvency | 553.90 | $1,300.00/ $1,395.00 | $734,548.00 |
| Stacy Lutkus | Partner, Admitted in 2003; Restructuring & Insolvency | 292.40 | $1,305.00 *(2023)* | $381,582.00 |
| Darren Azman | Partner; Admitted in 2011; Restructuring & Insolvency | 15.50 | $1,300.00 | $20,150.00 |
| Parker A. Lee | Partner; Admitted in 2011; Energy & Project Finance | 0.40 | $1,290.00 | $516.00 |
| Greg M. Weigand | Partner; Admitted in 2004; U.S. & International Tax | 1.00 | $1,250.00 | $1,250.00 |
| Guyon Knight | Partner; Admitted in 2012; Trial | 1.10 | $1,215.00 *(2023)* | $1,336.50 |
| Greer Griffith | Partner; Admitted in 2014; Trial | 101.00 | $1,150.00/ $1,170.00 | $112,712.50 |
| Nate E. Barnett | Partner; Admitted in 2013; Corporate Advisory | 1.00 | $1,165.00 | $1,165.00 |
| Stacy Lutkus | Counsel, Admitted in 2003; Restructuring & Insolvency | 356.40 | $1,135.00 *(2022)* | $404,514.00 |
| Timothy Carson | Counsel, Admitted in 2007; Antitrust/Competition | 0.70 | $1,100.00 | $770.00 |
| **ASSOCIATES** | | | | |
| Jane A. Gerber | Associate; Admitted in 2014; Restructuring & Insolvency | 13.90 | $1,125.00 *(2023)* | $15,637.50 |
| Daniel Thomson | Associate; Admitted in 2019; Restructuring & Insolvency | 245.50 | $1,005.00/ $1,035.00 | $249,799.50 |
| Natalie Rowles | Associate; Admitted in 2018; Restructuring & Insolvency | 324.20 | $965.00/ $995.00 | $316,957.00 |
| Chris J. Whalen | Associate; Admitted in 2019; Trial | 95.40 | $965.00/ $995.00 | $88,004.75 |

---

[1]   McDermott increased its rates during the Application Period, effective January 1, 2023, as disclosed in the *Supplemental Declaration of Charles R. Gibbs* [Docket 822].  Additionally, except as noted otherwise in the table above, any timekeepers with only one rate listed did not bill to the matter in 2023.  Accordingly, their reflected rate is their 2022 rate.

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate 2022/2023[1] | Total Compensation |
|---|---|---|---|---|
| David W. Giattino | Associate; Admitted in 2011; Restructuring & Insolvency | 70.50 | $875.00/ $955.00 | $63,623.50 |
| Landon Foody | Law Clerk; Admitted in: N/A; Restructuring & Insolvency | 148.10 | $685.00/ $750.00 | $103,990.00 |
| **PARAPROFESSIONALS** | | | | |
| Daniel Northrop | Paralegal; Restructuring & Insolvency | 313.90 | $640.00/ $640.00 | $200,896.00 |
| Cathy Greer | Paralegal; Restructuring & Insolvency | 0.20 | $485.00 *(2023)* | $97.00 |
| John Hoffman | Research Manager; Research & Libraries | 4.40 | $310.00 *(2023)* | $1,364.00 |