## EXHIBIT 4-A

### Compensation by Project Category
### January 1, 2023 through March 31, 2023

| Task Code | Description | Total Hours | Total Fees |
|---|---|---:|---:|
| B110 | Case Administration | 70.10 | $65,929.00 |
| B120 | Asset Analysis and Recovery | 1.60 | $1,592.00 |
| B130 | Asset Disposition | 8.00 | $9,217.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 5.90 | $6,172.00 |
| B150 | Creditor Meetings and Communication | 140.00 | $166,725.00 |
| B155 | Court Hearings | 21.90 | $27,611.00 |
| B160 | Fee/Employment Applications | 90.80 | $81,387.00 |
| B170 | Fee/Employment Objections | 4.10 | $3,867.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 7.20 | $7,673.00 |
| B190 | Other Contested Matters | 61.40 | $72,493.00 |
| B195 | Non-Working Travel | 26.00 | $14,758.75 |
| B210 | Business Operations | 2.60 | $3,519.00 |
| B220 | Employee Benefits and Pensions | 0.00 | $0.00 |
| B230 | DIP, Cash Collateral and Financing Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.60 | $783.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 1.40 | $1,050.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 14.40 | $16,383.00 |
| B310 | Claims Administration & Objections | 92.20 | $109,337.00 |
| B320 | Plan and Disclosure Statement | 672.30 | $801,286.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Internal Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| **TOTAL** | | **1,220.50** | **$1,389,782.75** |