**EXHIBIT 4-B**

**Compensation by Project Category**
**October 9, 2022 through March 31, 2023**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 218.20 | $212,851.50 |
| B120 | Asset Analysis and Recovery | 7.30 | $7,566.50 |
| B130 | Asset Disposition | 487.30 | $604,595.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 25.00 | $24,647.00 |
| B150 | Creditor Meetings and Communication | 438.00 | $488,095.00 |
| B155 | Court Hearings | 89.70 | $117,237.50 |
| B160 | Fee/Employment Applications | 250.20 | $219,524.00 |
| B170 | Fee/Employment Objections | 65.60 | $72,391.50 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 20.20 | $22,508.00 |
| B190 | Other Contested Matters | 121.60 | $135,432.50 |
| B195 | Non-Working Travel | 40.10 | $26,602.75 |
| B210 | Business Operations | 7.60 | $10,242.50 |
| B220 | Employee Benefits and Pensions | 4.60 | $5,023.00 |
| B230 | DIP, Cash Collateral and Financing Issues | 55.80 | $58,454.50 |
| B240 | Tax Issues | 7.20 | $11,021.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 1.40 | $1,050.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 17.10 | $19,122.50 |
| B310 | Claims Administration & Objections | 95.40 | $112,470.50 |
| B320 | Plan and Disclosure Statement | 910.40 | $1,069,354.50 |
| B410 | Gen. Bankruptcy Advice/Opinions | 2.60 | $3,198.50 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Internal Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 1.80 | $1,894.50 |
| **TOTAL** | | **2,867.10** | **$3,223,283.25** |