## **EXHIBIT 5-A**

**Expense Summary**
**January 1, 2023 through March 31, 2023**

| Category | Amount |
|---|---:|
| Computer-Assisted Research | $19,038.02 |
| Deposition | $835.00 |
| Document Search & Retrieval | $5.00 |
| Parking & Transportation | $199.95 |
| Transcripts | $94.05 |
| Travel | $4,626.50 |
| **TOTAL** | **$24,798.52** |