## EXHIBIT 5-B

**Expense Summary**
**October 9, 2022 through March 31, 2023**

| Category | Amount |
|---|---:|
| Computer-Assisted Research | $23,124.72 |
| Deposition | $835.00 |
| Document Search & Retrieval | $1,412.00 |
| Parking & Transportation | $879.13 |
| Transcripts | $418.65 |
| Travel | $10,797.17 |
| **TOTAL** | **$37,648.67** |