# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for Paul Hastings timekeepers in the Chicago, Houston, and New York offices who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on April 1, 2022 and ending on March 31, 2023 was, in the aggregate, approximately $1,083 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The blended hourly rate for Paul Hastings' timekeepers in the Chapter 11 Cases during the Final Period was approximately $1,237 per hour (the "Debtor Blended Hourly Rate"). A detailed comparison of these rates follows:[2]

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | NON-BANKRUPTCY BLENDED HOURLY RATE | DEBTOR BLENDED HOURLY RATE |
| Partner | $1,456 | $1,573 |
| Counsel | $1,267 | $1,472 |
| Associate | $891 | $951 |
| Paraprofessional | $442 | $4481 |
| **All timekeepers aggregated** | **$1,083** | **$1,237** |

---

[1] It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, the Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor, the chapter 11 trustee, or an official committee under the Bankruptcy Code. As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2] Given the complexity and challenges faced by the Debtors in these cases, a significant amount of time by senior partners, of counsel, and senior associates, including Sayan Bhattacharyya, James Bliss, Matthew Schwartz, James Grogan, Matthew Micheli, Daniel Ginsberg, Scott Shelly, Cole Harlan, and Mike Jones has been necessary. Because their rates are at the higher end of the range of rates billed by Paul Hastings partners, of counsel, and associates, respectively, and in light of the fact that a significant amount of senior partner, of counsel, and senior associate time has been required for this engagement, the blended rate for this case moved to the higher end of the range of rates billed by Paul Hastings.