**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS**

| Name | Date of First Admission; Practice Group | Fees Billed in Interim Period | Hours Billed in Interim Period | Fees Billed in Final Period | Hours Billed in Final Period | Hourly Rate Billed In Second Interim Period | Hourly Rate Billed In First Interim Period | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| **Partner** | | | | | | | | |
| Bhattacharyya, Sayan | 2007, Financial Restructuring | $517.50 | 0.30 | $411,389.50 | 255.50 | $1,725.00 | $1,610.00 | 1 |
| Bhattacharyya, Sayan | 2007, Financial Restructuring | $0.00 | $0.00 | $5,635.00 (voluntarily reduced to $0.00) | 3.50 | $1,725.00 | $1,610.00 | 1 |
| Bliss, James R. | 1995, Complex Litigation & Arbitration | $37,450.00 | 21.40 | $315,073.00 | 191.20 | $1,750.00 | $1,635.00 | 1 |
| Busch, Jason | 2011, Finance | $0.00 | $.00 | $767.50 (voluntarily reduced to $0.00) | 0.50 | n/a | $1,535.00 | n/a |
| Despins, Luc A. | 1986, Financial Restructuring | $0.00 | $0.00 | $17,856.00 | 9.60 | n/a | $1,860.00 | n/a |
| Gomar, Luis F. | 2005, Energy & Infrastructure | $9,912.50 | 6.50 | $282,888.50 | 200.10 | $1,525.00 | $1,410.00 | 1 |
| Gomar, Luis F. | 2005, Energy & Infrastructure | $7,930.00 (voluntarily reduced to $0.00) | 5.20 | $7,930.00 (voluntarily reduced to $0.00) | 5.20 | $1,525.00 | $1,410.00 | 1 |
| Grogan, James T. | 2000, Financial Restructuring | $397,290.00 | 233.70 | $1,216,893.50 | 750.80 | $1,700.00 | $1,585.00 | 1 |
| Keller, Eric R. | 1996, ERISA | $1,065.00 | 0.60 | $1,065.00 | 0.60 | $1,775.00 | $1,660.00 | 1 |
| Keller, Eric R. | 1996, ERISA | $0.00 | $0.00 | $1,826.00 (voluntarily reduced to $0.00) | 1.10 | $1,775.00 | $1,660.00 | 1 |
| Mounteer, Thomas R. | 1986, Real Estate | $0.00 | $0.00 | $5,886.00 | 3.60 | n/a | $1,635.00 | n/a |
| Nelson, Gregory V. | 1981, Tax | $4,810.00 | 2.60 | $23,962.00 | 13.80 | $1,850.00 | $1,710.00 | 1 |
| Nelson, Gregory V. | 1981, Tax | $2,405.00 (voluntarily reduced to $0.00) | 1.30 | $28,633.00 (voluntarily reduced to $0.00) | 17.10 | $1,850.00 | $1,710.00 | 1 |
| Peterman, Chad J. | 1999 | $0.00 | $0.00 | $3,861.00 | 2.70 | n/a | $1,430.00 | n/a |
| Schwartz, Matthew | 2000, Financial Restructuring | $27,187.50 | 14.50 | $544,564.50 | 312.70 | $1,875.00 | $1,735.00 | 1 |

