**EXHIBIT C**

**STAFFING PLAN FOR FINAL PERIOD**

**Period Covered**: September 22, 2023 through March 31, 2023[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the period from 09/22/22 through 03/31/23 | Average hourly rate for period from 09/22/22 through 03/31/23 |
|---|---|---|
| Partner | 12 | $1,573 |
| Counsel | 8 | $1,275 |
| Associate | 11 | $910 |
| Paraprofessional | 12 | $396 |

---

[1] The proposed staffing plan set forth herein is based on the following assumptions: (i) the lack of material litigation regarding, among other things, the disclosure statement, the plan of reorganization, the confirmation process, or the Debtors' financing; (ii) the absence of extensive discovery disputes or evidentiary hearings with respect to the foregoing; and (iii) the lack of any adversary proceeding that would require discovery and trial preparation.