# EXHIBIT D

## COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPARISON TO BUDGET FOR FINAL PERIOD[1]

| U.S. Trustee Task Code and Project Category | Hours Budgeted | Hours Billed | Fees Budgeted[2] | Fees Billed |
|---|---|---|---|---|
| B110    Case Administration | 740 | 737.80 | $932,400 | $875,714.00 |
| B111    Schedules and Statements of Financial Affairs | 50 | 52.90 | $63,000 | $63,640.00 |
| B112    General Creditor Inquiries | 45 | 44.90 | $56,700 | $45,307.50 |
| B113    Pleadings Review | 30 | 29.10 | $37,800 | $18,431.00 |
| B120    Asset Analysis and Recovery | 5 | 0.20 | $6,300 | $322.00 |
| B130    Asset Disposition | 2580 | 2576.40 | $3,250,800 | $3,322,955.00 |
| B140    Relief from Stay/Adequate Protection Proceedings | 170 | 172.90 | $214,200 | $216,123.50 |
| B150    Meetings of and Communications with Creditors | 120 | 119.40 | $151,200 | $172,413.50 |
| B155    Court Hearings | 255 | 253.40 | $321,300 | $283,090.00 |
| B160    Employment / Fee Applications (Paul Hastings) | 120 | 121.50 | $151,200 | $107,248.50 |
| B165    Employment / Fee Applications (Other Professionals) | 220 | 219.20 | $277,200 | $229,984.50 |
| B180    Avoidance Action Analysis | 35 | 34.60 | $44,100 | $38,995.50 |
| B185    Assumption / Rejection of Leases and Contracts | 315 | 315.70 | $396,900 | $361,647.50 |
| B190    Other Contested Matters(excl. assumption/rejections motions) | 5 | 6.00 | $6,300 | $5,130.00 |
| B191    General Litigation | 380 | 379.70 | $478,800 | $519,515.50 |
| B210    Business Operations | 150 | 146.80 | $189,000 | $181,381.00 |
| B211    Financial Reports (Monthly Operating Reports) | 30 | 30.60 | $37,800 | $27,945.50 |
| B220    Employee Benefits/Pensions | 15 | 14.80 | $18,900 | $16,702.00 |
| B230    Financing/Cash Collections | 35 | 35.80 | $44,100 | $53,402.50 |
| B231    Security Document Analysis | 5 | 1.10 | $6,300 | $1,689.00 |
| B240    Tax Issues | 5 | 0.30 | $6,300 | $510.00 |
| B250    Real Estate | 5 | 3.50 | $6,300 | $5,637.00 |

---

[1] The proposed budget set forth herein is based on the following assumptions: (i) the lack of material litigation regarding, among other things, the disclosure statement, the plan of reorganization, the confirmation process, or the Debtors' financing; (ii) the absence of extensive discovery disputes or evidentiary hearings with respect to the foregoing; and (iii) the lack of any adversary proceeding that would require discovery and trial preparation.

[2] The total fees budgeted are based on a blended billing rate of approximately $1,260 per hour for the Paul Hastings timekeepers expected to work on this matter during the budget period.

| U.S. Trustee Task Code and Project Category | Hours Budgeted | Hours Billed | Fees Budgeted[2] | Fees Billed |
|---|---|---|---|---|
| B260    Board of Directors Matters | 60 | 59.60 | $75,600 | $91,335.00 |
| B310    Claims Administration and Objections | 300 | 309.40 | $378,000 | $437,857.00 |
| B311    Reclamation and PACA Claims | 15 | 17.30 | $18,900 | $16,745.50 |
| B320    Plan and Disclosure Statement | 1380 | 1381.30 | $1,738,800 | $1,779,119.50 |
| TOTAL | 7070 | 7064.20 | $8,908,200 | $8,872,842.00 |