**EXHIBIT E**

**EXPENSE SUMMARY**

| Expense Category | Interim Period | Final Period |
|---|---|---|
| Court Reporting Services | $621.80 | $5,523.50 |
| Filing Fee | $350.00 | $479.97 |
| Computer Search | $5,118.92 | $12,771.29 |
| CSC/LexisNexis Document Solutions | $13,931.80 | $13,931.80 |
| Taxi/Ground Transportation | $13.50 | $196.93 |
| Reproduction Charges | $0.00 | $86.40 |
| Reproduction Charges (Color) | $16.50 | $16.50 |
| Meals | $0.00 | $69.93 |
| Outside Professional Services | $0.00 | $1,526.52 |
| Postage/Express Mail | $0.00 | $161.38 |
| Courier Service | $0.00 | $28.83 |
| **TOTAL** | **$20,052.52** | **$34,793.05** |