**EXHIBIT B**

**Summary of Fees**

# Compute North – Miller Buckfire Fees Outstanding

| Fees | Amount | Fee Statement |
|---|---:|---|
| November-22 | $150,000.00 | 1st Fee Statement |
| December-22 | 150,000.00 | 1st Fee Statement |
| January-23 | 150,000.00 | 2nd Fee Statement |
| February-23 | 150,000.00 | 3rd Fee Statement |
| March-23 | 150,000.00 | Final Fee Application |
| **Total Monthly Fees** | **$750,000.00** | |
| Transaction Fee | 950,000.00 | Final Fee Application |
| **Total Fees** | **$1,700,000.00** | |
| Expenses | 1,164.02 | |
| **Total Fees and Expenses** | **$1,701,164.02** | |
| Less: Fees Paid / Expense Reimbursement | (300,863.09) | 1st Fee Statement |
| **Total Outstanding** | **$1,400,300.93** | |

