**EXHIBIT D**

**Professionals**

Stifel Nicolaus and Miller Buckfire professionals rendering services during the Fee Period were:

| Professional | Hours |
|---|---|
| John D'Amico, Managing Director, Miller Buckfire | 227.5 |
| Yoon Song, Director, Miller Buckfire | 388.0 |
| Ruben Sahakyan, Director, Stifel Nicolaus | 59.0 |
| Benjamin Schwartz, Associate, Miller Buckfire | 438.5 |
| Drew Wong, Associate, Stifel Nicolaus | 56.0 |
| Braiden Brousseau, Associate, Stifel Nicolaus | 59.5 |
| Sean Hughes, Analyst, Miller Buckfire | 480.0 |
| **Total:** | **1,708.5** |

Stifel Nicolaus and Miller Buckfire do not charge hourly rates to the Committee and no hourly rates are associated with these professionals.