# EXHIBIT E

## Hours by Matter

Hours expended by these professionals by matter during the Fee Period were:

| Matter Number | Matter Description | Total Hours |
|---|---|---|
| 1 | Company Diligence and Stakeholder Discussions | 214.5 |
| 2 | Business Operations and Forecast | 55.5 |
| 3 | Case Administration | 109.0 |
| 4 | Committee of Unsecured Creditors Discussions / Meetings | 64.0 |
| 5 | Fee/Employment Applications | 13.5 |
| 6 | Strategy Discussions with Counsel | 91.5 |
| 7 | Plan and Disclosure Statement Review | 64.0 |
| 8 | Court Filings Preparation and Review | 28.5 |
| 9 | Bankruptcy Court Attendance | 28.0 |
| 10 | Analysis for Committee of Unsecured Creditors | 791.0 |
| 11 | Recovery Analysis | 60.5 |
| 12 | M&A Process | 184.0 |
| 13 | DIP Process | 4.5 |
| | **Total:** | **1,708.5** |