# EXHIBIT G

## Summary of Expenses by Category

| Expense Category | Expenses |
|---|---|
| Postage | 0 |
| Business Meals & Entertainment | 0 |
| Airfare and Related Fees | 0 |
| Overtime Meals | 379.43 |
| Telecommunications | 0 |
| Hotel | 0 |
| Local Transportation | 711.76 |
| Rail and Ground Transportation | 0 |
| Graphical Support Services | 72.83 |
| Legal Expenses | 0 |

**Total: $1,164.02**