# EXHIBIT H

## Detailed Expenses by Catetory and Date

| Expense Category | Date | Professional | Description | Total Expense |
|---|---|---|---|---|
| **Airline & Fees** | | | | |
| | 11/11/22 | D'Amico, John Joseph | Agent Booking Fee (Stifel TMC) | $12.00 |
| | 11/11/22 | D'Amico, John Joseph | Agent Booking Fee (Stifel TMC) | -$12.00 |
| | 11/11/22 | D'Amico, John Joseph | Airfare Seat Assignment / Seat Upgrade | $46.00 |
| | 11/11/22 | Song, Yoon | Agent Booking Fee (Stifel TMC) | $26.00 |
| | 11/11/22 | Song, Yoon | Agent Booking Fee (Stifel TMC) | -$26.00 |
| | 11/11/22 | Song, Yoon | Airfare | -$1,334.91 |
| | 11/11/22 | Song, Yoon | Airfare | $1,334.91 |
| | 11/11/22 | Song, Yoon | Airfare Seat Assignment / Seat Upgrade | $28.00 |
| | 11/13/22 | D'Amico, John Joseph | Airfare Seat Assignment / Seat Upgrade | -$46.00 |
| | 11/13/22 | Song, Yoon | Airfare Seat Assignment / Seat Upgrade | -$28.00 |
| | 11/16/22 | D'Amico, John Joseph | Agent Booking Fee (Stifel TMC) | $12.00 |
| | 11/16/22 | D'Amico, John Joseph | Agent Booking Fee (Stifel TMC) | -$12.00 |
| | | | Sub-Total | $0.00 |
| **Meals** | | | | |
| | 10/11/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| | 10/11/22 | Schwartz, Benjamin | Working Meals (in office only) | $20.00 |
| | 10/13/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| | 10/13/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| | 10/15/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| | 10/15/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/15/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/16/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/17/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/18/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/20/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/31/22 | Hughes, Sean Thomas | Working Meals (in office only) | $20.00 |
| 10/31/22 | Song, Yoon | Working Meals (in office only) | $19.43 |
| 11/3/22 | Mortimer, James Robert | Working Meals (in office only) | $20.00 |
| 11/8/22 | Song, Yoon | Working Meals (in office only) | $20.00 |
| 11/15/22 | Song, Yoon | Working Meals (in office only) | $20.00 |
| 12/20/22 | Song, Yoon | Working Meals (in office only) | $20.00 |
| 1/3/23 | Schwartz, Benjamin | Working Meals (in office only) | $20.00 |
| 1/18/23 | Song, Yoon | Working Meals (in office only) | $20.00 |
| | | Sub-Total | $379.43 |

**Local Ground Transport**

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/21/22 | Hughes, Sean Thomas | Late Night Taxi From Office | $31.39 |
| 10/27/22 | Schwartz, Benjamin | Late Night Taxi From Office | $54.09 |
| 10/28/22 | Schwartz, Benjamin | Late Night Taxi From Office | $25.96 |
| 11/4/22 | Schwartz, Benjamin | Late Night Taxi From Office | $40.91 |
| 11/11/22 | Schwartz, Benjamin | Late Night Taxi From Office | $4.89 |
| 11/16/22 | Song, Yoon | Late Night Taxi From Office | $142.46 |
| 10/15/22 | Hughes, Sean Thomas | Late Night Taxi From Office | $21.24 |
| 11/9/22 | Song, Yoon | Late Night Taxi From Office | $222.72 |
| 12/20/22 | Schwartz, Benjamin | Late Night Taxi From Office | $25.34 |
| 1/4/23 | Song, Yoon | Late Night Taxi From Office | $111.83 |
| 1/31/23 | Schwartz, Benjamin | Late Night Taxi From Office | $30.93 |
| | | Sub-Total | $711.76 |

**Graphics and Presentation Support**

| Date | Name | Amount |
|---|---|---|
| 11/28/22 | Sean Hughes | $12.59 |
| 11/28/22 | Sean Hughes | $48.80 |
| 12/6/22 | Benjamin Schwartz | $1.13 |
| 12/28/22 | Sean Hughes | $6.27 |
| 1/18/23 | Sean Hughes | $4.04 |
| | Sub-Total | $72.83 |

| | **Total** | **$1,164.02** |
|---|---|---|