**Exhibit A**



**FBFK**
THE NEW GUARD

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

January 5, 2023
Invoice:            124902

# INVOICE SUMMARY

For professional services rendered through December 31, 2022

**RE:   Compute North Holdings chapter 11, as special claims counsel to Debtors**

| | |
|---|---|
| Professional Services | $ 1,600.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,600.00** |



January 5, 2023

Matt Micheli
Compute North c/o Paul Hastings                                  Invoice:            124902
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

### REMITTANCE ADVICE

**RE:   Compute North Holdings chapter 11, as special claims counsel to Debtors**

---

| **BALANCE DUE THIS INVOICE** | **$ 1,600.00** |
|---|---|

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                  Lockbox Address
Please return this advice with payment to:   Ferguson Braswell Fraser Kubasta PC
                                                                P.O. Box 1581
                                                                Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 124902                                                                    January 5, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 12/13/22 | RLS1 | Call with Paul Hastings team regarding claims and objections (0.3); call with Debtors' professionals regarding case issues and claim objections (0.3). | .60 | 500.00 | 300.00 |
| 12/16/22 | RLS1 | Call with Debtor professionals' team and review of claims analysis provided by PPP. | .90 | 500.00 | 450.00 |
| 12/19/22 | RLS1 | Communications with Epiq and PPP teams regarding exhibits for claim objections (0.2): and review of same (0.3) | .50 | 500.00 | 250.00 |
| 12/20/22 | RLS1 | Communications with Epiq and PPP team regarding revisions and updates to claims objection exhibits. | .40 | 500.00 | 200.00 |
| 12/27/22 | RLS1 | Call with Debtors' advisors regarding claim objections and notice of name change issues; follow up communications regarding list of 50 largest claims and review of same. | .80 | 500.00 | 400.00 |

**TOTAL PROFESSIONAL SERVICES**                              **$ 1,600.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 3.20 | 500.00 | 1,600.00 |
| **TOTALS** | **3.20** | | **$ 1,600.00** |

**TOTAL THIS INVOICE**                                        **$ 1,600.00**



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

January 5, 2023
Invoice:          125014

# INVOICE SUMMARY

For professional services rendered through December 31, 2022

**Fee/Emp Applications**

| | |
|---|---|
| Professional Services | $ 550.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 550.00** |



January 5, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:        125014

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                    **$ 550.00**

---

**To Pay Online:**              **https://www.fbfk.law/payment/**

**Payment by Wire:**

|  |  |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                          <u>Lockbox Address</u>
Please return this advice with payment to:      Ferguson Braswell Fraser Kubasta PC
                                                P.O. Box 1581
                                                Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125014                                                                                    January 5, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 12/14/22 | RLS1 | Draft declaration in support of Application to Employ FBFK. | .50 | 500.00 | 250.00 |
| 12/23/22 | RLS1 | Review of FBFK employment application (0.4) and communications with Paul Hastings team regarding same (0.2). | .60 | 500.00 | 300.00 |

**TOTAL PROFESSIONAL SERVICES**                                        **$ 550.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 1.10 | 500.00 | 550.00 |
| **TOTALS** | **1.10** | | **$ 550.00** |

**TOTAL THIS INVOICE**                                                    **$ 550.00**



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

February 6, 2023
Invoice:            125859

---

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

### Claims Admin & Objections

| | |
|---|---|
| Professional Services | $ 22,250.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 22,250.00** |



February 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:          125859

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                     **$ 22,250.00**

