# Exhibit B

| Vendor | Description | Date | Cost |
|---|---|---|---|
| US Courts | Filing Fee - Adversary Proceeding | 1/19/2023 | $350.00 |
| Southwest Airlines | Transportation to and from Houston for Confirmation Hearing | 1/15/2023 | $520.97 |
| Uber | Transportation to and from Courthouse | 1/16/2023 | $52.87 |
| **TOTAL:** | | | **$923.84** |