**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. | ) Case No. 22-90273 (MI) |
| (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1128** |

**NOTICE OF REVISED PROPOSED FINAL ORDER**
**ALLOWING PAUL HASTINGS LLP COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES**
**(Docket No. 1128)**

**PLEASE TAKE NOTICE THAT:**

1. On May 15, 2023, Paul Hastings LLP filed the *Summary of Second Interim and Final Application of Paul Hastings LLP, Counsel to Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 22, 2022 through March 31, 2023* [Docket No. 1128] (the "Final Fee Application") seeking (a) allowance and payment of the sums of $1,927,451.93 as compensation and $20,052.52 for reimbursement of actual and necessary expenses for the period from January 1, 2023 through and including March 31, 2023 (the "Interim Period") and (b) final allowance and payment of the sums of $8,738,476.93 as compensation and $34,793.05 for reimbursement of actual and necessary expenses, for a total of $8,773,269.98 for legal services rendered during the period from September 22, 2022 through and including March 31, 2023 (the "Final Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

2. Attached to the Final Fee Application as <u>Exhibit G</u> was a proposed form of order (the "<u>Initial Proposed Order</u>").

3. Paul Hastings LLP is filing a revised proposed form of order, attached hereto as **<u>Exhibit A</u>** (the "<u>Revised Proposed Order</u>"), to conform the form of proposed order to the amounts requested in the Final Fee Application. For the convenience of the Court and parties in interest, a redline of the Revised Proposed Order marked against the Initial Proposed Order is attached hereto as **<u>Exhibit B</u>**.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 16, 2023
      Houston, Texas

/s/   *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel Ginsberg  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:  mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*