**<u>Exhibit B</u>**

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-90273 (MI) <br> ) <br> ) <br> ) |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES
(Docket No. ~~____~~ 1128)**

The Court has considered the *Second Interim and Final Application of Paul Hastings LLP, Counsel to Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023* (the "Application") filed by Paul Hastings LLP (the "Applicant").  The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $~~1,892,869.50~~1,947,504.45 and $~~8,718,635.05~~8,773,269.98 for the Interim Period and the Final Period, respectively, as set forth in the Application on a final basis.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Applicant is authorized to apply all unapplied advances it received from the Debtors prior to the Petition Date to the unpaid amounts allowed by paragraphs 1 and 2 of this Order.

4. The Plan Administrator is authorized to disburse to Applicant any unpaid amounts allowed by paragraphs 1 and 2 of this Order.

Dated: _____, 2023
         Houston, Texas

                                            _____
                                            THE HONORABLE MARVIN ISGUR
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551).  The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.