**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| MINING PROJECT WIND DOWN HOLDINGS, | § Case No. 22-90273 (MI) |
| INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | § |
| | § (Jointly Administered) |
| Debtors.[1] | § |
| | § **Related Doc. Nos.: 1127, 1129** |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, pursuant to the *Order Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 249], he caused

true and correct copies of the following documents:

- *Second Interim and Final Application of McDermott Will & Emery LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al., for (I) the Second Interim Period from January 1, 2023 through and including March 31, 2023 and (II) the Final Compensation Period from October 9, 2022 through March 31, 2023* [Docket No. 1127] (the "<u>MWE Final Fee Application</u>"); and

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

- *Final Fee Application of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 11, 2022 through March 31, 2023* [Docket No. 1129] (the "<u>Miller Buckfire Final Fee Application</u>," and together with the MWE Final Fee Application, the "<u>Committee Professionals' Final Fee Applications</u>")

to be served on May 15, 2023 by operation of the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all registered users thereof who are entitled to receive such notice in these cases, including the parties identified as having been served by ECF on the creditor matrices attached as <u>Exhibit A</u> hereto.  The CM/ECF filing receipts attached hereto as <u>Exhibit B</u> evidence the e-mail addresses at which the parties were served.

The undersigned further certifies that he caused the Committee Professionals' Final Fee Applications to be served by Reliable Co. via first class U.S. Mail on May 16, 2023, on the parties identified on the attached creditor matrices as having been served by First Class Mail.[2]

The undersigned further certifies that he caused true and correct copies of the Committee Professionals' Interim Fee Applications to be served on May 15, 2023, by electronic mail upon:

(i) the Reorganized Debtors, c/o the Plan Administrator, Tribolet Advisors, LLC, Attn.: Michael A. Tribolet (michael.a.tribolet@triboletadvisors.com);

(ii) counsel to the Plan Administrator, ASK LLP, Attn.: Kara E. Casteel, Jennifer A. Christian, and Nicholas Brown  (kcasteel@askllp.com, jchristian@askllp.com, and nbrown@askllp.com)

(iii) counsel to the Debtors, Paul Hastings LLP, Attn.: James Grogan, Luc Despins, Sayan Bhattacharyya, Daniel Ginsberg, Matthew Micheli, and Michael Jones (jamesgrogan@paulhastings.com, lucdespins@paulhastings.com,

---

[2]    Due to the voluminous nature of the Committee Professionals' Final Fee Applications, the copies of the Committee Professionals' Final Fee Applications served by First Class Mail on May 16, 2023 did not include Ex. 6 to the MWE Final Fee Application or Ex. F to the Miller Buckfire Final Fee Application, which are the exhibits containing the respective applicant's detailed time entries.  Copies of Ex. 6 and Ex. F are available upon request to the undersigned counsel for the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator or from the website of the Debtors' claims and noticing agent at <u>Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) Bankruptcy Claims Case: 22-90273 | Epiq (epiq11.com)</u>.

2

sayanbhattacharyya@paulhastings.com, danielginsberg@paulhastings.com, mattmicheli@paulhastings.com and michaeljones@paulhastings.com); and

(iv) the Office of the U.S. Trustee for the Southern District of Texas, Attn.: Jayson B. Ruff and Jana Smith Whitworth (jayson.b.ruff@usdoj.gov, jana.whitworth@usdoj.gov).

and on May 16, 2023, by electronic mail upon

(i) Portage Point Partners LLC, Attn: Ryan Mersch (rmersch@pppllc.com).

Dated: May 18, 2023

*/s/ Charles R. Gibbs*

Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

3

**EXHIBIT A**

**Creditor Matrices**

Label Matrix for local noticing
0541-4
Case 22-90273
Southern District of Texas
Houston
Sat May 13 11:26:55 CDT 2023

ASM Capital X LLC
100 Jericho Quadrangle, Suite 230
Jericho, NY 11753-2710

*Served by ECF*

Argo Partners
12 West 37th Street
Ste. 900
New York, NY 10018-7381

*Served by First Class Mail*

Atlas Technology Group LLC
c/o John Cornwell, Munsch Hardt
700 Milam Suite 800
Houston, TX 77002-2835

*Served on co-counsel via ECF*

CRG Financial LLC
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624-1313

*Served by First Class Mail*

(p)CITY OF BIG SPRING
ATTN CITY ATTORNEY
310 NOLAN STREET
BIG SPRING TX 79720-2657

*Served on counsel of record via ECF*

Compass Mining, Inc.
111 Congress Ave.
Suite 500
Austin, TX 78701-4076

*Served on counsel of record via ECF*

Corpus Christi Energy Park, LLC
c/o Mark A. Castillo
901 Main St.
Ste. 5500
Dallas, TX 75202-3767

*Served via ECF*

DeWitt LLP
901 Marquette Avenue
2100 AT&T Tower
Minneapolis, MN 55402

*Served on counsel of record via ECF*

Decimal Digital Currency I, LLC
c/o Pryor Cashman LLP
Matthew W. Silverman
7 Time Square, 40th Floor
New York, NY 10036-6570

*Served on co-counsel via ECF*

GEM Mining 1, LLC
c/o A.J. Webb, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202-4257

*Served via ECF*

Horizon Entertainment Inc
4660 Beechnut
Suite 200
Houston, Tx 77096-1805

*Served on counsel of record via ECF*

Howard County Tax Office, at al
Perdue, Brandon, Fielder, Collins & Mott
c/o Laura J. Monroe
PO Box 817
Lubbock, TX 79408-0817

*Served via ECF*

Jackson Walker LLP
c/o Kristhy M. Peguero
1401 McKinney Street
Suite 1900
Houston, TX 77010-1900

*Served via ECF*

KONZA MINING FUND I, LP
Galloway, Johnson, Tompkins, Burr & Smit
1301 McKinney Street, Ste. 1400
c/c Branch Sheppard
Houston, TX 77010-3064

