IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-90273 (MI) <br><br> (Jointly Administered) <br><br> **Re: Docket Nos. 1116, 1138** |

### NOTICE OF FILING OF AMENDED STIPULATION AND AGREED ORDER BY AND BETWEEN THE PLAN ADMINISTRATOR AND HAROLD E. COULBY, JR.

**PLEASE TAKE NOTICE THAT:**

1. On May 4, 2023, Tribolet Advisors LLC, in its capacity as Plan Administrator ("Plan Administrator") in the above-captioned bankruptcy cases (the "Cases"), filed a *Stipulation and Agreed Order By and Between The Plan Administrator and Harold E. Coulby, Jr.* [Docket No. 1116] (the "Initial Stipulation").

2. On May 15, 2023, the Court conducted a hearing on the Initial Stipulation (the "Hearing") at which the Court identified certain ambiguities in the Initial Stipulation. At the

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a ComputeNorth TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

2

conclusion of the Hearing, counsel for the Plan Administrator indicated that the parties would enter into and file an amended stipulation resolving the ambiguities identified by the Court.

3. On May 24, 2023, the Plan Administrator filed an *Amended Stipulation and Agreed Order By and Between The Plan Administrator and Harold E. Coulby, Jr.* [Docket No. 1138] (the "Amended Stipulation"), which clarifies the ambiguities identified by the Court at the Hearing

4. For the convenience of the Court and parties in interest, a redline of the Amended Stipulation marked against the Initial Stipulation is attached hereto as **Exhibit A.**

[*Remainder of Page Intentionally Left Blank*]

Dated: May 24, 2023

/s/ Charles R. Gibbs
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:          crgibbs@mwe.com

– and –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:     (651) 289-3846
Facsimile:     (651) 406-9676
E-mail:         kcasteel@askllp.com
                 jchristian@askllp.com
                 nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

      I certify that on May 24, 2023, I caused a copy of the foregoing document to be served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "ECF System") on all parties registered to receive service via the ECF System in these cases, and (ii) electronic mail and First Class U.S. Mail on the party listed below.

      */s/ Charles R. Gibbs*
      Charles R. Gibbs

Harold E. Coulby, Jr.
1510 Stablersville Road
White Hall, MD 21161
E-mail: barry.coulby@gmail.com