UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 1126, 1128 & 1130** |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2023, I caused to be served the:

   a. "Second Interim and Final Fee Application of Jefferies LLC as Investment Banker to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023," dated May 15, 2023 [Docket No. 1126],

   b. "Summary of Second Interim and Final Application of Paul Hastings LLP, Counsel to Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023," dated May 15, 2023 [Docket No. 1128], and

   c. "Second Interim and Final Fee Application of Portage Point Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors in Possession, for the Period from September 22, 2022 Through March 31, 2023," dated May 15, 2023 [Docket No. 1130],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Benjamin Johnson*
Benjamin Johnson

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

# EXHIBIT A

MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al.
Case No. 22-90273 (MI) Electronic Mail Service List

| Name | Email |
| --- | --- |
| Compute North Holdings Inc. | jason.stokes@computenorth.com; barry.coulby@computenorth.com |
| Office of US Trustee | jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Counsel to Committee | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |