**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.* Debtor | Case No.: 22−90273 |
| | | Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Mining Project Wind Down Holdings Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: ntctran | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | ASM Capital X LLC, 100 Jericho Quadrangle, Suite 230, Jericho, NY 11753-2710 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| cr | #+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| cr | + | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | + | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, |

Case 22-90273   Document 1145   Filed in TXSB on 05/28/23   Page 3 of 4

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: ntctran | Total Noticed: 47 |

|   |   |   |
|---|---|---|
|   |   | Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr |   | Reviva, Inc., 5120 Main Street NE, Minneapolis, MN 55421 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: legal@mybigspring.com | May 26 2023 20:06:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |
| cr | + Email/Text: lmbkr@pbfcm.com | May 26 2023 20:07:00 | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| cr | ^ MEBN | May 26 2023 20:02:30 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty |   | Ferguson Braswell Fraser Kubasta PC |
| aty |   | Paul Hastings LLP |
| intp |   | Alder BTC Holdings, LLC |
| intp |   | Alder Opportunity, LP |
| intp |   | Alder SPV I, LLC |
| cr |   | Axle Logistics, LLC |
| cr |   | BitNile Inc. |
| cr |   | Bobs Limited |
| cr |   | Bootstrap Energy LLC |
| intp |   | Bradford Capital Management, LLC |
| intp |   | CN Borrower LLC |
| intp |   | CN Wolf Hollow LLC |
| cr |   | Colorado Bend II Power, LLC |
| intp |   | Compute North NE05 LLC |
| cr |   | Constellation Energy Generation, LLC f/k/a Exelon |
| cr |   | Constellation NewEnergy, Inc. |
| intp |   | Digital Alchemy LLC |
| op |   | Epiq Corporate Restructuring, LLC |
| cr |   | Foundry Digital LLC |
| intp |   | Foundry Digital LLC |
| cr |   | Freudenberg Filtration Technologies, L.P. |
| intp |   | GH Effect, Inc. |
| cr |   | General Casualty Company of Wisconsin |
| cr |   | Generate Lending, LLC |
| op |   | Jefferies LLC |
| trnsfee |   | LP1 LLC |
| cr |   | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp |   | Marathon Digital Holdings, Inc. |
| cr |   | Marathon Digital Holdings, Inc. |
| cr |   | Marathon Digital Holdings, Inc. |
| cr |   | Mercuria Energy America, LLC |
| op |   | Miller Buckfire & Co., LLC and Stifel, Nicolaus & |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: ntctran | Total Noticed: 47 |

| | | |
|---|---|---|
| op | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Nebraska Public Power District |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| crcm | | Official Committee of Unsecured Creditors of Minin |
| intp | | Plan Administrator |
| fa | | Portage Point Partners, LLC |
| cr | | Praetorian Insurance Company |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Unluck Technology Pte. Ltd. |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |
| op | *+ | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |

TOTAL: 46 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023          Signature:          /s/Gustava Winters