## **Certificate of Service**

I certify that on May 31, 2023, I caused a copy of the foregoing *Stipulation and Agreed Order by and between the Plan Administrator, Sira Corbetta Lopez de Letona, and Baboon Consulting* (the "Stipulation and Agreed Order") to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on May 31, 2023, I caused a copy of the Stipulation and Agreed Order to be served by First Class Mail and electronic mail to Sira Corbetta Lopez de Letona at the following addresses:

> Sira Corbetta Lopez de Letona
> Schiller 256, int 402
> Polanco V, Miguel Hidalgo
> CDMX, 11560
> Mexico
> siracorbetta@gmail.com

*/s/ Charles R. Gibbs*
Charles R. Gibbs