United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> MINING PROJECT WIND DOWN § <br> HOLDINGS, INC. (f/k/a Compute North § <br> Holdings, Inc.), *et al.*, § <br> § <br> Debtors.[1] § <br> § | Chapter 11 <br><br> Case No. 22-90273 (MI) <br><br> (Jointly Administered) |

### ORDER GRANTING JOINT MOTION OF PLAN ADMINISTRATOR, RK MISSION CRITICAL LLC, AND LP1 LLC TO ADJOURN HEARING ON STIPULATION AND AGREED ORDER

Upon the joint motion (the "Motion")[2] filed by Tribolet Advisors, LLC, in its capacity as Plan Administrator, RK Mission Critical LLC, and LP1 LLC, and the Court having considered the Motion, it is hereby ORDERED that:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Capitalized terms used but not defined in the Order shall have the meanings ascribed to them in the Motion.

1.        The hearing on the Stipulation currently scheduled for June 22, 2023 at 4:00 p.m. is adjourned until July 12, 2023 at 1:30 p.m., prevailing Central time.

2.        The Court retains jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Signed: May 31, 2023

_____
Marvin Isgur
United States Bankruptcy Judge