## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket Nos. 1134, 1152** |

### NOTICE OF HEARING ON STIPULATION AND AGREED ORDER BY AND AMONG THE PLAN ADMINISTRATOR, RK MISSION CRITICAL LLC, AND LP1 LLC

**PLEASE TAKE NOTICE** that the *Stipulation and Agreed Order* by and among the Plan Administrator, RK Mission Critical LLC, and LP1 LLC (the "**Stipulation**") [Docket No. 1134] in the above-captioned Chapter 11 case has been set for hearing (the "**Hearing**") on **Wednesday, July 12, 2023 at 1:30 p.m. (Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or electronically by an audio or visual connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility by calling 832-917-1510 and entering the conference code (954554).  Video communication will be by use of the GoToMeeting platform. You may connect via the free GoToMeeting application or by clicking the link (https://gotomeet.me/JudgeIsgur) on Judge Isgur's homepage on the Southern District of Texas website.  The meeting code is "JudgeIsgur."  Click the settings icon in the upper-righthand corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur) on Judge Isgur's homepage.  Then, select the case name, complete the required fields, and click "Submit" to complete your appearance.

[*Signature Page Follows*]

Dated:  June 2, 2023

        Respectfully submitted,

        */s/ Charles R. Gibbs*
        Charles R. Gibbs
        Texas State Bar No. 7846300
        **MCDERMOTT WILL & EMERY LLP**
        2501 North Harwood Street, Suite 1900
        Dallas, TX 75201-1664
        Telephone:     (214) 295-8000
        Facsimile:      (972) 232-3098
        Email:            crgibbs@mwe.com

        *– and –*

        Kara E. Casteel (admitted *pro hac vice*)
        Jennifer A. Christian (admitted *pro hac vice*)
        Nicholas C. Brown (admitted *pro hac vice*)
        **ASK LLP**
        2600 Eagan Woods Drive, Suite 400
        St. Paul, MN 55121
        Telephone:     (651) 289-3846
        Facsimile:      (651) 406-9676
        E-mail:           kcasteel@askllp.com
                          jchristian@askllp.com
                          nbrown@askllp.com

        *Counsel to the Mining Project Wind Down Holdings,*
        *Inc. Litigation Trust and the Plan Administrator*

## **CERTIFICATE OF SERVICE**

I certify that on June 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "ECF System") on all parties registered to receive service via the ECF System in this case.

*/s/ Charles R. Gibbs*
Charles R. Gibbs