IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AGENDA FOR HEARING[2] SCHEDULED FOR JUNE 5, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

### Resolved Matters

1. Plan Administrator's Objection to Administrative Claim Asserted by Sira Corbetta Lopez de Letona [Docket No. 1113].

    **Responses:**   Informal response received from Sira Corbetta Lopez de Letona on behalf of Baboon Consulting.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Related Documents:**

A. [Proposed] Stipulation and Agreed Order by and Between the Plan Administrator, Sira Corbetta Lopez de Letona, and Baboon Consulting [Docket No. 1150].

B. Stipulation and Agreed Order by and Between the Plan Administrator, Sira Corbetta Lopez de Letona, and Baboon Consulting [Docket No. 1153].

**Status**: This matter has been resolved pursuant to the Stipulation and Agreed Order entered at Docket No. 1153.

**Matters Going Forward**

2. Plan Administrator's Objection to Administrative Claims Asserted by Overwatch Surveillance LLC [Docket No. 1110].

    **Responses:** None

    **Related Documents:**

    A. Omnibus Certificate of No Objection with Respect to the Plan Administrator's Objections to Administrative Claims Asserted by (I) Overwatch Surveillance LLC; (II) Overwatch Enterprises LLC; and (III) Ostra Cybersecurity Inc. Docket No. 1155.

    **Status**: The Plan Administrator requests that the Court enter the proposed order filed at Docket No. 1155-1.

3. Plan Administrator's Objection to Administrative Claim Asserted by Overwatch Enterprises LLC [Docket No. 1111].

    **Responses:** None

    **Related Documents:**

    A. Omnibus Certificate of No Objection with Respect to the Plan Administrator's Objections to Administrative Claims Asserted by (I) Overwatch Surveillance LLC; (II) Overwatch Enterprises LLC; and (III) Ostra Cybersecurity Inc. Docket No. 1155.

    **Status**: The Plan Administrator requests that the Court enter the proposed order filed at Docket No. 1155-2.

4. Plan Administrator's Objection to Administrative Claim Asserted by Ostra Cybersecurity Inc. [Docket No. 1112].

**Responses:**   None

**Related Documents:**

    A.  Omnibus Certificate of No Objection with Respect to the Plan Administrator's Objections to Administrative Claims Asserted by (I) Overwatch Surveillance LLC; (II) Overwatch Enterprises LLC; and (III) Ostra Cybersecurity Inc. Docket No. 1155.

    <u>Status</u>:  The Plan Administrator requests that the Court enter the proposed order filed at Docket No. 1155-3.

Dated:  June 3, 2023

Respectfully submitted,

/s/ *Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098
Email:           crgibbs@mwe.com

– and –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:   (651) 289-3846
Facsimile:    (651) 406-9676
E-mail:         kcasteel@askllp.com
               jchristian@askllp.com
               nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

## Certificate of Service

I certify that on June 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on June 3, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following parties indicated herein:

| | |
|---|---|
| Overwatch Surveillance LLC<br>admin@overwatchent.com | Overwatch Enterprises LLC<br>admin@overwatchent.com |
| Sira Corbetta Lopez de Letona<br>siracorbetta@gmail.com | Ostra Cybersecurity Inc.<br>legal@ostra.net |

*/s/ Charles R. Gibbs*
Charles R. Gibbs