UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) ) ) ) | Case No. 22-90273 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused the *Second and Final Fee Application of Ferguson Braswell Fraser Kubasta PC, Efficiency Counsel to the Debtors and Debtors in Possession for the Period from December 7, 2022 Through March 31, 2023* (the "**Application**") and the proceeding Summary Cover Sheet to the Application [Docket No. 1131] to be served (i) upon all creditors and parties in interest receiving electronic notice on the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas **on May 15, 2023**; and (ii) via email notification upon all parties listed below on **May 16, 2023**:

- The Reorganized Debtors, c/o the Plan Administrator, Tribolet Advisors, LLC, Attn.: Michael A. Tribolet (michael.a.tribolet@triboletadvisors.com);

- Counsel to the Plan Administrator, ASK LLP, Attn.: Kara E. Casteel, Jennifer A. Christian, and Nicholas Brown (kcasteel@askllp.com, jchristian@askllp.com, and nbrown@askllp.com);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

- Counsel to the Debtors, Paul Hastings LLP, Attn.: James, Grogan, Luc Despins, Sayan Bhattacharyya, Daniel Ginsberg, Matthew Micheli, and Michael Jones (jamesgrogan@paulhastings.com, lucdespins@paulhastings.com, syanbhattacharyya@paulhastings.com, danielginsberg@paulhastings.com, mattmicheli@paulhastings.com, and michaeljones@paulhastings.com);

- Counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, Attn: Charles R. Gibbs (crgibbs@mwe.com); Kristin K. Going, Darren Azman, Stacy A. Lutkus, and Natalie Rowles (kgoing@mwe.com, dazman@mwe.com, salutkus@mwe.com, and nrowles@mwe.com); and

- The Office of the U.S. Trustee for the Southern District of Texas, Attn.: Jayson B. Ruff and Jana Smith Whitworth (jayson.b.ruff@usdoj.gov and jana.whitworth@usdoj.gov).

Respectfully submitted:  June 6, 2023

**FERGUSON BRASWELL**
**FRASER KUBASTA PC**

By: /s/ *Rachael L. Smiley*
Rachael L. Smiley (State Bar No. 24066158)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law

**EFFICIENCY COUNSEL**
**FOR DEBTORS**