**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 11** |

## MASTER SERVICE LIST

**(as of June 7, 2023)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Debtors' service address for the purposes of these chapter 11 cases is 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

| **UNITED STATES TRUSTEE** | **GOVERNMENTAL AGENCIES** |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK ST, STE 3516<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE ST, RM 121<br>DALLAS, TX 75242 |
| MINNESOTA ATTORNEY GENERAL<br>ATTN KEITH ELLISON<br>445 MINNESOTA STREET<br>SUITE 1400<br>ST. PAUL, MN 55101-2131 | NEBRASKA ATTORNEY GENERAL<br>ATTN DOUG PETERSON<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |
| NEW YORK STATE ATTORNEY GENERAL<br>ATTN LETITIA JAMES<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN SHAMOIL SHIPCHANDLER, REG DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102 | SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN MARK VARGO<br>1302 E HWY 14<br>SUITE 1<br>PIERRE, SD 57501-8501 |

| | |
|---|---|
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 |
| TEXAS STATE SECURITIES BOARD<br>THOMAS JEFFERSON RUSK STATE OFFICE BUILDING<br>208 E 10TH ST<br>AUSTIN, TX 78701 | THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: CALLAN C SEARCY, ASST AG<br>C/O SHERRI K SIMPSON<br>BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| US ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF TEXAS<br>ATTN RICHARD A KINCHELOE<br>1000 LOUISIANA, STE 2300<br>HOUSTON, TX 77002 | **CORE/TOP 30 UNSECURED CREDITORS**<br><br>ARENTFOX SCHIFF LLP<br>ATTN: JEFFREY R. GLEITY; ALLISON H. WEISS; & MATTHEW R. BENTLEY<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NY 10019<br>FAX: 212-484-3990<br>EMAIL: JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; MATTHEW.BENTLEY@AFSLAW.COM |
| ATLAS CONSOLIDATED MINING AND<br>MICHAEL GUO<br>DEVELOPMENT CORPORATION<br>1705 GUADALUPE, SUITE 400<br>AUSTIN, TX 78701 | AXLE LOGISTICS<br>BEN SHUSTER<br>835 N CENTRAL STREET<br>KNOXVILLE, TN 37917 |
| CITY OF BIG SPRING, TX<br>ARICKA GROVE<br>310 NOLAN STREET<br>BIG SPRING, TX 79720 | COKINOS/YOUNG<br>ATTN: CRAIG E. POWER & MARIA M. BARTLETT<br>FOUR HOUSTON CENTER<br>1221 LAMAR ST., 16TH FLOOR<br>HOUSTON, TX 77010-3039<br>FAX: 713-535-5533<br>EMAIL: CPOWER@COKINOSLAW.COM;MBARTLETT@COKINOSLAW.COM |

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY OF<br>KELLI BIRKEL<br>THE MIDWEST<br>472 26TH AVENUE<br>COLUMBUS, NE 68601 | CORTALENT, LLC<br>ALISON PYE<br>7801 EAST BUSH LAKE ROAD SUITE 100<br>MINNEAPOLIS, MN 55439 |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC<br>ATTN: GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 | DELL TECHNOLOGIES, INC<br>RICHARD ROTHBERG<br>CHIEF FINANCIAL OFFICER<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| ECHO SEARCH GROUP<br>AMIT BHATIA<br>1660 HIGHWAY 100 SOUTH, SUITE 318<br>ST LOUIS PARK, MN 55416 | ERNST & YOUNG LLP<br>NYKEMA JACKSON<br>PNC BANK C/O ERNST & YOUNG US LLP<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 |
| FLEXENTIAL CORP.<br>MARK LEYDA<br>600 FOREST POINT CIRCLE<br>SUITE 100<br>CHARLOTTE, NC 28273 | FLEXENTIAL CORP.<br>MARK LEYDA<br>PO BOX 732368<br>DALLAX, TX 75373-2368 |
| FOUNDRY DIGITAL LLC<br>ATTN: MIKE COLYER<br>1100 PITTSFORD VICTOR ROAD<br>PITTSFORD, NY 14534 | FREUDENBERG FILTRATION TECHNOLOGIES L.P.<br>COLETT GAGNON<br>2975 PEMBROKE ROAD<br>HOPKINSVILLE, KY 42240 |

