**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MINING PROJECT WIND DOWN HOLDINGS, INC. | ) | Case No. 22-90273 (MI) |
| (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**OMNIBUS CERTIFICATE OF NO OBJECTION**

Pursuant to the Procedures for Complex Chapter 11 Cases in the Southern District of Texas,

the undersigned certifies as follows:

1. On May 15, 2023, the Debtors' professionals filed the following applications:

   a. *Second Interim and Final Application of Paul Hastings LLP, Counsel to Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023* (the "Paul Hastings Application") [Docket No. 1128],

   b. *Second Interim and Final Fee Application of Portage Point Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors in Possession, for the Period from September 22, 2022 Through March 31, 2023* (the "Portage Point Application") [Docket No. 1130],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

c.  *Second Interim and Final Fee Application of Jefferies LLC as Investment Banker to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023* (the "Jefferies Application") [Docket No. 1126], and

d.  *Second and Final Fee Application of Ferguson Braswell Fraser Kubasta PC, Efficiency Counsel to Debtors and Debtors in Possession for the Period from December 7, 2022 Through March 31, 2023* (the "Ferguson Application", and together with the Paul Hastings Application, the Portage Point Application, and the Jefferies Application, the "Applications") [Docket No. 1131].

2.  On May 16, 2023, Paul Hastings LLP filed the *Notice of Revised Proposed Final Order Allowing Paul Hastings LLP Compensation and Reimbursement of Expenses* [Docket No. 1132].

3.  The deadline for parties to file responses to the relief requested in the Applications was June 5, 2023 (the "Objection Deadline"). More than 24 hours have passed since the Objection Deadline. Counsel for the Debtors has reviewed the Court's docket and no objection/response to the relief requested in the Applications appears thereon. Counsel for the Debtors has not received any objection or response to the Applications, and is not aware of any such objection or response.

4.  Attached hereto are proposed forms of order granting the relief requested in the Applications (the "Proposed Orders"). Also attached hereto are redlines of the Proposed Orders for Portage Point, Jefferies, and Ferguson reflecting non-substantive changes between the Proposed Orders and the previously filed proposed orders, as applicable. A redline is not attached

for the Paul Hastings Proposed Order because no further changes were made from what was filed at Docket No. 1132.

**WHEREFORE**, the applicants respectfully request that the Court enter the Proposed Orders, granting the relief requested in the Applications, and granting such other and further relief as the Court may deem proper.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

Dated: June 7, 2023
      Houston, Texas

/s/  *James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya(admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
       sayanbhattacharyya@paulhastings.com
       danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
       michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*