**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. | ) Case No. 22-90273 (MI) |
| (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO
PAUL HASTINGS LLP'S SECOND INTERIM AND FINAL FEE APPLICATION**

Pursuant to the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the undersigned representatives of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and its affiliates (collectively, the "Debtors") certify as follows:

1.     On May 15, 2023, Paul Hastings LLP filed its *Second Interim and Final Application of Paul Hastings LLP, Counsel to Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 22, 2022 Through March 31, 2023* (the "Application") [Docket No. 1128].

2.     On May 16, 2023, Paul Hastings filed the *Notice of Revised Proposed Final Order Allowing Paul Hastings LLP Compensation and Reimbursement of Expenses* [Docket No. 1132].

3.      The deadline for parties to file responses to the relief requested in the Application was June 5, 2023 (the "Objection Deadline").  More than 24 hours have passed since the Objection Deadline.  Counsel for the Debtors has reviewed the Court's docket and no objection/response to

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

the relief requested in the Application appears thereon.  Counsel for the Debtors has not received any objection or response to the Application, and is not aware of any such objection or response.

4.      Attached hereto is a proposed form of order granting the relief requested in the Application (the "Proposed Order").

**WHEREFORE**, the applicant respectfully requests that the Court enter the Proposed Order, granting the relief requested in the Application, and granting such other and further relief as the Court may deem proper.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

Dated: June 9, 2023
      Houston, Texas

/s/ *James T. Grogan III*
_____

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Luc Despins (admitted *pro hac vice*)
Sayan Bhattacharyya(admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: lucdespins@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      danielginsberg@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email: mattmicheli@paulhastings.com
      michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*