United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
**(Docket No. 1126)**

The Court has considered the *Second Interim and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period of September 22, 2022 through March 31, 2023* filed by Jefferies LLC (the "Applicant") as investment banker to the above-captioned debtors and debtors in possession (the "Debtors"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $4,471,138.99 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: June 12, 2023

_____
Marvin Isgur
United States Bankruptcy Judge