United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| MINING PROJECT WIND DOWN | § | |
| HOLDINGS INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER TO SUPPLEMENT

The final application for compensation filed by Portage Point fails to account for the costs incurred by the Estate for the filing of inaccurate declarations by Portage Point in this case. Indeed, there is even a small charge levied by Portage Point for having to respond to the cause of its errors.

Portage Point should supplement its application with a reasonable estimate of the costs to the Estate from the filing of its inaccurate declarations. Alternatively, Portage Point may file a brief indicating why it should not justly be held accountable for the costs incurred from its errors.

The supplement or brief should be filed by June 30, 2023.

SIGNED 06/12/2023

Marvin Isgur
United States Bankruptcy Judge