UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-90273 (MI) |
| | § | |
| MINING PROJECT WIND DOWN | § | CHAPTER 11 |
| HOLDINGS, INC. (F/K/A COMPUTE | § | |
| NORTH HOLDINGS, INC.), ET AL | § | (Jointly Administered) |
| | § | |
| DEBTOR(S) | | |

### AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **BOBS LIMITED**, creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other manner in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2022(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be served by U.S. Mail, hand delivery, electronically or other appropriate means to the secured creditor(s) in care of the undersigned at the address set forth below.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: /s/ Steven A. Leyh
Steven A. Leyh
State Bar No. 12318300
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR CREDITOR,
BOBS LIMITED**

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Steven A. Leyh
Steven A. Leyh