IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MINING PROJECT WIND DOWN HOLDINGS, | § | Case No. 22-90273 (MI) |
| INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF NO OBJECTION

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), *et al.* (the "Debtors") certifies as follows:

1. On May 15, 2023, the Committee filed the *Final Fee Application of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Investment Banker to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

*Incurred for the Period From October 11, 2022 Through March 31, 2023* [ECF No. 1129] (the "Application").

2. The deadline for parties to file responses to the relief requested in the Application was June 9, 2023 (the "Objection Deadline").² No objection to the relief requested in the Application was received, either formally or informally, by the Objection Deadline.

3. The Committee respectfully requests that the Court enter the attached proposed order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

² The Application were served on certain parties on May 16, 2023 by First Class U.S. Mail. Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), three days were added to the deadline for the parties served by First Class U.S. Mail to object.

|                        |                                                                 |
|------------------------|-----------------------------------------------------------------|
| Dated:  June 13, 2023  | Respectfully submitted,                                         |
|                        | **MCDERMOTT WILL & EMERY LLP**                                  |
|                        | By:  */s/ Charles R. Gibbs*                                     |
|                        | Charles R. Gibbs                                                |
|                        | Texas Bar No. 07846300                                          |
|                        | 2501 N. Harwood Street, Suite 1900                              |
|                        | Dallas, TX 75201                                                |
|                        | Telephone: (214) 295-8000                                       |
|                        | Facsimile: (972) 232-3098                                       |
|                        | Email: crgibbs@mwe.com                                          |
|                        |                                                                 |
|                        | -and-                                                           |
|                        |                                                                 |
|                        | Kristin K. Going (admitted *pro hac vice*)                      |
|                        | Darren Azman (admitted *pro hac vice*)                          |
|                        | Stacy A. Lutkus (admitted *pro hac vice*)                       |
|                        | Natalie Rowles (admitted *pro hac vice*)                        |
|                        | One Vanderbilt Avenue                                           |
|                        | New York, NY 10017-5404                                         |
|                        | Telephone: (212) 547-5400                                       |
|                        | Facsimile: (212) 547-5444                                       |
|                        | Email: kgoing@mwe.com                                           |
|                        |        dazman@mwe.com                                           |
|                        |        salutkus@mwe.com                                         |
|                        |        nrowles@mwe.com                                          |
|                        |                                                                 |
|                        | *Counsel to the Official Committee of Unsecured Creditors*      |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Charles R. Gibbs*
                                            Charles R. Gibbs