# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> MINING PROJECT WIND DOWN § <br> HOLDINGS, INC. (f/k/a Compute North § <br> Holdings, Inc.), *et al.*, § <br> § <br> Debtors.[1] § <br> § | Chapter 11 <br><br> Case No. 22-90273 (MI) <br><br> (Jointly Administered) |

**AGENDA FOR HEARING[2] ON OBJECTION TO CLAIM NO. 42 OF BITNILE, INC. SCHEDULED FOR JUNE 22, 2023 AT 4:00 P.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT <u>FOR THE SOUTHERN DISTRICT OF TEXAS</u>**

## Matters Going Forward

1. Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 964].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Responses:**

    A. Response of BitNile, Inc. to Debtors' Objection to Claim No. 42 [Docket No. 1057].

**Related Documents:**

    A. Notice of Adjournment of Hearing Regarding Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 1092].

    B. Courtroom Minutes related to initial status conference, scheduling second status conference for June 22, 2023 [Docket No. 1122].

**Status**:    This matter is going forward **as a status conference only**.

Dated:  June 21, 2023.

    Respectfully submitted,

    */s/ Charles R. Gibbs*
    Charles R. Gibbs
    Texas State Bar No. 7846300
    **MCDERMOTT WILL & EMERY LLP**
    2501 North Harwood Street, Suite 1900
    Dallas, TX 75201-1664
    Telephone:    (214) 295-8000
    Facsimile:    (972) 232-3098
    Email:    crgibbs@mwe.com

    *– and –*

    Kara E. Casteel (admitted *pro hac vice*)
    Jennifer A. Christian (admitted *pro hac vice*)
    Nicholas C. Brown (admitted *pro hac vice*)
    **ASK LLP**
    2600 Eagan Woods Drive, Suite 400
    St. Paul, MN 55121
    Telephone:    (651) 289-3846
    Facsimile:    (651) 406-9676
    E-mail:    kcasteel@askllp.com
            jchristian@askllp.com
            nbrown@askllp.com

    *Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

    I certify that on June 21, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs