IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered) |

**AGREED JOINT SCHEDULING ORDER ON
DEBTORS' OBJECTION TO CLAIM OF
BITNILE, INC. [CLAIM NO. 42]**
**[Relates to Docket Nos. 964, 1057]**

It is hereby ORDERED that the following deadlines shall apply to the claim objection proceeding related to Claim No. 42 filed by BitNile, Inc. (the "Claim Objection Proceeding"):

1. Federal Rules of Civil Procedure 26(a)(1), (a)(2), and (a)(3), as incorporated by Federal Rule of Bankruptcy Procedure 7026, shall apply in this Claim Objection Proceeding.

2. The parties shall make initial disclosures under Rule 26(a)(1) within twenty-one (21) days from entry of this Agreed Order.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

3. The parties shall serve their first requests for production of documents, if any, and first interrogatories, if any, within twenty-one (21) days from entry of this Agreed Order.

4. The parties shall complete their production of documents no later than October 31, 2023.

5. The parties shall complete all fact discovery in this Claim Objection Proceeding on or before December 15, 2023.

6. The party with the burden of proof on an issue must serve its expert report(s) in accordance with Rule 26(a)(2) no later than 30 days following the close of fact discovery. Rebuttal expert disclosures must be made within 30 days after receiving a proponent's expert report.

7. The parties shall complete all expert discovery in this Claim Objection Proceeding on or before March 15, 2024.

8. The Court shall conduct a status conference on December 18, 2023 at 1:30 p.m. (Prevailing Central Time). At the status conference, the parties shall be prepared to discuss with the Court any outstanding issues in the Claim Objection Proceeding, including whether the parties intend to engage in expert discovery and the timing for any dispositive motions.

**IT IS SO ORDERED:**

Dated: _____, 2023
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AS TO FORM AND SUBSTANCE:**

Dated:  July 20, 2023

| | |
|---|---|
| */s/ Charles R. Gibbs*<br>Charles R. Gibbs<br>Texas State Bar No. 7846300<br>**MCDERMOTT WILL & EMERY LLP**<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201-1664<br>Telephone:  (214) 295-8000<br>Facsimile:  (972) 232-3098<br>Email:  crgibbs@mwe.com<br><br>- and -<br><br>Kara E. Casteel (admitted *pro hac vice*)<br>Jennifer A. Christian (admitted *pro hac vice*)<br>Nicholas C. Brown (admitted *pro hac vice*)<br>ASK LLP<br>**2600 Eagan Woods Drive, Suite 400**<br>St. Paul, MN 55121<br>Telephone:  (651) 289-3846<br>Facsimile:  (651) 406-9676<br>Facsimile:  (651) 406-9676<br>E-mail:  kcasteel@askllp.com<br>       jchristian@askllp.com<br>       nbrown@askllp.com<br><br>*Counsel to the Mining Project Wind Down*<br>*Holdings, Inc. Litigation Trust and the*<br>*Plan Administrator* | */s/ Jason S. Brookner*<br>Jason S. Brookner<br>Texas State Bar No. 24033684<br>**GRAY REED**<br>1300 Post Oak Boulevard, Suite 2000<br>Houston, TX 77056<br>Telephone: (713) 986-7127<br>Facsimile: (713) 986-5966<br>Email:  jbrookner@grayreed.com<br><br>- and -<br><br>Adam H. Friedman (admitted *pro hac vice*)<br>Kerrin T. Klein (admitted *pro hac vice*)<br>**OLSHAN FROME WOLOSKY LLP**<br>1325 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 451-2216<br>Facsimile: (713) 451-2222<br>Email:  afriedman@olshanlaw.com<br>       kklein@olshanlaw.com<br><br>*Counsel to BitNile, Inc.* |

## Certificate of Service

I certify that on July 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs