**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AGENDA FOR HEARING[2] ON OBJECTION TO CLAIM NO. 42 OF BITNILE, INC.
SCHEDULED FOR JULY 24, 2023 AT 1:30 P.M. (PREVAILING CENTRAL TIME)
BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE SOUTHERN DISTRICT OF TEXAS</u>**

<u>**Matters Going Forward**</u>

1. Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 964].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Responses:**

    A.  Response of BitNile, Inc. to Debtors' Objection to Claim No. 42 [Docket No. 1057].

**Related Documents:**

    A.  Notice of Adjournment of Hearing Regarding Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 1092].

    B.  Courtroom Minutes related to initial status conference, scheduling second status conference for June 22, 2023 [Docket No. 1122].

    C.  Courtroom Minutes related to initial status conference, setting a scheduling conference for July 24, 2023 [Docket No. 1183].

    D.  Agreed Joint Scheduling Order on Debtors' Objection to Claim of BitNile, Inc. [Claim No. 42] [Docket No. 1202].

    **Status**:      This matter is going forward **as a scheduling conference**.

Dated:  July 20, 2023.

                    Respectfully submitted,

                    */s/ Charles R. Gibbs*
                    Charles R. Gibbs
                    Texas State Bar No. 7846300
                    **MCDERMOTT WILL & EMERY LLP**
                    2501 North Harwood Street, Suite 1900
                    Dallas, TX 75201-1664
                    Telephone:    (214) 295-8000
                    Facsimile:    (972) 232-3098
                    Email:        crgibbs@mwe.com

                    *- and -*

                    Kara E. Casteel (admitted *pro hac vice*)
                    Jennifer A. Christian (admitted *pro hac vice*)
                    Nicholas C. Brown (admitted *pro hac vice*)
                    **ASK LLP**
                    2600 Eagan Woods Drive, Suite 400
                    St. Paul, MN 55121
                    Telephone:    (651) 289-3846
                    Facsimile:    (651) 406-9676

E-mail:      kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings,*
*Inc. Litigation Trust and the Plan Administrator*

**<u>Certificate of Service</u>**

I certify that on July 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs