United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90273 |
| **MINING PROJECT WIND DOWN** § | |
| **HOLDINGS INC.,** *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER GRANTING CM/ECF FILING PRIVILGES

1. Nelu Mihai is authorized to utilize the Court's CM/ECF filing system. The clerk will take the appropriate steps and notify Mr. Mihai when those steps are completed.

2. Nelu Mihai s authorized to electronically file documents exclusively in case 22-90273 with respect to the objection to his claim. Any other use of the CM/ECF filing system is prohibited.

3. This authorization is terminated if Counsel appears on behalf of Mr. Mihai.

SIGNED 08/08/2023

Marvin Isgur
United States Bankruptcy Judge