IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | ) Case No. 22-90273 (MI) |
| | ) |
| | ) (Jointly Administered) |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES
(DOCKET NO. 1130)**

The Court has considered the *Second Interim and Final Fee Application of Portage Point Partners, LLC for Compensation for Services and Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors in Possession, for the Period from September 22, 2022 to March 31, 2023* (the "Application") filed by Portage Point Partners, LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed final compensation and reimbursement of expenses in the amount of $2,850,202.44 for the period set forth in the Application on a final basis.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Plan Administrator is authorized to disburse any unpaid amounts allowed by paragraph 1 or 2 of this Order.

Dated: _____, 2023

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551). The Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.