# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, August 9, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Charles | Gibbs | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors of |