**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE PLAN
ADMINISTRATOR'S OBJECTION TO CLAIMS ASSERTED BY WESTWOOD
INFRASTRUCTURE, INC. AND WESTWOOD PROFESSIONAL SERVICES, INC.
(CLAIM NOS. 10120, 10122)**
[Related Docket No. 1196]

Pursuant to Section Q of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for Tribolet Advisors LLC, as Plan Administrator ("Plan Administrator") in the above-captioned bankruptcy cases, certifies as follows:

1.      On July 7, 2023, the Plan Administrator filed the *Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc.*

---

[1]   The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

*(Claim Nos. 10120, 10122)* [Docket No. 1196] (the "<u>Claims Objection</u>").

2.      The deadline for parties to file a response to the relief requested in the Claims Objection was August 10, 2023.[2]  No responses have been filed or otherwise received, either formally or informally, by the Plan Administrator, and the deadline for responding has passed.

3.      The Plan Administrator requests that the Court sustain the Claims Objection and enter the attached proposed form of order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[2]     Per the Certificate of Service appended to the Claims Objection, service was effectuated on July 7, 2023 by First Class Mail and electronic mail to the affected claimants. Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), the Plan Administrator added three days to the prescribed period under Federal Rule of Bankruptcy Procedure 9006(a) for claimants to respond to the Claims Objection.

Dated:  August 11, 2023                    Respectfully submitted,

*/s/ Charles R. Gibbs*  
Charles R. Gibbs  
Texas State Bar No. 7846300  
**MCDERMOTT WILL & EMERY LLP**  
2501 North Harwood Street, Suite 1900  
Dallas, TX 75201-1664  
Telephone:      (214) 295-8000  
Facsimile:      (972) 232-3098  
Email:          crgibbs@mwe.com

*– and –*

Kara E. Casteel (admitted *pro hac vice*)  
Jennifer A. Christian (admitted *pro hac vice*)  
Nicholas C. Brown (admitted *pro hac vice*)  
**ASK LLP**  
2600 Eagan Woods Drive, Suite 400  
St. Paul, MN 55121  
Telephone:      (651) 289-3846  
Facsimile:      (651) 406-9676  
E-mail:         kcasteel@askllp.com  
                jchristian@askllp.com  
                nbrown@askllp.com

*Counsel to the Mining Project Wind Down*  
*Holdings, Inc. Litigation Trust and the Plan*  
*Administrator*

**<u>Certificate of Service</u>**

I certify that on August 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs