IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AGENDA FOR HEARING[2] ON OBJECTIONS TO CLAIMS SCHEDULED FOR AUGUST 14, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**Matters Going Forward**

1. Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 10122) [Docket No. 1196].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Responses:**   None

**Related Documents:**

    A.  Certificate of No Objection with Respect to the Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 10122) [Docket No. 1217].

    **Status**:  This matter is going forward as an initial status conference pursuant to Rule 3007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Rules"). The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

2. Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1197].

   **Responses:**   None

   **Related Documents:**

    A.  Certificate of No Objection with Respect to the Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1218].

    **Status**:  This matter is going forward as an initial status conference pursuant to Local Rule 3007-1. The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

3. Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1198].

   **Responses:**   None

   **Related Documents:**

    A.  Certificate of No Objection with Respect to the Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1221].

    **Status**:  This matter is going forward as an initial status conference pursuant to Local Rule 3007-1. The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

4. Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029) [Docket No. 1199].

**Responses:** Response to Deny / Reject the Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029), and the Proposed Order 1199-2, Associated to Objection 1199 [Docket No. 1213].[3]

**Related Documents:**

A. Motion for Correcting the Typos in the Dockets # 1213 and Docket # 1211, Filed by Mail on August 7, 2023, Representing the Response of Nelu Mihai, Claimant (Claim 10029) to the Objection No. 1199 and Proposed Order 1199-2 to Objection [Docket No. 1219].

**Status**: This matter is going forward as an initial status conference pursuant to Local Rule 3007-1.

Dated: August 11, 2023.

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:	(214) 295-8000
Facsimile:	(972) 232-3098
Email:	crgibbs@mwe.com

– *and* –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:	(651) 289-3846
Facsimile:	(651) 406-9676
E-mail:	kcasteel@askllp.com
	jchristian@askllp.com
	nbrown@askllp.com

---

[3] The response by claimant Nelu Mihai appears to have been filed twice. An identical pleading appears at Docket No. 1211.

3

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

      I certify that on August 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      I further certify that on August 11, 2023, I caused a copy of the foregoing document to be served by First Class Mail and electronic mail (where indicated) upon the following parties indicated herein:

Addison Piper Rev. Trust
Attn: Addison Piper Trustee
1745 Hunter Drive
Wayzata, MN 55391
addisonpiper@me.com

Sean Ball
5785 Featherie Bay
Excelsior, MN 55331

Gregory Cribb
1320 Cozy Oak Avenue
Cary, NC 27519
greg.cribb@bestol-group.com

Nicholas Peter Dingwall-Chantiloupe
3311 Bluebell Ave N.
Brooklyn Park, MN 55443-1560
nicholas.chantiloupe@gmail.com

Bravera Wealth, TTEE of Eugene C Jackson Roth IRA
220 1st Ave West
Dickinson, ND 58601
rschank@bravera.bank

Brian Hakim
2225 23rd St.
Unit 218
San Francisco, CA 94107
brianhakim@yahoo.com

Jonathan Hakim
2225 23rd Street
Unit 218
San Francisco, CA 94107
jonhakim@gmail.com

KT LLC
304 S. Jones Avenue
Suite 1300
Las Vegas, NV 89107
tjw@looplimited.com

Jeffrey Norton
229 Woodlawn Avenue
Saint Paul, MN 55105
NortonVE@gmail.com

REIC Gamma (AM/DB) Holdings LLC
c/o Rodolpho Amboss
Silverpeak Real Estate Partners
40 West 57th Street – 29th Floor
New York, NY 10019
ra@silverpeak.com

SM & MS Partners
c/o Alexander Seligson
29 West 30th St., 10th floor
New York, NY 10023
aseligson@srrlaw.com

Mark Taborsky
27 Woodworth Road
Needham, MA 02492
mark.taborsky@gmail.com

Nelu Mihai
201 Harrison Street
Suite 210
San Francisco, CA 94105
nelumihai@icloud.com

Westwood Infrastructure, Inc.
Attn: General Counsel
12701 Whitewater Drive
Ste. 300
Minnetonka, MN 55343
morgan.thornton@westwoodps.com

Westwood Professional Services
12701 Whitewater Drive
Ste. 300
Minnetonka, MN 55343
morgan.thornton@westwoodps.com

| | |
|---|---|
| Koch Filter Corporation<br>8401 Air Commerce Dr.<br>Louisville, KY 40119 | Brian Wilderman, Esq.<br>Wagner Falconer & Judd Ltd.<br>100 South Fifth Street<br>Ste. 800<br>Minneapolis, MN 55402<br>bwilderman@wfjlawfirm.com |

*/s/ Charles R. Gibbs*
Charles R. Gibbs