IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., <br><br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-90273 (MI) |

**MOTION FOR CORRECTING THE TYPOS IN THE DOCKETS # 1213 AND DOCKET # 1211, FILED BY MAIL ON AUGUST 7, 2023, REPRESENTING THE RESPONSE OF NELU MIHAI, CLAIMANT (CLAIM 10029) TO THE OBJECTION NO. 1199 AND PROPOSED ORDER 1199-2 TO OBJECTION**

1. NELU MIHAI, PhD, former funding **<u>Chief Technology Officer</u>** at Compute North LLC / Debtors, in his capacity as Creditor ("Creditor") and Claimant of the Claim no. 10029 filed on October 24, 2022, in case 22-90273 (the "Bankruptcy Case", "Case no. 22-90273"), respectfully ask the Court to take into consideration that some involuntary typos are present in the **Docket # 1213** and **Docket #1211**, "Response" to Objection No. 1199 and to Proposed Order 1199-2.

2. I respectfully seek / kindly request that in the documents / dockets 1213 and 1211 mentioned above (practically identical "Responses" to "Objection" 1199, filed by mail in order to be also served to the author of the "Objection"), <u>the title "vice-</u>

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

<p style="padding-left: 40px;">president of engineering" to be read correctly as "**Chief Technology Officer**", or "**CTO**", as intentioned and truthful.</p>

3. Such occurrence is on <u>line one, first paragraph</u> of the "Response" to "Objection" 1199 and to "Proposed Order" 1199-2.

<p style="text-align: right;">Respectfully,</p>

<p style="text-align: right;">*[signature]*</p>

<p style="text-align: right;">Nelu Mihai</p>
<p style="text-align: right;">201 Harrison Street #210,</p>
<p style="text-align: right;">San Francisco, CA 94105</p>
<p style="text-align: right;">nelumihai@prodigy.net</p>