**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

<u>**AMENDED**</u>[2] **AGENDA FOR HEARING**[3] **ON OBJECTIONS TO CLAIMS SCHEDULED FOR AUGUST 14, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT <u>FOR THE SOUTHERN DISTRICT OF TEXAS</u>**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] **Amendments appear in bold and underlined font.**

[3] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Going Forward**

1. Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 1022) [Docket No. 1196].

   **Responses:**    None

   **Related Documents:**

   >   A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 1022) [Docket No. 1217].

   >   **Status**:        This matter is going forward as an initial status conference pursuant to Rule 3007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Rules"). The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

2. Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1197].

   **Responses:**    None

   **Related Documents:**

   >   A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1218].

   >   **Status**:        This matter is going forward as an initial status conference pursuant to Local Rule 3007-1. The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

3. Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1198].

   **Responses:**    None

   **Related Documents:**

   >   A. Certificate of No Objection with Respect to the Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1221].

**Status**:        This matter is going forward as an initial status conference pursuant to Local Rule 3007-1.  The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

4. Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029) [Docket No. 1199].

**Responses:**        Response to Deny / Reject the Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029), and the Proposed Order 1199-2, Associated to Objection 1199 [Docket No. 1213].[4]

**Related Documents:**

A. Motion for Correcting the Typos in the Dockets # 1213 and Docket # 1211, Filed by Mail on August 7, 2023, Representing the Response of Nelu Mihai, Claimant (Claim 10029) to the Objection No. 1199 and Proposed Order 1199-2 to Objection [Docket No. 1219].[5]

B. **Motion for Indicating the Documents Referred in the Response No. 1211 and 1213 by Claimant Nelu Mihai (Claim 10029) to Objection 1199 and Proposed Order 1199-2 Filed by the Plan Administrator [Docket No. 1225].**[6]

C. **Sustaining Documents Filing, in Relation Response 1213 and 1211 to Claim 10029, Filed as Addendums / Exhibits to Response 1213, 1211 to Objection 1199 (Filed by the Plan Administrator) to Claim 10029 (Filed by Claimant Nelu Mihai) [Docket No. 1226].**

**Status**:        This matter is going forward as an initial status conference pursuant to Local Rule 3007-1.

Dated:  August 12, 2023                Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098

---

[4]   The response by claimant Nelu Mihai appears to have been filed twice.  An identical pleading appears at Docket No. 1211.
[5]   **This pleading appears twice on the docket.  An identical pleading appears at Docket No. 1224.**
[6]   **This pleading appears twice on the docket.  An identical pleading appears at Docket No. 1223.**

Email:          crgibbs@mwe.com

*– and –*

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:      (651) 289-3846
Facsimile:      (651) 406-9676
E-mail:         kcasteel@askllp.com
                jchristian@askllp.com
                nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings,
Inc. Litigation Trust and the Plan Administrator*

**<u>Certificate of Service</u>**

   I certify that on August 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

   I further certify that on August 12, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following party:

 Nelu Mihai
 nelumihai@icloud.com

          */s/ Charles R. Gibbs*
          Charles R. Gibbs