IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., <br><br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-90273 (MI) |

**SUSTAINING DOCUMENTS FILING, IN RELATION TO RESPONSE 1213 AND 1211 AND TO CLAIM 10029, FILED AS AMENDED ADDENDUMS / EXHIBITS TO RESPONSE 1213, 1211 TO OBJECTION 1199 (FILED BY THE PLAN ADMINISTRATOR) TO CLAIM 10029 (FILED BY CLAIMANT NELU MIHAI)**

1. NELU MIHAI, PhD, former funding **Chief Technology Officer** at Compute North LLC / Debtors, in his capacity as Creditor ("Creditor") and Claimant of the Claim no. 10029 filed on October 24, 2022, in case 22-90273 (the "Bankruptcy Case", "Case no. 22-90273"), respectfully ask the Court to take into consideration the following aspects related to the claim 10029, referred in the "Response" (Docket # 1213 and Docket #1211, filed on 08/07/2023) to "Objection" no. 1199 and "Proposed Order" 1199-2 filed by the Plan Administrator on 07/07/2023, and respectfully ask to consider these

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

new aspects and corrected sustaining materials to reject the Objection 1199 and Proposed Order 1199-2 and issue an order for allowance for my claim 10029.

2. The Claimant Nelu Mihai respectfully seeks / kindly requests to take into consideration the following aspects:

3. The Claimant Nelu Mihai submits Addendum no. 5 (Recalculation for Sustaining Materials to Claim 10029, filed today, on August 13, 2023), to correct the calculus from Exhibit filed as appendix to Docket 1126, filled on August 12,2023, at least because at row 49, page 158 Docket 723-2 is shown by Debtors that they paid the Claimant Nelu Mihai a lower amount than the amount of $13,636 agreed by Section 9.a of the Separation Agreement signed between the Claimant Nelu Mihai and the Company / Debtors on March 28, 2022.

4. Based on the terms of the Separation Agreement and other legal applicable stipulations, the correct amounts that Compute North LLC / Debtors owes to Claimant Nelu Mihai as unpaid accrued obligations under Section 9.a of the Separation Agreement signed on March 28, 2022 are as following:

5. Total obligations for late payments (according to Section 9.a. of the Separation Agreement) **before September 22, 2022, the Petition date, are in the amount of $45,250.46** (forty-five thousand two hundred fifty dollars and forty-six cents).

6. The Debtors lately paid only ten installments of $13,636 and on late payment of $11,538 due on 09/02/2022 but paid on 09/16/2022, according to page 158, row 49 and page 157 of Docket 723-2. That shows that the amount of unpaid accrued debts, calculated by the authors of the Objection 1199 is wrong, the unpaid amount being of **$152,102**, not of $150,004 as stated in the Objection 1199.

7. **Total obligations for late payments accrued between 04/15/2022 and 09/22/2022 (the Bankruptcy Petition date) are in the amount of $63,502.70** (sixty-three thousand five hundred two dollars and seventy cents).

8. Obligations for late payments, calculated for the period 04/12/2022 (the Effecitve Date) or 04/15/2022 (the date when the other executives were paid by Compute North LLC / Debtors) and February 1st, 2023 (the Date stipulated in the Separation Agreement to pay in full the $300,000 agreed at Section 9.a of the Separation Agreement signed on 03/28/2022) are in the amount of **$462,009.94 (four hundreds sixty two thousand nine dollars and ninety four cents)**

9. The addendum also contains the calculus of obligations from 04/15/2022 and the Hearing date of 08/14/2023.

   C**ONCLUSIO**

10. These new supporting materials, based on the approved Reorganization Plan Docket 723, and docket 723-2, contradict radically, but with certitude, the opinions stated by the Plan Administrator stated in "Objection" 1199 to my Claim 10029, proving that the claim is not about "after Petition Date penalties", it is about obligations assumed by Debtors in the Separation Agreement signed on March 28, 2022, date when the Claimant was an employee of Compute North LLC / Debtors, obligations never paid on time and neither in the agreed amounts of $13,636, neither paid when the other executives were paid with wages.

11. We kindly request that the Claim 10029 be allowed in its entirety, and that the Court grant such order of allowance.

Respectfully,

Nelu Mihai

201 Harrison Street #210,

San Francisco, CA 94105

nelumihai@prodigy.net