IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**SECOND AMENDED**[2] **AGENDA FOR HEARING**[3] **ON OBJECTIONS TO CLAIMS SCHEDULED FOR AUGUST 14, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] **Amendments appear in bold and underlined font.**

[3] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Going Forward**

1. Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 1022) [Docket No. 1196].

    **Responses:**   None

    **Related Documents:**

    A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Claims Asserted by Westwood Infrastructure, Inc. and Westwood Professional Services, Inc. (Claim Nos. 10120, 1022) [Docket No. 1217].

    **Status**:   This matter is going forward as an initial status conference pursuant to Rule 3007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "<u>Local Rules</u>"). The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

2. Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1197].

    **Responses:**   None

    **Related Documents:**

    A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Secured Claim Asserted by Koch Filter Corporation (Claim No. 10078) [Docket No. 1218].

    **Status**:   This matter is going forward as an initial status conference pursuant to Local Rule 3007-1. The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

3. Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1198].

    **Responses:**   None

    **Related Documents:**

    A. Certificate of No Objection with Respect to the Plan Administrator's First Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 1221].

**Status**:   This matter is going forward as an initial status conference pursuant to Local Rule 3007-1. The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

4. Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029) [Docket No. 1199].

    **Responses:**   Response to Deny / Reject the Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029), and the Proposed Order 1199-2, Associated to Objection 1199 [Docket No. 1213].[4]

    **Reply in Support of Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029) [Docket No. 1230]**.

   **Related Documents:**

    A. Motion for Correcting the Typos in the Dockets # 1213 and Docket # 1211, Filed by Mail on August 7, 2023, Representing the Response of Nelu Mihai, Claimant (Claim 10029) to the Objection No. 1199 and Proposed Order 1199-2 to Objection [Docket No. 1219].[5]

    B. Motion for Indicating the Documents Referred in the Response No. 1211 and 1213 by Claimant Nelu Mihai (Claim 10029) to Objection 1199 and Proposed Order 1199-2 Filed by the Plan Administrator [Docket No. 1225].[6]

    C. Sustaining Documents Filing, in Relation Response 1213 and 1211 and to Claim 10029, Filed as Addendums / Exhibits to Response 1213, 1211 to Objection 1199 (Filed by the Plan Administrator) to Claim 10029 (Filed by Claimant Nelu Mihai) [Docket No. 1226].

    D. **Sustaining Documents Filing, in Relation Response 1213 and 1211 and to Claim 10029, Filed as Addendums / Exhibits to Response 1213, 1211 to Objection 1199 (Filed by the Plan Administrator) to Claim 10029 (Filed by Claimant Nelu Mihai) [Docket No. 1228].**

    E. **Sustaining Documents Filing, in Relation to Response 1213 and 1211 and to Claim 10029, Filed as Amended Addendums / Exhibits to Response 1213, 1211 to Objection 1199 (Filed by the Plan Administrator) to Claim 10029 (Filed by Claimant Nelu Mihai) [Docket No. 1229].**

---

[4]  The response by claimant Nelu Mihai appears to have been filed twice. An identical pleading appears at Docket No. 1211.
[5]  This pleading appears twice on the docket. An identical pleading appears at Docket No. 1224.
[6]  This pleading appears twice on the docket. An identical pleading appears at Docket No. 1223.

**Status**:   This matter is going forward as an initial status conference pursuant to Local Rule 3007-1.

Dated:  August 14, 2023.                    Respectfully submitted,

/s/ *Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            crgibbs@mwe.com

– *and* –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:     (651) 289-3846
Facsimile:      (651) 406-9676
E-mail:           kcasteel@askllp.com
                      jchristian@askllp.com
                      nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

I certify that on August 14, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on August 14, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following party:

Nelu Mihai
nelumihai@icloud.com

*/s/ Charles R. Gibbs*
Charles R. Gibbs