IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), *et al.* | : | Case No. 23-90273 (MI) |
| | : | |
| | : | (Jointly Administered) |
| | : | **Re: Docket No. 1130** |
| Debtors. | x | |

---

**CERTIFICATE OF COUNSEL REGARDING SECOND INTERIM AND FINAL FEE APPLICATION OF PORTAGE POINT PARTNERS, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM SEPTEMBER 22, 2022 TO MARCH 31, 2023**

1. On May 15, 2023, Portage Point Partners, LLC ("PPP") filed its *Second Interim and Final Fee Application of Portage Point Partners, LLC for Compensation for Services and Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors in Possession, for the Period from September 22, 2022 to March 31, 2023* [Docket No. 1130] (the "Application").

2. The deadline for parties to file an objection to the relief requested in the Motion was June 5, 2023. No objections were filed.

3. On June 12, 2023, the Court entered an Order to Supplement [Docket No. 1173]. A supplement was filed on June 29, 2023 [Docket No. 1184]. The Court conducted a hearing on the Application on August 9, 2023. The Court required PPP to determine the costs and fees incurred by the estate related to the erroneous declaration associated with the Bootstrap objection to claim.

4. PPP consulted with James Grogan, counsel for the Debtors, and Charles Gibbs, counsel for the Unsecured Creditors Committee. Counsel for the Debtors certified in writing to

PPP that their fees and costs associated with the incorrect Bootstrap Declaration totaled $19,641.05. Counsel for the Unsecured creditors Committee certified in writing to PPP that their fees and costs associated with the incorrect Bootstrap Declaration totaled $15,210.00. Through discussions with former counsel to the unsecured creditors committee, PPP determined their estimated fees were $10,000. Thus, the total costs to the estate were $44,851.05. PPP does not seek compensation or reimbursement for any fees or costs associated with the incorrect Bootstrap Declaration.

     5.    The attached proposed order reduces the approved compensation to PPP by $44,851.05. The request that the Court enter the attached proposed order at the earliest convenience of the Court.

Signed: September 6, 2023    Respectfully Submitted,

/s/ Elizabeth C. Freeman
s/ Elizabeth C. Freeman
**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 24009222)
PO Box 61209
Houston, TX 77208-1209
Telephone: (832) 779-3580
Email: liz@lizfreemanlaw.com

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: mcavenaugh@jw.com

*Counsel for Portage Point Partners, LLC.*

5

**Certificate of Service**

    I certify that on September 6, 2023, this Certificate of Counsel was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.  Further, this Certificate of Counsel was circulated and approved as to form prior to filing by James Grogan, counsel for the Debtors at jamesgrogan@paulhastings.com and Charles Gibbs, counsel for the Unsecured Creditors Committee at crgibbs@mwe.com.

                                                                       */s/ Elizabeth C. Freeman*
                                                                       Elizabeth C. Freeman