IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC.<br>(f/k/a Compute North Holdings, Inc.), *et al.* | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-90273 (MI) <br> ) <br> ) <br> ) (Jointly Administered) <br> ) |

**FINAL ORDER ALLOWING COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(DOCKET NO. 1130)**

The Court considered the *Second Interim and Final Fee Application of Portage Point Partners, LLC for Compensation for Services and Reimbursement of Expenses as Financial Advisor for the Debtors and Debtors in Possession, for the Period from September 22, 2022 to March 31, 2023* (the "Application") filed by Portage Point Partners, LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed final compensation and reimbursement of expenses in the amount of $~~2,865,202.44~~2,781,608.95 in fees and $38,742.44 in expenses for the period set forth in the Application on a final basis.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Plan Administrator is authorized to disburse any unpaid amounts allowed by paragraph 1 or 2 of this Order.

Dated: _____.

                                                                                       MARVIN ISGUR
                                                                                      UNITED STATES BANKRUPTCY JUDGE

~~37405461v.1~~37405461v.2