IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> MINING PROJECT WIND DOWN § <br> HOLDINGS, INC. (f/k/a Compute North § <br> Holdings, Inc.), ET AL § <br> § <br> Debtors § | CHAPTER 11 <br><br> Case No. 22-90273 (MI) <br><br> (Jointly Administered) |

## CREDITOR BOBS LIMITED'S WITNESS AND EXHIBIT LIST

Bobs Limited ("Bobs" or "Creditor") files this witness and exhibit list (the "Witness and Exhibit List") for the Hearing on Debtor's Objection to Claim of Bobs Limited scheduled for September 11, 2023 at 1:30 p.m. (prevailing Central Time) (the "Hearing"):

### WITNESSES

Bobs may call any of the following witnesses at the Hearing:

1. Matthew Merchant

2. Any witness designated by another party; and

3. Any witness needed for rebuttal.

### EXHIBITS

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | 2/19/2021 - Contract | | | | |
| 2. | 3/3/2021 - Email from Matthew Merchant to Ro Shirole | | | | |
| 3. | 3/21/2021 - Email from Ty at Compute North | | | | |
| 4. | 3/24/2021 - Email from Ro Shirole to Ty acknowledging 80% payment | | | | |
| 5. | 4/11/2021 - Email from Compute North that 20% is due | | | | |

| No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 6. | 4/12/2021 - Email from Matthew Merchant to Ro Shirole regarding delivery June 13th | | | | |
| 7. | 5/20/2021 - Email Acknowledgement that 20% is paid | | | | |
| 8. | 6/22/2021 - Email Compute North to Matthew Merchant $193,500.00 paid | | | | |
| 9. | 9/1/2023 - Email Tyler paid | | | | |
| 10. | 9/2/2023 - Email Cooling Invoice | | | | |
| 11. | 2/2021 to 11/2021 - Correspondence between Matthew Merchant and Ro Shirole | | | | |
| 12. | 4/1/2022 - Email Matthew Merchant to Toth and 1/5/2022 - Email Matthew Merchant to Toth | | | | |
| 13. | Lost Profits Calculation | | | | |

Bobs reserves the right to supplement or amend this Witness and Exhibit List according to the Federal Rules of Civil Procedure.

Respectfully submitted,

HOOVER SLOVACEK, LLP

By: /s/ Steven A. Leyh
Steven A. Leyh
State Bar No. 12318300
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
Email: leyh@hooverslovacek.com

**ATTORNEY FOR CREDITOR,
BOBS LIMITED**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record by e-service on September 7, 2023.

_____
Steven A. Leyh