**From:** Matthew Merchant <matthew@get.love>
**Date:** Wednesday, 3 March 2021 at 07:13
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Cc:** Adam Horne <adam@digitalgroup.im>
**Subject:** FW: Compute North account past due

Dear Ro,

I am not sure what this email is about but believe it is inaccurate.

We paid the (going by memory) $1,032,000 or whatever was required to be paid, we paid in full.  You got $700,000 from Merchant Law and the balance from my account in the UK in the name MVR Mertsant  (sent in three payments you may recollect).

That was all we were invoiced and all we owed at this time. This was 80% with the remaining 20% upon delivery.

Please confirm. And please correct your records also. We look forward to working together.

Many thanks and best regards,
Matthew Merchant
Director
Bobs Limited


**From:** Ty M <merchantmining2020@gmail.com>
**Date:** Tuesday, 2 March 2021 at 11:48
**To:** Matthew Merchant <matthew@get.love>, Ro Shirole <ro.shirole@computenorth.com>, "ar@computenorth.com" <ar@computenorth.com>
**Subject:** Fwd: Compute North account past due

Ro,

Can these emails go to Matthew moving forward. And it's to the best of our knowledge that all miners were paid for last week on Monday.  Nor sure why we are getting these messages.

---------- Forwarded message ----------
From: **Compute North** <ar@computenorth.com>

1

**EXHIBIT 2**

Date: Tuesday, 2 March 2021
Subject: Compute North account past due
To: Matt Merchant <merchantmining2020@gmail.com>



Hello Matt Merchant,

Please note that your account balance for the amount of $1,305,480.00, is currently 10 days past due. We have reached out to you for payment but unfortunately have not heard back from you regarding this matter.

It is imperative that payment is made or your equipment is set to be suspended 5 days from today.

You may remit payment via the portal at http://portal.computenorth.com using a credit card, wire transfer, certified check, or via BTC/BCH/ETH/LTC. Furthermore, you can use any of the following payment methods:

Wire Transfer:
Bank Name: BMO Harris Bank NA
ABA: 071000288
Beneficiary: Compute North LLC
Account Number: 2082931
SWIFT Code: HATRUS44

Certified Check
USPS, UPS, or FedEx to:
Compute North, LLC
Attn: Accounts Receivable
7575 Corporate Way
Eden Prairie, MN 55344

Cryptocurrency Payments:

https://www.computenorth.com/pay-crypto/

Please note that Crypto payments are converted to USD using the Crypto price at the time of payment. You can contact us at 952-279-0588 for the Crypto payment amount.

If you have any questions, please contact myself at accounting@computenorth.com or at (952) 279-0588 as soon as possible to avoid service interruption.

Thank you for your business and we are hopeful we can resolve this matter quickly.

Sincerely,

Compute North Accounting

--

**EXHIBIT 2**

**Compute North**
computenorth.com
support@computenoth.com
+1 952.279.0550

**EXHIBIT 2**