**From:** Ro Shirole <ro.shirole@computenorth.com>
**Date:** Wednesday, 24 March 2021 at 09:32
**To:** Ty M <merchantmining2020@gmail.com>, Compute North AR <ar@computenorth.com>, Matthew Merchant <matthew@get.love>
**Subject:** RE: Bobs limited invoice

Hello Ty! The remaining 20% will be due 60 days prior to shipment. You should see an invoice coming your way soon. Thank you!


**Ro Shirole**

VP of Strategy and Corporate Development

**Compute North** – *Get Mining.*

(W) www.computenorth.com

(E) ro.shirole@computenorth.com

(O) 952.279.0587

(C) 612.709.7676


Sent by Ro on the Go


-------- Original message --------
From: Ty M <merchantmining2020@gmail.com>
Date: 3/24/21 9:16 AM (GMT-06:00)
To: Ro Shirole <ro.shirole@computenorth.com>, Compute North AR <ar@computenorth.com>, Matthew Merchant <matthew@get.love>
Subject: Bobs limited invoice

We have asked a few times now but when is the remaining 20% of our bill for Minerva miners due?

**EXHIBIT 4**

Account is for Bobs Limited

Thanks

**EXHIBIT 4**