**From:** Compute North <ar@computenorth.com>
**Date:** Sunday, 11 April 2021 at 09:01
**To:** Matthew Merchant <matthew@get.love>
**Subject:** Compute North account past due



Hello Matthew Merchant,

Please note that your account balance for the amount of $258,000.00, is currently 10 days past due. We have reached out to you for payment but unfortunately have not heard back from you regarding this matter.

It is imperative that payment is made or your equipment is set to be suspended 5 days from today.

You may remit payment via the portal at http://portal.computenorth.com using a credit card, wire transfer, certified check, or via BTC/BCH/ETH/LTC. Furthermore, you can use any of the following payment methods:

Wire Transfer:
Bank Name: BMO Harris Bank NA
ABA: 071000288
Beneficiary: Compute North LLC
Account Number: 2082931
SWIFT Code: HATRUS44

Certified Check
USPS, UPS, or FedEx to:
Compute North, LLC
Attn: Accounts Receivable
7575 Corporate Way
Eden Prairie, MN 55344

Cryptocurrency Payments:

https://www.computenorth.com/pay-crypto/

Please note that Crypto payments are converted to USD using the Crypto price at the time of payment. You can contact us at 952-279-0588 for the Crypto payment amount.

**EXHIBIT 5**

If you have any questions, please contact myself at accounting@computenorth.com or at (952) 279-0588 as soon as possible to avoid service interruption.

Thank you for your business and we are hopeful we can resolve this matter quickly.

Sincerely,

Compute North Accounting
--



**Compute North**
computenorth.com
support@computenoth.com
+1 952.279.0550

**EXHIBIT 5**