**From:** Matthew Merchant <matthew@get.love>
**Date:** Monday, 12 April 2021 at 06:48
**To:** ar@computenorth.com <ar@computenorth.com>, Ro Shirole <ro.shirole@computenorth.com>
**Cc:** Ty M <merchantmining2020@gmail.com>, Adam Horne <adam@digitalgroup.co.uk>
**Subject:** Re: Compute North account past due

Dear Ro,

1. I didn't get any reminders 10 days ago or at all. In fact I have been asking about it. I have been asking when is the delivery date so that I can time it to 60 days. I was under the impression the delivery was last week of June or beginning July.
2. We were supposed to pay 60 days before delivery, it was never indicated to me that delivery would be by June 13th. Is the delivery early? I got the impression from you it was going to be late if anything. You just told me they don't have the chips yet.
3. I am pleased if delivery is actually June 13th but am surprised. Tell me the date of the delivery and we will pay 60 days in advance of the delivery, but I am happy about the reminder if this conveniently affords me an opportunity to ask once again for clarification on the delivery date.

Please confirm. Many thanks.

Best regards,
Matthew Merchant

**From:** Compute North <ar@computenorth.com>
**Reply to:** "ar@computenorth.com" <ar@computenorth.com>
**Date:** Sunday, 11 April 2021 at 09:01
**To:** Matthew Merchant <matthew@get.love>
**Subject:** Compute North account past due



Hello Matthew Merchant,

Please note that your account balance for the amount of $258,000.00, is currently 10 days past due. We have reached out to you for payment but unfortunately have not heard back from you regarding this matter.

1

**EXHIBIT 6**

It is imperative that payment is made or your equipment is set to be suspended 5 days from today.

You may remit payment via the portal at http://portal.computenorth.com using a credit card, wire transfer, certified check, or via BTC/BCH/ETH/LTC. Furthermore, you can use any of the following payment methods:

Wire Transfer:
Bank Name: BMO Harris Bank NA
ABA: 071000288
Beneficiary: Compute North LLC
Account Number: 2082931
SWIFT Code: HATRUS44

Certified Check
USPS, UPS, or FedEx to:
Compute North, LLC
Attn: Accounts Receivable
7575 Corporate Way
Eden Prairie, MN 55344

Cryptocurrency Payments:

https://www.computenorth.com/pay-crypto/

Please note that Crypto payments are converted to USD using the Crypto price at the time of payment. You can contact us at 952-279-0588 for the Crypto payment amount.

If you have any questions, please contact myself at accounting@computenorth.com or at (952) 279-0588 as soon as possible to avoid service interruption.

Thank you for your business and we are hopeful we can resolve this matter quickly.

Sincerely,

Compute North Accounting
--


**Compute North**
computenorth.com
support@computenoth.com
+1 952.279.0550

**EXHIBIT 6**