**From:** Compute North <ar@computenorth.com>
**Date:** Thursday, 20 May 2021 at 11:14
**To:** Matthew Merchant <matthew@get.love>
**Subject:** Payment to Compute North successfully processed.



Hello Matthew Merchant,

A payment for $257,985.00 has been applied to your account. Thank you for your payment!
--

**Compute North**
computenorth.com
support@computenorth.com
+1 952.279.0550

1

**EXHIBIT 7**