Important payment confirmation for $193,500.00.

**From:** Compute North <ar@computenorth.com>
**Date:** Tuesday, 22 June 2021 at 15:05
**To:** Matthew Merchant <matthew@get.love>
**Subject:** Payment to Compute North successfully processed.



Hello Matthew Merchant,

A payment for $193,500.00 has been applied to your account. Thank you for your payment!
--


**Compute North**
computenorth.com
support@computenorth.com
+1 952.279.0550

**EXHIBIT 8**

From date: 05/01/2020

To date: 04/02/2023

Containing the words (optional): compute

Search    Advanced search

| Date | Description | Money In | Money Out | Balance |
|---|---|---|---|---|
| Tue, 24 Aug 21 | CHARGES*417960*COMPUTE | | USD -25.95 | USD 0.00 |
| Tue, 24 Aug 21 | COMPUTE NORTH LL *4179 | | USD -64,500.00 | USD 0.00 |
| Wed, 24 Feb 21 | COMPUTE NORTH LL *5187 | | USD -72,900.00 | USD 0.00 |
| Wed, 24 Feb 21 | CHARGES*518707*COMPUTE | | USD -21.29 | USD 0.00 |
| Tue, 23 Feb 21 | COMPUTE NORTH LL *5138 | | USD -135,000.00 | USD 0.00 |
| Tue, 23 Feb 21 | COMPUTE NORTH LL *4865 | | USD -124,100.00 | USD 0.00 |
| Tue, 23 Feb 21 | CHARGES*486525*COMPUTE | | USD -26.75 | USD 0.00 |
| Tue, 23 Feb 21 | CHARGES*513891*COMPUTE | | USD -21.12 | USD 0.00 |

Help with a transaction    Export All    Download All PDF    Print All

EXHIBIT 8