# Steven Leyh

| | |
|---|---|
| **From:** | Matthew Merchant <merchantmatthew@hotmail.com> |
| **Sent:** | Friday, September 1, 2023 9:29 PM |
| **To:** | Steven Leyh |
| **Cc:** | Tony Merchant; Dr. Francois Wessels |
| **Subject:** | Commissions paid to Tyler Young |
| **Attachments:** | 1tyler young commissions paid.pdf |

Caution! This message was sent from outside your organization.   Allow sender | Block sender

The commission paid to Tyler Young for his brokering the Compute North Minerva miners sale totaled $186,821.23 USD. Records of payments are attached.

**EXHIBIT 9**

Paid Tyler Young.    Doc 35
                     Dated June 2021

USD.            24,852.90

                11,919.45

                 5,588.64

               113,898.74

                30,611.50
               _____

USD.           186,821.23

EXHIBIT 9



## Withdrawal Request Submitted

| | |
|---|---|
| Amount | 30611.5 USDT |
| Withdrawal address | bnb136ns6lfw4zs5hg4n85vdthaad7hq5m4gtkgf23 |
| | Save address |
| MEMO | 106636142 |

View Withdrawal History

After you receive the withdraw successful SMS or email from Binance, it means that the crypto has been transferred out from Binance. Please consult the receiving exchange or wallet for the specific time of receipt.

**EXHIBIT 9**

Awe some. It's gonna be a good day I can feel it and hmmm. Give me 5 minutes here to think on sending
May 19 4:37pm

Ah wire is good to Cierras account if that's fine with you. If it's a pain you can send usdt to crypto wallet
May 19 4:50pm

> Go gle  ꞏꞏꞏꞏꞏꞏꞏ
>
> ꞏꞏꞏ 35000 cad to usd
>
> 24,852.90 United
> States Dollar

> so send this ok?
> May 19 4:53pm

Perfect
May 19 4:54pm

> you will lose something on conversion tho
> May 19 4:53pm

That's ok. I get it. Damn banks LOL
May 19 4:54pm

**EXHIBIT 9**



15000 cad to usd

All    Images    News    Videos    Shopping    : More    Tools

About 13,200,000 results (0.56 seconds)

15,000 Canadian Dollar equals

# 11,919.45 United States Dollar

Jul 26, 08:10 UTC · Disclaimer

| 15000 | Canadian Dollar ▾ |
| 11919.45 | United States Dollar ▾ |

1D  5D  1M  1Y  5Y  Max

Data provided by Morningstar for Currency and Coinbase for Cryptocurrency

**EXHIBIT 9**



wrong

15 k!

Well we're going to have to start making you some monies
May 5 8:07pm

And thanks that's awesome
May 5 8:08pm

15K CAD
= 11,919.45 USD

**EXHIBIT 9**



Should have been 15K but I made a mistake so overpaid 3K CAD!

You sent me 6 etransfer now of $2000 and 1 etransfer of $3000 out of your personal. So $1500. So owe $33,799. Think that's right?
May 3 7:10pm

I sent you
84,500
58,500
-------
143,350 CAD
Apr 21 7:50am

190,149
- 143,350
----------
Apr 21 7:50am

46,799
Apr 21 7:50am

left to pay
May 3 7:04pm

I believe you should have got 12K more
May 3 7:04pm

so
46,799
-12,000
--------
36,799 CAD
May 3 7:04pm

still to pay
May 3 7:05pm

**EXHIBIT 9**

## Chequing

| Date | Transaction | Name | Memo | Amount |
|---|---|---|---|---|
| 12/31/2020 | OTHER | Interest Paid | | 0.14 |
| 1/31/2021 | OTHER | Interest Paid | | 0.14 |
| 2/28/2021 | OTHER | Interest Paid | | 0.13 |
| 3/31/2021 | OTHER | Interest Paid | | 0.14 |
| 4/9/2021 | OTHER | INTERAC e-Transfer To: Love Webs | Transferred | -3000 |
| 4/15/2021 | OTHER | INTERAC e-Transfer To: Love Webs | Transferred | -3000 |
| 4/20/2021 | OTHER | INTERAC e-Transfer To: Love Webs | Transferred | -3000 |
| 4/21/2021 | OTHER | INTERAC e-Transfer To: Love Webs | Transferred | -300 |
| 4/22/2021 | OTHER | INTERAC e-Transfer To: Love Webs | Transferred | -3000 |
| 4/23/2021 | OTHER | INTERAC e-Transfer To: Tyler You | Transferred | -3000 |
| 4/28/2021 | OTHER | INTERAC e-Transfer To: Light Hou | Transferred | -47.25 |
| 4/30/2021 | OTHER | Interest Paid | | 0.08 |
| 5/31/2021 | OTHER | Interest Paid | | 0.01 |
| 6/30/2021 | OTHER | Interest Paid | | 0.01 |

TOTAL 15K CAD

**EXHIBIT 9**

143350 cad to usd

All   Maps   News   Images   Videos   : More                                    Tools

About 95,500 results (0.44 seconds)

143,350 Canadian Dollar equals

# 113,898.74 United States Dollar

Jul 26, 08:12 UTC · Disclaimer

| 143350 | Canadian Dollar ▼ |
| 113898.74 | United States Dollar ▼ |



Data provided by Morningstar for Currency and Coinbase for Cryptocurrency

**EXHIBIT 9**

| | Date | Description | | Amount | Balance |
|---|---|---|---|---|---|
| > | Tue, 16 Mar 21 | DAM *5880 | | CAD -90,000.00 | CAD 17,402.89 |
| > | Tue, 16 Mar 21 | CHARGES*588086*Signatu | | CAD -25.91 | CAD 107,402.89 |
| > | Mon, 15 Mar 21 | SwissBorg Soluti *4869 | | CAD -10,000.00 | CAD 107,428.80 |
| > | Mon, 15 Mar 21 | CHARGES*486926*SwissBo | | CAD -26.29 | CAD 117,428.80 |
| > | Mon, 1 Mar 21 | Tyler Young *7633 | | (CAD -84,850.00) | CAD 117,455.09 |
| > | Fri, 26 Feb 21 | MERCHANT LAW GRO *6427 | CAD 201,983.82 | | CAD 202,305.09 |
| > | Mon, 22 Feb 21 | MERTSANT MVR *4864 | | CAD -266,000.00 | CAD 321.27 |
| > | Mon, 22 Feb 21 | Tyler Young *6276 | | [CAD -58,500.00] | CAD 266,321.27 |
| > | Mon, 22 Feb 21 | CHARGES*627646*Cierra | | CAD -26.51 | CAD 324,821.27 |

143,350 CAD
= 113,898.74 USD

**EXHIBIT 9**



# Withdrawal Request Submitted

| | |
|---|---|
| Amount | 5538.64 USDT |
| Withdrawal address | 0x556FEACb41068F77992c CD8230E7F6527A1ae183 |

Save address

View Withdrawal History

After you receive the withdraw successful SMS or email from Binance, it means that the crypto has been transferred out from Binance. Please consult the receiving exchange or wallet for the specific time of receipt.

**EXHIBIT 9**



**EXHIBIT 9**