## Steven Leyh

| | |
|---|---|
| From: | matthew@bobs.im |
| Sent: | Saturday, September 2, 2023 1:21 AM |
| To: | Steven Leyh |
| Cc: | Tony Merchant; Dr. Francois Wessels |
| Subject: | $641,025 USD paid to True North to build Liquid Cooling infrastructure for Minerva Mining/Hosting |
| Attachments: | Amended- Final Billing to Tara International - 2MW Liquid Cooled Data Centre.eml |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Mr. Leyh—

I attach the evidence showing that we have paid to True North $641,025 USD to build Liquid Cooling infrastructure for Minerva Mining/Hosting. This is as a result of Compute North selling us the Minerva miners and is included in Bobs' claim against Compute North.

Regards,
Matthew

1

**EXHIBIT 10**

**True North Data Solutions Ltd.**
4221 23B Street NE
Calgary, AB  T2E 7V9
finance@truenorthds.com



**Invoice**

**Bill To: Matthew Merchant**
Tara International Enterprises Ltd.
OMC Chambers, Wickams Cay
1 Road Town
Tortolla VI  2062853

| Invoice | PF-120822 |
| Date | 8-Dec-22 |

| Description | Amount USD |
|---|---|
| Total Materials | 694,929.64 |
| Professional Services | 31,569.60 |
| Technical Services - Miner Prep<br>    193 S19s and 6 S17+s | 9,452.50 |
| Technical Services - Construction & Commissioning | 99,082.26 |
| Transportation & Logistics | 22,180.45 |

As per 2MW Liquid Cooled Data Centre Cost Estimate executed Nov 12, 2021
Document No. 10516-S-F-Q-0001

| | |
|---|---|
| Sub-Total: | 857,214.44 |
| GST @ 5%: | 42,860.72 |
| Total: | 900,075.17 |
| Deposits Received: | (641,025.00) |
| **Balance Outstanding (USD):** | **259,050.17** |

**EXHIBIT 10**