**Steven Leyh**

| | |
|---|---|
| **From:** | matthew@bobs.im |
| **Sent:** | Friday, September 1, 2023 4:52 AM |
| **To:** | Steven Leyh |
| **Cc:** | Tony Merchant; Dr. Francois Wessels |
| **Subject:** | Ro Shirole Whatsapp |
| **Attachments:** | Ro Shirole Whatsapp.zip; Attachments in Ro Shirole Whatsapps.zip |

Caution! This message was sent from outside your organization.

Allow sender | Block sender

These are quite important as Ro Shirole was my only point of contact with Compute North.

**EXHIBIT 11**



20 February 2021

🔒 Messages and calls are en... to-end encrypted. No one outside of t... chat, not even WhatsApp, can read or list... to them. Tap to learn more.

Ro this is my whatsapp. Matthew merchant. 1:41 pm

My father has only whatsapp not signal 1:41 pm

So I propose we would do the sunday 10am est call on this channel thanks 1:41 pm

WhatsApp works. I can also send out a MS Teams link, which has a little better reliability. Would that work just as well for you and your father? ...1 pm

My father will have difficulty. If we can keep it on whatsapp would be ideal if that's ok 1:45 pm

Deal is still safe i hope? 1:46 pm

Yes, I was able to buy a little bit of time since it was part of a larger order. We just need to make sure we get it in early Monday, which sounds like it won't be a problem.

 Message



**EXHIBIT 11**

2



**Ro Shirole**

Yes, I was able to buy a little bit of time since it was part of a larger order. We just need to make sure we get it in early Monday, which sounds like it won't be a problem. Thanks for your efforts yesterday! These hardware purchases always go quickly.                    :0 pm

Super :) 5:08 pm ✓✓

speak to you tomorrow mate thanks!
5:09 pm ✓✓

21 February 2021

 Missed voice call at 5:   pm

Just tried to call you here. Try me back when you can. Thank you!
2 pm

Hi sorry 5:06 pm ✓✓

2 minutes 5:06 pm ✓✓

No problem! 5:06 pm

Still on my other call. Can we push to 1pm CT?
4 pm

Yes sure 7:49 pm ⌄

🙂  | Message                    

**EXHIBIT 11**



**Ro Shirole**

Yes sure  7:49 pm ✓✓

Itll only be a 5 minute call i think
7:50 pm ✓✓

Thanks!  7:50 pm ✓✓

No problem!  9:00 pm

Hey Matthew! Working on discount approvals on my end. The S19s are scheduled to ship in July, correct?
9:45 pm

Yes thats right  9:45 pm ✓✓

Great. And you still have the right to host them where you wish?  9:46 pm

Id have to check i think so tho
9:46 pm ✓✓

Ill still need to crunch some numbers with what you offered me btw just so there are no surprises later;)  9:47 pm ✓✓

Ok. Please confirm on your end and once you get back to me, I will see what I can do for all qty 500.  9:47 pm

Sounds good mate thanks  9:47 pm ⌄


Message



**EXHIBIT 11**

4



## Ro Shirole

Sounds good mate thanks   9:47 pm ✓✓

Sure no problem.   9:48 p...

22 February 2021



2:14 pm ✓✓

Good morning Ro   :14 pm ✓✓

the invoice has two different
account numbers   :14 pm ✓✓

which one is it?   :14 pm ✓✓

my bank in UK had held the
payment for some confirmations

:15 pm  ⌄

 Message



**EXHIBIT 11**



**Ro Shirole**

i called them to confirm and when i looked i see two different benficiary account numbers
*2:15 pm*

so i thought best to confirm wiht you first
*2:15 pm*

this will be an international wire from outside the USA
*2:16 pm*

please be aware i have about 2 hours max to get the UK cutoffs
*2:18 pm*

we are sending 332K from UK and 700K from canada today
*2:18 pm*

but i do need to konw the right account number first please :))
*2:18 pm*

thanks *2:18 pm*

2082881 *2:19 pm*

ok thanks *2:19 pm*

will complete now *2:20 pm*

morning :) *2:20 pm*

Thank you for checking! I think both will work, but I know we use the first one for wires regularly.
*20 pm*



**EXHIBIT 11**

← Ro Shirole 🎥 📞 ⋮

73% 🔋 11:45

Thank you for checking! I think both will work, but I know we use the first one for wires regularly. *2:20 pm*

Good morning! *2:20 pm*

hey do you accept usdt *2:34 pm* ✓✓

? *2:34 pm* ✓✓

just curious *2:35 pm* ✓✓

We accept BTC and Litecoin so far. *:36 pm*

Hi Ro, just to update our ppl in Canada are at the bank *6:54 pm* ✓✓

i should be able to provide teh confirmation document in 30 minutes or so *5:54 pm* ✓✓

