# Steven Leyh

| | |
|---|---|
| **From:** | Matthew Merchant <merchantmatthew@hotmail.com> |
| **Sent:** | Friday, April 1, 2022 7:22 AM |
| **To:** | Joseph Toth |
| **Subject:** | Re: Invoice for Hosting |
| **Attachments:** | Screenshot 2022-04-01 at 07.13.42.png |

Good morning Joe,

I have sent just now to you the fifth and final instalment payment in the amount of $8,004.50 USDT. (Today's equivalent of C$10,000).

Thanks for all your help and looking forward to collaborating again in the future.

Best regards,
Matthew

---

**From:** Joseph Toth <joseph@arbit.ca>
**Date:** Sunday, 6 February 2022 at 10:21
**To:** Matthew Merchant <merchantmatthew@hotmail.com>
**Cc:** Amanda Toth <amanda@arbit.ca>
**Subject:** Re: Invoice for Hosting

Receipt Confirmed, thank you. Speak to you soon.

On Sun, Feb 6, 2022 at 6:57 AM Matthew Merchant <merchantmatthew@hotmail.com> wrote:

> Hi Joe,
>
> I confirm I just sent USDT $7,839.26. This represents the third of five payments.
>
> https://etherscan.io/tx/0xdf0442fd5cccf524a3d2c0758f9aed4de88efddc933fb1106c449e8c0c559530
>
> Thank you.
>
> Best regards,
>
> Matthew

1

**EXHIBIT 12**

## Steven Leyh

**From:** Joseph Toth <joseph@arbit.ca>
**Sent:** Wednesday, January 5, 2022 1:16 PM
**To:** matthew@get.love
**Subject:** Re: 2nd payment of $10K

Yes it is received, thank you very much.

On Wed, Jan 5, 2022 at 6:11 AM matthew@get.love <matthew@get.love> wrote:

> Dear Joe,
>
> I managed to free up enough funds to send the payment today. You should receive it shortly. This is now $20K paid out of the total of $50K to be paid. I.e. there is $30K still left to be paid.
>
> Many thanks and best regards,
>
> Matthew

--
Joseph David Toth
CEO ARBIT Corporation
Direct: 888-976-8363
Skype: cavirtex

1

**EXHIBIT 12**