| | |
|---|---|
| Equipment: | MV7L 95-105 TH/s at 31 J/TH |
| Number of Miners: | 300 |
| Power / Miner | 3300 W |
| Assumption: | Miners operate at 95% of mid range efficieny of 100 TH/S |
| Per Miner Hash Rate | 95 |
| Total Hash Rate in TH/S | 28,500 |
| Start Date of Mining: | June 11 2021 |
| End Date of Mining: | Sep 1 2023 |
| Fixed All In Hosting Cost in USD per KWH: | $0.065  June 11 2021 to Oct 1 2021 |
| **Fixed All In Hosting Cost in USD per KWH:** | **$0.050  Oct 2 2021 to Sep 1 2023** |
| **Overclock assumption** | **Miners to operate at 10% extra effeciency on Oct 2 2021** |
| Selling Plan: | Sell all BTC at the end of each difficulty change(approximately every 14 days) |
| Reward: | 6.25 BTC per block, as of May 11 2020, drop to 3.125 on Mar 27 2024 |
| Transaction Fees per block | we are assuming ZERO even though the average is approximately 0.43 |
| Price data Source: | https://ca.investing.com/crypto/bitcoin/historical-data |
| Mining difficulty and hash rate data source: | https://btc.com/stats/diff |
| MINERVA Site: | https://miner-va.com/ |

June 11 2021 to Sep 1 2023

| **Regular Mining + Overclocked Combined** | | |
|---|---|---|
| Mining Proceeds | $ | 3,986,156.82 |
| Hosting Costs | $ | 1,023,059.48 |
| Exchange and Mining Pool Fees 2% | $ | 79,723.14 |
| **Net Profit** | $ | 2,883,374.20 |

Future Projection: Sep 2 2023 to Apr 2 2024

Net Forecast Revenue     $     155,325.43

<span style="color:red">NOTE at the halving in Apr 2024 even with overclocking and 5 cents per minute the equipment would lose $2,780 per month NET</span>

| Total Net Profit Damages including Forecast to Halving in Apr 2024 | |
|---|---|
| $ | 3,038,699.63 |

**EXHIBIT 13**