# Compute North
## Accounts Payable Bill

| | | | | |
|---|---|---|---|---|
| Date | 02/05/2021 | | Term | |
| Vendor | V10188--True North | | Due Date | 02/05/2021 |
| | Data Solutions Inc | | Recommended Payment Date | 02/05/2021 |
| Bill Number | 0271923003 | | Payment Priority | Normal |
| GL Posting Date | 02/05/2021 | | Place Bill On Hold | FALSE |
| Reference Number | 0271923003 | | Allocations | |
| Description | | | Attachments | |
| | | | Paid with Credit Card | FALSE |

| GL Account | MEMO | Department | Entity_Site | Amount |
|---|---|---|---|---|
| 220200--Deferred Equipment - Revenue | | 100--Site Operations - Techs | 101--Compute North LLC | $820,000.00 |
| | | | TOTAL | $820,000.00 |

# Compute North
## Accounts Payable Bill

| | | | | |
|---|---|---|---|---|
| Date | 02/19/2021 | | Term | |
| Vendor | V10188--True North Data Solutions Inc | | Due Date | 02/19/2021 |
| | | | Recommended Payment Date | 02/19/2021 |
| Bill Number | 210222483721 | | Payment Priority | Normal |
| GL Posting Date | 02/19/2021 | | Place Bill On Hold | FALSE |
| Reference Number | 2102224837 | | Allocations | |
| Description | | | Attachments | |
| | | | Paid with Credit Card | FALSE |

| GL Account | MEMO | Department | Entity_Site | Amount |
|---|---|---|---|---|
| 220200--Deferred Equipment - Revenue | | 100--Site Operations - Techs | 101--Compute North LLC | $984,000.00 |
| | | | TOTAL | $984,000.00 |

PAGE 1

# Compute North
## Accounts Payable Bill

| | | | | |
|---|---|---|---|---|
| Date | 02/22/2021 | | Term | |
| Vendor | V10188--True North Data Solutions Inc | | Due Date | 02/22/2021 |
| | | | Recommended Payment Date | 02/22/2021 |
| Bill Number | 210222483721 | | Payment Priority | Normal |
| GL Posting Date | 02/22/2021 | | Place Bill On Hold | FALSE |
| Reference Number | 2102224837 | | Allocations | |
| Description | | | Attachments | |
| | | | Paid with Credit Card | FALSE |

| GL Account | MEMO | Department | Entity_Site | Amount |
|---|---|---|---|---|
| 220200--Deferred Equipment - Revenue | | 100--Site Operations - Techs | 101--Compute North LLC | $984,000.00 |
| | | | TOTAL | $984,000.00 |

PAGE 1