**Company name:** Compute North
**Report name:** Bank register

| Account | Transaction date | Description | Transaction number | Cleared | INFLOW TO Debit | OUTFLOW FROM Credit |
|---|---|---|---|---|---:|---:|
| **BMO 2881 - BMO - Account no 2881** | 2/22/2021 | Customer:Merchant Mining Payment 1 | | 2/28/2021 | 699,990.00 | |
| **BMO 2881 - BMO - Account no 2881** | 2/23/2021 | Customer:Merchant Mining Payment 2 | | 2/28/2021 | 124,100.00 | |
| **BMO 2881 - BMO - Account no 881** | 2/23/2021 | Customer:Merchant Mining Payment 3 | | 2/28/2021 | 134,980.00 | |
| **BMO 2881 - BMO - Account no 2881** | 2/24/2021 | Customer:Merchant Mining Payment 3 | | 2/28/2021 | 72,880 00 | |
| **BMO 2931 - BMO - Account no 2931** | 4/19/2021 | Merchant Mining | | 4/30/2021 | 257,985.00 | |
| **BMO - 2881 CR - BMO - Account no 2883** | 6/8/2021 | Merchant Mining LLC | | 6/30/2021 | 193,500.00 | |
| | | | | | **1,483,435.00** | |
| **BMO - 2881 CR - BMO - Account no 2883** | 8/24/2021 | Bob's Limited | | 9/30/2021 | 64,500 00 | |
| | | | | | **1,547,935.00** | |
| | | | | | | |
| **BMO 2881 - BMO - Account no 2881** | 2/5/2021 | V10188 - True North Data Solutions Inc | 271923003 | 2/28/2021 | | 820,000.00 |
| **BMO 2881 - BMO - Account no 2881** | 2/19/2021 | V10188 - True North Data Solutions Inc | 2102224837 | 2/28/2021 | | 984,000.00 |
| **BMO 2881 - BMO - Account no 2881** | 2/22/2021 | V10188 - True North Data Solutions Inc | 2102224837 | 2/28/2021 | | 984,000.00 |
| **BMO - 2931 Checking - BMO - Account no 2931** | 11/5/2021 | V10188 - True North Data Solutions Inc | | 11/30/2021 | | 41,000.00 |
| **BMO - 2931 Checking - BMO - Account no 2931** | 3/16/2022 | V10188 - True North Data Solutions Inc:wire 3.16.22 | | 5/1/2022 | | 22,009.38 |
| | | | | | | **2,851,009.38** |