**BMO Harris Bank**
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ▉-288-1

STATEMENT PERIOD
02/01/21 TO 02/28/21

PAGE: 1 OF 2

COMPUTE NORTH LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED          0

CORPORATE CHECKING                              ACCOUNT NUMBER    ▉-288-1

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS  [redacted]

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| FEB 05 | FED WIRE TRANSFER DEBIT  210205259380 | 820,000.00 | |



**BMO Harris Bank**
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ▓▓▓-288-1

STATEMENT PERIOD
02/01/21 TO 02/28/21

PAGE:   2 OF   2

COMPUTE NORTH LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN   55344

```
FEB 19 FED WIRE TRANSFER DEBIT   210219459967        984,000.00
FEB 22 FED WIRE TRANSFER CREDIT  210222479018                        699,990.00
FEB 22 FED WIRE TRANSFER DEBIT   210222483721        984,000.00
FEB 23 FED WIRE TRANSFER CREDIT  210223488679                        124,100.00
FEB 23 FED WIRE TRANSFER CREDIT  210223492114                        134,980.00

FEB 24 FED WIRE TRANSFER CREDIT  210224512657                         72,880.00
```

CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|---|---|---|---|---|---|



TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|



BMO Harris Bank
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ███-293-1

STATEMENT PERIOD
04/01/21 TO 04/30/21

PAGE: 1 OF 3

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED                0

CORPORATE CHECKING                                    ACCOUNT NUMBER    ███-293-1

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS                           .00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    16 DEPOSITS
    48 WITHDRAWALS

YOUR ENDING BALANCE WAS                             .00
YTD INTEREST PAID IS                                .00
YTD INTEREST WITHHELD IS                            .00

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| APR 19 | IP 210419985126 INCOMING PAYMENT MT103 | | 257,985.00 |

**BMO Harris Bank**
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ████-288-1

STATEMENT PERIOD
06/01/21 TO 06/30/21

PAGE: 1 OF 3

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED  0

CORPORATE CHECKING                              ACCOUNT NUMBER  ████-288-1

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS                      ████
YOUR TRANSACTIONS THIS PERIOD INCLUDED:
████
YOUR ENDING BALANCE WAS                        ████
YTD INTEREST PAID IS                            .00
YTD INTEREST WITHHELD IS                        .00

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| JUN 08 | WIRE TRANSFER CREDIT  210608542315 | | 193,500.00 |



BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ▓▓▓-288-1

STATEMENT PERIOD
08/01/21 TO 08/31/21

PAGE: 3 OF 4

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344



AUG 24 FED WIRE TRANSFER CREDIT 210824796235       64,500.00

MEMBER FDIC



BMO Harris Bank
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:        ████-293-1

STATEMENT PERIOD
11/01/21 TO 11/30/21

PAGE:     2 OF    5

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344



| NOV 05 FED WIRE TRANSFER DEBIT    211105071330 | 41,000.00 | |

**BMO Harris Bank**
A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:  ████-293-1

STATEMENT PERIOD
03/01/22 TO 03/31/22

PAGE:   3 OF   6

COMPUTE NORTH LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN   55344



MAR 16 FED WIRE TRANSFER DEBIT    220316185416         22,009.38

MEMBER FDIC