# Nicholas C. Brown

| | |
|---|---|
| **From:** | Breanna Baker |
| **Sent:** | Wednesday, December 29, 2021 11:59 AM |
| **To:** | Kyle Wenzel |
| **Subject:** | RE: Miner Question |

Kyle – I absolutely have been sharing with Sasha. I want him to feel confident in me. I'm not including him on all the emails since it's obviously annoying.

I'm feeling good about the progress made and hoping we can find the other miners. I hope he's gaining confidence in working with me 😊

**From:** Kyle Wenzel <kyle.wenzel@computenorth.com>
**Sent:** Wednesday, December 29, 2021 10:48 AM
**To:** Breanna Baker <breanna.baker@computenorth.com>
**Subject:** FW: Miner Question

Brea – Have you shared the progress made here with Sasha?

Good work!

**From:** Peter Allard <peter@truenorthds.com>
**Sent:** Wednesday, December 29, 2021 10:00 AM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Scott Bonnell <scott.bonnell@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Re: Miner Question

Breanna,

I confirm the hasrate contract of 60,000TH and quantity of units shall be adjusted accordingly based to achieve the contracted terms and models received.

Regards,

Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** December 29, 2021 7:49 AM
**To:** Peter Allard <peter@truenorthds.com>; Scott Bonnell <scott.bonnell@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Re: Miner Question

Peter,

The important clarification here is that the agreement is not for 600 units. It's for 60,000 TH. Based on the delivery of miners so far that would mean a lot more than 300 miners to each customer. Please confirm we'll be receiving 30,000 TH to Compute North for ZG and you'll be delivering 30,000 TH directly to Merchant.

Thanks,
Brea

---

**From:** Peter Allard <peter@truenorthds.com>
**Sent:** Wednesday, December 29, 2021 8:36 AM
**To:** Breanna Baker; Scott Bonnell
**Cc:** Kyle Wenzel; Max Niederluecke
**Subject:** Re: Miner Question

Breanna,

I believe we are in agreement considering the 600 unit order being split 50/50 and standing by for further instructions regarding delivery.

Regards,

Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



---

**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** December 29, 2021 7:13 AM
**To:** Peter Allard <peter@truenorthds.com>; Scott Bonnell <scott.bonnell@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** RE: Miner Question

Peter –

Thank you for the note. My understanding is that 30,000 TH will be delivered to Merchant and 30,000 TH will be delivered to Compute North for Zero G. I'll speak to Sasha about how he wants the miners delivered per your previous email.

Please confirm on the above.
Thanks –
Brea

---

**From:** Peter Allard <peter@truenorthds.com>
**Sent:** Tuesday, December 28, 2021 11:14 PM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Scott Bonnell <scott.bonnell@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Re: Miner Question

Brenna,

Scott will continue to work with your team regarding logistical matters and as far as the Merchant group, zero miners have currently been delivered to them. to confirm the total volume we have on record out of the 600 unit order is 300 to Compute North Facilities and 300 to the Merchant group. Can you please confirm accuracy of these volumes?

Regards,


Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



---

**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** December 9, 2021 7:03 AM
**To:** Scott Bonnell <scott.bonnell@truenorthds.com>; Peter Allard <peter@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** RE: Miner Question

Scott and Peter –

Thanks for the below information. We'll arrange for the separate delivery of the 4 units. As for the quantity being shipped, the purchase agreement we signed with True North was for delivery of 60,000 TH so there should be more than 600 machines total. Please see attached. I believe it was discussed between Peter and Ro that 350 miners would be delivered for the ZG part of the order.

Can you also confirm how many of the miners have been delivered to Mrechant? They still have an outstanding balance with us, so some of those miners may need to be shipped directly to our facility.

Breanna

**From:** Scott Bonnell <scott.bonnell@truenorthds.com>
**Sent:** Wednesday, December 8, 2021 12:38 PM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Peter Allard <peter@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Re: Miner Question

> You don't often get email from scott.bonnell@truenorthds.com. Learn why this is important

Hi Breanna,

While I am not sure the hash rate of the test unit you are referring too (this is before my time with the company) I can confirm the units hash rate for the pallet that is incoming to your location as being MVM 80-95TH.

Your Broker released this pallet as of this morning and I have forwarded that information to the logistics company to complete the final delivery to your 3215 Global Drive Place location.

Regarding your request to ship 4 of these units to a separate location, please note that this pallet is a full load pallet of Qty. 24 and cannot be broken down at this stage.  The best bet to ship these 4 units would be to receive the pallet, make note of the 4 units you are taking for shipment to a different location and use a courier company like FedEx, UPS, or DHL as they should be able to overnight or 2-day delivery these items to the location you requested.  If you need assistance, I am happy to help.

Thanks.


Scott Bonnell
Logistics Specialist
c. 1-587-434-3259
e. scott.bonnell@truenorthds.com



**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** Wednesday, December 8, 2021 8:05 AM
**To:** Peter Allard <peter@truenorthds.com>; Scott Bonnell <scott.bonnell@truenorthds.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Miner Question

Peter and Scott -

I spoke to Sasha after our call and he stated that there had been some conversation regarding hashrate of the units ordered. Can you confirm that the test unit was hashing at 85TH. Sasha stated that since they were sold them as 100TH units the resolution was supposed to be 350 machines to be delivered instead of 300.

Also can we please have ship 4 of the units to : 3000 Lawrence St, Denver, CO 80205

Please confirm on the details above.
Thanks –
Brea

**Breanna Baker**
Enterprise Account Executive

**Compute North**
t: +1 612.207.1611

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*