IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| MINING PROJECT WIND DOWN § | |
| HOLDINGS, INC. (f/k/a Compute North § | Case No. 22-90273 (MI) |
| Holdings, Inc.), ET AL § | |
| § | (Jointly Administered) |
| Debtors § | |

## BOBS LIMITED'S OBJECTION TO DECLARATION OF RYAN MERSCH

COMES NOW Bobs Limited, Claimant herein and files this its Objection to the Purported Declaration of Ryan Mersch.

1. The purported declaration is not based on personal knowledge, it is therefore hearsay and inadmissible.

2. The entire declaration is caveated based on "information and belief", therefore it is not a declaration, it is hearsay and inadmissible. 28 U.S.C. 1746 does not allow for a purported declaration based on "information and belief".

3. Ryan Mersch purported "determination" is a legal conclusion which he is unqualified to give.

4. Ryan Mersch states "the Miners were, in fact, redirected and delivered to a different facility…"; Ryan Mersch fails to state any "facts" that allegedly prove this assertion. This statement is simply false. It casts into doubt the veracity of the entire "declaration".

5. Ryan Mersch states "…I do not believe the Debtor is liable…" Ryan Mersch's belief is not based on fact, is probative of nothing, and simply does not matter.

WHEREFORE, THE FOREGOING CONSIDERED, Ryan Mersch's purported Declaration should be disallowed and not considered for any purpose.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: */s/ Steven A. Leyh*
    Steven A. Leyh
    State Bar No. 12318300
    Galleria Tower II
    5051 Westheimer, Suite 1200
    Houston, Texas 77056
    Telephone: (713) 977-8686
    Facsimile: (713) 977-5395
    Email: leyh@hooverslovacek.com

**ATTORNEY FOR CREDITOR,
BOBS LIMITED**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record on September 8, 2023 via electronic service pursuant to Federal Rules of Civil Procedure.

*/s/ Steven A. Leyh*
Steven A. Leyh