EXHIBIT 9-3 Correspondence with Compute North Founders about the Company willfully altering the professional achievements / performance of Nelu Mihai in 2021 Case 22-90273

**From:** Nelu Mihai <nelu.mihai@computenorth.com>
**Subject: Nelu Mihai's Rocks**
**Date:** Mar 16, 2022 at 9:05 PM
**To:** Dave Perrill <dave.perrill@computenorth.com>
**Cc:** PJ Lee <pj.lee@computenorth.com>

Dave,

 We always need to be correct with our assertions.

On Monday, I was shown a paper with ALL my Rocks not done. ***That was deeply incorrect.***

Therefore, I have created this report with Traction Tools, which shows **the correct records**.

I have also attached extra documentation.

Facts:

1. The HPC/ODC rock was completed on time, but the company was in difficult financial situation in June 2021 and investing in the Google hybrid cloud would have risked getting into financial default. There are many emails proving this issue.
2. Immersion project was finished on time and a solution was presented. The company did not invest in the proposed solution. The funny thing is that now after 6 months the new contractor hired to work on this project is proposing the same solutions, with the same vendors. Repeat, after 6 months of my initial proposal.
3. The Cloud container project proposed a high-quality vendor (recommended by Eli) and solution, but the company did not want to buy it: "*we do not have customers for non-crypto applications*" and "we do not have a data center to deploy it".
4. You brought the Big Springs issue. Facts:
    a. The operations proposed a solution based on DCX and I found it reasonable.
    b. After operations started the project, your *new COO decided to stop it*. He called a meeting with KT, Ro and I, stating, among other reasons, that *he does not consider immersion technology viable,* that *the vendor is from Europe (German-Polish) and CN does not have the skills to build an immersion facility*.
    c. Then we decided to complete the two tests that I strongly advised to do before starting the buildup. Well, after two weeks the COO concluded that he does not have resources to complete the tests and they were again cancelled.

In one years spent in CN, the company invested in projects proposed by me the amount of $50K.

In our last 1-on-1 you stated that "CN does not invest in products without having, first of all, customers." This is fine, but in no company in this world the CTO is responsible for sales or bringing customers.

On the product side, I have proposed CN tremendous products and solution, but CN funded none to completion.

EXHIBIT 9-3 Correspondence with Compute North Founders about the Company willfully altering the professional achievements / performance of Nelu Mihai in 2021 Case 22-90273

The only funding provided was for MinerSentry.

**We have also talked about the bonus. You said that this is it something that is at your discretion. Of course. But it is hard to justify this decision based on the correct report from Traction Tools and the fact that all my direct reports have received bonuses.**

I guess you wanted to humiliate me as the worst performer in the company 😊 ?

**Are you sure about that? Even the 360 Employee Survey has shown my team as the second best performing after Sales.**

I lost time of my life.

How much CN lost by not funding my advice on the product side: time will tell.

Or maybe you will never know.

I will follow up later tonight with a counteroffer to your proposal from Monday.

No need to reply to this email. It is just for the record.

**Nelu Mihai,** Ph.D.

Chief Technology Officer

**Compute North**

t: +1 952.213.1547

www.computenorth.com

---------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------

**Correct Status of Nelu's Rocks (Traction Tools Records)**

2

EXHIBIT 9-3 Correspondence with Compute North Founders about the Company willfully altering the professional achievements / performance of Nelu Mihai in 2021 Case 22-90273

-----------------------------------------------------------------------------------------------------------

**Cloud Container – Rock Completed**

**From:** Nelu Mihai <nelu.mihai@computenorth.com>
**Sent:** Monday, September 27, 2021 3:21 PM
**To:** All Executives <all.executives@computenorth.com>
**Subject:** FW: IT Compute Module, final proposal

The famed "cloud container" 😊 . My recommendation is to select TAS as the supplier of our first sample. Another one of my Q3 Rocks.

**Nelu Mihai,** Ph.D.

Chief Technology Officer

**Compute North**

t: +1 952.213.1547

www.computenorth.com

**From:** Friesen, Kurtis <xxxxxxxx@tas.com>

**Sent:** Monday, September 13, 2021 4:10 PM
**To:** Nelu Mihai <nelu.mihai@computenorth.com>
**Cc:** Mann, Ron <xxxxx@tas.com>; Pasierbowicz, Jackie <xxxxxxxxxxxxxx@tas.com>; Latham, Warren <xxxxxxx@tas.com>; Jeff Tollefson <xxxx.xxxxxxxxx@computenorth.com>
**Subject:** IT Compute Module, final proposal

Nelu,

We're pleased to present our final quote for your custom 18 rack compute module. If all looks good in the attached quote, just give us the green light and we'll get to work immediately on fabrication.

Best,

Kurtis

**Kurtis Friesen** | Director of Modular Data Center Products

TAS Energy | 6110 Cullen Blvd. | Houston, TX 77021

Office: +1 (832) 615-6259 | Mobile: +1 (425) 591-6078

Confidentiality: This e-mail and any attachments are confidential and proprietary to TAS Energy Inc. If you are not a named recipient or received this mail in error, please notify the sender immediately, delete this email and do not discuss the contents with another person, use it for any purpose or store or copy the information in any medium.

EXHIBIT 9-3 Correspondence with Compute North Founders about the Company willfully altering the professional achievements / performance of Nelu Mihai in 2021 Case 22-90273

**Immersion Container – Rock Completed**

**From:** Nelu Mihai
**Sent:** Monday, September 27, 2021 3:17 PM
**To:** All Executives <all.executives@computenorth.com>
**Subject:** Immersion Containers - Evaluation documentation (Q3 Rock)

Team,  Attached you can find the documentation for the immersion containers resulted from the due diligence process (my Q3 rock).

We should discuss and decide what are the next steps for Q4.

**Nelu Mihai,** Ph.D.

Chief Technology Officer

**Compute North**

t: +1 952.213.1547

www.computenorth.com

-----------------------------------------------------------------------------------------------------------

**HPC/Optimized Computing – Rock Completed**

 **From:** Nelu Mihai <nelu.mihai@computenorth.com>

**Sent:** Sunday, June 27, 2021 11:38 AM
**To:** All Executives <all.executives@computenorth.com>
**Subject:** HPC/Optimized Computing - Rock Q2

 Team,

 This is the presentation for the HPC/Optimized Computing Service  (Rock Q2). While some activities have been started, others will start in Q3. The goal is, by the end of Q3, to have in place a medium scale hardware infrastructure easy to be scaled up (IaaS) and the software development stack (PaaS) ready-to-go for non-crypto services. By mid of Q3 we should be ready to host the first customer.

You can send me the observations/comments by email or do this on Wednesday when I will have the f2f presentation. I will address all of them on Wednesday.

After your approval, I propose to present a summarized version to all employees.

Thanks,

EXHIBIT 9-3 Correspondence with Compute North Founders about the Company willfully altering the professional achievements / performance of Nelu Mihai in 2021 Case 22-90273

**Nelu Mihai,** Ph.D.

Chief Technology Officer

**Compute North**      t: +1 952.213.1547      www.computenorth.com

Download all attachments as a zip file

HPC and OC-Q2.pptx
772.7kB

Compute North Edge Proposal Final 091321.pdf
502.1kB

Immersion Cooling Suppliers.xlsx
11.7kB

  Immersion Cooling Supplier Evaluation - Final.docx

  47.5kB

---

This copy is true, correct, and represents a redacted extract of the original emails

Nelu Mihai

Claimant, case 22-90273

San Francisco CA

September 5, 2023

5