# High Performance/Optimized Computing POC (HP/OC – POC)

## Nelu Mihai

# POC – HPC/Optimized Computing - Goals

- Build an application-ready PaaS for AI / Blockchain applications;
- Accommodate 2-3 medium scale apps;
- Take advantage of avaialble services from public clouds (for complex apps);
- Find the Product(Service)-Market-Fit for non-crypto services;
- Fine-tune the pricing model for non-crypto services;
- Identify 1-2 customers;
- Learn and address the challenges of building cost effective non-crypto containers.

# IaaS – HPC/Optimized Computing + Crypto Mining








# Hybrid Cloud - Why?

- Build of the work of others: augment CN with the services and scaling of public cloud;
- Why Outpost (AWS)? - Richest collection of services and the leader;
- Why Anthos (GCP)? - Kubernetes and TensorFlow stack (most used AI platform);
- Why OCI? – Cheapest, most diversified, unlimited cloud storage/databases

Strategy:

- CN is the best-in-class Applications Specific Cloud (ASC) or Purpose Built Cloud (PBC);

- Public clouds are CN's business partners for general pupose, highly scalable computing;

- CN and public clouds are complementary.

# PaaS – HPC/Optimized Computing + Crypto Mining



# "Cloud Containers"

Cloud Container / AC



Nvidia GPUs

Cloud Container / AC



Data Storage

Cloud Container



Immersion

**Dream** - Cloud Container



Reflective Paint
Solar Modules
Heat Reuse
Geothermal Heat Pump

# Main Tasks of the HPC/OC POC (R&D)

- Hybrid clouds with AWS, GCP, OCI (not a multicloud, yet)
- Tensorflow, AI software platform, for ML/DL apps
- Kubernetes ecosystem for SW container-based apps
- Lambda, serverless platform on AWS
- Connectivity with storage/databases from AWS, GCP, OCI
- Cloud container for non-crypto apps (no immersion)
- Identify GPU systems to be used (configuration, real estate, price)

# POC – HPC/Optimized Computing

**Services**

- Blockchain
- AI ML/DL



HPC/OC

Nvidia GPUs

**Purpose Built DC**

**Purpose Built Data Center**





**Public Clouds**

# HPC/OC POC – Capex Proposed Budget

| Item | Approximate Budget | Start Date | End Date | Observations |
|---|---|---|---|---|
| AWS Outpost | $180K-$200K | Q2 | Q3 | + Pay-per-sue AWS |
| Anthos Google | $150k- $180K | Q2 | Q3 | + Pay-per-use GCP |
| OCI ( Oracle) | $10K+ | Q2 | Q3 | + Pay-per-use |
| Cloud container (non – immersion) | $200K-$400K | Q2 | Q3? | Price based on functionality |
| Nvidia GPUs / one container | TBD | Q2 | Q3 | Ideally paid by customers |
| Cyber security reinforcement/container | $20K | Q3 | Q3 | Hardware + Software /Optional |
| MIsc. | $50K | Q2 | Q3 | Hardware/Software |
| Total | $600K - $850 | | | |

# "Buzzwords" - Help

- Hybrid cloud: cloud with services running agnostically on private and public clouds
- IaaS – Infrastructure as a Service
- PaaS – Platform as a Service
- GCP – Google cloud
- OCI – Oracle cloud
- ML – Machine learning: the study of computer algorithms that improve automatically through experience and by the use of data
- DL – Deep learning: a subset of ML focused on algorythms based on artificial neural networks

- Outpost – AWS hybrid cloud
- Anthos – Google hybrid/multi cloud
- TensorFlow – AI platform
- Kubernetes – runtime and platform for SW containers
- Cloud – programming paradigm for distributed logic and data
- Distributed Cloud – heterogeniuos geographic distribution of proprietary clouds
- Container: lightweight, portable, SW execution unit.