

# Compute North
# 18 Rack IT Module



TAS OPJ172
09/13/2021

The information submitted herein is the proprietary and confidential work product of TAS Energy, Inc. ("TAS") and is protected by several patents. It is to be used by you for evaluation purposes only and is not to be disclosed to third parties without the prior written consent of TAS. Any non-authorized disclosure will result in TAS' pursuit of any and all available remedies at law.



September 13, 2021

Nelu Mihai
Compute North

RE: Firm Bid Proposal, Modular IT Solution

 Dear Nelu,

Thank you for the opportunity to provide a firm quote for your Edge modular IT solution based on the TAS Modular IT design.

The TAS Edge modular IT system has been configured to accommodate 18 standard 48U racks at a capacity of 10kW per rack and has a flexible design architecture with respect to power distribution, IT rack capacity and cooling architectures to allow for IT power and density expansion.

This quotation is based on Compute North's specific requirements per our discussions on August 31 for one Nexus 18 rack compute module.  As discussed, we have quoted the base IT module with a single "A" power feed with 150kW of cooling, N+0 (3 50kW cooling modules) and multiple options for you to choose from for any added features or services.  We did not include shipping in this proposal but will quote that once you determine the final site location.

Regarding the power inputs we discussed on our last call, the cooling modules do require 480v AC while the IT is 415v AC per your inputs.  We just require 480v AC to the module and we will stepdown and distribute the power to the different systems as needed.

Thanks again for the opportunity to support Compute North on this new program and we look forward to working with you and the Compute North team.


Best Regards,

*Ron Mann*

Ron Mann
Vice President Engineering
TAS Energy
M: (832) 350-0181
rmann@tas.com

6110 Cullen Blvd. Houston, TX 77021 |  713 -877-8700 |   www.tas.com



## Scope of Supply Summary

1. Structural Fabrication
    1.1. Supply and fabrication of modular base with assembled dimensions of 11' wide by 40' long by 9' tall less the cooling modules.
    1.2. Supply and fabrication of two commercial doors.
    1.3. Exterior power cabinet for A, B, and Aux, NEMA 3R rated.
    1.4. Standard TAS white paint on all exterior and interior surfaces.
    1.5. Supply and fabrication of walls and framing system for the enclosure.

2. Mechanical
    2.1. Three (3) 50kW DX cooling units to support 150kW, N+0
    2.2. Install exterior wall and ceiling panels as required.
    2.3. Install hot and cold aisle containment separation as required.

3. Electrical
    3.1. 415v AC distributed power to each rack enclosure.
    3.2. 480v AC to DX cooling units.
    3.3. NEMA 3R power cabinet with A power only.
    3.4. Lighting, exit, and 110v convenience power AC outlets.
    3.5. Overhead cable trays for electrical and data cables.
    3.6. Provide bus bar electrical drops for each rack.
    3.7. Single rack PDUs for power distribution of the IT gear.
    3.8. Optional UPS back-up for IT equipment.

4. Management
    4.1. TAS control and monitoring software for all electrical, mechanical systems.
    4.2. BMS interface

5. Fire Detection and Suppression
    5.1. Optional Fire detection and suppression system

6. Rack Integration
    6.1. Optional procurement and installation of 48U racks and PDUs.
    6.2. Optional IT rack integration and testing services.

7. Test and Validation
    7.1. TAS will test and validate all system components prior to shipment.

8. Site Assembly/Commissioning
    8.1. Optional onsite support less cooling unit installation and support equipment costs.
    8.2. Site commissioning and test of system and controls as an option.



## Pricing

This pricing is based upon TAS Standard Terms & Conditions.

    Base TAS Edge Module …………………………………………… $ xxxxxx.xx
    DX Cooling (3 units), 150kW IT Load  …………………………. $  xxxxx
    Shipping …………………………………………………………………….  Not included
    **Total Base System ………………………………………………….. $ xxxxxx.xx**

Module Options:

    Procure/install 18 IT racks and 1 PDU Rack  ………….. $ xxxxx.xx
    Fire Detection and Suppression System  ……………….. $ xxxxx.xx
    IT UPS Back-Up Support ……………………………………….. $ xxxxx.xx
    Dual Power (B power, ATS and PDUs, Busway) …….. $ xxxxx.xx
    Rack IT integration Services (TSS)  ……………………….. $ xxxxx.xx
    Site Installation and Commissioning ……………………. $ xxxxx.xx
    N+1 Cooling @ 50kW each …………………………………….. $ xxxxx.xx

## Assumptions

1. Design or construction of the module does not include any NEMA, Seismic, wind or snow load certifications.
2. All utilized components will adhere to standard electrical code requirements.
3. Excludes UL or other module level agency certifications developed or performed by TAS.
4. Shipping, unloading and final placement not included.




6110 Cullen Blvd. Houston, TX 77021  |  713 -877-8700  |  www.tas.com