

**Exhibit A – Order Form**

**Acquired Hardware:**

| Equipment Type | Quantity | Unit Price | Taxes/Tariffs/Shipping | Total Unit Price |
|---|---|---|---|---|
| Minerva 100TH | 300 | $4,300.00 | Not included | TBD |

Customer acknowledges and agrees that Compute North is procuring the Acquired Hardware for and on behalf of Customer from one or more third-party suppliers and that Compute North is not responsible, and shall have no liability to Customer, for manufacturer delays, order cancellations, adjustments, variances or other fulfillment issues except as specifically set forth in this paragraph. If an order fulfillment issue arises, Compute North will make commercially reasonable efforts to work with Customer and the third-party supplier to resolve the issue and Compute North will refund to Customer any amounts refunded to it by the third-party supplier with respect thereto. If a third-party supplier cancels or otherwise fails to deliver Acquired Equipment, Compute North's sole and exclusive liability to Customer shall be to refund the fees paid by Customer to Compute North for such Acquired Equipment net of any amounts paid by Compute North with respect thereto that are not refunded by the third-party supplier. Eighty (80) percent payment is due upon execution of this Order Form. The remaining twenty (20) percent payment is due sixty (60) days prior to shipment. Taxes, tariffs, and shipping charges will be invoiced at the time of shipment and due within 15 days. A hardware facilitation fee equal to five (5) percent of the total price will be added if a hosting agreement with Compute North is not executed sixty (60) days prior to shipment.

This Addendum is and shall be in addition to all then-existing order forms under the applicable Agreement between Compute North and Customer, which order forms shall remain in full force and effect. The Previous Orders and Equipment List attached and appended hereto identifies the Equipment that remains subject to a prior order form as of the date of this Order Form.

**Compute North LLC**

By: *Kristyan Mjolsnes*

Name: Kristyan Mjolsnes

Its: VP of Marketing

**Customer**

By: *Matthew Merchant*

Name: Matthew Merchant

Its: Director

 

## Document History

SignNow E-Signature Audit Log  All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document name:** | Compute North_Master Order Form - Merchant Mining - 2-18-21 |
| **Document created:** | 02/19/2021 01:41:43 |
| **Document pages:** | 1 |
| **Document ID:** | c0d16242378d4a7da2c37f207a3d981c30eb3e01 |
| **Document Sent:** | 02/19/2021 01:43:33 UTC |
| **Document Status:** | Signed |
| | 02/19/2021 11:32:28 UTC |

| | |
|---|---|
| **Sender:** | sales@computenorth.com |
| **Signers:** | merchantmining2020@gmail.com, kristyan.mjolsnes@computenorth.com |
| **CC:** | |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | sales@computenorth.com | 02/19/2021 01:41:43 am UTC | 02/19/2021 01:41:37 am UTC | 73.94.50.63 |
| SignNow Web Application | Document Saved | sales@computenorth.com | 02/19/2021 01:41:44 am UTC | 02/19/2021 01:41:37 am UTC | 73.94.50.63 |
| SignNow Web Application | Viewed the Document | sales@computenorth.com | 02/19/2021 01:41:53 am UTC | 02/19/2021 01:41:53 am UTC | 73.94.50.63 |
| SignNow Web Application | Document Downloaded | merchantmining2020@gmail.com | 02/19/2021 02:06:36 am UTC | | 64.201.201.43 |
| SignNow Web Application | Viewed the Document | merchantmining2020@gmail.com | 02/19/2021 11:25:22 am UTC | 02/19/2021 11:25:22 am UTC | 187.252.198.12 |
| SignNow Web Application | Viewed the Document | merchantmining2020@gmail.com | 02/19/2021 11:31:55 am UTC | 02/19/2021 11:31:55 am UTC | 187.252.198.12 |
| SignNow Web Application | Signed the Document, Signature ID: ea57a1da9a744c11bd7e | merchantmining2020@gmail.com | 02/19/2021 11:32:28 am UTC | 02/19/2021 11:32:28 am UTC | 187.252.198.12 |
| SignNow Web Application | Added a Text | merchantmining2020@gmail.com | 02/19/2021 11:32:28 am UTC | 02/19/2021 11:32:28 am UTC | 187.252.198.12 |
| SignNow Web Application | Added a Text | merchantmining2020@gmail.com | 02/19/2021 11:32:28 am UTC | 02/19/2021 11:32:28 am UTC | 187.252.198.12 |
| SignNow Web Application | Document Downloaded | merchantmining2020@gmail.com | 02/19/2021 14:23:12 pm UTC | | 64.201.201.43 |
| SignNow Web Application | Viewed the Document | kristyan.mjolsnes@computenorth.com | 02/19/2021 14:39:47 pm UTC | 02/19/2021 14:39:46 pm UTC | 71.195.1.183 |
| SignNow Web Application | Signed the Document, Signature ID: ca41e25badbd4f019dd0 | kristyan.mjolsnes@computenorth.com | 02/19/2021 16:26:22 pm UTC | 02/19/2021 16:26:20 pm UTC | 71.195.1.183 |
| SignNow Web Application | Added a Text | kristyan.mjolsnes@computenorth.com | 02/19/2021 16:26:22 pm UTC | 02/19/2021 16:26:20 pm UTC | 71.195.1.183 |
| SignNow Web Application | Added a Text | kristyan.mjolsnes@computenorth.com | 02/19/2021 16:26:22 pm UTC | 02/19/2021 16:26:20 pm UTC | 71.195.1.183 |
| SignNow Web Application | Viewed the Document | sales@computenorth.com | 02/19/2021 20:29:31 pm UTC | 02/19/2021 20:29:32 pm UTC | 65.158.161.156 |
| iPhone Application v2 | Document Downloaded | sales@computenorth.com | 02/22/2021 01:51:02 am UTC | | 73.94.50.63 |
| iPhone Application v2 | Document Downloaded | sales@computenorth.com | 03/08/2021 03:20:23 am UTC | | 174.20.136.221 |
| SignNow Web Application | Viewed the Document | merchantmining2020@gmail.com | 03/24/2021 10:32:57 am UTC | 03/24/2021 10:32:55 am UTC | 187.252.204.132 |
| SignNow Web Application | Viewed the Document | merchantmining2020@gmail.com | 03/25/2021 10:45:40 am UTC | 03/25/2021 10:45:40 am UTC | 187.252.204.132 |