**True North Data Solutions (U.S.) Inc**

3-559 Hurricane Dr
Calgary AB  T3Z 3S8
403-618-3531
dlittle@truenorthds.com



# INVOICE

| BILL TO | | | INVOICE | 1009 |
|---|---|---|---|---|
| Compute North LLC | | | DATE | 19/02/2021 |
| 7575 Corporate Way | | | TERMS | Due Date |
| Eden Prairie MN  55344 | | | DUE DATE | 26/05/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Hardware | 600 MV7 Miners | 600 | 4,100.00 | 2,460,000.00 |
| | Hardware | 15% Price Increase Due May 26/21 | 1 | 369,000.00 | 369,000.00 |

| | PAYMENT | 1,968,000.00 |
|---|---|---|
| | BALANCE DUE | **USD 861,000.00** |