# BMO Harris Bank

A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER:  ▬-288-1

STATEMENT PERIOD
02/01/21 TO 02/28/21

PAGE:   1 OF  2

COMPUTE NORTH LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED          0

CORPORATE CHECKING                          ACCOUNT NUMBER     ▬-288-1

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS



## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|



FEB 05 FED WIRE TRANSFER DEBIT   210205259380        820,000.00

# BMO Harris Bank

**A part of BMO Financial Group**

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:  ▮▮▮-288-1

STATEMENT PERIOD
02/01/21 TO 02/28/21

PAGE:     2 OF   2

COMPUTE NORTH LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344



| | | | |
|---|---|---|---|
| FEB 19 FED WIRE TRANSFER DEBIT  210219459967 | | | |
| FEB 22 FED WIRE TRANSFER CREDIT 210222479018 | 984,000.00 | | |
| FEB 22 FED WIRE TRANSFER DEBIT  210222483721 | | | 699,990.00 |
| FEB 23 FED WIRE TRANSFER CREDIT 210223488679 | 984,000.00 | | 124,100.00 |
| FEB 23 FED WIRE TRANSFER CREDIT 210223492114 | | | 134,980.00 |
| FEB 24 FED WIRE TRANSFER CREDIT 210224512657 | | | 72,880.00 |

CLOSING DAILY BALANCES AND DEBIT TOTALS



| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|---|---|---|---|---|---|

TRANSACTION SUMMARY INFORMATION



| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|

# BMO Harris Bank

**A part of BMO Financial Group**

**BMO Harris Bank N.A.**
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:                          ▆▆-293-1

STATEMENT PERIOD
04/01/21 TO 04/30/21

PAGE:       1 OF    3

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED                       0

| CORPORATE CHECKING | ACCOUNT NUMBER | ▆▆-293-1 |
|---|---|---|

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS                          .00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
   16 DEPOSITS
   48 WITHDRAWALS

YOUR ENDING BALANCE WAS                           .00
YTD INTEREST PAID IS                              .00
YTD INTEREST WITHHELD IS                          .00

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| | ███████ | ██████ | ███████ |
| | | | |
| APR 19 | IP 210419985126 INCOMING PAYMENT MT103 | | 257,985.00 |
| | ███████ | ██████ | |

MEMBER FDIC

# BMO Harris Bank

**A part of BMO Financial Group**

**BMO Harris Bank N.A.**
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:                    ████-288-1

STATEMENT PERIOD
06/01/21 TO 06/30/21

PAGE:        1 OF    3

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

ITEMS ENCLOSED                 0

---

CORPORATE CHECKING                              ACCOUNT NUMBER        ████-288-1

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS         ████████

YOUR TRANSACTIONS THIS PERIOD INCLUDED:  ████████████

YOUR ENDING BALANCE WAS           ████████
YTD INTEREST PAID IS                      .00
YTD INTEREST WITHHELD IS                  .00

---

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
 
| JUN 08 | WIRE TRANSFER CREDIT      210608542315 | | 193,500.00 |



**BMO Harris Bank**

A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:          ████-288-1

STATEMENT PERIOD
08/01/21 TO 08/31/21

PAGE:     3 OF     4

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
OPERATING ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN  55344

AUG 24 FED WIRE TRANSFER CREDIT 210824796235                    64,500.00

MEMBER FDIC

**BMO Harris Bank**

A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:                    ████-293-1

STATEMENT PERIOD
11/01/21 TO 11/30/21

PAGE:      2 OF      5

COMPUTE NORTH LLC
ASSIGNED ACCOUNT FSI POST ROAD
ADMINISTRATIVE LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN   55344



NOV 05 FED WIRE TRANSFER DEBIT   211105071330                              41,000.00

MEMBER FDIC

# BMO Harris Bank

A part of BMO Financial Group

**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER:          ▆▆▆-293-1

STATEMENT PERIOD
03/01/22 TO 03/31/22

PAGE:    3 OF   6

COMPUTE NORTH LLC
DISBURSEMENT ACCOUNT
7575 CORPORATE WAY
EDEN PRAIRIE MN   55344



MAR 16 FED WIRE TRANSFER DEBIT   220316185416



22,009.38

MEMBER FDIC