## Nicholas C. Brown

**From:**         Taylor Kohl
**Sent:**         Thursday, November 4, 2021 11:30 AM
**To:**           Ro Shirole
**Subject:**      RE: Compute North statement of account

Okay great, thanks! I actually just found what happened with Merchant, it was coded as Colo Down Deposit in Sonar, that's why it never showed up in Deferred Equipment Revenue. I'll look at fixing that.

ZG I believe still needs to get paid up, it looks like we had invoiced them but then pulled it back. I'll confer with Mason today and get that off to them as needed.

**Taylor Kohl**
Contract Accountant

**Compute North**
m +1 612.718.1265

www.computenorth.com

---

**From:** Ro Shirole <ro.shirole@computenorth.com>
**Sent:** Wednesday, November 3, 2021 9:02 PM
**To:** Taylor Kohl <taylor.kohl@computenorth.com>
**Subject:** RE: Compute North statement of account

True North gave us an invoice for the 15% increase on 650 units, I believe. NFN8 cancelled their order. Merchant Mining paid the increase plus an extra 5% since they are going to be hosting those elsewhere (we need to make sure theirs do not ship to the U.S.). Zero G also paid the increase but not the 5% since they are hosting with us.

I hope that helps!

**Ro Shirole**
VP of Strategy and Business Development
**Compute North**
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

-------- Original message --------
From: Taylor Kohl <taylor.kohl@computenorth.com>
Date: 11/3/21 8:56 PM (GMT-06:00)
To: Ro Shirole <ro.shirole@computenorth.com>
Subject: RE: Compute North statement of account

Hi Ro,

Do you know if we have an updated agreement for the price increase from True North? I don't see anything we have that matches the amount on their statement, so want to confirm that before we pay this.

Anything else you can fill me in on with this situation? I know the NFN8 order was cancelled, and Merchant Mining had a price increase factored in, I see that modified agreement. Was ZG Compute given the same price increase? I haven't found that agreement. Just want to make sure this all makes sense before finishing it up.

Thanks,

**Taylor Kohl**
Contract Accountant

**Compute North**
m +1 612.718.1265

www.computenorth.com

**From:** Ro Shirole <ro.shirole@computenorth.com>
**Sent:** Wednesday, November 3, 2021 6:09 PM
**To:** Taylor Kohl <taylor.kohl@computenorth.com>
**Subject:** FW: Compute North statement of account

Fyi...

**Ro Shirole**
VP of Strategy and Business Development
**Compute North**
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

-------- Original message --------
From: Heather Boyer <heather@truenorthds.com>
Date: 11/3/21 6:08 PM (GMT-06:00)
To: Ro Shirole <ro.shirole@computenorth.com>
Cc: TNDS Finance <finance@truenorthds.com>
Subject: Compute North statement of account

Hi Ro,

Given the progress on the MinerVa units shipping it is appropriate to address the balance owing on the account.  The payment of $820K made on the cancelled order was applied to the order for 600 units leaving the balance of $41K owing.  If you could please have this wire processed, preferably by Nov 5, that would be appreciated.

Thanks kindly,

Heather Boyer, CPA, CGA

Controller
c. 1.403.542.3701
*heather@truenorthds.com*

