**Nicholas C. Brown**

| | |
|---|---|
| **From:** | Kyle Wenzel |
| **Sent:** | Monday, December 13, 2021 5:21 PM |
| **To:** | Max Niederluecke |
| **Subject:** | RE: Bobs Limited |

You da man, thanks!

---

**From:** Max Niederluecke <max.niederluecke@computenorth.com>
**Sent:** Monday, December 13, 2021 4:20 PM
**To:** Taylor Kohl <taylor.kohl@computenorth.com>; Dave Movius <dave.movius@computenorth.com>
**Cc:** Kyle Wenzel <kyle.wenzel@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Breanna Baker <breanna.baker@computenorth.com>
**Subject:** RE: Bobs Limited

+Dave M.

I believe all of the recent communication has been between Dave M. and Merchant's attorney.

Dave – To summarize the current situation, True North / Minerva requested an additional payment equal to 15% ($193,500) of the original purchase price in order to fulfill the 300 unit MV7 order we placed for Merchant Mining. I understand there was some legal back and forth between Compute North and Merchant that you were handling. I believe the resolution was that Compute North would allow Merchant to host the miners elsewhere if they paid us the additional 15% plus a 5% contract break fee. Merchant paid us the 5% fee, but has still not paid us the 15% fee, which we have already paid to True North. Due to some internal miscommunication, authorization was given to True North to ship the miners directly to Mercahnt Mining, but no miners had shipped as of last week.

How should we go about reaching out to Mercahnt Mining to collect the outstanding $193,500 that they owe to Compute North?

Thanks,

**Max Niederluecke**
Sales Operations

**Compute North**
t: +1 952.279.0586
m: +1 952.215.6904

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

---

**From:** Taylor Kohl <taylor.kohl@computenorth.com>
**Sent:** Monday, December 13, 2021 3:41 PM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Kyle Wenzel <kyle.wenzel@computenorth.com>
**Subject:** RE: Bobs Limited

Does anyone have a relationship with Merchant to discuss this?

**Taylor Kohl**
Contract Accountant

**Compute North**
m +1 612.718.1265

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

---

**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** Tuesday, December 7, 2021 3:24 PM
**To:** Taylor Kohl <taylor.kohl@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Kyle Wenzel <kyle.wenzel@computenorth.com>
**Cc:** Mark Bader <mark.bader@computenorth.com>
**Subject:** RE: Bobs Limited

I believe that once Amanda confirmed they were paid in full in that email to Ro, including the 5% fee to host elsewhere, that Ro gave permission to True North to release the miners straight to Merchant. Merchant will be hosting those units with True North.

How should we navigate collecting the $196K that is outstanding?

Thanks –
Brea

---

**From:** Taylor Kohl <taylor.kohl@computenorth.com>
**Sent:** Tuesday, December 7, 2021 3:04 PM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Kyle Wenzel <kyle.wenzel@computenorth.com>
**Cc:** Mark Bader <mark.bader@computenorth.com>
**Subject:** RE: Bobs Limited

Now I am remembering the issue here. We found that the $196k payment that had been credited to Merchant was actually for Zero G (ZG Compute). We corrected that, which left that amount open on Merchant.

Also, for clarity, did Merchant pull out of the purchase agreement altogether? That's what I thought I had heard of it, but from below it sounds like they are potentially still buying the units but just not hosting them here, which is what the extra 5% fee was for.

**Taylor Kohl**
Contract Accountant

**Compute North**
m +1 612.718.1265

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** Breanna Baker <breanna.baker@computenorth.com>
**Sent:** Tuesday, December 7, 2021 2:48 PM
**To:** Taylor Kohl <taylor.kohl@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Kyle Wenzel <kyle.wenzel@computenorth.com>
**Cc:** Mark Bader <mark.bader@computenorth.com>
**Subject:** FW: Bobs Limited

This thread with finance seems to confirm that Merchant did indeed pay the $196K due to complete the miner purchase. Can someone in finance confirm?

From what Max could see they paid the 5% but not the $196K, but it looks like we instructed Ro that they were paid in full?

---

**From:** Kyle Wenzel <kyle.wenzel@computenorth.com>
**Sent:** Tuesday, December 7, 2021 2:33 PM
**To:** Breanna Baker <breanna.baker@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** FW: Bobs Limited

FYI

---

**From:** Ro Shirole
**Sent:** Wednesday, August 25, 2021 2:01 PM
**To:** Dave Movius <dave.movius@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>; Mark Bader <mark.bader@computenorth.com>; Daniel Wotschke <daniel.wotschke@computenorth.com>
**Cc:** Tad Piper <tad.piper@computenorth.com>; Brian Schneider <brian.schneider@computenorth.com>
**Subject:** RE: Bobs Limited

These will likely ship within the next 30 days. I haven't instructed them to ship anywhere yet, but will. We'll need to invoice them, and they will need to pay, the shipping and duties charges before we can officially redirect, correct?

**Ro Shirole**
VP of Strategy and Business Development
**Compute North**
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

-------- Original message --------
From: Dave Movius <dave.movius@computenorth.com>
Date: 8/25/21 12:07 PM (GMT-06:00)
To: Amanda Piff <amanda.piff@computenorth.com>, Ro Shirole <ro.shirole@computenorth.com>, Mark Bader <mark.bader@computenorth.com>, Daniel Wotschke <daniel.wotschke@computenorth.com>
Cc: Tad Piper <tad.piper@computenorth.com>, Brian Schneider <brian.schneider@computenorth.com>
Subject: RE: Bobs Limited

Thanks, Amanda. I'll confirm with Bobs Limited that we received payment.

