**RE: Minerva Update**

Heather Boyer <heather@truenorthds.com>
Thu 2021-10-14 2:35 PM

To:Peter Allard <peter@truenorthds.com>;Ro Shirole <ro.shirole@computenorth.com>

Cc:**999 TNDS Finance <finance999@truenorthds.com>**

Good afternoon Ro,

DHL is looking for importer information for this order and the order is being held at their Cincinnati Hub until that information is provided.  Can you please contact them below to provide the information required?  That will prevent any delays.

DHL USA 1.800.225.5345

Thanks kindly,

Heather

**From:** Peter Allard <peter@truenorthds.com>
**Sent:** October 5, 2021 3:07 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Cc:** TNDS Finance <finance@truenorthds.com>
**Subject:** Re: Minerva Update

Ro,

Please see below link with tracking details for (2) units shipped as sample units to get your technical team familiar with the new equipment as Minerva adjusts to recent local power shortages.

https://www.dhl.com/ca-en/home/tracking/tracking-express.html?submit=1&tracking-id=8529871663

Regarding balance of the order and shipping schedule we are continuing to work with Minerva as they navigate the current power shortage challenges and solidify their manufacturing schedule.

Likely you are already aware however please see below link for some insight with respect to current manufacturing challenges in China.

https://www.reuters.com/world/china/chinas-power-crunch-begins-weigh-economic-outlook-2021-09-27/

Regards,


Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



**From:** Peter Allard <peter@truenorthds.com>
**Sent:** September 1, 2021 1:52 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Subject:** Re: Minerva Update

Ro,

Minerva starting shipping small batches of MV7 units this week for pre-order customers and some of those miners will be allocated for Compute North, quantities will be know shortly as delivery and tracking confirmations are shared from Minerva.

In an unfortunate turn of events our primary manufacturing facility has recently experienced a Delta Strain COVID related closure and we have been forced to relocate chips and components to two alternative facilities for assembly and testing. The positive news is combined two news facilities will have and increased throughput capacity and once fully verified will get us back on track quickly.

Next steps prior to distributing a delivery schedule is a quality control verification step in each new facility to ensure that Minervas standards and specifications will be achieved. Small batches are currently in each facility for assembly and testing with results to follow very soon. Once this step has been completed remaining orders will be expedited.

Regards,

Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com



**From:** Peter Allard
**Sent:** August 4, 2021 12:24 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Subject:** Minerva Update

Ro,

We are pleased and excited to provide the following update regarding the development and delivery of your Minerva MV7 miners.

Initial engineering samples were received at the testing laboratory mid July and we are very pleased to report that they have been running stably within rated specifications for their first two weeks in operation. Further testing will be ongoing during through the initial 30 day aging period however the Minerva technical team is very confident in the hashboard design and layout as highlighted in the below images.

Commercial sample units will be made available for expedited delivery over the next 2-3 weeks to pre-order customers and quantity will be prorated on initial deliveries based on volume of sample units passing through the quality control process. At this time we require confirmation of desired delivery address, please advise in response to this email if you wish to proceed with delivery address as stated in purchase agreement or redirect to an alternative location.

- **Below Images**: 3 hashboards design with 108 chips per hashboard.



- **Below Image:** Firmware with Both RPC and Web API support (This is an engineering sample, the mass production one will be 95 to 105T).



- **Below Image:** Liquid Immersion Cooling is still under development and validation but the ability to toggle firmware selection based on cooling environment will be a standard feature.



**Below Image:** The first mass production batch of chips are tested, packaged and sorted, these chips are now in the factory, it will take 2 to 3 weeks to produce the hash boards.



We will keep you updated on the production progress and delivery schedule, please feel free to contact me if you have any questions or concerns.

Regards,

Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com

