# Minerva Update

Peter Allard <peter@truenorthds.com>
Wed 2021-10-27 11:54 AM
To:Ro Shirole <ro.shirole@computenorth.com>
Cc:Scott Bonnell <scott.bonnell@truenorthds.com>

Ro,

I would like to introduce True North's Logistics specialist Scott Bonnell who will be overseeing the logistical considerations as your equipment is delivered to its hosting location.

Minerva update as follows,

- Energy shortages in China were resolved as of last week and 1 of 2 assembly and testing facilities are now back online.
- Anticipated weekly deliveries to be prepared and shipped near the end of each week, with next shipment estimated at <5% of total deliverable order and ramping up, as our facilities come fully online from the shut down over the coming weeks.
- Link below announcing the successful release of chip supply

https://www.coindesk.com/business/2021/10/21/agm-receives-second-batch-of-orders-for-asic-miners/

Regards,


Peter Allard
President
c.1-780-983-8159
e. peter@truenorthds.com

