| | |
|---|---|
| **From:** | Peter Allard |
| **To:** | Scott Bonnell; matthew@get.love |
| **Subject:** | Minerva Updates |
| **Date:** | Wednesday, January 12, 2022 3:36:25 PM |
| **Attachments:** | Outlook-hv1siqrr.png |

Scott,

I would like to introduce you to Matthew Merchant who is one of True Norths clients for both hosting and miner sales. More specifically Matthew has ordered (300) Minerva MV7L miners which were originally procured through Compute North however we will now be directly responsible for.

I will work with you directly in a separate email internally to sort out logistics but for starters can you please add Matthew to your weekly email communication list for Minerva updates.

Regards,

## Peter Allard

President

c.1-780-983-8159

e. peter@truenorthds.com

