# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AMENDED AGENDA[2] FOR HEARING[3] ON OBJECTION TO CLAIM NO. 14 OF BOBS LIMITED SCHEDULED FOR SEPTEMBER 11, 2023 AT 1:30 P.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] This Agenda has been amended to reflect recent filings on 09/08/2023 (Docket No. 1257) and 09/11/2023 (Docket No. 1261).

[3] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Going Forward**

1. Debtor's Objection to Claim No. 14 of Bobs Limited [Docket No. 850].

    **Responses:**

    A. Bobs Limited's Answer to Objection to Claim #14 [Docket No. 1023].

    B. Plan Administrator's Motion *in Limine* and Supporting Memorandum of Law to Exclude Evidence Concerning Consequential Damages, Including but not Limited to Lost Profits [Docket No. 1255].

    C. Bobs Limited's Objection to Declaration of Ryan Mersch [Docket No. 1257].

    **Related Documents:**

    A. Proof of Claim No. 14 of Bobs Limited

    B. Courtroom Minutes for the Initial Hearing on Objection to Claim [Docket No. 1048].

    C. Order Granting the Joint Motion to Continue Hearing on Debtors' Objection to Claim No. 14 of Bobs Limited [Docket No. 1174].

    D. Creditor Bobs Limited's Witness and Exhibit List [Docket No. 1249]

    E. Plan Administrator's Witness and Exhibit List [Docket No. 1250]

    F. Plan Administrator's Amended Witness and Exhibit List [Docket No. 1261].

    **Status**:  This matter is going forward **as a final evidentiary hearing.**

Dated: September 11, 2023.

Respectfully submitted,

*/s/ Nicholas C. Brown*
Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:     (651) 289-3846

|  |  |
|---|---|
| Facsimile: | (651) 406-9676 |
| E-mail: | kcasteel@askllp.com |
|  | jchristian@askllp.com |
|  | nbrown@askllp.com |

*Counsel to the Plan Administrator*

## Certificate of Service

      I certify that on September 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                            */s/ Nicholas C. Brown*
                                                            Nicholas C. Brown