# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, September 11, 2023

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Nick | Brown | ASK LLP | Plan Administrator for Compute North |