IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **MINING PROJECT WIND DOWN** | ) Case 22-90273 |
| **HOLDINGS INC. and OFFICIAL** | ) |
| **COMMITTEE OF UNSECURED** | ) |
| **CREDITORS OF MININ,** | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

## ORDER

The Court has considered the Motion for Withdrawal of Appearance and Request to Cease Service of Notices, Orders, Pleadings, and Documents filed by Liz Boydston, and any responses or replies, and has concluded that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Ms. Boydston's appearance on behalf of the Interested Parties Alder BTC Holdings, LLC, Alder Opportunity, LP, and Alder SPV I, LLC is withdrawn and that service of any notices, orders, pleadings, and documents on Ms. Boydston shall cease.

IT IS SO ORDERED.

Signed: _____, 2023
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

1