# Nicholas C. Brown

| | |
|---|---|
| **From:** | Amanda Piff <amanda.piff@wandcorp.onmicrosoft.com> |
| **Sent:** | Monday, February 22, 2021 12:11 PM |
| **To:** | Ro Shirole; Tad Piper |
| **Subject:** | RE: True North 2nd wire |

Nothing yet.  Keep you posted.

Amanda

---

**From:** Ro Shirole
**Sent:** Monday, February 22, 2021 6:30 AM
**To:** Tad Piper; Amanda Piff
**Subject:** RE: True North 2nd wire

2 wires totalling $1,032,000 incoming! Please send me confirmation once received. Thx!


**Ro Shirole**
VP of Strategy and Corporate Development
**Compute North –** *Get Mining.*
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go



-------- Original message --------
From: Tad Piper <tad.piper@computenorth.com>
Date: 2/21/21 10:58 PM (GMT-06:00)
To: Ro Shirole <ro.shirole@computenorth.com>, Amanda Piff <amanda.piff@computenorth.com>
Subject: RE: True North 2nd wire

Amanda,
I need you to take point on confirming this and letting me know when the wire needs to be approved.

This wire should be exactly the same amount as the wire we processed on Friday.

Thank you,
Tad

**Tad Piper, CFA**
CFO

**Compute North**
(W)  www.computenorth.com
(E)  tad.piper@computenorth.com
(M)  650.868.0509

**From:** Ro Shirole <ro.shirole@computenorth.com>
**Sent:** Sunday, February 21, 2021 9:32 PM
**To:** Tad Piper <tad.piper@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>
**Subject:** True North 2nd wire

Just a reminder that we have 2 incoming wires tomorrow from Merchant Mining and we will need to turn around a wire to True North asap in the morning. Thank you and please call/txt with any questions.


**Ro Shirole**
VP of Strategy and Corporate Development
**Compute North –** *Get Mining.*
(W) www.computenorth.com
(E) ro.shirole@computenorth.com
(O) 952.279.0587
(C) 612.709.7676

Sent by Ro on the Go

# Nicholas C. Brown

| | |
|---|---|
| **From:** | Mark Bader |
| **Sent:** | Wednesday, June 23, 2021 11:02 PM |
| **To:** | Mason Rudin |
| **Subject:** | RE: Minerva Equipment Purchases |

Nice job on this!

**Mark Bader**
Corporate Controller

**Compute North**
m: +1 952.807.4761
t: +1 951.338.4375

www.computenorth.com

---

**From:** Mason Rudin <mason.rudin@computenorth.com>
**Sent:** Wednesday, June 23, 2021 4:45 PM
**To:** Mark Bader <mark.bader@computenorth.com>
**Subject:** FW: Minerva Equipment Purchases

Sorry, I forgot to CC you on this, just sent it over to Ro!

---

**From:** Mason Rudin
**Sent:** Wednesday, June 23, 2021 4:18 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Cc:** Tad Piper <tad.piper@computenorth.com>; Amanda Piff <amanda.piff@computenorth.com>
**Subject:** Minerva Equipment Purchases

Hi Ro,

We have three customers that have Minerva miners purchased from us via True North – Merchant Mining, ZG Compute, NFN8.  It looks like we have two signed contracts for True North to facilitate these orders for Minerva 100TH, one for 600 (Merchant Mining & ZG Compute) and the other for 250 (NFN8). Here's what we have found so far/questions we've come across:

1- Merchant Mining is paid in full + the additional 15% price increase on the equipment.
2- What was the agreed investment amount between ZG Compute and Compute North? Please confirm with an e-mail or contract what our obligation is.  Right now ZG's outstanding AR balance may be close the amount we agreed, which would make them paid in full for this hardware purchase.
3- Do we have a finalized contract between ZG Compute and Compute North for the 322 Minerva MV7s, as well as the agreement between CN and True North?  Would this contract also be impacted by the 15% increase?
4- NFN8  - we have the signed contract, and an initial payment on 2/8/2021. I am double checking our mining transactions to make sure they are paid in full.

Thanks,

**Mason Rudin**
Accountant

1

Exhibit A 5

**Compute North**
t: (952) 204-9993
www.computenorth.com

2