| | |
|---|---|
| **From:** | David Little |
| **To:** | Ro Shirole |
| **Cc:** | Peter Allard; Patty Kent |
| **Date:** | Wednesday, May 26, 2021 10:51:25 PM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | Compute North (250) 1008.pdf |
| | Compute North (600) 1009.pdf |

Ro, these were sent to you on May 18th, see below.

Dave

David Little
CFO
c. 1.403.618.3531
*dlittle@truenorthds.com*



---

**From:** David Little
**Sent:** May 18, 2021 4:23 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Cc:** Peter Allard <peter@truenorthds.com>
**Subject:** ***URGENT***Invoices Attached

Gentlemen,

Further to Peter's email of this afternoon regarding the price changes from the supplier, attached are your revised invoices.

Please note the due date of May 26th, 2021.

Regards,

David Little
CFO
c. 1.403.618.3531
*dlittle@truenorthds.com*



**From:** Peter Allard <peter@truenorthds.com>
**Sent:** May 18, 2021 2:33 PM
**To:** Ro Shirole <ro.shirole@computenorth.com>
**Cc:** David Little <dlittle@truenorthds.com>
**Subject:** ***URGENT***

Dear True North Customer,

**\*\*\*Please note, this email is formal notice from True North Data Solutions Inc. for your immediate review and consideration.\*\*\***

True North has been informed that, due to impacts arising from global supply chain and capacity constraints, all Minerva MV7 orders placed to-date will be subject to a 15% price increase. This unexpected and unforeseen increase has been directly triggered from the chip foundry and caused by their increased cost of production. Please note that this foundry driven price adjustment is a global uniform adjustment, with no discrimination between industry or customer and is a direct pass-through cost.

The True North finance team is currently preparing invoices to reflect this price adjustment which will follow this email communication by end of day. After your invoice has been received, I would like to offer time for a follow-up conversation to answer any questions you may have; including receiving your decision on whether the price adjustment will be accepted or if a refund is preferable by you.

On a separate matter and as previously communicated Minerva had up until now been sold out of 2021 capacity for MV7 units. However, as a direct result of this foundry driven price increase, and due to cancelled orders from our direct competitors, we have secured an additional 25,000 units of MV7 capacity for **Q4 2021** production. Please advise if there is interest in this newly allocated capacity. If there is interest, we will share an updated pricing sheet for review and consideration.

Thank you in advance for your understanding of this matter.  Please know that as both a distributor and customer in this situation True North shares your frustration.

Regards,

Peter Allard

President

c. 1-780-983-8159

e. [peter@truenorthds.com](peter@truenorthds.com)



Exhibit A 6

**True North Data Solutions (U.S.) Inc**

3-559 Hurricane Dr
Calgary AB  T3Z 3S8
403-618-3531
dlittle@truenorthds.com



# INVOICE

| BILL TO | | INVOICE | 1008 |
|---|---|---|---|
| Compute North LLC | | DATE | 05/02/2021 |
| 7575 Corporate Way | | TERMS | Due Date |
| Eden Prairie MN  55344 | | DUE DATE | 26/05/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Hardware | 250 MV7 Miners | 250 | 4,100.00 | 1,025,000.00 |
| Hardware | 15% Price Increase Due May 26/21 | 1 | 153,750.00 | 153,750.00 |

| | PAYMENT | 820,000.00 |
|---|---|---|
| | BALANCE DUE | **USD 358,750.00** |

Exhibit A 6

**True North Data Solutions (U.S.) Inc**

3-559 Hurricane Dr
Calgary AB  T3Z 3S8
403-618-3531
dlittle@truenorthds.com



# INVOICE

| BILL TO | | | | |
|---|---|---|---|---|
| Compute North LLC | | INVOICE | | 1009 |
| 7575 Corporate Way | | DATE | | 19/02/2021 |
| Eden Prairie MN  55344 | | TERMS | | Due Date |
| | | DUE DATE | | 26/05/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Hardware | 600 MV7 Miners | 600 | 4,100.00 | 2,460,000.00 |
| | Hardware | 15% Price Increase Due May 26/21 | 1 | 369,000.00 | 369,000.00 |

|  |  |
|---|---|
| PAYMENT | 1,968,000.00 |
| BALANCE DUE | **USD 861,000.00** |