

2401 Saskatchewan Drive
Regina, Saskatchewan
S4P 4H8

**E.F.A. Merchant Q.C.**
tmerchant@merchantlaw.com
(306) 539-7777

August 17, 2021

Compute North

Dave.movius@computenorth.com

ATTENTION:   David T. Movius
             General Counsel

Dear Mr. Movius

Bobs Limited will forthwith pay the 5% demanded by Compute North by way of a so-called break fee.  Bobs Limited will effect that payment under protest to get its miners reserving the right to sue for its recovery and sue for other asserted wrongs.

Incidently, even now the miners have not been shipped and it is 60 days from shipping, but it is purposeless to argue with you through correspondence.

5% of $1,290,000 is $64,500.

We have the wire coordinates for Compute North as:

| | |
|---|---|
| **Bank Name:** | BMO Harris Bank NA |
| **Bank Swift Number:** | HATRUS44 |
| **Beneficiary Name:** | Compute North LLC |
| **Beneficiary Account Number:** | ▇2881 |

*Executed*

- 2 -

Please confirm:

1. Upon receipt of this further payment of $64,500 and you will see from checking our account that all other required payments were made, Compute North will direct that the miners will be shipped as Bobs directs.

2. Bobs directs that the miners be shipped to:
400, 2710 - 17th Avenue SE, Calgary, Alberta  T2A OP6

3. I have previously noted for you that Compute North would needlessly increase its probable liability if for some unfathonable reason you insisted that the miners be shipped to your facility, only then to be shipped to the Calgary address where Bobs wants them as indicated above, which would:

    1. result in both Canadian and American import duties being charged.
    2. cause a second shipping cost,
    3. result in probably damage to the machines, and
    4. cause delay both by receipt by Compute North, transhipping, delays in customs, and in the result delaying the miners going on-line.

Please write to me as quickly as possibly and the funds will be forwarded upon confirmation that Compute North will direct the shipment to the Calgary address as shown.

Yours truly,

MERCHANT LAW GROUP LLP

PER:

E.F. Anthony Merchant, QC

EFAM*sb

Y:\Wpdata\Susan\DAILY\2021\Compute North 08 17 2021.wpd