# Nicholas C. Brown

| | |
|---|---|
| **From:** | Cherlynn Luoma |
| **Sent:** | Sunday, March 27, 2022 1:48 PM |
| **To:** | computenorth.101@Bill.com |
| **Subject:** | FW: 3.16.2022 Wire Payment for Approval - Taylor |
| **Attachments:** | Invoice_1036_from_True_North_Data_Solutions_US_Inc.pdf; True North Data Solutions (U.S.) Inc - New Account Letter - Signed.pdf |

**From:** Taylor Kohl <taylor.kohl@computenorth.com>
**Sent:** Tuesday, March 15, 2022 3:22 PM
**To:** Mark Bader <mark.bader@computenorth.com>
**Cc:** Cherlynn Luoma <cherlynn.luoma@computenorth.com>; Jen Fahler <jen.fahler@computenorth.com>
**Subject:** 3.16.2022 Wire Payment for Approval - Taylor

Hi Mark,

We received the attached invoice for shipping costs from True North related to a sale to ZG. Wire payment is set for tomorrow, 3/16. I'll turn around the invoice to ZG tomorrow as well.

Inv 1036 shipping 74 MinerVa units - $22,009.38

This was set up via the (second attachment) instructions provided by and confirmed by True North.

Cheri, please code AP invoice to 141900.

Thanks,

**Taylor Kohl**
Contract Accountant

**Compute North**
m +1 612.718.1265

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

Exhibit A 13

**True North Data Solutions (U.S.) Inc**

3-559 Hurricane Dr
Calgary AB  T3Z 3S8
403-618-3531
dlittle@truenorthds.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Compute North LLC | Compute North LLC | INVOICE | 1036 |
| 7575 Corporate Way | 7575 Corporate Way | DATE | 25-02-2022 |
| Eden Prairie, MN  55344 USD | Eden Prairie, MN  55344 USD | TERMS | Due on receipt |
| | | DUE DATE | 25-02-2022 |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 30-11-2021 | Shipping | Nov 2021 Shipping of MiverVa units to Kearney, NE | 2 | 185.00 | 370.00 |
| 31-12-2021 | Shipping | Dec 2021 Shipping of MiverVa units to Kearney, NE | 24 | 312.125 | 7,491.00 |
| 31-01-2022 | Shipping | Jan 2022 Shipping of MiverVa units to Kearney, NE | 48 | 294.7579167 | 14,148.38 |

Nov 2021, Dec 2021 & Jan 2022 shipping charges for 74 MinerVa units. Adjusted to remove NB Sales Taxes

| | |
|---|---:|
| SUBTOTAL | 22,009.38 |
| TOTAL | 22,009.38 |
| BALANCE DUE | **USD 22,009.38** |



CIBC Bank USA
120 South LaSalle
Chicago, Illinois  60603
Tel: 312 564-2000

Exhibit A-13

05/29/2020

**STRICTLY PRIVATE AND CONFIDENTIAL**
**FOR ADDRESSEE INFORMATION ONLY**

True North Data Solutions (U.S.) Inc

3 - 559Hurricane Drive

Cagary AB T3Z 3C8-CAN

Re:     True North Data Solutions (U.S.) Inc
        Confirmation of New Account

At CIBC Bank USA, we appreciate the opportunity to meet your banking needs.  We write to inform you that the entity referenced above has been assigned a US Dollar denominated account at CIBC Bank USA.  Below, please find the appropriate wire instructions which can be used to fund the account or given to vendors or clients who will be submitting funds to you via wire transfer:

| | |
|---|---|
| Bank Name: | CIBC Bank USA |
| Bank Address: | 120 South LaSalle Street |
| | Chicago, IL  60603 |
| ABA: | 0710-0648-6 |
| SWIFT Code: | PVTBUS44 |
| Favor of ("F/O"): | True North Data Solutions (U.S.) Inc |
| Account ("A/C"): | ███5272 |

Please let me know if I can be of further assistance.

Sincerely yours,

*Hollie Hermes*

Hollie Hermes

Client Banking Specialist

For and on behalf of
CIBC Bank USA