IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered) |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION FOR LEAVE TO FILE SUR-SUR-REPLY IN SUPPORT OF THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM ASSERTED BY NELU MIHAI (CLAIM NO. 10029)**

The Court has reviewed the *Plan Administrator's Motion for Leave to File Sur-Sur-Reply in Support of the Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029)* (the "Motion") and the pleadings associated therewith. The Court finds that the requested relief is appropriate under the circumstances. Accordingly, it is

ORDERED THAT:

1. The Motion is granted; and

2. The Plan Administrator is authorized to file the Proposed Sur-Sur-Reply attached to the Motion.

Signed: _____

_____
**MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**