2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

Mining Project Wind Down Holdings Inc.  
300 North LaSalle  
Suite 1420  
Chicago IL 60654

Official Committee of Unsecured Creditor  
300 North LaSalle  
Suite 1420  
Chicago IL 60654

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2023.

Name and Address of Alleged Transferor(s):

Claim No. : Edward Drake Harvey III, 373 North Sea Lake Lane, Ponte Vedra Beach, FL 32082

Name and Address of Transferee:

Bradford Capital Holdings, LP  
c/o Bradford Capital Management, LLC  
P.O. Box 4353  
Clifton, NJ 07012

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/23/23

**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                         Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.                             Chapter 11
Official Committee of Unsecured Creditor
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                                User: ADIuser                                     Page 1 of 6
Date Rcvd: Sep 21, 2023                       Form ID: trc                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 12526755 | + | Edward Drake Harvey III, 373 North Sea Lake Lane, Ponte Vedra Beach, FL 32082-4756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | |
| | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | |
| | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | |
| | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | |
| | on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, |

District/off: 0541-4 User: ADIuser Page 2 of 6
Date Rcvd: Sep 21, 2023 Form ID: trc Total Noticed: 1

    alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew Christian Papa

    on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa

    on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa

    on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa

    on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard

    on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Brandon Renken

    on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs

    on behalf of Interested Party Plan Administrator crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Plaintiff Tribolet Advisors LLC crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Other Prof. Mining Project Wind Down Holdings  Inc. Litigation Trust and the Plan Administrator crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Other Prof. McDermott Will & Emery LLP crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust and Plan Administrator crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings  Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles Stephen Kelley

    on behalf of Creditor Sunbelt Solomon Services  LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power

    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg

    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) computenorth.ph@paulhastings.com

Daniel P Ginsberg

    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) computenorth.ph@paulhastings.com

Debbie E. Green

    on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust and Plan Administrator dgreen@mwe.com, jbishopjones@mwe.com

Debbie E. Green

    on behalf of Plaintiff Tribolet Advisors LLC dgreen@mwe.com  jbishopjones@mwe.com

Elizabeth Carol Freeman

    on behalf of Financial Advisor Portage Point Partners  LLC liz@lizfreemanlaw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Elizabeth Nicolle Boydston

District/off: 0541-4 User: ADIuser Page 3 of 6
Date Rcvd: Sep 21, 2023 Form ID: trc Total Noticed: 1

| | |
|---|---|
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder Opportunity LP lboydston@gutnicki.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder SPV I LLC lboydston@gutnicki.com |
| Elizabeth Nicolle Boydston | on behalf of Interested Party Alder BTC Holdings LLC lboydston@gutnicki.com |
| Heather Berkowitz | on behalf of Creditor ASM Capital X LLC asm@asmcapital.com |
| Idris Motiwala | on behalf of Transferee LP1 LLC imotiwala@crowell.com |
| J Michael Sutherland | on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com |
| Jake Gordon | on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com, schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |

| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: trc | Total Noticed: 1 |

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com

James Tillman Grogan, III
    on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com

James Tillman Grogan, III
    on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jarrod B. Martin
    on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason S Brookner
    on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jessica Liou
    on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

Jessica Liou
    on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com

John Lewis, Jr.
    on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John Lewis, Jr.
    on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com

John Willard
    on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com

John David Cornwell
    on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John F Higgins, IV
    on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Joseph William Buoni
    on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com

Justin M Mertz
    on behalf of Creditor Atlas Technology Group LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com

Kara E. Casteel
    on behalf of Debtor Mining Project Wind Down Holdings Inc. kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com

Kara E. Casteel
    on behalf of Other Prof. Mining Project Wind Down Holdings  Inc. Litigation Trust and the Plan Administrator kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com

Kenneth P. Green
    on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin M. Capuzzi
    on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kristhy M Peguero

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: Sep 21, 2023 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Laura J Monroe | on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Leslie Blake Rasner | on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com  dserenil@haleyolson.com |
| Lori Ann Hood | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Lori Ann Hood | on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com |
| Maegan Quejada | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark A Carter | on behalf of Creditor Reviva  Inc. mcarter@hinshawlaw.com, grodriguez@hinshawlaw.com;courtfiling@hinshawlaw.com |
| Mark Adam Castillo | on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com, lsparks@ccsb.com |
| Mark Adam Castillo | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com  lsparks@ccsb.com |
| Matt Micheli | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matt Micheli | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matthew Hoffman | on behalf of Creditor Veribi LLC mhecf@aol.com |
| Matthew Lee Brod | on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com |
| Matthew Scott Okin | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew Scott Okin | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com |
| Matthew W Silverman | on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com |
| Matthew W Silverman | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Meredyth A. Kippes | on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party GH Effect  Inc. meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder SPV I  LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder Opportunity  LP meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | on behalf of Interested Party Alder BTC Holdings  LLC meredyth.kippes@usdoj.gov |
| Michael G Kelly | on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com |
| Nelu Mihai | nelumihai@prodigy.net |
| Nicholas C Brown | |

| | |
|---|---|
| | on behalf of Debtor Tribolet Advisors LLC solely in its capacity as Plan Administrator nbrown@askllp.com |
| Nicholas C Brown | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. nbrown@askllp.com |
| Patricia B. Tomasco | |
| | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com |
| Patrick M Haines | |
| | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | |
| | on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com |
| Rachael L Smiley | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | |
| | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Ralph McDowell | |
| | on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com |
| Randall Adam Swick | |
| | on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com |
| Robert Coleman Rowe | |
| | on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com |
| Robert Coleman Rowe | |
| | on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com |
| Sayan Bhattacharyya | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com |
| Sayan Bhattacharyya | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) sayanbhattacharyya@paulhastings.com |
| Scott A. Stichter | |
| | on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com |
| Stephen Matthew Pezanosky | |
| | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com |
| Stephen Wayne Sather | |
| | on behalf of Creditor TeslaWatt ssather@bn-lawyers.com plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;padair@bn-lawyers.com;sfarronay@bn-lawyers.com |
| Steven A. Leyh | |
| | on behalf of Creditor Bobs Limited leyh@hooverslovacek.com  graham@hooverslovacek.com |
| T. Josh Judd | |
| | on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| T. Josh Judd | |
| | on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com |
| Tara LeDay | |
| | on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com; aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb |
| Tzvi Finman | |
| | on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 124