United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| **MINING PROJECT WIND DOWN** | § | |
| **HOLDINGS INC.,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER ON EMERGENCY MOTION TO SEAL

1. The clerk is directed to redact the sentence starting with "more than this" that is contained on page 15 of ECF 1277-2.

2. The balance of the First Emergency Motion filed at ECF No. 1279 is denied.

3. The hearing on ECF No. 1279 is canceled.

SIGNED 09/25/2023

_____
Marvin Isgur
United States Bankruptcy Judge