# TRANSCRIPT ORDER

AO 435 (Rev. 04/18) — ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

1. **NAME:** Steven A. Leyh
2. **PHONE NUMBER:** (713) 977-8686
3. **DATE:** 9/25/2023
4. **DELIVERY ADDRESS OR EMAIL:** 5051 Westheimer, Ste 1200 / leyh@hooverslovacek.com
5. **CITY:** Houston
6. **STATE:** Tx
7. **ZIP CODE:** 77056
8. **CASE NUMBER:** 22-B-90273 (MI)
9. **JUDGE:** Hon. Marvin Isgur

**DATES OF PROCEEDINGS**
10. FROM 9/11/2023
11. TO 9/11/2023

12. **CASE NAME:**

**LOCATION OF PROCEEDINGS**
13. CITY: Houston
14. STATE: Texas

**15. ORDER FOR:**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire proceeding: 9/11/2023 | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**ESTIMATE TOTAL:** 0.00

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. **SIGNATURE:** /s/ Steven A. Leyh
19. **DATE:** 9/25/2023

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY