**United States Bankruptcy Court**

**Southern District of Texas**

In re: Mining Project Wind Down Holdings, Inc.  Chapter 11
(f/k/a Compute North Holdings, Inc.)

Case No. 22-90273

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that David T. Movius a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
David T. Movius
19558 Battersea Blvd.
Rocky River, OH 44116

New Address
David T. Movius
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

David T. Movius

By: _____

Name: David T. Movius

Date: 9/22/23