United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (F/K/A COMPUTE NORTH HOLDINGS, INC.),<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-90273 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN CORPUS CHRISTI LLC (F/K/A CN CORPUS CHRISTI LLC),<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-90272 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN ATOKA LLC (F/K/A CN ATOKA LLC),<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-90276 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN BS LLC (F/K/A CN BIG SPRINGS LLC),<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-90277 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN COLORADO BEND LLC (F/K/A CN COLORADO BEND LLC),<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-90278 (MI) |

| | |
|---|---|
| In re: <br><br> MINING PROJECT WIND DOWN DEVELOPMENTS LLC (F/K/A CN DEVELOPMENTS LLC), <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-90279 (MI) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br> MINING PROJECT WIND EQUIPMENT LLC (F/K/A CN EQUIPMENT LLC), <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-90280 (MI) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br> MINING PROJECT WIND DOWN KING MOUNTAIN LLC (F/K/A CN KING MOUNTAIN LLC), <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-90281 (MI) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br> MINING PROJECT WIND DOWN MDN LLC (F/K/A CN MINDEN LLC), <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-90282 (MI) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br> MINING PROJECT WIND DOWN MINING LLC (F/K/A CN MINING LLC), <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-32786 (MI) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN PLEDGOR LLC (F/K/A CN PLEDGOR LLC),<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-90274 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN LLC (F/K/A COMPUTE NORTH LLC),<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-90275 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN MEMBER LLC (F/K/A COMPUTE NORTH MEMBER LLC),<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-90283 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN NC08 LLC (F/K/A COMPUTE NORTH NC08 LLC),<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-90284 (MI) |
| In re:<br><br>MINING PROJECT WIND DOWN NY09 LLC (F/K/A COMPUTE NORTH NY09 LLC),<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-90285 (MI) |

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN STHDAK LLC (F/K/A COMPUTE NORTH SD, LLC),<br><br>　　　　　Debtor. | )<br>)  Chapter 11<br>)<br>)<br>)  Case No. 22-90286 (MI)<br>)<br>)<br>) |
| In re:<br><br>MINING PROJECT WIND DOWN TEXAS LLC (F/K/A COMPUTE NORTH TEXAS LLC),<br><br>　　　　　Debtor. | )<br>)  Chapter 11<br>)<br>)<br>)  Case No. 22-90287 (MI)<br>)<br>)<br>) |
| In re:<br><br>MINING PROJECT WIND DOWN TX06 LLC (F/K/A COMPUTE NORTH TX06 LLC),<br><br>　　　　　Debtor. | )<br>)  Chapter 11<br>)<br>)<br>)  Case No. 22-90288 (MI)<br>)<br>)<br>) |
| In re:<br><br>MINING PROJECT WIND DOWN TX10 LLC (F/K/A COMPUTE NORTH TX10 LLC),<br><br>　　　　　Debtor. | )<br>)  Chapter 11<br>)<br>)<br>)  Case No. 22-90289 (MI)<br>)<br>)<br>) |

**FINAL DECREE CLOSING CERTAIN CASES AND**
**AMENDING CAPTION OF REMAINING CASES**

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Cases*, dated September 27, 2023, (the "Certification of Counsel"),[3] filed by Tribolet Advisors LLC, in its capacity as Plan

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Certification of Counsel or Plan (as defined herein), as applicable.

4

Administrator (the "Plan Administrator"), on behalf of the above-captioned debtors (the "Debtors" and, as of the effective date of the Plan, the "Reorganized Debtors"), for entry of an order closing the Chapter 11 Cases of the sixteen (16) Reorganized Debtors that were merged into Mining Project Wind Down LLC (f/k/a Compute North LLC) (Case No. 22-90275) on the effective date of the *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* [Docket No. 889] (the "Plan"), all as more fully set forth in the Certification of Counsel; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Plan; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each of the following Chapter 11 Cases is hereby closed (the "**Closed Cases**"), effective as of the date hereof:

| Name of Reorganized Debtor | Case Number |
|---|---|
| Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) | 22-32786 |
| Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) | 22-90274 |
| Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) | 22-90276 |
| Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) | 22-90277 |
| Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) | 22-90278 |
| Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) | 22-90279 |
| Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) | 22-90280 |
| Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) | 22-90281 |
| Mining Project Wind Down MDN LLC | 22-90282 |

| | |
|---|---|
| (f/k/a CN Minden LLC) | |
| Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) | 22-90283 |
| Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) | 22-90284 |
| Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) | 22-90285 |
| Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) | 22-90286 |
| Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) | 22-90287 |
| Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) | 22-90288 |
| Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) | 22-90289 |

2. A docket entry shall be made in each of the Closed Cases reflecting entry of this Order.

3. Entry of this Order is without prejudice to (i) the rights of any Reorganized Debtor or other party in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code and (ii) the right of the Reorganized Debtors or the Plan Administrator, as applicable, on behalf of any of the Reorganized Debtors, to dispute, object to, or resolve any Claim that was filed against any of the Debtors in the Chapter 11 Cases.

4. The caption in the three remaining jointly-administered Chapter 11 Cases shall be amended as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered) |

---

[1] On [*], 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. *], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

5. All pending and future matters relating to each of the Reorganized Debtors, including objections to Claims, if applicable, shall be administered and heard in the remaining cases.

6. Each Reorganized Debtor in the Closed Cases, no later than 30 days after the date of entry of this Order, shall file a quarterly operating report for the quarter ending September 30, 2023 and shall serve true and correct copies of such statements on the U.S. Trustee.

7. Each Reorganized Debtor in the Closed Cases, no later than 30 days after the date of entry of this Order, shall pay the appropriate fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the U.S. Trustee Payment Center, P.O. Box 6200- 19,

Portland, OR 97228-6200, and shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002. The payment shall reflect such Reorganized Debtors' account numbers and shall be transmitted with a form quarterly report available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

8. Quarterly disbursements for the three remaining open cases shall be reported and quarterly fees shall be paid pending the entry of a final decree by this Court closing such remaining cases.

9. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: September 28, 2023

_____
Marvin Isgur
United States Bankruptcy Judge