2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mining Project Wind Down Holdings Inc.<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 | Official Committee of Unsecured Creditor<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : David T Movius, 19558 Battersea Blvd, Rocky River, OH 44116 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>P.O. Box 4353<br>Clifton, NJ 07012 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/23

**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                                                                                                                    Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.                                                                            Chapter 11
Official Committee of Unsecured Creditor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                                      User: ADIuser                                                    Page 1 of 6
Date Rcvd: Sep 26, 2023                             Form ID: trc                                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

**Recip ID**                **Recipient Name and Address**
12529285             +  David T Movius, 19558 Battersea Blvd, Rocky River, OH 44116-1650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                                      Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

**Name**                               **Email Address**

A.J. Webb
                                 on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com

Aaron Matthew Guerrero
                                 on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com

Abhilash Raval
                                 on behalf of Creditor Foundry Digital LLC araval@milbank.com

Alfredo R Perez
                                 on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com,
                                 alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                 @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                 on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com,

alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew Christian Papa

on behalf of Creditor Colorado Bend II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa

on behalf of Creditor Wolf Hollow II Power  LLC apapa@mcguirewoods.com

Andrew Christian Papa

on behalf of Creditor Constellation Energy Generation  LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa

on behalf of Creditor Constellation NewEnergy  Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard

on behalf of Interested Party KONZA MINING FUND I  LP bsheppard@gallowaylawfirm.com,
kvillanueva@gallowaylawfirm.com

Brandon Renken

on behalf of Creditor Sunbelt Solomon Services  LLC brenken@mayerbrown.com,
sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs

on behalf of Interested Party Plan Administrator crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust crgibbs@mwe.com,
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Plaintiff Tribolet Advisors LLC crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Other Prof. Mining Project Wind Down Holdings  Inc. Litigation Trust and the Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Other Prof. McDermott Will & Emery LLP crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust and Plan Administrator
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings  Inc., et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings  Inc. (f/k/a
Compute North Holdings, Inc.), et al. crgibbs@mwe.com,
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles Stephen Kelley

on behalf of Creditor Sunbelt Solomon Services  LLC ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power

on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com
mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg

on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) computenorth.ph@paulhastings.com

Daniel P Ginsberg

on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.)
computenorth.ph@paulhastings.com

Debbie E. Green

on behalf of Interested Party Mining Project Wind Down Holdings  Inc. Litigation Trust and Plan Administrator
dgreen@mwe.com, jbishopjones@mwe.com

Debbie E. Green

on behalf of Plaintiff Tribolet Advisors LLC dgreen@mwe.com  jbishopjones@mwe.com

Elizabeth Carol Freeman

on behalf of Financial Advisor Portage Point Partners  LLC liz@lizfreemanlaw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Elizabeth Nicolle Boydston

| | |
|---|---|
| | on behalf of Interested Party Alder Opportunity LP lboydston@gutnicki.com |
| Elizabeth Nicolle Boydston | |
| | on behalf of Interested Party Alder SPV I LLC lboydston@gutnicki.com |
| Elizabeth Nicolle Boydston | |
| | on behalf of Interested Party Alder BTC Holdings LLC lboydston@gutnicki.com |
| Heather Berkowitz | |
| | on behalf of Creditor ASM Capital X LLC asm@asmcapital.com |
| Idris Motiwala | |
| | on behalf of Transferee LP1 LLC imotiwala@crowell.com |
| J Michael Sutherland | |
| | on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com |
| Jake Gordon | |
| | on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com, schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
| Date Rcvd: Sep 26, 2023 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | |
| | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| Jana Smith Whitworth | |
| | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | |
| | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | |
| | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | |
| | on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| Jessica Liou | |
| | on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com |
| John Lewis, Jr. | |
| | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com |
| John Willard | |
| | on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com |
| John David Cornwell | |
| | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Joseph William Buoni | |
| | on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Justin M Mertz | |
| | on behalf of Creditor Atlas Technology Group LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com |
| Kara E. Casteel | |
| | on behalf of Debtor Mining Project Wind Down Holdings Inc. kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com |
| Kara E. Casteel | |
| | on behalf of Other Prof. Mining Project Wind Down Holdings  Inc. Litigation Trust and the Plan Administrator kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com |
| Kenneth P. Green | |
| | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristhy M Peguero | |

| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: trc | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Laura J Monroe | |
| | on behalf of Creditor Howard County Tax Office at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Leslie Blake Rasner | |
| | on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com dserenil@haleyolson.com |
| Lori Ann Hood | |
| | on behalf of Interested Party DeWitt LLP lhood@mayerllp.com wdaniels@mayerllp.com |
| Lori Ann Hood | |
| | on behalf of Interested Party Mayer LLP lhood@mayerllp.com wdaniels@mayerllp.com |
| Maegan Quejada | |
| | on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maria Mulrooney Bartlett | |
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Mark A Carter | |
| | on behalf of Creditor Reviva Inc. mcarter@hinshawlaw.com, grodriguez@hinshawlaw.com;courtfiling@hinshawlaw.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Corpus Christi Energy Park LLC markcastillo@ccsb.com, lsparks@ccsb.com |
| Mark Adam Castillo | |
| | on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com lsparks@ccsb.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matt Micheli | |
| | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com |
| Matthew Hoffman | |
| | on behalf of Creditor Veribi LLC mhecf@aol.com |
| Matthew Lee Brod | |
| | on behalf of Creditor Mercuria Energy America LLC mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party CN Borrower LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew Scott Okin | |
| | on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com bmoore@okinadams.com |
| Matthew W Silverman | |
| | on behalf of Creditor Decimal Digital Currency I LLC msilverman@pryorcashman.com |
| Matthew W Silverman | |
| | on behalf of Creditor Sphere 3D msilverman@pryorcashman.com |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party GH Effect Inc. meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder SPV I LLC meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder Opportunity LP meredyth.kippes@usdoj.gov |
| Meredyth A. Kippes | |
| | on behalf of Interested Party Alder BTC Holdings LLC meredyth.kippes@usdoj.gov |
| Michael G Kelly | |
| | on behalf of Creditor City of Big Spring Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com |
| Nelu Mihai | |
| | nelumihai@prodigy.net |
| Nicholas C Brown | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: Sep 26, 2023 | Form ID: trc | Total Noticed: 1 |

on behalf of Debtor Tribolet Advisors LLC solely in its capacity as Plan Administrator nbrown@askllp.com

Nicholas C Brown
    on behalf of Debtor Mining Project Wind Down Holdings Inc. nbrown@askllp.com

Patricia B. Tomasco
    on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com

Patrick M Haines
    on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com

Philip M. Guffy
    on behalf of Creditor Generate Lending LLC pguffy@huntonak.com

Rachael L Smiley
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law eglenn@fbfk.law

Rachael L Smiley
    on behalf of Plaintiff Mining Project Wind Down Pledgor LLC rsmiley@fbfk.law eglenn@fbfk.law

Rachael L Smiley
    on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law eglenn@fbfk.law

Ralph McDowell
    on behalf of Creditor Freudenberg Filtration Technologies L.P. rmcdowell@bodmanlaw.com

Randall Adam Swick
    on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com molly.batiste-debose@akerman.com

Robert Coleman Rowe
    on behalf of Creditor Corpus Christi Energy Park LLC rrowe@ccsb.com, lsparks@ccsb.com

Robert Coleman Rowe
    on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com lsparks@ccsb.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com

Sayan Bhattacharyya
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) sayanbhattacharyya@paulhastings.com

Scott A. Stichter
    on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com

Stephen Matthew Pezanosky
    on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com

Stephen Wayne Sather
    on behalf of Creditor TeslaWatt ssather@bn-lawyers.com plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;padair@bn-lawyers.com;sfarronay@bn-lawyers.com

Steven A. Leyh
    on behalf of Creditor Bobs Limited leyh@hooverslovacek.com graham@hooverslovacek.com

T. Josh Judd
    on behalf of Creditor Decimal Digital Currency I LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
    on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com sray@andrewsmyers.com

Tara LeDay
    on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com; aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb

Tzvi Finman
    on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 124