**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., | Case No. 22-90273 (MI) |
| Debtors.[1] | |

**NELU MIHAI – CREDITOR'S EXHIBITS AND WITNESS LIST**

NELU MIHAI, PhD, former funding Chief Technology Officer at Compute North LLC / Debtors, in his capacity as Creditor ("Creditor") and Claimant of the Claim no. 10029 and Claim 10026, both filed on October 24th, 2022, in case 22-90273 (the "Bankruptcy Case", "Case no. 22-90273"),

hereby files this Amended Witness and Exhibit List for the hearing taking place on October 5, 2023 at 1:30 p.m. (prevailing Central Time).

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

**EXHIBIT LIST**

| Exhibit # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Separation Agreement (compute North LLC – Nelu Mihai) March 28, 2022 | | | | |
| 2 | Email from Michael A. Tribolet June 6, 2023 11:24 AM to Claimant Nelu Mihai (redacted) | | | | |
| 3 | Email from Amanda Piff (Compute North LLC HR) to Insperity PEO Services L.P. (Dallas EG Team 8) April 12, 2022 7:24 PM Subject: Payroll Additions | | | | |
| 4 | Email from Insperity PEO Services L.P. (Dallas EG Team 8) April 14, 2022 3:54:43 PM to Spencer Barron (Compute North LLC Vise-president - HR) Subject: Payroll Additions | | | | |
| 5 | Insperity PEO Services L.P. uploaded September 7, 2023L Payroll stubs From March 03/04/2022 to 09/14/2022 for Claimant Nelu Mihai | | | | |
| 6 | Redacted Bank Statement from Claimant with net EFT of | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | "cash Severance, before 09/14/2022 |   |   |   |   |
| 7 | Redacted Bank Statement from Claimant – cashed check on April 18, 2022 "cash severance" (one installment and lump sum) |   |   |   |   |
| 8 | Table with Correct Calculations Withholdings (According to Chapter 10.h Separation Agreement) from cash severance debts, and related accrued and unpaid amounts cash severance, in the period April 15 – September 16, 2022 (before the Petition Date) |   |   |   |   |
| 9 | Table with Correct Calculations of Remaining accrued and unpaid "Cash Severance" in period April 15 – September 16, 2022 |   |   |   |   |
| 10 | Tables (six) with Calculations of penalties, before the Petition Date, for delays in paying accrued and unpaid amounts of cash severance (FSA, SDI, State tax, federal tax, Medicare, social security) in the period April 15 – |   |   |   |   |

|    |    |    |    |    |    |
|----|----|----|----|----|----|
|    | September 16, 2022 (before the Petition Date) |    |    |    |    |
| 11 | Table with Calculations of penalties, before the Petition Date, for delays in paying accrued and unpaid amounts of cash severance in the period September 16, 2022 (before the Petition Date) to 09/22/2022 |    |    |    |    |
| 12 | Table with Calculations of penalties for delays in paying accrued and unpaid amounts of cash severance |    |    |    |    |
| 13 | Table Calculations of percentages of diminutions of each amount of cash severance payment represented erroneously by the Debtors in their table of docket 1230, between 04/18/2022 – 09/16/2022) |    |    |    |    |
| 14 | Exhibits to Response 1258: Exhibit 1258-2 Media article, Exhibit 1258-3 Email to Dave Perrill and PJ Lee and other emails related to unpaid bonus and Claimant's performances records' alteration by employer, Exhibit 1258-4, |    |    |    |    |

|    |                                                                                                                                                                                                 |  |  |  |  |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|    | 1258-5, 1258-6 attachments to emails in 1258-3                                                                                                                                                  |  |  |  |  |
| 15 | Schedule A (One Year Payments Compute North LLC to executives and board members) attached to Financial Disclosure Statement 723-2,                                                              |  |  |  |  |
| 16 | Schedule B (KERP Payments Compute North LLC) attached to Financial Disclosure Statement 723-2                                                                                                   |  |  |  |  |
| 17 | Any document referred in the responses, motions etc. filed by Claimant Nelu Mihai in case 22-90273                                                                                              |  |  |  |  |
| 18 | Any document which will be found in relation to Claimant defense for Claims 10029 and 10026, or any other issue which can appear during the hearing or after filing the List with Exhibits and Witnesses |  |  |  |  |
| 19 | Any exhibit designated or used by the Debtors, Plan Administrator, or any other party                                                                                                           |  |  |  |  |
| 20 | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors,                                                                                    |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | Plan Administrator or any other party | | | | |
| 21 | Any document or pleading filed in case 22-90273 and related cases to case 22-90273 and Compute North LLC (in this Court) | | | | |
| 22 | Any exhibit necessary for Impeachment or/and Rebuttal purposes | | | | |
| 23 | Any exhibit which will become necessary for Claimant defense and Claims | | | | |

WITNESSES

The Claimant may call the following witnesses at the hearing:

1. Any witness called by any other party;

2. Impeachment witnesses as necessary; and

3. Any witness necessary to rebut testimony of a witness called or designated by any party

4. Any witness necessary to sustain Claimant's defense and allegations, or to represent the Claimant interest and rights.

### RESERVATION OF RIGHTS

The Claimant Nelu Mihai reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Amended Witness and Exhibit List prior to the hearing.

Respectfully submitted,

Dated: September 29, 2023 8:50 AM PT             NELU MIHAI, PhD

201 Harrison Street Apt. 210, San Francisco CA 94105 Email: nelumihai@prodigy.net

EXHIBIT A

Certificate of Service

I certify that on September 29, 2023, I caused this Exhibits and Witness List for case 22-90273.

Respectfully,

..............................................................................
Nelu Mihai
201 Harrison Street #210,
San Francisco, CA 94105
nelumihai@prodigy.net