IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,[1] | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

**PLAN ADMINISTRATOR'S WITNESS AND
EXHIBIT LIST FOR HEARING ON PLAN ADMINISTRATOR'S OBJECTION TO
CLAIM NO. 10029 OF NELU MIHAI SCHEDULED FOR OCTOBER 5, 2023 AT
1:30 P.M. (PREVAILING CENTRAL TIME)**

Tribolet Advisors LLC, as Plan Administrator (the "Plan Administrator") in the above-captioned bankruptcy cases and proponent of the *Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029)* [Docket No. 1199], hereby files this Witness and Exhibit list for the hearing scheduled for October 5, 2023, at 1:30 p.m. (prevailing Central Time).

[*Remainder of Page Intentionally Left Blank*]

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

**WITNESSES (may call):**

1. Michael Tribolet, Managing Member of Tribolet Advisors LLC as Plan Administrator;

2. Nelu Mihai (the "Claimant");

3. Any rebuttal and/or impeachment witnesses; and

4. All persons listed on the witness list of any party.


Judge: Marvin Isgur, Courtroom 404

Hearing Date: October 5, 2023

Hearing Time: 1:30 p.m. Prevailing Central Time

Party's Name: Tribolet Advisors LLC as Plan Administrator in the Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) bankruptcy cases

Attorneys' Names: Nicholas C. Brown (ASK LLP)
    Kara E. Casteel (ASK LLP)

Attorneys' Phone: (651) 406-9665

Nature of Proceeding: Hearing addressing *Plan Administrator's Objection to Claim Asserted by Nelu Mihai (Claim No. 10029)* [Docket No. 1199].

# EXHIBIT LIST

The Plan Administrator may use any of the following exhibits at the Hearing:

| Exhibit No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 10029, including attached Separation Agreement, filed by Nelu Mihai on October 24, 2022, against Compute North Holdings, Inc. | | | | |
| 2. | Table of payments made to Nelu Mihai as compiled from the Debtors' books and records | | | | |
| 3. | Email dated April 14, 2022, from Debtors to Insperity | | | | |
| 4. | Email dated June 6, 2022, between Plan Administrator and Nelu Mihai | | | | |
| 5. | Email dated August 14, 2023, with service of Plan Administrator's Reply brief on Nelu Mihai | | | | |
| 6. | Plan Administrator's Requests for Production of Documents dated August 16, 2023 | | | | |
| 7. | Nelu Mihai's pay stubs for pay periods beginning February 13, 2022, through September 15, 2022 | | | | |
| 8. | Nelu Mihai's redacted bank statement and deposit information for checking account for period of March 11, 2022, through September 30, 2022 | | | | |
| 9. | Nelu Mihai's redacted deposit information for savings account dated April 18, 2022 | | | | |
| 10. | Schedule of earnings subject to Social Security taxation, as publicly stated on the Social Security Administration's website | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Schedule of maximum contribution per employee for California State Disability Insurance payments, as provided for on the California Employment Development Department's website | | | | |
| 12. | Questions and Answers published by the IRS concerning Additional Medicare Tax, as provided for on the IRS's website | | | | |
| 13. | Monthly calendar for year 2022 | | | | |
| 14. | Any exhibit designated or used by the Claimant or any other party | | | | |
| 15. | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Claimant or any other party | | | | |

The Plan Administrator reserves the right (i) to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing, and (ii) to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Plan Administrator also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 29, 2023

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas State Bar No. 7846300)
Debbie E. Green (Texas State Bar No. 24059852)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

-and-

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
E-mail: kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on September 29, 2023, I caused a copy of the foregoing document to be served by overnight delivery and electronic mail to Claimant Nelu Mihai at the following addresses:

Nelu Mihai
201 Harrison Street
Suite 210
San Francisco, CA 94105
nelumihai@icloud.com

/s/ *Charles R. Gibbs*
Charles R. Gibbs