| Payment Date | Severance | Additional Payment | Total |
|---|---|---|---|
| 4/15/2022 | $ 13,636.36 | $ 7,258.23 | $ 20,894.59 |
| 4/29/2022 | $ 13,636.36 | | $ 13,636.36 |
| 5/13/2022 | $ 13,636.36 | | $ 13,636.36 |
| 5/27/2022 | $ 13,636.36 | | $ 13,636.36 |
| 6/10/2022 | $ 13,636.36 | | $ 13,636.36 |
| 6/24/2022 | $ 13,636.36 | | $ 13,636.36 |
| 7/8/2022 | $ 13,636.36 | | $ 13,636.36 |
| 7/22/2022 | $ 13,636.36 | | $ 13,636.36 |
| 8/5/2022 | $ 13,636.36 | | $ 13,636.36 |
| 8/19/2022 | $ 13,636.36 | | $ 13,636.36 |
| 9/2/2022 | $ 13,636.36 | | $ 13,636.36 |
| 9/16/2022 | $ 13,636.36 | | $ 13,636.36 |
| | | | |
| Total | $ 163,636.32 | $ 7,258.23 | $170,894.55 |

Exhibit 2
023