| | |
|---|---|
| **From:** | Michael Tribolet |
| **To:** | Nelu Mihai |
| **Subject:** | RE: Proof of claim 10028 |
| **Attachments:** | image003.png |

Our position on the interest would be that it would only accrue to the date of the bankruptcy which was 9/22/22. This was due to the contract being rejected by the Debtor. I can instruct my counsel to file an objection in the court to this claim or I can ask you to amend your claim 10029 from $220,909.03 to $7,090.91 as calculated below.



**From:** Nelu Mihai <nelumihai@icloud.com>
**Sent:** Tuesday, June 6, 2023 1:15 PM
**To:** Michael Tribolet <michael.a.tribolet@triboletadvisors.com>
**Subject:** Re: Proof of claim 10028

Correct Michael. Thank you.

Best regards,
Nelu Mihai
Please excuse typos: sent from IPhone
IEEE Communications article:
"The Origins of Open Programmable Networks and SDN"
https://www.linkedin.com/pulse/personal-perspective-writing-ieee-communications-open-mihai-ph-d-

> On Jun 6, 2023, at 11:07 AM, Michael Tribolet <michael.a.tribolet@triboletadvisors.com> wrote:
>
> Thank you. So to summarize, you received 11 payments of $13,636.36 and did not receive the next eleven payments of $13,636.36, beginning with the Sept 2nd 2022 payroll? These totaled $150,000.00.
>
> **From:** Nelu Mihai <nelumihai@icloud.com>
> **Sent:** Monday, June 5, 2023 1:24 PM
> **To:** Michael Tribolet <michael.a.tribolet@triboletadvisors.com>

Exhibit 4
026

**Subject:** Re: Proof of claim 10028

Hi Michael,

I received only half of it. They stopped paying my severance in September; therefore, the remaining debt is $150,000.
It was some scandal with an article in Coindesk about Drake (COO) paying one day before the bankruptcy filing large amounts of cash to executives (bonuses, perks, etc), but they have paid nothing, zero, to me, that day. I was not with the company then, as I resigned in March. I informed the board and the bankruptcy judge about this issue and falsehood related to me.
I hope this helps.
In a nutshell, the remaining of the severance balance owed to me is $150,000, unpaid severance, as stipulated in the contract. As you can see in my contract, there is a clause for Compute North to pay daily penalties for delays on the monthly payments of my severance.

Thanks,

Nelu Mihai IEEE Communications article: "The Origins of Open Programmable Networks and SDN" https://www.linkedin.com/pulse/personal-perspective-writing-ieee-communications-open-mihai-ph-d-

> On Jun 5, 2023, at 10:27 AM, Michael Tribolet <michael.a.tribolet@triboletadvisors.com> wrote:
>
> Did you receive any of your cash severance?
>
> Cash Severance. As severance, the Company will pay Executive three hundred thousand dollars ($300,000) over a fourty four (44) week period commencing as of the Effective Date; such amount to be paid in substantially equal installments of $13,636.36 each, payable over 22 pay periods, with payments made on the same date(s) as base salary are paid to the Company's other executives
>
> ---
>
> **From:** Nelu Mihai <nelumihai@icloud.com>
> **Sent:** Monday, June 5, 2023 11:15 AM
> **To:** Michael Tribolet <michael.a.tribolet@triboletadvisors.com>
> **Subject:** Re: Proof of claim 10028
>
> Hi Michael,
>
> It is very simple. This is is the cost of two months of my health insurance that Drake (COO) refused to pay even if lawyers recommended him to do

Exhibit 4
027

it. He lied that he will do it, but he never did.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I hope this clarifies your question and say everything about the former management of CN. In fact I am the executive who convinced Generate and NGP to fund CN with $320M by presenting a business plan of transitioning CN to a multi-cloud provider focused on AI. But they spent all the money to build Bitcoin data centers and investors got upset. Without my efforts CN would have never received these funds.

Best regards,
Nelu Mihai
Please excuse typos: sent from IPhone
IEEE Communications article:
"The Origins of Open Programmable Networks and SDN"
https://www.linkedin.com/pulse/personal-perspective-writing-ieee-communications-open-mihai-ph-d-

> On Jun 5, 2023, at 8:47 AM, Michael Tribolet <michael.a.tribolet@triboletadvisors.com> wrote:
>
> I am the Plan Administrator in the Compute North et al bankruptcies. One of my duties is to administer the proofs of claim. I have reviewed your attached proof of claim and would like to request the following:
>
> 1. While you attached your separation agreement, how is the $3,163.78 of 507(a)(5) calculated?
>
> Tribolet Advisors LLC
> michael.a.tribolet@triboletadvisors.com
> 713-502-5000
>
> <10028 Mihai.PDF>

Exhibit 4
028