| | |
|---|---|
| **From:** | Kara Casteel |
| **To:** | nelumihai@icloud.com |
| **Subject:** | Mining Project Wind Down Holdings (f/k/a/ Compute North Holdings, Inc.), et al.- Second Amended Agenda and Reply Brief |
| **Date:** | Monday, August 14, 2023 8:41:00 AM |
| **Attachments:** | 2023.08.14 (Doc. 1232) Second Amended Agenda for August 14, 2023 Hearing (In re Mining Project Wind Down Holdings, Inc.).pdf<br>image001.png<br>image003.png<br>image011.png<br>2023.08.14 (Doc. 1230) Plan Administrator"s Reply in Support of Objection to Claim Asserted by Nelu Mihai (Claim No. 10029) (In re Min~1.pdf |

Mr. Mihai,

Please find attached service copies of the Second Amended Agenda for the hearing scheduled this morning, as well as a service copy of the reply brief filed by the Plan Administrator this morning.

VTY,



**KARA E. CASTEEL**
Partner

(651) 289-3846

2600 Eagan Woods Drive,
Suite 400 St. Paul, MN 55121

kcasteel@askllp.com

askllp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please E-mail the sender and delete the material from any computer. Thank you.

Exhibit 5
029