

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309
Pay Date: 03/04/2022
Pay Period: 02/13/2022 To 02/26/2022
Pay Frequency: BiWeekly

Check #: 63371790
Pay Type: Salary
Department: 700
Location: MN

Gross Earnings: 10,961.54    Total Taxes: 2,556.23    Total Deductions: 2,371.32    Net Pay: 6,033.99

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | Current Pay Period | | | | |
| Salary - Exempt | 02/13/2022 | 02/26/2022 | | 10,961.54 | 10,961.54 | 54807.70 |
| **Gross** | | | | | **10961.54** | **54807.70** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 74.61 | 373.05 |
| Dependent Med | 166.25 | 831.25 |
| FSA-Pre | 105.77 | 528.85 |
| Employee D/V | 12.69 | 63.45 |
| Dependent D/V | 12.00 | 60.00 |
| 401K-RTC | 1,000.00 | 5,000.00 |
| **Total** | **1,371.32** | **6,856.60** |
| **After Tax** | | |
| 401KRoth-RTC | 1,000.00 | 5,000.00 |
| **Total** | **1,000.00** | **5,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 978.16 | 4,890.80 |
| CA SIT | 651.43 | 3,257.15 |
| CA SDI | 116.49 | 582.45 |
| SocSec | 656.59 | 3,282.95 |
| Medicare | 153.56 | 767.80 |
| **Total** | **2,556.23** | **12,781.15** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 47,951.10 |
| Social Security | 52,951.10 |
| Medicare | 52,951.10 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 6,033.99 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

039



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309

Pay Date: 03/18/2022
Pay Period: 02/27/2022 To 03/12/2022
Pay Frequency: BiWeekly

Check #: 63692661

Pay Type: Salary
Department: 700
Location: MN

**Gross Earnings: 10,961.54**   Total Taxes: 2,556.23   Total Deductions: 2,371.32   **Net Pay: 6,033.99**

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | **Current Pay Period** | | | | |
| Salary - Exempt | 02/27/2022 | 03/12/2022 | | 10,961.54 | 10,961.54 | 65769.24 |
| **Gross** | | | | | **10961.54** | **65769.24** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 74.61 | 447.66 |
| Dependent Med | 166.25 | 997.50 |
| FSA-Pre | 105.77 | 634.62 |
| Employee D/V | 12.69 | 76.14 |
| Dependent D/V | 12.00 | 72.00 |
| 401K-RTC | 1,000.00 | 6,000.00 |
| **Total** | **1,371.32** | **8,227.92** |
| **After Tax** | | |
| 401KRoth-RTC | 1,000.00 | 6,000.00 |
| **Total** | **1,000.00** | **6,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 978.16 | 5,868.96 |
| CA SIT | 651.43 | 3,908.58 |
| CA SDI | 116.49 | 698.94 |
| SocSec | 656.59 | 3,939.54 |
| Medicare | 153.56 | 921.36 |
| **Total** | **2,556.23** | **15,337.38** |

**Federal Tax Withholding Elections**
Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 6,033.99 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 57,541.32 |
| Social Security | 63,541.32 |
| Medicare | 63,541.32 |

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | | |
|---|---|---|---|
| **Employee:** MIHAI, NELU | **Employee ID:** 3618309 | | **Check #:** 63939098 |
| **Company:** COMPUTE NORTH LLC (4226100) | | | |
| 7575 CORPORATE WAY | **Pay Date:** 03/31/2022 | | **Pay Type:** Salary |
| EDEN PRAIRIE, MN 55344 | **Pay Period:** 03/13/2022 To 03/26/2022 | | **Department:** 700 |
| **Phone:** (952) 283 0767 | **Pay Frequency:** BiWeekly | | **Location:** MN |
| **Gross Earnings:** 30,734.90 | **Total Taxes:** 12,613.79 | **Total Deductions:** 2,000.00 | **Net Pay:** 16,121.11 |

