Redacted Bank Statement                                              001/R1/04F013

                                                                              0

April 1 - April 30, 2022                                            Page 4 of 6

Nelu Mihai, xxxxxxxx Mihai

Citibank®

Savings Plus

Account Activity

Citibank® Savings Plus xxxxxxx5004

Date Description Amount Subtracted Amount Added Balance

04/01/22 Opening Balance x,xxxx.xx

04/18/22 Deposit Teller 12,957.94                         xx,xxx.xx

…..

Total Subtracted/Added 12,957.94 12,958.16

04/30/22 Closing Balance x,xxx.xx

All transaction times and dates reflected are based on Eastern Time

Exhibit 8
054