

 Interest Checking-5259

**Available Now**

$ ▓▓▓▓▓▓▓

**On Deposit**

$ ▓▓▓▓▓▓▓

Average Monthly Balance: $▓▓▓▓

## Account Information

| Account Number: ****5259 | Routing Number: 321171184 | Information For: California |

## Transactions

Results for: Mar 11, 2022 to Sep 30, 2022

| Date | Description | Debit | Credit |
|---|---|---|---|
| Sep 16, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Sep 02, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Aug 19, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |

Feedback

*FOR CONFORMITY* [signature]

Interest C...-5259  https://online.citi.com/US/ag/dashboard/checking?accountId=c31a15...

| Date | Description | Debit | Credit |
|---|---|---|---|
| Aug 05, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Jul 22, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,444.91 |
| Jul 08, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,538.63 |
| Jun 24, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,538.63 |
| Jun 10, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,538.63 |
| May 27, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $9,205.96 |
| May 13, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $8,543.18 |
| Apr 29, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $8,543.18 |
| Mar 31, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $16,121.11 |
| Mar 18, 2022 | ACH Electronic Credit ASF, DBA Insperi PAYROLL | | $6,033.99 |

End of Results



*FOR CONFORMITY* [signature]

Exhibit 9

9/11/2023, 12:27 PM

056