[Español](#)

# Contribution Rates and Benefit Amounts

Find the latest Voluntary Plan (VP) employee contribution and benefit rate. The current and prior year are shown, including how these rates are calculated.

## State Disability Insurance

**2023 Voluntary Plan Employee Contribution and Benefit Rate Effective January 1, 2023**

| | |
|---|---|
| Employee Contribution Rate | 0.9% |
| Taxable Wage Ceiling (per employee per year) | $153,164 |
| Maximum Contribution (per employee per year) | $1,378.48 |
| Maximum Weekly Benefit Amount (WBA) | $1,620 |
| Maximum Benefit Amount (WBA X 52 weeks) | $84,240 |
| Assessment Rate: This figure is the product obtained by multiplying the worker contribution rate by 14% or 0.9 X 14% = 0.126% per CUIC 3252 (b) | 0.126% |

**2022 Voluntary Plan Employee Contribution and Benefit Rate Effective January 1, 2022**

| | |
|---|---|
| Employee Contribution Rate | 1.1% |
| Taxable Wage Ceiling (per employee per year) | $145,600 |
| Maximum Contribution (per employee per year) | $1,601.60 |
| Maximum Weekly Benefit Amount (WBA) | $1,540 |
| Maximum Benefit Amount (WBA X 52 weeks) | $80,080 |
| Assessment Rate: This figure is the product obtained by multiplying the worker contribution rate by 14% or 1.2% X 14% = 0.154% per CUIC 3252 (b) | 0.154% |

## Definition of Terms

[Show All]

**Assessment Rate** ▸

**Employee Contribution Rate** ▸

### Disability Insurance and Paid Family Leave Benefits

- About State Disability Insurance (SDI)
- Disability Insurance (DI)
- Elective Coverage (DIEC)
- Nonindustrial Disability Insurance (NDI)
- NDI Family Care Leave (NDI-FCL)
- Paid Family Leave (PFL)

### Find DI and PFL Information for You

- Independent Contractor/Self-Employed
- State Employees

### Register for myEDD

Creating an account is an important step in this process. With myEDD, you can apply for Disability Insurance and manage your claim in SDI Online.

[Create Account]

[Log In]

### Additional Resources

Can't find what you are looking for? View these resources for more information.

- Quick Links
- SDI FAQs
- Forms and Publications



- Tutorials and Videos
- Self-Service Options
- Employers
- Contact SDI