EXHIBIT 9-1

„**From:** Michael Tribolet <xxxxxxx.x.xxxxxxxx@triboletadvisors.com>
**Subject: RE: Proof of claim 10028**
**Date:** Jun 6, 2023 at 11:24 AM
**To:** Nelu Mihai <xxxxxxxxx@icloud.com>

Our position on the interest would be that it would only accrue to the date of the bankruptcy which was 9/22/22.  This was due to the contract being rejected by the Debtor.  I can instruct my counsel to file an objection in the court to this claim or I can ask you to amend your claim 10029 from $220,909.03 to $7,090.91 as calculated below.

…"

This copy is true, correct, and represents a redacted extract of the original email sent to my by Mr. Michale A.Tribolet, on June 6, 2023.

Nelu Mihai

Claimant, case 22-90273

San Francisco CA

September 4, 2023