

# Citi



## Interest Checking-5259

**Available Now**
$ [redacted]

**On Deposit**
$ [redacted]

Average Monthly Balance: $ [redacted]

## Account Information

Account Number: ****5259      Routing Number: 321171184      Information For: California

## Transactions

### Results for: Mar 11, 2022 to Sep 30, 2022

| Date | Description | Debit | Credit |
|---|---|---|---|
| Sep 16, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Sep 02, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Aug 19, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |

Feedback

| Date | Description | Debit | Credit |
|---|---|---|---|
| Aug 05, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,415.91 |
| Jul 22, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,444.91 |
| Jul 08, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,538.63 |
| Jun 24, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,538.63 |
| Jun 10, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,538.63 |
| May 27, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $9,205.96 |
| May 13, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $8,543.18 |
| Apr 29, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $8,543.18 |
| Mar 31, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $16,121.11 |
| Mar 18, 2022 | ACH Electronic Credit<br>ASF, DBA Insperi PAYROLL | | $6,033.99 |

End of Results

