EXHIBIT 8

Table with illegal Reductions / from cash severance debts. Table with accrued and unpaid amounts of cash severance, in the period April 15 – September 16, 2022 (before the Petition Date)

| Date of check / EFT | Gross amount supposed to be paid ($) | Erroneous Reduction as SDI ($) | ErroneousReduction as FSA ($) | Erroneous State taxes reductions ($) | Erroneous Federal Tax Reductions ($) | Erroneous Social Security ($) | Erroneous Medicare Reductions ($) | $ |
|---|---|---|---|---|---|---|---|---|
| 9/16/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | 122.72 | |
| 9/2/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | 122.72 | |
| 8/19/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | 122.72 | |
| 8/5/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | 122.72 | |
| 7/22/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | 93.72 | |
| 7/8/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | | |
| 6/24/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | | |
| 6/10/2022 | 13,636.36 | | | 414.55 | 1,573.64 | | | |
| 5/27/2022 | 13,636.36 | 37.50 | | 414.55 | 1,573.64 | 151.25 | | |
| 5/13/2022 | 13,636.36 | 150.00 | | 414.55 | 1,573.64 | | | |
| 4/29/2022 | 13,636.36 | 150.00 | | 414.55 | 1,573.64 | | | |
| 4/15/2022 | 20,854.29 | 227.51 | 211.54 | 621.24 | 2,386.85 | | | |
| | | | | | | | | |
| Total Calculated reductions after new discoveries | | **565.01** | **211.54** | **5181.29** | **19,696.89** | **151.25** | **584.6** | **26,390.58** |
| **Amount calculated by the Plan Administrator** | | | | | | | | 136,363.68 |

| **Accrued unpaid amount before the Petition Date for Claim 10026** | 162,754.26 |
|---|---|