Case 22-90273

Claim 10029, 10026

EXHIBIT 4

Accrued Penalties on unpaid accrued payroll debts calculation prior the Petition Date, creditor Nelu Mihai

Only for FSA over deductions

1) Unpaid amount wrongly subtracted on April 15, 2022 as FSA

Amount of subtracted FSA: $211.54

Number of days of non payment, prior the Petition Date: 4/15/2022 until 9/22/2022: 161 days

Penalties: 2 /100 x 161 x 211.54 = $681.16

State tax over taxing penalties calculations
State taxes over taxation
Nelu Mihai
Claim 10029                                                                                           EXHIBIT 5

| Payroll Check No. | Date of EFT (Direct Deposit) | Amount paid ($) | Unpaid amount ($) | The Debtors wrongly stated "as paid" amount ($) | FSA illegaly subtracted ($) | Taxable amount ($) | Amount illegaly subtrated ($) | No. of delay days to Petition Date (days) | Penalties calculated for delays by CA SDI reductions before the Petition Date ($) |
|---|---|---|---|---|---|---|---|---|---|
| 67596944 | 9/16/2022 | 0.00 | 0.00 | 13,636.36 | 0.00 | 13,636.36 | 0.00 | 7 | 0 |
| 67294781 | 9/2/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 21 | 0 |
| 66988605 | 8/19/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 35 | 0 |
| 66685164 | 8/5/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 49 | 0 |
| 13,636.36 | 7/22/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 63 | 0 |
| 66044876 | 7/8/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 77 | 0 |
| 65733005 | 6/24/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 91 | 0 |
| 65416407 | 6/10/2022 | 0.00 | 0.00 | 13,636.36 | 0 | 13,636.36 | 0.00 | 105 | 0 |
| 65145314 | 5/27/2022 | 37.50 | 37.50 | 13,636.36 | 0 | 13,636.36 | 37.50 | 119 | 89.25 |
| 64880454 | 5/13/2022 | 150.00 | 150.00 | 13,636.36 | 0 | 13,636.36 | 150.00 | 133 | 399 |
| 64593683 | 4/29/2022 | 150.00 | 150.00 | 13,636.36 | 0 | 13,636.36 | 150.00 | 147 | 441 |
| 10208869 | 4/15/2022 | 227.51 | 227.51 | 13,636,36 | | 13,424.82 | 227.51 | 161 | 732.58 |
| Total | | | | | | | 565.01 | | **1661.83** |

Case 22-90273

Claim 10029, 10026

EXHIBIT 6

Accrued Penalties on unpaid accrued payroll debts calculation prior the Petition Date, creditor Nelu Mihai

Only for over deductions as social security taxes

ON 4/13/2022 the YTD Gross income was $144,671.45, as mentioned in paystub 64880454 dated 5/13/2022 by Insperity PEO Services LP.

The difference $147,000 to the YTD gross income for the next paystub from 5/27/2022 is

$147,00 minus $144,671.45 meaning $2,328.55

Only this amount was supposed to be taxable for social security, in the percentage of 6.2%.

6.2 /100 x $2328.55 = $144.37

The Debtors applied social security tax for the full installment of $13,636.36, instead of using the amount of $2,328.55. The erroneous social security deducted amount was of $295.62, as it is mentioned on Insperity PEO Services LP payroll stub from 5/27/2022 no. 65145314.

The reduction that induced delay was $295.62 - $144.37 = 151.25

The IRS Regulation Publication 15 impose that after the YDT gross income of $147,000 income is reached, no more social security taxes should be subtracted from the severance installments. The number of days of non-payment, prior the Petition Date (5/27/2022 until 9/22/2022) is 126 days.

The delayed and unpaid amount is $295.62 -$144.37=**$151.25 (for Claim 10026).**

Penalties calculation: 126 days x 2%/pay x $151.25 = **$381.15 (for Claim 10029).**

1

Penalties calculations for delays by reductions as Federal tax over taxing

Claim 10029   Nelu Mihai

EXHIBIT 2

| Payroll Check No. | Date of EFT (Direct Deposit) | Amount paid ($) | Correct Feredal tax ($) | The Debtors wrongly stated "as paid" amount ($) | FSA illegaly deducted ($) | Taxable amount ($) | Amount illegally subtrated ($) | No. of delay days to Petition Date (days) | Penalties calculated for delays (reduction by federal over taxation) before the Petition Date ($) |
|---|---|---|---|---|---|---|---|---|---|
| 67596944 | 9/16/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0.00 | 13,636.36 | 1,573.64 | 7 | 220.31 |
| 67294781 | 9/2/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 21 | 660.93 |
| 66988605 | 8/19/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 35 | 1101.55 |
| 66685164 | 8/5/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 49 | 1542.16 |
| 66363671 | 7/22/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 63 | 1982.78 |
| 66044876 | 7/8/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 77 | 2423.4 |
| 65733005 | 6/24/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 91 | 2864.02 |
| 65416407 | 6/10/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 105 | 3304.64 |
| 65145314 | 5/27/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 119 | 3745.26 |
| 64880454 | 5/13/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 133 | 4185.87 |
| 64593683 | 4/29/2022 | 3,000.00 | 1,426.36 | 13,636.36 | 0 | 13,636.36 | 1,573.64 | 147 | 4626.49 |
| 10208869 | 4/15/2022 | 3,000.00 | 1,426.36 | 13,636.36 | ##### | 13,636.36 | 1,573.64 | 161 | 5138.36 |
|  |  | 1,550.27 | 759.21 | 7,258.23 |  | 7,258.23 | 813.25 |  |  |
| Total |  |  |  |  |  |  |  |  | 31795.77 |
|  |  |  |  |  |  | 19,696.89 |  |  |  |

