Penalties calculations for delays by reductions as Federal tax over taxing
Claim 10029   Nelu Mihai
YDT Gross income $170,895
Paytoll Program www.smartasset.com and others          EXHIBIT 9 FED BIS

| Payroll Check No. | Date of EFT (Direct Deposit) | Amount paid ($) | Correct Feredal tax ($) | The Debtors wrongly stated "as paid" amount ($) | FSA illegaly deducted ($) | Taxable amount ($) | Amount illegally subtrated ($) | No. of delay days to Petition Date (days) | Penalties calculated for delays (reduction by federal over taxation) before the Petition Date ($) |
|---|---|---|---|---|---|---|---|---|---|
| 67596944 | 9/16/2022 | 3,000.00 | 930.00 | 13,636.36 | 0.00 | 13,636.36 | 2,070.00 | 7 | 289.8 |
| 67294781 | 9/2/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 21 | 869.4 |
| 66988605 | 8/19/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 35 | 1149 |
| 66685164 | 8/5/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 49 | 2028.6 |
| 66363671 | 7/22/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 63 | 2608.2 |
| 66044876 | 7/8/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 77 | 3187.8 |
| 65733005 | 6/24/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 91 | 3767.4 |
| 65416407 | 6/10/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 105 | 4347 |
| 65145314 | 5/27/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 119 | 4926.6 |
| 64880454 | 5/13/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 133 | 5506.2 |
| 64593683 | 4/29/2022 | 3,000.00 | 930.00 | 13,636.36 | 0 | 13,636.36 | 2,070.00 | 147 | 6085.8 |
| 10208869 | 4/15/2022 | 3,000.00 | 930.00 | 13,636.36 | ##### | 13,636.36 | 2,070.00 | 161 | 6665.4 |
|  |  | 1,550.27 | 495.01 | 7,258.23 |  | 7,258.23 | 813.25 |  |  |
| Total |  |  |  |  |  |  |  |  | 41431.2 |
|  |  |  |  |  |  | 25,653.25 |  |  |  |

Claim 10029 and 10026 by Nelu Mihai
Calculations of penalties for delays due to over state reductions
YDT Gross income $170,895
Paytoll Program www.smartasset.com and others        EXHIBIT 9 STATE BIS

| Payroll Check No. | Date of EFT (Direct Deposit) | Amount paid ($) | Unpaid amount ($) | The Debtors wrongly stated "as paid" amount ($) | Illegal FSA | Taxable amount ($) | Amount subtrated illegally | No. of delay days to Petition Date (days) | Penalties for delays due to illegal state tax reductions Pre Petition Date ($) |
|---|---|---|---|---|---|---|---|---|---|
| 67596944 | 9/16/2022 | 900.00 | 244.09 | 13,636.36 | 0.00 | 13,636.36 | 655.91 | 7 | 91.83 |
| 67294781 | 9/2/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 21 | 275.48 |
| 66988605 | 8/19/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 35 | 459.14 |
| 66685164 | 8/5/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 49 | 642.79 |
| 13,636.36 | 7/22/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 63 | 826.45 |
| 66044876 | 7/8/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 77 | 1010.1 |
| 65733005 | 6/24/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 91 | 1193.76 |
| 65416407 | 6/10/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 105 | 1377.41 |
| 65145314 | 5/27/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 119 | 1561.06 |
| 64880454 | 5/13/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 133 | 1744.72 |
| 64593683 | 4/29/2022 | 900.00 | 244.09 | 13,636.36 | 0 | 13,636.36 | 655.91 | 147 | 1928.37 |
| 10208869 | 4/15/2022 | 900.00 | 244.09 | 13,636,36 | 211.54 | 13,636.36 | 655.91 | 161 | 212.03 |
| 10208869 | | 465.08 | 129.92 | 7,258.23 | | 7258.23 | 335.16 | | |
| Total | | | | | | | 8,206.07 | | 11323.14 |