United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MINING PROJECT WIND DOWN HOLDINGS INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MININ, | ) ) ) ) ) | Case 22-90273 |
| | ) | |
| Debtor(s). | ) ) | |

**ORDER**

The Court has considered the Motion for Withdrawal of Appearance and Request to Cease Service of Notices, Orders, Pleadings, and Documents filed by Liz Boydston. No party objects.

IT IS ORDERED that Ms. Boydston's appearance on behalf of the Interested Parties Alder BTC Holdings, LLC, Alder Opportunity, LP, and Alder SPV I, LLC is withdrawn.

Signed: October 06, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

1