2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 22-90273
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mining Project Wind Down Holdings Inc.<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 | Official Committee of Unsecured Creditor<br>300 North LaSalle<br>Suite 1420<br>Chicago IL 60654 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Brett Kittilstved, 6452 Red Cedar Drive, Chaska, MN 55318-5009 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>P.O. Box 4353<br>Clifton, NJ 07012 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/06/23

**CLERK OF THE COURT**

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Mining Project Wind Down Holdings Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: Oct 04, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 12555209 | Brett Kittilstved, 6452 Red Cedar Drive, Chaska, MN 55318-5009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 06, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor GEM Mining 1 LLC awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) aaron.guerrero@bondsellis.com  laura.terrell@bondsellis.com |
| Abhilash Raval | on behalf of Creditor Foundry Digital LLC araval@milbank.com |
| Alfredo R Perez | on behalf of Interested Party Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Creditor Marathon Digital Holdings Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew Christian Papa | on behalf of Creditor Colorado Bend II Power LLC apapa@mcguirewoods.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: Oct 04, 2023 | Form ID: trc | Total Noticed: 1 |

Andrew Christian Papa
    on behalf of Creditor Wolf Hollow II Power LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation Energy Generation LLC f/k/a Exelon Generation Company LLC apapa@mcguirewoods.com

Andrew Christian Papa
    on behalf of Creditor Constellation NewEnergy Inc. apapa@mcguirewoods.com

Branch Masterson Sheppard
    on behalf of Interested Party KONZA MINING FUND I LP bsheppard@gallowaylawfirm.com, kvillanueva@gallowaylawfirm.com

Brandon Renken
    on behalf of Creditor Sunbelt Solomon Services LLC brenken@mayerbrown.com, sswihart@mayerbrown.com;HoustonDocket@mayerbrown.com

Charles R Gibbs
    on behalf of Interested Party Plan Administrator crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Interested Party Mining Project Wind Down Holdings Inc. Litigation Trust crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Plaintiff Tribolet Advisors LLC crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Other Prof. Mining Project Wind Down Holdings Inc. Litigation Trust and the Plan Administrator crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Other Prof. McDermott Will & Emery LLP crgibbs@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Interested Party Mining Project Wind Down Holdings Inc. Litigation Trust and Plan Administrator crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Compute North Holdings Inc., et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings, Inc.), et al. crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Charles Stephen Kelley
    on behalf of Creditor Sunbelt Solomon Services LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) computenorth.ph@paulhastings.com

Daniel P Ginsberg
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) computenorth.ph@paulhastings.com

Debbie E. Green
    on behalf of Interested Party Mining Project Wind Down Holdings Inc. Litigation Trust and Plan Administrator dgreen@mwe.com, jbishopjones@mwe.com

Debbie E. Green
    on behalf of Plaintiff Tribolet Advisors LLC dgreen@mwe.com jbishopjones@mwe.com

Elizabeth Carol Freeman
    on behalf of Financial Advisor Portage Point Partners LLC liz@lizfreemanlaw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder Opportunity LP lboydston@gutnicki.com

Elizabeth Nicolle Boydston
    on behalf of Interested Party Alder SPV I LLC lboydston@gutnicki.com

Elizabeth Nicolle Boydston

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 6 |
| Date Rcvd: Oct 04, 2023 | Form ID: trc | Total Noticed: 1 |

        on behalf of Interested Party Alder BTC Holdings LLC lboydston@gutnicki.com

Heather Berkowitz
        on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Idris Motiwala
        on behalf of Transferee LP1 LLC imotiwala@crowell.com

J Michael Sutherland
        on behalf of Creditor Rohit Shirole msutherland@ccsb.com lsparks@ccsb.com

Jake Gordon
        on behalf of Creditor Freudenberg Filtration Technologies L.P. jgordon@bodmanlaw.com

