## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*[1] | ) Case No. 22-90273 (MI) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket No. 1317** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2023, I caused to be served the "Plan Administrator's Supplemental Motion to Extend Deadline for Objections to Claims," dated October 13, 2023 [Docket No. 1317], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to 2 parties whose names and addresses are confidential and therefore not included,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to: *physsettlementsna@mercuria.com*.

---

[1] On September 28, 2023, the Court entered the Final Decree Closing Certain Cases and Amending Caption of Remaining Cases [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Geoff Zahm*</u><br>
Geoff Zahm

# EXHIBIT A

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ATLAS CONSOLIDATED MINING AND | MICHAEL GUO DEVELOPMENT CORPORATION 1705 GUADALUPE, SUITE 400 AUSTIN TX 78701 |
| BOOTSTRAP ENERGY LLC | STEVE QUISENBERRY 3838 OAK LAWN AVE, SUITE 100 DALLAS TX 75219 |
| COMMONWEALTH ELECTRIC COMPANY OF | KELLI BIRKEL THE MIDWEST 472 26TH AVENUE COLUMBUS NE 68601 |
| DELL TECHNOLOGIES, INC | RICHARD ROTHBERG CHIEF FINANCIAL OFFICER ONE DELL WAY ROUND ROCK TX 78682 |
| ERNST & YOUNG LLP | NYKEMA JACKSON PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677-3007 |
| GENERATE LENDING, LLC | C/O GENERATE CAPITAL, PBC ATTN: LOAN OPERATIONS 461 5TH AVENUE, 8TH FLOOR NEW YORK NY 10017 |
| GENERATE LENDING, LLC | 500 DAVIS ST, STE 250 SAN FRANCISCO CA 94111 |
| HOOVER SLOVACEK LLP | ATTORNEYS FOR BOB'S LIMITED ATTN: STEVEN A. LEYH GALLERIA TOWER II 5051 WESTHEIMER, SUITE 1200 HOUSTON TX 77056 |
| HUBSPOT, INC. | CHIEF FINANCIAL OFFICER 25 FIRST STREET CAMBRIDGE MA 02141 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| KOHO CONSULTING | MARC DOUCETTE 6030 PRINTERY STREET SUITE 103 TAMPA FL 33616 |
| MERCURIA ENERGY AMERICA, LLC | ATTN LEGAL DEPARTMENT 20 E GREENWAY PLAZA, STE 650 HOUSTON TX 77046 |
| MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE PO BOX 733560 DALLAS TX 75373-3560 |
| MP2 ENERGY TEXAS LLC | D/B/A SHELL ENERGY SOLUTIONS TX ATTN MARSHA PIERCE 21 WATERWAY AVE, STE 450 THE WOODLANDS TX 77380 |
| MVP LOGISTICS LLC | ATTN RACHEL WILLIAMS 10205 10TH AVE N, STE A PLYMOUTH MN 55441 |
| NBTC LIMITED | ANASTASIA/GEORGE ROOM 1502, 15/F, HARCOURT HOUSE NO. 39 GLOUCESTER ROAD WANCHAI HONG KONG |
| NEW YORK STATE ATTORNEY GENERAL | ATTN LETITIA JAMES THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST, STE 3516 HOUSTON TX 77002 |
| SEC HEADQUARTERS | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 E HWY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BUILDING 208 E 10TH ST AUSTIN TX 78701 |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: CALLAN C SEARCY, ASST AG C/O SHERRI K SIMPSON BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548 AUSTIN TX 78711-2548 |
| URBAN SOLUTION GROUP | ATTN CHIEF FINANCIAL OFFICER 4230 ELATI ST, STE 200 DENVER CO 80216 |
| US ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS ATTN RICHARD A KINCHELOE 1000 LOUISIANA, STE 2300 HOUSTON TX 77002 |

**Total Creditor count  30**

MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al.,
Case No. 22-90273 (MI)

