LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR HOWARD COUNTY TAX OFFICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § § | IN PROCEEDINGS UNDER CHAPTER 11 OF THE |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al* | § § § § | BANKRUPTCY ACT |
| DEBTOR | § § | NO. 22-90273 |

### WITHDRAWAL OF CLAIM NO. 4
### FOR TAXES OF THE HOWARD COUNTY TAX OFFICE

Claimant, HOWARD COUNTY TAX OFFICE filed Secured Claim Number 4 for taxes of the Howard County Tax Office in the amount of $6,124.12. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid in full.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091, FAX: (806) 744-9953
lmonroe@pbfcm.com

By _____/s/ Laura J. Monroe_____
LAURA J. MONROE
Bar No. 14272300