United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 22-90273 (MI)<br><br>(Jointly Administered) |

**JOINT STIPULATION AND AGREED ORDER BY AND BETWEEN
THE PLAN ADMINISTRATOR AND REVIVA INC. TO ADJOURN HEARING ON
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM ASSERTED BY REVIVA INC.
(CLAIM NO. 10129)**
**(Relates to Docket No. 1299)**

Tribolet Advisors LLC, in its capacity as Plan Administrator ("Plan Administrator") in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), and Reviva Inc. ("Reviva" or "Claimant" and, together with the Plan Administrator, the "Parties"), hereby enter into this stipulation and agreed order (the "Stipulation") as follows:

---

¹ On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

**WHEREAS**, on September 22, 2022 (the "Petition Date"), each of the above-captioned debtors (the "Debtors" and, as of the effective date of the Plan, the "Reorganized Debtors") in the Bankruptcy Cases filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**WHEREAS**, on February 16, 2023, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* (the "Plan").[2]

**WHEREAS**, the Plan Administrator is governed by the Amended Plan Administrator Agreement (the "Plan Administrator Agreement").[3] Pursuant to the Confirmation Order and Plan Administrator Agreement, the Plan Administrator is tasked with, among other things: (1) serving as the sole manager, director, and officer of the Reorganized Debtors as of the Plan's effective date; (2) implementing the Plan and any applicable orders of the Court; and (3) reconciling and resolving claims asserted against the Reorganized Debtors' estates.[4]

**WHEREAS**, on November 23, 2022, Reviva filed proof of claim number 10129 in the Compute North LLC bankruptcy case (the "Proof of Claim").

**WHEREAS**, on October 3, 2023, the Plan Administrator filed the *Plan Administrator's Objection to Claim Asserted by Reviva Inc. (Claim No. 10129)* [Docket No. 1299] (the "Claim Objection").

---

[2]   Docket No. 1019.
[3]   Docket No. 1079, Exhibit E.
[4]   Plan §§ 4.2.5, 7.3; Confirmation Order ¶¶ 53, 88; Plan Administrator Agreement § 1.3.

**WHEREAS**, an initial hearing on the Claim Objection is scheduled to take place on November 6, 2023 (the "Hearing").

**WHEREAS**, Reviva has requested, and the Plan Administrator consents, to an adjournment of the Hearing to December 18, 2023 at 10:00 a.m. prevailing central time. During the interim period, Reviva anticipates exploring the possibility of a resolution of the Claim Objection.

**WHEREAS**, the Parties submit that no party will be prejudiced by an adjournment of the hearing.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation, it is stipulated and agreed, and upon approval by the Bankruptcy Court, it is SO ORDERED as follows:

1. The Hearing on the Claim Objection is adjourned. The Hearing will be rescheduled to take place on December 18, 2023 at 10:00 a.m. prevailing Central Time.

2. The Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

Signed: November 06, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

Signed:

                                                          _____
                                                          Marvin Isgur
                                                          United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

Dated: November 3, 2023

| | |
|---|---|
| */s/ Charles R. Gibbs* | */s/ Mark A. Carter* (by permission) |
| Charles R. Gibbs | Mark A. Carter (admitted *pro hac vice*) |
| Texas State Bar No. 7846300 | Illinois Bar No. 6199602 |
| **MCDERMOTT WILL & EMERY LLP** | **HINSHAW & CULBERTSON LLP** |
| 2501 North Harwood Street, Suite 1900 | 151 North Franklin Street, Suite 2500 |
| Dallas, TX 75201-1664 | Chicago, IL 60606 |
| Telephone: (214) 295-8000 | Telephone: (312) 704-3775 |
| Facsimile: (972) 232-3098 | Email: Mcarter@hinshawlaw.com |
| Email: crgibbs@mwe.com | |

- *and* –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
E-mail: kcasteel@askllp.com
             jchristian@askllp.com
             nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

      I certify that on November 3, 2023, I caused a copy of the foregoing document to be served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "ECF System") on all parties registered to receive service via the ECF System in these cases.

                                                    */s/ Charles R. Gibbs*
                                                    Charles R. Gibbs