# Exhibit 1

Schedule of Adversely Affected Claims

| CLAIM NUMBER | DEBTOR NAME | CLAIMANT NAME | ADVERSE CLAIM STATUS |
|---|---|---|---|
| 10079 | Compute North LLC | ATLAS TECHNOLOGY GROUP LLC | Claim in Litigation |
| 39 | Compute North Texas LLC | BIG SPRING FIRE EXTINGUISHER LLC | Claim for Potential Objection |
| 10119 | Compute North LLC | BIT DIGITAL USA INC | Claim for Potential Objection |
| 42 | Debtor / Case # Discrepancy | BITNILE INC | Objected Claim |
| 10060 | Compute North LLC | BITNILE INC | Objected Claim |
| 14 | Debtor Not Indicated by Claimant | BOBS LIMITED | Objected Claim |
| 10058 | Compute North LLC | BOOTSTRAP ENERGY LLC | Claim in Litigation |
| 25 | Debtor Not Indicated by Claimant | CH ROBINSON WORLDWIDE INC | Claim for Potential Objection |
| 10121 | Compute North LLC | COMPASS MINING INC | Objected Claim |
| 10057 | CN Corpus Christi LLC | CORPUS CHRISTI ENERGY PARK LLC | Claim in Litigation |
| 10145 | Compute North LLC | CULVER VENTURES LLC | Stipulated Claim |
| 10166 | Compute North LLC | CULVER VENTURES LLC | Stipulated Claim |
| 10169 | Compute North LLC | CULVER VENTURES LLC | Stipulated Claim |
| 10154 | Compute North Holdings, Inc. | EDGEMODE INC | Objected Claim |
| 10155 | Compute North Holdings, Inc. | EDGEMODE INC | Objected Claim |
| 32 | Compute North TX06 LLC | FOUNDRY DIGITAL LLC | Claim for Potential Objection |
| 33 | CN Mining LLC | FOUNDRY DIGITAL LLC | Claim for Potential Objection |
| 34 | Compute North LLC | FOUNDRY DIGITAL LLC | Claim for Potential Objection |
| 46 | Compute North LLC | FOUNDRY DIGITAL LLC | Claim for Potential Objection |
| 10159 | Compute North LLC | HASH CASH MINING LLC | Claim for Potential Objection |
| 10170 | Compute North LLC | HAYLO GROUP | Stipulated Claim |
| 10147 | Compute North LLC | HAYLO GROUP INC | Stipulated Claim |
| 10164 | Compute North LLC | HAYLO GROUP INC | Stipulated Claim |
| 10167 | Compute North LLC | HAYLO GROUP INC | Stipulated Claim |
| 10172 | Compute North LLC | INSPERITY PEO SERVICES LP | Claim for Potential Objection |
| 10048 | Compute North Holdings, Inc. | MVP LOGISTICS LLC | Claim for Potential Objection |
| 10162 | Compute North Holdings, Inc. | MVP LOGISTICS LLC | Claim for Potential Objection |
| 10144 | Compute North LLC | OMNIFIC VENTURES INC | Stipulated Claim |
| 10165 | Compute North LLC | OMNIFIC VENTURES INC | Stipulated Claim |
| 10168 | Compute North LLC | OMNIFIC VENTURES INC | Stipulated Claim |
| 10171 | Compute North LLC | OMNIFIC VENTURES INC | Stipulated Claim |
| 10153 | CN Big Spring LLC | PASCHINI, MILES | Objected Claim |
| 23 | Debtor Not Indicated by Claimant | PATTERSON & DEWAR ENGINEERS IN | Claim for Potential Objection |
| 10129 | Compute North LLC | REVIVA INC | Objected Claim |
| 10055 | Compute North Holdings, Inc. | SHIROLE, ROHIT | Claim in Litigation |
| 10160 | Compute North Holdings, Inc. | SHIROLE, ROHIT | Claim in Litigation |
| 10161 | Compute North LLC | SHIROLE, ROHIT | Claim in Litigation |
| 10065 | Compute North LLC | SPHERE 3D CORP | Stipulated Claim |
| 10163 | Compute North LLC | SPHERE 3D CORP | Stipulated Claim |
| 10062 | Compute North LLC | TESLAWATT LLC | Claim for Potential Objection |
| 10023 | Compute North LLC | TOUZI CAPITAL LLC | Claim for Potential Objection |
| 45 | Compute North LLC | ULUCK TECHNOLOGY PTE LTD | Objected Claim |
| 10151 | Compute North LLC | ULUCK TECHNOLOGY PTE LTD | Objected Claim |
| 10123 | Compute North LLC | VALUE CHAIN VENTURES | Objected Claim |
| 10150 | Compute North LLC | VALUE CHAIN VENTURES | Objected Claim |
| 10127 | Compute North LLC | VCV POWER BETA LLC | Objected Claim |
| 10021 | Compute North LLC | WENZEL, KYLE | Objected Claim |