United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 10, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

## ORDER EXTENDING DEADLINE FOR OBJECTIONS TO CLAIMS

Upon the motion, dated September 19, 2023 [Docket No. 1271], and the supplemental motion, dated October 13, 2023 (together, the "Motions"),[2] of Tribolet Advisors, LLC, as plan administrator (the "Plan Administrator") in the above-captioned bankruptcy cases (the "Cases"), seeking entry of an order (this "Order"), pursuant to Bankruptcy Code section 105(a), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, the Plan, and the Confirmation Order, granting the Plan Administrator's request to extend the time to object to claims, including Proofs of Claim

---

[1]  On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(other than Administrative Claims) through and including December 26, 2023; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motions in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motions is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Motions were properly noticed and the opportunity for a hearing was appropriate such that no other notice is required; and this Court having reviewed and considered the Motions, and having determined that the legal and factual bases set forth in the Motions establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing; it is HEREBY ORDERED THAT:

1. Omitted.

2. The deadline for the Plan Administrator to object to claims, including Proofs of Claim (other than Administrative Claims) is extended through December 26, 2023.

3. This Order is without prejudice to the Plan Administrator's right to seek additional extensions of the deadline for objecting to claims

4. The Plan Administrator is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: November 10, 2023

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                     Case No. 22-90273-mi
Mining Project Wind Down Holdings Inc.                                  Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                     User: ADIuser                                    Page 1 of 3
Date Rcvd: Nov 13, 2023              Form ID: pdf002                          Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Tribolet Advisors LLC, solely in its capacity as P, PO Box 4421, Beaverton, OR 97076-0421 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | ASM Capital X LLC, 100 Jericho Quadrangle, Suite 230, Jericho, NY 11753-2710 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | + | Nelu Mihai, 201 Harrison St. #210, San Francisco, CA 94105-2032 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor Cleveland, OH 44114 |

| | | |
|---|---|---|
| intp | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | | Reviva, Inc., 5120 Main Street NE, Minneapolis, MN 55421 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: legal@mybigspring.com | | |
| | | | Nov 13 2023 21:36:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |
| cr | + | Email/Text: lmbkr@pbfcm.com | | |
| | | | Nov 13 2023 21:36:00 | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| cr | ^ | MEBN | | |
| | | | Nov 13 2023 21:09:48 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ferguson Braswell Fraser Kubasta PC |
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bobs Limited |
| cr | | Bootstrap Energy LLC |
| intp | | Bradford Capital Management, LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | General Casualty Company of Wisconsin |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| trnsfee | | LP1 LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Mercuria Energy America, LLC |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf002 | Total Noticed: 48 |

| op | | Miller Buckfire & Co., LLC and Stifel, Nicolaus & |
|---|---|---|
| op | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Nebraska Public Power District |
| cr | | Nelu Mihai, 201 Harrison St. #210, San Francisco |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| crcm | | Official Committee of Unsecured Creditors of Minin |
| intp | | Plan Administrator |
| fa | | Portage Point Partners, LLC |
| cr | | Praetorian Insurance Company |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Unluck Technology Pte. Ltd. |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |
| op | *+ | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | ##+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |

TOTAL: 48 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                    Signature:      /s/Gustava Winters