

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

## ENTRY SUMMARY

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

Summary Status
Team        GEZ

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| 9XP-1031644-5 | 01 ABI/A | 11/26/21 | 050 | 9 | 2720 | 11/17/2021 |

| 8. Importing Carrier | 9. Mode Of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| CZ | 40 | CN | 11/12/2021 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| 78467012875 | CNGOOHAR1188SHA | CN | 11/12/2021 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
|  |  |  |  | 2720 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| WAH8/CHINA SOUTHERN AIRLI | 45-356655000 | 214601-20212 |  |

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| OTX LOGISTICS, INC.<br>23059 INTERNATIONAL AIRPORT CENTER BLVD | ULUCK TECHNOLOGY PTE LTD<br>GOLDEN MILE COMPLEX 5001 BEACH ROAD<br>KALLANG |
| City SPRINGFIELD GARDENS  State NY  Zip 11413<br>Ult. State CA | City SINGAPORE  State  Zip 199588 |

| 27 Line No. | 28. Description of Merchandise | | | 32.<br>A. Entered Value<br>B. CHGS<br>C. Relationship | 33.<br>A. HTSUS Rate<br>B. ADA/CVD Rate<br>C. IRC Rate<br>D. Visa Number | 34. Duty and I.R. Tax |  |
|---|---|---|---|---|---|---|---|
|  | 29.<br>A. HTSUS Number<br>B. ADA/CVD Number | 30.<br>A. Gross Weight<br>B. Manifest Qty. | 31.<br>Net Quantity in HTSUS Units |  |  | Dollars | Cents |
|  | I.T. DATE  I.T. NO. | MASTER BILL/AWB<br>78467012875 | HOUSE BILL<br>ACA121103787 | SUBHOUSE BILL |  | BILL QTY<br>6 CT |  |
| 001 | Invoice Number  001/UL20210118<br>ARTICLE OF CHINA,US NTE 20(C)<br>9903.88.02 | 69 KG |  | N<br>0<br>C3600 | 25% | 720.00 |  |
|  | ELECTRIC MACHINE,APPARTUS NSPF<br>8543.70.9960<br>499 MERCHANDISE PROCESSING FEE (MPF) |  | 6.00 NO | 2,880 | 2.6%<br>0.3464% | 74.88<br>9.98 |  |
|  | Invoice Number                  001/UL20210118<br>Invoice Value USD                    2,880.00<br>Total Entered Value (Invoice)     2,880.00 |  |  |  |  |  |  |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | TOTALS |
|---|---|---|---|
| 499 Merchandise Processing Fee  $27.75 | $2,880.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty  794.88 |
|  | Total Other Fees  $27.75 | REASON CODE | C. Ascertained Tax | 38. Tax  0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other  27.75 |
|  |  | E. Ascertained Total | 40. Total  822.63 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME (LAST,FIRST, M.I.)  TITLE | SIGNATURE | DATE |
|---|---|---|
| OTX LOGISTICS, INC.  ATTY-IN-FACT | Avi Goldstein | 11/17/2021 |

| 42. Broker/Filer Information Name (Last,First, M.I.) and Phone Number | 43. Broker/Importer File Number |
|---|---|
| OTX LOGISTICS, INC.<br>23059 INTERNATIONAL AIRPORT CENTER BLVD,  SPRINGFIELD GARDENS, NY 11413<br>PHONE: +17187237899 | SLAXIA21110175 / Ref: EPA |

CBP Form 7501 (12/19)                                                                                            Page 1 of 1

**EXHIBIT 3**