Thanks so much for your update information. I have 190 units miners in LAX warehouse now, as we discussed with Max, We will deliver 100 unites(m20S) to your Minden,Ne facility first because this facility will start at 1 Jul. Can I also have shipping detail?

About 200 units(M20s&M21s) to Ganbury site, I will send around 90 miners from LAX warehouse to you first, the rest of 110 miners are in Shanghai now, Because shanghai is lockdown at the moment, I will update shipping plan to you ASAP.

Have a nice day!

Tks & B.rgds!

David Zhang


发件人: Taylor Murray <taylor.murray@computenorth.com>
发送时间: 2022年5月26日 17:10
收件人: laura.huang@uluckglobal.co.uk; david.zhang@uluckglobal.co.uk
抄送: Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>; Al Davis <al.davis@computenorth.com>
主题: 200 miner units to Granbury.

Laura-

I would like to introduce myself to you, I am the Warehousing and Logistics Manager for Compute North.  Speaking with Max, I understand that you have 200 units that can be delivered to our Granbury site.  They can be ready to receive these as soon as tomorrow.  Let me know and I can get you on the receiving schedule.  Here is some information about the site:

| Site Address |
| --- |
| Compute North TX11 |
| 1801 Mitchell Bend Highway |
| Granbury, Texas 76048 |


| Phase 1 Site Contact |
| --- |
| Blake Starr |
| blake.starr@mortenson.com |
| 361-701-6555 |

**EXHIBIT 5**

| Site manager |
|---|
| David Fischer |
| david.fischer@computenorth.com |
| 952-222-0059 |

Delivery hours are from 8AM to 2PM.  Units will be installed same day into the container.  There is 24/7 security onsite.

Please feel free to reach out to me with any questions about setting up the deliver to the site.

## Taylor Murray

Warehousing and Logistics Manager

## Compute North

t: 1 952-214-8795

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

Tks & B.rgds!

Laura Huang

ULUCK GLOBAL UK LTD.

--
Tks & B.rgds!

Laura Huang
ULUCK GLOBAL UK LTD.