**From:** David Zhang <david.zhang@uluckglobal.co.uk>
**Sent:** Friday, June 17, 2022 12:28:32 PM
**To:** Max Niederluecke <max.niederluecke@computenorth.com>; 'Laura Huang' <laura.huang@uluckglobal.co.uk>
**Cc:** Taylor Murray <taylor.murray@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** 300 miner units to Granbury.

Dear Max,

Thanks so much for your new plan. That is better. I will notify Lax warehouse to send 200 miner to Humble,TX next week .Pls tell me the contact detail of your TX warehouse.

About the last 100 Miners, As the BTC price drop, I decided to stop the plan to relocate the M20/21 miners from China. We will upgrade Miners to M30s. We have already ordered for the M30S and usually there are some delivery delays for new machines. I will try my best to deliver to your factory on time. Thanks again!

Have a nice weekend!

David Zhang

发件人: Max Niederluecke <max.niederluecke@computenorth.com>
发送时间: 2022年6月17日 17:30
收件人: Laura Huang <laura.huang@uluckglobal.co.uk>; David Zhang <david.zhang@uluckglobal.co.uk>
抄送: Taylor Murray <taylor.murray@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
主题: RE: 200 miner units to Granbury.

HI Laura and David,

As our the go-live date of our Minden facility is still TBD, we have made the decision to deploy all 300 of your units at our Granbury, TX facility so that there are no further delays. Please ship all 300 units to our warehouse in TX, where the units will then be routed to site for installation. Here is the address:

| MVP |
| --- |
| 8411 Humble Westfield Road Suite 110 |
| Humble, Texas 77338 |

**EXHIBIT 6**

Please let me know if you have any questions.

Thanks,

# Max Niederluecke

Account Manager

# Compute North

t: +1 952.279.0586

m: +1 952.215.6904

www.computenorth.com

*Ranked #1* fastest-growing *private company in Minnesota*

**From:** Max Niederluecke
**Sent:** Monday, June 13, 2022 4:26 PM
**To:** Laura Huang <laura.huang@uluckglobal.co.uk>; David Zhang <david.zhang@uluckglobal.co.uk>
**Cc:** Taylor Murray <taylor.murray@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** RE: 200 miner units to Granbury.

Laura,

We are still waiting on the final go-live schedules for Minden, but there has been a slight delay and it is now looking like a potential August start date. This is smaller site than Granbury, so we do not need to receive the gear as far in advance.

Do you currently have 200 units ready for shipment to the TX warehouse?

Thanks,

# Max Niederluecke

Account Manager

**Compute North**

t: +1 952.279.0586

m: +1 952.215.6904

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** Laura Huang <laura.huang@uluckglobal.co.uk>
**Sent:** Friday, June 10, 2022 2:27 PM
**To:** David Zhang <david.zhang@uluckglobal.co.uk>
**Cc:** Al Davis <al.davis@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Taylor Murray <taylor.murray@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** Re: 200 miner units to Granbury.

Dear Max and Taylor,

May I know if you can answer the following questions from David? Is there any change for NE site? Is it still start from 1 Jul,2022?

Please let us know, so we can arrange work accordingly.

Thank you!

Laura

On Fri, 3 Jun 2022 at 14:53, David Zhang <david.zhang@uluckglobal.co.uk> wrote:

Dear Taylor,

This arrangement is great, I can send it to Humble TX 77338.

But I also want to confirm that the NE site can start on time on July 1? Please understand that I would like to prioritize the delivery of Lax's inventory to the factory that starts first. According to your plan, the TX site will start on August 1st, and the NE site should start on July 1st. There is any change?

Tks & B.rgds!

David

发件人: Taylor Murray <taylor.murray@computenorth.com>
发送时间: 2022年6月3日 14:24
收件人: David Zhang <david.zhang@uluckglobal.co.uk>; laura.huang@uluckglobal.co.uk
抄送: Al Davis <al.davis@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
主题: RE: 200 miner units to Granbury.

David-

Since the Minden site is not set up yet, I would need your miners to be sent to our warehouse in Humble, TX.  This was we can document the serial numbers in out inventory and keep them secure until deployment at Minden.  You will not have to worry about shipping them from TX to Nebraska, as we will handle that.  Let me know if you can set up delivery of these miners to this address:

| MVP |
| --- |
| 8411 Humble Westfield Road Suite 110 |
| Humble, Texas 77338 |
|  |

**Taylor Murray**

Warehousing and Logistics Manager

**Compute North**

t: 1 952-214-8795

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** David Zhang <david.zhang@uluckglobal.co.uk>
**Sent:** Friday, June 3, 2022 5:54 AM
**To:** Taylor Murray <taylor.murray@computenorth.com>; laura.huang@uluckglobal.co.uk
**Cc:** Al Davis <al.davis@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** Re: 200 miner units to Granbury.

Hi Taylor,

Could you please confirm when can we deliver to NE station?

Have a nice weekend!

David Zhang <david.zhang@uluckglobal.co.uk>于2022年6月1日 周三23:52写道：

Dear Taylor,

Thanks so much for your support. Once confirmed by Minden site, we will arrange all miner in Lax to delivery. **But** I need more time to deal with the Shanghai problem, I will let you know asap.

Tks & B.Rgds！

David Zhang

发件人: Taylor Murray <taylor.murray@computenorth.com>
发送时间: 2022年5月26日 19:13
收件人: David Zhang <david.zhang@uluckglobal.co.uk>; laura.huang@uluckglobal.co.uk
抄送: Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>; Al Davis <al.davis@computenorth.com>
主题: RE: 200 miner units to Granbury.

David-

That is great to hear!  Below is the site address for Minden, but I am not sure if they are ready to accept delivery yet.  I am checking on that and will let you know.

| Site Address |
|---|
| 1404 N Rd. Kearney County Minden, NE 68959 |

Let me know when the 90 Miners are expected to be delivered and I will get them on the schedule.  Please also let me know once the remaining amount will be delivered from Shanghai.

Thanks


**Taylor Murray**

Warehousing and Logistics Manager

**Compute North**

t: 1 952-214-8795

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** David Zhang <david.zhang@uluckglobal.co.uk>
**Sent:** Thursday, May 26, 2022 12:29 PM
**To:** Taylor Murray <taylor.murray@computenorth.com>; laura.huang@uluckglobal.co.uk
**Cc:** Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>; Al Davis <al.davis@computenorth.com>
**Subject:** 回复: 200 miner units to Granbury.

Dear Taylor,