发件人: Taylor Murray <taylor.murray@computenorth.com>
发送时间: 2022年7月14日 16:08
收件人: Laura Huang <laura.huang@uluckglobal.co.uk>; David Zhang <david.zhang@uluckglobal.co.uk>
抄送: Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
主题: RE: 300 miner units to Granbury.

Laura-

Yes, we have received these.

Thanks

**Taylor Murray**
Warehousing and Logistics Manager

**Compute North**
t: 1 952-214-8795

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** Laura Huang <laura.huang@uluckglobal.co.uk>
**Sent:** Wednesday, July 13, 2022 2:46 AM
**To:** David Zhang <david.zhang@uluckglobal.co.uk>
**Cc:** Max Niederluecke <max.niederluecke@computenorth.com>; Taylor Murray <taylor.murray@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** Re: 300 miner units to Granbury.

Dear all,

Good day!

Please let us know if you received the miners?

Thank you!

Laura

On Thu, 7 Jul 2022 at 11:05, David Zhang <david.zhang@uluckglobal.co.uk> wrote:

Dear Taylor,

 Did you receive the miners last week?

**EXHIBIT 7**

Thank you!

David

发件人: David Zhang <david.zhang@uluckglobal.co.uk>
发送时间: 2022年6月28日 18:20
收件人: 'Taylor Murray' <taylor.murray@computenorth.com>
抄送: 'Laura Huang' <laura.huang@uluckglobal.co.uk>; 'Max Niederluecke' <max.niederluecke@computenorth.com>; 'Tom Hettrick' <tom.hettrick@computenorth.com>
主题: 回复: 300 miner units to Granbury.

Dear Taylor,

Please see attachment of delivery order. Logistics agent told me that the cargo will arrive within this week.

This delivery order has 184 miners.

Tks & B.rgds!

David Zhang

发件人: David Zhang <david.zhang@uluckglobal.co.uk>
发送时间: 2022年6月24日 21:11
收件人: Taylor Murray <taylor.murray@computenorth.com>
抄送: Laura Huang <laura.huang@uluckglobal.co.uk>; Max Niederluecke <max.niederluecke@computenorth.com>; Tom Hettrick <tom.hettrick@computenorth.com>
主题: Re: 300 miner units to Granbury.

Hi Taylor,

Thank you! I will let you know once get update schedule from Lax.

David Zhang

Taylor Murray <taylor.murray@computenorth.com>于2022年6月24日 周五20:35写道：

| Site Address |
|---|
| MVP |
| 8411 Humble Westfield Road Suite 110 |
| Humble, Texas 77338 |
| DC Manager |
| Brandon Dunn |
| Brandond@mvpship.com |
| 963-203-6207 |

David-

Let me know what day and time this will be delivering and we can add it to the schedule.

## Taylor Murray

Warehousing and Logistics Manager

## Compute North

t: 1 952-214-8795

www.computenorth.com

*Ranked #1 fastest-growing private company in Minnesota*

**From:** David Zhang <david.zhang@uluckglobal.co.uk>
**Sent:** Friday, June 24, 2022 2:31 PM
**To:** Taylor Murray <taylor.murray@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>; 'Laura Huang' <laura.huang@uluckglobal.co.uk>
**Cc:** Tom Hettrick <tom.hettrick@computenorth.com>
**Subject:** 回复: 300 miner units to Granbury.

Dear Taylor,

Can I have a contact number? Our Lax warehouse can not contact them to confirm delivery time.

Thank you!

David Zhang