On Tue, 27 Sep 2022 at 14:58, Al Davis <al.davis@computenorth.com> wrote:

The go-live date hasn't changed – our operations team is working as fast as possible to fully turn-up the site. We really appreciate your patience during this time.

Regards,

Al

**Al Davis**

Customer Success Manager

**Compute North**

t: +1 952.204.9168

www.computenorth.com

*Top 100 within Inc 5000 List of America's* Fastest-Growing *Private Companies*

From: Laura Huang <laura.huang@uluckglobal.co.uk>
Sent: Tuesday, September 27, 2022 2:06 AM
To: Al Davis <al.davis@computenorth.com>
Cc: David Zhang <david.zhang@uluckglobal.co.uk>; Max Niederluecke <max.niederluecke@computenorth.com>
Subject: Re: Intro / Wolf Hollow deployment situation

Hi Al,

Thank you for the quick reply.

Glad to know there's no change. So any update news on the "go-live" date ?

Thank you!

Laura

On Tue, 27 Sep 2022 at 02:06, Al Davis <al.davis@computenorth.com> wrote:

**EXHIBIT 8**

Hi Laura & David,

The Wolf Hollow project company is not part of the bankruptcy filing and is continuing as planned/communicated. There is no change to the deployment schedule.

Let me know if you have any additional questions or if there is anything I can help with.

Regards,

Al

**Al Davis**
Customer Success Manager

**Compute North**
t: +1 952.204.9168

www.computenorth.com

*Top 100 within Inc 5000 List of America's* *Fastest-Growing* *Private Companies*

---

**From:** Laura Huang <laura.huang@uluckglobal.co.uk>
**Sent:** Monday, September 26, 2022 5:07:07 PM
**To:** Al Davis <al.davis@computenorth.com>; Max Niederluecke <max.niederluecke@computenorth.com>
**Cc:** David Zhang <david.zhang@uluckglobal.co.uk>
**Subject:** Re: Intro / Wolf Hollow deployment situation

Dear Al,

Dear Max,

Good day! Hope you are doing well!

We have seen the news about your company apply the file a Chapter 11 bankruptcy now. We have a bit concerned about it. Is there any affection for us? As last conference call with Al, mentioned that we can expect to start operating the minors at the end of Sep, 2022.  Is there any change of this schedule?

Please understand our situation, we are waiting for such long time. If there's any update news, could you please let us know at the first time if you can? It is important for our company to arrange the following plan.

Thank you for your understanding!

Have a good day!

Laura Huang