Laura

On Thu, 6 Oct 2022 at 12:11, Laura Huang <laura.huang@uluckglobal.co.uk> wrote:

Hi Al,

Thanks for your reply!

Just wondering if there's any update news (date) about the minor operation?

Thank you!

Laura

**EXHIBIT 9**