On Mon, 17 Oct 2022 at 21:58, Max Niederluecke <max.niederluecke@computenorth.com> wrote:

Hi Laura,

I hope you had a nice weekend! Al is no longer with Compute North, so please feel free to reach out to me going forward.

We do not have any updates regarding the hashing date of the Wolf Hollow facility at this time. Our team will be reaching out as soon as we have any news regarding the "go-live" date that we can communicate to you.

Best,

**Max Niederluecke**

Account Manager

**Compute North**

t: +1 952.215.6904

www.computenorth.com

*Top 100 within Inc 5000 List of America's Fastest-Growing Private Companies*


**From:** Laura Huang <laura.huang@uluckglobal.co.uk>
**Sent:** Monday, October 17, 2022 4:38 AM
**To:** Al Davis <al.davis@computenorth.com>
**Cc:** David Zhang <david.zhang@uluckglobal.co.uk>; Max Niederluecke <max.niederluecke@computenorth.com>
**Subject:** Re: Intro / Wolf Hollow deployment situation

Hello Al,

Is there any news?

It's almost the middle of month. If there's some update news, please let us know.

Thank you!

**EXHIBIT 10**