On Thu, 20 Oct 2022 at 00:38, Laura Huang <laura.huang@uluckglobal.co.uk> wrote:
Hi Max,

Thanks for your reply!

I understand you are also under pressure. We really hope we can have any news about it. No matter it's good or bad. So that we can make our plan in advance. To be honest, we are really stressful. Everything is uncertain. It's a very difficult time for our company…

So please let us know any arrangements or news about it.

Thank you so much!

BTW, do you have WhatsApp or telegram or any other live chat? Sometimes I may not convenient to use email, we can use these apps?

Thank you!

Laura

**EXHIBIT 11**