On Sun, 30 Oct 2022 at 21:33, Laura Huang <laura.huang@uluckglobal.co.uk> wrote:

Hello Max,

How are you doing?

We still waiting for the news from your company. Is there anything happened? As you know we have been waiting for a long time. Last time we spoke to Al, he said we will start operations at the end of September. It's already the end of October now…so is there any update news can share with us?

Thank you so much!

Laura

**EXHIBIT 12**