```
---------- Forwarded message ---------
From: Laura Huang <laura.huang@uluckglobal.co.uk>
Date: Mon, 14 Nov 2022 at 23:41
Subject: Re: Intro / Wolf Hollow deployment situation
To: Max Niederluecke <max.niederluecke@computenorth.com>
Cc: David Zhang <david.zhang@uluckglobal.co.uk>
```

Hello Max,

What happened in your side? Why there's no any feedback??

PLEASE LET US KNOW.

Laura

**EXHIBIT 13**