**From:** Laura Huang <laura.huang@uluckglobal.co.uk>
**Sent:** Friday, November 18, 2022 11:12 AM
**To:** david.zhang@uluckglobal.co.uk
**Subject:** 转发: Intro / Wolf Hollow deployment situation

Dear Computer North company,

Good day!

We are your client, our company name is **Uluck Technology Pte.LTD**. We received your "Proof of Claim (official Form 410) on 16th Nov. And we found that this form need to be filled and submitted before 23 Nov,2022. Here's something we need clarified:

1. We just received this form – "Proof of Claim (official Form 401 )" **TWO days ago.** It's impossible for us find a lawyer in such short time and submit the form. So we need more time to deal with it.
2. Our company signed the contract with your company on the date of 14 Jul,2021. (**Document Ref.: AWIUX-Y7GMB-OM5BJ-KYF6Z)**. And the Estimated Deployment timeline is: April,2022. But we keep waiting your company give us the news. Unfortunately, NOTHING! Even for the bankruptcy, no one inform us what we should do next.
3. As you can see, we have contacted your company staffs Al and Max during the beginning of Sep to confirm the go-live date for our minors. They said there's no any change for our plan (which confirmed by Al that start from 1 Sep). But no one told us clearly what happened and what we should do.
4. According to our conversation, I asked your colleague Al, I saw the news about your company applied the bankruptcy. And we are very concerned about this will affect our company. Al said the Texas station is not included in the bankruptcy and will not affect our plan. BUT look what happened now??
5. From 20 Oct, you can see we tried to contacted your colleague, Max to see if there's any updated news, but no any feedback from him until we received the CLAIM FORM. IS THERE ANYONE CAN TELL US WHAT HAPPENED?

**EXHIBIT 14**