United States Bankruptcy Court for the Southern District of Texas
**Compute North Holdings, Inc.** Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

Name of Debtor: **Compute North LLC**
Case Number: **22-90275**

To submit your form online please go to https://epiqworkflow.com/cases/CPN

## RECEIVED

### FEB 24 2023

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

### LEGAL SERVICES

Filed: USBC - Southern District of Texas
Compute North Holdings, Inc., Et al  (B10)
22-90273 (MI)

**CPN**

0000000045

---

## Proof of Claim (Official Form 410)                                    04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):   **ULUCK TECHNOLOGY PTE.LTD.**

Other names the creditor used with the debtor: 

**2.   Has this claim been acquired from someone else?**   ☒ No   ☐ Yes.   From whom? 

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| **Adam Swick** <br> Name <br> **500 West 5th Street, Ste 1210** <br> Number     Street <br> **Austin**        **TX**        **78701** <br> City            State       ZIP Code <br> Country (if International): <br> Contact phone:  **(737) 999-7100** <br> Contact email: | **ULUCK TECHNOLOGY PTE.LTD.** <br> Name <br> **49        Northweald Lane** <br> Number     Street <br> **Kingston Upon Thames        KT2 5GN** <br> City            State       ZIP Code <br> Country (if International):   **ENGLAND** <br> Contact phone:  **07579852000** <br> Contact email: **david.zhang@uluckglobal.co.uk** |

**4.  Does this claim amend one already filed?**
☐ No
☒ Yes.   Claim number on court claims register (if known) **10109; 10151**
Filed on **11/22/22; 11/25/22**
         MM  / DD  / YYYY

**5.  Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.  Who made the earlier filing? 

### Part 2:    Give Information About the Claim as of the Date the Case Was Filed

**6.  Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:
**7   1   8   5**

**7.  How much is the claim?**
$ **1,726,759.91**
Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.  What is the basis of the claim?**
Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).  Limit disclosing information that is entitled to privacy, such as health care information.

**Contract/Executory Contract**

**EXHIBIT 15**

**9. Is all or part of the claim secured?**

☒ No

☐ Yes.   The claim is secured by a lien on property.
Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (official Form 410-A) with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe: _____

_____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. Check one:

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(  ) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

Amount entitled to priority

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/24/2023
                   MM / DD / YYYY        Signature   *Rong Zhang*

Print the name of the person who is completing and signing this claim:

Name   Rong                                    Zhang
       First name        Middle name          Last name

Title   _____

Company   _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   49 Northweald Lane
          Number        Street

          Kingston Upon Thames        ENGLAND        KT2 5GN
          City                        State          ZIP Code

Contact Phone  +447579852000          Email   david.zhang@uluckglobal.co.uk

## Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571

### How to fill out this form

- ☐ Fill in all of the information about the claim as of the date the case was filed.

- ☐ Fill in the caption at the top of the form. The full list of debtors is provided under the general information section on the Claims Agent's website: https://dm.epiq11.com/case/CPN.

- ☐ If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- ☐ Attach any supporting documents to this form. Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.)
  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- ☐ Do not attach original documents because attachments may be destroyed after scanning.

- ☐ If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- ☐ A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- ☐ For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St, City, State). See Bankruptcy Rule 9037.

### Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COMPUTE NORTH HOLDINGS, INC., *et al* [1] | § | Case No. 22-90273 (MI) |
| Debtors. | § | |
| | § | (Jointly Administered) |

## <u>ADDENDUM TO SECOND AMENDED PROOF OF CLAIM</u>

1.      ULUCK Technology PTE Ltd. ("<u>ULUCK</u>") filed its original proof of claim on November 22, 2022 (Claim No. 10109).

2.      ULUCK filed an amended proof of claim on November 25, 2022 (Claim No. 10151) ("<u>First Amended Claim</u>").

3.      Compute North LLC ("<u>Compute North</u>") and ULUCK entered into a Master Agreement dated July 14, 2021 with attached Order Form (the "<u>Master Agreement</u>").  The Master Agreement is attached hereto as **Exhibit A**.  The Master Agreement contemplated that Compute North would store, provide certain mining services, and power 300 miners for a five-year term with energy provided at $0.059 per kwh, with an anticipated daily rate of $1,345.76 for a total service fee of $2,422,368.00.  Pursuant to the Master Agreement, ULUCK paid a deposit of $83,145.98 on July 23, 2021.  The receipt for this payment is attached hereto as **Exhibit B**.

4.      Relying on the Master Agreement, ULUCK purchased 300 miners from Apexto Technology CO., Ltd. for a total price of $815,000 in March 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Compute North Holdings, Inc. (4534); Compute North LLC (7185); CN Corpus Christi LLC (5551); CN Atoka LLC (4384); CN Big Spring LLC (4397); CN Colorado Bend LLC (4610); CN Developments LLC (2570); CN Equipment LLC (6885); CN King Mountain LLC (7190); CN Minden LLC (3722); CN Mining LLC (5223); CN Pledgor LLC (9871); Compute North Member LLC (8639); Compute North NC08 LLC (8069); Compute North NY09 LLC (5453); Compute North SD, LLC (1501); Compute North Texas LLC (1883); Compute North TX06 LLC (5921); and Compute North TX10 LLC (4238). The Debtors' service address for the purposes of these chapter 11 cases is 7575 Corporate Way, Eden Prairie, Minnesota 55344.

5.      Pursuant to the Master Agreement, ULUCK sent 190 miners to Compute North, which arrived in the United States to Compute North's facility from China ahead of the anticipated start date of April 2022.   The cost to send the miners to Compute North was $42,679.73.  The receipts for shipping and duties are attached hereto as **Exhibit C**.

6.      Once ULUCK heard of this bankruptcy case, it contacted Compute North who told ULUCK that its operation location was not in bankruptcy and the Master Agreement would not be affected.  Accordingly, ULUCK was forced to wait while its miners deteriorated in value and the price of energy skyrocketed.  ULUCK also had to store the remaining 110 miners until Compute North began operations.  The cost to store these 110 miners has been $21,350.  The receipt for these storage fees is attached as **Exhibit D**.

7.      Despite these representations, Compute North never provided any services under the Master Agreement and ultimately rejected the Master Agreement.

8.      The Debtor informed ULUCK that its miners are held in Houston with MVP Logistics LLC.  MVP has demanded payment (and ULUCK has agreed to pay) of $3,337.00 for storage for 190 of ULUCK's miners.  Compute North is responsible for these fees pursuant to the Master Agreement.  MVP's invoice is attached as **Exhibit E**.

9.      The remaining 300 miners quickly deteriorated in value.  When purchased, the total value of the miners was $815,000:  M20S/65T (100 units) at $3,150.00 each and M21S/56T (200 units) at $2,500.00.  Just by October, the miners were only worth $207,700:  M20S/65T (100 units) at $845.00 each and M21S/56T (200 units) at $616.00 each.  The prices for these miners in March and October 2022 are attached hereto as **Exhibit F**.

10.    Further, energy prices rose 40% after the Parties executed the Master Agreement so ULUCK would have to pay 40% more as of the petition date to obtain the services as contemplated by the Master Agreement, *i.e.*, an extra $968,947.20.

11.    ULUCK's total claim:

- Deposit:  $83,145.98

- Shipping fees:  $42,679.73

- Storage fees:  $21,350

- Charge from MVP Logistics:  $3,337.00

- Value lost from purchasing miners in March to receipt back  $607,300.00

- Replacement opportunity cost:  968,947.20

- Total Claim: __$1,726,759.91__

# EXHIBIT A

66441683;1



# MASTER AGREEMENT

This Master Agreement (the "Agreement"), dated   Jul 14, 2021  , is between Compute North LLC ("**Compute North**") and Uluck Technology Pte.Ltd. ("**Customer**"). In consideration of the promises set forth below, the parties agree as follows:

**1. Services.** Subject to the terms and conditions of this Agreement, Compute North shall provide, and Customer shall pay for, the colocation, managed and other services (the "**Services**") for Customer's equipment (the "**Equipment**") identified on the order form attached hereto as Exhibit A, as may be updated in writing and duly signed by Customer and Compute North from time to time (the "Order Form"). Compute North shall provide the Services consistent with, and as more fully described in, its customer handbook (the "**Customer Handbook**"), available at *www.computenorth.com/handbook-sla.pdf* and incorporated herein, as Compute North may update from time to time in is sole discretion.

**2. Colocation Services.**

2.1. <u>Colocation Facility</u>. Compute North will provide cryptocurrency mining facility, including rack space, electrical power, ambient air cooling, internet connectivity and physical security ("**Colocation Services**") for the Equipment at the Compute North facility specified the Order Form (the "**Facility**") in accordance with the Customer Handbook.

2.2. <u>Acceptable Use Policy</u>. Customer's receipt of Colocation Services and its use of Equipment under this Agreement is subject to Customer's compliance with Compute North's then-current Acceptable Use Policy, available at *www.computenorth.com/acceptable-use-policy* and incorporated herein, as Compute North may update from time to time in its sole discretion.

2.3. <u>Customer Portal</u>. Compute North will provide Customer with access to its customer portal (the "**Customer Portal**"). Customer's access to and use of the Customer Portal is subject to, and Customer agrees to be bound by, Compute North's Terms of Use, available at www.computenorth.com/terms-of-use/ and incorporated herein, as Compute North may update from time to time in its sole discretion. All written notices required by Customer under this Agreement shall be submitted using the Customer Portal.

2.4. <u>Transfer of Equipment</u>. Customer shall provide prompt written notice to Compute North if it transfers legal title to any Equipment to a third party. In the event of such a transfer, Customer shall remain obligated to pay Compute North the Monthly Service Fees for the transferred Equipment for the remainder of the term applicable to such Equipment (the "**Equipment Term**") unless and until such Equipment is placed into service under, and is subject to, a collocation agreement between the acquiring third party and Compute North, which shall be at Compute North's sole discretion.

2.5. <u>Transfer of Services</u>. Customer may not sublicense, assign, delegate or otherwise transfer its receipt of Colocation Services under this Agreement to any third party without Compute North's express written consent, which Compute North may withhold in its sole discretion. In the event Compute North gives consent, Customer shall remain fully responsible and liable to Compute North for the performance of all of Customer's obligations under this Agreement, and under no circumstances shall Compute North be deemed to be providing any Colocation Services to any third party for Customer or on its behalf.

**3. Managed Services.**

3.1. <u>Managed Services</u>. Compute North will provide managed services for the Equipment as elected on the Order Form ("**Managed Services**"). Compute North will provide Managed Services in a professional and workmanlike manner consistent with the Customer Handbook. If Customer does not elect Managed Services, Customer shall be solely responsible for configuring and maintaining the Equipment remotely via VPN.

3.2. <u>Third-Party Management</u>. Customer shall notify Compute North if it engages a third party to provide services on its behalf with respect to the Equipment. Customer shall be fully responsible and liable to Compute North under this Agreement for any acts or omissions by any third-party service provider acting for or on its behalf.



**4. Hardware Acquisition.** Compute North agrees to sell to Customer, and Customer agrees to buy from Compute North, such hardware, if any, elected on the Order Form ("**Acquired Hardware**"). A deposit equal to fifty percent (50%) of the fee set forth on the Order Form (the "**Hardware Deposit**") shall be due and payable as of the date on which Compute North and Customer have both executed the Order Form, with the remaining amount due and payable by the earlier of (a) the date on which Compute North notifies Customer that the Acquired Hardware has been shipped or (b) thirty (30) days after the Hardware Deposit. Legal title to the Acquired Equipment only shall transfer to Customer when the fee for the Acquired Hardware is paid in full. The Acquired Hardware shall be Equipment subject to this Agreement upon its delivery to the Facility. Customer solely shall be responsible for determining whether the Acquired Hardware is fit and suitable for its particular purposes. Customer acknowledges that no warranty, express or implied, is provided by Compute North for any Acquired Hardware and agrees that the only warranties associated therewith are the warranties, if any, offered or made by the manufacturers thereof.

**5. Term and Termination.**

5.1. Term. This Agreement shall be effective as of the date on which it has been executed by both Compute North and Customer (the "**Effective Date**"), and shall remain in effect for the remainder of any Equipment Term set forth on the Order Form. The Equipment Term for the Equipment shall commence as of the date Compute North notifies Customer in writing that such Equipment has been received and turned on by Compute North.

5.2. Equipment Return. Upon Customer's written request, and provided Customer has paid all amounts then due and owing under this Agreement, Compute North shall decommission and return the corresponding Equipment to Customer upon the expiration of an Equipment Term as provided in Section 9.4 .

