

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

**Invoice Date**
Jul 15, 2021

ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD
#07-37 GOLDEN MILE COMPLEX
SINGAPORE, CENTRAL SINGAPORE 199588

**Due Date**
Aug 15, 2021

Total amount due
**$0.00**

Invoice
**7854**

**Account number** 7970

| | |
|---|---|
| Current Charges | $83,145.98 |
| Taxes/Fees | $0.00 |
| Credits | $0.00 |
| Payments Applied | $83,145.98 |

Thank you for choosing Compute North!

**Total due on Aug 15, 2021**      **$0.00**

**Customer Service**
Call us at (952) 279-0550
Visit us at https://www.computenorth.com
*A fee totalling 1.50% of the due amount on the invoice, or $1.00 (whichever is greater) will be applied 1 days after the due date to any unpaid invoices.*

---

Please make checks payable to Compute North LLC.
Invoice ID: 7854

Please detach and return this portion with your payment

Payment due date
**Aug 15, 2021**

Total amount due
**$0.00**

Amount enclosed

**COMPUTENORTH**

COMPUTE NORTH
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

7970
ULUCK TECHNOLOGY PTE.LTD.
5001 BEACH ROAD
#07-37 GOLDEN MILE COMPLEX
SINGAPORE, CENTRAL SINGAPORE 199588

Tax ID: 82-3377185

**EXHIBIT 16**

## Current Charges

| | |
|---|---|
| Colocation Down Deposit - Last Two Months - (100) Whatsminer M20S | $28,530.94 |
| Colocation Down Deposit - Last Two Months - (200) Whatsminer M21S | $54,615.04 |

## Payments Applied

| | |
|---|---|
| Payment on Jul 23, 2021 | $83,145.98 |

## Total Amount Due

$0.00