## David Zhang

**From:** Compute North <ar@computenorth.com>
**Sent:** 2021年7月23日星期五 19:14
**To:** David Zhang
**Subject:** Payment to Compute North successfully processed.



Hello David Zhang,

A payment for $83,145.98 has been applied to your account. Thank you for your payment!

--

**Compute North**
computenorth.com
support@computenorth.com
+1 952.279.0550