IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AGENDA FOR HEARING[2] ON OBJECTIONS TO CLAIMS SCHEDULED FOR DECEMBER 18, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2]  Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Under Certification of No Objection**

1. Plan Administrator's Objection to Claim No. 10121 Asserted by Compass Mining, Inc. [Docket No. 1345].

   **Responses:** None

   **Related Documents:**

   A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Claim No. 10121 Asserted by Compass Mining, Inc. [Docket No. 1366].

   **Status**: A certificate of no objection has been filed with respect to this matter. No hearing is necessary unless the Court has questions regarding the proposed order.

2. Plan Administrator's Amended Objection to Claim Asserted by Kyle Wenzel (Claim No. 10021) [Docket No. 1348].

   **Responses:** None

   **Related Documents:**

   A. Certificate of No Objection with Respect to the Plan Administrator's Objection to Claim Asserted by Kyle Wenzel (Claim No. 10021) [Docket No. 1367].

   **Status**: A certificate of no objection has been filed with respect to this matter. No hearing is necessary unless the Court has questions regarding the proposed order.

**Matters Going Forward**

3. Plan Administrator's Third Omnibus Objection to Certain Proofs of Claim (Late Filed Claims) [Docket No. 1347].

   **Responses:**

   A. The Plan Administrator received an informal response by email from claimant Edgemode Inc. stating that it intended to file a response. However, no further communications have been received nor has a formal response been filed.

   **Related Documents:**

   A. None.

   **Status**: This matter is going forward as an initial status conference pursuant

to Rule 3007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Rules").  The Plan Administrator intends to ask the Court to enter an order sustaining the objection.

4. Plan Administrator's Objection to Claims Asserted by VCV Power Beta, LLC and Value Chain Ventures [Docket No. 1344].

   **Responses:**

   A. Response to Objection – Case No. 22-90273, Document 1344 [Docket No. 1365].

   **Related Documents:**

   A. None.

   **Status**:   This matter is going forward as an initial status conference pursuant to Local Rule 3007-1.

**Matters Resolved**

5. Plan Administrator's Objection to Claim Asserted by Reviva Inc. (Claim No. 10129) [Docket No. 1299].

   **Responses:**

   A. The Plan Administrator has received an informal response to this Objection to Claim from counsel for the claimant.

   **Related Documents:**

   A. Joint Stipulation and Agreed Order by and between the Plan Administrator and Reviva Inc. to Adjourn Hearing on Plan Administrator's Objection to Claim Asserted by Reviva Inc. (Claim No. 10129) [Docket No. 1351].

   **Status**:   The parties have agreed to a resolution in principle pending memorialization and Court approval.  The Plan Administrator requests that this matter be adjourned to a date to be determined while the parties formalize a stipulation.

6. Plan Administrator's Objection to Claim Asserted by Uluck Technology PTE. Ltd (Claim Nos. 10109, 10151 and 45) [Docket No. 1343].

   **Responses:**

   A. Response to Plan Administrator's Objection to Claim Nos. 10109, 10151, and 45 of Uluck Technology PTE, Ltd [Docket No. 1362].

**Related Documents:**

    A. None.

**Status**: The parties have reached a resolution in principle pending memorialization and Court approval. The Plan Administrator requests that this matter be adjourned to a date to be determined while the parties formalize a stipulation.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

– and –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
E-mail: kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

       I certify that on December 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

       I further certify that on December 15, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following parties indicated herein:

| | | |
|---|---|---|
| Kyle Wenzel<br>24985 Bentgrass Way<br>Shorewood, MN 55331<br>kylewenzel20@gmail.com | Miles Paschini<br>2826 Palomino Cir.<br>La Jolla, CA 92037<br>miles@paschini.net | Edgemode Inc.<br>110 East Broward Blvd.<br>Fort Lauderdale, FL 33301<br>simon@edgemode.io |
| Compass Mining, Inc.<br>Armstrong Teasdale LLP<br>c/o John Willard<br>7700 Forsyth Blvd.<br>Suite 1800<br>St. Louis, MO 63105<br>jwillard@atllp.com<br>**Counsel for Compass Mining, Inc.** | VCV Power Beta, LLC<br>1540 Broadway, Suite 1010<br>New York, NY 10036<br>matt.feast@vcvdigital.com | Value Chain Ventures<br>1540 Broadway<br>Suite 1010<br>New York, NY 10036<br>matt.feast@vcvdigital.com |
| Adam Swick, Esq.<br>David Parham, Esq.<br>Laura Taveras, Esq.<br>Akerman LLP<br>500 West 5th Street<br>Suite 1210<br>Austin, TX 78701<br>adam.swick@akerman.com<br>david.parham@akerman.com<br>laura.taveras@akerman.com<br>**Counsel for Uluck Technology Pte.Ltd.** | Mark A. Carter, Esq.<br>Hinshaw & Culbertson LLP<br>151 North Franklin St.<br>Suite 2500<br>Chicago, IL 60606<br>Mcarter@hinshawlaw.com<br>**Counsel for Reviva Inc.** | |

                                                  */s/ Charles R. Gibbs*
                                                   Charles R. Gibbs