IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AGENDA FOR STATUS CONFERENCE[2] REGARDING THE OBJECTION TO CLAIM NO. 42 OF BITNILE, INC. SCHEDULED FOR DECEMBER 18, 2023 AT 1:30 P.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT <u>FOR THE SOUTHERN DISTRICT OF TEXAS</u>**

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2] Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Going Forward**

1. Status Conference regarding the Objection to Claim of BitNile, Inc. [Claim No. 42]

    **Related Documents:**

    A. Debtors' Objection to Claim No. 42 of BitNile, Inc. for Contract Rejection Damages [Docket No. 964]

    B. Response of BitNile, Inc. to Debtors' Objection to Claim No. 42 [Docket No. 1057]

    C. Agreed Joint Scheduling Order on Debtors' Objection to Claim of BitNile, Inc. [Claim No. 42] [Docket No. 1209] (the "Scheduling Order")

    D. Joint Motion of Plan Administrator and BitNile, Inc. to Modify Deadlines in the Agreed Joint Scheduling Order on Debtors' Objection to Claim of BitNile, Inc. [Claim No. 42] [Docket No. 1341]

    **Status**: This status conference is being conducted in accordance with the Scheduling Order. At the scheduling conference, counsel for the Plan Administrator intends to report that the parties are working toward a settlement.

Dated:  December 15, 2023

                                            Respectfully submitted,

                                            */s/ Charles R. Gibbs*
                                            Charles R. Gibbs
                                            Texas State Bar No. 7846300
                                            **MCDERMOTT WILL & EMERY LLP**
                                            2501 North Harwood Street, Suite 1900
                                            Dallas, TX 75201-1664
                                            Telephone:    (214) 295-8000
                                            Facsimile:    (972) 232-3098
                                            Email:    crgibbs@mwe.com

                                            *– and –*

                                            Kara E. Casteel (admitted *pro hac vice*)
                                            Jennifer A. Christian (admitted *pro hac vice*)
                                            Nicholas C. Brown (admitted *pro hac vice*)
                                            **ASK LLP**
                                            2600 Eagan Woods Drive, Suite 400

St. Paul, MN 55121
Telephone:      (651) 289-3846
Facsimile:      (651) 406-9676
E-mail:         kcasteel@askllp.com
                jchristian@askllp.com
                nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

3

**Certificate of Service**

I certify that on December 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on December 15, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following parties indicated herein:

| | |
|---|---|
| Jason S. Brookner, Esq.<br>Gray Reed<br>1300 Post Oak Blvd., Ste. 2000<br>Houston, TX 77056<br>jbrookner@grayreed.com<br>**Counsel for BitNile, Inc.** | Adam H. Friedman, Esq.<br>Kerrin T. Klein, Esq.<br>Olshan Frome Wolosky LLP<br>1325 Avenue of the Americas<br>New York, NY 10019<br>afriedman@olshanlaw.com<br>kklein@olshanlaw.com<br>**Counsel for BitNile, Inc.** |

*/s/ Charles R. Gibbs*
Charles R. Gibbs