United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 18, 2023

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| MINING PROJECT WIND | § | |
| DOWN HOLDINGS INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER CANCELING STATUS CONFERENCE

The status conference scheduled for 1:30 p.m. on December 18, 2023 is canceled.

SIGNED 12/18/2023

_____
Marvin Isgur
United States Bankruptcy Judge