# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, December 18, 2023

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Nick | Brown | ASK LLP | Plan Administrator |