**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**STIPULATION AND AGREED ORDER BY AND BETWEEN
THE PLAN ADMINISTRATOR AND TOUZI CAPITAL, LLC**

Tribolet Advisors LLC, in its capacity as Plan Administrator ("Plan Administrator") in the

above-captioned bankruptcy cases (the "Bankruptcy Cases"), and Touzi Capital, LLC ("Touzi" or

"Claimant" and, together with the Plan Administrator, the "Parties"), hereby enter into this

stipulation and agreed order (the "Stipulation") as follows:

**WHEREAS**, on September 22, 2022 (the "Petition Date"), each of the above-captioned

debtors (the "Debtors" and, as of the effective date of the Plan, the "Reorganized Debtors") in the

Bankruptcy Cases filed voluntary petitions for relief under chapter 11 of title 11 of the United

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

WHEREAS, on February 16, 2023, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* (the "Plan").[2]

WHEREAS, the Plan Administrator is governed by the Amended Plan Administrator Agreement (the "Plan Administrator Agreement").[3]  Pursuant to the Confirmation Order and Plan Administrator Agreement, the Plan Administrator is tasked with, among other things: (1) serving as the sole manager, director, and officer of the Reorganized Debtors as of the Plan's effective date; (2) implementing the Plan and any applicable orders of the Court; and (3) reconciling and resolving claims asserted against the Reorganized Debtors' estates.[4]

WHEREAS, on October 21, 2022, Touzi filed proof of claim number 10023 (the "Proof of Claim"), asserting a general unsecured claim in the Mining Project Wind Down, LLC f/k/a Compute North LLC bankruptcy case in the amount of $10,477,840.41 (the "Claim"), consisting of lost deposits and damages including purported damages for lost miners and the alleged unauthorized unboxing, utilization and misplacement of certain S19J Pro miners.

WHEREAS, the Plan Administrator has reviewed and disputes the amount of the Claim.

WHEREAS, following negotiations the Parties have reached an agreement resolving and settling the Claim for a reduced amount, which agreement is memorialized herein and summarized as follows:

---

[2]    Docket No. 1019.

[3]    Docket No. 1079, Exhibit E.

[4]    Plan §§ 4.2.5, 7.3; Confirmation Order ¶¶ 53, 88; Plan Administrator Agreement § 1.3.

| Item # | Original Description | Original Amount | Revised Description | Reduced Amount |
|---|---|---|---|---|
| 1 | Deposit | $   481,510.33 | Deposit | $   298,536.40 |
| 2 | Deposit | $2,076,910.08 | Deposit | $1,287,684.25 |
| 3 | Lost miners – damages, 813 miners at $3,500 per miner | $2,845,500.00 | 643 lost miners at $2,710.67 per miner | $1,742,960.81 |
| 4 | Lost miners – damages, 2,537 miners at $2,000 per miner | $5,074,000.00 | No damages allowed under contract. | $                0.00 |
| | Total: | $10,477,920.41 | Total: | $3,329,181.46 |

**WHEREAS**, Section 4.2 of the Plan Administrator Agreement requires the approval of the Plan Oversight Committee for the resolution of claims exceeding $100,000. [5] Touzi is a member of the Plan Oversight Committee.  The other member of the Plan Oversight Committee, Decimal Digital Currency I, LLC ("Decimal Digital"), has approved the resolution of the Claim as proposed herein.  Under these circumstances, the Plan Administrator submits that approval by Decimal Digital satisfies the requirement for Plan Oversight Committee approval under Section 4.2 of the Plan Administrator Agreement.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation, it is stipulated and agreed, and upon approval by the Bankruptcy Court, it is SO ORDERED as follows:

1.      The Parties stipulate and agree that the Claim shall be and is hereby modified to reflect an allowed general unsecured claim in the Mining Project Wind Down, LLC f/k/a Compute North LLC bankruptcy case in the sum of $3,329,181.46 (the "Allowed Claim").

---

[5]    Docket No 1079, Exhibit E.

2.      The Parties further stipulate and agree that the Allowed Claim shall be allowed in the Mining Project Wind Down LLC f/k/a Compute North LLC bankruptcy case in accordance with this Stipulation, without the need for a formal amendment to the Claim.

3.      The Parties further stipulate and agree to waive and release each other from any and all claims, other than the Allowed Claim.

4.      The Parties further stipulate and agree that the Plan Administrator may direct the Claims and Solicitation Agent, Epiq Corporate Restructuring, LLC, to update the official claims register to reflect this Stipulation.

5.      Notwithstanding Federal Rule of Bankruptcy Procedure 6004(h), the terms and conditions of this Stipulation shall be effective and enforceable upon approval and entry by the Bankruptcy Court.

6.      The Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge

4

**AGREED AS TO FORM AND SUBSTANCE:**

Dated:  December 23, 2023


<u>/s/ Nicholas C. Brown</u>
Kara E. Casteel  MN SB# 0389115
(admitted *pro hac vice*)
Nicholas C. Brown  NC SB# 38054
(admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:        (651) 289-3846
Facsimile:        (651) 406-9676
E-mail:            kcasteel@askllp.com
                   nbrown@askllp.com


*Counsel to the Mining Project Wind Down
Holdings, Inc. Litigation Trust and the
Plan Administrator*

<u>/s/ Gabriel L. Mathless</u>
Gabriel L. Mathless
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street
Suite 4700
Charlotte, NC 28202
Telephone:      (704) 331-1000
Email:   gabrielmathless@mvalaw.com

*Counsel for Touzi Capital, LLC*

**Certificate of Service**

I certify that on December 26, 2023, I caused a copy of the foregoing document to be served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "ECF System") on all parties registered to receive service via the ECF System in these cases.

I further certify that on December 26, 2023, I caused a copy of the foregoing document to be served by First Class Mail and electronic mail upon Touzi Capital, LLC, as follows:

Touzi Capital, LLC
Attn: Eng Taing
1781 La Plaza Dr.
San Marcos, CA 92078
eng@touzicapital.com

Touzi Capital, LLC
c/o Moore & Van Allen PLLC
Attn: Gabe Mathless
100 N. Tryon St., Ste. 4700
Charlotte, NC 28202
gabemathless@mvalaw.com

*/s/ Nicholas C. Brown*
Nicholas C. Brown