United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 11, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**STIPULATION AND AGREED ORDER BY AND BETWEEN**
**THE PLAN ADMINISTRATOR AND FOUNDRY DIGITAL LLC**

Tribolet Advisors LLC, in its capacity as Plan Administrator ("Plan Administrator") in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), and Foundry Digital LLC ("Foundry" or "Claimant" and, together with the Plan Administrator, the "Parties"), hereby enter into this stipulation and agreed order (the "Stipulation") as follows:

**WHEREAS**, on September 22, 2022 (the "Petition Date"), each of the above-captioned debtors (the "Debtors" and, as of the effective date of the Plan, the "Reorganized Debtors") in the Bankruptcy Cases filed voluntary petitions for relief under chapter 11 of title 11 of the United

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>").

**WHEREAS**, on February 16, 2023, the Bankruptcy Court entered an order (the "<u>Confirmation Order</u>") confirming the *Third Amended Joint Liquidating Chapter 11 Plan of Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) and Its Debtor Affiliates* (the "<u>Plan</u>").[2]

**WHEREAS**, the Plan Administrator is governed by the Amended Plan Administrator Agreement (the "<u>Plan Administrator Agreement</u>").[3]  Pursuant to the Confirmation Order and Plan Administrator Agreement, the Plan Administrator is tasked with, among other things: (1) serving as the sole manager, director, and officer of the Reorganized Debtors as of the Plan's effective date; (2) implementing the Plan and any applicable orders of the Court; and (3) reconciling and resolving claims asserted against the Reorganized Debtors' estates.[4]

**WHEREAS**, on February 25, 2023, Foundry filed proof of claim number 46, asserting a general unsecured claim for rejection damages in the amount of $957,385.92 (the "<u>Claim</u>").[5]

**WHEREAS**, the Plan Administrator has reviewed and disputes the amount of the Claim.

**WHEREAS**, following negotiations the Parties have reached an agreement resolving and settling the Claim, which agreement is memorialized herein.

---

[2]    Docket No. 1019.

[3]    Docket No. 1079, Exhibit E.

[4]    Plan §§ 4.2.5, 7.3; Confirmation Order ¶¶ 53, 88; Plan Administrator Agreement § 1.3.

[5]    For the avoidance of doubt, the Plan Administrator has satisfied the requirements set forth in Section 4.2 of the Plan Administrator Agreement. Specifically, given the fact that the asserted claim at issue here is greater than $100,000, the Plan Administrator sought and obtained the Plan Oversight Committee's approval of the stipulations and agreements set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation, it is stipulated and agreed, and upon approval by the Bankruptcy Court, it is SO ORDERED as follows:

1.      The Parties stipulate and agree that the Claim shall be and is hereby modified to reflect an allowed general unsecured claim in the Mining Project Wind Down, LLC f/k/a Compute North LLC bankruptcy case in the sum of $450,000.00 (the "Allowed Claim").

2.      The Parties further stipulate and agree that the Allowed Claim shall be allowed in the Mining Project Wind Down LLC f/k/a Compute North LLC bankruptcy case in accordance with this Stipulation, without the need for a formal amendment to the Claim.

3.      The Parties further stipulate and agree to waive and release each other from any and all claims, other than the Allowed Claim.  For the avoidance of doubt, the Parties stipulate and agree that proofs of claim numbers 32, 33, and 34 filed by Foundry shall be disallowed and expunged.[6]

4.      The Parties further stipulate and agree that the Plan Administrator may direct the Claims and Solicitation Agent, Epiq Corporate Restructuring, LLC, to update the official claims register to reflect this Stipulation.

5.      Notwithstanding Federal Rule of Bankruptcy Procedure 6004(h), the terms and conditions of this Stipulation shall be effective and enforceable upon approval and entry by the Bankruptcy Court.

---

[6]    Proofs of claim numbers 32, 33, and 34 filed by Foundry were applied as a credit bid in partial payment of the purchase price for certain of the Debtors' assets pursuant to the *Order (I) Approving the Sale of the Purchased Assets Free and Clear of All Claims, Liens, Interests, and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 531].

6.      The Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.


Signed: January 11, 2024

_____
Marvin Isgur
United States Bankruptcy Judge


**AGREED AS TO FORM AND SUBSTANCE:**

Dated:  December 19, 2023


/s/ Charles R. Gibbs                                    /s/ Ryan Boyle
Charles R. Gibbs                                        Ryan Boyle
Texas State Bar No. 7846300                             Senior Vice President for Foundry Digital
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:         crgibbs@mwe.com


– and –

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:     (651) 289-3846
Facsimile:     (651) 406-9676
E-mail:        kcasteel@askllp.com
               jchristian@askllp.com
               nbrown@askllp.com


4

*Counsel to the Mining Project Wind Down*
*Holdings, Inc. Litigation Trust and the*
*Plan Administrator*

**<u>Certificate of Service</u>**

   I certify that on December 19, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "<u>ECF System</u>") on all parties registered to receive service via the ECF System in these cases.

   I further certify that on December 19, 2023, I caused a copy of the foregoing document to be served by First Class Mail and electronic mail upon Foundry Digital LLC, as follows:

| | |
|---|---|
| Foundry Digital LLC | Edward Linden, Esq. |
| Attn: Ryan Boyle | Milbank LLP |
| 1100 Pittsford Victor Road | 55 Hudson Yards |
| Pittsford, NY 14534 | New York, NY 10001-2163 |
| rboyle@foundrydigital.com | elinden@milbank.com |

                  */s/ Charles R. Gibbs*
                   Charles R. Gibbs