## EXHIBIT B

**Allowed Priority Claims**

**Schedule of Allowed Administrative, Priority, and Secured Claims Paid from Claims Reserve Accounts**

| CLAIMANT NAME | CLAIM # | DEBTOR NAME | CLAIM DATE | Admin/Priority/ Secured Allowed Amount | Admin/Priority/ Secured Amount Paid | Admin/Priority/ Secured Date Paid |
|---|---|---|---|---|---|---|
| AMAZON WEB SERVICES | N/A | Compute North Holdings, Inc. | N/A | $ 5,514.78 | $ 5,514.78 | 11/3/2023 |
| BAKER, BREANNA | 10022 | Compute North LLC | 10/20/2022 | $ 10,517.31 | $ 10,517.31 | 11/1/2023 |
| BUFFALO COUNTY TREASURER | 41 | Debtor not indicated | 1/17/2023 | $ 3,268.04 | $ 3,268.04 | 6/8/2023 |
| COULBY, HAROLD E JR | 10118 | Compute North Holdings, Inc. | 11/23/2022 | $ 15,150.00 | $ 15,150.00 | 6/7/2023 |
| DAVIS, ALEXANDER JAMES | 24 | Compute North LLC | 11/21/2022 | $ 1,000.00 | $ 1,000.00 | 7/14/2023 |
| EPIQ CORPORATE RESTRUCTURING LLC | N/A | Compute North Holdings, Inc. | N/A | $ 75,656.66 | $ 75,656.66 | 5/19/2023 |
| EPIQ CORPORATE RESTRUCTURING LLC | N/A | Compute North Holdings, Inc. | N/A | $ 51,462.06 | $ 51,462.06 | 5/19/2023 |
| EPIQ CORPORATE RESTRUCTURING LLC | N/A | Compute North Holdings, Inc. | N/A | $ 29,207.79 | $ 29,207.79 | 5/19/2023 |
| HARVEY, EDWARD DRAKE III | 10105 | Compute North LLC | 11/22/2022 | $ 6,084.07 | $ 6,084.07 | 9/1/2023 |
| HOWARD COUNTY TAX OFFICE | 5 | Compute North LLC | 10/19/2022 | $ 6,124.12 | $ 6,124.12 | 6/8/2023 |
| KITTILSTVED, BRETT | 10040 | Compute North LLC | 11/2/2022 | $ 9,861.54 | $ 9,861.54 | 9/7/2023 |
| MIHAI, NELU | 10026 | Compute North Holdings, Inc. | 10/24/2022 | $ 11,986.22 | $ 11,986.22 | 10/19/2023 |
| MIHAI, NELU | 10028 | Compute North Holdings, Inc. | 10/24/2022 | $ 3,163.78 | $ 3,163.78 | 6/22/2023 |
| MOVIUS, DAVID T | 10063 | Compute North LLC | 11/17/2022 | $ 7,655.50 | $ 7,655.50 | 9/1/2023 |
| NIEDERLUECKE, MAXWELL J | 10107 | Compute North LLC | 11/22/2022 | $ 13,273.35 | $ 13,273.35 | 10/31/2023 |
| NY STATE DEPT OF TAX & FINANCE | 47 | Compute North Holdings, Inc. | 3/9/2023 | $ 3,250.38 | $ 3,250.38 | 6/27/2023 |
| NY STATE DEPT OF TAX & FINANCE | 48 | Compute North Holdings, Inc. | 5/30/2023 | $ 870.23 | $ 870.23 | 6/22/2023 |
| STATE OF MINNESOTA DEPT OF REVENUE | 11 | Compute North Holdings, Inc. | 10/31/2022 | $ 1,098.79 | $ 1,098.79 | 6/27/2023 |
| SUNBELT SOLOMON SERVICES LLC | 10139 | Compute North LLC | 11/23/2022 | $ 1,000,000.00 | $ 1,000,000.00 | 4/27/2023 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 44 | Compute North Texas LLC | 2/14/2023 | $ 3,577.38 | $ 3,577.38 | 6/27/2023 |
| ULINE | 10039 | Compute North Holdings, Inc. | 11/1/2022 | $ 2,798.21 | $ 2,798.21 | 7/18/2023 |
| WENZEL, KYLE | 10021 | Compute North LLC | 10/20/2022 | $ 7,595.06 | $ 7,595.06 | 2/13/2024 |
| WW GRAINGER INC | 7 | Compute North Holdings, Inc. | 10/20/2022 | $ 2,573.32 | $ 2,573.32 | 7/31/2023 |
| | | | **Subtotal:** | **$ 1,271,688.59** | **$ 1,271,688.59** | |