## **EXHIBIT C**

**Allowed Professional Fee Claims**

**Schedule of Allowed Professional Fee Claims
Paid from Professional Fee Escrow Account**

| Professional Name | Professional Fee Allowed Amount | Professional Fee Amount Paid | Professional Fee Date Paid | Order Approving (Docket #) |
|---|---:|---:|---:|---:|
| FERGUSON BRASWELL | $2,150.00 | $2,150.00 | 4/14/2023 | 1083 |
| FERGUSON BRASWELL | $75,794.34 | $75,794.34 | 6/14/2023 | 1171 |
| JEFFERIES LLC | $3,024,674.16 | $3,024,674.16 | 5/2/2023 | 1059 |
| JEFFERIES LLC | $308,258.83 | $308,258.83 | 6/14/2023 | 1172 |
| MCDERMOTT WILL & EMERY | $1,489,581.27 | $1,489,581.27 | 6/29/2023 | 1181 |
| PAUL HASTINGS LLP | $2,463,446.57 | $2,463,446.57 | 4/14/2023 | 1060 |
| PAUL HASTINGS LLP | $1,609,741.43 | $1,609,741.43 | 6/14/2023 | 1170 |
| PORTAGE POINT PARTNERS, LLC | $392,164.00 | $392,164.00 | 4/14/2023 | 1084 |
| PORTAGE POINT PARTNERS, LLC | $39,595.00 | $39,595.00 | 4/14/2023 | 1084 |
| PORTAGE POINT PARTNERS, LLC | $83,122.78 | $83,122.78 | 9/29/2023 | 1248 |
| STIFEL FINANCIAL CORP. | $1,400,320.92 | $1,400,320.92 | 6/20/2023 | 1180 |

$ 10,888,849.30   $ 10,888,849.30