United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| MINING PROJECT WIND | § | |
| DOWN HOLDINGS INC., *et al.*, | § | CHAPTER 11 |
| | § | |
| Debtors. | § | |
| | § | |
| TRIBOLET ADVISORS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3210 |
| | § | |
| CORPUS CHRISTI ENERGY | § | |
| PARK, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

For the reasons set forth in the memorandum opinion, Bootstrap Energy, LLC's motion to dismiss the stay violation claim against it is denied.

Tribolet Advisors LLC's objection to Bootstrap's proof of claim is dismissed.

SIGNED 04/08/2024

_____
Marvin Isgur
United States Bankruptcy Judge