IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| Debtors.[1] | (Jointly Administered) |

**AGENDA FOR HEARING[2] ON OBJECTIONS TO CLAIMS SCHEDULED FOR APRIL 11, 2024 AT 9:00 A.M. (PREVAILING CENTRAL TIME) BEFORE JUDGE ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

[2]  Audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, **www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**. The meeting code is "**JudgeIsgur**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Matters Going Forward**

1. Plan Administrator's Objection to Claims Asserted by VCV Power Beta, LLC and Value Chain Ventures [Docket No. 1344].

    **Responses:**

    A. Response to Objection – Case No. 22-90273, Document 1344 [Docket No. 1365].

    **Related Documents:**

    A. Courtroom Minutes from initial hearing [Docket No. 1372].

    B. Proposed Stipulation and Agreed Order by and between the Plan Administrator, Value Chain Ventures, and VCV Power Beta LLC [Docket No. 1403] (the "Stipulation").

    **Status**:   This matter is going forward, with the Plan Administrator to request that the Court approve the Stipulation assuming no objections to the Stipulation are submitted.

Dated: April 10, 2024

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            crgibbs@mwe.com

*– and –*

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:     (651) 289-3846
Facsimile:      (651) 406-9676

E-mail: kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

**Certificate of Service**

I certify that on April 10, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on April 10, 2024, I caused a copy of the foregoing document to be served by electronic mail upon the following parties indicated herein:

VCV Power Beta, LLC
1540 Broadway, Suite 1010
New York, NY 10036
matt.feast@vcvdigital.com

Value Chain Ventures
1540 Broadway
Suite 1010
New York, NY 10036
matt.feast@vcvdigital.com

*/s/ Charles R. Gibbs*
Charles R. Gibbs