# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, April 11, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Kara | Casteel | ASK LLP | Plan Administrator |