**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **MINING PROJECT WIND DOWN** | § | **Case No. 22-90273 (MI)** |
| **HOLDINGS, INC.** | § | |
| **(f/k/a Compute North Holdings, Inc.) et al.,** | § | |
| | § | |
| **Debtor** | § | **Chapter 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

      **PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel for Valdes Engineering Company and requests that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

Timothy L. Wentworth
**OKIN ADAMS BARTLETT CURRY LLP**
1113 Vine Street, Suite 240
Houston, TX  77002
Telephone: (713) 228-4100
Facsimile: (346) 247-7158
twentworth@okinadams.com

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitations, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

      **FURTHER,** if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

**DATED:**  April 12, 2024.

2

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine St. Suite 240
Houston, TX 77002
Tel: (713) 228-4100
Fax: (346) 247-7158

**ATTORNEYS FOR VALDES
ENGINEERING COMPANY**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 12, 2024, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.


By:   /s/ *Timothy L. Wentworth*
         Timothy L. Wentworth

2

4860-8415-5062, v. 2