

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

|  |  |
|---|---|
| Defendant: | **Authority Electric and A_C LLC** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 356 | 6/15/2022 | $173.20 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 347 | 6/15/2022 | $554.87 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 348 | 6/15/2022 | $1,529.58 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 349 | 6/15/2022 | $3,724.26 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 350 | 6/15/2022 | $3,906.07 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 351 | 6/15/2022 | $692.80 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 352 | 6/15/2022 | $1,619.33 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 353 | 6/15/2022 | $2,121.79 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 346 | 6/15/2022 | $1,519.72 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 355 | 6/15/2022 | $205.68 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:8/4/2022 | $75,936.96 | 8/4/2022 | 159 | 1/27/2022 | $67,326.75 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 157 | 6/15/2022 | $18,364.92 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 160 | 3/1/2022 | $9,447.19 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 161 | 3/1/2022 | $32,771.25 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 162 | 12/1/2021 | $29,200.00 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 163 | 3/1/2022 | $2,750.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 164 | 5/2/2022 | $7,900.00 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $181,511.36 | 7/25/2022 | 165 | 5/9/2022 | $81,078.00 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:8/4/2022 | $75,936.96 | 8/4/2022 | 158 | 6/27/2022 | $8,610.21 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:6/27/2022 | $18,364.92 | 6/27/2022 | 354 | 6/15/2022 | $2,317.62 |

**Totals:**   3 transfer(s),   $275,813.24