

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Axle Logistics, LLC** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794856 | 8/1/2022 | $2,400.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794602 | 8/9/2022 | $1,750.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794601 | 8/9/2022 | $1,750.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794600 | 8/5/2022 | $1,750.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794599 | 8/8/2022 | $1,750.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 794598 | 8/4/2022 | $1,750.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 789844 | 8/8/2022 | $3,900.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 789842 | 8/8/2022 | $3,900.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 789840 | 8/5/2022 | $3,900.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 789839 | 8/9/2022 | $3,900.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 789837 | 8/5/2022 | $3,900.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $32,550.00 | 9/12/2022 | 773873 | 7/20/2022 | $1,900.00 |

**Totals:** 1 transfer(s), $32,550.00