

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　New York, NY 10165
651-406-9665　　　212-267-7342

| Defendant: | **Bitmaintech Pte. Ltd. dba Bitmain** |
|---|---|
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:7/7/2022 | $1,001,116.00 | 7/7/2022 | 420220705002 | 7/5/2022 | $238,981.00 |
| Compute North LLC | Compute North LLC | EFT:7/7/2022 | $1,001,116.00 | 7/7/2022 | 420220705001 | 7/5/2022 | $57,935.00 |
| Compute North LLC | Compute North LLC | EFT:7/7/2022 | $1,001,116.00 | 7/7/2022 | 420220609005 | 6/23/2022 | $704,200.00 |
| Compute North LLC | Compute North LLC | EFT:7/18/2022 | $25,379.89 | 7/18/2022 | Adjusted Bitmain Invoice 07/14/2022 | 7/14/2022 | $25,379.89 |
| Compute North LLC | Compute North LLC | EFT:7/1/2022 | $61,631.63 | 7/1/2022 | 420220617002 | 6/21/2022 | $61,631.63 |
| **Totals:** | | **3 transfer(s),** | **$1,088,127.52** | | | | |