

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

|  |  |
|---|---|
| Defendant: | **C.H. Robinson Company Inc.** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022_3 | $2,640.94 | 7/25/2022 | 6160772461 | 6/9/2022 | $850.00 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159045569 | 5/12/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159119714 | 5/12/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159237788 | 5/12/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159285577 | 5/12/2022 | $5,220.38 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159365538 | 5/12/2022 | $5,220.38 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159413227 | 5/12/2022 | $6,659.07 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159519165 | 5/19/2022 | $5,220.38 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6161395546 | 6/16/2022 | $553.66 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022_3 | $2,640.94 | 7/25/2022 | 6159901045 | 5/26/2022 | $550.00 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6158862635 | 5/5/2022 | $2,447.93 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022_3 | $2,640.94 | 7/25/2022 | 6160782521 | 6/9/2022 | $850.00 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022_3 | $2,640.94 | 7/25/2022 | 6161486024 | 6/16/2022 | $390.94 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6159655598 | 5/19/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6159720821 | 5/19/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6159884779 | 5/26/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6160076158 | 5/26/2022 | $2,499.00 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6157073656 | 4/7/2022 | $5,947.93 |
| Compute North SD, LLC | Compute North SD, LLC | EFT:7/25/2022_2 | $270.47 | 7/25/2022 | 6161374016 | 6/16/2022 | $270.47 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158404805 | 4/16/2022 | $5,947.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6157151848 | 4/7/2022 | $5,947.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6157624069 | 4/14/2022 | $5,947.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6157729054 | 4/21/2022 | $5,947.93 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6157980260 | 4/21/2022 | $5,947.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158009092 | 4/19/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158087114 | 4/21/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158099608 | 4/21/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6159003743 | 5/12/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158359727 | 4/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6158940536 | 5/5/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158404821 | 4/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158429551 | 4/26/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158521716 | 4/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6157841971 | 4/21/2022 | $5,947.93 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6158336801 | 4/28/2022 | $3,240.00 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6158704990 | 5/5/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $55,358.42 | 7/25/2022 | 6158807323 | 5/5/2022 | $3,159.07 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6161560372 | 6/23/2022 | $6,555.00 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $55,271.02 | 6/27/2022 | 6158238952 | 4/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165750982 | 8/29/2022 | $2,063.64 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165446777 | 8/22/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165486242 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165488266 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165539580 | 8/25/2022 | $1,375.63 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165573289 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165592040 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165645614 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6160956700 | 6/9/2022 | $6,555.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165706688 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165271034 | 8/18/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165750983 | 8/29/2022 | $65.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165760704 | 8/29/2022 | $250.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165968632 | 9/1/2022 | $1,551.97 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6166006927 | 9/1/2022 | $1,551.97 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6166045759 | 9/1/2022 | $1,551.97 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6166083538 | 9/1/2022 | $1,551.97 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6166121248 | 9/1/2022 | $1,551.97 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165658761 | 8/25/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $8,818.42 | 9/12/2022 | 6164349503 | 8/4/2022 | $1,799.99 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6161681379 | 6/23/2022 | $6,555.00 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6162782912 | 7/13/2022 | $2,352.00 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6163675088 | 7/25/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6163741549 | 7/25/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6163792116 | 7/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:8/26/2022 | $44,338.59 | 8/26/2022 | 6163893397 | 7/28/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $8,818.42 | 9/12/2022 | 6163943824 | 7/28/2022 | $970.52 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165414503 | 8/24/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $8,818.42 | 9/12/2022 | 6164329062 | 8/4/2022 | $1,799.99 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165316673 | 8/22/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $8,818.42 | 9/12/2022 | 6164486342 | 8/8/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6162709624 | 8/29/2022 | $2,447.93 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6164910119 | 8/15/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6164976038 | 8/15/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165017850 | 8/15/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165102187 | 8/18/2022 | $2,128.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022_1 | $48,010.41 | 9/21/2022 | 6165185103 | 8/18/2022 | $2,128.00 |
| CN Developments LLC | CN Developments LLC | EFT:9/21/2022_2 | $1,812.37 | 9/21/2022 | 6162201327 | 8/29/2022 | $1,812.37 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $8,818.42 | 9/12/2022 | 6164268189 | 8/4/2022 | $1,799.99 |

**Totals:** 8 transfer(s), $216,520.64