

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Echo Search Group LIMITED LIABILITY COMPANY**

Bankruptcy Case: **Mining Project Wind Down Holdings, Inc.**

Preference Period: **Jun 24, 2022 - Sep 22, 2022**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $26,000.00 | 6/27/2022 | 2491 | 3/11/2022 | $26,000.00 |

**Totals:** **1 transfer(s),** **$26,000.00**

Echo Search Group LIMITED LIABILITY COMPANY (2276069)
Bankruptcy Case: Mining Project Wind Down Holdings, Inc.

Apr 15, 2024                                   Exhibit A                                   P. 1