

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

**Defendant:** **Group For Horizon Entertainment, Inc. dba Ranger Guard & Investigations**
**Bankruptcy Case:** **Mining Project Wind Down Holdings, Inc.**
**Preference Period:** **Jun 24, 2022 - Sep 22, 2022**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | Wire:7/25/2022 | $9,192.77 | 7/25/2022 | 24411 -revised | 7/22/2022 | $9,192.77 |
| Compute North LLC | Compute North LLC | wire 9.2.22_2 | $6,441.63 | 9/7/2022 | 24772 | 8/26/2022 | $6,441.63 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | wire 9.2.22_1 | $9,190.37 | 9/7/2022 | 24761 | 8/26/2022 | $9,190.37 |
| Compute North LLC | Compute North LLC | Wire 9.16.22_2 | $13,060.58 | 9/16/2022 | 24950 | 9/9/2022 | $6,685.25 |
| Compute North LLC | Compute North LLC | Wire 9.16.22_2 | $13,060.58 | 9/16/2022 | 24866 | 9/2/2022 | $6,375.33 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | Wire 9.16.22_1 | $18,741.62 | 9/16/2022 | 24923 | 9/9/2022 | $9,549.33 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | Wire 9.16.22_1 | $18,741.62 | 9/16/2022 | 24849 | 9/2/2022 | $9,192.29 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $6,728.44 | 8/26/2022 | 24707 | 8/19/2022 | $6,728.44 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | Wire 8.19.22_2 | $18,385.54 | 8/19/2022 | 24630 | 8/12/2022 | $9,192.77 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | Wire 8.19.22_2 | $18,385.54 | 8/19/2022 | 24562 | 8/5/2022 | $9,192.77 |
| Compute North LLC | Compute North LLC | Wire 8.19.22_1 | $13,105.29 | 8/22/2022 | 24631 | 8/12/2022 | $6,365.10 |
| Compute North LLC | Compute North LLC | Wire 8.19.22_1 | $13,105.29 | 8/22/2022 | 24581 | 8/5/2022 | $6,740.19 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:8/3/2022_1 | $9,192.77 | 8/3/2022 | 24410 | 7/22/2022 | $9,192.77 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $3,614.85 | 8/15/2022 | 24525 | 7/29/2022 | $3,614.85 |

**Totals:** 10 transfer(s), $107,653.86