

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **hello temp, Inc.** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:8/22/2022 | $4,851.92 | 8/22/2022 | 1308 | 8/10/2022 | $3,858.32 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $7,867.15 | 6/27/2022 | 1223 | 5/24/2022 | $2,595.55 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1275 | 7/12/2022 | $2,484.00 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1274 | 7/12/2022 | $1,122.40 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1269 | 7/5/2022 | $662.40 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1268 | 7/5/2022 | $3,532.80 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1267 | 7/5/2022 | $3,647.86 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1262 | 6/28/2022 | $579.60 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1261 | 6/28/2022 | $3,532.80 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1282 | 7/19/2022 | $3,437.39 |
| Compute North LLC | Compute North LLC | EFT:8/22/2022 | $4,851.92 | 8/22/2022 | 1309 | 8/10/2022 | $993.60 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1283 | 7/19/2022 | $3,422.40 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1303 | 8/2/2022 | $82.80 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1302 | 8/2/2022 | $1,987.20 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1301 | 8/2/2022 | $3,016.46 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1292 | 7/26/2022 | $41.40 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1291 | 7/26/2022 | $3,647.84 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $12,363.70 | 8/15/2022 | 1290 | 7/26/2022 | $3,588.00 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $7,867.15 | 6/27/2022 | 1225 | 5/24/2022 | $1,573.20 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $7,867.15 | 6/27/2022 | 1224 | 5/24/2022 | $3,698.40 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1260 | 6/28/2022 | $3,121.69 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1230 | 6/1/2022 | $631.35 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1254 | 6/21/2022 | $4,140.00 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1253 | 6/21/2022 | $2,174.65 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1247 | 6/14/2022 | $1,366.20 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1246 | 6/14/2022 | $3,864.00 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1245 | 6/14/2022 | $3,858.30 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1239 | 6/7/2022 | $455.40 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1238 | 6/7/2022 | $3,201.60 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1237 | 6/7/2022 | $5,120.98 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1276 | 7/12/2022 | $703.80 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1232 | 6/1/2022 | $3,643.20 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1255 | 6/21/2022 | $1,407.60 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $210.45 | 9/21/2022 | 1336 | 9/14/2022 | $210.45 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $4,209.00 | 9/16/2022 | 1334 | 9/7/2022 | $4,209.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $11,273.45 | 9/12/2022 | 1322 | 8/24/2022 | $2,925.60 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $11,273.45 | 9/12/2022 | 1321 | 8/24/2022 | $4,629.90 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $11,273.45 | 9/12/2022 | 1316 | 8/16/2022 | $20.70 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $11,273.45 | 9/12/2022 | 1315 | 8/16/2022 | $2,925.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $11,273.45 | 9/12/2022 | 1314 | 8/16/2022 | $771.65 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $26,371.34 | 8/4/2022 | 1284 | 7/19/2022 | $124.20 |
| Compute North LLC | Compute North LLC | Wire:7/15/2022 | $30,567.08 | 7/15/2022 | 1233 | 6/1/2022 | $703.80 |

**Totals:** 8 transfer(s), $97,714.09