

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Koch Filter Corporation** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | wire 9.22.22_2 | $1,121.24 | 9/22/2022 | C1-0000364477 | 8/22/2022 | $1,121.24 |
| Compute North LLC | Compute North LLC | wire 9.22.22_1 | $20,824.30 | 9/22/2022 | C1-0000363780 | 8/17/2022 | $7,807.00 |
| Compute North LLC | Compute North LLC | wire 9.22.22_1 | $20,824.30 | 9/22/2022 | C1-0000358413 | 7/20/2022 | $13,017.30 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:9/12/2022 | $6,042.30 | 9/12/2022 | Cl-0000354866 | 7/5/2022 | $6,042.30 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $1,523.11 | 8/15/2022 | C1-0000355654 | 7/8/2022 | $1,523.11 |
| Compute North SD, LLC | Compute North SD, LLC | EFT:7/25/2022_2 | $2,104.56 | 7/25/2022 | Cl-0000351372 | 6/16/2022 | $2,104.56 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $13,192.81 | 7/25/2022 | Cl-0000347116 | 5/24/2022 | $12,745.95 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022_1 | $13,192.81 | 7/25/2022 | Cl-0000347074 | 5/24/2022 | $446.86 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/18/2022 | $6,354.28 | 7/18/2022 | Cl-0000349240 | 6/6/2022 | $6,354.28 |
| **Totals:** | | **7 transfer(s),** | **$51,162.60** | | | | |