

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Maxim Crane Works of Pennsylvania, Limited Partnership aka Maxim Crane Works, L.P.** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099806 | 7/29/2022 | $2,317.96 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099767 | 7/19/2022 | $7,487.01 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099754 | 7/19/2022 | $6,795.30 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099727 | 7/18/2022 | $12,762.99 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099712 | 6/30/2022 | $11,311.33 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099686 | 7/1/2022 | $8,524.00 |
| CN Developments LLC | CN Developments LLC | wire 8.26.22 | $57,370.67 | 8/26/2022 | 63099657 | 7/1/2022 | $8,172.08 |
| **Totals:** | | **1 transfer(s),** | **$57,370.67** | | | | |