

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

|  |  |
|---|---|
| Defendant: | **MVP Logistics, LLC** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV23988 | 6/29/2022 | $7,632.50 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $34,301.42 | 8/4/2022 | INV23913 | 6/15/2022 | $11,289.04 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $34,301.42 | 8/4/2022 | INV23876 | 6/14/2022 | $15,388.75 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV24053 | 7/8/2022 | $13,142.75 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV24052 | 7/8/2022 | $11,143.00 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV24051 | 7/8/2022 | $11,027.50 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $15,743.75 | 6/27/2022 | INV23695 | 5/17/2022 | $4,375.00 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV24025 | 7/5/2022 | $11,870.43 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24076 | 7/13/2022 | $16,105.00 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022 | $46,860.51 | 7/25/2022 | INV23875 | 6/8/2022 | $6,600.96 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022 | $46,860.51 | 7/25/2022 | INV23769 | 5/31/2022 | $11,961.75 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022 | $46,860.51 | 7/25/2022 | INV23768 | 5/31/2022 | $11,235.61 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022 | $46,860.51 | 7/25/2022 | INV23725 | 5/25/2022 | $11,368.75 |
| Compute North LLC | Compute North LLC | EFT:7/25/2022 | $46,860.51 | 7/25/2022 | INV23724 | 5/25/2022 | $5,693.44 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $15,743.75 | 6/27/2022 | INV23696 | 5/17/2022 | $11,368.75 |
| Compute North LLC | Compute North LLC | EFT:8/15/2022 | $70,049.43 | 8/15/2022 | INV24050 | 7/8/2022 | $15,233.25 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000044187 | 8/3/2022 | $2,243.00 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | INV24378 | 8/9/2022 | $23,821.58 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | INV24345 | 7/31/2022 | $7,722.00 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | INV24341 | 7/31/2022 | $21,032.01 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000045423 | 8/10/2022 | $2,243.00 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000045190 | 8/9/2022 | $2,243.00 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000045030 | 8/8/2022 | $2,243.00 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $34,301.42 | 8/4/2022 | INV23951 | 6/21/2022 | $7,623.63 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000045028 | 8/8/2022 | $2,243.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | 780000040857 | 7/18/2022 | $1,650.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24234 | 7/27/2022 | $9,375.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24230 | 7/27/2022 | $21,518.52 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24160 | 7/19/2022 | $13,640.25 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24153 | 7/19/2022 | $6,393.50 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $80,715.02 | 9/12/2022 | INV24077 | 7/13/2022 | $12,032.75 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | INV24379 | 8/9/2022 | $8,904.90 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $74,938.49 | 9/16/2022 | 780000045029 | 8/8/2022 | $2,243.00 |

Totals:   6 transfer(s),   $322,608.62