

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | | |
|---|---|---|
| Defendant: | **OverWatch Enterprises, LLC** | |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** | |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | wire 9.16.22_1 | $24,172.23 | 9/16/2022 | 2022-353 | 5/31/2022 | $24,172.23 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $36,984.65 | 6/27/2022 | 2022-263 | 4/15/2022 | $11,366.25 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $36,984.65 | 6/27/2022 | 2022-329 | 5/15/2022 | $16,941.13 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:7/25/2022 | $38,455.81 | 7/25/2022 | 2022-398 | 6/15/2022 | $38,455.81 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:8/22/2022 | $3,788.75 | 8/22/2022 | 2022-566 | 8/5/2022 | $3,788.75 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022_1 | $17,731.35 | 8/4/2022 | 2022-263 Revised | 4/30/2022 | $17,731.35 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022_1 | $18,597.35 | 9/12/2022 | 2022-405 | 6/15/2022 | $18,597.35 |
| Compute North Texas LLC | Compute North Texas LLC; and CN Big Spring LLC | EFT:9/12/2022_2 | $32,393.81 | 9/12/2022 | 2022-463 | 6/30/2022 | $32,393.81 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $74,829.09 | 9/21/2022 | 13 | 6/10/2022 | $20,223.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $74,829.09 | 9/21/2022 | 14 | 6/10/2022 | $23,219.00 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022_1 | $36,984.65 | 6/27/2022 | 12 | 6/8/2022 | $8,677.27 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $74,829.09 | 9/21/2022 | 2022-520 | 7/15/2022 | $12,253.90 |
| Compute North LLC | Compute North LLC; and Compute North SD, LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 23 | 6/10/2022 | $28,941.88 |
| Compute North LLC | Compute North LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 15 | 6/10/2022 | $81,063.11 |
| Compute North LLC | Compute North LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 16 | 6/10/2022 | $87,329.13 |
| Compute North LLC | Compute North LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 17 | 6/10/2022 | $25,410.00 |
| Compute North LLC | Compute North LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 18 | 6/10/2022 | $25,740.00 |
| Compute North LLC | Compute North LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 19 | 6/10/2022 | $26,400.00 |
| Compute North LLC | Compute North LLC; and Compute North SD, LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 20 | 6/10/2022 | $13,894.80 |
| Compute North LLC | Compute North LLC; and CN Big Spring LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 2022-351 | 6/1/2022 | $27,625.40 |
| Compute North LLC | Compute North LLC; and Compute North SD, LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 21 | 6/10/2022 | $21,384.48 |
| Compute North LLC | Compute North LLC; and Compute North SD, LLC | Wire:7/13/2022 | $362,407.65 | 7/13/2022 | 22 | 6/10/2022 | $24,618.85 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $74,829.09 | 9/21/2022 | 2022-466 | 6/30/2022 | $19,133.19 |

Totals:  9 transfer(s),  $609,360.69

OverWatch Enterprises, LLC (2276199)
Bankruptcy Case: Mining Project Wind Down Holdings, Inc.
Apr 15, 2024                                           Exhibit A                                           P. 1