

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **OverWatch Surveillance, LLC**
Bankruptcy Case: **Mining Project Wind Down Holdings, Inc.**
Preference Period: **Jun 24, 2022 - Sep 22, 2022**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 46 | 7/15/2022 | $11,220.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 43 | 7/14/2022 | $10,418.27 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 39 | 6/30/2022 | $13,200.00 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 38 | 6/27/2022 | $9,754.67 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 37 | 6/27/2022 | $5,564.81 |
| Compute North LLC | Compute North LLC | EFT:9/21/2022 | $50,716.88 | 9/21/2022 | 12-R1 | 7/7/2022 | $559.13 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $24,229.00 | 9/12/2022 | 31 | 6/15/2022 | $12,019.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $24,229.00 | 9/12/2022 | 30 | 6/15/2022 | $12,210.00 |
| Compute North SD, LLC | Compute North SD, LLC | EFT:8/4/2022 | $13,773.15 | 8/4/2022 | 32 | 6/15/2022 | $13,773.15 |
| Compute North SD, LLC | Compute North SD, LLC | EFT:7/25/2022 | $13,773.15 | 7/25/2022 | 41 | 6/30/2022 | $13,773.15 |

Totals:   4 transfer(s),   $102,492.18