

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Prosek LLC** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | EFT:9/7/2022 | $63,017.50 | 9/7/2022 | P001465 | 8/19/2022 | $20,737.50 |
| Compute North LLC | Compute North LLC | EFT:9/7/2022 | $63,017.50 | 9/7/2022 | P000854 | 7/12/2022 | $21,542.50 |
| Compute North LLC | Compute North LLC | EFT:9/7/2022 | $63,017.50 | 9/7/2022 | P000465 | 6/15/2022 | $20,737.50 |

Totals:    1 transfer(s),    $63,017.50