

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Roth Staffing Companies, L.P.** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14204771 | 7/1/2022 | $1,680.00 |
| Compute North LLC | Compute North LLC | EFT:7/5/2022 | $1,155.00 | 7/5/2022 | 14188206 | 5/27/2022 | $1,155.00 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $7,354.38 | 8/4/2022 | 14191394 | 6/3/2022 | $1,434.13 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $7,354.38 | 8/4/2022 | 14197169 | 6/10/2022 | $308.00 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $7,354.38 | 8/4/2022 | 14198164 | 6/17/2022 | $2,700.25 |
| Compute North LLC | Compute North LLC | EFT:8/4/2022 | $7,354.38 | 8/4/2022 | 14201465 | 6/24/2022 | $2,912.00 |
| Compute North LLC | Compute North LLC | EFT:9/12/2022 | $1,344.00 | 9/12/2022 | 14211389 | 7/15/2022 | $1,344.00 |
| Compute North LLC | Compute North LLC | EFT:6/27/2022 | $1,540.00 | 6/27/2022 | 14185062 | 5/20/2022 | $1,540.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14194670 | 6/10/2022 | $924.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14227956 | 8/19/2022 | $1,596.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14208082 | 7/8/2022 | $1,680.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14213913 | 7/15/2022 | $336.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14214917 | 7/22/2022 | $1,659.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14218192 | 7/29/2022 | $1,491.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14221453 | 8/5/2022 | $1,680.00 |
| Compute North LLC | Compute North LLC | wire 8.26.22 | $12,432.00 | 8/26/2022 | 14224718 | 8/12/2022 | $1,386.00 |
| Compute North LLC | Compute North LLC | EFT:9/16/2022 | $1,046.22 | 9/16/2022 | 14231203 | 8/26/2022 | $1,046.22 |

| | | | |
|---|---|---|---|
| **Totals:** | **6 transfer(s),** | **$24,871.60** | |