

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Sirius Computer Solutions, LLC fdba Sirius Computer Solutions Inc.**
Bankruptcy Case: **Mining Project Wind Down Holdings, Inc.**
Preference Period: **Jun 24, 2022 - Sep 22, 2022**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| CN Developments LLC | CN Developments LLC | EFT:8/4/2022 | $57,642.07 | 8/4/2022 | INV-000893971 | 6/5/2022 | $57,642.07 |
| **Totals:** | | 1 transfer(s), | $57,642.07 | | | | |