

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Valdes Engineering Company** |
| Bankruptcy Case: | **Mining Project Wind Down Holdings, Inc.** |
| Preference Period: | **Jun 24, 2022 - Sep 22, 2022** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| CN Developments LLC | CN Developments LLC | EFT:9/21/2022 | $6,615.00 | 9/21/2022 | 47003 | 7/15/2022 | $2,940.00 |
| CN Developments LLC | CN Developments LLC | EFT:9/21/2022 | $6,615.00 | 9/21/2022 | 47002 | 7/15/2022 | $3,675.00 |
| CN Developments LLC | CN Developments LLC | EFT:8/8/2022_2 | $29,073.00 | 8/8/2022 | 46884 | 7/1/2022 | $13,744.50 |
| CN Developments LLC | CN Developments LLC | EFT:8/8/2022_2 | $29,073.00 | 8/8/2022 | 46883 | 7/1/2022 | $13,965.00 |
| CN Developments LLC | CN Developments LLC | EFT:8/8/2022_2 | $29,073.00 | 8/8/2022 | 46882 | 7/1/2022 | $1,363.50 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46809 | 6/10/2022 | $9,408.00 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46808 | 6/10/2022 | $10,657.50 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46673 | 5/27/2022 | $11,760.00 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46672 | 5/27/2022 | $11,760.00 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46670 | 5/27/2022 | $870.50 |
| CN Developments LLC | CN Developments LLC | EFT:7/25/2022 | $44,800.00 | 7/25/2022 | 46669 | 5/27/2022 | $344.00 |
| **Totals:** | | **3 transfer(s),** | **$80,488.00** | | | | |

Valdes Engineering Company (2276072)  
Bankruptcy Case: Mining Project Wind Down Holdings, Inc.  
Apr 15, 2024

Exhibit A

P. 1