

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

**Defendant:** **Zeus Mining (Hong Kong) International Co., Ltd dba Zeus BTC; and Chongqing Yuanji Tech**  
**Bankruptcy Case:** **Mining Project Wind Down Holdings, Inc.**  
**Preference Period:** **Jun 24, 2022 - Sep 22, 2022**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Compute North LLC | Compute North LLC | wire 8.25.22 | $3,970.00 | 8/25/2022 | Zeus BTC S19fans | 8/19/2022 | $3,970.00 |
| Compute North LLC | Compute North LLC | Wire 8.19.22 | $29,213.00 | 8/19/2022 | YJKJJXS2022072616YR | 8/1/2022 | $29,213.00 |

**Totals:** **2 transfer(s),** **$33,183.00**

Zeus Mining (Hong Kong) International Co., Ltd dba Zeus BTC; and Chongqing Yuanji Technology Co., Ltd. (2276137)  
Bankruptcy Case: Mining Project Wind Down Holdings, Inc.  
Apr 15, 2024

Exhibit A

P. 1