IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 1270** |

### NOTICE OF HEARING ON PLAN ADMINISTRATOR'S AMENDED OBJECTION TO CLAIM NO. 14 OF BOBS LIMITED

**PLEASE TAKE NOTICE** that the *Plan Administrator's Amended Objection to Claim No. 14 of Bobs Limited* (the "**Amended Objection to Claim**") [Docket No. 1270] in the above-captioned Chapter 11 case has been set for hearing (the "**Hearing**") on **Tuesday, August 20, 2024 at 1:30 p.m. (Central Time)** before the Honorable Marvin Isgur, Bankruptcy Judge.

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [Docket No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

**PLEASE TAKE FURTHER NOTICE** that the Hearing is a continuation of the evidentiary hearing that was held on September 11, 2023 (the "**Initial Hearing**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or electronically by an audio or visual connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility by calling 832-917-1510 and entering the conference code (954554).  Video communication will be by use of the GoToMeeting platform.  You may connect via the free GoToMeeting application or by clicking the link (https://gotomeet.me/JudgeIsgur) on Judge Isgur's homepage on the Southern District of Texas website.  The meeting code is "JudgeIsgur."  Click the settings icon in the upper-righthand corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur) on Judge Isgur's homepage.  Then, select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated:  June 18, 2024

                                            Respectfully submitted,

                                            */s/ Charles R. Gibbs*
                                            Charles R. Gibbs
                                            Texas State Bar No. 7846300
                                            **MCDERMOTT WILL & EMERY LLP**
                                            2501 North Harwood Street, Suite 1900
                                            Dallas, TX 75201-1664

---

[2] *See* Courtroom Minutes at Docket No. 1264.

Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

*- and –*

Kara E. Casteel (admitted *pro hac vice*)
Jennifer A. Christian (admitted *pro hac vice*)
Nicholas C. Brown (admitted *pro hac vice*)
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
E-mail: kcasteel@askllp.com
jchristian@askllp.com
nbrown@askllp.com

*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator*

## **CERTIFICATE OF SERVICE**

I certify that on June 18, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas (the "ECF System"), upon all registered users of the ECF System who have appeared in the above-referenced case, including counsel for Bobs Limited, Steven Leyh, Hoover Slovacek LLP, at leyh@hooverslovacek.com.

*/s/ Charles R. Gibbs*
Charles R. Gibbs