# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | § § § | Case No. 22-90273 (MI) |
| | § | (Jointly Administered) |
| Reorganized Debtors. | § § | |
| | § | |
| TRIBOLET ADVISORS LLC, in its capacity as Plan Administrator and Trustee for the Mining Project Wind Down Holdings, Inc. Litigation Trust, | § § § § § | Adv. Pro. No. 23-03210 |
| Plaintiff, | § § | |
| v. | § § | |
| CORPUS CHRISTI ENERGY PARK, LLC and BOOTSTRAP ENERGY, LLC, | § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR CONTINUANCE AND FOR
## ENTRY OF AGREED AMENDED SCHEDULING ORDER

Plaintiff Tribolet Advisors LLC, in its capacity as Plan Administrator and Trustee for the Mining Project Wind Down Holding, Inc. Litigation Trust and Defendants Corpus Christi Energy Park, LLC and Bootstrap Energy, LLC, file this Joint Motion for Continuance and Entry of Agreed Amended Scheduling Order and respectfully show the Court as follows:

1. Plaintiff Tribolet Advisors LLC filed this case on September 19, 2023.

2. Defendants Corpus Christi Energy Park, LLC, and Bootstrap Energy, LLC filed their Motion to Dismiss and Original Answer on October 23, 2023.

3. On April 8, 2024, the Court entered its Order on the Motion to Dismiss. On April 22, 2024, Defendants filed their First Amended Answer and Counterclaim with the Court.

4. The Court entered an Agreed Scheduling Order on May 21, 2024, setting this case for trial on February 5, 2025.

5. Following the resolution of the Motion to Dismiss, the parties conducted but have not completed discovery.

6. The parties therefore request a limited continuance of the February 5, 2025, trial date to May 19, 2025 and continuing through May 21, 2025, and a corresponding reset of all pretrial deadlines and settings via entry of the attached Agreed Amended Discovery Plan & Scheduling Order.

7. This continuance is not sought to delay the trial but to ensure the parties may complete discovery and prepare for trial.

WHEREFORE, Plaintiff Tribolet Advisors LLC, and Defendants Corpus Christi Energy Park, LLC and Bootstrap Energy, LLC jointly request that the Court continue the trial setting, set the case for trial on May 19, 2025, and enter the attached Agreed Amended Discovery Plan & Scheduling Order.

Dated: October 21, 2024                                                            Respectfully submitted by:

*/s/ Debbie E. Green - signed with permission*  
Charles R. Gibbs (TX Bar No. 7846300)  
Debbie E. Green (TX Bar No. 24059852)  
**MCDERMOTT WILL & EMERY LLP**  
2501 North Harwood Street, Suite 1900  
Dallas, Texas 75201-1664  
Telephone: (214) 295-8000  
Facsimile: (972) 232-3098  
crgibbs@mwe.com  
dgreen@mwe.com  

*- and –*

Kristin K. Going (admitted *pro hac vice*)  
Darren Azman (admitted *pro hac vice*)  
Stacy A. Lutkus (admitted *pro hac vice*)  
Natalie Rowles (admitted *pro hac vice*)  
One Vanderbilt Avenue  
New York, New York 10017-5404  
Telephone: (212) 547-5400  
Facsimile: (212) 547-5444  
kgoing@mwe.com  
dazman@mwe.com  
salutkus@mwe.com  

**Counsel to the Plaintiff**

*/s/ Mark A. Castillo*  
Mark A. Castillo  
  Texas State Bar No. 24027795  
Robert C. Rowe  
  Texas State Bar No. 24086253  
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**  
901 Main St., Suite 5500  
Dallas, TX 75202  
Telephone: 214-855-3000  
Facsimile: 214-580-2641  
Email: markcastillo@ccsb.com  
rrowe@ccsb.com  

**Counsel for Defendants**