Compute North Invoices

| | Invoice Date | Amount | |
|---|---|---|---|
| Lockridge Grindal Nauen | 6/30/2024 | $ 5,830.80 | |
| Lockridge Grindal Nauen | 7/31/2024 | $ 4,401.50 | |
| King & Spalding | 8/8/2024 | $ 12,978.00 | |
| Harvey Personal Expenses | 8/14/2014 | $ 806.96 | |
| Stinson | 8/20/2024 | $ 71,936.00 | |
| Kilpatrick Townsend | 8/22/2024 | $ 16,904.50 | * |
| Kilpatrick Townsend | 8/23/2024 | $ 125,594.00 | |
| Faegre | 8/30/2024 | $ 147,313.48 | |
| Bradford Andresen | 9/9/2024 | $ 2,775.00 | |
| Stinson | 9/13/2024 | $ 54,895.98 | |
| Faegre | 9/16/2024 | $ 37,807.50 | |
| Kilpatrick Townsend | 9/17/2024 | $ 65,348.00 | |
| Kilpatrick Townsend | 9/17/2024 | $ 21,739.00 | |
| King & Spalding | 9/19/2024 | $ 895.50 | |
| Bradford Andresen | 10/7/2024 | $ 1,440.00 | |
| Faegre | 10/8/2024 | $ 62,667.08 | |
| King & Spalding | 10/10/2024 | $69,847.20 | |
| Stinson | 10/10/2024 | $ 178,395.00 | |
| Dave Movius Expenses | 10/16/2024 | $ 1,686.96 | |
| Kilpatrick Townsend | 10/16/2024 | $ 70,700.00 | |
| Kilpatrick Townsend | 10/16/2024 | $ 11,619.56 | |
| Cozen O'Connor | 10/22/2024 | $13,540.50 | |
| Dave Movius Expenses | 11/1/2024 | $797.96 | |
| Stinson | 11/4/2024 | $91,970.01 | |
| Faegre | 11/5/2024 | $24,785.78 | |
| Bradford Andresen | 11/7/2024 | $5,220.00 | |
| King & Spalding | 11/12/2024 | $48,204.45 | |
| Stinson | 11/19/2024 | $10,486.45 | |
| Kilpatrick Townsend | 11/26/2024 | $111,983.61 | |
| Kilpatrick Townsend | 11/26/2024 | $37,970.69 | |
| Bradford Andresen | 12/2/2024 | $1,800.00 | |
| Faegre | 12/4/2024 | $35,078.00 | |
| | Total | $ 1,347,419.47 | |

EXHIBIT A