# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90273 |
| MINING PROJECT WIND DOWN | § | |
| HOLDINGS INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER TO SUPPLEMENT

The Court has reviewed the Motion to Stay Distribution of Funds to Touzi Capital LLC that was filed by Vince Faridani. Mr. Faridani is ordered to supplement that motion by:

1. Serving Touzi Capital LLC with a copy of the motion, and filing a certificate of service with the Court reflecting service on Touzi;

2. Filing a brief indicating how the requested relief is authorized to be granted on a prejudgment basis by a federal court. *Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.,* 527 U.S. 308, 331 (1999);

3. Filing a brief setting forth why the appropriate court to issue any such relief is a court in the Southern District of Texas when the complaint seeking a judgment is filed in the Northern District of Illinois.

Mr. Faridani is ordered to file each of the three documents within 14 days of entry of this Order.

The Court's Case Manager should serve a copy of this order on Mr. Faridani by email at Vfaridani@hotmail.com and file a certificate of service.

SIGNED 12/09/2024

_____
Marvin Isgur
United States Bankruptcy Judge