United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90273 |
| MINING PROJECT WIND DOWN § | |
| HOLDINGS INC., *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

### ORDER TO SUPPLEMENT

The Court has reviewed the Motion to Stay Distribution of Funds to Touzi Capital LLC that was filed by Vince Faridani. Mr. Faridani is ordered to supplement that motion by:

1. Serving Touzi Capital LLC with a copy of the motion, and filing a certificate of service with the Court reflecting service on Touzi;

2. Filing a brief indicating how the requested relief is authorized to be granted on a prejudgment basis by a federal court. *Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.,* 527 U.S. 308, 331 (1999);

3. Filing a brief setting forth why the appropriate court to issue any such relief is a court in the Southern District of Texas when the complaint seeking a judgment is filed in the Northern District of Illinois.

Mr. Faridani is ordered to file each of the three documents within 14 days of entry of this Order.

The Court's Case Manager should serve a copy of this order on Mr. Faridani by email at Vfaridani@hotmail.com and file a certificate of service.

SIGNED 12/09/2024

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90273-mi |
| Mining Project Wind Down Holdings Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdf002 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mining Project Wind Down Atoka LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down BS LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Colorado Bend LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Corpus Christi LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Developments LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Equipment LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Holdings Inc., 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down King Mountain LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down MDN LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Member LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Mining LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NC08 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down NY09 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Pledgor LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down STHDAK LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX06 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down TX10 LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Mining Project Wind Down Texas LLC, 300 North LaSalle, Suite 1420, Chicago, IL 60654-3413 |
| db | + | Tribolet Advisors LLC, solely in its capacity as P, PO Box 4421, Beaverton, OR 97076-0421 |
| aty | + | Alexander P. Cohen, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Gary Holtzer, Weil Gotshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| cr | + | ASM Capital X LLC, 100 Jericho Quadrangle, Suite 230, Jericho, NY 11753-2710 |
| cr | + | Atlas Technology Group LLC, c/o John Cornwell, Munsch Hardt, 700 Milam Suite 800, Houston, TX 77002-2835 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1343 |
| cr | + | Corpus Christi Energy Park, LLC, c/o Mark A. Castillo, 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| intp | | DeWitt LLP, 901 Marquette Avenue, 2100 AT&T Tower, Minneapolis, MN 55402 |
| cr | + | Decimal Digital Currency I, LLC, c/o Pryor Cashman LLP, Matthew W. Silverman, 7 Time Square, 40th Floor, New York, NY 10036-6570 |
| cr | + | GEM Mining 1, LLC, c/o A.J. Webb, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Horizon Entertainment Inc, 4660 Beechnut, Suite 200, Houston, Tx 77096, UNITED STATES 77096-1805 |
| intp | + | Jackson Walker LLP, c/o Kristhy M. Peguero, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| intp | + | KONZA MINING FUND I, LP, Galloway, Johnson, Tompkins, Burr & Smit, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010 UNITED STATES 77010-3064 |
| intp | + | Mayer LLP, Houston, 2900 North Loop West, Suite 500, Houston, TX 77092-8826 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Miller & Associates Consulting Engineers, 1111 Central Ave, PO Box 306, PO Box 306, Kearney, NE 68848 UNITED STATES 68848-0306 |
| cr | + | Nelu Mihai, 201 Harrison St. #210, San Francisco, CA 94105-2032 |
| cr | | Power Asset Recovery Corporation, c/o KJK, Attention: John P. Archer, 1375 East Ninth Street, One Cleveland Center, 29th Floor |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdf002 | Total Noticed: 49 |

