IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-90273 (MI)** |
| MINING PROJECT WIND DOWN | § | |
| HOLDINGS, INC. (f/k/a Compute North | § | **CHAPTER 11** |
| Holdings, Inc.), *et al* | § | |
| | § | (Jointly Administered) |
| **REORGANIZED DEBTORS**[1] | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on December 9, 2024, Relm Insurance Ltd. and Banyan Risk Ltd. filed a Motion for Relief from the Automatic Stay. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure [Docket No. 1451].

PLEASE TAKE FURTHER NOTICE that a hearing has been set for January 10, 2025 at 9:00 am (prevailing Central Time) in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Marvin Isgur, Courtroom 404, 515 Rusk, Houston, TX 77002.

PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage. The meeting code is "954554". Click the settings icon in the upper right corner and enter your name under the person information setting.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1510); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC( f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238).  The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

PLEASE TAKE FURTHER NOTICE parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's homepage. Select the case name. complete the required fields and click "Submit" to complete your appearance.

RESPECTFULLY SUBMITTED this 18th day of December, 2024.

        LEWIS BRISBOIS BISGAARD & SMITH

        */s/ Bennett G. Fisher*
        Bennett G. Fisher
        TBA # 07049125
        bennett.fisher@lewisbrisbois.com
        24 Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Tel: (346) 241-4095
        Fax: (713) 759-6830