IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-90273 (MI)** |
| MINING PROJECT WIND DOWN | § | |
| HOLDINGS, INC. (f/k/a Compute North | § | **CHAPTER 11** |
| Holdings, Inc.), *et al* | § | |
| | § | (Jointly Administered) |
| **REORGANIZED DEBTORS**[1] | § | |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on December 18, 2024, Relm Insurance Ltd. and Banyan Risk Ltd. filed a Notice of Hearing pursuant to the Federal Rules of Civil Procedure, and a copy of served on all parties via ECF notification.

> Jayson B. Ruff / U.S. Trustee
> Jana Smith Whitworth / U.S. Trustee
> U.S. Department of Justice
> 515 Rusk Street, Suite 3516
> Houston, Texas 77002
> Jayson.b.ruff@usdoj.gov
> Jana.whitworth@usdoj.gov

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551); Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1510); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC( f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

RESPECTFULLY SUBMITTED this 18th day of December, 2024.

                                        LEWIS BRISBOIS BISGAARD & SMITH

                                        */s/ Bennett G. Fisher*
                                        Bennett G. Fisher
                                        TBA # 07049125
                                        bennett.fisher@lewisbrisbois.com
                                        24 Greenway Plaza, Suite 1400
                                        Houston, Texas 77046
                                        Tel: (346) 241-4095
                                        Fax: (713) 759-6830