UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: Mining Project Wind Down Holdings, Inc., et al. | | |

This lawyer, who is admitted to the State Bar of __Georgia__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Colin M. Bernardino<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>Georgia:  054879 |
|---|---|

Seeks to appear as the attorney for this party:

| David Perrill | |
|---|---|
| Dated: 12/24/2024 | Signed: /s/ Colin M. Bernardino |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:            Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge