IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In re:
COMPUTE NORTH HOLDINGS, INC.,
et al.,
*Debtors.*

Case No.: 22-90273
(Jointly Administered)

Judge: Honorable Judge Marvin Isgur

_____/

## CERTIFICATE OF SERVICE

I, Vince Faridani, Pro Se Plaintiff, hereby certify that on December 10, 2024, I served a true and correct copy of the **Plaintiff's Motion to Stay Distribution of Funds to Touzi Capital LLC** via first-class mail, postage prepaid, to the following parties:

Touzi Capital LLC
Attn: Eng Taing
1781 La Plaza Dr.
San Marcos, CA 92078

Respectfully Submitted,

/s/ Vince Faridani
Vince Faridani
Pro Se Plaintiff
8471 Strom Park Drive,
Melbourne, FL 32940
Phone: 954-774-1391
Email: VFaridani@hotmail.com