United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 26, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: | Mining Project Wind Down Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Georgia___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Colin M. Bernardino<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>Georgia: 054879 |
|---|---|

Seeks to appear as the attorney for this party:

**David Perrill**

Dated: 12/24/2024     Signed: /s/ Colin M. Bernardino

COURT USE ONLY: The applicant's state bar reports their status as: ___active___.

Dated:     Signed: _____
Deputy Clerk

**Order**

Signed: 12/26/2024

_____
Marvin Isgur
United States Bankruptcy Judge