UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: Mining Project Wind Down Holdings, Inc., et al. | | |

This lawyer, who is admitted to the State Bar of _____Georgia_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Alfred S. Lurey<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>Georgia: 461500 |
|---|---|

Seeks to appear as the attorney for this party:

| David Perrill |
|---|
| Dated: 12/26/2024    Signed: /s/ Alfred S. Lurey |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                          United States Bankruptcy Judge