United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | In Re: Mining Project Wind Down Holdings, Inc., et al. | | |

This lawyer, who is admitted to the State Bar of _____Georgia_____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alfred S. Lurey<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br>Georgia: 461500 |

Seeks to appear as the attorney for this party:

| David Perrill | |
|---|---|
| Dated: 12/26/2024 | Signed: /s/ Alfred S. Lurey |

| COURT USE ONLY: The applicant's state bar reports their status as: ____active____. |
|---|
| Dated:     Signed: _____ Deputy Clerk |

**Order**

Signed: 12/30/2024

_____
Marvin Isgur
United States Bankruptcy Judge