# EXHIBIT A

**(Compute North Organizational Chart)**

