UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Main Case Number | 22-90273 |
|---|---|---|---|
| Debtor | | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Harayda<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>MN #0390333 (State and Federal) |
|---|---|

| Name of party applicant seeks to appear for: | Spencer Barron, Tom Kieffer, Peter Lee, Kristyan Mjolsnes, Tad Piper, Marshall Johnson, Eli Scher, [Jose Lima, and Kyle Wenzel] |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/7/25 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                                                                United States Bankruptcy Judge