United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Main Case Number | 22-90273 |
|---|---|---|---|
| | Debtor | In Re: MINING PROJECT WIND DOWN HOLDINGS, INC. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Harayda<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>MN #0390333 (State and Federal) |
|---|---|

| Name of party applicant seeks to appear for: | Spencer Barron, Tom Kieffer, Peter Lee, Kristyan Mjolsnes, Tad Piper, Marshall Johnson, Eli Scher, Jose Lima, and Kyle Wenzel |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/7/25 | Signed: [signature] |
|---|---|
| The state bar reports that the applicant's status is: | active. |
| Dated: | Clerk's signature: |

**Order**       This lawyer is admitted *pro hac vice*.

Signed:  1/9/2025

[signature]
Marvin Isgur
United States Bankruptcy Judge