IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE<br>Mining Project Wind Down Holdings, Inc.<br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 22-90273 (MI)<br><br>Chapter 11 |

## SUPPLEMENT TO MOTION OF RELM INSURANCE LTD. AND BANYAN RISK LTD. TO LIFT STAY TO PERMIT PROCEEDS OF INSURANCE TO PAY DEFENSE COSTS RELATING TO OFFICER AND DIRECTOR LIABILITY CLAIMS

Relm Insurance Ltd. and Banyan Risk Ltd. file this Supplement to their Motion to Lift Stay to Permit Proceeds of Insurance to Pay Defense Costs Relating to Officer and Director Liability Claims to replace Exhibit A with the attached Exhibit "B," list of outstanding attorney's fees and expenses to date.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Bennett G. Fisher*
Bennett G. Fisher
TBA # 07049125
bennett.fisher@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 | Telephone
(346) 241-4095 | Direct
(713) 759-6830 | Fax

**ATTORNEYS FOR RELLM INSURANCE, LTD. AND BANYAN RISK, LTD**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2025, a true and correct copy of the foregoing document was served by electronic transmission upon all parties eligible to receive service through this Court's CM/ECF system.

/s/ *Bennett G. Fisher*
Bennett G. Fisher