IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE<br>Mining Project Wind Down Holdings, Inc.<br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 22-90273 (MI)<br><br>Chapter 11 |

_____

## DEBTOR'S WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | |
| Main Case No: 22-90273 | Name of Debtor: Mining Project Wind Down Holdings, Inc. |
| Adversary No: N/A | Style of Adversary: N/A |
| **WITNESSES**: Patrick Donohue | Judge: Marvin Isgur |
| | Courtroom Deputy: Ana Castro |
| Any witness listed or called by any other party;<br><br>Rebuttal witnesses as necessary; and<br><br>Debtor reserves the right to cross-examine any witness called by any other party. | **Hearing Date: January 10, 2025** |
| | **Hearing Time: 9:00 a.m.** |
| | Party's Name: Relm Insurance, Ltd. and Banyan Risk, Ltd. |
| | Attorney's Name: Bennett G. Fisher |
| | Attorney's Phone: 346-241-4095 |
| | **Nature of Proceeding: Motion for Relief from Stay to Permit Proceeds of Insurance to Pay Defense Costs (Doc. 1451)**. |

150917085.1

1

Relm & Banyan/ Court / Witness & Exhibit List 01-09-2025B

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Motion to Lift Stay by Relm and Banyan (Doc 1451) | | | | |
| 2 | Joinder Motion by Nine Insureds to Lift Stay (Doc 1456) | | | | |
| 3 | Joinder Motion of David Perrill (Doc 1458) | | | | |
| 4 | Relm Insurance Policy | | | | |
| 5 | Banyan Insurance Policy | | | | |
| 6 | Supplemental Exhibit B (Doc 1472-1 ) | | | | |
| 7 | Rebuttal (Doc 1466) | | | | |
| 8 | Any document or pleading filed in the above captioned main case | | | | |
| 9 | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| 10 | Any exhibit identified or offered by any other party | | | | |

Dated: January 9, 2025

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH

        */s/ Bennett G. Fisher*
Bennett G. Fisher
TBA # 07049125
bennett.fisher@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 | Telephone
(346) 241-4095 | Direct
(713) 759-6830 | Fax

**ATTORNEYS FOR RELLM INSURANCE, LTD. AND BANYAN RISK, LTD**

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served in accordance with LBR 9013(f) and Fed. R. Bankr. P. 7004(b) on January 9, 2025, to all parties who have filed a notice of appearance or request for notice in the case.

        */s/ Bennett G. Fisher*
        Bennett G. Fisher