# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, January 24, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Colin | Bernardino | Kilpatrick Townsend & | David Perrill |