IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MINING PROJECT WIND DOWN HOLDINGS, INC. (f/k/a Compute North Holdings, Inc.), *et al.*, | Case No. 22-90273 (MI) |
| | (Jointly Administered) |
| Reorganized Debtors.[1] | **Re: Docket Nos. 1481, 1482** |

**NOTICE OF CONTINUED HEARING ON MOTION OF THE
PLAN ADMINISTRATOR AND LITIGATION TRUSTEE FOR
ORDER (I) AUTHORIZING AMENDMENT TO LITIGATION
TRUST AGREEMENT AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, upon on the request of the movant and with the permission of the Court, the hearing on the *Emergency Motion of the Plan Administrator and Litigation Trustee for Order (I) Authorizing Amendment to Litigation Trust Agreement and (II)*

---

[1] On September 28, 2023, the Court entered the *Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* [ECF No. 1287], closing the chapter 11 cases of the following sixteen entities: Mining Project Wind Down Atoka LLC (f/k/a CN Atoka LLC) (4384); Mining Project Wind Down BS LLC (f/k/a CN Big Spring LLC) (4397); Mining Project Wind Down Colorado Bend LLC (f/k/a CN Colorado Bend LLC) (4610); Mining Project Wind Down Developments LLC (f/k/a CN Developments LLC) (2570); Mining Project Wind Down Equipment LLC (f/k/a CN Equipment LLC) (6885); Mining Project Wind Down King Mountain LLC (f/k/a CN King Mountain LLC) (7190); Mining Project Wind Down MDN LLC (f/k/a CN Minden LLC) (3722); Mining Project Wind Down Mining LLC (f/k/a CN Mining LLC) (5223); Mining Project Wind Down Pledgor LLC (f/k/a CN Pledgor LLC) (9871); Mining Project Wind Down Member LLC (f/k/a Compute North Member LLC) (8639); Mining Project Wind Down NC08 LLC (f/k/a Compute North NC08 LLC) (8069); Mining Project Wind Down NY09 LLC (f/k/a Compute North NY09 LLC) (5453); Mining Project Wind Down STHDAK LLC (f/k/a Compute North SD, LLC) (1501); Mining Project Wind Down Texas LLC (f/k/a Compute North Texas LLC) (1883); Mining Project Wind Down TX06 LLC (f/k/a Compute North TX06 LLC) (5921); and Mining Project Wind Down TX10 LLC (f/k/a Compute North TX10 LLC) (4238). The chapter 11 cases of the remaining three Reorganized Debtors: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.) (4534); Mining Project Wind Down LLC (f/k/a Compute North LLC) (7185); and Mining Project Wind Down Corpus Christi LLC (f/k/a CN Corpus Christi LLC) (5551), shall remain open and jointly administered under the above caption.  The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2305A Elmen Street, Houston, TX 77019.

*Granting Related Relief* [Docket No. 1481] (the "Motion")[2] has been continued to **February 20, 2025, at 1:30 p.m. prevailing Central Time** (the "Continued Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if not previously filed, must be filed with the Court and served so as to be received no later than **February 14, 2025, at 4:00 p.m. prevailing Central Time**.

**PLEASE TAKE FURTHER NOTICE** that the Continued Hearing will be conducted in Courtroom 404, 4th floor, at the United States Courthouse located at 515 Rusk Street, Houston, Texas 77002.  You may participate in the Hearing either in person or by an audio and video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility by calling 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the GoToMeeting Platform.  Connect via the free GoToMeeting Application or click the link on Judge Isgur's home page (https://gotomeet.me/JudgeIsgur) on the Southern District of Texas website.  The meeting code is "Judgeisgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

---

[2] The Plan Administrator and Litigation Trustee filed an amended version of the Motion at Docket No. 1482 solely to add a certificate of accuracy as required by Local Rule 9013-1(i).

| | |
|---|---|
| Dated: January 24, 2025 | */s/ Charles R. Gibbs*<br>Charles R. Gibbs<br>Texas State Bar No. 7846300<br>**MCDERMOTT WILL & EMERY LLP**<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201-1664<br>Tel: (214) 295-8000<br>Fax: (972) 232-3098<br>Email: crgibbs@mwe.com<br><br>*- and -*<br><br>Kristin K. Going (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Stacy A. Lutkus (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-5404<br>Tel: (212) 547-5400<br>Fax: (212) 547-5444<br>Email: kgoing@mwe.com<br>   dazman@mwe.com<br>   salutkus@mwe.com<br>   nrowles@mwe.com<br><br>*Counsel to the Mining Project Wind Down Holdings, Inc. Litigation Trust and the Plan Administrator* |

3

**Certificate of Service**

    I certify that, on January 24, 2025, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                    */s/ Charles R. Gibbs*
                                                                                    Charles R. Gibbs