| Name | Date of First Admission; Practice Group | Fees Billed in Interim Period | Hours Billed in Interim Period | Fees Billed in Final Period | Hours Billed in Final Period | Hourly Rate Billed In Second Interim Period | Hourly Rate Billed In First Interim Period | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Song, Jane I. | 2000, Corporate | $0.00 | 0.00 | $2,219.00 | 1.40 | n/a | $1,585.00 | n/a |
| **Total Partner:** | | **$478,232.50** | **286.10** | **$2,825,658.00** | **1769.40** | | | |
| **Counsel** | | | | | | | | |
| Ginsberg, Daniel | 1997, Financial Restructuring | $56,000.00 | 35.00 | $708,212.00 | 474.20 | $1,600.00 | $1,485.00 | 1 |
| Lei, Devin | 2008, Corporate | $0.00 | 0.00 | $1,496.00 | 1.10 | n/a | $1,360.00 | n/a |
| Logue, Kevin | 1985, Litigation | $192.50 (voluntarily reduced to $0.00) | 0.10 | $4,119.50 (voluntarily reduced to $0.00) | 2.30 | $1,925.00 | $1,785.00 | 1 |
| Luft, Avi E. | 2000, Financial Restructuring | $0.00 | 0.00 | $1,812.00 | 1.20 | n/a | $1,510.00 | n/a |
| Luft, Avi E. | 2000, Financial Restructuring | $0.00 | 0.00 | $755 (voluntarily reduced to $0.00) | 0.50 | n/a | $1,510.00 | n/a |
| Martin, Samantha | 2008, Financial Restructuring | $0.00 | $0.00 | $120,136.50 | 80.90 | n/a | $1,485.00 | n/a |
| Micheli, Matthew | 2002, Financial Restructuring | $357,555.00 | 216.70 | $1,262,591.00 | 806.30 | $1,650.00 | $1,535.00 | 1 |
| Shelly, Scott C. | 1994, Financial Restructuring | $507,215.00 | 332.60 | $1,028,069.00 | 702.00 | $1,525.00 | $1,410.00 | 1 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $5,125.00 | 5.00 | $15,429.00 | 16.20 | $1,025.00 | $920.00 | 1 |
| Traxler, Katherine A | 1990, Financial Restructuring | $6,860.00 (voluntarily reduced to $0.00) | 7.00 | $14,404.00 (voluntarily reduced to $0.00) | 15.20 | $1,025.00 | $920.00 | 1 |
| **Total Counsel:** | | **$925,895.00** | **596.40** | **$3,137,745.50** | **2099.90** | | | |
| **Associate** | | | | | | | | |
| Coogan, David Ryan | 2021, Data Privacy and Cybersecurity | $0.00 | 0.00 | $1,200.00 | 1.00 | n/a | $1,200.00 | n/a |
| Glogowski, Angelika S. | 2016, Financial Restructuring | $24,247.50 | 26.50 | $289,065.00 | 368.20 | $915.00 | $775.00 | 1 |
| Grabis, Maria | 2018, Financial Restructuring | $0.00 | 0.00 | $13,440.00 | 11.20 | n/a | $1,200.00 | n/a |

2

| Name | Date of First Admission; Practice Group | Fees Billed in Interim Period | Hours Billed in Interim Period | Fees Billed in Final Period | Hours Billed in Final Period | Hourly Rate Billed In Second Interim Period | Hourly Rate Billed In First Interim Period | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Grabis, Maria | 2018, Financial Restructuring | $0.00 | $0.00 | $2,640.00 (voluntarily reduced to $0,00) | 2.20 | n/a | $1,200.00 | n/a |
| Harlan, Cole | 2011, Financial Restructuring | $241,195.50 | 195.30 | $591,755.50 | 508.30 | $1,235.00 | $1,120.00 | 1 |
| Jones, Mike | 2020, Financial Restructuring | $1,235.00 | 1.00 | $638,067.00 | 569.60 | $1,235.00 | $1,120.00 | 1 |
| Jones, Mike | 2020, Financial Restructuring | $0.00 | $0.00 | $2,352.00 (voluntarily reduced to $0.00) | 2.10 | $1,235.00 | $1,120.00 | 1 |
| Rodriguez, Elena | 2019, Energy & Infrastructure | $22,634.50 | 22.30 | $236,666.50 | 277.10 | $1,015.00 | $840.00 | 1 |
| Rodriguez, Elena | 2019, Energy & Infrastructure | $4,973.50 (voluntarily reduced to $0.00) | 4.90 | $4,973.50 (voluntarily reduced to $0.00) | 4.90 | $1,015.00 | $840.00 | 1 |
| Sadler, Tess | 2016, Financial Restructuring | $47,705.00 | 40.60 | $375,039.00 | 358.40 | $1,175.00 | $1,030.00 | 1 |
| Salas, Jose Pablo | 2022, Energy & Infrastructure | $0.00 | $0.00 | $36,768.50 | 48.70 | n/a | $755.00 | n/a |
| Salas, Jose Pablo | 2022, Energy & Infrastructure | $0.00 | $0.00 | $302.00 (voluntarily reduced to $0.00) | 0.40 | n/a | $755.00 | n/a |
| Sommer, Matthew C. | 2022, Real Estate | $0.00 | 0.00 | $1,680.00 | 1.40 | n/a | $1,200.00 | n/a |
| Thomas, Schlea M. | 2022, Finance | $239,314.50 | 279.90 | $351,356.50 | 428.30 | $855.00 | $755.00 | 1 |
| Xu, Christine | 2021, Financial Restructuring | $30,103.50 | 32.90 | $198,356.00 | 250.00 | $915.00 | $775.00 | 1 |
| **Total Associate:** | | **$606,435.50** | **603.40** | **$2,733,394.00** | **2831.80** | | | |
| **Attorney** | | | | | | | | |
| Jennings, Emily | 2007, Discovery Attorney | $0.00 | 0.00 | $1,300.00 (voluntarily reduced to $0.00) | 1.00 | n/a | $1,300.00 | n/a |
| Sepinuck, Stephen | 1987, Finance | $1,501.50 | 1.10 | $1,501.50 | 1.10 | $1,365.00 | $1,300.00 | 1 |
| Sepinuck, Stephen | 1987, Finance | $1,774.50 (voluntarily reduced to $0.00) | 1.30 | $4,634.50 (voluntarily reduced to $0.00) | 3.50 | $1,365.00 | $1,300.00 | 1 |
| **Total Attorney:** | | **$1,501.50** | **2.40** | **$1,501.50** | **5.60** | | | |
| **Paraprofessional** | | | | | | | | |