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                              Lockbox Address
Please return this advice with payment to:      Ferguson Braswell Fraser Kubasta PC
                                                P.O. Box 1581
                                                Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125859                                                    February 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/02/23 | RLS1 | Drafting of First Omnibus Objection (Duplicate Claims. Amended Claims). | 2.20 | 500.00 | 1,100.00 |
| 1/03/23 | RLS1 | Continue drafting First Omnibus Objection (0.7); call with Debtor advisors regarding claims reconciliation and related issues (0.5). | 1.20 | 500.00 | 600.00 |
| 1/04/23 | RLS1 | Call with PPP and Paul Hastings teams regarding claims objections and review of largest claims(1.0); follow up communications regarding same (0.1) | 1.10 | 500.00 | 550.00 |
| 1/05/23 | RLS1 | Communications with PPP and Epiq regarding exhibits for second omnibus objection. | .20 | 500.00 | 100.00 |
| 1/07/23 | RLS1 | Call with James Grogan regarding stipulations and agreements on claims and form of agreement for same. | .20 | 500.00 | 100.00 |
| 1/09/23 | RLS1 | Draft form Stipulation and Agreed order for negotiation of certain claims (1.20); follow up emails and discussions with Paul Hastings and Portage Point (0.4). | 1.60 | 500.00 | 800.00 |
| 1/10/23 | RLS1 | Call with Compute North Advisors regarding claims administration and related issues (0.6); work on Declarations in support of claims objections (0.9); emails with R. Mersch regarding stipulations and claim objection deadline and analysis of issue regarding same (0.2); make revisions to First Omnibus Objection to Claims (0.3) and communications with J. Grogan regarding same (0.1). | 2.10 | 500.00 | 1,050.00 |
| 1/11/23 | RLS1 | Work on Omnibus objections to claims and related proposed orders and declarations (2.4); discussions with PPP and Paul Hastings teams regarding post-effective date budget (0.2). | 2.60 | 500.00 | 1,300.00 |
| 1/12/23 | RLS1 | Continued drafting of 2nd Omnibus Objection to Claims and related proposed order and declaration (1.60); draft objection to claim of Rohit Shirole and related declaration and proposed orders (1.8); legal research related to Shirole claim objection. (0.8). | 4.20 | 500.00 | 2,100.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125859                                                                 February 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|----|-----------------------|-------|------|--------|
| 1/13/23 | RLS1 | Call with Debtors' advisors regarding claims resolution and related issues (0.5); communications with Portage Point and Paul Hastings regarding claim objections (0.5); make revisions to Claim Objections (First and Second Omnibus and Rohit Shirole), exhibits and proposed orders (0.7); finalize and file Claim Objections, exhibits and proposed orders (0.7). | 2.40 | 500.00 | 1,200.00 |
| 1/17/23 | RLS1 | Call with Compute North advisors regarding claim objections and related issues (0.8); follow up emails with R. Mersch regarding same (0.2); review of issues related to various claim objections, including BitNile and Decimal (0.8). | 1.80 | 500.00 | 900.00 |
| 1/18/23 | RLS1 | Work on BitNile Claim objection (0.4); discussions with Debtors' advisors regarding same (0.3); call with Debtors and Portage Point representatives regarding proposed stipulations to resolve claims (0.7). | 1.40 | 500.00 | 700.00 |
| 1/19/23 | RLS1 | Prepare objection to BitNile claim, declaration, proposed orders and exhibits (1.80); calls and emails with R. Mersch regarding BitNile objection and other potential claim objections (0.4); review of analysis regarding other potential claim objections (0.2); communications with Debtors and Paul Hastings counsel regarding same (0.3); finalize and file BitNile Claim Objection (0.3); prepare stipulation re: Uline claim (0.3). | 3.30 | 500.00 | 1,650.00 |
| 1/20/23 | RLS1 | Communications with Debtors and Portage Point Partners regarding analysis of claims and potential objections (0.4); draft objection to claim of Bobs Limited and related declaration and proposed order (2.3); discussions with Debtors, R. Mersch and Paul Hastings regarding same (0.3); make revisions to Bobs Limited claim objection (0.2); finalize and file Bobs Limited claim objection (0.3); communications with Epiq regarding service of claims objections (0.2). | 3.70 | 500.00 | 1,850.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125859                                          February 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/23/23 | RLS1 | Call with counsel for Bootstrap Energy regarding claim objection (0.3)l; follow up emails with Paul Hastings and Portage Point regarding same (0.2); call with counsel for SM & MS Partners regarding request to stipulate to equity interest (0.3); work on stipulation for same (0.3); communications with R. Mersch and claimant regarding Uline claim stipulation to reclassify claim as Class 3 (0.2) and make revisions to same (0.2); facilitate service of Bobs Limited claims objection (0,1); communications with Epiq regarding exhibits for amended claim objections (0.1). | 1.70 | 500.00 | 850.00 |
| 1/24/23 | RLS1 | Revisions to Stipulation regarding Fox Mining claim and communications regarding same (0.3); Communications with Paul Hastings and Bootstrap counsel regarding claim objection (0.4); review of Bootstrap 3018 Motion (0.2); call with J. Grogan regarding same (0.4). | 1.30 | 500.00 | 650.00 |
| 1/25/23 | RLS1 | Revisions to Stipulations and Agreed Orders on claims with customers (0.4) and communications regarding same (0.3);Calls with counsel for Bootstrap regarding claim objection and Court's order on Rule 11 inquiry (0.8); communications with Paul Hastings and Portage Point regarding same (0.8); draft Joint Statement of Rule 11 Inquiry and communications with counsel for Bootstrap regarding same (1.0); file same (0.2); follow up call with Bootstrap counsel regarding claim voting (0.2); follow up calls with J. Grogan and Portage Point (0.3). | 4.00 | 500.00 | 2,000.00 |
| 1/26/23 | RLS1 | Communications with PARC counsel regarding stipulation on claim (0.6); submit stipulation (0.1); calls with J. Grogan regarding PARC stipulation (0.5); analysis of issues regarding PARC (0.7); draft withdrawal of stipulation (0.2) and file same (0.1); discussions with Debtors, R. Mersch and Epiq regarding stipulations with US Digital Mining and MP2 (0.6) | 2.80 | 500.00 | 1,400.00 |
| 1/27/23 | RLS1 | Various discussions with Debtors and CRO regarding stipulations for claims of US Digital Mining Texas, Alder SPV, Culver and MP2 (0.7); finalize and file Stipulation on US Digital Mining Claim (0.3); Call with J. Grogan and PARC counsel regarding continued discussions on claim resolution (0.5); follow up call with J. Grogan regarding same (0.2); Call and email with counsel for MBTC regarding stipulation on claim (0.3). | 2.00 | 500.00 | 1,000.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125859

February 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/30/23 | RLS1 | Call with Davis Polk regarding objection to duplicate claim (0.2); call with J. Grogan and counsel for PARC regarding stipulation of claim (0.1) and email communications regarding same (0.1); Call with R Mersch, B. Coulby and Paul Hastings regarding various customer claim stipulations (0.2); Work on stipulations (0.5); communications with creditors regarding same (0.5). | 1.60 | 500.00 | 800.00 |
| 1/31/23 | RLS1 | Call with Davis Polk regarding duplicate claims objection (0.2); work on stipulations for customer claims including GH Effect, Digital Alchemy, PARC, Alder entities and TWC (1.50); multiple communications regarding stipulations with customers, R. Mersch, Debtors and Paul Hastings (1.30); file executed stipulations (0.3). | 3.10 | 500.00 | 1,550.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 22,250.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 44.50 | 500.00 | 22,250.00 |
| **TOTALS** | **44.50** | | **$ 22,250.00** |

**TOTAL THIS INVOICE**                          **$ 22,250.00**



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

February 6, 2023
Invoice:          125860

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

**Fee/Emp Applications**

| | |
|---|---|
| Professional Services | $ 100.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 100.00** |
| Previous Balance | $ 550.00 |
| **TOTAL BALANCE DUE** | **$ 650.00** |



February 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:            125860

---

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 100.00** |
| Previous Balance | $ 550.00 |
| **TOTAL BALANCE DUE** | **$ 650.00** |

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                           Lockbox Address
Please return this advice with payment to:    Ferguson Braswell Fraser Kubasta PC
                                              P.O. Box 1581
                                              Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125860                                                         February 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 1/20/23 | RLS1 | Review of certificate of no objection and proposed order on FBFK employment. | .20 | 500.00 | 100.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 100.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | .20 | 500.00 | 100.00 |
| **TOTALS** | **.20** | | **$ 100.00** |

**TOTAL THIS INVOICE**                          **$ 100.00**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125860                                                February 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---:|---:|---:|---:|---:|
| 125014 | 1/05/23 | 550.00 | .00 | 550.00 |

| | |
|---|---:|
| Previous Balance | $ 550.00 |
| Balance Due This Invoice | $ 100.00 |
| **TOTAL BALANCE DUE** | **$ 650.00** |



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

February 6, 2023
Invoice:          125861

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

### Litigation & Contested Matters

| | |
|---|---|
| Professional Services | $ 6,350.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,350.00** |



February 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:          125861

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                    **$ 6,350.00**