*Served on counsel of record via ECF*

Mayer LLP
Houston
2900 North Loop West
Suite 500
Houston, TX 77092-8826

*Served via ECF*

McDermott Will & Emery LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201-1664

*Not served - Applicant*

Miller & Associates Consulting Engineers
1111 Central Ave
PO Box 306
PO Box 306
Kearney, NE 68848-0306

*Served by First Class Mail*

Mining Project Wind Down Atoka LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down BS LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Colorado Bend LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Corpus Christi LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Developments LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Equipment LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Holdings Inc.
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down King Mountain LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down MDN LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Member LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down Mining LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413

*Served through the Plan Administrator, as the sole
representative of the Reorganized Debtor*

Mining Project Wind Down NC08 LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down NY09 LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down Pledgor LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down STHDAK LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down TX06 LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down TX10 LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Mining Project Wind Down Texas LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

Power Asset Recovery Corporation
c/o KJK
Attention: John P. Archer
1375 East Ninth Street
One Cleveland Center, 29th Floor
Cleveland, OH 44114
*Served on counsel via ECF*

Quinn Emanuel Urquhart & Sullivan, LLP
c/o Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan LLP
711 Louisiana, Suite 500
Houston, TX 77002-2721
*Served via ECF*

RK Mission Critical LLC
17450 E. 32nd Place
Aurora, CO 80011-3330
*Entity's claim has been transferred; transferee served*

Reviva, Inc.
5120 Main Street NE
Minneapolis, MN 55421
*Served on counsel of record via ECF*

Sphere 3D
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
*Served on co-counsel via ECF*

TeslaWatt
1231 Service Drive
Unite B
Gardnerville, NV 89410-5773
*Served on counsel via ECF*

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548
*Served via ECF*

U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
c/o Andrew M. Carty
Brown Rudnick LLP
Seven Time Square
New York, NY 10036-6548
*Served on co-counsel via ECF*

US Digital Mining Texas
c/o Scott A. Stichter
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718
*Served on counsel via ECF*

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010
*No service required*

Alder BTC Holdings LLC
3405 Dallas Hwy, Ste 827
Marietta, GA 30064-6429
*Entity's claim has been transferred; transferee served*

Alder Opportunity LP
3405 Dallas Hwy, Ste 827
Marietta, GA 30064-6429
*Entity's claim has been transferred; transferee served*

Alder SPV I LLC
3405 Dallas Hwy, Ste 827
Marietta, GA 30064-6429
*Entity's claim has been transferred; transferee served*

Axle Logistics, LLC
David Jones, Controller
835 N. Central Street
Knoxville, TN 37917-7122
*Served on counsel via ECF*

BitNile Inc.
11411 Southern Highlands Pkwy, Suite 240
Las Vegas, NV 89141-3267
*Served on counsel of record via ECF*

Bradford Capital Holdings, LP
c/o Bradford Capital Management, LLC
P.O. Box 4353
Clifton, NJ 07012-8353
*Served by First Class Mail*

CNA Commercial Insurance
500 Colonial Center Parkway
Lake Mary, FL 32746-7630
*Served by First Class Mail*

Dell Marketing, L.P.
c/o Streusand, Landon, Ozburn & Lemmon,
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746-9817
*Served by First Class Mail*

Digital Alchemy LLC
C/o Polsinelli PC
2950 N Harwood St, #2100
Dallas, TX 75201-1623
*Entity's claim has been transferred; transferee served*

ECHO SEARCH GROUP
1600 HIGHWAY 100 SOUTH, SUITE 318
ST LOUIS PARK, MN 55416-1506
*Entity's claim has been transferred; transferee served*

FLEXENTIAL CORP
PO BOX 732368
Dallas, TX 75373-2368
*Entity's claim has been transferred; transferee served*

GH Effect Inc.
Attn Bradley Noonan ,
824a Lake Ave, #287 ,
Lake Worth, FL 33460-3754
*Entity's claim has been transferred; transferee served*

Howard County Tax Office
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817
*Served on counsel of record via ECF*

LP1 LLC
c/o Kleinberg, Kaplan, Wolff & Cohen, PC
500 Fifth Avenue
New York, NY 10110-1199
Attn: Martin Sklar
*Served on co-counsel via ECF*

Marathon Digital Holdings, Inc.
1180 North Town Center Dr., Ste. 100
Las Vegas, NV 89144
800-804-1690
ir@marathondh.com 89144-6308
*Served on counsel of record via ECF*

Nordmark Energy Consulting, LLC
2382 Doswell Ave
Saint Paul, MN 55108-1631
*Entity's claim has been transferred; transferee served*

RK Mission Critical LLC
20101 East 36th Drive
Aurora, CO 80011-8142
*Entity's claim has been transferred; transferee served*

State of Minnesota, Dept. of Revenue
Minnesota Revenue
POB 6447-BKY
St. Paul, MN 55164-0447
*Served by First Class Mail*

Sunbelt Solomon Services LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012-8353
*Entity's claim has been transferred; transferee served*

Thompson
2300 7th St
Sioux City, IA 51105-3203
*Served by First Class Mail*

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604
*Served via ECF*

Urban Solution Group, LLC
4230 Elati Street
Denver, CO 80216-2601
*Entity's claim has been transferred; transferee served*

W.W. Grainger, Inc.
401 South Wright Road W4W.R47
Janesville, WI 53546-8729
*Served by First Class Mail*

Weidner & Philipps LTD
dba Overhead Door of the Permian Basin
P.O. Box 2932
Midland, TX 79702-2932
*Served by First Class Mail*

(p)WILLIAMS SCOTSMAN
ATTN ATTN BANKRUPTCY
901 S BOND STREET
SUITE 600
BALTIMORE MD 21231-3348
*Served by First Class Mail*