| | |
|---|---|
| FROST BROWN TODD LLC<br>(COUNSEL TO GEM MINING 1, LLC)<br>ATTN: A.J. WEBB ESQ.<br>3300 GREAT AMERICAN TOWER, 301 EAST FOURTH ST.<br>CINCINNATI, OH 45202<br>FAX: 513-651-6981<br>EMAIL: AWEBB@FBTLAW.COM | GARTNER, INC.<br>SPENCER HOCKERT<br>13200 PAUL J DOHERTY PARKWAY<br>FT MYERS, FL 33913 |
| GENERATE LENDING, LLC<br>C/O GENERATE CAPITAL, PBC<br>ATTN: LOAN OPERATIONS<br>461 5TH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 | GENERATE LENDING, LLC<br>555 DE HARO STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 |
| GROWTH OPERATORS, LLC<br>STEPHANIE WELLS<br>800 LASALLE AVE<br>MINNEAPOLIS, MN 55402 | HMB LEGAL COUNSEL<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ATTN: ATI P. KHATRI<br>500 WEST MADISON, SUITE 3700<br>CHICAGO, IL 60661 |
| HUBSPOT, INC.<br>CHIEF FINANCIAL OFFICER<br>25 FIRST STREET<br>CAMBRIDGE, MA 02141 | HUNTON ANDREWS KURTH LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: JOSEPH W. BUONI, TIMOTHY A. DAVIDSON II & PHILIP M. GUFFY<br>600 TRAVIS STREET, STE. 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: JOSEPHBUONI@HUNTONAK.COM;<br>TADDAVIDSON@HUNTONAK.COM; PGUFFY@HUNTONAK.COM |
| KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: CHRISTOPHER MARCUS, P.C. & ELIZABETH HELEN JONES<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>FAX: 212-446-4900<br>EMAIL: CHRISTOPHER.MARCUS@KIRKLAND.COM;<br>ELIZABETH.JONES@KIRKLAND.COM | KIRKLAND & ELLIS LLP/INT'L LLP<br>(COUNSEL TO GENERATE LENDING, LLC)<br>ATTN: ANNA G. ROTMAN, P.C.<br>609 MAIN STREET<br>HOUSTON, TX 77002<br>FAX: 713-836-3601<br>EMAIL: ANNA.ROTMAN@KIRKLAND.COM |

KOCH FILTER CORPORATION
GILBERT FREDERICK
8401 AIR COMMERCE DR
LOUISVILLE, KY 40119

KOHO CONSULTING
MARC DOUCETTE
6030 PRINTERY STREET SUITE 103
TAMPA, FL 33616

MADEL PA
AMITYBEINER
800 HENNEPIN AVENUE
MINNEAPOLIS, MN 55403

MARATHON DIGITAL HOLDINGS, INC.
FRED THIEL
1180 NORTH TOWN CENTER DRIVE
SUITE 100
LAS VEGAS, NV 89144

MARATHON DIGITAL HOLDINGS, INC.
ATTN: NORA MARCKWORDT
1180 NORTH TOWN CENTER DRIVE
SUITE 100
LAS VEGAS, NV 89144
EMAIL: INFO@MARA.COM