Thank you! *7:37 pm*

Hello Matthew! Do you have an update on the wire? *8:32 pm*



DOC022221.pdf

😊 Message 📷 🎤

**EXHIBIT 11**

7



**Ro Shirole**

A1

DOC022221.pdf
1 page · 36 kB

8:32 pm ✓✓

Just got it  8:32 pm ✓✓

The rest is coming from uk  8:33 pm ✓✓

Here is the 700k  8:33 pm ✓✓

Ok. Was the UK payment already sent as well? Our wire cutoff is in 3hrs.
8:51 pm


0:59                    9:02 pm ✓✓

Ok thanks! If the other payment doesn't come through today, we will likely need to adjust the order quantity. We'll give it another hour or so and take it from there!
9:42 pm



 Message

**EXHIBIT 11**

8

**Ro Shirole**

A3

Mr Mertsant

Barclays Current Account                    £2,700.23

MERTSANT MVR                    USD 332,545.06

MERTSANT MVR                    CAD 321.29

11:10 pm ✓✓

0:47                    11 pm ✓✓

23 February 202

Got it. Trying to buy some time...

⊘ You deleted is message
                    1 36 pm

⊘ You deleted is message
                    1 36 pm

A4



☺  Message                              ⬤  🎤

**EXHIBIT 11**



9

A⁴

You deleted this message

1:58 pm

You deleted this message

2:15 pm

You deleted this message

2:15 pm

You deleted this message

2:16 pm

You deleted this message

2:16 pm

You deleted this message

2:17 pm

Good morning Ro,On our side we have made a mess of it. Or more accurately my bank has. My British bank did not send the funds as intended. They explained some rule unknown to me.

I had arranged with the plan to send the balance of the funds from Canada this morning.

But early this morning, given the time difference to Britain, I

Message





**EXHIBIT 11**



10

Good morning Ro, On our side we have made a mess of it. Or more accurately my bank has. My British bank did not send the funds as intended. They explained some rule unknown to me.

I had arranged with the plan to send the balance of the funds from Canada this morning.

But early this morning, given the time difference to Britain, I discovered my bank had sent $124,100. I have to go back to the plan of the British bank. $124,100 was sent this morning $135,000 will be sent today they said. $72,900 will be sent on tomorrow. This bank has a stupid rule related to conversion into dollars so there is a maximum per day I just found out.

I apologize for all of this. We will do it properly on our next purchase.

Do you have any buying opportunities, or sellers, g... Read more                    4:25 pm ✓✓

24 February 2021

Ok. Keep me posted.   1:52





**EXHIBIT 11**



11

Ok. Keep me posted.   1:52

> Morning Ro,
>
> Here is the final payment receipt I think you should have it in your account today. This bank is driving me nuts. It was a new account I had not used for international wires before. But we got there in the end. Do let me know if there are ever opportunities you think we might be interested in.
>
> Thanks and all the best,
> Matthew
>
> 2:25 pm ✓✓



A5

**BARCLAYS**

Payment instruction received

**PDF** Payment Reciept (4).pdf
2 pages · 7.0 k · PDF

2:26 pm ✓✓

A6

2:27 pm

sorry again that it was sent like


Message



**EXHIBIT 11**



**Ro Shirole**

72% 🔋 11:46

12

sorry again that it was sent like this... so again there were three payments necessary due to their maximum limits
2:28 pm ✓✓

1. 124,100  2:28 pm ✓✓

2. 135,000  2:28 pm ✓✓

3. 72,900  2:28 pm ✓✓

and then the 700K from the Canadian Bank (sender Merchant Law Group LLP)
2:28 pm ✓✓

4 March 2021

Hi Ro, How are you?  9:42 pm ✓✓

Just wanted to follow up about the emails I got earlier this week
9:42 pm ✓✓

I emailed you to confirm that we have paid all we were required to pay (at 80%)
9:43 pm ✓✓

at least as far as we understood
9:43 pm ✓✓

i am assuming it was a system email or something automatically sent out
9:43 pm ✓✓

we are all  good right? or at least we

 Message   

**EXHIBIT 11**



*13*

**Ro Shirole**

we are all  good right? or at least we
ought to be :)
9:43 pm ✓✓

please confirm thanks :)) 9:43 pm ✓✓

7 March 2021

Hello Matthew! Sorry for the delay,
but yes you are all set! Indeed it was
an auto-generated system email.
2:34 am

Thought so cheers! 5:20 pm ✓✓

Cheers! We should firm up the
hosting portion this week. Capacity
is starting to get scarce in North
America and causing alot of miners
to be on the sidelines.
5:40 pm


0:55                        6:16 pm ✓✓

Agreed. Let's at least lock down the
capacity for the incoming miners.
We want to make sure we have
space reserved. Installs are starting
to get booked out into August.
11:36 pm