@Ro Shirole Do we know when they are likely to ship? And have you instructed them to ship directly to Bobs Limited?

Dave

---

**From:** Amanda Piff <amanda.piff@computenorth.com>
**Sent:** Wednesday, August 25, 2021 12:07 PM
**To:** Dave Movius <dave.movius@computenorth.com>; Ro Shirole <ro.shirole@computenorth.com>; Mark Bader <mark.bader@computenorth.com>; Daniel Wotschke <daniel.wotschke@computenorth.com>
**Cc:** Tad Piper <tad.piper@computenorth.com>; Brian Schneider <brian.schneider@computenorth.com>
**Subject:** RE: Bobs Limited

Hi everyone-

Confirming the payment has been received.  Everything looks to be accounted for and paid.

Amanda

---

**From:** Dave Movius <dave.movius@computenorth.com>
**Sent:** Wednesday, August 25, 2021 10:42 AM
**To:** Ro Shirole <ro.shirole@computenorth.com>; Mark Bader <mark.bader@computenorth.com>; Daniel Wotschke <daniel.wotschke@computenorth.com>
**Cc:** Amanda Piff <amanda.piff@computenorth.com>; Tad Piper <tad.piper@computenorth.com>; Brian Schneider <brian.schneider@computenorth.com>
**Subject:** RE: Bobs Limited

See attached. It looks like Bobs Limited has sent payment for the 5%. Can you confirm that we received payment, that everything else has been paid, etc., so we can close this out?

Dave

---

**From:** Ro Shirole <ro.shirole@computenorth.com>
**Sent:** Wednesday, August 25, 2021 5:41 AM
**To:** Mark Bader <mark.bader@computenorth.com>; Daniel Wotschke <daniel.wotschke@computenorth.com>
**Cc:** Amanda Piff <amanda.piff@computenorth.com>; Dave Movius <dave.movius@computenorth.com>; Tad Piper <tad.piper@computenorth.com>
**Subject:** RE: Bobs Limited

Mark/Danny,

Hello! Checking back on this one. Once we can confirm that all other invoices have been paid in full, Dave M will be able to respond to confirm that we will reroute the miners to the address provided upon payment of the shipping and duties charges.

Please note, we will not know what the shipping and duties charges will be until very close to when the miners are ready to ship, so we will need to invoice for those fees very quickly once the manufacturer notifies us of the cost.

Dave/Tad anything to add?

**Ro Shirole**
VP of Strategy and Business Development
**Compute North**

4

(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

-------- Original message --------
From: Mark Bader <mark.bader@computenorth.com>
Date: 8/23/21 2:34 PM (GMT-06:00)
To: Daniel Wotschke <daniel.wotschke@computenorth.com>
Cc: Amanda Piff <amanda.piff@computenorth.com>, Ro Shirole <ro.shirole@computenorth.com>
Subject: FW: Bobs Limited

Danny – As you get up to speed on all things A/R, this may be a good / easy question for you to handle. See Ro's question below. Let's circle up once you have this pulled together, then we can report back. Thanks!

Mark

**Mark Bader**
Corporate Controller

**Compute North**
m: +1 952.807.4761
t: +1 951.338.4375

www.computenorth.com

**From:** Ro Shirole <ro.shirole@computenorth.com>
**Sent:** Monday, August 23, 2021 2:21 PM
**To:** Dave Movius <dave.movius@computenorth.com>
**Cc:** Tad Piper <tad.piper@computenorth.com>; Mark Bader <mark.bader@computenorth.com>
**Subject:** RE: Bobs Limited

Looping in Mark as well.

Mark/Tad, can you confirm all of Bob's Limited's invoices have been paid in full? They should have received invoices for the miners, the 15% manufacturer addition as well as the 5% fee for miners not hosted with CN. As soon as this is confirmed, we can confirm shipping direct to the address they provided.

Fyi...I have been in contact with Matt Merchant (in writing via WhatsApp) regarding the potential ship dates as far as we are aware of to date.

**Ro Shirole**
VP of Strategy and Business Development
**Compute North**
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

-------- Original message --------
From: Dave Movius <dave.movius@computenorth.com>
Date: 8/23/21 1:52 PM (GMT-06:00)
To: Ro Shirole <ro.shirole@computenorth.com>
Cc: Tad Piper <tad.piper@computenorth.com>
Subject: FW: Bobs Limited

Ro –

Another letter from Merchant/Bobs Limited. Please confirm (1) that the numbers are all correct and (2) that we are able to redirect shipping.

Dave

**From:** Tony Merchant <tmerchant@merchantlaw.com>
**Sent:** Monday, August 23, 2021 2:03 PM
**To:** Dave Movius <dave.movius@computenorth.com>
**Subject:** Bobs Limited

You don't often get email from tmerchant@merchantlaw.com. Learn why this is important

Please see attached letter.
Thank you.

**Merchant Law Group LLP**
2401 Sask Drive | Regina SK S4P 4H8

**E.F. Anthony Merchant, Q.C.**      **Cell:**    306.539.7777
**Office:**   306.359.7777
**Fax:**      306.522.3299
**Email:**    tmerchant@merchantlaw.com

**From:** Scantrak <deploy@merchantlaw.com>
**Sent:** Monday, August 23, 2021 12:01 PM
**To:** Susan Bourassa <sbourassa@merchantlaw.com>
**Subject:** Your Scan File Is Attached

Your Scan File Is Attached