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | **Current Pay Period** | | | | |
| Salary - Exempt | 03/13/2022 | 03/26/2022 | | 10,961.54 | 10,961.54 | 76730.78 |
| Rate 1 - Reg | 03/13/2022 | 03/26/2022 | 32.00 | 137.02 | 4,384.64 | 4384.64 |
| PTO - Reg | 03/13/2022 | 03/26/2022 | 112.31 | 137.02 | 15,388.72 | 15388.72 |
| **Gross** | | | 144.31 | | 30734.90 | 96504.14 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 634.62 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 1,000.00 | 7,000.00 |
| **Total** | **1,000.00** | **9,227.92** |
| **After Tax** | | |
| 401KRoth-RTC | 1,000.00 | 7,000.00 |
| **Total** | **1,000.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 7,148.30 | 13,017.26 |
| CA SIT | 2,776.19 | 6,684.77 |
| CA SDI | 338.08 | 1,037.02 |
| SocSec | 1,905.56 | 5,845.10 |
| Medicare | 445.66 | 1,367.02 |
| **Total** | **12,613.79** | **27,951.17** |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 16,121.11 |

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 87,276.22 |
| Social Security | 94,276.22 |
| Medicare | 94,276.22 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309

Pay Date: 04/15/2022
Pay Period: 03/27/2022 To 04/09/2022
Pay Frequency: BiWeekly

Check #: 10208869

Pay Type: Salary
Department: 700
Location: MN

**Gross Earnings:** 20,894.59   **Total Taxes:** 7,725.11   **Total Deductions:** 211.54   **Net Pay:** 12,957.94

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 20,894.59 | 20894.59 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **20894.59** | **117398.73** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 105.77 | 0.00 |
| FSA-Pre | 105.77 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **211.54** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 4,550.27 | 17,567.53 |
| CA SIT | 1,365.08 | 8,049.85 |
| CA SDI | 227.51 | 1,264.53 |
| SocSec | 1,282.35 | 7,127.45 |
| Medicare | 299.90 | 1,666.92 |
| **Total** | **7,725.11** | **35,676.28** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 107,959.27 |
| Social Security | 114,959.27 |
| Medicare | 114,959.27 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.   19001 Crescent Springs Drive, Kingwood, TX 77339-3802   866-715-3552

042



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309
Pay Date: 04/29/2022
Pay Period: 04/10/2022 To 04/23/2022
Pay Frequency: BiWeekly

Check #: 64593683
Pay Type: Salary
Department: 700
Location: MN

**Gross Earnings:** 13,636.36    **Total Taxes:** 5,093.18    **Total Deductions:** 0.00    **Net Pay:** 8,543.18

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Severance Pay - Sup | 04/10/2022 | 04/23/2022 | | | 13,636.36 | 34530.95 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **131035.09** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 20,567.53 |
| CA SIT | 900.00 | 8,949.85 |
| CA SDI | 150.00 | 1,414.53 |
| SocSec | 845.45 | 7,972.90 |
| Medicare | 197.73 | 1,864.65 |
| **Total** | **5,093.18** | **40,769.46** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 121,595.63 |
| Social Security | 128,595.63 |
| Medicare | 128,595.63 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 8,543.18 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** MIHAI, NELU  
Company: COMPUTE NORTH LLC (4226100)  
7575 CORPORATE WAY  
EDEN PRAIRIE, MN 55344  
Phone: (952) 283 0767  

Employee ID: 3618309  

Pay Date: 05/13/2022  
Pay Period: 04/24/2022 To 05/07/2022  
Pay Frequency: BiWeekly  

Check #: 64880454  

Pay Type: Salary  
Department: 700  
Location: MN  

Gross Earnings: 13,636.36   Total Taxes: 5,093.18   Total Deductions: 0.00   Net Pay: 8,543.18

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 04/24/2022 | 05/07/2022 | | | 13,636.36 | 48167.31 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **144671.45** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 23,567.53 |
| CA SIT | 900.00 | 9,849.85 |
| CA SDI | 150.00 | 1,564.53 |
| SocSec | 845.45 | 8,818.35 |
| Medicare | 197.73 | 2,062.38 |
| **Total** | **5,093.18** | **45,862.64** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 68,000.00  
Extra Withholding: $ 0.00  
Exempt: No  

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 135,231.99 |
| Social Security | 142,231.99 |
| Medicare | 142,231.99 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 8,543.18 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: MIHAI, NELU**
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309
Pay Date: 05/27/2022
Pay Period: 05/08/2022 To 05/21/2022
Pay Frequency: BiWeekly

Check #: 65145314
Pay Type: Salary
Department: 700
Location: MN

Gross Earnings: 13,636.36  Total Taxes: 4,430.40  Total Deductions: 0.00  Net Pay: 9,205.96