Claim 10029 and 10026 by Nelu Mihai
Calculations of penalties for delays due to over state reductions

EXHIBIT 3

| Payroll Check No. | Date of EFT (Direct Deposit) | Amount paid ($) | Unpaid amount ($) | The Debtors wrongly stated "as paid" amount ($) | IllegalFSA | Taxable amount ($) | Amount subtrated illegally | No. of delay days to Petition Date (days) | Penalties for delays due to illegal state tax reductions Pre Petition Date ($) |
|---|---|---|---|---|---|---|---|---|---|
| 67596944 | 9/16/2022 | 900.00 | 485.45 | 13,636.36 | 0.00 | 13,636.36 | 414.55 | 7 | 58.04 |
| 67294781 | 9/2/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 21 | 174.11 |
| 66988605 | 8/19/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 35 | 290.18 |
| 66685164 | 8/5/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 49 | 406.25 |
| 13,636.36 | 7/22/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 63 | 522.33 |
| 66044876 | 7/8/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 77 | 638.4 |
| 65733005 | 6/24/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 91 | 754.47 |
| 65416407 | 6/10/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 105 | 870.55 |
| 65145314 | 5/27/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 119 | 986.62 |
| 64880454 | 5/13/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 133 | 1102.69 |
| 64593683 | 4/29/2022 | 900.00 | 485.45 | 13,636.36 | 0 | 13,636.36 | 414.55 | 147 | 1218.76 |
| 10208869 | 4/15/2022 | 900.00 | 485.45 | 13,636,36 | 211.54 | 13,636.36 | 414.55 | 161 | 1359.09 |
| 10208869 | | 465.08 | 258.39 | 7,258.23 | | 7258.23 | 206.69 | | |
| Total | | | | | | | 5,181.23 | | 8381.49 |

Delcaration
Accurate calculations done by consulting tax lawyers, Morgan Stanley financial experts, HR epxerts etc.
Acuurate, confirmed by running on payroll programs and tax programs.
Linaxe Capital

Case 22-90273

Claim 10029, 10026

EXHIBIT 7

Accrued Penalties on unpaid accrued payroll debts calculation prior the Petition Date, creditor Nelu Mihai

Only for Medicare over taxing

1) Unpaid amount wrongly subtracted from the amount of $13,636.36 as additional Medicare, calculated over the legal percentage of Medicare tax of 1,45%:

Amount of tax subtracted: $330.45

Date when was due: 9/16/2022

Number of days of non payment, prior the Petition Date: 9/16/202 until 9/22/2022: 7 days

Amount supposed to eventually be subtracted, not considering that the Claimant was over 65 years old starting with March, 22, 2022L $197.73

Amount unpaid: $330.45-$197.73=**$122.72**

Penalties calculation: 7 days x 2%/pay x $122.72 =$17.18

2) Unpaid amount wrongly subtracted from the amount of $13,636.36 as additional Medicare, calculated over the legal percentage of Medicare tax of 1,45%:

Amount of tax subtracted: $330.45

Date when was due: 9/02/2022

Number of days of non payment, prior the Petition Date: 9/16/202 until 9/22/2022: 21 days

Amount unpaid, supposed to eventually be subtracted, not considering that the Claimant was over 65 years old starting with March, 22, 2022L $197.73

Amount unpaid: $330.45-$197.73=**$122.72**

Penalties calculation: 21 days x 2%/pay x $122.72 =$51.54

3) Unpaid amount wrongly subtracted from the amount of $13,636.36 as additional Medicare, calculated over the legal percentage of Medicare tax of 1,45%:

Amount of tax subtracted: $330.45

Date when was due: 8/19/2022

Number of days of non payment, prior the Petition Date: 9/16/202 until 9/22/2022:  35 days

Amount supposed to eventually be subtracted, not considering that the Claimant was over 65 years old starting with March, 22, 2022L $197.73

Amount unpaid: $330.45-$197.73=**$122.72**

Penalties calculation: 35 days x 2%/pay x $122.72 =**$85.90**

    4) Unpaid amount wrongly subtracted from the amount of $13,636.36 as additional Medicare, calculated over the legal percentage of Medicare tax of 1,45%:

Amount of tax subtracted: $330.45

Date when was due: 8/05/2022

Number of days of non payment, prior the Petition Date: 9/16/202 until 9/22/2022: 49 days

Amount supposed to eventually be subtracted, not considering that the Claimant was over 65 years old starting with March, 22, 2022L $197.73

Amount unpaid: $330.45-$197.73=**$122.72**

Penalties calculation: 49 days x 2%/pay x $122.72 =**$120.27**

    5) Unpaid amount wrongly subtracted from the amount of $13,636.36 as additional Medicare, calculated over the legal percentage of Medicare tax of 1,45%:

Amount of tax subtracted: $291.45

Date when was due: 7/22/2022

Number of days of non payment, prior the Petition Date: 7/22/2022 until 9/22/2022: 63 days

Amount unpaid, supposed to eventually be subtracted, not considering that the Claimant was over 65 years old starting with March, 22, 2022 $197.73

Amount unpaid $291.45-$197.73=**$93.72**

Penalties calculation: 63 days x 2%/pay x $93.72 =**$118.09**

CONCLUSION

Total amount unpaid from Medicare not legal taxation: $122.72 + $122.72 + $122.72 + $122.72 + $93.72 = **$584.60 (to be added to claim 10026, Claimant Creditor Nelu Mihai).**

Total amount penalties for over taxation as Medicare tax for Nelu Mihai, over 65 years old and not self-employed: $17.18 + $51.54 + $85.90 + $120.27 + $118.09 = **$392.98 (to be added to claim 10029, Claimant Creditor Nelu Mihai).**