James Tillman Grogan, III
        on behalf of Plaintiff Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Colorado Bend LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Equipment LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down MDN LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Corpus Christi LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down TX06 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Texas LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Attorney Paul Hastings LLP jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Member LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down King Mountain LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Holdings Inc. jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down TX10 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down NC08 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down STHDAK LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings Inc.) jamesgrogan@paulhastings.com, schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Atoka LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down NY09 LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

James Tillman Grogan, III
        on behalf of Debtor Mining Project Wind Down Developments LLC jamesgrogan@paulhastings.com schleathomas@paulhastings.com

| | |
|---|---|
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down BS LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Debtor Mining Project Wind Down Mining LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| James Tillman Grogan, III | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC jamesgrogan@paulhastings.com  schleathomas@paulhastings.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jarrod B. Martin | on behalf of Creditor Power Asset Recovery Corporation jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com |
| Jason S Brookner | on behalf of Creditor BitNile Inc. jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jessica Liou | on behalf of Interested Party Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| Jessica Liou | on behalf of Creditor Marathon Digital Holdings  Inc. Jessica.Liou@weil.com |
| John Lewis, Jr. | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com |
| John Lewis, Jr. | on behalf of Creditor Praetorian Insurance Company jolewis@shb.com  sgrussell@shb.com |
| John Willard | on behalf of Creditor Compass Mining  Inc. jwillard@atllp.com |
| John David Cornwell | on behalf of Creditor Atlas Technology Group LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John F Higgins, IV | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Joseph William Buoni | on behalf of Creditor Generate Lending  LLC josephbuoni@HuntonAK.com, jhornback@huntonak.com |
| Justin M Mertz | on behalf of Creditor Atlas Technology Group LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com |
| Kara E. Casteel | on behalf of Debtor Mining Project Wind Down Holdings Inc. kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com |
| Kara E. Casteel | on behalf of Other Prof. Mining Project Wind Down Holdings  Inc. Litigation Trust and the Plan Administrator kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com;rreding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askllp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com |
| Kenneth P. Green | on behalf of Creditor U.S. Data Group (d/b/a U.S. Bitcoin Corp.) ken.green@bondsellis.com  laura.terrell@bondsellis.com |
| Kevin M. Capuzzi | on behalf of Creditor Axle Logistics  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristhy M Peguero | on behalf of Interested Party Jackson Walker LLP kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Laura J Monroe | on behalf of Creditor Howard County Tax Office  at al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: Oct 04, 2023 | Form ID: trc | Total Noticed: 1 |

Leslie Blake Rasner
    on behalf of Interested Party Nebraska Public Power District brasner@haleyolson.com dserenil@haleyolson.com;tiffany.herbelin@haleyolson.com

Lori Ann Hood
    on behalf of Interested Party DeWitt LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Lori Ann Hood
    on behalf of Interested Party Mayer LLP lhood@mayerllp.com  wdaniels@mayerllp.com

Maegan Quejada
    on behalf of Other Prof. Jefferies LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mark A Carter
    on behalf of Creditor Reviva  Inc. mcarter@hinshawlaw.com, grodriguez@hinshawlaw.com;courtfiling@hinshawlaw.com

Mark Adam Castillo
    on behalf of Creditor Corpus Christi Energy Park  LLC markcastillo@ccsb.com, lsparks@ccsb.com

Mark Adam Castillo
    on behalf of Creditor Bootstrap Energy LLC markcastillo@ccsb.com  lsparks@ccsb.com

Matt Micheli
    on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) mattmicheli@paulhastings.com, ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matt Micheli
    on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) mattmicheli@paulhastings.com ECF.FRG@Paulhastings.com;michaeljones@paulhastings.com;austindunn@paulhastings.com

Matthew Hoffman
    on behalf of Creditor Veribi LLC mhecf@aol.com

Matthew Lee Brod
    on behalf of Creditor Mercuria Energy America  LLC mbrod@milbank.com, adebold@milbank.com;matthew-brod-8436@ecf.pacerpro.com