RAND WORLDWIDE, INC.
ATTN: AUSTIN SOBOLEWSKI
11201 DOLFIELD BLVD., STE 112
OWINGS MILLS, MD 21117

TZ CAPITAL HOLDINGS, LLC
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

| Claim Name | Address Information |
|---|---|
| 7575 MANAGEMENT LLC | ATTN SPENCER BARRON 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| ACME TOOLS | PO BOX 13720 GRAND FORKS ND 58208-3720 |
| ALPHAGRAPHICS BLOOMINGTON | ATTN MARK TRASTER 9057 LYNDALE AVE S BLOOMINGTON MN 55420 |
| ALPHAGRAPHICS BLOOMINGTON | 9057 LYNDALE AVENUE SOUTH BLOOMINGTON MN 55420 |
| AMAZON WEB SERVICES INC | ATTN STEVE BERANEK, SR MGR FINANCE OPS 2345 CRYSTAL DR, STE 1100 ARLINGTON VA 22202 |
| AMAZON WEB SERVICES INC | C/O K&L GATES LLP ATTN BRIAN PETERSON 925 FOURTH AVE, STE 2900 SEATTLE WA 98104 |
| APPLICANTPRO | PO BOX 208971 DALLAS TX 75320-8971 |
| ASM CAPITAL X LLC | TRANSFEROR: ECHO SEARCH GROUP ATTN: ADAM MOSKOWITZ 100 JERICHO QUADRANGLE, STE 230 JERICHO NY 11753 |
| AUTHENTIC BRAND | 4600 W 77TH ST, STE 385 MINNEAPOLIS MN 55435 |
| AUTHORITY ELECTRIC & A/C | 600 N BIRDWELL LANE BIG SPRING TX 79721 |
| AXLE LOGISTICS | 2600 N BROADWAY ST # 27907 KNOXVILLE TN 37927-5001 |
| AXLE LOGISTICS LLC | ATTN DAVID JONES, CONTROLLER 835 N CENTRAL ST KNOXVILLE TN 37917 |
| BALLARD SPAHR LLP | PO BOX 825470 PHILADELPHIA PA 19182-5470 |
| BERRY GOOD MINING LLC | 44989 LEMONT RD CANTON MI 48187 |
| BHI HOLDINGS LLC | 6006 KILLARNEY LN S MINNEAPOLIS MN 55436-1812 |
| BIG SPRING FIRE EXTINGUISHER LLC | PO BOX 727 BIG SPRING TX 79721 |
| BIT DIGITAL USA INC | ATTN BRYAN BULLETT 33 IRVING PL NEW YORK NY 10003 |
| BITNILE INC | C/O OLSHAN FROME WOLOSKY LLP ATTN ADAM H FRIEDMAN; THOMAS J FLEMING; KERRIS T KLEIN 1325 AVE OF THE AMERICAS NEW YORK NY 10019 |
| BOOTSTRAP ENERGY LLC | C/O MARK A CASTILLO 901 MAIN ST, STE 5500 DALLAS TX 75219 |
| BOOTSTRAP ENERGY LLC | ATTN STEVE QUISENBERRY, CEO 3838 OAK LAW AVE, STE 1000 DALLAS TX 75219 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: URBAN SOLUTION GROUP C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: URBAN SOLUTION GROUP LLC C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON NJ 07012 |
| BRADLEY ARANT BOULT CUMMINGS | 1819 5TH AVE NORTH BIRMINGHAM AL 35203-2104 |
| BUFFALO COUNTY TREASURER | ATTN JEAN A SIDWELL, TREASURER 1512 CENTRAL AVE KEARNEY NE 68847 |
| BUFFALO COUNTY TREASURER | PO BOX 1270 KEARNEY NE 68848-1270 |
| BUILDERS | PO BOX 1895 KEARNEY NE 68848 |
| CH ROBINSON WORLDWIDE INC | 14701 CHARLSON RD EDEN PRAIRIE MN 55347 |
| CIRCUIT BREAKER GUYS, LLC | 4740 E 2ND ST BENICIA CA 94510 |
| CITY OF BIG SPRING, TX | 310 NOLAN STREET BIG SPRING TX 79720 |
| CNA COMMERCIAL INSURANCE | 500 COLONIAL CENTER PKWY LAKE MARY FL 32746 |
| COFFMAN ENGINEERS INC | 1939 HARRISON STREET OAKLAND CA 94612 |
| COFFMAN ENGINEERS INC | 1101 SECOND AVE, STE 400 SEATTLE WA 98101 |
| COMMONWEALTH ELECTRIC CO OF THE MIDWEST | ATTN BILLY J FRIESEN, CFO 3910 SOUTH ST LINCOLN NE 68506 |
| COMMONWEALTH ELECTRIC CO OF THE MIDWEST | 472 26TH AVENUE COLUMBUS NE 68601 |
| COMPASS MINING INC | ATTN THOMAS HELLER 2301 BLAKE ST STE 100 DENVER CO 80205-2102 |
| COMPASS MINING INC | C/O AMRSTRONG TEASDALE LLP ATTN MARTY WALSH 4643 S ULSTER ST, STE 800 DENVER CO 80237 |
| COMPUTE NORTH LLC | 6006 KILLARNEY LN S MINNEAPOLIS MN 55436-1812 |
| CORPUS CHRISTI ENERGY PARK LLC | C/O MARK A CASTILLO 901 MAIN ST, STE 5500 DALLAS TX 75219 |
| CORPUS CHRISTI ENERGY PARK LLC | ATTN STEVE QUISENBERRY, CEO 3838 OAK LAWN AVE, STE 1000 DALLAS TX 75219 |
| CORTALENT LLC | 7801 E BUSH LAKE RD, STE 100 BLOOMINGTON MN 55439 |
| CRG FINANCIAL LLC | TRANSFEROR: NORDMARK ENERGY CONSULTING L 84 HERBERT AVE, BUILDING B SUITE 202, CLOSTER NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: NORDMARK ENERGY CONSULTING, 84 HERBERT AVE, BUILDING B SUITE 202, CLOSTER NJ 07624 |