5.3. Termination for Cause. Compute North may terminate this Agreement for cause immediately upon written notice to Customer if Customer: (a) fails to make anypayment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill anycovenant or provision of this Agreement, and any such matter is not cured within ten (10) days after written notice from Compute North; (c) enters into bankruptcy, dissolution, financial failure or insolvency; or (d) enters into an assignment, sale or merger with a third party, unless approved in writing in advance by Compute North (each, a "**Default**").

5.4. Effect of Default. In the event of a Default by Customer, Compute North shall have the right, but not the obligation, to terminate this Agreement on written notice to Customer, and Customer shall pay immediately to Compute North all amounts then owed under this Agreement and, as liquidated damages and not a penalty, all amounts due for theremainder of the applicable term of the Agreement. If Customer fails to make any such payments, in addition to any other rights and remedies it may have, Compute North shall have the right to (a) sell or retain possession of, (b) reconfigure for Compute North's use, or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Compute North to Customer.

**6. Fees and Payment.**

6.1. Initial Fees. The Initial Setup Fees and Initial Deposit set forth on the Order Form and any Hardware Deposit shall be due and payable as of the date on which Compute North and Customer have both executed the Order Form. The Initial Setup Fees, Initial Deposit and Hardware Deposit are non-refundable and non-transferrable under any circumstance.

6.2. Monthly Fees. On the first day of every month during the Term of this Agreement, Customer shall pay Compute North the Monthly Service Fees and Monthly Package Fees (collectively, the "**Fees**") set forth on the Order Form. Compute North reserves the right to adjust the Monthly Service Fees if the configuration or performance of the Equipment differs materially from that stated on the Order Form, as reasonably determined by Compute North.

6.3. Taxes. All amounts payable by Customer under this Agreement are exclusive of, and Customer shall solely be responsible for paying, all taxes, duties and fees, including federal, state and local taxes on manufacture, sales, gross income, receipts, occupation and use, not based on Compute North's income that arise out of this Agreement.



6.4. Payment Method. All payments due and owing under this Agreement shall be made through automated clearing house ("ACH") transfers by Compute North from an account established by Customer at a United States bank designated by Customer (the "Payment Account"). Customer hereby agrees to execute and deliver to Compute North or its ACH payment agent an authorization agreement authorizing Compute North to initiate ACH transfers from the Payment Account to Compute North in the amounts required or permitted under this Agreement. For as long as this Agreement remains effective, Customer shall be responsible for all costs, expenses or other fees and charges incurred by Compute North as a result of any failed or returned ACH transfers, whether resulting from insufficient sums being available in the Payment Account or otherwise. Any other payment method must be pre-authorized by Compute North and will be subject to a fee.

6.5. Service Credits. All requests for service credits will be governed by the then-current Compute North credit policy published at www.computenorth.com/credit-request. All requests for service credits must be submitted to Compute North online via this link.

**7. Security Interest.** Customer hereby grants a security interest in the Equipment and Acquired Hardware in favor of Compute North to secure the obligations of Customer under this Agreement. Compute North may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Compute North under this Agreement. Customer represents and warrants that it has not granted a security interest in the Equipment or Acquired Hardware in favor of a third party priority over the security interest granted to Compute North herein.

**8. Network and Access.**

8.1. Network. Compute North will provide a minimum of 100 mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer may elect to use Compute North's standard firewall and Dynamic Host Configuration Protocol ("DHCP") services by notifying Compute North in writing. Customer is solely responsible for all network and device security, including providing an appropriate firewall and managing passwords. Customer acknowledges and agrees that Compute North may monitor Customer's network usage and traffic and Customer hereby authorizes Compute North to access, collect and use data relating to the Equipment and Customer's use thereof.

8.2. Access. Only those persons specifically authorized by Compute North in writing may access the Facility. Compute North may deny or suspend Customer's access to the Equipment based on Compute North's then-current Security Policies and Procedures, which include, but are not limited to:

8.2.1. All access into the Facility must be supervised by a Compute North representative;

8.2.2. Customer shall provide two (2) day' written notice to Compute North prior to any maintenance or repair of the Equipment;

8.2.3. Customer shall perform Equipment maintenance and repairs during normal business hours (Monday-Friday, 7AM – 6PM Central Time);

8.2.4. Customer may request immediate or after-hour access to the Facility to perform emergency maintenance. Compute North will make every reasonable attempt to accommodate Customer's after-hour emergency access requests. Customer shall be solely responsible for any damage or loss caused by anyone acting for or on its behalf while at the Facility.

8.3. Hazardous Conditions. If, in the reasonable discretion of Compute North, any hazardous conditions arise on, from, or affecting the Facility, whether caused by Customer or a third party, Compute North is hereby authorized to suspend service under this Agreement without subjecting Compute North to any liability.

8.4. Demand Response/Load Resource Participation Program. Customer acknowledges and understands that Compute North participates in various Demand Response/Load Resource Participation Programs ("**LRP Program**") at its facilities. As set forth in the Customer Handbook, the LRP Program provides the local grid operator with the capability to shut off the power load serving Compute North customers in response to emergency load situations. Customer agrees that the Fees reflect Compute North's participation in the LRP Program and that Compute North shall have no liability to Customer for any actions or omissions due to or resulting from its participation in the LRP Program.



**9. Pause and Reactivation.**

9.1. <u>Equipment Pause</u>. At Compute North's sole discretion, and provided that Customer has paid all amounts then due and owing under this Agreement, Compute North may permit Customer may pause and suspend Services for specified Equipment ("**Paused Equipment**"). The pause shall remain in effect until the earlier of (i) the six (6) month anniversary of the date upon which Services were paused and suspended and (ii) the date upon which Customer gives written notice to Compute North that it intends to resume use of the Paused Equipment. If Customer does not resume use of the Paused Equipment by the six (6) month anniversary of the date upon which Services were paused, Customer agrees that legal title to the Equipment shall transfer to Compute North and this Agreement shall be deemed terminated with respect to such Equipment.

9.2. <u>Reconfiguration</u>. While Services are paused, Compute North may reconfigure and use the Paused Equipment for and on its own behalf. Such use may include revoking Customer's access to the Paused Equipment and reconfiguring the Paused Equipment so that all profits accrue to Compute North's benefit without owing any compensation, payment or other consideration to Customer. Compute North also may remove and store at Customer's risk and expense all or a portion of the Equipment and provide the space previously occupied thereby to a third party without any cost, obligation or liability to Customer. Customer acknowledges and agrees it is and shall remain solely liable for the Paused Equipment at all times during which service is paused and suspended and that Compute North shall not have any liability to Customer for its use of the Paused Equipment or for any loss, deletion or corruption of Customer's data or files on the Paused Equipment.

9.3. <u>Fees During Pause</u>. Upon reconfiguration of the Paused Equipment by Compute North, Customer shall not owe Fees with respect thereto. Customer otherwise shall remain liable to Compute North for all amounts due and payable with respect to the Paused Equipment, and the Equipment Term for such Paused Equipment shall be extended by a like period.

9.4. <u>Reactivation</u>. Within five (5) business days of receiving written notice from Customer, Compute North shall reconfigure the identified Paused Equipment for Customer's use. Customer shall pay Compute North its then-current Setup Fee for each device reconfigured for Customer's use, which shall be due and payable to Compute North with its next monthly invoice following reconfiguration.

**10. Removals and Relocation of Equipment.**

10.1. <u>Relocation</u>. Compute North may require Customer to relocate the Equipment within the facility or to another Compute North facility upon twenty (20) days' prior written notice to Customer, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Compute North shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the reasonable costs of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Compute North.

10.2. <u>Interference</u>. If at any time the Equipment causes unacceptable interference to existing or prospective Compute North customers or their Equipment in Compute North's reasonable opinion, Compute North may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Compute North may terminate this Agreement without further obligation to Customer under this Agreement.

10.3. <u>Emergency</u>. In the event of an emergency, as determined in Compute North's reasonable discretion, Compute North may rearrange, remove, or relocate the Equipment without any liability to Compute North. Notwithstanding the foregoing, in the case of emergency, Compute North shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

10.4. <u>Equipment Return</u>. Provided that Customer has paid all amounts then due and owing under this Agreement, Compute North shall decommission and make the corresponding Equipment available to Customer for pickup at, or shipment from, the Facility within five (5) business days of Customer's written request. Customer shall be responsible for packing and removing the Equipment from the Facility at its sole cost, expense and risk within seven (7) business days of the date on which Compute North notifies Customer that the Equipment is available for return. If Customer does not remove the Equipment as provided herein, Customer agrees that legal title to the



Equipment shall transfer to Compute North. Customer shall remain liable to Compute North for all amounts due for the remainder of the applicable Equipment Term for such Equipment, if any.

**11. Customer Responsibilities.**

11.1. <u>Compliance with Laws</u>. Customer's use of the Facility and the Equipment located at the Facility must at all times conform to all applicable laws, including international laws, the laws of the United States of America, the laws of the states in which Customer is doing business, and the laws of the city, county and state where the Facility is located.

11.2. <u>Licenses and Permits</u>. Customer shall be responsible for obtaining any licenses, permits, consents, and approvals from any federal, state or local government that may be necessary to install, possess, own, or operate the Equipment.

11.3. <u>Insurance</u>. Customer acknowledges that Compute North is not an insurer and Equipment is not covered by any insurance policy held by Compute North. Customer is solely responsible for obtaining insurance coverage for the Equipment. Customer shall have commercial general liability insurance for both bodily injury and property damage.

11.4. <u>Equipment in Good Working Order</u>. Except with respect to Acquired Hardware, Customer shall be responsible for delivering the Equipment to the Facility in good working order and suitable for use in the Facility. Customer shall be responsible for any and all costs associated with the troubleshooting and repair of Equipment received in non-working order, including parts and labor at Compute North's then-current rates. Compute North is not responsible in any way for installation delays or loss of profits as a result of Equipment deemed not to be in good working order upon arrival at Facility.

11.5. <u>Modification or Overclocking of Equipment</u>. Customer shall notify and obtain prior written approval from Compute North before any material modifications, alternations, firmware adjustments, over- or under-clocking, or other changes are made to Equipment (**"Modified Equipment"**) that is intended to or might cause the Equipment's performance to deviate from the standard or factory specifications. If Compute North determines that any Equipment has been materially altered or modified without Compute North's prior written approval (**"Non-Compliant Equipment"**), it shall be an event of Default. In addition to any other right or remedy it might have, a Default pursuant to this Section shall subject Customer to a Non-Compliant Equipment fee equal to twenty-five percent (25%) of the monthly Fees for such Equipment for each month Equipment was non-compliant.

11.6. <u>Representations</u>. Customer represents and warrants that (i) it is properly constituted and organized, (ii) it is duly authorized to enter into and perform this Agreement, and (iii) the execution and delivery of this Agreement and its performance of its duties hereunder will not violate the terms of any other agreement to which it is a party or by which it is bound.

**12. Common Carrier.** Compute North and Customer agree that Compute North is acting solely as a common carrier in its capacity of providing the Service hereunder and is not a publisher of any material or information. Furthermore, Compute North has no right or ability to censor materials or information traversed through Compute North's networks.

**13. Warranty and Disclaimer.** COMPUTE NORTH MAKES NO WARRANTIES OR GUARANTEES RELATED TO THE AVAILABILITY OF SERVICES OR THE OPERATING TEMPERATURE OF THE FACILITY. THE SERVICES, THE FACILITY AND ANY ACQUIRED HARDWARE ARE PROVIDED "AS IS." COMPUTE NORTH DOES NOT PROVIDE MECHANICAL COOLING OR BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY AND OTHER CONDITIONS. COMPUTE NORTH MAKES NO WARRANTY WHATSOEVER, AND HEREBY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES, WITH RESPECT TO GOODS AND SERVICES SUBJECT TO THIS AGREEMENT, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; (C) WARRANTY OF NONINFRINGEMENT AND (D) WARRANTY AGAINST INTERFERENCE. COMPUTE NORTH DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM INTERRUPTION; (B) THE SERVICE OR ACQUIRED HARDWARE WILL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS EXPRESSLY SET FORTH HEREIN; OR (C) THE SERVICE OR ACQUIRED HARDWARE WILL PROVIDE ANY FUNCTION NOT EXPRESSLY DESIGNATED AND SET FORTH HEREIN.