| | | |
|---|---|---|
| | | Cleveland, OH 44114 |
| intp | #+ | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Patricia B. Tomasco, Quinn Emanuel Urquhart & Sullivan LLP, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | RK Mission Critical LLC, 17450 E. 32nd Place, Aurora, CO 80011-3330 |
| cr | | Reviva, Inc., 5120 Main Street NE, Minneapolis, MN 55421 |
| cr | + | Sphere 3D, c/o Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | TeslaWatt, 1231 Service Drive, Unite B, Gardnerville, NV 89410-5773 |
| cr | + | U.S. Data Group (d/b/a U.S. Bitcoin Corp.), c/o Andrew M. Carty, Brown Rudnick LLP, Seven Time Square, New York, NY 10036-6548 |
| cr | + | US Digital Mining Texas, c/o Scott A. Stichter, Stichter Riedel Blain & Postler, P.A., 110 E. Madison St., Ste. 200, Tampa, FL 33602-4718 |
| pla | + | Vince Faridani, 8471 Strom Park Drive, Melbourne, FL 32940-6694 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: COURTS@ARGOPARTNERS.NET | Dec 09 2024 20:12:00 | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| cr | | Email/Text: legal@mybigspring.com | Dec 09 2024 20:10:00 | City of Big Spring, Texas, Attn: Andrew Hagen, 310 Nolan Street, Big Spring, TX 79720 |
| cr | + | Email/Text: lmbkr@pbfcm.com | Dec 09 2024 20:11:00 | Howard County Tax Office, at al, Perdue, Brandon, Fielder, Collins & Mott, c/o Laura J. Monroe, PO Box 817, Lubbock, TX 79408-0817 |
| cr | ^ | MEBN | Dec 09 2024 20:05:03 | Texas Comptroller of Public Accounts, Revenue Acco, John Mark Stern, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ferguson Braswell Fraser Kubasta PC |
| aty | | Paul Hastings LLP |
| intp | | Alder BTC Holdings, LLC |
| intp | | Alder Opportunity, LP |
| intp | | Alder SPV I, LLC |
| cr | | Axle Logistics, LLC |
| cr | | BitNile Inc. |
| cr | | Bobs Limited |
| cr | | Bootstrap Energy LLC |
| intp | | Bradford Capital Management, LLC |
| intp | | CN Borrower LLC |
| intp | | CN Wolf Hollow LLC |
| cr | | Colorado Bend II Power, LLC |
| intp | | Compute North NE05 LLC |
| cr | | Constellation Energy Generation, LLC f/k/a Exelon |
| cr | | Constellation NewEnergy, Inc. |
| intp | | Digital Alchemy LLC |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Foundry Digital LLC |
| intp | | Foundry Digital LLC |
| cr | | Freudenberg Filtration Technologies, L.P. |
| intp | | GH Effect, Inc. |
| cr | | General Casualty Company of Wisconsin |
| cr | | Generate Lending, LLC |
| op | | Jefferies LLC |
| trnsfee | | LP1 LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdf002 | Total Noticed: 49 |

| | | |
|---|---|---|
| intp | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Marathon Digital Holdings, Inc. |
| cr | | Matthew Feast |
| cr | | Mercuria Energy America, LLC |
| op | | Miller Buckfire & Co., LLC and Stifel, Nicolaus & |
| op | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Mining Project Wind Down Holdings, Inc. Litigation |
| intp | | Nebraska Public Power District |
| cr | | Nelu Mihai, 201 Harrison St. #210, San Francisco |
| crcm | | Official Committee of Unsecured Creditors of Compu |
| crcm | | Official Committee of Unsecured Creditors of Minin |
| intp | | Plan Administrator |
| fa | | Portage Point Partners, LLC |
| cr | | Praetorian Insurance Company |
| inre | | Relm Insurance Ltd. |
| cr | | Rohit Shirole |
| cr | | Sunbelt Solomon Services, LLC |
| cr | | TZ Capital Holdings LLC |
| cr | | Unluck Technology Pte. Ltd. |
| intp | | Valdes Engineering Company |
| cr | | Veribi LLC |
| cr | | Wolf Hollow II Power, LLC |
| op | *+ | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | ##+ | Compass Mining, Inc., 111 Congress Ave., Suite 500, Austin, TX 78701, UNITED STATES 78701-4076 |

TOTAL: 51 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024    Signature:    /s/Gustava Winters