3

| Name | Date of First Admission; Practice Group | Fees Billed in Interim Period | Hours Billed in Interim Period | Fees Billed in Final Period | Hours Billed in Final Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In Second Interim Period | In First Interim Period | |
| Austin, Javii D. | Research | $0.00 | 0.00 | $438.00 | 1.20 | n/a | $360.00 | n/a |
| Austin, Javii D. | Research | $0.00 | 0.00 | $648.00 (voluntarily reduced to $0.00) | 1.80 | n/a | $360.00 | n/a |
| Chang, Irene | Research | $0.00 | $0.00 | $112.50 | 0.30 | n/a | $375.00 | n/a |
| Elliot, Elizabeth | Research | $0.00 | $0.00 | $126.00 | 0.30 | n/a | $420.00 | n/a |
| Foley, Amy | FUNDS Investment Funds and Private Capital | $595.00 | 1.00 | $595.00 | 1.00 | $595.00 | n/a | n/a |
| Kromer, Rosetta S. | Complex Litigation & Arbitration | $0.00 | $0.00 | $7,668.00 | 14.20 | $540.00 | n/a | n/a |
| Kromer, Rosetta S. | Complex Litigation & Arbitration | $108.00 (voluntarily reduced to $0.00) | 0.20 | 972.00 (voluntarily reduced to $0.00) | 1.80 | $540.00 | n/a | n/a |
| Kuo, Jocelyn | Financial Restructuring | $1,620.00 | 3.00 | $1,620.00 | 3.00 | $540.00 | n/a | n/a |
| Kuo, Jocelyn | Financial Restructuring | $108.00 (voluntarily reduced to $0.00) | 0.20 | $108.00 (voluntarily reduced to $0.00) | 0.20 | $540.00 | n/a | n/a |
| Laskowski, Mat | Financial Restructuring | $648.00 | 1.20 | $10,742.00 | 20.80 | $540.00 | $515.00 | 1 |
| Laskowski, Mat | Financial Restructuring | $0.00 | $0.00 | $1,854.00 (voluntarily reduced to $0.00) | 3.60 | n/a | $515.00 | 1 |
| Liu, Kelly | Research | $0.00 | $0.00 | $468.00 | 1.30 | n/a | $360.00 | n/a |
| Magzamen, Michael | Financial Restructuring | $45,738.00 | 84.70 | $148,686.50 | 284.60 | $540.00 | $515.00 | 1 |
| Mohamed, David | Financial Restructuring | $378.00 | 0.70 | $3,313.50 | 6.40 | $540.00 | $515.00 | 1 |
| Mohamed, David | Financial Restructuring | $5,346.00 (voluntarily reduced to $0.00) | 9.90 | $6,891.00 (voluntarily reduced to $0.00) | 12.90 | $540.00 | $515.00 | 1 |
| Negron, Jeff M. | Finance | $773.50 | 1.30 | $773.50 | 1.30 | $595.00 | $565.00 | 1 |
| Negron, Jeff M. | Finance | $297.50 (voluntarily reduced to $0.00) | 0.50 | $862.50 (voluntarily reduced to $0.00) | 1.50 | $595.00 | $565.00 | 1 |
| Wrench, Patricia | Finance | $0.00 | $0.00 | $617.50 (voluntarily reduced to $0.00) | 1.30 | n/a | $475.00 | n/a |
| **Total Paraprofessional:** | | **$49,752.50** | **102.70** | **$174,543.00** | **357.50** | | | |

| Name | Date of First Admission; Practice Group | Fees Billed in Interim Period | Hours Billed in Interim Period | Fees Billed in Final Period | Hours Billed in Final Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | In Second Interim Period | In First Interim Period | |
| **Subtotal:** | | $2,061,817.00 | 1591.00 | $8,872,842.00 | 7064.20 | | | |
| **Less Courtesy Discount:** | | (134,365.07) | | (134,365.07) | | | | |
| **Total:** | | $1,927,451.93 | 1591.00 | $8,738,476.93 | 7064.20 | | | |
| **Blended Rate:** | $1,237[1] | | | | | | | |
| **Blended Rate Excluding Paraprofessionals:** | $1,277[1] | | | | | | | |

---

[1] The blended rate reflects the voluntarily reduced fees divided by the total hours billed.