---

**To Pay Online:**              **https://www.fbfk.law/payment/**

**Payment by Wire:**

|  |  |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                   Lockbox Address
Please return this advice with payment to:      Ferguson Braswell Fraser Kubasta PC
                                                                      P.O. Box 1581
                                                                      Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125861                                                          February 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/05/23 | RLS1 | Review and analysis of issues regarding 7575 Management and APA closing issue (0.2); communications with Paul Hastings team regarding same (0.2). | .40 | 500.00 | 200.00 |
| 1/09/23 | RLS1 | Emails with J. Grogan and T. Cronin regarding call to discuss BitNile matter. | .20 | 500.00 | 100.00 |
| 1/10/23 | TAC | Conference with R.Smiley regarding suit filed against Compute North executives by Bitnile (0.4); Conference with J.Grogan and M. Micheli regarding same (0.9); Review and analyze pleadings and joint interest agreement and pursue strategy regarding same (1.2). | 2.50 | 500.00 | 1,250.00 |
| 1/10/23 | RLS1 | Call with J. Grogan, M. Micheli, and T. Cronin regarding BitNile matter (0.9); follow up discussion with T. Cronin regarding same (0.4). | 1.30 | 500.00 | 650.00 |
| 1/13/23 | TAC | Prepare for and conduct conference with client regarding BitNile dispute; Pursue strategy regarding same. | .90 | 500.00 | 450.00 |
| 1/13/23 | RLS1 | Call with Jason Stokes and T. Cronin regarding BitNile matter (0.6); follow up discussions with T. Cronin regarding same (0.2). | .80 | 500.00 | 400.00 |
| 1/16/23 | RLS1 | Email communications with Debtors' advisors regarding potential resolution with RK Mission Critical (0.3); emails with counsel for Blockmatrix and J. Grogan regarding extension of deadline to respond to contract rejection (0.2). | .50 | 500.00 | 250.00 |
| 1/17/23 | RLS1 | Review of audio from hearing on 1/17/2023 regarding Shirole motion to lift stay. | .50 | 500.00 | 250.00 |
| 1/18/23 | RLS1 | Communications with Paul Hastings counsel regarding complaint against Atlas (0.6); review of draft complaint and make revisions to same (1.1); review of issues regarding Bitmain and Blockmatrix (0.5). | 2.20 | 500.00 | 1,100.00 |
| 1/19/23 | RLS1 | Make revisions to Atlas complaint (0.9) and email communications with Paul Hastings team and Debtors regarding same (0.70); calls with James Bliss regarding Complaint (0.4); prepare adversary cover sheet (0.4); finalize and file Complaint (0.4). | 2.80 | 500.00 | 1,400.00 |
| 1/19/23 | RLS1 | Call with M. Micheli and counsel for Decimal regarding equipment stuck in port and proposals to resolve same. | .40 | 500.00 | 200.00 |
| 1/24/23 | RLS1 | Discussions with M. Micheli regarding Shirole matter and request for documents. | .20 | 500.00 | 100.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125861                                                          February 6, 2023

### TOTAL PROFESSIONAL SERVICES                                 $ 6,350.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Tory Cronin | 3.40 | 500.00 | 1,700.00 |
| Rachael L Smiley | 9.30 | 500.00 | 4,650.00 |
| **TOTALS** | **12.70** | | **$ 6,350.00** |

### TOTAL THIS INVOICE                                            $ 6,350.00



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

February 6, 2023
Invoice:          125862

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

**RE:   BitNile Litigation**

|  |  |
|---|---:|
| Professional Services | $ 1,350.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,350.00** |



February 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:        125862

---

**REMITTANCE ADVICE**

**RE:  BitNile Litigation**

---

**BALANCE DUE THIS INVOICE**                     **$ 1,350.00**

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                          <u>Lockbox Address</u>
Please return this advice with payment to:     Ferguson Braswell Fraser Kubasta PC
                                               P.O. Box 1581
                                               Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125862

February 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/11/23 | RLS1 | Communications with T. Cronin and client regarding policy deductible and call to discuss same. | .10 | 500.00 | 50.00 |
| 1/18/23 | TAC | Prepare for and conduct conference with counsel for Defendants regarding discovery issues and case status and strategy. | .80 | 500.00 | 400.00 |
| 1/18/23 | RLS1 | Call with J. Grogan, T. Cronin and counsel for Defendants regarding D&O coverage and related issues (0.4); follow up call with J. Grogan and T. Cronin regarding same (0.3). | .70 | 500.00 | 350.00 |
| 1/25/23 | TAC | Review various correspondence from counsel for defendants and pursue strategy regarding same (0.2); Review proposed common-interest agreement (0.2); Correspondence with client regarding same (0.1). | .50 | 500.00 | 250.00 |
| 1/25/23 | RLS1 | Email communications with T. Cronin, client and counsel for Defendants regarding documents needed for motion to dismiss. | .20 | 500.00 | 100.00 |
| 1/30/23 | RLS1 | Communications with defendants' counsel and T. Cronin regarding common interest agreement and updated document request list. | .20 | 500.00 | 100.00 |
| 1/31/23 | RLS1 | Communications with counsel for BitNile defendants regarding D&O Policy. | .20 | 500.00 | 100.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 1,350.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Tory Cronin | 1.30 | 500.00 | 650.00 |
| Rachael L Smiley | 1.40 | 500.00 | 700.00 |
| **TOTALS** | **2.70** | | **$ 1,350.00** |

**TOTAL THIS INVOICE**          **$ 1,350.00**



Matt Micheli                                                          February 6, 2023
Compute North c/o Paul Hastings                        Invoice:              125863
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

---

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

### Expenses

| | |
|---|---:|
| Professional Services | $ .00 |
| Total Reimbursable Expenses | $ 350.00 |
| **TOTAL THIS INVOICE** | **$ 350.00** |



February 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:        125863

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                    **$ 350.00**

---

**To Pay Online:**              **https://www.fbfk.law/payment/**

**Payment by Wire:**

|                               |                                      |
|-------------------------------|--------------------------------------|
| Financial Institution Name:   | First Horizon                        |
| Financial Institution Address:| 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name:                 | Ferguson Braswell Fraser Kubasta PC  |
| ABA:                          | 265270413                            |
| Account Number:               | 20001796186                          |
| Swift Code:                   | Foreign Currency - FTBMUS44          |

**Payment by Check:**                          Lockbox Address
Please return this advice with payment to:     Ferguson Braswell Fraser Kubasta PC
                                               P.O. Box 1581
                                               Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125863                                                                    February 6, 2023