James Tillman Grogan III
Paul Hastings LLP
600 Travis Street
58th Floor
Houston, TX 77002-3009
*Served via ECF*

Kara E. Casteel
ASK LLP
2600 Eagan Woods Dr
Ste 400
St. Paul, MN 55121-1169
*Served via ECF*

Nicholas C Brown
ASK LLP
2600 Eagan Woods Drive
Ste. 400
St. Paul, MN 55121-1169
*Served via ECF*

(p)CYPRESS ENVIRONMENTAL PARTNERS  LP
ATTN RACHAEL SMILEY
2500 DALLAS PARKWAY SUITE 600
PLANO TX 75093-4820
*Served by First Class Mail*

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Big Spring, Texas
Attn: Andrew Hagen
310 Nolan Street
Big Spring, TX 79720
*Served on counsel of record via ECF*

Williams Scotsman Inc.
Attn: Recovery Mgr.
901 S. Bond St - Ste 600
Baltimore, MD 21231
*Served by First Class Mail*

Rachael L Smiley
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway
Suite 600
Plano, TX 75093
*Served via ECF*

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alder BTC Holdings, LLC
*Entity's claim has been transferred; transferee served*

(u)Alder Opportunity, LP
*Entity's claim has been transferred; transferee served*

(u)Alder SPV I, LLC
*Entity's claim has been transferred; transferee served*

(u)Axle Logistics, LLC

*Served on counsel of record via ECF*

(u)BitNile Inc.

*Served on counsel of record via ECF*

(u)Bobs Limited

*Served on counsel of record via ECF*

(u)Bootstrap Energy LLC

*Served on counsel of record via ECF*

(u)Bradford Capital Management, LLC

*Served by First Class Mail*

(u)CN Borrower LLC

*Served on co-counsel of record via ECF*

(u)CN Wolf Hollow LLC

*Served on co-counsel of record via ECF*

(u)Colorado Bend II Power, LLC

*Served on counsel of record via ECF*

(u)Compute North NE05 LLC

*Served on co-counsel of record via ECF*

(u)Constellation Energy Generation, LLC f/k/a

*Served on counsel of record via ECF*

(u)Constellation NewEnergy, Inc.

*Served on counsel of record via ECF*

(u)Digital Alchemy LLC

*Entity's claim has been transferred; transferee served*

(u)Epiq Corporate Restructuring, LLC

*Served via ECF*

(u)Ferguson Braswell Fraser Kubasta PC

*Served via ECF*

(u)Foundry Digital LLC

*Served on counsel of record via ECF*

(u)Freudenberg Filtration Technologies, L.P.

*Served on counsel of record via ECF*

(u)GH Effect, Inc.

*Entity's claim has been transferred; transferee served*

(u)General Casualty Company of Wisconsin

*Served on counsel of record via ECF*

(u)Generate Lending, LLC

*Served on co-counsel of record via ECF*

(u)Jefferies LLC

*Served on counsel via ECF*

(u)LP1 LLC

*Served on counsel via ECF*

(u)MP2 Energy Texas LLC d/b/a Shell Energy So

*Served on counsel of record via ECF*

(u)Marathon Digital Holdings, Inc.

*Served on counsel of record via ECF*

(u)Mercuria Energy America, LLC

*Served on counsel of record via ECF*

(u)Miller Buckfire & Co., LLC and Stifel, Nic

*Not served - Applicant*

(u)Mining Project Wind Down Holdings, Inc. Li

*Served on counsel of record via ECF and electronic mail*

(du)Mining Project Wind Down Holdings, Inc. L

*Served on counsel of record via ECF and electronic mail*

(u)Nebraska Public Power District

*Served on counsel of record via ECF*

(u)Official Committee of Unsecured Creditors

*Not served; Committee dissolved under Plan*

(du)Official Committee of Unsecured Creditors

*Not served; Committee dissolved under Plan*

(u)Paul Hastings LLP

*Served via ECF*

(u)Plan Administrator

*Served via electronic mail*

(u)Portage Point Partners, LLC

*Served via electronic mail*

(u)Praetorian Insurance Company

*Served on counsel of record via ECF*

(u)Sunbelt Solomon Services, LLC

*Entity's claim has been transferred; transferee served*

(u)TZ Capital Holdings LLC

*Served on counsel of record via ECF*

(u)Unluck Technology Pte. Ltd.

*Served on counsel of record via ECF*

(u)Veribi LLC

*Served on counsel of record via ECF*

(u)Wolf Hollow II Power, LLC

*Served on counsel of record via ECF*

(d)ASM CAPITAL X LLC
100 JERICHO QUADRANGLE, SUITE 230
JERICHO, NY 11753-2710
*Served by ECF*

(d)Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018-7381
*Served by First Class Mail*

(d)CRG Financial LLC
84 Herbert Avenue, Building B- Suite 202
Closter, NJ 07624-1313
*Served by First Class Mail*

(u)Rohit Shirole

*Served on counsel of record via ECF*

End of Label Matrix
Mailable recipients    75
Bypassed recipients    46
Total                 121

Label Matrix for local noticing
0541-4
Case 22-90275
Southern District of Texas
Houston
Sun May 14 16:48:44 CDT 2023

Mining Project Wind Down LLC
300 North LaSalle
Suite 1420
Chicago, IL 60654-3413
*Served through the Plan Administrator, as the sole representative of the Reorganized Debtor*

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010
*No service required*

Howard County Tax Office
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817
*Served on counsel of record via ECF*

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604
*Served via ECF*

James Tillman Grogan III
Paul Hastings LLP
600 Travis Street
58th Floor
Houston, TX 77002-3009
*Served via ECF*

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mining Project Wind Down Holdings, Inc. Li
*Served on counsel of record via ECF and electronic mail*