MERCURIA ENERGY AMERICA, LLC
ATTENTION: LEGAL DEPARTMENT
20 E. GREENWAY PLAZA, SUITE 650
HOUSTON, TX 77046

MERITUS RECRUITING GROUP LLC
THOMAS WILLIAMS
10319 LYNBROOK HOLLOW DR
HOUSTON, TX 77042

MP2 ENERGY TEXAS LLC
MARSHA PIERCE
D/B/A SHELL ENERGY SOLUTIONS TX
PO BOX 733560
DALLAS, TX 75373-3560

MP2 ENERGY TEXAS LLC
MARSHA PIERCE
D/B/A SHELL ENERGY SOLUTIONS TX
21 WATERWAY AVE, STE 450
THE WOODLANDS, TX 77380

MVP LOGISTICS LLC
RACHEL WILLIAMS
10205 10TH AVE N SUITE A
PLYMOUTH, MN 55441

| | |
|---|---|
| NBTC LIMITED<br>ANASTASIA/GEORGE<br>ROOM 1502, 15/F, HARCOURT HOUSE<br>NO. 39 GLOUCESTER ROAD<br>WANCHAI,<br>HONG KONG | NEXTERA ENERGY RESOURCES, LLC<br>ATTN: VICE PRESIDENT & GENERAL COUNSEL<br>GREGORY IRWIN<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| OKIN ADAMS BARTLETT CURRY LLP<br>ATTN: MATTHEW S. OKIN & RYAN A. O'CONNOR<br>1113 VINE ST., STE. 240<br>HOUSTON, TX 77002<br>FAX: 346-247-7158<br>EMAIL: MOKIN@OKINADAMS.COM; ROCONNOR@OKINADAMS.COM | SPECTRUM SEARCH PARTNERS, LLC<br>TOM SHAHNAZARIAN<br>4643 SOUTH ULSTER SUITE 1420<br>DENVER, CO 80237 |
| SUNBELT SOLOMON SERVICES, LLC<br>BILL SPARKS JR.<br>1922 S. MLK JR. DRIVE<br>TEMPLE, TX 76504 | TZ CAPITAL HOLDINGS, LLC<br>700 UNIVERSE BOULEVARD<br>JUNO BEACH, FL 33408 |
| TZRC MINING LLC<br>16192 COASTAL HWY<br>LEWES, DE 19958 | US BITCOIN CORPORATION<br>JOEL BLOCK<br>1221 BRICKELL AVE STE 900<br>MIAMI, FL 33131 |
| WESTWOOD PROFESSIONAL SERVICES<br>DAVID WIRT<br>PO BOX 856650<br>MINNEAPOLIS, MN 55485 | **DEBTORS' COUNSEL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: LUC DESPINS, SAYAN BHATTACHARYYA<br>DANIEL GINSBERG<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>FAX: 212-319-4090 |

| | |
|---|---|
| PAUL HASTINGS LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: JAMES T. GROGAN III<br>600 TRAVIS STREET, 58TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 713-353-3100 | PAUL HASTINGS LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: MATTHEW MICHELI & MICHAEL JONES<br>71 SOUTH WACKER DRIVE, SUITE 4500<br>CHICAGO, IL 60606<br>FAX: 312-499-6100 |

**PARTIES REQUESTING SERVICE**

| | |
|---|---|
| AKERMAN LLP<br>COUNSEL TO ULUCK<br>DAVID W. PARHAM<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201<br>FAX: 214-981-9339<br>EMAIL: DAVID.PARHAM@AKERMAN.COM | AKERMAN LLP<br>COUNSEL TO ULUCK<br>R. ADAM SWICK<br>500 WEST 5TH STREET, SUITE 1210<br>AUSTIN, TX 78701<br>FAX: 512-623-6701<br>EMAIL: ADAM.SWICK@AKERMAN.COM |
| ANDREWS MYERS, P.C.<br>(COUNSEL TO SPHERE 3D CORP.)<br>ATTN: T. JOSH JUDD<br>1885 SAINT JAMES PLACE, 15TH FLOOR<br>HOUSTON, TX 77056 | BARRON & NEWBURGER, P.C.<br>(COUNSEL FOR TESLAWATT)<br>ATTN: STEPHEN W. SATHER<br>7320 N. MOPAC EXPRESSWAY, SUITE 400<br>AUSTIN, TX 78731<br>EMAIL: SSATHER@BN-LAWYERS.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>(COUNSEL TO AXLE LOGISTICS, LLC)<br>ATTN: KEVIN M. CAPUZZI, ESQ.<br>1313 N. MARKET STREET, SUITE 1201<br>WILMINGTON, DE 19801 | BERG HILL GREENLEAF RUSCITTI LLP<br>(COUNSEL TO RK MISSION CRITICAL, LLC)<br>ATTN: PATRICK M. HAINES<br>1712 PEARL STREET<br>BOULDER, CO 80302 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP<br>COUNSEL FOR U.S. BITCOIN CORP.<br>ATTN: KEN GREEN & AARON GUERRERO<br>950 ECHO LANE, SUITE 120<br>HOUSTON, TX 77024<br>FAX: 713-335-4991<br>EMAIL: KEN.GREEN@BONDSELLIS.COM;<br>AARON.GUERRERO@BONDSELLIS.COM | BOOTSTRAP ENERGY LLC<br>STEVE QUISENBERRY<br>3838 OAK LAWN AVE, SUITE 100<br>DALLAS, TX 75219 |