8 March 2021

☺ Message





**EXHIBIT 11**

14

← Ro Shirole 📹 📞 ⋮

8 March 2021

Ok sure 5:00 pm ✓✓

8 April 2021

Good morning Ro,
I really need a specifications sheet
for the Minerva miners we have on
order through you. I think Ty may
have asked but you can please send
them to me directly. It is urgent as
we need to come to terms with the
hosting arrangements. Many thanks
and best regards,
Matthew 4:35 pm ✓✓

Something like this would be ideal:
4:35 pm ✓✓

https://shop.bitmain.com/product
/detail?pid=
0002021022419553039?kqcF32sc06
B9 4:35 pm ✓✓

9 April 2021

Good morning! I am working on this,
unfortunately I still don't have an
official spec sheet, but the second I
have one in my hands I will forward
it on. Thank you! 3:12 pm

≫

10 April 2021

 Message  

**EXHIBIT 11**



15

**10 April 2021**

I received an update that they are waiting until the first chips come out in a few weeks so they can get the official specs. As soon as they have those tested, they will send me the official spec sheet. Thank you for your patience!    1:26 am

**12 April 2021**

Hi Ro, I just emailed you. I think I got another system email, because it said it was a reminder but I never got any prior email about it.
                                    4:44 pm ✓✓

Can you please confirm the delivery date?    4:44 pm ✓✓

I wanted to ask also, are you happy to receive payment in USDC?
                                    4:44 pm ✓✓

We would prefer wires or ACH, but we can accept USDC.    6:43 pm

Your 300 Minervas are scheduled to arrive in June. I will have a better idea within the next few weeks once we receive our test units.    6:44 pm

≫

12 April 2021

  Message



**EXHIBIT 11**



*16*

13 April 2021

Hi Ro, Can you recommend me any where that they convert fiat at better rates? Like I have heard that you can change say CAD to USD for 0.4% or 0.6%... whereas we are paying about 1.5% with the bank. We are converting 900K CAD to USD this week. And we frequently change 1M CAD a few times a year so I just thought I would ask you in case you could steer me towards one of these "OTC desks" type things. Maybe you guys work with one?

5:03 pm

Let me check with our Finance department!

6:18 pm

fantastic Ro , much obliged

6:19 pm

16 April 2021

Hi Ro  10:09 pm

We are trying to send the wire today

10:09 pm

I cannot find the old wire details

10:09 pm

Can you send the details and can

Message

**EXHIBIT 11**

17



I cannot find the old wire details

10:09 pm ✓✓

Can you send the details and can you tell me the Bank name and address also

10:10 pm ✓✓

beneficiary etc. 10:10 pm ✓✓



**COMPUTE**NORTH

BMO Harris Bank Incoming ACH and Incoming Domestic Wire (within the US) instructions

Bank Name: BMO Harris Bank NA
Bank Routing Number: 071000288

Compute North Wire Instructions(1).pdf

1 page · 527 kB · PDF

10:11 pm

Here you go! Thank you! 10:11 pm

18 April 2021

Hi Ro, the remainder 20% funds were sent on Friday. Please confirm that you have received it. Thanks, Matthew

10:02 pm ✓✓

Will do. Thanks! 10:06 pm

It will probably show as Knightsbridge as the sender. $158K

10:07 pm ⌄

 Message



**EXHIBIT 11**



*18*

**Ro Shirole**

It will probably show as Knightsbridge as the sender. $158K

10:07 pm ✓✓

Thanks Ro! 10:07 pm ✓✓

Ok thank you! 10:15 pm

20 April 2021

Morning Ro. You got the funds right? Also, do we know more about the machines and the specs please mate?

2:51 pm ✓✓

how did the test machines turn out?

2:52 pm ✓✓

Hey Matthew! I have a message into finance regarding the wire company name. Will let you know shortly. We do not have the test machines yet. I have a call with the manufacturer on Friday this week for an update on the chip testing. The chip testing is what drives the spec sheet. As soon as I have details, I promise to send them to you.

3:29 pm

*A8* 

PNG **Picture 1.png**
101 kB · PNG

3:47 pm ⌄

☺ Message

  

**EXHIBIT 11**



19

 

Picture 1.png
101 kB · PNG

3:47 pm ✓✓

sounds good Ro thanks  3:47 pm ✓✓

here is the confirmation ^  3:47 pm ✓✓

Thank you!  3:48 pm

3 May 2021

Hi Ro,  6:17 pm ✓✓

Any news regarding the specs on those miners?  6:17 pm ✓✓

I would be much obliged mate thanks  6:17 pm ✓✓

Hey Matthew! I know they started testing the chips, but we do not have the specs yet. I have a call with them this Thursday to review the status. I will keep you posted the moment I have something definitive. Thank you!  6:20 pm