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 05/08/2022 | 05/21/2022 | | | 13,636.36 | 61803.67 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **158307.81** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 26,567.53 |
| CA SIT | 900.00 | 10,749.85 |
| CA SDI | 37.05 | 1,601.58 |
| SocSec | 295.62 | 9,113.97 |
| Medicare | 197.73 | 2,260.11 |
| **Total** | **4,430.40** | **50,293.04** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 148,868.35 |
| Social Security | 147,000.00 |
| Medicare | 155,868.35 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,205.96 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309

Pay Date: 06/10/2022
Pay Period: 03/27/2022 To 04/09/2022
Pay Frequency: BiWeekly

Check #: 65416407

Pay Type: Salary
Department: 700
Location: MN

Gross Earnings: 13,636.36      Total Taxes: 4,097.73      Total Deductions: 0.00      Net Pay: 9,538.63

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 75440.03 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **171944.17** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 29,567.53 |
| CA SIT | 900.00 | 11,649.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 197.73 | 2,457.84 |
| **Total** | **4,097.73** | **54,390.77** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,538.63 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 162,504.71 |
| Social Security | 147,000.00 |
| Medicare | 169,504.71 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.     19001 Crescent Springs Drive, Kingwood, TX 77339-3802     866-715-3552

046



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309
Pay Date: 06/24/2022
Pay Period: 03/27/2022 To 04/09/2022
Pay Frequency: BiWeekly

Check #: 65733005
Pay Type: Salary
Department: 700
Location: MN

Gross Earnings: 13,636.36    Total Taxes: 4,097.73    Total Deductions: 0.00    Net Pay: 9,538.63

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 89076.39 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **185580.53** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 32,567.53 |
| CA SIT | 900.00 | 12,549.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 197.73 | 2,655.57 |
| **Total** | **4,097.73** | **58,488.50** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 176,141.07 |
| Social Security | 147,000.00 |
| Medicare | 183,141.07 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,538.63 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
**Company:** COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309

Pay Date: 07/08/2022
Pay Period: 03/27/2022 To 04/09/2022
Pay Frequency: BiWeekly

Check #: 66044876

Pay Type: Salary
Department: 700
Location: MN

**Gross Earnings:** 13,636.36   **Total Taxes:** 4,097.73   **Total Deductions:** 0.00   **Net Pay:** 9,538.63

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 102712.75 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **199216.89** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 35,567.53 |
| CA SIT | 900.00 | 13,449.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 197.73 | 2,853.30 |
| **Total** | **4,097.73** | **62,586.23** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 189,777.43 |
| Social Security | 147,000.00 |
| Medicare | 196,777.43 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,538.63 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
**Company:** COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
**Phone:** (952) 283 0767

**Employee ID:** 3618309
**Pay Date:** 07/22/2022
**Pay Period:** 03/27/2022 To 04/09/2022
**Pay Frequency:** BiWeekly

**Check #:** 66363671
**Pay Type:** Salary
**Department:** 700
**Location:** MN

**Gross Earnings:** 13,636.36   **Total Taxes:** 4,191.45   **Total Deductions:** 0.00   **Net Pay:** 9,444.91

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 116349.11 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **212853.25** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 38,567.53 |
| CA SIT | 900.00 | 14,349.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 291.45 | 3,144.75 |
| **Total** | **4,191.45** | **66,777.68** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 203,413.79 |
| Social Security | 147,000.00 |
| Medicare | 210,413.79 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| #######1184 | #######5259 | 9,444.91 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.   19001 Crescent Springs Drive, Kingwood, TX 77339-3802   866-715-3552

049



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
**Company:** COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
**Phone:** (952) 283 0767

**Employee ID:** 3618309

**Pay Date:** 08/05/2022
**Pay Period:** 03/27/2022 To 04/09/2022
**Pay Frequency:** BiWeekly

**Check #:** 66685164

**Pay Type:** Salary
**Department:** 700
**Location:** MN

**Gross Earnings:** 13,636.36    **Total Taxes:** 4,220.45    **Total Deductions:** 0.00    **Net Pay:** 9,415.91

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 129985.47 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **226489.61** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 41,567.53 |
| CA SIT | 900.00 | 15,249.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 320.45 | 3,465.20 |
| **Total** | **4,220.45** | **70,998.13** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 217,050.15 |
| Social Security | 147,000.00 |
| Medicare | 224,050.15 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| #######1184 | #######5259 | 9,415.91 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