Matthew Scott Okin
    on behalf of Interested Party CN Wolf Hollow LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
    on behalf of Interested Party CN Borrower LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew Scott Okin
    on behalf of Interested Party Compute North NE05 LLC mokin@okinadams.com  bmoore@okinadams.com

Matthew W Silverman
    on behalf of Creditor Decimal Digital Currency I  LLC msilverman@pryorcashman.com

Matthew W Silverman
    on behalf of Creditor Sphere 3D msilverman@pryorcashman.com

Meredyth A. Kippes
    on behalf of Interested Party Digital Alchemy LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party GH Effect  Inc. meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder SPV I  LLC meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder Opportunity  LP meredyth.kippes@usdoj.gov

Meredyth A. Kippes
    on behalf of Interested Party Alder BTC Holdings  LLC meredyth.kippes@usdoj.gov

Michael G Kelly
    on behalf of Creditor City of Big Spring  Texas mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Nelu Mihai
    nelumihai@prodigy.net

Nicholas C Brown
    on behalf of Debtor Tribolet Advisors LLC  solely in its capacity as Plan Administrator nbrown@askllp.com

Nicholas C Brown
    on behalf of Debtor Mining Project Wind Down Holdings Inc. nbrown@askllp.com

District/off: 0541-4                              User: ADIuser                                  Page 6 of 6
Date Rcvd: Oct 04, 2023                           Form ID: trc                                   Total Noticed: 1

| | |
|---|---|
| Patricia B. Tomasco | on behalf of Interested Party Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;angelarodriguez@quinnemanuel.com |
| Patrick M Haines | on behalf of Creditor RK Mission Critical LLC pmh@bhgrlaw.com |
| Philip M. Guffy | on behalf of Creditor Generate Lending  LLC pguffy@huntonak.com |
| Rachael L Smiley | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | on behalf of Plaintiff Mining Project Wind Down Pledgor LLC rsmiley@fbfk.law  eglenn@fbfk.law |
| Rachael L Smiley | on behalf of Debtor Mining Project Wind Down Holdings Inc. rsmiley@fbfk.law  eglenn@fbfk.law |
| Ralph McDowell | on behalf of Creditor Freudenberg Filtration Technologies  L.P. rmcdowell@bodmanlaw.com |
| Randall Adam Swick | on behalf of Creditor Unluck Technology Pte. Ltd. adam.swick@akerman.com  molly.batiste-debose@akerman.com |
| Robert Coleman Rowe | on behalf of Creditor Corpus Christi Energy Park  LLC rrowe@ccsb.com, lsparks@ccsb.com |
| Robert Coleman Rowe | on behalf of Creditor Bootstrap Energy LLC rrowe@ccsb.com  lsparks@ccsb.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down LLC (f/k/a Compute North LLC) sayanbhattacharyya@paulhastings.com |
| Sayan Bhattacharyya | on behalf of Plaintiff Mining Project Wind Down Holdings Inc. (f/k/a Compute North Holdings  Inc.) sayanbhattacharyya@paulhastings.com |
| Scott A. Stichter | on behalf of Creditor US Digital Mining Texas sstichter.ecf@srbp.com |
| Stephen Matthew Pezanosky | on behalf of Creditor TZ Capital Holdings LLC stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com |
| Stephen Wayne Sather | on behalf of Creditor TeslaWatt ssather@bn-lawyers.com plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;padair@bn-lawyers.com;sfarronay@bn-lawyers.com |
| Steven A. Leyh | on behalf of Creditor Bobs Limited leyh@hooverslovacek.com  graham@hooverslovacek.com |
| T. Josh Judd | on behalf of Creditor Decimal Digital Currency I  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| T. Josh Judd | on behalf of Creditor Sphere 3D jjudd@andrewsmyers.com  sray@andrewsmyers.com |
| Tara LeDay | on behalf of Creditor Power Asset Recovery Corporation tara.leday@chamberlainlaw.com tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvb |
| Tzvi Finman | on behalf of Creditor Horizon Entertainment Inc tfinman@finmanlawfirm.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 124