| Claim Name | Address Information |
|---|---|
| CUSTOMER NO. 104 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 116 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 118 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 123 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 136 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 136 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 137 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 2 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 211 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 269 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 28 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 29 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 330 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 344 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 352 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 352 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 373 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 40 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 404 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 421 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 524 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 526 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 526 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 559 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 559 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 560 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 560 – NAME REDACTED | ADDRESS ON FILE |
| CUSTOMER NO. 82 – NAME REDACTED | ADDRESS ON FILE |
| DAVIS, ALEXANDER JAMES | ADDRESS ON FILE |
| DELL INC | ONE DELL WAY ROUND ROCK TX 78682 |
| DELL MARKETING LP | C/O DELL INC ATTN CHANTELL EWING, SR A/R ANALYST ONE DELL WAY, RR1, MS 52 ROUND ROCK TX 78682 |
| DELL MARKETING LP | C/O STREUSAND LANDON OZBURN & LEMMON LLP 1801 S MOPAC EXPY, STE 320 AUSTIN TX 78746 |
| DOUGLAS ELECTRICAL SERVICES LLC | ATTN BRITTANNY FRENCH 1405 TIMBERLINE DR BENBROOK TX 76126 |
| DOUGLAS ELECTRICAL SERVICES LLC | ATTN OFFICE MANAGER 731 N COMMERCE ST FORT WORTH TX 76164 |
| ECHO SEARCH GROUP | 1660 HIGHWAY 100 SOUTH ST LOUIS PARK MN 55416 |
| EGAUGE SYSTEMS LLC | 1644 CONESTOGA ST BOULDER CO 80301 |
| ELECTRIC POWER ENGINEERS, LLC | 12001 W HWY 71 AUSTIN TX 78738 |
| FEDEX | PO BOX 94515 PALATINE IL 60094-4515 |
| FIRST SCRIBE INC | 110 CHESHIRE LN, STE 105 MINNETONKA MN 55305-1009 |
| FLEXENTIAL CORP | C/O ARGO PARTNERS 12 WEST 37TH STREET, 9TH FLOOR NEW YORK NY 10018 |
| FOUNDRY DIGITAL LLC | C/O MILBANK LLP ATTN ABHILASH M RAVAL; ERIC K STODOLA; EDWARD R LINDEN 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| FRANZEN FENCING | 5990 EVERGREEN ROAD KEARNEY NE 68845 |
| FREUDENBERG FILTRATION TECHNOLOGIES | 2975 PEMBROKE ROAD HOPKINSVILLE KY 42240 |
| FRSECURE, LLC | 6550 YORK AVE S STE 500 MINNEAPOLIS MN 55435-2336 |
| GATEWAY AIR WEST INC DBS SUPER-TECH | FILTER DENVER CO 80223 |
| GRAINGER | DEPT. 887372552 PALATINE IL 60038-0001 |
| GRASSROOTS | 318 W. ADAMS ST., SUITE 600B CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| GREENVILLE UTILITIES | 401 S GREENE ST GREENVILLE NC 27834 |
| GROWTH OPERATORS ADVISORY SERVICES LLC | 800 LASALLE AVE, STE 1620 MINNEAPOLIS MN 55402 |
| GROWTH OPERATORS ADVISORY SERVICES LLC | C/O FABYANSKE WESTRA HART & THOMSON PA ATTN PAUL L RATELLE, ESQ 333 S SEVENTH ST, STE 2600 MINNEAPOLIS MN 55402 |
| HAYLO GROUP | 701 TILLERY ST, #12, UNIT 100 AUSTIN TX 78702 |
| HOWARD COUNTY TAX OFFICE | C/O LAURA J MONROE PO BOX 817 LUBBOCK TX 79408 |
| HSI WORKPLACE COMPLIANCE SOLUTIONS INC | PO BOX 809321 CHICAGO IL 60680-9321 |
| HSI WORKPLACE COMPLIANCE SOLUTIONS INC | ATTN LUANNE ANDERSON 6136 FRISCO SQUARE BLVD, STE 285 FRISCO TX 75034-3268 |
| INSPERITY PEO SERVICES LP | C/O GREENBERG TRAURIG LLP ATTN KARL D BURRER 1000 LOUISIANA ST, STE 6700 HOUSTON TX 77002 |
| INSPERITY PEO SERVICES LP | ATTN JESSE FERNANDEZ, MANAGER CREDIT SRV 19001 CRESCENT SPRINGS DR KINGWOOD TX 77339 |
| KOCH FILTER CORPORATION | 8401 AIR COMMERCE DR LOUISVILLE KY 40119 |
| KOCH FILTER CORPORATION | C/O WAGNER FALCONER & JUDD LTD ATTN BRIAN WILDERMAN 100 S FIFTH ST, STE 800 MINNEAPOLIS MN 55402 |
| KUTAK ROCK LLP | 1650 FARNAM ST OMAHA NE 68102 |
| LEXISNEXIS RISK SOLUTIONS FL INC | 28330 NETWORK PL CHICAGO IL 60673-1283 |
| LP1 LLC | TRANSFEROR: RK MISSION CRITICAL LLC C/O KLEINBERG, KAPLAN, WOLFF & COHEN PC 500 FIFTH AVENUE; MARTIN SKLAR NEW YORK NY 10110 |
| MARATHON DIGITAL HOLDINGS INC, ET AL | C/O WEIL GOTSHAL & MANGES LLP ATTN ROBERT S BEREZIN; JESSICA LIOU; ALEXANDER P COHEN 767 FIFTH AVE NEW YORK NY 10153 |
| MARATHON DIGITAL HOLDINGS INC, ET AL | ATTN JOLIE KAHN 1180 N TOWN CENTER DR, STE 100 LAS VEGAS NV 89144 |
| MCDONALD HOPKINS LLC | 600 SUPERIOR AVE E, STE 2100 CLEVELAND OH 44114 |
| MERIDIAN COMPENSATION PARTNERS LLC | 25676 NETWORK PL CHICAGO IL 60673-1256 |
| MERITUS RECRUITING GROUP LLC | 10319 LYNBROOK HOLLOW ST HOUSTON TX 77042 |
| MIDAMERICAN ENERGY COMPANY | ATTN CREDIT PO BOX 4350 DAVENPORT IA 52808-4350 |
| MIHAI, NELU | ADDRESS ON FILE |
| MILLER & ASSOCIATES CONSULTING ENGINEERS | PO BOX 306 KEARNEY NE 68848 |
| MVP LOGISTICS LLC | C/O DEWITT LLP ATTN PATRICK C SUMMERS 901 MARQUETTE AVE, STE 2100 MINNEAPOLIS MN 55402 |
| MVP LOGISTICS LLC | C/O DEWITT LLP ATTN PATRICK C SUMMERS 901 MARQUETTE AVE S, STE 2100 MINNEAPOLIS MN 55402 |
| NIMBUS | 1501 SENTINEL DRIVE ANNISTON AL 36207 |
| NORTHERN TOOL & EQUIPMENT | PO BOX 1219 BURNSVILLE MN 55337 |
| NRG STREAM | 401 9 AVE SW, STE 865 CALGARY AB T2P 3C5 CANADA |
| NY STATE DEPT OF TAXATION AND FINANCE | ATTN BANKRUPTCY PO BOX 5300 ALBANY NY 12205-0300 |
| NY STATE DEPT OF TAXATION AND FINANCE | ATTN BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OSTRA CYBERSECURITY INC | 3500 VICKSBURG LN N, #129 PLYMOUTH MN 55447 |
| OVERHEAD DOOR COMPANY OF PERMIAN BASIN | 707 SOUTH COLORADO STREET MIDLAND TX 79701 |
| OVERWATCH ENTERPRISES LLC | 138 OLD SAN ANTONIO ROAD BOERNE TX 78006 |
| OVERWATCH ENTERPRISES LLC | 138 OLD SAN ANTONIO RD, STE 305 BOERNE TX 78006 |
| OVERWATCH SURVEILLANCE LLC | 138 OLD SAN ANTONIO RD, STE 305 BOERNE TX 78006 |
| PEGASUS ENERGY LLC | 17531 KELOK RD LAKE OSWEGO OR 97034 |
| PERRILL, DAVE | 16711 REEDER RDG EDEN PRAIRIE MN 55347 |
| POWER ASSET RECOVERY CORPORATION | C/O KOHRMAN JACKSON & KRANTZ LLP ATTN JOHN P ARCHER 1375 E NINTH ST, 29TH FL CLEVELAND OH 44114 |
| POWER ASSET RECOVERY CORPORATION | 4321 STRAUSSER ST NW NORTH CANTON OH 44720 |
| RAND WORLDWIDE | 11201 DOLFIELD BLVD, STE 112 OWINGS MILLS MD 21117 |
| RAND WORLDWIDE SUBSIDIARY INC | 28127 NETWORK PLACE CHICAGO IL 60673-1281 |
| RANGER GUARD & INVESTIGATIONS | 4660 BEECHNUT ST, #200 HOUSTON TX 77096 |