## 14. Limitation of Liability.

14.1. Customer understands and acknowledges that, in certain situations, Services and Equipment functionality may be unavailable due to factors outside of Compute North's control. This includes, but is not limited to force majeure, weather, network failures, pool operator failures, denial of service attacks, currency network outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or Acts of God. COMPUTE NORTH SHALL HAVE NO OBLIGATION, RESPONSIBILITY, OR LIABILITY FOR ANY OF THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF COMPUTE NORTH'S REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD PARTY NOT UNDER COMPUTE NORTH'S CONTROL; OR (E) DAMAGES RESULTING FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

14.2. IN NO EVENT SHALL COMPUTE NORTH BE LIABLE TO CUSTOMER OR ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS, OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS, INCLUDING, BUT NOT LIMITED TO, THOSE THAT MAY BE CAUSED BY REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE OBLIGATIONS OF COMPUTE NORTH PURSUANT TO THIS AGREEMENT. COMPUTE NORTH'S TOTAL CUMULATIVE LIABILITY UNDER THIS AGREEMENT, WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE, SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS ACTUALLY RECEIVED BY COMPUTE NORTH FROM CUSTOMER IN THE TWELVE (12) MONTHS PRIOR TO THE DATE OF THE EVENT GIVING RISE TO THE CLAIM.

14.3. Remedy. Customer's sole remedy for Compute North's non-performance of its obligations under this Agreement shall be a refund of any fees paid to Compute North for the then-current service month. Unless applicable law requires a longer period, any action against Compute North in connection with this Agreement must be commenced within one (1) year after the cause of the action has accrued.

14.4. Insurance loss. Customer agrees to look exclusively to Customer's insurer to recover for injury or damage in the event of any loss or injury, and releases and waives all right of recovery against Compute North.

**15. Indemnification.** Customer shall indemnify, hold harmless and defend Compute North, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any and all third-party liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, arising out of or relating to the Equipment or Customer's use thereof, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, negligence or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees, including due to a breach of this Agreement by Customer. Customer shall not enter into any settlement or resolution with a third party under this section without Compute North's prior written consent, which shall not be unreasonably withheld.

## 16. Miscellaneous.

16.1. Lease Agreement. Compute North may lease certain premises in the Facility from the Facility's owner ("Leaser") pursuant to a lease agreement ("Lease"). Customer is not a party to or a beneficiary under such Lease, if any, and has no rights thereunder; however, Customer shall be required to adhere to any and all rules of operation established by Leaser for the Facility. Whether owned or leased by Compute North, Customer acknowledges and agrees that it does not have, has not been granted, and will not own or hold any real property interest in the Facility, that it is a licensee and not a tenant, and that it does not have any of the rights, privileges or remedies that a tenant or lessee would have under a real property lease or occupancy agreement.

16.2. Entire Agreement. This Agreement, including the Order Form and any documents referenced herein, constitutes the parties' entire understanding regarding its subject and supersedes all prior or contemporaneous communications, agreements and understanding between them relating thereto. Customer acknowledges and agrees that it has not,



and will not, rely upon any representations, understandings, or other agreements not specifically set forth in this Agreement. This Agreement shall not be superseded, terminated, modified or amended except by express written agreement of the parties that specifically identifies this Agreement.

16.3. <u>Waiver, Severability</u>. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or, if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

16.4. <u>Assignment</u>. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Compute North at its sole discretion. Compute North may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

16.5. <u>Force Majeure</u>. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions: fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

16.6. <u>Governing Law</u>. This Agreement shall be governed by and interpreted in accordance with the laws of the State of Minnesota, without giving effect to principals of conflicts of laws. Any action arising out of or relating to this Agreement shall be brought only in the state or federal courts located in the State of Minnesota, and Recipient consent to the exclusive jurisdiction and venue of such courts. An action by a party to enforce any provision of this Agreement shall not relieve the other party from any of its obligations under this Agreement, and no failure to enforce any provision of this Agreement shall constitute a waiver of any future default or breach of that or any other provision.

16.7. <u>Relationship of the Parties</u>. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent.
Additionally, Compute North shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

16.8. <u>Third-Party Beneficiaries</u>. Nothing in this Agreement is intended, nor shall anything herein be construed to confer any rights, legal or equitable, in any person or entity other than the parties hereto and their respective successors and permitted assigns.

16.9. <u>Construction; Interpretation</u>. Unless the context otherwise requires, words in the singular include the plural, and in the plural include the singular; masculine words include the feminine and neuter; "or" means "either or both" and shall not be construed as exclusive; "including" means "including but not limited to"; "any" and "all" shall not be construed as terms of limitation; and, a reference to a thing (including any right or other intangible asset) includes any part or the whole thereof. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

16.10. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.



IN WITNESS WHEREOF, the parties have executed this Agreement in a manner appropriate to each and with the authority to do so as of the Effective Date.

Compute North LLC                                    Customer: Uluck Technology Pte.Ltd.

By:   *Kyle Wenzel*                                  By:   *David R Zhang*

Name:   Kyle Wenzel                                  Name:   David R Zhang

Title:   VP, Sales                                   Title:   Director

# COMPUTE NORTH

## Exhibit A – Order Form

**Customer: Uluck Technology Pte.Ltd.**

**Facility:** TBD

**Equipment and Fees:**

| Batch # | 001 |
|---|---|
| Deal ID | 5643499778 |
| Order Type | New Order Estimated Deployment timeline: April 2022 |
| **Equpiment** | |

| Quantity | Model | Unit Efficiency (WTH) |
|---|---|---|
| 200 | Whatsminer M21S (52TH) | 60 |
| 100 | Whatsminer M20S (68TH) | 48 |
| Hosting Services Rate (USD) | $0.059 / kWh | Anticipated Daily Rate: $1,345.76 | |
| Total Monthly Package Fee (per unit) | Premier @ $4.00 | |
| Equipment Term | 60 Months | |

**Package Details:**

| | Basic | Select | Premier |
|---|---|---|---|
| **Core Features** | | | |
| Equipment | Customer Provided | Customer Provided | Customer Provided |
| Equipment Managed | No | Yes | Yes |
| Rack Space | X | X | X |
| 240V Power | X | X | X |
| Ambient Air Cooling | X | X | X |
| Redundant Internet Connectivity | X | X | X |
| Physical Security | X | X | X |
| **Technical Support** | | | |
| Basic Remote Hands | X | X | X |
| Advanced Remote Hands | | X | X |
| SLA Level | Network & Power | Hashrate Performance | Hashrate Performance |
| VPN Access | X | | |
| RMA Processing | | X | X |
| **Premium Features** | | | |
| Miner Configuration | | X | X |
| Miner Monitoring | | X | X |
| Alert Management and Proactive Response | | X | X |
| Automated Rules-based Reboots | | X | X |
| Stock Firmware Upgrades | | X | X |
| Compute North Pool (U.S.-based pool) | | | X |
| Pool to Hash Performance Monitoring, Audit, Reconciliation | | | X |
| Discounted Pool Fee | | | X |



| | | | | |
|---|---|---|---|---|
| Performance Enhancing Firmware<br>• Overclocking, Underclocking, Auto-tuning, Upgrades<br>• Customer provided (subject to Compute North approval) or<br>• Compute North provided (miner model limited) | | | | X |

**Payment and Billing Terms:**
- Initial Setup Fee: Initial Setup Fee is due upon execution of this Order Form.
- Monthly Fees:
  - Last two months of Monthly Service and Package Fees are due upon execution of this Order Form (the "Initial Deposit"). Equipment installation will not begin until received.

| Initial Deposit | |
|---|---|
| Service Fees: ($1,345.76/day x 30 days/mo. x 2 mos.) | $80,745.60 |
| Package Fees: (300 miners x $4.00/miner x 2 mos.) | $2,400.00 |
| **Total Initial Deposit** | $83,145.60 |

- The Monthly Service Fees are payable based on the actual hashrate performance of the Equipment per miner type per location as a percentage of the anticipated monthly hashrate per miner type. Customer shall pay a minimum service fee monthly in advance equal to seventy percent (70%) of the Monthly Service Fees (the "Minimum Service Fee").
  - **Hashrate performance adjustment:** Shall be calculated as follows:
  - Hashrate Performance Adjustment = Expected Monthly Service Fees x Actual hashrate performance percentage by model type
  - The Minimum Service Fee is nonrefundable. Any Monthly Service Fee owed in excess of the Minimum Service Fee based on the actual hashrate performance of the Equipment will be invoiced monthly in arrears and subject to the hashrate performance adjustment. Customer is not eligible for service credits under Section 6.5 of the Master Agreement or otherwise.
- Monthly Service Fees and Monthly Package Fees will be invoiced monthly beginning on the date of Installation and are due upon receipt of invoices submitted by Compute North. Late payments will incur interest at the lesser of 1.5% per month (18% annum) or the maximum amount allowed under applicable law.
- Pricing is subject to monthly automated ACH payments. Other payment methods may be subject to a service fee.

| Billing Example | |
|---|---|
| Anticipated Daily Rate | $4.00 |
| Period (Days in the Month) | 30 |
| Number of Units | 10 |
| Expected Total Monthly Service Fees | $1200.00 |
| | x 70% |
| **Monthly Minimum Service Fee** | **$840.00** |

| Billing Example: 96% hashrate performance | |
|---|---|
| Expected Total Monthly Service Fees | $1200.00 |
| Hashrate Performance Adjustment (-2.4%) | -$28.80 |
| | $1171.20 |
| Actual Usage | |
| Prepaid Minimum Service Fee | -$840.00 |

| Billing Example: 105% hashrate performance | |
|---|---|
| Expected Total Monthly Service Fees | $1200.00 |
| Hashrate Performance Adjustment (3%) | 36.00 |
| Actual Usage | $1236.00 |
| | |
| Prepaid Minimum Service Fee | -$840.00 |
| **Balance Due** | **$396.00** |



**Compute North Pool:**

At Customer's request, Compute North will enroll and configure Customer in Compute North's Bitcoin mining pool, which operates on a Full-Pay-Per-Share (FPPS) basis. Customer's use of Compute North's mining pool is subject to, and constitutes Customer's acceptance of, the then-current terms of service posted at https://mining.luxor.tech/legal/tos, as may be updated from time to time. Compute North shall be entitled to a fee equal to _1_% of Customer's mining reward from its participation in Compute North's pool. Customer acknowledges and agrees that Compute North is providing Customer with access to its mining pool for Customer's convenience on an as-is basis and that Compute North does not make any warranties or guarantees, whether express or implied, regarding the availability or performance thereof.

**Firmware:**

Customer acknowledges and agrees that its use of alternate or non-standard firmware may be subject to third-party fees or other charges, which shall be Customer's sole responsibility. Customer acknowledges and agrees that Compute North's consent to Customer's use of alternate or non-standard firmware and its provision of services relating thereto is for Customer's convenience on an as-is basis, that Customer's use of alternate or non-standard firmware is at Customer's sole risk, and that Compute North does not make any warranties or guarantees, whether express or implied, with respect thereto.

**Risk Factors:**

Subject to the risk factors identified below, the parties shall undertake all commercially reasonable efforts to achieve the deployment timeline set forth above:
- Land/Site Acquisition
- Regulatory Affairs
- Power Purchase Agreement (PPA)
- Infrastructure Equipment Availability & Supply Chain



**Order Type:**

☐ **For orders designated as "Renewal" or "Change Order"**: This Order Form replaces all then- existing order forms under the applicable Agreement between Compute North and Customer for the identified Equipment, with all other order forms remaining in full force and effect. The Previous Orders and Equipment List attached and appended hereto identifies the Equipment that remains subject to a prior order form as of the date of this Order Form.

☑ **For orders designated as "New"**: This Addendum is and shall be in addition to all then-existing order forms under the applicable Agreement between Compute North and Customer, which order forms shall remain in full force and effect. The Previous Orders and Equipment List attached and appended hereto identifies the Equipment that remains subject to a prior order form as of the date of this Order Form.

Compute North LLC                                   Customer: Uluck Technology Pte.Ltd.