**REIMBURSABLE EXPENSES**

| Date | Description | Amount |
|------|-------------|-------:|
| 1/19/23 | Filing Fees Adversary proceeding filing fee. | 350.00 |

|  |  |
|---|---:|
| **TOTAL REIMBURSABLE EXPENSES** | **$ 350.00** |
| **TOTAL THIS INVOICE** | **$ 350.00** |

3



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

February 6, 2023
Invoice:          125864

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

**Assumption & Rejection of Contracts**

| | |
|---|---|
| Professional Services | $ 850.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 850.00** |



February 6, 2023

Matt Micheli                                                    Invoice:          125864
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

### REMITTANCE ADVICE

---

**BALANCE DUE THIS INVOICE**                     **$ 850.00**

---

**To Pay Online:**               **https://www.fbfk.law/payment/**

**Payment by Wire:**

|  |  |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                              Lockbox Address
Please return this advice with payment to:   Ferguson Braswell Fraser Kubasta PC
                                             P.O. Box 1581
                                             Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125864                                                    February 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 1/14/23 | RLS1 | Call with counsel for Blockmatrix regarding contract objection issues and purchase of miners held in port (0.3); follow up emails regarding same (0.2). | .50 | 500.00 | 250.00 |
| 1/25/23 | RLS1 | Call with Debtors, Paul Hastings, Jeffries and Portage Point regarding resolution of customer order issues and related claims (0.6); email communications with counsel for Blockmetrix and River Financial regarding extension of time to respond to rejected orders (0.2) communications with Paul Hastings regarding same (0.2). | 1.00 | 500.00 | 500.00 |
| 1/26/23 | RLS1 | Discussions with Blockmetrix and River Financial counsel regarding further extension of deadline to object to rejection notice. | .20 | 500.00 | 100.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 850.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 1.70 | 500.00 | 850.00 |
| **TOTALS** | **1.70** | | **$ 850.00** |

**TOTAL THIS INVOICE**                          **$ 850.00**


**FBFK**
THE NEW GUARD

Matt Micheli                                                          February 6, 2023
Compute North c/o Paul Hastings                       Invoice:          125865
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

# INVOICE SUMMARY

For professional services rendered through January 31, 2023

### Asset Disposition

| | |
|---|---:|
| Professional Services | $ 2,800.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,800.00** |



February 6, 2023

Matt Micheli                                                          Invoice:          125865
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

## REMITTANCE ADVICE

---

### BALANCE DUE THIS INVOICE                    $ 2,800.00

---

**To Pay Online:**              **https://www.fbfk.law/payment/**

**Payment by Wire:**

|  |  |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                    Lockbox Address
Please return this advice with payment to:      Ferguson Braswell Fraser Kubasta PC
                                                 P.O. Box 1581
                                                 Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 125865                                      February 6, 2023

## PROFESSIONAL SERVICES RENDERED

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 1/20/23 | RLS1 | Communications with Debtors, Portage Point Partners and Paul Hastings regarding disposition of miners and customer orders (0.8) follow up communications with customers (0.3). | 1.10 | 500.00 | 550.00 |
| 1/23/23 | RLS1 | Call with Portage Point and Paul Hastings teams and client regarding disposition of miners and related issues (0.80); legal research regarding case law governing business judgment in sale of assets. (0.2). | 1.00 | 500.00 | 500.00 |
| 1/24/23 | RLS1 | Communications with PPP and Debtors regarding Blockmetrix and disposition of miners and analysis of issues regarding same. | .80 | 500.00 | 400.00 |
| 1/27/23 | RLS1 | Call with Debtors, Paul Hastings and R. Mersch regarding strategy for disposition of miners (0.5); Email communications regarding same (0.2). | .70 | 500.00 | 350.00 |
| 1/30/23 | RLS1 | Communications with Paul Hastings, Debtors and team regarding strategy for disposition of miners (0.3); call regarding same (0.5); review of letter from Blockmetrix counsel regarding equipment (0.2). | 1.00 | 500.00 | 500.00 |
| 1/31/23 | RLS1 | Discussions with R. Mersch and Paul Hastings regarding settlements for dispositions of miners with various customers (0.40); emails with counsel for BlockMetrix and River Financial regarding same (0.2). | .60 | 500.00 | 300.00 |
| 1/31/23 | RLS1 | Communications regarding settlements with customers regarding disposition of miners with counsel for customers, R. Mersch and Paul Hastings. | .40 | 500.00 | 200.00 |

**TOTAL PROFESSIONAL SERVICES**                     **$ 2,800.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 5.60 | 500.00 | 2,800.00 |
| **TOTALS** | **5.60** | | **$ 2,800.00** |

**TOTAL THIS INVOICE**                              **$ 2,800.00**



Matt Micheli                                                          March 6, 2023
Compute North c/o Paul Hastings                      Invoice:            127187
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

# INVOICE SUMMARY

For professional services rendered through February 28, 2023

### Claims Admin & Objections

| | |
|---|---:|
| Professional Services | $ 9,500.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,500.00** |
| Previous Balance | $ 22,250.00 |
| **TOTAL BALANCE DUE** | **$ 31,750.00** |



March 6, 2023

Matt Micheli                                                    Invoice:        127187
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

**REMITTANCE ADVICE**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 9,500.00** |
| Previous Balance | $ 22,250.00 |
| **TOTAL BALANCE DUE** | **$ 31,750.00** |