End of Label Matrix
Mailable recipients     5
Bypassed recipients     1
Total                   6

# **EXHIBIT B**

**CM/ECF Filing Receipts**

**File a Motion:**

22-90273 Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.*

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 4 (Houston) |
| Assets: u | Judge: mi | Case Flag: COMPLX, LEAD, COMPLX |

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from Charles R Gibbs entered on 5/15/2023 at 4:48 PM CDT and filed on 5/15/2023
**Case Name:**      Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.*
**Case Number:**      22-90273
**Document Number:** 1127

**Docket Text:**
Final Application for Compensation // *Second Interim and Final Application of McDermott Will & Emery LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al., for (I) the Second Interim Period from January 1, 2023 through and including March 31, 2023 and (II) the Final Compensation Period from October 9, 2022 through March 31, 2023* for McDermott Will & Emery LLP, Creditor Comm. Aty, Period: 10/9/2022 to 3/31/2023, Fee: $3,298,283.25, Expenses: $37,648.67. Objections/Request for Hearing Due in 21 days. Filed by Attorney Charles R Gibbs (Attachments: # (1) Exhibit 1 - Gibbs Declaration # (2) Exhibit 2 - Proposed Form of Order # (3) Exhibit 3-A - Compensation by Timekeeper (1/1/2023 - 3/31/2023) # (4) Exhibit 3-B - Compensation by Timekeeper (10/9/2023 - 3/31/2023) # (5) Exhibit 4-A - Compensation by Project Category (1/1/2023 - 3/31/2023) # (6) Exhibit 4-B - Compensation by Project Category (10/9/2022 - 3/31/2023) # (7) Exhibit 5-A - Expense Summary (1/1/2023 - 3/31/2023) # (8) Exhibit 5-B - Expense Summary (10/9/2022 - 3/31/2023) # (9) Exhibit 6 - Monthly Fee Statements and Invoices) (Gibbs, Charles)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Stand-Alone - McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-0
] [a449f198bf77b90e031dd557cd72dc03c7551012e3df1777eb946d5766acb6fcf73
4144715cf274583cc0887eef4365fae7d2e4e4dffdf300fa1aa2706cd0061]]

**Document description:**Exhibit 1 - Gibbs Declaration
**Original filename:**C:\fakepath\Ex. 1 to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-1
] [600c49b23e12d2007b53ca6a4b4097e6325978fdf10fc92687e479b227429bea3cf
1ca1bb03d18284593c48a5f6232e8f775538e26c268bfb53fc2131150cba]]

**Document description:**Exhibit 2 - Proposed Form of Order
**Original filename:**C:\fakepath\Ex. 2 to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-2
] [6a6d9454c19eaa2f236016152cd1e25cfcd88b2b330f3787f66be220f8d0d7d1098
48317541aef28594d494f9c2459746a6c53e0c1a255fe63548805c453b95e]]

**Document description:**Exhibit 3-A - Compensation by Timekeeper (1/1/2023 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 3A to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-3
] [0fc51941d8b577daeec58bb33d5e7fe1883219450aec6f146a981704665c36972c4
252ced3b4fac788f95be5f72df8c7e3826ec8f6daae31464727cc5d3a7f48]]

**Document description:**Exhibit 3-B - Compensation by Timekeeper (10/9/2023 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 3B to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-4
] [000f0217acc72d7b469353136beadc096a15b76689df60a78385c4ebc40452ca392
230489102f3c92acb47bc6ef1313a4d5ec4f94c93abed46ad2badd045179a]]

**Document description:**Exhibit 4-A - Compensation by Project Category (1/1/2023 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 4-A to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-5
] [100b66a33b6406a9e9ce4612db20162966040dc23a47e1c7c36b3094f0d4d6cfde7
2a75646e0075d1869a32f61117282t1326a95319e6f0ef53fe1faf2862f08b]]

**Document description:**Exhibit 4-B - Compensation by Project Category (10/9/2022 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 4-B to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-6
] [95f81f1c0717aeec00a68c40dc9a165aa167b0d8ed8fcb3381ddaf277e5a74be900
23e4176b013d43a5a963bc60c2d54aa840ef1f5056490589aba6676dfea6d]]

**Document description:**Exhibit 5-A - Expense Summary (1/1/2023 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 5-A to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-7
] [0d39bf03e42ff40c6caeb8eb8c373ac7741fb98dc1f3171902f6efca923a77e7c75
a11d7a78740f19cf9db803c220facc78f292c521ae4d8d500788973bf4fda]]

**Document description:**Exhibit 5-B - Expense Summary (10/9/2022 - 3/31/2023)
**Original filename:**C:\fakepath\Ex. 5-B to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-8
] [2757385ecf1969aca0323febe4d2426c051710e3bfc25fff693cb7a0555d8d97d8a
33fdbe4a200a450f4328622c46dadcbe45a4a969c78319b8123e92561eb8e]]
**Document description:**Exhibit 6 - Monthly Fee Statements and Invoices
**Original filename:**C:\fakepath\Ex. 6 to McDermott Second Interim and Final Fee Application (In re Compute North Holdings, Inc.).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947192-9
] [0ea581cecf87ea6cb7e63d0a13451c6aa6f2b8a9d14f84dcf4c29622dd308e813aa
47b8b65cd8800e8e81f18cf156544da8e11bc9ef548b8e18efb089bbf52cb]]

**22-90273 Notice will be electronically mailed to:**

Maria Mulrooney Bartlett on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
mbartlett@cokinoslaw.com

Heather Berkowitz on behalf of Creditor ASM Capital X LLC
asm@asmcapital.com

Sayan Bhattacharyya on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
sayanbhattacharyya@paulhastings.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder BTC Holdings, LLC
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder Opportunity, LP
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder SPV I, LLC
lboydston@polsinelli.com

Matthew Lee Brod on behalf of Creditor Mercuria Energy America, LLC
mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com