| | |
|---|---|
| BROWN RUDNICK LLP<br>COUNSEL TO U.S. BITCOIN CORP.<br>ATTN: ROBERT J. STARK & ANDREW M. CARTY<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>EMAIL: RSTARK@BROWNRUDNICK.COM;<br>ACARTY@BROWNRUDNICK.COM | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP<br>(COUNSEL TO BOOTSTRAP ENERGY LLC)<br>ATTN: MARK A. CASTILLO & ROBERT C. ROWE<br>901 MAIN ST., STE. 5500<br>DALLAS, TX 75202<br>FAX: 214-580-2641<br>EMAIL: MARKCASTILLO@CCSB.COM; RROWE@CCSB.COM |
| CHAMBERLAIN HRDLICKA<br>COUNSEL TO POWER ASSET RECOVERY CORPORATION<br>ATTN: JARROD B. MARTIN<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON, TX 77002<br>FAX: 713-658-2553<br>EMAIL: JARROD.MARTIN@CHAMBERLAINLAW.COM | CIRCUIT BREAKER GUYS LLC<br>STEVE WEIDNER<br>4740 E 2ND ST UNIT C21<br>BENECIA, CA 94510 |
| FOUNDRY DIGITAL LLC<br>LICIA BARRA<br>350 EAST AVE SUITE 201<br>ROCHESTER, NY 14604 | GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC<br>COUNSEL TO KONZA MINING FUND I, LP<br>ATTN: BRANCH M. SHEPPARD<br>1301 MCKINNEY DRIVE, SUITE 1400<br>HOUSTON, TX 77010<br>FAX: 713-599-0770<br>EMAIL: BSHEPPARD@GALLOWAYLAWFIRM.COM;<br>AHARDING@GALLOWAYLAWFIRM.COM |
| HOFFMAN & SAWERIS, P.C.<br>(COUNSEL FOR VERIBI LLC)<br>ATTN: MATTHEW HOFFMAN<br>2777 ALLEN PARKWAY, SUITE 1000<br>HOUSTON, TX 77019<br>FAX: 713-654-0038<br>EMAIL: MHECF@AOL.COM | HOOVER SLOVACEK LLP<br>ATTORNEYS FOR BOB'S LIMITED<br>ATTN: STEVEN A. LEYH<br>GALLERIA TOWER II<br>5051 WESTHEIMER, SUITE 1200<br>HOUSTON, TX 77056<br>FAX: 713-977-5395 |
| KELLY, MORGAN, DENNIS, CORZINE & Hansen, P.C.<br>ATTORNEYS FOR CITY OF BIG SPRING, TEXAS<br>ATTN: MICHAEL G. KELLY<br>P.O. BOX 1311<br>ODESSA, TX 79760-1311<br>FAX: 432-363-9121<br>EMAIL: MKELLY@KMDFIRM.COM | MAYER, LLP<br>ATTN: LORI A. HOOD<br>2900 NORTH LOOP WEST, SUITE 500<br>HOUSTON, TX 77092 |

| | |
|---|---|
| MAYER BROWN LLP<br>(COUNSEL TO SUNBELT)<br>ATTN: BRANDON F. RENKEN, CHARLES S. KELLEY<br>ANDREW ELKHOURY<br>700 LOUISIANA ST., SUITE 3400<br>HOUSTON, TX 77002 | MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: CHARLES R. GIBBS<br>2501 NORTH HARWOOD STREET, SUITE 1900<br>DALLAS, TX 75201-1664<br>FAX: 972-232-3098<br>EMAIL: CRGIBBS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO THE COMMITTEE)<br>ATTN: KRISTIN K. GOING, DARREN AZMAN<br>STACY A. LUTKUS & NATALIE ROWLES<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017-5404<br>FAX: 212-547-5444<br>EMAIL: KGOING@MWE.COM; DAZMAN@MWE.COM;<br>SALUTKUS@MWE.COM; NROWLES@MWE.COM | MCGUIREWOODS LLP<br>COUNSEL TO CONSTELLATION AFFILIATES<br>ATTN: ANDREW C. PAPA<br>TEXAS TOWER<br>845 TEXAS AVE., 24TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 832-255-6374<br>EMAIL: APAPA@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP<br>COUNSEL TO CONSTELLATION AFFILIATES<br>ATTN: MARK E. FREEDLANDER<br>TOWER TWO-SIXTY<br>260 FORBES AVE., SUITE 1800<br>PITTSBURGH, PA 15222<br>FAX: 412-667-7967<br>EMAIL: MFREEDLANDER@MCGUIREWOODS.COM | MICHAEL BEST & FRIEDRICH LLP<br>COUNSEL TO ATLAS TECHNOLOGY GROUP, LLC<br>ATTN: JUSTIN M. MERTZ<br>790 N. WATER STREET, SUITE 2500<br>MILWAUKEE, WI 53202<br>EMAIL: JMMERTZ@MICHAELBEST.COM |
| MILBANK LLP<br>(COUNSEL TO FOUNDRY DIGITAL LLC)<br>ABHILASH M. RAVAL, ESQ., ERIC K. STODOLA, ESQ. & EDWARD R. LINDEN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163<br>EMAIL: ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>(COUNSEL TO HOWARD COUNTY APPRAISAL DISTRICT)<br>ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK, TX 79408<br>FAX: 806-744-9953<br>EMAIL: LMBKR@PBFCM.COM |
| PORTER HEDGES LLP<br>COUNSEL TO FOUNDRY DIGITAL<br>ATTN: JOHN F. HIGGINS, M.SHANE JOHNSON & MEGAN N. YOUNG-JOHN<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 713-228-1331<br>EMAIL: JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM | PROSEK LLC<br>THOMAS PETRULLO<br>105 MADISON AVE FLOOR 7<br>NEW YORK, NY 10016 |