5 May 2021

Hello Matthew! I received an update this morning that the specs will be finalized in June. We will be

   

**EXHIBIT 11**



Ro Shirole

20

Hello Matthew! I received an update this morning that the specs will be finalized in June. We will be receiving our test units in late June as well, so it appears as though they are currently running about a month and a half behind schedule. I have a call with their CEO tomorrow and hope to have more details. Thank you for your patience!    5:10 pm

11 May 2021

A9



Hot off the press!    4:52 pm

Hi Ro, When is delivery expected?
4:53 pm ✓✓

Thanks a lot for sending this through also    4:54 pm ✓✓

We would of course like to host with you. I am not sure if the offer you made before is the final offer?
4:54 pm ⌄

 Message



**EXHIBIT 11**



21

We would of course like to host with you. I am not sure if the offer you made before is the final offer?
4:54 pm

We were depending on this revenue stream in July ... i guess delivery is postponed? You had indicated you would be speaking to their CEO etc. Any news here or update?
4:55 pm

Personally, I would expect to see a 4-6 week delay. They haven't officially notified us yet, but based upon their testing cycle and the test units not arriving yet, that is what I am thinking.
4:55 pm

Unfortunately their CEO had to reschedule last week.
4:56 pm

As of right now, our July and August installs are booked, but we may have some space opening up. I will keep you posted. Thank you!
4:57 pm

3 June 2021

Hello Matthew! Are you available by chance? I have an update on the Minerva miners and it is time sensitive.
7:34 pm

Yes im free

 Message



**EXHIBIT 11**



← Ro Shirole

Hello Matthew! Are you available by chance? I have an update on the Minerva miners and it is time sensitive.
7:34 pm

Yes im free 8:26 pm

Call me 8:26 pm

It is 826pm here where i am
8:26 pm

Call you in 5min? Just in an Uber.
8:27 pm

Yes sure 8:27 pm

Thanks 8:27 pm

Hi Ro, Ok well we will take the full refund. My father wanted me to say that this is ridiculous and you should tell Minerva you will never do business with them again.
8:55 pm

How soon can we expect the full refund?
8:55 pm

Hi Ro, Please confirm. Can you wire the money back tomorrow? I will need to send you the wire details. Thanks.
9:06 pm

Message

  

**EXHIBIT 11**



23

**Ro Shirole**

Hi Ro, Please confirm. Can you wire the money back tomorrow? I will need to send you the wire details. Thanks.
9:06 pm

Hello Matthew! Sounds good, I will let them know. I don't know the timing of the refund, but I am guessing it wouldn't be tomorrow.
9:29 pm

Hi Ro, It is funny that they want us to pay up within 24 hours but we do not get refunded within 24 hours. I am assuming in the next week at the latest? What should we expect? This sucks and it is not your fault obviously and thanks. Let me know ASAP about the refund timing please mate.
9:50 pm

Absolutely will do.
9:54 pm

4 June 2021

Hi Ro, I guess hold fire for a few hours. Tyler wants to talk to me and we will meet in an hour or so. Then I will confirm.
6:54 am

Thanks mate
6:54 am

Ok I et me know asan

Message



**EXHIBIT 11**

DBLN
24

← Ro Shirole

Ok. Let me know asap  7:01 am

Hi Ro, I guess we need a further chat. Please let me know when you are free. It is 3:30 pm here now so anytime in the next 5-6 hours will be fine.  3:27 pm ✓✓

thanks  3:27 pm ✓✓

Call you in 5min?  6:39 pm

COMPUTENORTH

Mar 1, 2021 - Mar 31, 2021

DUE  Mar 31, 2021

A 10

📄 PDF  Statement-Account7911-Invoice6574.pdf
2 pages · 47 kB · PDF

7:25 pm

A 11

COMPUTENORTH

Feb 18, 2021

Feb 19, 2021

📄 PDF  Statement-Account7911-Invoice6392.pdf
2 pages · 44 kB · PDF

7:25 pm

Looks like it was just the 4300
invoiced per miner and not

☺ Message

**EXHIBIT 11**



25



A11



COMPUTENORTH

Feb 18, 2021

Feb 19, 2021

 PDF

**Statement-Account7911-Inv oice6392.pdf**

2 pages · 44 kB · PDF

7:25 pm

Looks like it was just the 4300 invoiced per miner and not shipping/duties.

7:26 pm

8 June 2021

Hello Ro. We did not hear regarding the various points and confirmations requested. At all events we have decided we will simply take the refund. Enough is enough with this Minerva project. Please let me know how to quickly finalize the refund. Thanks.