050

 Insperity

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU  
Company: COMPUTE NORTH LLC (4226100)  
7575 CORPORATE WAY  
EDEN PRAIRIE, MN 55344  
Phone: (952) 283 0767  

Employee ID: 3618309  
Pay Date: 08/19/2022  
Pay Period: 03/27/2022 To 04/09/2022  
Pay Frequency: BiWeekly  

Check #: 66988605  
Pay Type: Salary  
Department: 700  
Location: MN  

Gross Earnings: 13,636.36    Total Taxes: 4,220.45    Total Deductions: 0.00    Net Pay: 9,415.91

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 143621.83 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **240125.97** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 44,567.53 |
| CA SIT | 900.00 | 16,149.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 320.45 | 3,785.65 |
| **Total** | **4,220.45** | **75,218.58** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 68,000.00  
Extra Withholding: $ 0.00  
Exempt: No  

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| #######1184 | #######5259 | 9,415.91 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 230,686.51 |
| Social Security | 147,000.00 |
| Medicare | 237,686.51 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

051



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU  
**Company:** COMPUTE NORTH LLC (4226100)  
7575 CORPORATE WAY  
EDEN PRAIRIE, MN 55344  
**Phone:** (952) 283 0767  

**Employee ID:** 3618309  
**Pay Date:** 09/02/2022  
**Pay Period:** 03/27/2022 To 04/09/2022  
**Pay Frequency:** BiWeekly  

**Check #:** 67294781  
**Pay Type:** Salary  
**Department:** 700  
**Location:** MN  

**Gross Earnings:** 13,636.36   **Total Taxes:** 4,220.45   **Total Deductions:** 0.00   **Net Pay:** 9,415.91

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 157258.19 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | **13636.36** | **253762.33** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 47,567.53 |
| CA SIT | 900.00 | 17,049.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 320.45 | 4,106.10 |
| **Total** | **4,220.45** | **79,439.03** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 68,000.00  
Extra Withholding: $ 0.00  
Exempt: No  

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,415.91 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 244,322.87 |
| Social Security | 147,000.00 |
| Medicare | 251,322.87 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.   19001 Crescent Springs Drive, Kingwood, TX 77339-3802   866-715-3552

052



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MIHAI, NELU
Company: COMPUTE NORTH LLC (4226100)
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344
Phone: (952) 283 0767

Employee ID: 3618309
Pay Date: 09/16/2022
Pay Period: 03/27/2022 To 04/09/2022
Pay Frequency: BiWeekly

Check #: 67596944
Pay Type: Salary
Department: 700
Location: MN

**Gross Earnings:** 13,636.36    **Total Taxes:** 4,220.45    **Total Deductions:** 0.00    **Net Pay:** 9,415.91

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | Current Pay Period | | | | |
| Severance Pay - Sup | 03/27/2022 | 04/09/2022 | | | 13,636.36 | 170894.55 |
| | Previous Insperity wages paid / Other wages paid | | | | | |
| Salary - Exempt | | | | | | 76730.78 |
| Rate 1 - Reg | | | | | | 4384.64 |
| PTO - Reg | | | | | | 15388.72 |
| **Gross** | | | | | 13636.36 | 267398.69 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 0.00 | 447.66 |
| Dependent Med | 0.00 | 997.50 |
| FSA-Pre | 0.00 | 846.16 |
| Employee D/V | 0.00 | 76.14 |
| Dependent D/V | 0.00 | 72.00 |
| 401K-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **9,439.46** |
| **After Tax** | | |
| 401KRoth-RTC | 0.00 | 7,000.00 |
| **Total** | **0.00** | **7,000.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 3,000.00 | 50,567.53 |
| CA SIT | 900.00 | 17,949.85 |
| CA SDI | 0.00 | 1,601.58 |
| SocSec | 0.00 | 9,113.97 |
| Medicare | 320.45 | 4,426.55 |
| **Total** | **4,220.45** | **83,659.48** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 68,000.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########1184 | ########5259 | 9,415.91 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 257,959.23 |
| Social Security | 147,000.00 |
| Medicare | 264,959.23 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Exhibit 7

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552

053