| Claim Name | Address Information |
|---|---|
| RECRUITERS OF MINNESOTA INC | 6110 BLUE CRICLE DR, STE 280 MINNETONKA MN 55343 |
| RED WINGS BRANDS OF AMERICA | PO BOX 844329 DALLAS TX 75284-4329 |
| REDMAN'S SHOES | 2116 CENTRAL AVENUE KEARNEY NE 68847 |
| REVIVA INC | C/O HINSHAW & CULBERTSON LLP 151 N FRANKLIN ST, STE 2500 CHICAGO IL 60606 |
| RICOH USA INC | PO BOX 802815 CHICAGO IL 60680-2815 |
| RK MISSION CRITICAL LLC | C/O PATRICK M HAINES 1712 PEARL ST BOULDER CO 80302 |
| RO YOUKER INC | 1201 O ST, STE 310 LINCOLN NE 68508 |
| ROEBUCK STAFFING COMPANY LLC | 300 E ARLINGTON BLVD, STE 3A GREENVILLE NC 27858 |
| SECURITAS SECURITY SERVICES USA INC | ATTN BUSINESS SERVICES DEPT 4330 PARK TERRACE DR WESTLAKE VILLAGE CA 91361 |
| SGS NORTH AMERICA INC | PO BOX 2502 COLD STREAM IL 60132-2502 |
| SHENZHEN AIMEIJIN ELECTRONICS CO, LTD | 36F XINGHE CENTURY CAITIAN ROAD GONXHA FUTIAN SHENZHEN CHINA |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA 100 S 5TH ST, STE 1500 MINNEAPOLIS MN 55402 |
| SHIROLE, ROHIT | C/O BASSFORD REMELE PA ATTN JEFFREY D KLOBUCAR 100 S 5TH ST, STE 1500 MINNEAPOLIS MN 55402 |
| SIGN PRO | 5250 W 74TH ST, STE 21 EDINA MN 55439-2229 |
| SIRA CORBETTA LOPEZ DE LETONA | PO BOX 202289 DALLAS TX 75320-2289 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL | ATTN ANNA B OSTERHOUT, ESQ PO BOX 2611 RALEIGH NC 27602-2611 |
| SPHERE 3D CORP | ATTN PATRICIA TROMPETER 10 GLENVILLE ST GREENWICH CT 06831 |
| SPHERE 3D CORP | ATTN PATRICIA TROMPETER 4 GREENWICH OFFICE PARK, STE 100 GREENWICH CT 06831 |
| SPHERE 3D CORP | C/O PRYOR CASHMAN LLP ATTN M ALI PANJWANI; MATTHEW SILVERMAN; SETH H LIEBERMAN, ESQS 7 TIMES SQ NEW YORK NY 10036-6569 |
| SPHERE 3D CORP | C/O PRYOR CASHMAN LLP ATTN M ALI PANJWANI, ESQ; SETH H LIEBERMAN, ESQ; MATTHEW W SILVERMAN, ESQ 7 TIMES SQ NEW YORK NY 10036-6569 |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE | ATTN BKY PO BOX 64447 SAINT PAUL MN 55164-0447 |
| SUNBELT RENTALS | PO BOX 409211 ATLANTA GA 30384-9211 |
| SUNBELT SOLOMON SERVICES, LLC | 1922 S MLK JR DRIVE TEMPLE TX 76504 |
| SUPERIOR CRANES, INC | PO BOX 2371 ROCKINGHAM NC 28380 |
| SURVEYING AND MAPPING LLC | 4801 SOUTHWEST PKWY, BLDG 2, STE 100 AUSTIN TX 78735 |
| TD INDUSTRIES, INC | PO BOX 300008 DALLAS TX 75303-0008 |
| TEAGUE NALL & PERKINS INC | ATTN SUE THOMAS COLE 5237 N RIVERSIDE DR, STE 100 FORT WORTH TX 76137 |
| TEAGUE NALL & PERKINS INC | ATTN JEFF SEARS 3200 S INTERSTATE 35E, STE 1129 DENTON TX 76210 |
| TESLAWATT LLC | ATTN VLADIMIR RADOVIC 1930 VILLAGE CENTER CIR, #3-5422 LAS VEGAS NV 89134 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | C/O OFFICE OF THE ATTORNEY GENERAL ATTN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC-008 AUSTIN TX 78711 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN REVENUE ACCOUNTING DIV 111 E 17TH ST AUSTIN TX 78711 |
| THE LOCKMOBILE LLC | 1015 CENTRAL AVE KEARNEY NE 68847 |
| THOMPSON ELECTRIC | D/B/A THOMPSON 2300 7TH ST SIOUX CITY IA 51105 |
| THOMPSON ELECTRIC COMPANY | 2300-7TH STREET SIOUX CITY IA 51105 |
| THOMSON REUTERS - WEST | 610 OPERMAN DRIVE EAGAN MN 55123-1396 |
| TNT CRANE & RIGGING | PO BOX 847561 DALLAS TX 75284 |
| TWC FINANCIAL LLC | 701 TILLERY ST, STE 12, UNIT 99 AUSTIN TX 78702 |
| ULINE | 12575 ULINE DR PLEASANT PRAIRIE WI 53158 |
| ULINE | PO BOX 88741 CHICAGO IL 60680-1741 |
| ULUCK TECHNOLOGY PTE LTD | ATTN RONG ZHANG 49 NORTHWEALD LANE KINGSTON UPON THAMES KT2 5GN GREAT BRITAIN |
| UNITED RENTALS | PO BOX 840514 DALLAS TX 75284 |
| UPS SUPPLY CHAIN SOLUTIONS, INC. | PO BOX 28013 NETWORK PL CHICAGO IL 60673-1280 |
| US COMPLIANCE | 520 3RD STREET EXCELSIOR MN 55331-1928 |
| VCV POWER BETA LLC | 1540 BROADWAY, STE 1010 NEW YORK NY 10036 |
| VERIZON | PO BOX 16810 NEWARK NJ 07101-6810 |