By:        *Kyle Wenzel*                             By:        *David R Zhang*

Name:    Kyle Wenzel                                Name:    David R Zhang

Its:        VP, Sales                               Its:        Director

Document Ref: AWIUX-Y7GMB-OM5BJ-KYF6Z



**Previous Orders and Equipment List**

| Batch # | Equipment Type | Quantity | Facility |
|---------|----------------|----------|----------|
|         |                |          |          |
|         |                |          |          |
|         |                |          |          |
|         |                |          |          |

Document Ref: AWIUX-Y7GMB-OM5BJ-KYF6Z

# Signature Certificate

### Document Ref.: AWIUX-Y7GMB-OM5BJ-KYF6Z

Document signed by:



**David Zhang**

Verified E-mail:
david.zhang@uluckglobal.co.uk

*David R Zhang*

| IP: 86.164.13.138 | Date: 14 Jul 2021 19:24:25 UTC |



**Kyle Wenzel**

Verified E-mail:
kyle.wenzel@computenorth.com

*Kyle Wenzel*

| IP: 174.20.93.39 | Date: 14 Jul 2021 19:28:21 UTC |

Document completed by all parties on:
14 Jul 2021 19:28:21 UTC
Page 1 of 1

Signed with PandaDoc.com

PandaDoc is a document workflow and certified eSignature
solution trusted by 25,000+ companies worldwide.



# EXHIBIT B



COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

**Invoice Date**
**Jul 15, 2021**

**Due Date**
**Aug 15, 2021**

ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD
#07-37 GOLDEN MILE COMPLEX
SINGAPORE, CENTRAL SINGAPORE 199588

Total amount due
**$0.00**

Invoice
**7854**

**Account number** 7970

Thank you for choosing Compute North!

| | |
|---|---|
| **Current Charges** | $83,145.98 |
| **Taxes/Fees** | $0.00 |
| **Credits** | $0.00 |
| **Payments Applied** | $83,145.98 |

| **Total due on Aug 15, 2021** | **$0.00** |
|---|---|

**Customer Service**
Call us at (952) 279-0550
Visit us at https://www.computenorth.com
*A fee totalling 1.50% of the due amount on the invoice, or $1.00 (whichever is greater) will be applied 1 days after the due date to any unpaid invoices.*

-----------------------------------------------------------------------------------------------------

Please make checks payable to Compute North LLC.
Invoice ID: 7854

Please detach and return this portion with your payment

Payment due date
**Aug 15, 2021**

| Total amount due |
|---|
| **$0.00** |

| Amount enclosed |
|---|
| |

**COMPUTE**NORTH

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

7970
ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD
#07-37 GOLDEN MILE COMPLEX
SINGAPORE, CENTRAL SINGAPORE 199588

Tax ID: 82-3377185

## Current Charges

| | |
|---|---|
| Colocation Down Deposit - Last Two Months - (100) Whatsminer M20S | $28,530.94 |
| Colocation Down Deposit - Last Two Months - (200) Whatsminer M21S | $54,615.04 |

## Payments Applied

| | |
|---|---|
| Payment on Jul 23, 2021 | $83,145.98 |

## Total Amount Due

**$0.00**

**David Zhang**

| | |
|---|---|
| **From:** | Compute North <ar@computenorth.com> |
| **Sent:** | 2021年7月23日星期五 19:14 |
| **To:** | David Zhang |
| **Subject:** | Payment to Compute North successfully processed. |



Hello David Zhang,

A payment for $83,145.98 has been applied to your account. Thank you for your payment!

--

**Compute North**
computenorth.com
support@computenorth.com
+1 952.279.0550

# EXHIBIT C

66441695;1



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

Summary Status

| Team | | GEZ |
|---|---|---|

| 1. Filer Code/Entry Number 9XP-1031644-5 | 2. Entry Type 01 ABI/A | 3. Summary Date 11/26/21 | 4. Surety Number 050 | 5. Bond Type 9 | 6. Port Code 2720 | 7. Entry Date 11/17/2021 |
|---|---|---|---|---|---|---|

| 8. Importing Carrier CZ | 9. Mode Of Transport 40 | 10. Country of Origin CN | 11. Import Date 11/12/2021 |
|---|---|---|---|

| 12. B/L or AWB Number 78467012875 | 13. Manufacturer ID CNGOOHAR1188SHA | 14. Exporting Country CN | 15. Export Date 11/12/2021 |
|---|---|---|---|

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2720 |
|---|---|---|---|---|

| 21. Location of Goods/G.O. Number WAH8/CHINA SOUTHERN AIRLI | 22. Consignee Number 45-356655000 | 23. Importer Number 214601-20212 | 24. Reference Number |
|---|---|---|---|

| 25. Ultimate Consignee Name *(Last, First, M.I.)* and Address | 26. Importer of Record Name *(Last, First, M.I.)* and Address |
|---|---|
| OTX LOGISTICS, INC. 23059 INTERNATIONAL AIRPORT CENTER BLVD | ULUCK TECHNOLOGY PTE LTD GOLDEN MILE COMPLEX 5001 BEACH ROAD KALLANG |
| City SPRINGFIELD GARDENS State NY Zip 11413 Ult. State CA | City SINGAPORE State Zip 199588 |

| 27 | 28. Description of Merchandise | | 32. | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS Number B. ADA/CVD Number | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa Number | Dollars | Cents |

| | I.T. DATE  I.T. NO. | MASTER BILL/AWB 78467012875 | HOUSE BILL ACA121103787 | | SUBHOUSE BILL | BILL QTY 6 CT |
|---|---|---|---|---|---|---|

| 001 | Invoice Number   001/UL20210118 ARTICLE OF CHINA,US NTE 20(C) 9903.88.02          69 KG | | | N | | |
| | | | | 0 | 25% | 720.00 |
| | ELECTRIC MACHINE,APPARTUS NSPF 8543.70.9960          6.00 NO | | | C3600 2,880 | 2.6% | 74.88 |
| | 499 MERCHANDISE PROCESSING FEE (MPF) | | | | 0.3464% | 9.98 |
| | Invoice Number               001/UL20210118 Invoice Value USD            2,880.00 Total Entered Value (Invoice)   2,880.00 | | | | | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| 499 Merchandise Processing Fee          $27.75 | $2,880.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty 794.88 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax 0.00 |
| | $27.75 | | D. Ascertained Other | 39. Other 27.75 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | E. Ascertained Total | 40. Total 822.63 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR☒owner or purchaser or agent thereof. I further declare that the merchandise ☒was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME (LAST,FIRST, M.I.) OTX LOGISTICS, INC. | TITLE ATTY-IN-FACT | SIGNATURE | DATE 11/17/2021 |
|---|---|---|---|
| | | Avi Goldstein | |

| 42. Broker/Filer Information Name (Last,First, M.I.) and Phone Number OTX LOGISTICS, INC. 23059 INTERNATIONAL AIRPORT CENTER BLVD, SPRINGFIELD GARDENS, NY 11413 PHONE: +17187237899 | 43. Broker/Importer File Number SLAXIA21110175 / Ref: EPA |
|---|---|

CBP Form 7501 (12/19)                                                                                                       Page 1 of 1



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

Summary Status

Team                                    GEZ

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| 9XP-1032414-2 | 01 ABI/A | 06/09/22 | 846 | 9 | 2720 | 05/29/2022 |

| 8. Importing Carrier | 9. Mode Of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| CA | 40 | CN | 05/28/2022 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| 99964822586 | CNGOOHAR1188SHA | CN | 05/27/2022 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | | 2720 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| Z543/AIR CHINA INTERNATIONA | 45-356655000 | 214601-20212 | |

| 25. Ultimate Consignee Name *(Last, First, M.I.)* and Address | 26. Importer of Record Name *(Last, First, M.I.)* and Address |
|---|---|
| OTX LOGISTICS, INC.<br>23059 INTERNATIONAL AIRPORT CENTER BLVD | ULUCK TECHNOLOGY PTE LTD<br>GOLDEN MILE COMPLEX 5001 BEACH ROAD<br>KALLANG |

| City SPRINGFIELD GARDENS | State NY | Zip 11413 | City SINGAPORE | State | Zip 199588 |
|---|---|---|---|---|---|
| | Ult. State CA | | | | |

| 27 | 28. Description of Merchandise | | 32. | 33.<br>A. HTSUS Rate<br>B. ADA/CVD Rate<br>C. IRC Rate<br>D. Visa Number | 34.<br>Duty and I.R. Tax |
|---|---|---|---|---|---|
| Line No. | 29.<br>A. HTSUS Number<br>B. ADA/CVD Number | 30.<br>A. Gross Weight<br>B. Manifest Qty. | 31.<br>Net Quantity in HTSUS Units | A. Entered Value<br>B. CHGS<br>C. Relationship | | Dollars | Cents |

| I.T. DATE   I.T. NO. | MASTER BILL/AWB | HOUSE BILL | SUBHOUSE BILL | BILL QTY |
|---|---|---|---|---|
| | 99964822586 | ACA122101301 | | 100 PK |

| | | | | | | |
|---|---|---|---|---|---|---|
| 001 | Invoice Number   001/UL20220175A | | | N | | |
| | ARTICLE OF CHINA,US NTE 20(C) | | | | | |
| | 9903.88.02 | 645 KG | | 0 | 25% | 10,250.00 |
| | | | | C2022 | | |
| | ELECTRIC MACHINE,APPARTUS | | | | | |
| | 8543.70.9860 | | 100.00 NO | 41,000 | 2.6% | 1,066.00 |
| | 499 MERCHANDISE PROCESSING FEE (MPF) | | | | 0.3464% | 142.02 |
| | Invoice Number | | 001/UL20220175A | | | |
| | Invoice Value USD | | 41,000.00 | | | |
| | Total Entered Value (Invoice) | | 41,000.00 | | | |

| Other Fee Summary *(for Block 39)* | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| 499 Merchandise Processing Fee   $252.80 | $72,980.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees | | | 20142.48 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax |
| | $252.80 | | | 0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| | | | | 252.80 |
| | | | E. Ascertained Total | 40. Total |
| | | | | 20,395.28 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME *(LAST,FIRST, M.I.)* | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| OTX LOGISTICS, INC. | ATTY-IN-FACT | | 05/29/2022 |
| | | JEFFREY WANG | |

| 42. Broker/Filer Information Name *(Last,First, M.I.)* and Phone Number | 43. Broker/Importer File Number |
|---|---|
| OTX LOGISTICS, INC.<br>23059 INTERNATIONAL AIRPORT CENTER BLVD,  SPRINGFIELD GARDENS, NY 11413<br>PHONE: +17187237899 | SLAXIA22050396 / Ref: AMS |

CBP Form 7501 (12/19)



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

## ENTRY SUMMARY CONTINUATION SHEET

| 1. Filer Code/Entry Number |
|---|
| 9XP-1032414-2 |

| 27 Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 002 | Invoice Number   002/UL20220175B | | | N | | | |
| | ARTICLE OF CHINA,US NTE 20(C) | | | | | | |
| | 9903.88.02 | 503 KG | | 0 | 25% | | 7,995.00 |
| | | | | C1578 | | | |
| | ELECTRIC MACHINE,APPARTUS | | | | | | |
| | 8543.70.9860 | | 78.00 NO | 31,980 | 2.6% | | 831.48 |
| | 499 MERCHANDISE PROCESSING FEE (MPF) | | | | 0.3464% | | 110.78 |
| | Invoice Number | | 002/UL20220175B | | | | |
| | Invoice Value USD | | 31,980.00 | | | | |
| | Total Entered Value (Invoice) | | 31,980.00 | | | | |

CBP Form 7501 (12/19)                                                                                                    Page 2 of 2

| 784-67012875 | **ON TIME EXPRESS LTD.** AS THE CARRIER | House Air Waybill No. ACA121103787 |
|---|---|---|

| SHIPPER'S NAME AND ADDRESS | SHIPPER'S ACCOUNT NUMBER | Job No.: AXCA121105912 |
|---|---|---|

GOOD HARVEST INTERNATIONAL
LOGISTICS (SHANGHAI) LTD.
UNIT A, 3RD FLOOR, 12TH BL, NO.1188
LIAN HANG ROAD PUJIANG
INTELLIGENCE VALLEY(PIV), SHANGHAI
M: 15618951206 / T: 54280262

先達國際貨運有限公司|**On Time** Express Ltd.
connecting continents

Not negotiable House Air Waybill (Air consignment note)

| CONSIGNEE'S NAME AND ADDRESS | CONSIGNEE'S ACCOUNT NUMBER |
|---|---|

ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD #07-37 GOLDEN
MILE COMPLEX SIGAPORE 199588
DAVID.ZHANG@ULUCKTECH.COM

COPIES MARKED ORIGINAL 1, 2 & 3 OF THIS AIR WAYBILL ARE ORIGINALS AND HAVE SAME VALIDITY

It is agreed that the goods described in this Air Waybill are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE TERMS AND CONDITIONS ON THE FRONT AND THE REVERSE PAGES OF THIS AIR WAYBILL. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS' LIMITATION OF LIABILITY FOR LOSS, DAMAGES, OR DELAY TO CARGO. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