---

**To Pay Online:**        **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                    Lockbox Address
Please return this advice with payment to:       Ferguson Braswell Fraser Kubasta PC
                                                                        P.O. Box 1581
                                                                        Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127187 March 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 2/01/23 | RLS1 | Emails with creditors and Epiq regarding revised ballots for NBTC and PARC (0.2); call with counsel for NBTC re: stipulation and ballot (0.2); Call with Debtors' professionals regarding ballot and claims resolution issues (0.5); multiple email communications with parties and Debtor professionals regarding claims stipulations and agreed orders with TWC, Shell MBTC and Alder (1.4); make revisions to Stipulations and finalize same (0.8); facilitate signatures for Stipulations (0.5); file stipulations (0.5). | 4.10 | 500.00 | 2,050.00 |
| 2/02/23 | RLS1 | Prepare Notice of Hearing for Stipulations and Agreed Orders on claims (0.3) and file same (0.2); follow up emails with CN professionals regarding same (0.4). | .90 | 500.00 | 450.00 |
| 2/03/23 | RLS1 | Calls with Paul Hastings and R. Mersch regarding Motion for Partial Reconsideration of order on claims objections and declarations. | .70 | 500.00 | 350.00 |
| 2/03/23 | RLS1 | Communications with Epiq regarding service of Notice of Hearing on Stipulations and Agreed Orders on Claims. | .10 | 500.00 | 50.00 |
| 2/07/23 | RLS1 | Communications with S. Thomas regarding PARC stipulation and confirmation order (0.1); call with R. Mersch regarding First and Second Omnibus Claims Objections (0.5). | .60 | 500.00 | 300.00 |
| 2/07/23 | RLS1 | Call with Debtor's advisors teams regarding confirmation issues; settlements with customers. | .80 | 500.00 | 400.00 |
| 2/08/23 | RLS1 | Call with J. Grogan and counsel for Bootstrap regarding potential settlement of claims. | .50 | 500.00 | 250.00 |
| 2/10/23 | RLS1 | Email communications with counsel for Reviva regarding First Omnibus Objection to claims (0.3); review of Bitnile emergency 3018 motion tor temporary allowance of claim (0.4); and emails with M. Micheli regarding same (0.2). | .90 | 500.00 | 450.00 |
| 2/13/23 | RLS1 | Draft Response in Objection to BitNile Emergency Rule 3018 Motion (2.2); legal research for same (0.7); prepare exhibits for same (0.2); communications with M. Micheli and J. Grogan regarding same (0.4); make revisions to Response (0.8): finalize and file same (0.4). | 4.70 | 500.00 | 2,350.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127187                                                                March 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/13/23 | RLS1 | Draft Objection to BitNile Rejection Damages Claim (2.0); legal research for same (0.5); prepare exhibits for same (0.2); communications with M. Micheli and J. Grogan regarding same (0.4); make revisions to Response (0.8): finalize and file same (0.4). | 4.30 | 500.00 | 2,150.00 |
| 2/14/23 | RLS1 | Call with counsel for Reviva regarding objection to duplicate claims (0.3); follow up email communications with Reviiva counsel and Debtors' advisors regarding same (0.2). | .50 | 500.00 | 250.00 |
| 2/14/23 | RLS1 | Communications with Paul Hastings and Committee counsel for Committee regarding Stipulations on claims set for hearing on 2/16 (0.3); and analysis of issues regarding same (0.4). | .70 | 500.00 | 350.00 |
| 2/16/23 | RLS1 | Emails with claimant parties to claim objections regarding resolution of same. | .20 | 500.00 | 100.00 |

### TOTAL PROFESSIONAL SERVICES                                   $ 9,500.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 19.00 | 500.00 | 9,500.00 |
| **TOTALS** | **19.00** | | **$ 9,500.00** |

### TOTAL THIS INVOICE                                            $ 9,500.00

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127187                                                                                   March 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 125859 | 2/06/23 | 22,250.00 | .00 | 22,250.00 |

Previous Balance                                                    $ 22,250.00

Balance Due This Invoice                                          $ 9,500.00

**TOTAL BALANCE DUE**                                   **$ 31,750.00**



Matt Micheli                                                               March 6, 2023
Compute North c/o Paul Hastings                          Invoice:          127188
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

# INVOICE SUMMARY

For professional services rendered through February 28, 2023

### Fee/Emp Applications

| | |
|---|---|
| Professional Services | $ 900.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 900.00** |
| Previous Balance | $ 650.00 |
| **TOTAL BALANCE DUE** | **$ 1,550.00** |



March 6, 2023

Matt Micheli                                                                Invoice:        127188
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 900.00** |
| Previous Balance | $ 650.00 |
| **TOTAL BALANCE DUE** | **$ 1,550.00** |

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

Financial Institution Name:       First Horizon
Financial Institution Address:    2500 Dallas Pkwy #100 Plano TX 75093
Account Name:                     Ferguson Braswell Fraser Kubasta PC
ABA:                              265270413
Account Number:                   20001796186
Swift Code:                       Foreign Currency - FTBMUS44

**Payment by Check:**                          Lockbox Address
Please return this advice with payment to:     Ferguson Braswell Fraser Kubasta PC
                                               P.O. Box 1581
                                               Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127188                                                                                    March 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/14/23 | RLS1 | Review of Interim Fee Procedures Order (0.2); Prepare first monthly fee statement for December 2022 (0.7); and file same (0.1); prepare First Interim Fee Application for FBFK (0.4); and prepare exhibits for same (0.2); file First Interim Fee app and exhibits (0.2). | 1.80 | 500.00 | 900.00 |

**TOTAL PROFESSIONAL SERVICES**                                                   **$ 900.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 1.80 | 500.00 | 900.00 |
| **TOTALS** | **1.80** | | **$ 900.00** |

**TOTAL THIS INVOICE**                                                            **$ 900.00**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127188                                                                    March 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 125014 | 1/05/23 | 550.00 | .00 | 550.00 |
| 125860 | 2/06/23 | 100.00 | .00 | 100.00 |

| | |
|---|---|
| Previous Balance | $ 650.00 |
| Balance Due This Invoice | $ 900.00 |
| **TOTAL BALANCE DUE** | **$ 1,550.00** |



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

March 6, 2023
Invoice:          127189

# INVOICE SUMMARY

For professional services rendered through February 28, 2023

**Litigation & Contested Matters**

| | |
|---|---|
| Professional Services | $ 7,300.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,300.00** |
| Previous Balance | $ 6,350.00 |
| **TOTAL BALANCE DUE** | **$ 13,650.00** |



March 6, 2023

Matt Micheli                                                    Invoice:          127189
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 7,300.00** |
| Previous Balance | $ 6,350.00 |
| **TOTAL BALANCE DUE** | **$ 13,650.00** |

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

|  |  |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                    Lockbox Address
Please return this advice with payment to:          Ferguson Braswell Fraser Kubasta PC
                                                                   P.O. Box 1581
                                                                   Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127189                                                                    March 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/07/23 | RLS1 | Review of draft agenda and witness and exhibit list for hearing on 2/9. (0.1); communications with counsel for Atlas regarding accepting service (0.1); communications with J. Grogan, R. Mersch and counsel for Boostrap regarding confirmation depositions (0.2). | .40 | 500.00 | 200.00 |
| 2/09/23 | RLS1 | Remote appearance at hearing on Debtors' emergency 9019 motions. | .60 | 500.00 | 300.00 |
| 2/09/23 | RLS1 | Email communications with counsel for Atlas regarding service, answer date and call to discuss same. | .20 | 500.00 | 100.00 |
| 2/14/23 | RLS1 | Call with M. Micheli regarding BitNile issues (0.1); Call with Debtors' professionals and representatives regarding witness prep for Confirmation hearing and issues regarding Bootstrap confirmation objection (1.20); review of confirmation witness list and agenda (0.3); and communications with Paul Hastings regarding same (0.1); prepare for confirmation hearing (0.8). | 2.50 | 500.00 | 1,250.00 |
| 2/15/23 | RLS1 | Discussions with M. Micheli and counsel for BitNile regarding objection to 3018 motion and resolution of same (0.8); prepare form of Agreed Order on same (0.4). | 1.20 | 500.00 | 600.00 |
| 2/15/23 | RLS1 | Prepare for hearing on Plan confirmation and related matters. | 3.90 | 500.00 | 1,950.00 |
| 2/16/23 | RLS1 | Travel to and from confirmation hearing (billing 1/2 time). | 2.00 | 500.00 | 1,000.00 |
| 2/16/23 | RLS1 | Continued preparation for confirmation hearing (1.7)); call with M, Micheli regarding stipulation issues (0.2); email communications regarding resolution of BitNile 3018 Motion (0.5); appear at Confirmation Hearing (1.40). | 3.80 | 500.00 | 1,900.00 |