Jason S Brookner on behalf of Creditor BitNile Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Nicholas C Brown on behalf of Debtor Mining Project Wind Down Holdings Inc.
nbrown@askllp.com

Joseph William Buoni on behalf of Creditor Generate Lending, LLC
josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kevin M. Capuzzi on behalf of Creditor Axle Energy, LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Mark A Carter on behalf of Creditor Reviva, Inc.
mcarter@hinshawlaw.com

Kara E. Casteel on behalf of Debtor Mining Project Wind Down Holdings Inc.
kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@as

Mark Adam Castillo on behalf of Creditor Bootstrap Energy LLC
markcastillo@ccsb.com, lsparks@ccsb.com

Mark Adam Castillo on behalf of Creditor Corpus Christi Energy Park, LLC
markcastillo@ccsb.com, lsparks@ccsb.com

John David Cornwell on behalf of Creditor Atlas Technology Group LLC
jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com

Luc Despins on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
lucdespins@paulhastings.com, winniewu@paulhastings.com

Luc Despins on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
lucdespins@paulhastings.com, winniewu@paulhastings.com

Tzvi Finman on behalf of Creditor Horizon Entertainment Inc
tfinman@finmanlawfirm.com

Charles R Gibbs on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Interested Party Mining Project Wind Down Holdings, Inc. Litigation Trust and Plan Administrator

crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Interested Party Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Other Prof. McDermott Will & Emery LLP
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Other Prof. Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Daniel P Ginsberg on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Jake Gordon on behalf of Creditor Freudenberg Filtration Technologies, L.P.
jgordon@bodmanlaw.com

Debbie E. Green on behalf of Interested Party Mining Project Wind Down Holdings, Inc. Litigation Trust and Plan Administrator
dgreen@mwe.com, mpounds@mwe.com;cgreer@mwe.com;jbishopjones@mwe.com

Kenneth P. Green on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
ken.green@bondsellis.com, laura.terrell@bondsellis.com

James Tillman Grogan, III on behalf of Attorney Paul Hastings LLP
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Atoka LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down BS LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Colorado Bend LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Corpus Christi LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Developments LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Equipment LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Holdings Inc.
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down King Mountain LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down MDN LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Member LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Mining LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down NC08 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down NY09 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Pledgor LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down STHDAK LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down TX06 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down TX10 LLC

jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Texas LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Holdings Inc.
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Pledgor LLC
jamesgrogan@paulhastings.com

Aaron Matthew Guerrero on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
aaron.guerrero@bondsellis.com, laura.terrell@bondsellis.com

Philip M. Guffy on behalf of Creditor Generate Lending, LLC
pguffy@huntonak.com

Patrick M Haines on behalf of Creditor RK Mission Critical LLC
pmh@bhgrlaw.com

John F Higgins, IV on behalf of Interested Party Foundry Digital LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Matthew Hoffman on behalf of Creditor Veribi LLC
mhecf@aol.com

Lori Ann Hood on behalf of Interested Party DeWitt LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

Lori Ann Hood on behalf of Interested Party Mayer LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

T. Josh Judd on behalf of Creditor Decimal Digital Currency I, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Sphere 3D
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Charles Stephen Kelley on behalf of Creditor Sunbelt Solomon Services, LLC
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Michael G Kelly on behalf of Creditor City of Big Spring, Texas
mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Meredyth A. Kippes on behalf of Interested Party Alder BTC Holdings, LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Alder Opportunity, LP
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Alder SPV I, LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Digital Alchemy LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party GH Effect, Inc.
meredyth.kippes@usdoj.gov

Tara LeDay on behalf of Creditor Power Asset Recovery Corporation
tara.leday@chamberlainlaw.com,
tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.c

John Lewis, Jr. on behalf of Creditor General Casualty Company of Wisconsin
jolewis@shb.com, sgrussell@shb.com

John Lewis, Jr. on behalf of Creditor Praetorian Insurance Company
jolewis@shb.com, sgrussell@shb.com

Steven A. Leyh on behalf of Creditor Bobs Limited
leyh@hooverslovacek.com, graham@hooverslovacek.com

Jessica Liou on behalf of Creditor Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jessica Liou on behalf of Interested Party Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jarrod B. Martin on behalf of Creditor Power Asset Recovery Corporation
jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Ralph McDowell on behalf of Creditor Freudenberg Filtration Technologies, L.P.
rmcdowell@bodmanlaw.com

Justin M Mertz on behalf of Creditor Atlas Technology Group LLC
jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Matt Micheli on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Laura J Monroe on behalf of Creditor Howard County Tax Office, at al
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Idris Motiwala on behalf of Transferee LP1 LLC
imotiwala@crowell.com

Matthew Scott Okin on behalf of Interested Party CN Borrower LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party CN Wolf Hollow LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party Compute North NE05 LLC
mokin@okinadams.com, bmoore@okinadams.com

Andrew Christian Papa on behalf of Creditor Colorado Bend II Power, LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation Energy Generation, LLC f/k/a Exelon Generation Company LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation NewEnergy, Inc.
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Wolf Hollow II Power, LLC
apapa@mcguirewoods.com

Kristhy M Peguero on behalf of Interested Party Jackson Walker LLP
kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Alfredo R Perez on behalf of Creditor Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Alfredo R Perez on behalf of Interested Party Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Stephen Matthew Pezanosky on behalf of Creditor TZ Capital Holdings LLC
stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com

Craig E Power on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Maegan Quejada on behalf of Other Prof. Jefferies LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Leslie Blake Rasner on behalf of Interested Party Nebraska Public Power District
brasner@haleyolson.com, dserenil@haleyolson.com