PRYOR CASHMAN LLP
(COUNSEL TO SPHERE 3D)
ATTN: SETH H. LIEBERMAN & MATTHEW SILVERMAN
7 TIMES SQUARE, 40TH FLOOR
NEW YORK, NY 10036-6596
FAX: 212-326-0806
EMAIL: SLIEBERMAN@PRYORCASHMAN.COM;
MSILVERMAN@PRYORCASHMAN.COM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: PATRICIA B. TOMASCO
711 LOUISIANA, SUITE 500
HOUSTON, TX 77002
FAX: 713-221-7100
EMAIL: PATTYTOMASCO@QUINNEMANUEL.COM

RAND WORLDWIDE INC.
AUSTIN SOBOLEWSKI
11201 DOLFIELD BOULEVARD SUITE 112
OWINGS MILLS, MD 21117

RECRUITERS OF MINNESOTA
KELLY HOGAN
6110 BLUE CIRCLE DR, SUITE 280
MINNETONKA, MN 55343

SCHULTE ROTH & ZABEL LLP
COUNSEL TO FOUNDRY DIGITAL
ATTN: KRISTINE G. MANOUKIAN & PETER J. AMEND
919 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-593-5944
EMAIL: KRISTINE.MANOUKIAN@SRZ.COM; PETER.AMEND@SRZ.COM

SHOOK, HARDY & BACON LLP
COUNSEL TO GENERAL CASUALTY COMPANY OF WISCONSIN
ATTN: JOHN LEWIS, JR.
600 TRAVIS STREET, SUITE 3400
HOUSTON, TX 77002
FAX: 713-227-8008
EMAIL: JOLEWIS@SHB.COM

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN JOHN MARK STERN
C/O SHERRI K. SIMPSON, PARALEGAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
FAX: 512-936-1409
EMAIL: BK-JSTERN@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV

THE FINMAN LAW FIRM PLLC
COUNSEL TO RANGER
ATTN: TZVI A. FINMAN
10101 FONDREN ROAD, SUITE 575
HOUSTON, TX 77096
EMAIL: TFINMAN@FINMANLAWFIRM.COM

URBAN SOLUTION GROUP
CHIEF FINANCIAL OFFICER
4230 ELATI ST
DENVER, CO 80216

WEIL, GOTSHAL & MANGES LLP
(COUNSEL TO MARATHON)
ATTN: ALFREDO R. PEREZ
700 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002
FAX: 713-224-9511
EMAIL: ALFREDO.PEREZ@WEIL.COM

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO MARATHON)<br>ATTN: GARY HOLTZER, JESSICA LIOU & ALEXANDER P. COHEN<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>FAX: 212-310-8007<br>EMAIL: GARY.HOLTZER@WEIL.COM; JESSICA.LIOU@WEIL.COM; ALEXANDER.COHEN@WEIL.COM | ASK LLP<br>COUNSEL TO THE LITIGATION TRUST AND PLAN ADMINISTRATOR<br>KARA E. CASTEEL, JENNIFER A. CHRISTIAN & NICHOLAS BROWN<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>ST. PAUL, MN 55121<br>FAX: 651-406-9676<br>EMAIL: KCASTEEL@ASKLLP.COM; JCHRISTIAN@ASKLLP.COM; NBROWN@ASKLLP.COM |
| WESTWOOD PROFESSIONAL SERVICES<br>DAVID WIRT<br>12701 WHITEWATER DRIVE<br>SUITE 300<br>MINNETONKA, MN 55343 | |