2:48 pm ✓✓

9 June 2021

Hello Matthew, sorry I was with clients all day yesterday and traveling today. I can check into the possibility of a refund, but the deadline for that was technically Friday. Their deadline, not ours. Let

⌄

 Message







**EXHIBIT 11**

26



**Ro Shirole**

Hello Matthew, sorry I was with clients all day yesterday and traveling today. I can check into the possibility of a refund, but the deadline for that was technically Friday. Their deadline, not ours. Let me see what I can do. 3:50 am

Hi Ro. We are completely frustrated because we asked you four questions by email three or four days ago and received no response. I will resend the email. Please answer us. In particular we want assurance there are no break fees. And we wish to understand the entire cost landed . And can we ship to Canada and avoid USA import tax/duties. Etx. Please respond to those questions. Regards, Matthew

6:15 pm ✓✓

21 June 2021

  4:05

4.17 pm ✓✓

22 June 2021

Hi Ro, Did you get my message here from y'day? Please advise as to the three points. Thanks! 5:36 am

 Message   

**EXHIBIT 11**



Ro Shirole

Hi Ro, Did you get my message here from y'day? Please advise as to the three points. Thanks!  5:36 am

23 June 2021

Hello Matthew, I discussed with our GC and I will have a response to you within approximately 24hrs. Thank you!  3:21 pm

26 July 2021

Hi Ro. Is there a date known yet for the Minerva shipment? Thanks!

3:50 pm

They just started mass production last week, so barring any setbacks, I would assume shipping by the end of August if not sooner.  4:59 pm

28 July 2021

Hi Ro,  When I speak to ppl about the Minervas they get apprehensive having never heard of Minerva. Do you know if they are using some standard kind of chips / hardware? I thought they were but cannot find any notes on that . It might help me to explain what exactly they are when I talk to people. Any advice

 Message

  

**EXHIBIT 11**

Ro Shirole

28

Hi Ro, When I speak to ppl about the Minervas they get apprehensive having never heard of Minerva. Do you know if they are using some standard kind of chips / hardware? I thought they were but cannot find any notes on that . It might help me to explain what exactly they are when I talk to people. Any advice would be much appreciated as always my friend. Also I am operating under the assumption that Compute North cannot host them in September. Is that still a possibility?

9:15 pm

29 July 2021

They have their own designed chip which is fabricated by SMIC Foundry. They are a new miner to hit the market, so I'm not surprised more people have not heard about them.

4:36 pm

1 September 2021

Hi Ro.

Dave Movius wrote my father yesterday and indicated you are ready to give instructions that our machines be shipped to the Calgary

 Message

  

**EXHIBIT 11**



29

Hi Ro.

Dave Movius wrote my father yesterday and indicated you are ready to give instructions that our machines be shipped to the Calgary address. He wrote yesterday to my father "Ro will be reaching out to Matthew directly to coordinate the final logistics and payment for shipping". Can we please finalize this? You should have the address in Calgary but here it is again:

c/o Merchant Law
Suite 400— 2710 17th Ave SE
Calgary AB Canada
T2A 0P6

All the problems of double shipping and double tariff expense will arise if we do not get on this immediately. Have Minerva released them to you in China? What do you need from me to "coordinate the final logistics and payment for shipping"?

9:16 pm ✓✓

Hello Matthew! As soon as I get a ship date, we will have the shipping invoice ready for you. We will be shipping directly to you to avoid double fees





**EXHIBIT 11**



**Ro Shirole**

30

Hello Matthew! As soon as I get a ship date, we will have the shipping invoice ready for you. We will be shipping directly to you to avoid double fees.                    10:00 pm

3 September 2021

Matthew, I just received an update from Minerva that they are delayed further. We are likely looking at an October ship date but I will keep you posted with what I hear from the manufacturer. Again, as soon as we have clarity on shipping, we will promptly provide you a shipping invoice to ship to your CA location.

7:41 pm

Thanks for your patience. Unfortunately there isn't much we can do to expedite without the miners being ready to ship.        7:41 pm

19 September 2021

Hi Ro, Is there any update from Minerva on the shipping date? Thanks                    10:32 am ✓✓

20 September 2021

The last update was that they

 Message

  

**EXHIBIT 11**



The last update was that they should be shipping by the end of the month. I should have another update later this week.    6:50 pm

5 October 2021

Hi Ro, Any update here mate?

5:21 pm ✓✓

I should have a test unit in my hands within the next 7 days, which is good news. Between the China Ban and the power outages in China, it has wreaked havoc on Minerva specifically. They can't even test the miners in China due to the ban and the power outages have caused issues with logistics. All that being said, they are advising shipments starting within the next 3 weeks, but we don't know if that will stick or not. Hoping so!    5:35 pm

Hi Ro, thanks for update. We are looking at liquid cooling and I understand we should tell Minerva to send them ready for liquid cooling. Do you know if that is right?    7:56 pm ✓✓

As in how long to we have to advis ⌄ that , should we so decide?