| Claim Name | Address Information |
| --- | --- |
| WAND CORPORATION | ATTN SPENCER BARRON 7575 CORPORATE WAY EDEN PRAIRIE MN 55344 |
| WASTE MANAGEMENT | PO BOX 4648 CAROL STREAM IL 60197 |
| WEIDNER & PHILIPPS LTD | ATTN JESSICA L BANEGAS, BUSINESS MANAGER 707 S COLORADO MIDLAND TX 79701 |
| WEIDNER & PHILIPPS LTD | D/B/A OVERHEAD DOOR OF THE PERMIAN BASIN PO BOX 2932 MIDLAND TX 79702 |
| WENZEL, KYLE | 24985 BENTGRASS WAY SHOREWOOD MN 55331 |
| WESTWOOD INFRASTRUCTURE INC | ATTN GENERAL COUNSEL 12701 WHITEWATER DR, STE 300 MINNETONKA MN 55343 |
| WESTWOOD PROFESSIONAL SERVICES | PO BOX 856650 MINNEAPOLIS MN 55485-6650 |
| WESTWOOD PROFESSIONAL SERVICES INC | 12701 WHITEWATER DR, STE 300 MINNETONKA MN 55343 |
| WILLIAMS SCOTSMAN INC | ATTN RECOVERY MGR 901 S BOND ST, STE 600 BALTIMORE MD 21231 |