NOTIFY PARTY
OTK LOGISTICS
14001 ROSECRANS AVE.
LA MIRADA, CA 90638

ACCOUNTING INFORMATION
FREIGHT PREPAID

| IATA CODE | ACCOUNT NO. |
|---|---|

PLACE / AIRPORT OF DEPARTURE (ADDR. OF FIRST CARRIER) AND REQUESTED ROUTING
GUANGZHOU

| to LAX | By first carrier CZ | ROUTING AND DESTINATION | to | by | to | by | Currency CNY | CHGS CODE | WT/VAL PPD COLL | OTHER PPD COLL | DECLARED VALUE FOR CARRIAGE NVD | DECLARED VALUE FOR CUSTOMS AS PER INVOICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PLACE / AIRPORT OF DESTINATION LOS ANGELES | Flight/Date CZ473/15NOV21 | For Carrier Use only | Flight/Date | AMOUNT OF CARGO INSURANCE NIL | CARGO INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked "Amount of Cargo Insurance". |
|---|---|---|---|---|---|

HANDLING INFORMATION
TOTAL:6CTN(S) ONLY.
INVOICE & PACKING LIST ATTD

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 6 N/M | 68.0 | KG | | 68.0 | | AS ARRANGED | USED BITCOIN MINING EQUIPMENT DIMS:6 / 45 X 25 X 32 CM VOL.WGHT.:36.00 0.22 CBM |
| 6 | 68.0 | K | | | | AS ARRANGED | |

| PREPAID AS ARRANGED | WEIGHT CHARGE | COLLECT | OTHER CHARGES |
|---|---|---|---|

| | VALUATION CHARGE | | |
|---|---|---|---|

| | TAX | | |
|---|---|---|---|

| | TOTAL OTHER CHARGES DUE AGENT | | |
|---|---|---|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.
ON TIME EXPRESS LIMITED
ROOM B 3705, 37/F,CHINA INTERNATIONAL CENTER,
33 ZHONGSHAN SAN ROAD, GUANGZHOU 510080 P.R. CHINA

| | TOTAL OTHER CHARGES DUE CARRIER | | |
|---|---|---|---|

Signature of Shipper or its agent

| TOTAL PREPAID AS ARRANGED | TOTAL COLLECT |
|---|---|

AS THE CARRIER:ON TIME EXPRESS LIMITED

| CURRENCY CONVERSION RATES | CC CHARGES IN DEST. CURRENCY |
|---|---|

11 NOV 2021          CAN          CINDY LIU

| | | Executed on (Date) at (Place) | Stamp / Signature of the Carrier or its agent |

| FOR CARRIER'S USE ONLY AT DESTINATION | CHARGES AT DESTINATION | TOTAL COLLECT CHARGES |
|---|---|---|

ACA121103787

**ORIGINAL 2 - FOR CONSIGNEE**

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

### Billing Information

| | | | | |
|---|---|---|---|---|
| To | ： 禾沣供应链管理（上海）有限公司 | | Invoice No. | ： DCA2211012838 |
| | 上海市凉城路203号304K室 | | Invoice Date | ： 11 NOV 2021 |
| | | | Status | ： |
| | | | Attn. | ： . |
| | | | Tel. | ： . |
| A/C No. | ： 0000166310 | | Fax. | ： |
| Payer | ： 禾沣供应链管理（上海）有限公司 | | | |

### Shipment Information

| | | | | | |
|---|---|---|---|---|---|
| Shipment ID | ： AXCA121105912 | | Mode | ： AIR EXPORT |
| Job No. | ： AXCA121105912 | | Terms | ： |
| HAWB No. | ： ACA121103787 | | Currency | ： CNY |
| MAWB/MBL. | ： 784-67012875 | | Sales Code | ： |
| Flight No. | ： CZ473 | | Carrier | ： CZ |
| Origin | ： CAN    GUANGZHOU | | ETD Date | ： 11 NOV 2021 |
| Destination | ： LAX    LOS ANGELES | | ETA | ： 13 NOV 2021 |
| No. of Pkg | ： 6 CTNS | | Gross Wgt | ： 68.00 KG |
| Vessel/Voy | ： / CZ473 | | Charge Wgt | ： 68.00 KG |

### Charges Information

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | | Ex. Rate | Charge Amount |
|---|---|---|---|---|---|
| OTHER HANDLING FEES | USD | 972.630 X 1.0 SHPT | 6.47420 | CNY | 6,297.00 |
| | | | Non VAT Amount: | CNY | 6,297.00 |
| Amount Due On :  30 DEC 2021 | | | Total Amount: | CNY | 6,297.00 |

### Remarks

#cindy.liu@can.ontime-express.com#

| Bank Details ： 工行广州中华广场支行 | Account Name   先达国际货运(上海)有限公司广州分公司 |
|---|---|
| | Swift Code ： |
| | Account No. ： CNY |
| | USD |

**ORIGINAL**

E. & O.E.

Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI No. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

| Prepared By:  CINDY LIU on 23 NOV 2021 07:32:38 | Printed By:  CINDY LIU on 23 NOV 2021 07:32:54 | Page: 1 of 1 |
|---|---|---|

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

**Billing Information**

| | | | |
|---|---|---|---|
| To | ： 禾沣供应链管理（上海）有限公司 | Invoice No. | : DCA2211012548 |
| | 上海市凉城路203号304K室 | Invoice Date | : 11 NOV 2021 |
| | | Status | : |
| | | Attn. | : . |
| | | Tel. | : . |
| A/C No. | : 0000166310 | Fax. | : |
| Payer | ： 禾沣供应链管理（上海）有限公司 | | |

**Shipment Information**

| | | | |
|---|---|---|---|
| Shipment ID | : AXCA121105912 | Mode | : AIR EXPORT |
| Job No. | : AXCA121105912 | Terms | : |
| HAWB No. | : ACA121103787 | Currency | : CNY |
| MAWB/MBL. | : 784-67012875 | Sales Code | : |
| Flight No. | : CZ473 | Carrier | : CZ |
| Origin | : CAN    GUANGZHOU | ETD Date | : 11 NOV 2021 |
| Destination | : LAX    LOS ANGELES | ETA | : 13 NOV 2021 |
| No. of Pkg | : 6 CTNS | Gross Wgt | : 68.00 KG |
| Vessel/Voy | : / CZ473 | Charge Wgt | : 68.00 KG |

**Charges Information**

| Particulars (* indicates that the charge has VAT) | | Unit Rate | Detail | | Ex. Rate | Charge Amount |
|---|---|---|---|---|---|---|
| FREIGHT CHARGE | CNY | 122.50 X 68.0 K | | 1.0 | CNY | 8,330.00 |
| DDU CHARGES | USD | 685.0 X 1.0 SHPT | | 6.38070 | CNY | 4,370.78 |
| CUSTOMS CLEARANCE | CNY | 500.0 X 1.0 SHPT | | 1.0 | CNY | 500.00 |
| OTHER HANDLING FEES | CNY | 300.0 X 1.0 SHPT | | 1.0 | CNY | 300.00 |
| | | | | **Non VAT Amount:** | **CNY** | **13,500.78** |
| Amount Due On : 30 DEC 2021 | | | | **Total Amount:** | **CNY** | **13,500.78** |

**Remarks**

#cindy.liu@can.ontime-express.com#

| Bank Details : 工行广州中华广场支行 | Account Name | 先达国际货运(上海)有限公司广州分公司 |
|---|---|---|
| | Swift Code : | |
| | Account No. : CNY | |
| | USD | |

**ORIGINAL**

E. & O.E.
Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI No. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

| Prepared By: CINDY LIU on 15 NOV 2021 09:23:06 | Printed By: CINDY LIU on 15 NOV 2021 09:23:57 | Page: 1 of 1 |
|---|---|---|

| 999-64822586 | **ON TIME EXPRESS LTD.** *AS THE CARRIER* | House Air Waybill No. ACA122101301 |
|---|---|---|

| SHIPPER'S NAME AND ADDRESS | SHIPPER'S ACCOUNT NUMBER | |
|---|---|---|
| GOOD HARVEST INTERNATIONAL LOGISTICS (SHANGHAI) LTD. UNIT A, 3RD FLOOR, 12TH BL, NO.1188 LIAN HANG ROAD PUJIANG INTELLIGENCE VALLEY(PIV), SHANGHAI M: 15618951206 / T: 54280262 | | Job No.: AXCA122102488 先達國際貨運有限公司 On Time Express Ltd. connecting continents Not negotiable House Air Waybill (Air consignment note) |

| CONSIGNEE'S NAME AND ADDRESS | CONSIGNEE'S ACCOUNT NUMBER |
|---|---|
| ULUCK TECHNOLOGY PTE.LTD. 5001 BEACH ROAD #07-37 GOLDEN MILE COMPLEX SIGAPORE 199588 DAVID.ZHANG@ULUCKTECH.COM | COPIES MARKED ORIGINAL 1, 2 & 3 OF THIS AIR WAYBILL ARE ORIGINALS AND HAVE SAME VALIDITY It is agreed that the goods described in this Air Waybill are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE TERMS AND CONDITIONS ON THE FRONT AND THE REVERSE PAGES OF THIS AIR WAYBILL. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS' LIMITATION OF LIABILITY FOR LOSS, DAMAGES, OR DELAY TO CARGO. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

| NOTIFY PARTY | ACCOUNTING INFORMATION |
|---|---|
| OTX LOGISTICS 14001 ROSECRANS AVE. LA MIRADA, CA 90638 | FREIGHT PREPAID |

| IATA CODE | | ACCOUNT NO. |
|---|---|---|
| | | |

| PLACE / AIRPORT OF DEPARTURE (ADDR. OF FIRST CARRIER) AND REQUESTED ROUTING |
|---|
| GUANGZHOU |

| to | By first carrier | ROUTING AND DESTINATION | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | OTHER PPD COLL | DECLARED VALUE FOR CARRIAGE | DECLARED VALUE FOR CUSTOMS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | CA | | | | | | CNY | PP | PP PP | PP | NVD | AS PER INVOICE |

| PLACE / AIRPORT OF DESTINATION | Flight/Date | For Carrier Use only | Flight/Date | AMOUNT OF CARGO INSURANCE | CARGO INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked "Amount of Cargo Insurance". |
|---|---|---|---|---|---|
| LOS ANGELES | CA1316/27MAY22 | | | NIL | |

| HANDLING INFORMATION |
|---|
| TOTAL:100CTN(S) ONLY. INVOICE & PACKING LIST ATTD |

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 100 N/M | 1148.0 | KG | | 1148.0 | | AS ARRANGED | USED BITCOIN MINING EQUIPMENT DIM:45*26*30/88 49*23*35/12 VOL:3.56CBM |
| 100 | 1148.0 | K | | | | AS ARRANGED | |

| PREPAID | WEIGHT CHARGE | COLLECT | OTHER CHARGES |
|---|---|---|---|
| AS ARRANGED | | | |
| | VALUATION CHARGE | | |
| | TAX | | |
| TOTAL OTHER CHARGES DUE AGENT | | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| TOTAL OTHER CHARGES DUE CARRIER | | | ON TIME EXPRESS LIMITED ROOM B 3705, 37/F,CHINA INTERNATIONAL CENTER, 33 ZHONGSHAN SAN ROAD, GUANGZHOU 510080 P.R. CHINA |
| | | | Signature of Shipper or its agent |
| TOTAL PREPAID | TOTAL COLLECT | | AS THE CARRIER:ON TIME EXPRESS LIMITED |
| AS ARRANGED | | | |
| CURRENCY CONVERSION RATES | CC CHARGES IN DEST. CURRENCY | | 27 MAY 2022        CAN        YVONNE YAO |
| | | | Executed on (Date)   at   (Place)   Stamp / Signature of the Carrier or its agent |
| FOR CARRIER'S USE ONLY AT DESTINATION | CHARGES AT DESTINATION | TOTAL COLLECT CHARGES | |

ACA122101301

**ORIGINAL 2 - FOR CONSIGNEE**

| 999-64822586 | **ON TIME EXPRESS LTD.** AS THE CARRIER | House Air Waybill No. ACA122101302 |
|---|---|---|

**SHIPPER'S NAME AND ADDRESS** | **SHIPPER'S ACCOUNT NUMBER**
GOOD HARVEST INTERNATIONAL
LOGISTICS (SHANGHAI) LTD.
UNIT A, 3RD FLOOR, 12TH BL, NO.1188
LIAN HANG ROAD PUJIANG
INTELLIGENCE VALLEY(PIV), SHANGHAI
M: 15618951206 / T: 54280262