**TOTAL PROFESSIONAL SERVICES**                           **$ 7,300.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 14.60 | 500.00 | 7,300.00 |
| **TOTALS** | **14.60** | | **$ 7,300.00** |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127189                                                         March 6, 2023

**TOTAL THIS INVOICE**                                      **$ 7,300.00**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127189                                                          March 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 125861 | 2/06/23 | 6,350.00 | .00 | 6,350.00 |

Previous Balance                                            $ 6,350.00

Balance Due This Invoice                                    $ 7,300.00

**TOTAL BALANCE DUE**                                   **$ 13,650.00**



**FBFK**
THE NEW GUARD

Matt Micheli                                                                      March 6, 2023
Compute North c/o Paul Hastings                           Invoice:            127190
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

# INVOICE SUMMARY

For professional services rendered through February 28, 2023

**Expenses**

| | |
|---|---:|
| Professional Services | $ .00 |
| Total Reimbursable Expenses | $ 573.84 |
| **TOTAL THIS INVOICE** | **$ 573.84** |
| Previous Balance | $ 350.00 |
| **TOTAL BALANCE DUE** | **$ 923.84** |



March 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:          127190

---

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 573.84** |
| Previous Balance | $ 350.00 |
| **TOTAL BALANCE DUE** | **$ 923.84** |

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                       Lockbox Address
Please return this advice with payment to:   Ferguson Braswell Fraser Kubasta PC
                                             P.O. Box 1581
                                             Memphis, TN 38101

### TERMS: DUE UPON RECEIPT

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127190                                                                March 6, 2023

**REIMBURSABLE EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 2/14/23 | Travel Expenses Airfare to and from Houston, TX. | 520.97 |
| 2/15/23 | Travel Expenses Uber to and from United States District Courthouse, Houston, TX. | 52.87 |

|  | **TOTAL REIMBURSABLE EXPENSES** | **$ 573.84** |
|--|--|--|
|  | **TOTAL THIS INVOICE** | **$ 573.84** |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127190 March 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 125863 | 2/06/23 | 350.00 | .00 | 350.00 |

| | |
|---|---|
| Previous Balance | $ 350.00 |
| Balance Due This Invoice | $ 573.84 |
| **TOTAL BALANCE DUE** | **$ 923.84** |



Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

March 6, 2023

Invoice:              127191

# INVOICE SUMMARY

For professional services rendered through February 28, 2023

**Asset Disposition**

| | |
|---|---|
| Professional Services | $ 5,650.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,650.00** |
| Previous Balance | $ 2,800.00 |
| **TOTAL BALANCE DUE** | **$ 8,450.00** |



March 6, 2023

Matt Micheli                                                    Invoice:          127191
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

---

**REMITTANCE ADVICE**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 5,650.00** |
| Previous Balance | $ 2,800.00 |
| **TOTAL BALANCE DUE** | **$ 8,450.00** |

---

**To Pay Online:**        **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                                    Lockbox Address
Please return this advice with payment to:    Ferguson Braswell Fraser Kubasta PC
                                                               P.O. Box 1581
                                                               Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127191                                                        March 6, 2023

## PROFESSIONAL SERVICES RENDERED

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/02/23 | RLS1 | Multiple email communications with R. Mersch and B. Coulby regarding customer agreements to sell or dispose of miners held in port (0.8); call with counsel for Blockmetrix regarding miners held in port (0.5); follow up communications with counsel for Blockmetrix regarding extension of deadline (0.2). | 1.50 | 500.00 | 750.00 |
| 2/03/23 | RLS1 | Discussions with Debtor and R. Mersch regarding Blockmetrix issue; emails with Blockmetrix counsel re: call to discuss same | .20 | 500.00 | 100.00 |
| 2/07/23 | RLS1 | Call with R. Mersch, B. Coulby and counsel for Blockmetrix/ River Financial regarding settlement term sheets and credits. | .30 | 500.00 | 150.00 |
| 2/08/23 | RLS1 | Communications with R. Mersch and counterparties (Gem Mining, Decimal, Blockmetrix, River Financial) regarding de minimus asset sales and settlement of claims. | 1.00 | 500.00 | 500.00 |
| 2/09/23 | RLS1 | Call with R. Mersch and M. Micheli regarding form and logistics of de minimus assets sales for disposition of miners to customers (0.2); follow up communications with customer counterparties to finalize settlements and sales (1.2); review and finalize sale docs for signature (0.8). | 2.20 | 500.00 | 1,100.00 |
| 2/10/23 | RLS1 | Review, make revisions to and facilitate signatures for terms sheets for de minimis asset sales of miners to customers (Bockmetrix, River Financial, Gem Mining, Decimal, Verbi) (1.7); communications regarding same with customers, Debtors and R. Mersch  (0.5); make revisions to de minimis asset sale notices (0.6); and communications regarding same with Paul Hastings and parties (0.2). | 3.00 | 500.00 | 1,500.00 |
| 2/13/23 | RLS1 | Communications with R. Mersch and counterparties regarding De Minimis Asset Sale notices and settlement term sheets (0.8); finalize forms of all Notices and Terms Sheets for filing (0.7); file Notices (0.5); communications with Epiq regarding service of same (0.3). | 2.30 | 500.00 | 1,150.00 |
| 2/15/23 | RLS1 | Call with K. Going and committee counsel regarding stipulations and agreed orders resolving claims (0.6); follow up communications with J. Grogan regarding same (0.2). | .80 | 500.00 | 400.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 5,650.00**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127191                                                                                                March 6, 2023