Abhilash Raval on behalf of Creditor Foundry Digital LLC
araval@milbank.com

Brandon Renken on behalf of Creditor Sunbelt Solomon Services, LLC
brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Robert Coleman Rowe on behalf of Creditor Bootstrap Energy LLC
rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe on behalf of Creditor Corpus Christi Energy Park, LLC
rrowe@ccsb.com, lsparks@ccsb.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee

jayson.b.ruff@usdoj.gov

Stephen Wayne Sather on behalf of Creditor TeslaWatt
ssather@bn-lawyers.com, plevine@bn-lawyers.com;rblack@bn-lawyers.com

Branch Masterson Sheppard on behalf of Interested Party KONZA MINING FUND I, LP
bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Matthew W Silverman on behalf of Creditor Decimal Digital Currency I, LLC
msilverman@pryorcashman.com

Matthew W Silverman on behalf of Creditor Sphere 3D
msilverman@pryorcashman.com

Rachael L Smiley on behalf of Debtor Mining Project Wind Down Holdings Inc.
rsmiley@fbfk.law, eglenn@fbfk.law

Rachael L Smiley on behalf of Plaintiff Mining Project Wind Down Holdings Inc.
rsmiley@fbfk.law, eglenn@fbfk.law

Rachael L Smiley on behalf of Plaintiff Mining Project Wind Down Pledgor LLC
rsmiley@fbfk.law, eglenn@fbfk.law

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Scott A. Stichter on behalf of Creditor US Digital Mining Texas
sstichter.ecf@srbp.com

J Michael Sutherland on behalf of Creditor Rohit Shirole
msutherland@ccsb.com, lsparks@ccsb.com

Randall Adam Swick on behalf of Creditor Unluck Technology Pte. Ltd.
adam.swick@akerman.com, molly.batiste-debose@akerman.com

Patricia B. Tomasco on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan, LLP
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

A.J. Webb on behalf of Creditor GEM Mining 1, LLC
awebb@fbtlaw.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

John Willard on behalf of Creditor Compass Mining, Inc.
jwillard@atllp.com

**22-90273 Notice will not be electronically mailed to:**

Argo Partners
12 West 37th Street
Ste. 900
New York, NY 10018

Bradford Capital Management, LLC
,

CRG Financial LLC
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624

Alexander P. Cohen on behalf of Creditor Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Alexander P. Cohen on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Epiq Corporate Restructuring, LLC
,

Ferguson Braswell Fraser Kubasta PC
,

Gary Holtzer on behalf of Creditor Marathon Digital Holdings, Inc.
Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

Gary Holtzer on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

Michael W Jones on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601

Michael W Jones on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601

McDermott Will & Emery LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201

Miller & Associates Consulting Engineers
1111 Central Ave
PO Box 306
PO Box 306
Kearney, NE 68848

Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc.
,

Portage Point Partners, LLC
,

**File a Motion:**

22-90273 Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.*

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 4 (Houston) |
| Assets: u | Judge: mi | Case Flag: COMPLX, LEAD, COMPLX |

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from Charles R Gibbs entered on 5/15/2023 at 5:41 PM CDT and filed on 5/15/2023

**Case Name:**     Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.*
**Case Number:**     22-90273
**Document Number:** 1129

**Docket Text:**
Final Application for Compensation // Final Fee Application of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Investment Banker to the Official Committee *of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 11, 2022 through March 31, 2023* for Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc., Other Professional, Period: 10/11/2022 to 3/31/2023, Fee: $1,700,000.00, Expenses: $1,164.02. Objections/Request for Hearing Due in 21 days. Filed by Attorney Charles R Gibbs (Attachments: # (1) Exhibit A - Retention Order # (2) Exhibit B - Summary of Fees # (3) Exhibit C - D'Amico Declaration # (4) Exhibit D - Professionals # (5) Exhibit E - Hours by Matter # (6) Exhibit F - Detailed Time Records by Timekeeper # (7) Exhibit G - Summary of Expenses by Category # (8) Exhibit H - Detailed Expenses by Category and Date # (9) Exhibit I - Proposed Form of Order) (Gibbs, Charles)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Stand-Alone Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-0
] [28d6e04ea37ce2f2e1a77c4fe7df9dfc0a9afbd43a8e9c0d9f6a361e9a01cc9ae5b
dc3cfe492a76fc43ccd2b32e542e0cb190192f5ca0a86a578cad4f9918335]]

**Document description:** Exhibit A - Retention Order
**Original filename:** C:\fakepath\Ex. A to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-1
] [3e7165965fd3ce9ee5e4adb1b8f5d16efafa7cb291542450a691d2615f7033c2a78
382578a6f5e1abf9d107ffede18d6da012cd9c14e7c9193c3a09a9890a6eb]]

**Document description:** Exhibit B - Summary of Fees
**Original filename:** C:\fakepath\Ex. B to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-2
] [94e29263adabbbc971d096146bcdd7ee07647ab9b1b1b9ac0d2a1c1cc2318cc9bb2
191ff269944a16653bdc8fc7ace386a7c3cca7d1d7a4f652392849b7b572f]]

**Document description:** Exhibit C - D'Amico Declaration
**Original filename:** C:\fakepath\Ex. C to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-3
] [7557d9c0f42929dfb3e0bc556e9d6c218373128ce788b39d0b96268229995f1dc0e
3bdfd7b5aad53b56836a2fe0725c9dad43ea1c9ae3afa65004fc3bef5cd9e]]

**Document description:** Exhibit D - Professionals
**Original filename:** C:\fakepath\Ex. D to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-4
] [671b97993fd2f4089dcb028c2d86a2c9cb4c86e550107e99d1d1c03a726f7c1944e
cea511f99b8faa4e9f769d1a4f96a4328d08d4e9b3e5dc16533e4b89c1df9]]

**Document description:** Exhibit E - Hours by Matter
**Original filename:** C:\fakepath\Ex. E - Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-5
] [a05676e59878da8e8feb7c80b9713397b274b940c6636df6b996a5980f2183d3a5b
e64d25539405b83bc0eb04b9608c523f872d93b7fa86ac50a679f3572f5ce]]