 Message



**EXHIBIT 11**

**Ro Shirole**

32

cooling. Do you know if that is right?

7:56 pm ✓✓

As in how long to we have to advise that , should we so decide?

7:56 pm ✓✓

They do not support liquid cooling as far as I know, but I can check.

8:02 pm

it says on the specs they are

8:02 pm ✓✓

:) 8:02 pm ✓✓

Compatible, yes. That just means they use immersion ready paste and components but I don't think they actually ship them immersion ready (i.e. fan removal, chassis, etc).

8:06 pm

16 November 2021

Hello Matthew! Good news, Minerva has restarted production (although slowly) and we should start to see some miners trickling in over the coming weeks. Would you please confirm the shipping address you would like these sent? Thank you!

6:32 pm

 Message

  

**EXHIBIT 11**

 

BMO Harris Bank Incoming ACH and Incoming Domestic Wire (within the US) Instructions:

Bank Name:
Bank Routing Number:
Beneficiary Name:
Beneficiary Account Number:
Beneficiary Account Number:

BMO Harris Bank NA
**071000288**
Compute North LLC
2082881
2082931

**BMO Harris Bank Incoming Intern ...onal Wire (outside the ... ' Instructions:**

Bank Name:
Bank Swift Number:
Beneficiary Name:
Beneficiary Account Num. er
Beneficiary Account Numbu

BMO Harris Bank NA
**HATRUS44**
Compute North LLC
2082881
2082931

### Courier

BMO Harris Bank
ATTN: Bank By Mail
1200 E. Warrenville Road
Naperville, IL 60563

### First Class Mail:

BMO Harris Bank
ATTN: Bank By Mail

**EXHIBIT 11**

# Wire Payment Agreement

Thank you for choosing TD to complete your wire payment. Before signing, please read the Agreement below to be sure you understand your rights, responsibilities, and risks in relation to the wire payment.

**Customer:**
MERCHANT LAW GROUP LLP

**Date:** February 22, 2021

**Wire Payment ID:** 210222B9594600

**Street Address:**
2401 SASKATCHEWAN DR

**Branch:** 07544

**Financial Transaction ID:** 0034650

**City:** REGINA

**Province/State:** SK

**Wire Payment Amount:** 700,000.00 (CAD)

**Country:** CANADA (CA)

**TD Service Fee:** 80.00 (CAD)

**Customer Account:** 7629 7332424

**Wire Recipient:**
COMPUTE NORTH LLC

**Wire Recipient's Financial Institution:**
BMO HARRIS BANK NA

**Street Address:**
7575 CORPORATE WAY

**Street Address:**
111 W MONROE ST, 2ND FLOOR

**City:** EDEN PRAIRIE

**Province/State:** MN

**City:** NAPERVILLE

**Country:**
UNITED STATES (US)

**Province/State:** IL

**Account#/IBAN:** 2081881

**Country:**
UNITED STATES (US)

**Customer Code:**

**Bank Code:** 041781544

**Intermediary Bank Account#:**

## Reviewing This Wire Payment Agreement

In this Agreement, you will find the following information:

- Section 1: Wire Payment Process
- Section 2: Wire Payment Fees
- Section 3: Returned, Held, or Rejected Payments
- Section 4: Legal Responsibilities
- Table 1: Wire Payment Fees Charged By TD's Correspondent Bank Relationships

## Section 1: Wire Payment Process

**1.1 What does your signature authorize?**

By signing this Agreement, you:
- Confirm that the information on page 1 is accurate and complete.
- Agree to the terms and conditions outlined in this Agreement.
- Agree to pay all fees related to the wire payment as outlined in this Agreement



Branch: 7544 REGINA HAMILTON
1904 HAMILTON ST
REGINA, SK

Date: Feb 22, 2021, 11:30 AM
Ref #: 0034645046 - ZGRO

From: 7629-52***29
Debit Memo Transfer
LAW GROUP
800,000.00

To: 7629-73***24
Credit Transfer
MLG LLP
631,462.63 US

Sell 631,462.63 USD (AFX Ref #210530008)
(800,000.00 CAD @ 1.266900)

From: 7629-73***24
Debit Memo
MLG LLP
700,000.00 US

To: Wire Payment

COMPUTE NORTH LLC

Payment ID
210222B9594600
700,000.00 US

To: 7544-470 Wire Processing Fee
40.00

To: 7544-470 Wire Service Fee
40.00

From: 7629-73***24
Withdrawal
MLG LLP
65.41 US

Buy 65.41 USD (AFX Ref #210530010)

**EXHIBIT 11**

A3

co.uk/olb/balances/PersonalFinancialSummary action# pfsactions

Google Calendar · G translate - Google · O Messages for web · ○ where is my plane · ♥ direct flight · ▣ (4)