**Total Creditor count  184**

**EXHIBIT B**

Case 22-90273   Document 1319   Filed in TXSB on 10/18/23   Page 12 of 15

MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), et al., Case No. 22-90273 (MI)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AKERMAN LLP | david.parham@akerman.com; adam.swick@akerman.com |
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ARENTFOX SCHIFF LLP | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| ASK LLP | kcasteel@askllp.com; jchristian@askllp.com; nbrown@askllp.com |
| AXLE LOGISTICS | ben.shuster@axlelogistics.com |
| BARRON & NEWBURGER, P.C. | ssather@bn-lawyers.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BERG HILL GREENLEAF RUSCITTI LLP | pmh@bhgrlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ken.green@bondsellis.com; aaron.guerrero@bondsellis.com |
| BOOTSTRAP ENERGY LLC | info@bootstrap-energy.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; acarty@brownrudnick.com |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP | markcastillo@ccsb.com; rrowe@ccsb.com |
| CHAMBERLAIN HRDLICKA | jarrod.martin@chamberlainlaw.com; tara.leday@chamberlainlaw.com |
| CIRCUIT BREAKER GUYS LLC | steve@cbguys.com |
| City of Big Spring, TX | agrove@mybigspring.com |
| COKINOS/YOUNG | cpower@cokinoslaw.com; mbartlett@cokinoslaw.com |
| CORTALENT, LLC | apye@cortalent.com |
| DCRBN VENTURES DEVELOPMENT & ACQUISITION, LLC | gregory.irwin@nee.com |
| DELL TECHNOLOGIES, INC | streusand@slollp.com |
| ECHO SEARCH GROUP | abhatia@echosearchgroup.com |
| FLEXENTIAL CORP. | mark.leyda@flexential.com |
| FOUNDRY DIGITAL LLC | mcolyer@foundrydigital.com |
| FOUNDRY DIGITAL LLC | lbarra@foundrydigital.com |
| FREUDENBERG FILTRATION TECHNOLOGIES L.P. | colett.gagnon@freudenberg-filter.com |
| FROST BROWN TODD LLC | awebb@fbtlaw.com |
| GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| GARTNER, INC. | spencer.hockert@gartner.com |
| GENERATE LENDING, LLC | credit.notice@generatecapital.com |
| GENERATE LENDING, LLC | info@generatecapital.com |
| GROWTH OPERATORS, LLC | stephanie.wells@growthoperators.com |
| HMB LEGAL COUNSEL | akhatri@hmblaw.com |
| HUBSPOT, INC. | media@hubspot.com |
| HUNTON ANDREWS KURTH LLP | josephbuoni@huntonak.com; taddavidson@huntonak.com; pguffy@huntonak.com |
| KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C. | mkelly@kmdfirm.com |
| KIRKLAND & ELLIS LLP | christopher.marcus@kirkland.com; elizabeth.jones@kirkland.com; anna.rotman@kirkland.com; |
| KOCH FILTER CORPORATION | gilbert.frederick.newberry@kochfilter.com |
| MADEL PA | abeiner@madellaw.com |
| MARATHON Digital Holdings, Inc. | fred@marathondh.com |
| MAYER, LLP | lhood@mayerllp.com |
| MAYER BROWN LLP | brenken@mayerbrown.com; ckelley@mayerbrown.com; aelkhoury@mayerbrown.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com; nrowles@mwe.com |
| MCGUIREWOODS LLP | apapa@mcguirewoods.com; mfreedlander@mcguirewoods.com |
| MERCURIA ENERGY AMERICA, LLC | kflournoy@mercuria.com |
| MERITUS RECRUITING GROUP LLC | twilliams@meritusrecruiting.com |
| MICHAEL BEST & FRIEDRICH, LLP | jmmertz@michaelbest.com |

| Creditor Name | Email Address |
|---|---|
| MILBANK LLP | araval@milbank.com; estodola@milbank.com; elinden@milbank.com |
| MVP LOGISTICS LLC | ar@mvpship.com |
| Nebraska Attorney General | nedoj@nebraska.gov |
| NEW YORK STATE ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| NEXTERA ENERGY RESOURCES, LLC | neer-general-counsel@nexteraenergy.com |
| OFFICE OF THE UNITED STATES TRUSTEE | alicia.barcomb@usdoj.gov |
| OKIN ADAMS BARTLETT CURRY LLP | mokin@okinadams.com; roconnor@okinadams.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | lmbkr@pbfcm.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSEK LLC | tpetrullo@prosek.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | pattytomasco@quinnemanuel.com |
| RAND WORLDWIDE INC. | asobolewski@rand.com |
| RECRUITERS OF MINNESOTA | kelly@recruitersofmn.com |
| SCHULTE ROTH & ZABEL LLP | kristine.manoukian@srz.com; peter.amend@srz.com |
| SEC HEADQUARTERS | oig@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | dfw@sec.gov |
| SHOOK, HARDY & BACON, L.L.P. | jolewis@shb.com |
| SPECTRUM SEARCH PARTNERS, LLC | tom@spectrumsearchpartners.com |
| SUNBELT SOLOMON SERVICES, LLC | bill.sparks@sunbeltsolomon.com |
| TEXAS STATE SECURITIES BOARD | submissions@ssb.texas.gov |
| THE FINMAN LAW FIRM PLLC | tfinman@finmanlawfirm.com |
| THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | sherri.simpson@oag.texas.gov; bk-jstern@oag.texas.gov |
| TZ Capital Holdings, LLC | gregory.irwin@nee.com |
| TZRC MINING LLC | amarchese@tmrcorp.com |
| URBAN SOLUTION GROUP | accounting@urbansolutiongroup.com |
| US ATTORNEY'S OFFICE | richard.kincheloe@usdoj.gov; usatxs.atty@usdoj.gov |
| US BITCOIN CORPORATION | jblock@usbitcoin.com |
| VERIBI, LLC | mhecf@aol.com |
| WEIL, GOTSHAL & MANGES LLP | alfredo.perez@weil.com; gary.holtzer@weil.com; jessica.liou@weil.com; alexander.cohen@weil.com |
| WESTWOOD PROFESSIONAL SERVICES | david.wirt@westwoodps.com |