Job No.: AXCA122102488

先達國際貨運有限公司 | **On Time** Express Ltd.
connecting continents

Not negotiable House Air Waybill (Air consignment note)

**CONSIGNEE'S NAME AND ADDRESS** | **CONSIGNEE'S ACCOUNT NUMBER**
ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD #07-37 GOLDEN
MILE COMPLEX SIGAPORE 199588
DAVID.ZHANG@ULUCKTECH.COM

COPIES MARKED ORIGINAL 1, 2 & 3 OF THIS AIR WAYBILL ARE ORIGINALS AND HAVE SAME VALIDITY

It is agreed that the goods described in this Air Waybill are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE TERMS AND CONDITIONS ON THE FRONT AND THE REVERSE PAGES OF THIS AIR WAYBILL. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS' LIMITATION OF LIABILITY FOR LOSS, DAMAGES, OR DELAY TO CARGO. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**NOTIFY PARTY**
OTX LOGISTICS
14001 ROSECRANS AVE.
LA MIRADA, CA 90638

**ACCOUNTING INFORMATION**
FREIGHT PREPAID

**IATA CODE** | **ACCOUNT NO.**

**PLACE / AIRPORT OF DEPARTURE (ADDR. OF FIRST CARRIER) AND REQUESTED ROUTING**
GUANGZHOU

| to LAX | By first carrier CA | ROUTING AND DESTINATION | to | by | to | by | Currency CNY | CHGS Code PP | WT/VAL PPD COLL PP | OTHER PPD COLL PP | DECLARED VALUE FOR CARRIAGE NVD | DECLARED VALUE FOR CUSTOMS AS PER INVOICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PLACE / AIRPORT OF DESTINATION** LOS ANGELES | **Flight/Date** CA1316/27MAY22 | **For Carrier Use only** | **Flight/Date** / | **AMOUNT OF CARGO INSURANCE** NIL | CARGO INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked "Amount of Cargo Insurance".

**HANDLING INFORMATION**
TOTAL:78CTN(S) ONLY.
INVOICE & PACKING LIST ATTD

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 78 N/M | 872.0 | KG | | 872.0 | | AS ARRANGED | USED BITCOIN MINING EQUIPMENT<br><br>DIM:49*23*35/78<br>VOL:3.08CBM |
| 78 | 872.0 | K | | | | AS ARRANGED | |

| PREPAID | WEIGHT CHARGE | COLLECT | OTHER CHARGES |
|---|---|---|---|
| AS ARRANGED | | | |

| | VALUATION CHARGE | | |
| | TAX | | |
| | TOTAL OTHER CHARGES DUE AGENT | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| | TOTAL OTHER CHARGES DUE CARRIER | | |

ON TIME EXPRESS LIMITED
ROOM B 3705, 37/F,CHINA INTERNATIONAL CENTER,
33 ZHONGSHAN SAN ROAD, GUANGZHOU 510080 P.R. CHINA
Signature of Shipper or its agent

| TOTAL PREPAID | TOTAL COLLECT |
|---|---|
| AS ARRANGED | |

AS THE CARRIER:ON TIME EXPRESS LIMITED

| CURRENCY CONVERSION RATES | CC CHARGES IN DEST. CURRENCY |
|---|---|

| 27 MAY 2022 | | CAN | | YVONNE YAO |
|---|---|---|---|---|
| Executed on | (Date) | at | (Place) | Stamp / Signature of the Carrier or its agent |

| FOR CARRIER'S USE ONLY AT DESTINATION | CHARGES AT DESTINATION | TOTAL COLLECT CHARGES |
|---|---|---|

ACA122101302

**ORIGINAL 2 - FOR CONSIGNEE**

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

### Billing Information

| | | | |
|---|---|---|---|
| To | ： 禾沣供应链管理（上海）有限公司 | Invoice No. | ： DCA2221005444 |
| | 上海市凉城路203号304K室 | Invoice Date | ： 27 MAY 2022 |
| | | Status | ： |
| | | Attn. | ： NA |
| | | Tel. | ： NA |
| A/C No. | ： 0000166310 | Fax. | ： |

### Shipment Information

| | | | |
|---|---|---|---|
| Shipment ID | ： AXCA122102488 | Mode | ： AIR EXPORT |
| Job No. | ： AXCA122102488 | Terms | ： |
| HAWB No. | ： ** Refer to House Info ** | Currency | ： CNY |
| MAWB/MBL. | ： 999-64822586 | Sales Code | ： TIM CHEN |
| Flight No. | ： CA1316 | Carrier | ： CA |
| Origin | ： CAN     GUANGZHOU | ETD Date | ： 27 MAY 2022 |
| Destination | ： LAX    LOS ANGELES | ETA | ： 11 JUN 2022 |
| No. of Pkg | ： 178 CTNS | Gross Wgt | ： 2,020.00 KG |
| Vessel/Voy | ： / CA1316 | Charge Wgt | ： 2,020.00 KG |

### Charges Information

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | | Ex. Rate | | Charge Amount |
|---|---|---|---|---|---|---|
| FREIGHT CHARGE | CNY | 46.0 X 2,020.0 K | 1.0 | CNY | | 92,920.00 |
| CUSTOMS CLEARANCE | CNY | 500.0 X 2.0 SHPT | 1.0 | CNY | | 1,000.00 |
| TERMINAL HANDLING CHARGES | CNY | 300.0 X 1.0 SHPT | 1.0 | CNY | | 300.00 |
| WAREHOUSING | CNY | 0.20 X 2,020.0 K | 1.0 | CNY | | 404.00 |
| PALLET FEE | CNY | 150.0 X 5.0 SHPT | 1.0 | CNY | | 750.00 |
| STORAGE FEE | CNY | 0.10 X 1,003.0 K X 35.0 DAY | 1.0 | CNY | | 3,510.50 |
| HANDLING FEE | USD | 685.0 X 1.0 SHPT | 6.720 | CNY | | 4,603.20 |
| GATE CHARGE (IN / OUT) | USD | 45.0 X 3.0 SHPT | 6.720 | CNY | | 907.20 |
| HANDLING FEE | USD | 20.0 X 1.0 SHPT | 6.720 | CNY | | 134.40 |
| DUTY | USD | 20,395.280 X 1.0 SHPT | 6.720 | CNY | | 137,056.28 |
| | | | **Non VAT Amount:** | | **CNY** | **241,585.58** |
| Amount Due On :  30 JUN 2022 | | | **Total Amount:** | | **CNY** | **241,585.58** |

### House Info

ACA122101301, ACA122101302

| Bank Details | ： 工行广州中华广场支行 | Account Name | 先达国际货运(上海)有限公司广州分公司 |
|---|---|---|---|
| | | Swift Code | ： |
| | | Account No. | ： CNY |
| | | | USD |

**ORIGINAL**

E. & O.E. ·
Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI NO. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

### Billing Information

| | | | | |
|---|---|---|---|---|
| To | ： 禾沣供应链管理（上海）有限公司 | Invoice No. | ： DCA2221005444 |
| | 上海市凉城路203号304K室 | Invoice Date | ： 27 MAY 2022 |
| | | Status | ： |
| | | Attn. | ： NA |
| | | Tel. | ： NA |
| A/C No. | ： 0000166310 | Fax. | ： |

### Shipment Information

| | | | |
|---|---|---|---|
| Shipment ID | ： AXCA122102488 | Mode | ： AIR EXPORT |
| Job No. | ： AXCA122102488 | Terms | ： |
| HAWB No. | ： ** Refer to House Info ** | Currency | ： CNY |
| MAWB/MBL. | ： 999-64822586 | Sales Code | ： TIM CHEN |
| Flight No. | ： CA1316 | Carrier | ： CA |
| Origin | ： CAN    GUANGZHOU | ETD Date | ： 27 MAY 2022 |
| Destination | ： LAX    LOS ANGELES | ETA | ： 11 JUN 2022 |
| No. of Pkg | ： 178 CTNS | Gross Wgt | ： 2,020.00 KG |
| Vessel/Voy | ： / CA1316 | Charge Wgt | ： 2,020.00 KG |

### Charges Information

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | | Ex. Rate | Charge Amount |
|---|---|---|---|---|---|
| FREIGHT CHARGE | CNY | 46.0 X 2,020.0 K | 1.0 | CNY | 92,920.00 |
| CUSTOMS CLEARANCE | CNY | 500.0 X 2.0 SHPT | 1.0 | CNY | 1,000.00 |
| TERMINAL HANDLING CHARGES | CNY | 300.0 X 1.0 SHPT | 1.0 | CNY | 300.00 |
| WAREHOUSING | CNY | 0.20 X 2,020.0 K | 1.0 | CNY | 404.00 |
| PALLET FEE | CNY | 150.0 X 5.0 SHPT | 1.0 | CNY | 750.00 |
| STORAGE FEE | CNY | 0.10 X 1,003.0 K X 35.0 DAY | 1.0 | CNY | 3,510.50 |
| HANDLING FEE | USD | 685.0 X 1.0 SHPT | 6.720 | CNY | 4,603.20 |
| GATE CHARGE (IN / OUT) | USD | 45.0 X 3.0 SHPT | 6.720 | CNY | 907.20 |
| HANDLING FEE | USD | 20.0 X 1.0 SHPT | 6.720 | CNY | 134.40 |
| DUTY | USD | 20,395.280 X 1.0 SHPT | 6.720 | CNY | 137,056.28 |
| | | | Non VAT Amount: | CNY | 241,585.58 |
| Amount Due On :  30 JUN 2022 | | | Total Amount : | CNY | 241,585.58 |

### House Info

ACA122101301, ACA122101302

| Bank Details  ： 工行广州中华广场支行 | Account Name | 先达国际货运(上海)有限公司广州分公司 |
|---|---|---|
| | Swift Code | ： |
| | Account No. | ： CNY |
| | | USD |

## OFFICIAL RECEIPT

E. & O.E.
Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI NO. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH
a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

### Billing Information

| To | ： 禾沣供应链管理（上海）有限公司 | Invoice No. | ： DCA2221005444 |
|---|---|---|---|
| | 上海市凉城路203号304K室 | Invoice Date | ： 27 MAY 2022 |
| | | Status | ： |
| | | Attn. | ： NA |
| | | Tel. | ： NA |
| A/C No. | ： 0000166310 | Fax. | ： |

### Shipment Information

| | | | |
|---|---|---|---|
| Shipment ID | ： AXCA122102488 | Mode | ： AIR EXPORT |
| Job No. | ： AXCA122102488 | Terms | ： |
| HAWB No. | ： ** Refer to House Info ** | Currency | ： CNY |
| MAWB/MBL. | ： 999-64822586 | Sales Code | ： TIM CHEN |
| Flight No. | ： CA1316 | Carrier | ： CA |
| Origin | ： CAN      GUANGZHOU | ETD Date | ： 27 MAY 2022 |
| Destination | ： LAX    LOS ANGELES | ETA | ： 11 JUN 2022 |
| No. of Pkg | ： 178 CTNS | Gross Wgt | ： 2,020.00 KG |
| Vessel/Voy | ： / CA1316 | Charge Wgt | ： 2,020.00 KG |

### Charges Information

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | | Ex. Rate | | Charge Amount |
|---|---|---|---|---|---|---|
| FREIGHT CHARGE | CNY | 46.0 X 2,020.0 K | 1.0 | CNY | | 92,920.00 |
| CUSTOMS CLEARANCE | CNY | 500.0 X 2.0 SHPT | 1.0 | CNY | | 1,000.00 |
| TERMINAL HANDLING CHARGES | CNY | 300.0 X 1.0 SHPT | 1.0 | CNY | | 300.00 |
| WAREHOUSING | CNY | 0.20 X 2,020.0 K | 1.0 | CNY | | 404.00 |
| PALLET FEE | CNY | 150.0 X 5.0 SHPT | 1.0 | CNY | | 750.00 |
| STORAGE FEE | CNY | 0.10 X 1,003.0 K X 35.0 DAY | 1.0 | CNY | | 3,510.50 |
| HANDLING FEE | USD | 685.0 X 1.0 SHPT | 6.720 | CNY | | 4,603.20 |
| GATE CHARGE (IN / OUT) | USD | 45.0 X 3.0 SHPT | 6.720 | CNY | | 907.20 |
| HANDLING FEE | USD | 20.0 X 1.0 SHPT | 6.720 | CNY | | 134.40 |
| DUTY | USD | 20,395.280 X 1.0 SHPT | 6.720 | CNY | | 137,056.28 |
| | | | **Non VAT Amount:** | | **CNY** | 241,585.58 |
| Amount Due On :  30 JUN 2022 | | | **Total Amount:** | | **CNY** | 241,585.58 |