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 11.30 | 500.00 | 5,650.00 |
| **TOTALS** | **11.30** | | **$ 5,650.00** |

**TOTAL THIS INVOICE**                                                                    **$ 5,650.00**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127191                                                                                                   March 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 125865 | 2/06/23 | 2,800.00 | .00 | 2,800.00 |

|  |  |
|---|---|
| Previous Balance | $ 2,800.00 |
| Balance Due This Invoice | $ 5,650.00 |
| **TOTAL BALANCE DUE** | **$ 8,450.00** |



**THE NEW GUARD**

Matt Micheli                                                                                    March 6, 2023
Compute North c/o Paul Hastings                                        Invoice:              127192
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

## INVOICE SUMMARY

For professional services rendered through February 28, 2023

    **Post-Confirmation Matters**

       Professional Services                                        $ 5,600.00
       Total Reimbursable Expenses                         $ .00

       **TOTAL THIS INVOICE**                                **$ 5,600.00**



March 6, 2023

Matt Micheli
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

Invoice:      127192

---

**REMITTANCE ADVICE**

---

**BALANCE DUE THIS INVOICE**                    **$ 5,600.00**

---

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

| | |
|---|---|
| Financial Institution Name: | First Horizon |
| Financial Institution Address: | 2500 Dallas Pkwy #100 Plano TX 75093 |
| Account Name: | Ferguson Braswell Fraser Kubasta PC |
| ABA: | 265270413 |
| Account Number: | 20001796186 |
| Swift Code: | Foreign Currency - FTBMUS44 |

**Payment by Check:**                    <u>Lockbox Address</u>
Please return this advice with payment to:     Ferguson Braswell Fraser Kubasta PC
                                                P.O. Box 1581
                                                Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

***Thank you! We appreciate the opportunity to work with you.***

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127192

March 6, 2023

## PROFESSIONAL SERVICES RENDERED

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/17/23 | RLS1 | Communications with R. Mersch and M. Micheli regarding closing statements to purchasers of miners in de minimis asset sales. | .20 | 500.00 | 100.00 |
| 2/19/23 | RLS1 | Call with counsel for Davis Polk regarding objection to duplicate claim. | .20 | 500.00 | 100.00 |
| 2/20/23 | RLS1 | Call with potential purchaser of miners; follow up communications with R. Mersch; communications with Debtors and counsel for Blockmetrix and River Financial regarding logistic of finalizing de minimis asset sale. | .60 | 500.00 | 300.00 |
| 2/21/23 | RLS1 | Work on Bills of Sale and related issues to disposition of miners in de minimis asset sales; attend bi-weekly Advisors call; communications with counsel for Reviva regarding settlement of claim objection and follow up with Debtors and advisors regarding same; work on Atlas stipulation and agreement regarding service and answer date and communications with Atlas counsel regarding same. | 2.70 | 500.00 | 1,350.00 |
| 2/22/23 | RLS1 | Call and email with counsel for Bobs Limited regarding claim objection and follow up email with Debtors and R. Mersch; work on Bills of Sale for miners in de minimis asset sales and communications with Debtor and with customers regarding same; email communications with Bootstrap regarding updated liquidation budget and assets and discussion with R. Mersch regarding same. | 2.80 | 500.00 | 1,400.00 |
| 2/23/23 | RLS1 | Work on bills of sale for disposition of miners and communications with parties, R. Mersch and N. Hubert regarding same; communications with parties, R. Mersch and Debtors' representatives regarding objections to claims of Bobs Limited, Davis Polk and Reviva. | 1.60 | 500.00 | 800.00 |
| 2/24/23 | RLS1 | Biweekly CN Advisors call; communications with counsel for Bootstrap and R. Mersch regarding available assets and financials; communications with N. Hubert and representatives of Decimal regarding bill of sale and proposed changes to same. | 1.10 | 500.00 | 550.00 |
| 2/27/23 | RLS1 | Email communications with R. Mersch and Debtors regarding resolving claims objections with Davis Polk and Reviva; emails with counsel for Bootstrap and R. Mersch regarding NDA. | 1.10 | 500.00 | 550.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 127192                                                                                       March 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 2/28/23 | RLS1 | Email communications with Bootstrap counsel re: NDA; email communications with buyers of assets at de minimis assets sales and R. Mersch regarding payment; biweekly call with advisors; analysis of proposed de minimis sale of assets to Green Mine Group and application of de minimis asset sales procedures to same. | .90 | 500.00 | 450.00 |

**TOTAL PROFESSIONAL SERVICES**                                    **$ 5,600.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 11.20 | 500.00 | 5,600.00 |
| **TOTALS** | **11.20** | | **$ 5,600.00** |

**TOTAL THIS INVOICE**                                                **$ 5,600.00**



Matt Micheli                                                                April 6, 2023
Compute North c/o Paul Hastings                          Invoice:          128417
71 S Wacker Drive, 45th Floor
Chicago, IL  60606
mattmicheli@paulhastings.com

## INVOICE SUMMARY

For professional services rendered through March 31, 2023

**Post-Confirmation Matters**

| | |
|---|---|
| Professional Services | $ 15,320.50 |
| Total Reimbursable Expenses | $ .84 |
| **TOTAL THIS INVOICE** | **$ 15,321.34** |
| Previous Balance | $ 5,600.00 |
| **TOTAL BALANCE DUE** | **$ 20,921.34** |



April 6, 2023

Matt Micheli                                                    Invoice:         128417
Compute North c/o Paul Hastings
71 S Wacker Drive, 45th Floor
Chicago, IL  60606

**REMITTANCE ADVICE**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 15,321.34** |
| Previous Balance | $ 5,600.00 |
| **TOTAL BALANCE DUE** | **$ 20,921.34** |

**To Pay Online:**          **https://www.fbfk.law/payment/**

**Payment by Wire:**

Financial Institution Name:     First Horizon
Financial Institution Address:  2500 Dallas Pkwy #100 Plano TX 75093
Account Name:                   Ferguson Braswell Fraser Kubasta PC
ABA:                            265270413
Account Number:                 20001796186
Swift Code:                     Foreign Currency - FTBMUS44

**Payment by Check:**                          Lockbox Address
Please return this advice with payment to:     Ferguson Braswell Fraser Kubasta PC
                                               P.O. Box 1581
                                               Memphis, TN 38101

**TERMS: DUE UPON RECEIPT**

*Thank you! We appreciate the opportunity to work with you.*

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 128417                                                              April 6, 2023