**Document description:** Exhibit F - Detailed Time Records by Timekeeper
**Original filename:** C:\fakepath\Ex. F to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-6
] [a9396e21cee159acf11494ad65ab58599e87a5418b8fd2d9a13f95de202cbfbe89e
f0848c0c80381fbc97a20761c5919bbda3e99da062471733bbeeb1812a71a]]

**Document description:** Exhibit G - Summary of Expenses by Category
**Original filename:** C:\fakepath\Ex. G to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-7
] [1b0367f9a6c60d40e6f932b42969f6f1042816a8a55f49c556a4e195fb0f2bed825
b738a73dbb53fff372994e0743235bfadc5a53814d476928749034189a35f]]

**Document description:** Exhibit H - Detailed Expenses by Category and Date
**Original filename:** C:\fakepath\Ex. H to Compute North - MB Final Fee Application (Filing Version 02)-9.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-8
] [532df8d621dda987ac5815c85db0c2d4f335e8fc2fcbfb06d2f722ca42e73c44640

e942aea19bdb7df76cb9dde381be9119310b9844dbdcdab0e69dd884e7b1f]]
**Document description:**Exhibit I - Proposed Form of Order
**Original filename:**C:\fakepath\Ex. I to Compute North - MB Final Fee Application (Filing Version 02).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/15/2023] [FileNumber=48947736-9
] [a3f08bd5b5507977246e31fc7dc24da1c31ad364bcafa9dbf246d985dcba9afccb3
0094804b4cec3227de72ad989d0384041c3abb7f3439b05ab896f04af21cc]]

**22-90273 Notice will be electronically mailed to:**

Maria Mulrooney Bartlett on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
mbartlett@cokinoslaw.com

Heather Berkowitz on behalf of Creditor ASM Capital X LLC
asm@asmcapital.com

Sayan Bhattacharyya on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
sayanbhattacharyya@paulhastings.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder BTC Holdings, LLC
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder Opportunity, LP
lboydston@polsinelli.com

Elizabeth Nicolle Boydston on behalf of Interested Party Alder SPV I, LLC
lboydston@polsinelli.com

Matthew Lee Brod on behalf of Creditor Mercuria Energy America, LLC
mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com

Jason S Brookner on behalf of Creditor BitNile Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Nicholas C Brown on behalf of Debtor Mining Project Wind Down Holdings Inc.
nbrown@askllp.com

Joseph William Buoni on behalf of Creditor Generate Lending, LLC
josephbuoni@HuntonAK.com, jhornback@huntonak.com

Kevin M. Capuzzi on behalf of Creditor Axle Logistics, LLC
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Mark A Carter on behalf of Creditor Reviva, Inc.
mcarter@hinshawlaw.com

Kara E. Casteel on behalf of Debtor Mining Project Wind Down Holdings Inc.
kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@as

Mark Adam Castillo on behalf of Creditor Bootstrap Energy LLC
markcastillo@ccsb.com, lsparks@ccsb.com

Mark Adam Castillo on behalf of Creditor Corpus Christi Energy Park, LLC
markcastillo@ccsb.com, lsparks@ccsb.com

John David Cornwell on behalf of Creditor Atlas Technology Group LLC
jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com

Luc Despins on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
lucdespins@paulhastings.com, winniewu@paulhastings.com

Luc Despins on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
lucdespins@paulhastings.com, winniewu@paulhastings.com

Tzvi Finman on behalf of Creditor Horizon Entertainment Inc
tfinman@finmanlawfirm.com

Charles R Gibbs on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings, Inc., et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Interested Party Mining Project Wind Down Holdings, Inc. Litigation Trust and Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Interested Party Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Other Prof. McDermott Will & Emery LLP
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs on behalf of Other Prof. Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Daniel P Ginsberg on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Daniel P Ginsberg on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
danielginsberg@paulhastings.com, computenorth.ph@paulhastings.com

Jake Gordon on behalf of Creditor Freudenberg Filtration Technologies, L.P.
jgordon@bodmanlaw.com

Debbie E. Green on behalf of Interested Party Mining Project Wind Down Holdings, Inc. Litigation Trust and Plan Administrator
dgreen@mwe.com, mpounds@mwe.com;cgreer@mwe.com;jbishopjones@mwe.com

Kenneth P. Green on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
ken.green@bondsellis.com, laura.terrell@bondsellis.com

James Tillman Grogan, III on behalf of Attorney Paul Hastings LLP
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Atoka LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down BS LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Colorado Bend LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Corpus Christi LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Developments LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Equipment LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Holdings Inc.
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down King Mountain LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down MDN LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Member LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Mining LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down NC08 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down NY09 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Pledgor LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down STHDAK LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down TX06 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down TX10 LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Debtor Mining Project Wind Down Texas LLC
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Holdings Inc.
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
jamesgrogan@paulhastings.com

James Tillman Grogan, III on behalf of Plaintiff Mining Project Wind Down Pledgor LLC
jamesgrogan@paulhastings.com

Aaron Matthew Guerrero on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.)
aaron.guerrero@bondsellis.com, laura.terrell@bondsellis.com

Philip M. Guffy on behalf of Creditor Generate Lending, LLC
pguffy@huntonak.com

Patrick M Haines on behalf of Creditor RK Mission Critical LLC
pmh@bhgrlaw.com

John F Higgins, IV on behalf of Interested Party Foundry Digital LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Matthew Hoffman on behalf of Creditor Veribi LLC
mhecf@aol.com

Lori Ann Hood on behalf of Interested Party DeWitt LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

Lori Ann Hood on behalf of Interested Party Mayer LLP
lhood@mayerllp.com, wdaniels@mayerllp.com