Messages

Manage accounts    Borrow    Save    Invest    Offers

# Mr Mertsant

You last ·

er your accounts, drag the ⠿ icon, or use the Alt and ↑ / ↓ keys on your keyboard.

alance (indicative)

GBP 262,547.71    ∧

## Barclays Current Account
20 - 26 - 74 63533654
Barclays Bank PLC

> Show recent transactions

£2,700.23
Available balance ⓘ

Pay

## MERTSANT MVR
20 - 26 - 74 47565466
Barclays Bank PLC

> Show recent transactions

USD 332,545.06
Available balance ⓘ

Pay

## MERTSANT MVR
20 - 26 - 74 47609533
Barclays Bank PLC

> Show recent transactions

CAD 321.27
Available balance ○

Pay

EXHIBIT 11

A4

### MERTSANT MVR

20 - 26 - 74 47565466
Barclays Bank PLC

## USD 208,418.31
Available balance

Pay          Transfer          More

∨ Hide recent transactions

| Date | Description | Money in | Money out | Balance |
|------|-------------|----------|-----------|---------|
| Today | COMPUTE NORTH LL *4865 | | USD -124,100.00 | USD 208,418.31 |
| Today | CHARGES*486525*COMPUTE | | USD -26.75 | USD 332,518.31 |

**EXHIBIT 11**

Today: 24 Feb 21

45

 MR MATHIOU VINSENT R MERTSANT

Payment instruction received

| | |
|---|---|
| Recipient Name | COMPUTE NORTH LLC |
| Recipient Bank Name | BMO HARRIS BANK N.A. |
| Recipient Bank Address | 111 WEST MONROE STREET |
| Recipient Account Details | 2082881 |
| From | MERTSANT MVR<br>20-26-74 47565466 |
| You're sending | 72900.00 l USD |
| At an exchange rate of | Not Applicable |
| Recipient SWIFTBIC | HATRUS44 |
| Recipient receives | 72900.00 l USD |
| Delivery Timeframe | 1 - 3 working days |
| Barclays charges taken from account | MERTSANT MVR |
| Charges | £ 15.00 GBP (Barclays charge)<br>£ 15.00 GBP (Total amount including charges) |
| Total you pay (inc charges) | £ |
| Statement reference | COMPUTE NORTH LLC |
| Recipient reference | MATHIOU MERTSANT |
| You're making your payment on | 24 February 2021 |
| We'll take the money from your account on | 24 February 2021 |
| The payment will arrive at the recipient's bank on | 24 February 2021 |

Your payment should arrive into the recipient's account 1 - 3 working days after it arrives at the recipient's bank. If you make your payment outside the cut-off time, we'll process it on the next available working day.

**EXHIBIT 11**



## MERTSANT MVR

20 - 20 - 74 47565466
Barclays bank PLC

∨ Hide recent transactions

**USD 73,397.**19
Available balance

Pay   Transfer   More

| Date | Description | Money in | Money out | Balance |
|------|-------------|----------|-----------|---------|
| Today | COMPUTE NORTH LL *5187 | | USD -72,900.00 | USD 73,397.19 |
| Today | CHARGES*518707*COMPUTE | | USD -21.29 | USD 146,297.19 |
| Yesterday | COMPUTE NORTH LL *5138 | | USD -135,000.00 | USD 146,318.48 |
| Yesterday | COMPUTE NORTH LL *4865 | | USD -124,100.00 | USD 281,318.48 |
| Yesterday | CHARGES*486525*COMPUTE | | USD -26.75 | USD 405,418.48 |

View all transactions

**EXHIBIT 11**

 **COMPUTE**NORTH

A1

**BMO Harris Bank Incoming ACH and Incoming Domestic Wire (within the US) Instructions:**

Bank Name: BMO Harris Bank NA
Bank Routing Number: 071000288
Beneficiary Name: Compute North LLC
Beneficiary Account Number: 2082881

**BMO Harris Bank Incoming International Wire (outside the US) Instructions:**
Bank Name: BMO Harris Bank NA
Bank Swift Number: HATRUS44
Beneficiary Name: Compute North LLC
Beneficiary Account Number: 2082881

 7575 Corporate Way
Eden Prairie, MN 55344           +1 952-279-0550          info@computenorth.com           www.computenort

**EXHIBIT 11**

A8

| | |
|---|---|
| Funding Account: | 00024623383 - KNIGHTSBRIDGE TR - USD |
| Ordering Customer Name: | MERCHANT LAW PROFESSIONAL |
| Ordering Customer Address: | CORPORATION,501 - 224 4th Ave South,,Saskatoon,,SK,S7K 5M5,CA |

## Beneficiary Details

| | |
|---|---|
| Name: | Compute North LLC |
| Address: | 7575 Corporate Way,,Eden Prairie,,MN,55344,,US |
| Beneficiary Account: | 2082931 |
| Beneficiary Bank ID: | HATRUS44 |
| Beneficiary Bank ID Type | SWIFT |
| Beneficiary Bank Name: | BMO Harris Bank National Association |
| Beneficiary Bank Address: | 111 W Monroe St,CHICAGO,IL,60603,US |

**EXHIBIT 11**

A9

# MINER-VA

# MV7

## NEXT GENERATION INSTITUTIONAL-GRADE MINING HARDWARE

The Minerva MV7 miner employs next generation SMIC 7-nanometer processing chips, outperforming most miners on the Bitcoin network. Developed by highly experienced engineers who typically only build miners for private industrial clients.