| Claimant Name | Email Address |
|---|---|
| ALPHAGRAPHICS BLOOMINGTON | MARK.TRASTER@ALPHAGRAPHICS.COM |
| PERRILL, DAVE | DAVE@PERRILL.COM |
| BHI HOLDINGS LLC | SPENCER.BARRON@PERRILLCO.COM |
| WAND CORPORATION | SPENCER.BARRON@WANDCORP.COM |
| RAND WORLDWIDE | MWHITING@RAND.COM |
| FIRST SCRIBE INC | ZSTREED@PERRILL.COM |
| AUTHENTIC BRAND | TRACY.TRUESDELL@AUTHENTICBRAND.COM |
| RO YOUKER INC | CHRIS@ROYOUKER.COM |
| 858 CONSULTING LLC | BRYANHERTZ@GMAIL.COM |
| MILLER & ASSOCIATES CONSULTING ENGINEERS | RMILLER@MILLER-ENGINEERS.COM |
| MIDAMERICAN ENERGY COMPANY | BANKRUPTCIES@MIDAMERICAN.COM |
| DELL MARKETING LP | STREUSAND@SLOLLP.COM; CHANTELL.EWING@DELL.COM |
| CNA COMMERCIAL INSURANCE | CYNTHIA.GORAL@CNA.COM |
| WEIDNER & PHILIPPS LTD | BDOWEIDNER@SBCGLOBAL.NET; OVERHEADDOOR1@SBCGLOBAL.NET |
| BERRY GOOD MINING LLC | BERRYGOODMINING@GMAIL.COM |
| PEGASUS ENERGY LLC | SHANE@PEGASUSENERGYLLC.COM |
| CORTALENT LLC | APYE@CORTALENT.COM |
| WENZEL, KYLE | KYLEWENZEL20@GMAIL.COM |
| TOUZI CAPITAL LLC | GABEMATHLESS@MVALAW.COM; LATOSZ@MVALAW.COM |
| MIHAI, NELU | NELUMIHAI@ICLOUD.COM |
| ROEBUCK STAFFING COMPANY LLC | WILL@ROEBUCKSTAFFING.COM |
| HOWARD COUNTY TAX OFFICE | LMONROE@PBFCM.COM |
| OSTRA CYBERSECURITY INC | LEGAL@OSTRA.NET |
| HASH CASH MINING LLC | MAXNIEDERLUECKE@GMAIL.COM |
| AXLE LOGISTICS LLC | DAVID.JONES@AXLELOGISTICS.COM |
| MERITUS RECRUITING GROUP LLC | TWILLIAMS@MERITUSRECRUITING.COM |
| RECRUITERS OF MINNESOTA INC | KELLY@RECRUITERSOFMN.COM |
| WILLIAMS SCOTSMAN INC | RECOVERY@WILLSCOT.COM |
| BOBS LIMITED | NCOVILL@MERCHANTLAW.COM |
| SIGN PRO | JBIANCO@SIGNPROWG.COM |
| MCDONALD HOPKINS LLC | ESHIELS@MCDONALDHOPKINS.COM |
| THOMPSON ELECTRIC | VICKI.BOYOK@THOMPSONKNOWS.COM |
| MVP LOGISTICS LLC | PCS@DEWITTLLP.COM |
| RANGER GUARD & INVESTIGATIONS | ACCOUNTING@RANGERGUARD.NET |
| HSI WORKPLACE COMPLIANCE SOLUTIONS INC | BILLING@HSI.COM; LANDERSON@HSI.COM |
| RANGER GUARD & INVESTIGATIONS | ACCOUNTING@RANGERGUARD.NET |
| SURVEYING AND MAPPING LLC | LINDA.FERRELL@SAM.BIZ |
| SHIROLE, ROHIT | JKLOBUCAR@BASSFORD.COM |
| CORPUS CHRISTI ENERGY PARK LLC | MARKCASTILLO@CCSB.COM; STEVEQ@BOOTSTRAP-ENERGY.COM |
| BOOTSTRAP ENERGY LLC | MARKCASTILLO@CCSB.COM; STEVEQ@BOOTSTRAP-ENERGY.COM |
| BOLDA, MATTHIAS | MATCE@GMX.AT |
| BITNILE INC | DARREN@BITNILE.COM |
| DOUGLAS ELECTRICAL SERVICES LLC | DOUG0609@GMAIL.COM |
| TESLAWATT LLC | SSATHER@BN-LAWYERS.COM |
| NRG STREAM | ACCOUNTS@NRGSTREAM.COM |
| SPHERE 3D CORP | PATRICIA.TROMPETER@SPHERE3D.COM; MSILVERMAN@PRYORCASHMAN.COM |
| GROWTH OPERATORS ADVISORY SERVICES LLC | ACCOUNTING@GROWTHOPERATORS.COM; PRATELLE@FWHTLAW.COM |
| TEAGUE NALL & PERKINS INC | JSEARS@TNPINC.COM; ACCTCONTROLLER@TNPINC.COM |
| KUTAK ROCK LLP | EFTGROUP@KUTAKROCK.COM |
| PATTERSON & DEWAR ENGINEERS INC | AWYSKO@PDENGINEERS.COM |
| DAVIS, ALEXANDER JAMES | DAVIS676768@GMAIL.COM |
| CH ROBINSON WORLDWIDE INC | BILL.GLAD@CHROBINSON.COM |
| RK MISSION CRITICAL LLC | PMH@BHGRLAW.COM |
| KOCH FILTER CORPORATION | BWILDERMAN@WFJLAWFIRM.COM |
| ATLAS TECHNOLOGY GROUP LLC | EFREN.GARCIA@US.ATLASWEB3.IO |
| FOX MINING COMPANY LLC | FOXMINING7@GMAIL.COM |
| COMMONWEALTH ELECTRIC CO OF THE MIDWEST | BFRIESEN@COMMONWEALTHELECTRIC.COM |
| TWC FINANCIAL LLC | CORPORATE@THEWAYFARINGCOMPANY.COM |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL | AOSTERHOUT@SMITHLAW.COM| |
| COFFMAN ENGINEERS INC | FASY@COFFMAN.COM |
| US DIGITAL MINING TEXAS LLC | SSTICHTER.ECF@SRBP.COM |
| GEM MINING 1 LLC | AWEBB@FBTLAW.COM |
| BIT DIGITAL USA INC | JSP@DHCLEGAL.COM |
| WESTWOOD INFRASTRUCTURE INC | MORGAN.THORNTON@WESTWOODPS.COM |
| COMPASS MINING INC | JWILLARD@ATLLP.COM; MWALSH@ATLLP.COM |
| WESTWOOD PROFESSIONAL SERVICES INC | MORGAN.THORNTON@WESTWOODPS.COM |
| VALUE CHAIN VENTURES | MATT.FEAST@VCVDIGITAL.COM |
| POWER ASSET RECOVERY CORPORATION | RICK@POWER-ASSET.COM; JPA@KJK.COM |
| SECURITAS SECURITY SERVICES USA INC | TOM.ROSZHART@SECURITASINC.COM; REYLEEN.DOWLER@SECURITASINC.COM |
| VCV POWER BETA LLC | MATT.FEAST@VCVDIGITAL.COM |
| REVIVA INC | MCARTER@HINSHAWLAW.COM |
| LUJAN PA FINANCIAL LLC | LUJAN.PA.FINANCIAL@GMAIL.COM |