### House Info

ACA122101301, ACA122101302

| Bank Details : 工行广州中华广场支行 | Account Name | 先达国际货运(上海)有限公司广州分公司 |
|---|---|---|
| | Swift Code : | |
| | Account No. : | CNY ▇▇▇▇▇▇ |
| | | USD ▇▇▇▇▇▇ |

### FILING COPY

E. & O.E.
Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI NO. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

| Prepared By:  LING LIU on 10 JUN 2022 03:10:12 | Printed By:   YVONNE YAO on 10 JUN 2022 03:11:06 | Page: 1 of 1 |
|---|---|---|

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



## *PLEASE CONFIRM THIS DRAFT INVOICE FOR OUR PROCESS*

**Billing Information**

| To | ： 禾沣供应链管理（上海）有限公司 | Invoice No. | ： DCA2221006626 |
|---|---|---|---|
| | 上海市凉城路203号304K室 | Invoice Date | ： 27 MAY 2022 |
| | | Status | ： |
| | | Attn. | ： NA |
| | | Tel. | ： NA |
| A/C No. | ： 0000166310 | Fax. | ： |

**Shipment Information**

| Shipment ID | ： AXCA122102488 | Mode | ： AIR EXPORT |
|---|---|---|---|
| Job No. | ： AXCA122102488 | Terms | ： |
| HAWB No. | ： ** Refer to House Info ** | Currency | ： CNY |
| MAWB/MBL. | ： 999-64822586 | Sales Code | ： TIM CHEN |
| Flight No. | ： CA1316 | Carrier | ： CA |
| Origin | ： CAN      GUANGZHOU | ETD Date | ： 27 MAY 2022 |
| Destination | ： LAX      LOS ANGELES | ETA | ： 11 JUN 2022 |
| No. of Pkg | ： 178 CTNS | Gross Wgt | ： 2,020.00 KG |
| Vessel/Voy | ： / CA1316 | Charge Wgt | ： 2,020.00 KG |

**Charges Information**

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | Ex. Rate | Charge Amount |
|---|---|---|---|---|
| DELIVERY FEE | USD | 2,920.0 X 1.0 SHPT | 6.720  CNY | 19,622.40 |
| PALLET FEE | USD | 100.0 X 1.0 SHPT | 6.720  CNY | 672.00 |
| STORAGE FEE | USD | 375.0 X 1.0 SHPT | 6.720  CNY | 2,520.00 |
| STORAGE FEE | USD | 280.0 X 1.0 SHPT | 6.720  CNY | 1,881.60 |
| OTHER HANDLING FEES BOND | USD | 401.0 X 1.0 SHPT | 6.720  CNY | 2,694.72 |
| INSURANCE CHARGE | USD | 365.0 X 1.0 SHPT | 6.720  CNY | 2,452.80 |
| TRUCKING FEE | USD | 200.0 X 1.0 SHPT | 6.720  CNY | 1,344.00 |
| | | | Non VAT Amount:  CNY | 31,187.52 |
| Amount Due On :  30 JUN 2022 | | | Total Amount:  CNY | 31,187.52 |

**House Info**

ACA122101301, ACA122101302

| Bank Details ： 工行广州中华广场支行 | Account Name | ： 先达国际货运(上海)有限公司广州分公司 |
|---|---|---|
| | Swift Code | ： |
| | Account No. | ： CNY |
| | | USD |

**ORIGINAL**

E. & O.E.
Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.
Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or
OTX LOGISTICS, INC. (FMC-OTI No. 028756NF).
All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases,
exclude or limit the Company's liability and include certain indemnities benefiting the Company

| Prepared By:  YVONNE YAO on 04 JUL 2022 07:01:03 | Printed By:  YVONNE YAO on 05 JUL 2022 03:11:24 | Page: 1 of 1 |
|---|---|---|

机器编号：6619002002880

# 广东增值税电子普通发票

发票代码：04400210O211
发票号码：15186830
开票日期：2021年11月25日
校验码：74805 79766 11465 17391

| | 密码区 | 908-147549-748612-444948->9<br>+<5>-35>+6>/5578/+-2-59<424<br>-266-43*6294-+-+4*66394*++6<br>8->/3*7/>>3<-6-1*2781+2425/ | | | | | ****<br>**** |
|---|---|---|---|---|---|---|

**购买方**
名　称：禾沣供应链管理（上海）有限公司
纳税人识别号：91310109671193739G
地址、电话：上海虹桥路808号A9232室 021-64480886
开户行及账号：招商银行上海瑞虹支行12191O410010802

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*国际货物运输代理运费 | | 票 | 1 | 6297.00 | 6297.00 | 免税 | |
| **合　计** | | | | | ￥6297.00 | | ￥6297.00 |

价税合计（大写）　⊗陆仟贰佰玖拾柒圆整　（小写）￥6297.00

**销售方**
名　称：先达国货运（上海）有限公司广州分公司
纳税人识别号：91440101781232209T
地址、电话：广州市越秀区中山三路33号中华国际中心B3705-B3706室83777508
开户行及账号：工行广州市中华广场支行RMB:3602O5431920O017309

备注：
JCNO:DCA221101283B POL:CAN POD:LAX MNO:784-6701
2875 HNO:AXCA121105912 清按期付款cindy.liu

收款人：屈雪莲　复核：王婧好　开票人：梁惠怡　销售方：（章）

机器编号: 661902002880

# 广东增值税普通发票

发票代码: 04402100211
发票号码: 15186797
开票日期: 2021年11月19日
校 验 码: 75803 54267 03584 69379

| 购买方 | 名　称: 禾洋供应链管理（上海）有限公司 | 密 |
|---|---|---|
| | 纳税人识别号: 91310109671193739G | 码 |
| | 地址、电话: 上海虹桥路808号A923室 021-64480886 | 区 |
| | 开户行及账号: 招商银行上海瑞虹支行 121910410010802 | |

密码区:
```
<0>/*953-/1-129+32>1<7/+623
13>>4101>->/0>66887>3>+15-2-
9734*44+->-24<16169/20>964>
+62781//0/60<-9*6184765625
```

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数 量 | 单 价 | 金 额 | 税率 | 税 额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*国际货物运输代理运费 | | 票 | 1 | 13500.78 | 13500.78 | 免税 | *** |
| 合　计 | | | | | ￥13500.78 | | ￥13500.78 |

价税合计(大写) ⊗壹万叁仟伍佰圆柒角捌分　（小写）￥13500.78

| 销售方 | 名　称: 先达国际货运（上海）有限公司广州分公司 | 备 |
|---|---|---|
| | 纳税人识别号: 914401017812322209T | |
| | 地址、电话: 广州市越秀区中山三路33号中华国际中心B3705-B3706室83777508 | 注 |
| | 开户行及账号: 工行广州市中华广场支行RMB:3602054319200017309 | |

备注: JCNO:DCA221101254B POL:CAN POD:LAX MNO:784-6701 2875 HNO:AXCA121105912 请按期付款cindy.liu

收款人: 屈雪莲　　复核: 王婧好　　开票人: 梁蕙怡　　销售方：（章）

机器编号: 6619020022880

# 广东增值税电子普通发票

发票代码: 044002200111
发票号码: 37114233
开票日期: 2022年07月12日
校验码: 57334 47649 42751 90594

| 购买方 | 名　　称: 禾洋供应链管理（上海）有限公司<br>纳税人识别号: 91310109671193739G<br>地　　址、电话: 上海虹桥路808号A9232室 021-64480886<br>开户行及账号: 招商银行上海瑞虹支行 121910410010802 | 密码区 | 706572311-0/0<8629<<4*+89>-<br>-+<0/*>--/4/695-46>>09+6>+2<br>2/<154/204/0<8000+813-<6*>8<br>89>>28*2909++/01><5-866990< |
|---|---|---|---|

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*国际货物运输代理运费 | | 票 | 1 | 31187.52 | 31187.52 | 免税 | *** |
| 合　　计 | | | | | ¥31187.52 | | ¥ |

价税合计(大写)　⊗叁万壹仟壹佰捌拾柒圆伍角贰分　　(小写)　¥ 31187.52

| 销售方 | 名　　称: 先达国际货运（上海）有限公司广州分公司<br>纳税人识别号: 91440101781232209T<br>地　　址、电话: 广州市越秀区中山三路33号中华国际中心B3705-B3706至83777508<br>开户行及账号: 工行广州市中华广场支行RMB: 3602054319200017309 | 备注 | JCNO:DCA2221006626 POL:CAN POD:LAX MNO:999-6482<br>2586 HNO:AXCA122102488 清核期付款yvonne,yao |
|---|---|---|---|

收款人: 屈雪莲　　复核: 王婧妤　　开票人: 梁蕙怡　　销售方:（章）

# 广东增值税电子普通发票

发票代码：04400200111
发票号码：34667050
开票日期：2022年06月20日
校验码：47236 66802 37221 32434

机器编号：66190200280

| | 名　称：禾洋供应链管理（上海）有限公司 | |
|---|---|---|
| 购买方 | 纳税人识别号：91310109671193739G | |
| | 地址、电话：上海虹桥路808号A9232室 021-64480886 | |
| | 开户行及账号：招商银行上海瑞虹支行 121910410010802 | |

密码区：
+>0823>364/1*731<64237837 9-
349+*90>+6<+*>>91041><2-4>*
+41-8-->551297/*336>44+-4+
379>+6-8856<-6+658>9/0/7626

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*国际货物运输代理运费 | | 票 | 1 | 241585.58 | 241585.58 | 免税 | *** |
| 合　计 | | | | | ￥241585.58 | | |

价税合计（大写） ⊗ 贰拾肆万壹仟伍佰捌拾伍圆伍角捌分　（小写）　￥241585.58

| | 名　称：先达国际货运（上海）有限公司广州分公司 | 备注 | JCNO:DCA22210005444 POL:CAN POD:LAX MNO:999-6482 |
|---|---|---|---|
| 销售方 | 纳税人识别号：91440101781232209T | | 2586 HNO:AXCA12210488 请按期付款ling.liu |
| | 地址、电话：广州市越秀区中山三路33号中华国际中心B3705-B3706室83777508 | | |
| | 开户行及账号：工行广州市中华广场支行RMB:3602054319200017309 | | |

收款人：屈雪莲　　复核：王婧好　　开票人：梁慧怡　　销售方：（章）



# EXHIBIT D

66441700;1

# ON TIME EXPRESS CO. LTD. GUANGZHOU BRANCH

a subsidiary of the YTO Express (International) Holdings Limited
ROOM B 3705-3706 ,37/F, CHINA INTERNATIONAL CENTER33 ZHONGSHAN SAN ROAD,GUANGZHOU 510070 P.R. CHINA.
Tel: 020-87320492 Fax: 020-87320493



**Billing Information**

| | | | |
|---|---|---|---|
| To | : ULUCK TECHNOLOGY PTE.LTD. | Invoice No. | : DCA2303000027 |
| | | Invoice Date | : 17 JAN 2023 |
| | | Status | : |
| | | Attn. | : NA |
| | | Tel. | : NA |
| A/C No. | : 0000011711 | Fax. | : |

**Shipment Information**

| | | | |
|---|---|---|---|
| Shipment ID | : AXCA121100245 | Mode | : EXPORT |
| Job No. | : AXCA121100245 | Terms | : |
| HAWB No. | : | Currency | : USD |
| MAWB/MBL. | : | Sales Code | : TIM CHEN |
| Flight No. | : | Carrier | : |
| Origin | : SICHUAN | ETD Date | : 15 MAR 2022 |
| Destination | : VIA HKG TO USA | ETA | : |
| No. of Pkg | : 110 CTNS | Gross Wgt | : 1,280.00 KG |
| Vessel/Voy | : | Charge Wgt | : 1,280.00 KG |

**Charges Information**

| Particulars (* indicates that the charge has VAT) | | Unit Rate Detail | | Ex. Rate | Charge Amount |
|---|---|---|---|---|---|
| PICK UP CHARGE | USD | 5,200.0 X 1.0 SHPT | | USD | 5,200.00 |
| PALLET FEE | USD | 100.0 X 1.0 SHPT | | USD | 100.00 |
| STORAGE FEE(Mar 2022 - Dec 2022) | USD | 8,800.0 X 1.0 SHPT | | USD | 8,800.00 |
| CUSTOMS CLEARANCE | USD | 700.0 X 1.0 SHPT | | USD | 700.00 |
| OTHER HANDLING FEES | USD | 350.0 X 1.0 SHPT | | USD | 350.00 |
| EXPORT TRUCKING FEE | USD | 6,200.0 X 1.0 SHPT | | USD | 6,200.00 |

| | | |
|---|---|---|
| **Non VAT Amount:** | **USD** | **21,350.00** |
| **Total Amount:** | **USD** | **21,350.00** |

| | | | |
|---|---|---|---|
| Bank Details : 工行广州中华广场支行 | Account Name | : 先达国际货运(上海)有限公司广州分公司 |
| | Swift Code | : |
| | Account No. | : CNY▓▓▓▓▓ |
| | | USD▓▓▓▓▓ |

**ORIGINAL**

E. & O.E.

Note: Payment should be made within credit period granted. 1.5% surcharge per month may be imposed for any amount overdue.