**PROFESSIONAL SERVICES RENDERED**

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 3/01/23 | RLS1 | Email communications with Davis Polk and client regarding claim objection; emails with counsel for Reviva regarding claim objection; facilitate signature on Decimal Bill of Sale for miners. | .50 | 500.00 | 250.00 |
| 3/02/23 | RLS1 | Weekly call with Committee and Debtor professionals; emails and calls with counsel at Davis Polk regarding resolving claim objection and emails with Debtors regarding same; emails with Bootstrap and R. Mersch regarding NDA and asset specs; emails with R. Mersch regarding claims objection hearing on 3/6; draft Agenda and Witness & Exhibit list for hearing on 3/6; file same; communications with Epiq regarding service of same; communications with counsel for Bobs Limited regarding hearing on 3/6. | 4.70 | 500.00 | 2,350.00 |
| 3/03/23 | RLS1 | Call with R. Mersch regarding hearing on 3/6 and follow-up emails regarding same; communications with Davis Polk and Debtors regarding resolution of claim objection, make revisions to stipulation and agreed order resolving same and file stipulation; email communications and phone call with Reviva counsel regarding claim objection; prepare Atlas summons and request issuance of same; prepare Joint Motion to Continue Atlas Rule 7016 Conference and related proposed order, communications with Atlas counsel regarding same, finalize and file same; communications with N. Aleman regarding proposed GMC container sale. | 5.30 | 500.00 | 2,650.00 |
| 3/05/23 | RLS1 | Preparation of revised proposed orders and notice of filing of same; prepare for hearing on claims objections on 3/6. | 1.90 | 500.00 | 950.00 |
| 3/06/23 | RLS1 | Continued preparation of revised forms of proposed orders and file Notices of Filing of Revised Forms of proposed orders for First and Second Omnibus Objections to Claims; continued preparation for hearing on claims objections; appear at hearing; follow-up call with R. Mersch; call with Jefferies and R. Mersch regarding sale of containers and other asset sale issues; emails with Bootstrap counsel regarding asset specs and communications with Jefferies regarding same; emails with counsel for Atlas regarding continued Rule 7016 conference. | 5.20 | 500.00 | 2,600.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 128417                                                                April 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|----|----|------|------|--------|
| 3/07/23 | RLS1 | Review of proposed Genasics de minimis asset sale term sheet and make proposed revisions to same; communications with R. Mersch and Jefferies regarding same; call with J. Grogan regarding omnibus claims objections. | 1.60 | 500.00 | 800.00 |
| 3/09/23 | RLS1 | Discussions with Jefferies and R. Mersch regarding form of NDA for post-confirmation de minimis asset sales and make revisions to form NDA; communications with Faegre counsel and J. Grogan regarding list of release opt-out parties; weekly call with Committee professionals. | 1.20 | 500.00 | 600.00 |
| 3/10/23 | RLS1 | Review Sunbelt Solomon Motion for Admin Claim; effect service of Summons and Complaint on Atlas | .40 | 500.00 | 200.00 |
| 3/10/23 | KR1 | Correspondence with Rachael Smiley regarding service of Complaint and Summons; draft email to Justin M. Mertz enclosing Complaint, coversheet, and Summons, and send, as he is accepting service of same; print copies of same and serve via First Class Mail. | .30 | 235.00 | 70.50 |
| 3/13/23 | RLS1 | Review of Bitnile response to Amended Claim Objection. | .40 | 500.00 | 200.00 |
| 3/15/23 | RLS1 | Communications with Jefferies regarding terms for potential sale to Green Mine Group and further discussions regarding structure of assets sales. | .80 | 500.00 | 400.00 |
| 3/16/23 | RLS1 | Weekly call with Committee and Debtor professionals; review of Atas Motion to Amend Claim/Relief from Stay to exercise setoff rights. | .90 | 500.00 | 450.00 |
| 3/20/23 | RLS1 | Call with Michael Tribolet (Plan Administrator) regarding status of claims objections and claims reconciliation process. | .30 | 500.00 | 150.00 |
| 3/21/23 | RLS1 | Discussions with Jefferies regarding warranty issues in asset sales and analysis of same; communications regarding call with new Plan Administrator professionals; discussion with K. Ross regarding summons service executed for Atlas adversary. | .60 | 500.00 | 300.00 |
| 3/22/23 | RLS1 | Transition call with ASK LLP, Plan Administrator and Grant Thornton team. | .70 | 500.00 | 350.00 |
| 3/23/23 | RLS1 | Call with R. Mersch regarding fee applications; weekly call with Committee and Debtor professionals; call with creditor, Thomas Williams; file summons service executed in Atlas adversary. | 1.30 | 500.00 | 650.00 |
| 3/25/23 | RLS1 | Communications with Debtor regarding contract for rejection prior to effective date. | .20 | 500.00 | 100.00 |

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 128417                                                                 April 6, 2023

| Date | ID | Description of Service | Hours | Rate | Amount |
|------|-----|------------------------|-------|------|--------|
| 3/29/23 | RLS1 | Email communications with Bootstrap counsel and Jefferies regarding potential bid and site visits. | .30 | 500.00 | 150.00 |
| 3/30/23 | RLS1 | Weekly call with CN professionals, Committee and Plan Administrator; work on fee statements and emails with PPP regarding same; communications with counsel for Bootstrap and Jefferies regarding potential site visit and bid. | 2.40 | 500.00 | 1,200.00 |
| 3/31/23 | RLS1 | Call with Bootstrap counsel, Jefferies and Plan Administrator regarding potential site visits and bids for assets; email communications regarding same; prepare monthly fee statement for February 2023. | 1.80 | 500.00 | 900.00 |

**TOTAL PROFESSIONAL SERVICES**                             **$ 15,320.50**

**REIMBURSABLE EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 3/10/23 | Postage for service of the complaint and summons on Justin M. Mertz with Michael Best. | .84 |

**TOTAL REIMBURSABLE EXPENSES**                             **$ .84**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Rachael L Smiley | 30.50 | 500.00 | 15,250.00 |
| Kashonna Ross | .30 | 235.00 | 70.50 |
| **TOTALS** | **30.80** | | **$ 15,320.50** |

**TOTAL THIS INVOICE**                                      **$ 15,321.34**

FERGUSON BRASWELL FRASER KUBASTA PC

Invoice: 128417                                                                                      April 6, 2023

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 127192 | 3/06/23 | 5,600.00 | .00 | 5,600.00 |

Previous Balance $ 5,600.00

Balance Due This Invoice $ 15,321.34

**TOTAL BALANCE DUE** **$ 20,921.34**