T. Josh Judd on behalf of Creditor Decimal Digital Currency I, LLC
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Sphere 3D
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Charles Stephen Kelley on behalf of Creditor Sunbelt Solomon Services, LLC
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Michael G Kelly on behalf of Creditor City of Big Spring, Texas
mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Meredyth A. Kippes on behalf of Interested Party Alder BTC Holdings, LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Alder Opportunity, LP
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Alder SPV I, LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party Digital Alchemy LLC
meredyth.kippes@usdoj.gov

Meredyth A. Kippes on behalf of Interested Party GH Effect, Inc.
meredyth.kippes@usdoj.gov

Tara LeDay on behalf of Creditor Power Asset Recovery Corporation
tara.leday@chamberlainlaw.com,
tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.c

John Lewis, Jr. on behalf of Creditor General Casualty Company of Wisconsin
jolewis@shb.com, sgrussell@shb.com

John Lewis, Jr. on behalf of Creditor Praetorian Insurance Company
jolewis@shb.com, sgrussell@shb.com

Steven A. Leyh on behalf of Creditor Bobs Limited
leyh@hooverslovacek.com, graham@hooverslovacek.com

Jessica Liou on behalf of Creditor Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jessica Liou on behalf of Interested Party Marathon Digital Holdings, Inc.
Jessica.Liou@weil.com

Jarrod B. Martin on behalf of Creditor Power Asset Recovery Corporation
jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Ralph McDowell on behalf of Creditor Freudenberg Filtration Technologies, L.P.
rmcdowell@bodmanlaw.com

Justin M Mertz on behalf of Creditor Atlas Technology Group LLC
jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Matt Micheli on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Laura J Monroe on behalf of Creditor Howard County Tax Office, at al
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Idris Motiwala on behalf of Transferee LP1 LLC
imotiwala@crowell.com

Matthew Scott Okin on behalf of Interested Party CN Borrower LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party CN Wolf Hollow LLC
mokin@okinadams.com, bmoore@okinadams.com

Matthew Scott Okin on behalf of Interested Party Compute North NE05 LLC
mokin@okinadams.com, bmoore@okinadams.com

Andrew Christian Papa on behalf of Creditor Colorado Bend II Power, LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation Energy Generation, LLC f/k/a Exelon Generation Company LLC
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Constellation NewEnergy, Inc.
apapa@mcguirewoods.com

Andrew Christian Papa on behalf of Creditor Wolf Hollow II Power, LLC
apapa@mcguirewoods.com

Kristhy M Peguero on behalf of Interested Party Jackson Walker LLP
kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Alfredo R Perez on behalf of Creditor Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Alfredo R Perez on behalf of Interested Party Marathon Digital Holdings, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Stephen Matthew Pezanosky on behalf of Creditor TZ Capital Holdings LLC
stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com

Craig E Power on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions
cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Maegan Quejada on behalf of Other Prof. Jefferies LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Leslie Blake Rasner on behalf of Interested Party Nebraska Public Power District
brasner@haleyolson.com, dserenil@haleyolson.com

Abhilash Raval on behalf of Creditor Foundry Digital LLC
araval@milbank.com

Brandon Renken on behalf of Creditor Sunbelt Solomon Services, LLC
brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Robert Coleman Rowe on behalf of Creditor Bootstrap Energy LLC
rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe on behalf of Creditor Corpus Christi Energy Park, LLC
rrowe@ccsb.com, lsparks@ccsb.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Stephen Wayne Sather on behalf of Creditor TeslaWatt
ssather@bn-lawyers.com, plevine@bn-lawyers.com;rblack@bn-lawyers.com

Branch Masterson Sheppard on behalf of Interested Party KONZA MINING FUND I, LP
bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Matthew W Silverman on behalf of Creditor Decimal Digital Currency I, LLC
msilverman@pryorcashman.com

Matthew W Silverman on behalf of Creditor Sphere 3D
msilverman@pryorcashman.com

Rachael L Smiley on behalf of Debtor Mining Project Wind Down Holdings Inc.
rsmiley@fbfk.law, eglenn@fbfk.law

Rachael L Smiley on behalf of Plaintiff Mining Project Wind Down Holdings Inc.
rsmiley@fbfk.law, eglenn@fbfk.law

Rachael L Smiley on behalf of Plaintiff Mining Project Wind Down Pledgor LLC
rsmiley@fbfk.law, eglenn@fbfk.law

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Scott A. Stichter on behalf of Creditor US Digital Mining Texas
sstichter.ecf@srbp.com

J Michael Sutherland on behalf of Creditor Rohit Shirole
msutherland@ccsb.com, lsparks@ccsb.com

Randall Adam Swick on behalf of Creditor Unluck Technology Pte. Ltd.
adam.swick@akerman.com, molly.batiste-debose@akerman.com

Patricia B. Tomasco on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan, LLP
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

A.J. Webb on behalf of Creditor GEM Mining 1, LLC
awebb@fbtlaw.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

John Willard on behalf of Creditor Compass Mining, Inc.
jwillard@atllp.com

**22-90273 Notice will not be electronically mailed to:**

Argo Partners
12 West 37th Street
Ste. 900
New York, NY 10018

Bradford Capital Management, LLC
,

CRG Financial LLC
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624

Alexander P. Cohen on behalf of Creditor Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Alexander P. Cohen on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Epiq Corporate Restructuring, LLC
,

Ferguson Braswell Fraser Kubasta PC
,

Gary Holtzer on behalf of Creditor Marathon Digital Holdings, Inc.

Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

Gary Holtzer on behalf of Interested Party Marathon Digital Holdings, Inc.
Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153

Michael W Jones on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.)
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601

Michael W Jones on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC)
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601

McDermott Will & Emery LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201

Miller & Associates Consulting Engineers
1111 Central Ave
PO Box 306
PO Box 306
Kearney, NE 68848

Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc.
,

Portage Point Partners, LLC
,