### PERFORMANCE

| | |
|---|---|
| Hashrate | 100 TH ±5% |
| Power Consumption | 3400 W (TBC) |
| Efficiency | 30 - 34 w/TH |
| Volts / Amps | 200 - 300 V . 10 A |
| Fan Speed | 6000 RPM max |
| Noise | 75 dB max |

### PHYSICAL

| | |
|---|---|
| Dimensions | 178 × 203 × 337 mm |
| Weight | 13.0kg |
| Plug Type | c19 |
| Hashboards (SHA256) | 3x |
| Immersion Cooling | Compatible |

Final specifications to be confirmed at product launch. Details provided are indicative



◇M◇ MINER-VA      SMIC      arm

EXHIBIT 11

A10

1/2

 **COMPUTE**NORTH

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

Service Period
**Mar 1, 2021 - Mar 31, 2021**

MERCHANT MINING
12 YORK ROAD
DOUGLAS, GREAT BRITAIN IM2 3BW

Due Date
**Mar 31, 2021**

POST DUE

Total amount due
**$15.00**

Statement
**6574**

**Account number** 7911

| | |
|---|---|
| Current Charges | $273,480.00 |
| Previous Balance | $0.00 |
| Taxes/Fees | $0.00 |
| Credits | $15,480.00 |
| Payments Applied | $257,985.00 |

**Total due on Mar 31, 2021**        **$15.00**

**Customer Service**

https://www.computenorth.com

Please make checks payable to Compute North LLC.
Invoice ID: 6574
Pay online at https://portal.computenorth.com.

Please detach and return this portion with your payment

Payment due date
**Mar 31, 2021**

Total amount due
**$15.00**

Amount enclosed

**COMPUTE**NORTH

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

7911
MERCHANT MINING
12 YORK ROAD
DOUGLAS, GREAT BRITAIN IM2 3BW

Tax ID: 82 3377185

**EXHIBIT 11**

2/2

## Current Charges

Late Payment Fee                                                              $15,480.00
(300) Minerva 100TH hardware purchase - final 20% payment                    $258,000.00

## Credits

Late Payment Fee                                                              $15,480.00

## Payments Applied

Payment on May 20, 2021                                                      $257,985.00

## Total Amount Due

$15.00

Account: 7911

**EXHIBIT 11**

*A-11*

**COMPUTE** NORTH

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

Invoice Date
**Feb 18, 2021**

Due Date
**Feb 19, 2021**

MERCHANT MINING
12 YORK ROAD
DOUGLAS, GREAT BRITAIN IM2 3BW

Total amount due
**$0.00**

Statement
**6392**

**Account number** 7911

| | |
|---|---|
| Current Charges | $1,032,000.00 |
| Previous Balance | $0.00 |
| Taxes/Fees | $0.00 |
| Credits | $50.00 |
| Payments Applied | $1,031,950.00 |

**Total due on Feb 19, 2021**     **$0.00**

Customer Service
 | https://www.computenorth.com

Please make checks payable to Compute North LLC.
Invoice ID: 6392
Pay online at https://portal.computenorth.com.

Please detach and return this portion with your payment

Payment due date
**Feb 19, 2021**

| Total amount due |
|---|
| **$0.00** |

| Amount enclosed |
|---|
| |

**COMPUTE** NORTH

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

7911
MERCHANT MINING
12 YORK ROAD
DOUGLAS, GREAT BRITAIN IM2 3BW

Tax ID: 82-3377185

**EXHIBIT 11**

2/2

## Current Charges

| | |
|---|---|
| (300) Minerva 100TH hardware purchase - initial 80% payment | $1,032,000.00 |

## Credits

| | |
|---|---|
| Wire fees | $50.00 |

## Payments Applied

| | |
|---|---|
| Payment on Mar 4, 2021 | $72,880.00 |
| Payment on Mar 4, 2021 | $124,100.00 |
| Payment on Mar 4, 2021 | $134,980.00 |
| Payment on Mar 4, 2021 | $699,990.00 |

## Total Amount Due

$0.00

Account 7911

**EXHIBIT 11**