| Claimant Name | Email Address |
|---|---|
| OVERWATCH SURVEILLANCE LLC | ADMIN@OVERWATCHENT.COM |
| OVERWATCH ENTERPRISES LLC | ADMIN@OVERWATCHENT.COM |
| OVERWATCH SURVEILLANCE LLC | ADMIN@OVERWATCHENT.COM |
| BLOCKMETRIX | MQUEJADA@SIDLEY.COM; NBANNISTER@BLOCKMETRIX.COM |
| FOUNDRY DIGITAL LLC | ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| FOUNDRY DIGITAL LLC | ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| FOUNDRY DIGITAL LLC | ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| OMNIFIC VENTURES INC | JAY@OMNIFICVENTURES.COM |
| CULVER VENTURES LLC | SBAJAJ@CULVERVENTURES.COM |
| HAYLO GROUP INC | JAY@HAYLO.VC |
| AMAZON WEB SERVICES INC | BRIAN.PETERSON@KLGATES.COM; SBERANEK@AMAZON.COM |
| VALUE CHAIN VENTURES | MATT.FEAST@VCVDIGITAL.COM |
| ULUCK TECHNOLOGY PTE LTD | DAVID.ZHANG@ULUCKGLOBAL.CO.UK |
| MARATHON DIGITAL HOLDINGS INC, ET AL | IR@MARATHONDH.COM; JOLIE@MARA.COM; HUGH@MARA.COM; ROBERT.BEREZIN@WEIL.COM; JESSICA.LIOU@WEIL.COM; ALEXANDER.COHEN@WEIL.COM |
| PASCHINI, MILES | MILES@PASCHINI.NET |
| EDGEMODE INC | SIMON@EDGEMODE.IO |
| EDGEMODE INC | SIMON@EDGEMODE.IO |
| BIG SPRING FIRE EXTINGUISHER LLC | BIGSPRINGFIREEXT@YAHOO.COM |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | BANKRUPTCYTAX@OAG.TEXAS.GOV; BANKRUPTCYSECTION@CPA.TEXAS.GOV |
| US DIGITAL MINING TEXAS LLC | SSTICHTER@SRBP.COM |
| BUFFALO COUNTY TREASURER | TREASURER@BUFFALOCOUNTY.NE.GOV\|TREASURER@BUFFALOCOUNTY.NE.GOV |
| 7575 MANAGEMENT LLC | SPENCER.BARRON@PERRILLCO.COM |
| HASH CASH MINING LLC | MAXNIEDERLUECKE@GMAIL.COM |
| SHIROLE, ROHIT | JKLOBUCAR@BASSFORD.COM |
| SHIROLE, ROHIT | JKLOBUCAR@BASSFORD.COM |
| BITNILE INC | DARREN@AULT.COM; AFRIEDMAN@OLSHANLAW.COM; TFLEMING@OLSHANLAW.COM; KKLEIN@OLSHANLAW.COM |
| BRADFORD CAPITAL HOLDINGS, LP | bbrager@bradfordcapitalmgmt.com |
| BRADFORD CAPITAL HOLDINGS, LP | bbrager@bradfordcapitalmgmt.com |
| BRADFORD CAPITAL HOLDINGS, LP | bbrager@bradfordcapitalmgmt.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | BANKRUPTCYTAX@OAG.TEXAS.GOV; BANKRUPTCYSECTION@CPA.TEXAS.GOV |
| MVP LOGISTICS LLC | PCS@DEWITTLLP.COM |
| SPHERE 3D CORP | PATRICIA.TROMPETER@SPHERE3D.COM; MSILVERMAN@PRYORCASHMAN.COM |
| HAYLO GROUP INC | JAY@HAYLO.VC |
| OMNIFIC VENTURES INC | JAY@OMNIFICVENTURES.COM |
| CULVER VENTURES LLC | SBAJAJ@CULVERVENTURES.COM |
| ULUCK TECHNOLOGY PTE LTD | DAVID.ZHANG@ULUCKGLOBAL.CO.UK |
| FOUNDRY DIGITAL LLC | ARAVAL@MILBANK.COM; ESTODOLA@MILBANK.COM; ELINDEN@MILBANK.COM |
| HAYLO GROUP INC | JAY@HAYLO.VC |
| OMNIFIC VENTURES INC | JAY@OMNIFICVENTURES.COM |
| CULVER VENTURES LLC | SBAJAJ@CULVERVENTURES.COM |
| HAYLO GROUP | JAY@HAYLO.VC |
| OMNIFIC VENTURES INC | JAY@OMNIFICVENTURES.COM |
| INSPERITY PEO SERVICES LP | BURRERK@GTLAW.COM |
| ULINE | ACCOUNTS.RECEIVABLE@ULINE.COM; ARBANKRUPTCY@ULINE.COM |