Ocean transportation services to and from the USA are provided by as agent of our affiliates ON TIME SHIPPING LINE LIMITED (FMC NO. 019976N) or OTX LOGISTICS, INC. (FMC-OTI No. 028756NF).

All transactions are subject to the Company Standard Trading Conditions (copies available on request from the Company) and which, in certain cases, exclude or limit the Company's liability and include certain indemnities benefiting the Company

# EXHIBIT E



www.mvplogistics.com

| Invoice Number: | CN021023 |
|---|---|
| Invoice Date: | 02/10/2023 |
| Payment Terms: | NET 30 Days |
| Due Date: | 03/12/2023 |
| Total Invoice: | $3,370.00 |
| Dates of Service: | 02/06 - 02/13/23 |

| Customer: | Customer Email: | Check Remittances: |
|---|---|---|
| ULUCK MINERS | | **MVP LOGISTICS LLC**<br>10205 10TH AVE N SUITE A<br>PLYMOUTH, MN 55441<br>MAIN: 763-390-5320<br>ar@mvpship.com |

| Category | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| STORAGE | Storage Per Pallet Up To 2,000lbs  (Daily) | 40.00 | $1.45 | $ 58.00 |
| OUTBOUND | Outbound Miner | 184.00 | $18.00 | $ 3,312.00 |

Payments made after due date are subject to 1.5% per month finance charge

| | | |
|---|---|---|
| **Storage** | $ | 58.00 |
| **Inbound** | $ | - |
| **Outbound** | $ | 3,312.00 |
| **Other Services** | $ | - |
| **Total Due** | $ | 3,370.00 |

*Outbound*

| Total Dollars | $ | 3,312.00 | $ | 3,312.00 |
| Rate | | $18.00 | | |
| Total Units | | 184 | | |



| Date | Description | | |
|------|-------------|---|---|
| | Outbound Miner | Total | |
| | OUTBOUND | 184 | $3,312.00 |

_Storage_

| Total Dollars | $ | 58.00 | $ | 58.00 |
| Rate | | $1.45 | | |
| Total Units | | 40 | | |

| Date | Description | Storage Per Pallet Up To 2,000lbs (Daily) | Total | |
|------|-------------|------|-------|---|
| 2/6/2023 | Storage | $ 5 | $ 7.25 | |
| 2/7/2023 | Storage | $ 5 | $ 7.25 | |
| 2/8/2023 | Storage | $ 5 | $ 7.25 | |
| 2/9/2023 | Storage | $ 5 | $ 7.25 | |
| 2/10/2023 | Storage | $ 5 | $ 7.25 | |
| 2/11/2023 | Storage | $ 5 | $ 7.25 | |
| 2/12/2023 | Storage | $ 5 | $ 7.25 | |
| 2/13/2023 | Storage | $ 5 | $ 7.25 | |

# EXHIBIT F



# Apexto Technology Co., Ltd.
**Tel:+86 18774885283 (Rena)   Website: https://www.apextomining.com**
**Address: South Of 4th Floor,Block B2, Shanghe Nanchang Industrial Park, YunChang Road,Gushu**
**,Xixiang,Baoan, Shenzhen, Guangdong, China (Mainland) Zip:618126**

| Apexto Technology Co., Ltd. | | Date: | 2022/3/1 |
|---|---|---|---|
| **New Miner** | | | |
| | S19J Pro 110T | $10,200 | All in one | HK Stock |
| | S19J pro 104T 3250W | $8,750 | All in one | HK stock |
| | S19J pro 100T 2950W | $8,400 | All in one | HK stock |
| | S19J pro 96T 2832W | $7,950 | All in one | HK stock |
| | S19 95T 3250W | $7,750 | All in one | HK Stock |
| | Antminer D7 1183G | $9,000 | All in one | in stock |
| | T19 84t | $7,056 | All in one | HK stock |
| | T19 88t | $7,392 | All in one | HK stock |
| | Z15 420K | $7,500 | All in one | HK Stock |
| **Antminer futures** | Antminer S19 XP 140 T 3010W | $13,160 | All in one | July Batch (HK) |
| | L7 9160Mh 3225W | $22,580 | All in one | Dec. Batch（SZ） |
| | L7 9160Mh 3225W | $21,200 | All in one | Jan. Batch（SZ） |
| | S19J pro 100T | $8,000 | All in one | March. Batch（HK）MOQ |
| **Avalon** | 1246 85T 38w/T | $6,800 | All in one | in stock |
| | 1246 87T 38w/T | $7,000 | All in one | in stock |
| | 1166pro 78T 42w/T | $5,500 | All in one | in stock |
| | 1166pro 81T 42w/T | $5,800 | All in one | in stock |
| | 1126 64T 50W | $4,380 | All in one | in stock |
| **WhatsMiner** | M31S+ 80T 42W | $5,200 | All in one | HK stock(MOQ5pcs) |
| | M30S+ 90T 38w | $6,480 | All in one | HK stock(MOQ5pcs) |
| | PandaMiner B7pro 360m 1050W | $5,500 | with PSU | in stock |
| | Jasminier X4 520m 250W | $8,870 | with PSU | in stock |
| | Innosilicon A11 1500m 2350W | $22,400 | With PSU | Stock |
| | Nvidia 170hx 184m 250w | $3,600 | / | early of April |
| | Mini Doge 185M 300W | $800 | No PSU | in stock |
| | LB Box | $600 | No PSU | in stock |
| | KD Box | $6,500 | No PSU | in stock |
| | CK-BOX | $980 | No PSU | in stock |
| | HS-BOX | $800 | No PSU | in stock |
| **Goldshell** | Ibelink K1+(15T/2250W) | ($30,000) | All in one | Stock |
| | Goldshell KD6 26.3T/2630W) | ($50,000) | All in one | May Batch |
| | SC Ibelink S1 6.8t 2250W | $3,950 | All in one | Stock |
| | CKB Goldshell CK6 19.3T | $12,200 | With PSU | Stock |
| | LTC Goldshell LT5 pro 2.455G | $6,550 | All in one | in stock |
| | LTC Goldshell LT6 pro 3.35G | $10,500 | All in one | in stock |
| | HS5 2.7T 2.65KW | $6,950 | All in one | in stock |
| **Second hand Miner** | | | | |
| **Antminer** | L3+ 504mh 800W | $598 | with PSU | in stock |
| | S9j/i 14.5T | $400 | with APW3 | in stock |
| | T17 42t | $1,100 | All in one | in stock |
| **Innosilicon** | A10 pro 7G 720MH | $9,550 | with PSU | in stock |
| | A10 pro 6G 720m | $8,250 | with PSU | in stock |
| | T2T 26T 2200W(double barrel) | $800 | All in one | in stock |
| **WhatsMiner** | M20s 68t 48w /T | $3,400 | All in one | in stock |
| | M20s 65t 48w /T | $3,250 | All in one | in stock |
| | M21s 58T 60w/T | $2,494 | All in one | in stock |
| **More options,pls check sales for details!** | | | | |

PS:
1. Price can be negotiable if you have a firm order!!!
2. Pls. be noted the price for miners is waving every min. Our price is only valid within 1 day.Pls. chk with us again when you're ready to make payment.
3. Regarding the preorder, Pls be advised that the actual delivery time would be based on manufacturer's factory delivery time!!!



# Apexto Technology Co., Ltd.

Tel:+86 15361004482 (Rena)   Website: https://www.apextomining.com
Address: South Of 4th Floor,Block B2, Shanghe Nanchang Industrial Park, YunChang Road,Gushu
,Xixiang,Baoan, Shenzhen, Guangdong, China (Mainland) Zip:518126

| Apexto Technology Co., Ltd. | | Date: | 2022/10/18 |
|---|---|---|---|

## New Miner

| | | | | |
|---|---|---|---|---|
| **Antminer** | Antminer S19 XP 141 T 21 5W/T | $5,358 | All in one | HK stock |
| | Antminer E9 2400M | $8,900 | All in one | Oct. Batch |
| | S19a Pro 110T | $2,640 | All in one | HK stock |
| | S19J pro 104T 3250W | $2,392 | All in one | HK stock |
| | S19J pro 100T 2950W | $2,100 | All in one | HK stock |
| | S19J pro 96T 2832W | $1,920 | All in one | HK stock |
| | S19JPro 88T 2596W | $1,760 | All in one | HK Stock |
| | T19 88t | $1,452 | All in one | HK stock |
| | Z15 420K | $4,100 | All in one | HK stock |
| | Antminer L7 9500M | $10,400 | All in one | Stock |
| | Antminer L7 9050M | $9,000 | All in one | Stock |
| **WhatsMiner** | M30S 86/88/90T 38W | 19U/T | All in one | HK stock |
| | M30S+ 100/102T  34W | 21U/T | All in one | HK stock |
| | M30S+ 104/106/108T 31W | 23U/T | All in one | HK stock |
| | M50S 118T 29W | $3,658 | All in one | HK stock |
| **Avalon** | 1246 87T 38w/T | $2,130 | All in one | in stock |
| | 1166pro 78T 42w/T | $1,385 | All in one | in stock |
| | 1166pro 81T 42w/T | $1,420 | All in one | in stock |
| **Goldshell** | LB Box | $220 | With PSU | in stock |
| | CK-BOX | $175 | No PSU | in stock |
| | KD Box pro 2.6T 230W | $529 | no psu | in stock |
| | Ibelink K1Max 32T 3200W | $2,750 | All in one | stock |
| | Goldshell KD Max 40.2T 3350W | $4,990 | All in one | Stock |
| | SC Goldshell SC6 SE  17T  3300W | $4,785 | With PSU | Sep Batch |
| | Goldshell LB-Lite 1.62T 1450W | $1,088 | All in one | Stock |
| **ETC/ETH-W** | Jasminier  X4 520m  250W | $2,599 | with PSU | Stock |
| | Jasminer X4-Q  1040m 480W | $4,999 | With PSU | Stock |
| | IPollo  V1 mini SE  220M | $1,088 | With PSU | Stock |
| | IPollo  V1 mini ETH300M | $1,550 | With PSU | Stock |

## Second hand Miner

| | | | | |
|---|---|---|---|---|
| **Antminer** | Used L3+ 504mh 800W | $135 | with PSU | MOQ 5pcs |
| | Renew S9j/i 14.5T | $148 | with New APW7 | MOQ 5pcs |
| | Used  S9j/i 14T | $108 | with pc | MOQ 5pcs |
| | Used S19 95T | $1,680 | All in one | in stock |
| | Used S19Pro 110 | $2,140 | All in one | in stock |
| | Update Version T17 42t | $285 | All in one | in stock |
| **Innosilicon** | A10 pro 7G 720M/H | $570 | with PSU | in stock |
| | A11  8G 1500m | $1,420 | with PSU | in stock |
| **WhatsMiner** | T2TZ 25T 2000W | $138 | All in one | in stock |
| | T2TZ 30T 2200W | $258 | All in one | in stock |
| | M20s 62/65/68t 48w /T | 13U/T | All in one | in stock |
| | M21s 54/56/58T 60w/T | 11U/T | All in one | in stock |
| | Avalon 1066 55T | $650 | All in one | MOQ 5pcs |

## More options,pls check sales for details!

PS:
1. Price can be negotiable if you have a firm order!!!
2. Pls. be noted the price for miners is waving every min. Our price is only valid within 1 day.Pls. chk with us again when you're ready to make payment.
3. Regarding the preorder, Pls be advised that the actual delivery time would be based on manufacturer's factory delivery time!!!

E
M
A
I
L
E
D

Geoff Zahm

CASE MANAGER

2/24/23

DATE